IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO) *et seq.*,<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR EMERGENCY
FIRST DAY ZOOM HEARING ON APRIL 1, 2022 AT 11:00 A.M. (EASTERN TIME)**

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than April 1, 2022 at 9:00 a.m. (ET).**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItdO6tqjopG_GSu7TLsVlxyeqfmhLDsFY

**After registering your appearance by Zoom, you will receive a
confirmation email containing information about joining the video hearing.**

---

CHAPTER 11 PETITIONS:

A.　　MD Helicopters, Inc. (Case No. 22-10263; filed 3/30/22; Docket No. 1).

B.　　Monterrey Aerospace, LLC (Case No. 22-10264; filed 3/30/22; Docket No. 1)

FIRST DAY DECLARATION:

1.　　Declaration of Barry Sullivan, Chief Financial Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings (Filed 3/30/22; Docket No. 19).

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#120606412 v1

EMERGENCY FIRST DAY MOTIONS:

2. Motion of Debtors for Entry of an Order Under Fed. R. Bankr. P. 1015 and Del. Bankr. L.R. 1015-1 Authorizing Joint Administration of the Chapter 11 Cases (Filed 3/30/22; Respective Docket Nos. 3).

   Response(s):  None as of the filing of this Agenda.

   Related Document(s):  None.

   Status:  This matter will be going forward

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief (Filed 3/30/22; Docket No. 4).

   Response(s):  None as of the filing of this Agenda.

   Related Document(s):  None.

   Status:  This matter will be going forward regarding entry of an interim order.

4. Application of Debtors for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent (Filed 3/30/22; Docket No. 5).

   Response(s):  None as of the filing of this Agenda.

   Related Document(s):  None.

   Status:  This matter will be going forward.

5. Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices (Filed 3/30/22; Docket No. 6).

   Response(s):  None as of the filing of this Agenda.

   Related Document(s):  None.

   Status:  This matter will be going forward regarding entry of an interim order.

6. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief (Filed 3/30/22; Docket No. 8).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward regarding entry of an interim order.

7. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Filed 3/30/22; Docket No. 9).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward regarding entry of an interim order.

8. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a), 363(b), 503(b), 506(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief (Filed 3/30/22; Docket No. 10).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward regarding entry of an interim order.

9. Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107 and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief (Filed 3/30/22; Docket No. 11).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

      Status:  This matter will be going forward regarding entry of an interim order.

10. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a), 362(d), 363(b), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief (Filed 3/30/22; Docket No. 12).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward regarding entry of an interim order.

11. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief (Filed 3/30/22; Docket No. 13).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward regarding entry of an interim order.

12. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief (Filed 3/30/22; Docket No. 14).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward regarding entry of an interim order.

13. Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment  (Filed 3/30/22; Docket No. 16).

    Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward regarding entry of an interim order.

14. Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/30/22; Docket No. 20).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):

    A. Declaration of Adam Keil in Support of Motion of Debtors for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief  (Filed 3/30/22; Docket No. 21).

    B. Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/30/22; Docket No. 22).

    C. [SEALED] Fee Letter (Filed 3/30/22; Docket No. 23).

    D. Notice of Filing of Redacted Debtor-in-Possession Financing Fee Letter (Filed 3/30/22; Docket No. 24).

    E. Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Portions of the Proposed Debtor-in-Possession Financing Fee Letter (Filed 3/30/22; Docket No. 25).

    Status:  This matter will be going forward regarding entry of an interim order.

#120606412 v1

15. Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Portions of the Proposed Debtor-in-Possession Financing Fee Letter (Filed 3/30/22; Docket No. 25).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):

    A.  Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/30/22; Docket No. ).

    B.  [SEALED] Fee Letter (Filed 3/30/22; Docket No. 23).

    C.  Notice of Filing of Redacted Debtor-in-Possession Financing Fee Letter (Filed 3/30/22; Docket No. 24).

    Status:  This matter will be going forward.

MOTIONS FILED ON FIRST DAY GOING FORWARD FOR SCHEDULING PURPOSES ONLY

16. Motion of Debtors for Entry of Order Under 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P. 1007(c) and 9006(b) and Del. Bankr. L.R. 1007-1(b) (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief (To be filed; Docket No. TBD).

    Response(s):  None as of the filing of this Agenda.

    Related Document(s):  None.

    Status:  This matter will be going forward for scheduling purposes only.

17. Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (To be filed; Docket No. TBD).

    Response(s):  None as of the filing of this Agenda.

-7-

Related Document(s):

A. Declaration of Adam B. Keil in Support of Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (To be filed; Docket No. TBD).

Status: This matter will be going forward for scheduling purposes only.

RELATED NOTICE

18. Notice of (I) Filing of Bankruptcy Petitions and Related Pleadings and (II) Remote Zoom Hearing to Consider First Day Pleadings (Filed 3/30/22; Docket No. [26](#)).

[*Remainder of page intentionally blank*]

| | |
|---|---|
| Dated: March 30, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Kenneth A. Listwak*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: david.stratton@troutman.com<br>    david.fournier@troutman.com<br>    evelyn.meltzer@troutman.com<br>    kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admission *pro hac vice* pending)<br>Adam S. Ravin (admission *pro hac vice* pending)<br>Brett M. Neve (admission *pro hac vice* pending)<br>Tianjiao (TJ) Li (admission *pro hac vice* pending)<br>Alexandra M. Zablocki (admission *pro hac vice* pending)<br><br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: suzzanne.uhland@lw.com<br>    adam.ravin@lw.com<br>    brett.neve@lw.com<br>    tj.li@lw.com<br>    alexandra.zablocki@lw.com<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |