**<u>Exhibit C to Motion</u>**

**Proposed Sale Order**

**[TO BE FILED]**