# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 22-10263 (KBO)
MD HELICOPTERS, INC., *et al.*,[1] :
: (Jointly Administered)
Debtors. :
: **Related to Docket Nos. 20, 22**
:
---------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF DAVID ORLOFSKY IN SUPPORT OF MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS UNDER 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 507 AND 552 (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED PRIMING SUPERPRIORITY POSTPETITION FINANCING, (B) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (C) USE CASH COLLATERAL OF PREPETITION SECURED PARTIES AND (D) GRANT ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES; (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 2002, 4001, 6003, 60044 AND 9014; AND (III) GRANTING RELATED RELIEF**

I, David Orlofsky, make this declaration pursuant to 28 U.S.C. § 1746:

1. I submit this declaration (this "**Declaration**") in support of the *Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 507 and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. ("**MDHI**") and Monterrey Aerospace, LLC ("**Monterrey**"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

US-DOCS\130917015.2

*Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014; and (III) Granting Related Relief* (the "**DIP Motion**").[2]

2. Except as otherwise indicated, the statements in this Declaration are based on my personal knowledge or views, my experience, or on information that I have obtained from the members of the Debtors' management and advisors, my review of relevant documents and/or employees of AlixPartners, LLP (the "**AlixPartners**") working directly with me and under my supervision, direction, or control. I am not being specifically compensated for this testimony other than through payments that AlixPartners receives in its capacity as a professional that the Debtors are seeking to retain pursuant to an application to be filed with this Court. I am over the age of 18 years and am authorized to submit this declaration on behalf of the Debtors. If I were called upon to testify, I could and would competently testify to the facts set forth herein.

3. Attached as **Exhibit A** hereto is a revised initial Approved Budget describing projected operating cash flow and disbursements of the Debtors over the next 13 weeks. The initial Approved Budget filed with my initial declaration in support of the DIP Motion [Dkt. No. 22] provided for two draws on the DIP Facility: (a) a $12.5 million initial draw upon entry of the Interim Order and (b) a $47.5 million draw of the remainder of the commitments upon entry of the Final Order. I understand that the Debtors and the DIP Lenders have agreed to allow the Debtors to make multiple draws on the DIP Facility. Accordingly, the initial Approved Budget has been revised to reflect the Debtors' intention to make: (a) an initial draw of $12.5 million upon entry of the Interim Order and (b) a second $12.5 million draw on the DIP Facility the week of June 24, 2022.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Motion.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 31, 2022

*/s/ David Orlofsky*
David Orlofsky

# **EXHIBIT A**

**Approved DIP Budget**

US-DOCS\130917015.2

**MDHI**
**13-Week Case Forecast**
*$'s in 000's*

| Forecast Period<br>Month or Week Ended: | Forecast<br>2022<br>Week 1<br>4/8/22 | Forecast<br>2022<br>Week 2<br>4/15/22 | Forecast<br>2022<br>Week 3<br>4/22/22 | Forecast<br>2022<br>Week 4<br>4/29/22 | Forecast<br>2022<br>Week 5<br>5/6/22 | Forecast<br>2022<br>Week 6<br>5/13/22 | Forecast<br>2022<br>Week 7<br>5/20/22 | Forecast<br>2022<br>Week 8<br>5/27/22 | Forecast<br>2022<br>Week 9<br>6/3/22 | Forecast<br>2022<br>Week 10<br>6/10/22 | Forecast<br>2022<br>Week 11<br>6/17/22 | Forecast<br>2022<br>Week 12<br>6/24/22 | Forecast<br>2022<br>Week 13<br>7/1/22 | 13 Week Forecast<br>From WE 4/8/22<br>To WE 7/1/22<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | | |
| Aircraft (under contract) | - | - | 725 | - | - | 1,080 | - | - | - | - | - | - | - | 1,805 |
| Aircraft (expected contracts) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Spares and Aftermarket | 671 | 668 | 1,441 | 870 | 2,942 | 600 | 600 | 14,196 | 675 | 1,067 | 646 | 600 | 600 | 25,577 |
| **Total Operating Receipts** | **671** | **668** | **2,166** | **870** | **2,942** | **1,680** | **600** | **14,196** | **675** | **1,067** | **646** | **600** | **600** | **27,382** |
| | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Vendor Disbursements | (1,000) | (1,000) | (3,003) | (31) | (3,011) | (1,500) | (2,015) | (8,500) | (2,062) | (1,000) | (2,031) | (1,000) | (2,062) | (28,215) |
| Payroll & Benefits | (1,025) | - | (1,025) | (255) | (1,025) | - | (1,025) | - | (1,280) | - | (1,025) | - | (1,280) | (7,940) |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| G&A and Other Expenses | - | - | - | (385) | - | - | - | - | (932) | - | - | - | (385) | (1,702) |
| **Total Operating Disbursements** | **(2,025)** | **(1,000)** | **(4,028)** | **(671)** | **(4,036)** | **(1,500)** | **(3,040)** | **(8,500)** | **(4,273)** | **(1,000)** | **(3,056)** | **(1,000)** | **(3,727)** | **(37,856)** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Professional Fees[1] | - | - | - | - | - | - | - | (550) | - | - | - | (2,467) | - | (3,017) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Fees and Interest | (25) | - | - | - | (89) | - | - | - | (89) | - | - | - | (177) | (379) |
| **Total Non-Operating Disbursements** | **(25)** | **-** | **-** | **-** | **(89)** | **-** | **-** | **(550)** | **(89)** | **-** | **-** | **(2,467)** | **(177)** | **(3,397)** |
| **Total Disbursements (After Interest & Financing Fees)** | **(2,050)** | **(1,000)** | **(4,028)** | **(671)** | **(4,124)** | **(1,500)** | **(3,040)** | **(9,050)** | **(4,362)** | **(1,000)** | **(3,056)** | **(3,467)** | **(3,904)** | **(41,253)** |
| **Net Cash Flow (After Interest & Financing Fees)** | **(1,379)** | **(332)** | **(1,862)** | **199** | **(1,182)** | **180** | **(2,440)** | **5,146** | **(3,687)** | **67** | **(2,410)** | **(2,867)** | **(3,304)** | **(13,871)** |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | $ 8,310 | $ 18,556 | $ 18,224 | $ 16,361 | $ 16,560 | $ 15,379 | $ 15,559 | $ 13,119 | $ 18,265 | $ 14,578 | $ 14,645 | $ 12,235 | $ 20,993 | $ 8,310 |
| Net Cash Flow | (1,379) | (332) | (1,862) | 199 | (1,182) | 180 | (2,440) | 5,146 | (3,687) | 67 | (2,410) | (2,867) | (3,304) | (13,871) |
| Drawdown/Paydown (+/-) | 12,500 | - | - | - | - | - | - | - | - | - | - | 12,500 | - | 25,000 |
| Priming Adequate Protection Carve-Out | (875) | - | - | - | - | - | - | - | - | - | - | (875) | - | (1,750) |
| **Ending Cash Balance (After Interest & Financing Fees)** | **18,556** | **18,224** | **16,361** | **16,560** | **15,379** | **15,559** | **13,119** | **18,265** | **14,578** | **14,645** | **12,235** | **20,993** | **17,689** | **17,689** |

**Notes:**
1) By approving this budget, the DIP Lenders and Prepetition First Lien Lenders agree that the Debtors may amend the Professional Fee line item with the consent of the Required DIP Lenders and the Required Prepetition First Lien Lenders, such consent not to be unreasonably withheld