**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
MD HELICOPTERS, INC., *et al.*,[1]                  :   Case No. 22-10263 (KBO)
                                                    :
            Debtors.                                :   (Jointly Administered)
                                                    :
---------------------------------------------------------------- x

**<u>AFFIDAVIT OF SERVICE</u>**

    I, Frank O'Dowd, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **<u>Exhibit A</u>**:

- Supplemental Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing and (III) Granting Related Relief [Docket No. 70]

- Second Amended Notice of Agenda of Matters Scheduled for Emergency First Day Zoom Hearing on April 1, 2022 at 11:00 a.m. (Easter Time) [Docket No. 92] (re the "*Second Amended Agenda*")

    On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the Second Amended Agenda to be served via facsimile on the Core/2002 Service List attached hereto as **<u>Exhibit B</u>**:

---

[1]   The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2]   On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 4, 2022

/s/ *Frank O'Dowd*
Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 4, 2022, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

## Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | mmonjaras@aceclearwater.com<br>pnelson@aceclearwater.com |
| TOP 30 UNSECURED CREDITORS | AEROCONTROLEX GROUP | service@aerocontrolex.com |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | stephanie@alziebler.com |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS) | ARNOLD & PORTER KAYE SCHOLER LLP | brian.lohan@arnoldporter.com |
| COUNSEL TO STALKING HORSE BIDDER & BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | brian.lohan@arnoldporter.com<br>jonathan.levine@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>robert.franciscovich@arnoldporter.com |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | sales@autovalve.com |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | blaire.cahn@bakermckenzie.com |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | john.dodd@bakermckenzie.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ingrid.bagby@cwt.com<br>william.mills@cwt.com<br>michele.maman@cwt.com |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | fyudkin@coleschotz.com |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS"); PATRIARCH PARTNERS AGENT SERVICES, LLC ("PPAS") | COLE SCHOTZ P.C. | npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com |
| TOP 30 UNSECURED CREDITORS | COLINEAR | info@colinearmachine.com |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | schapman@crissair.com |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | jennifer.noel@delaware.gov |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | dennis.odonnell@us.dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | noah.schottenstein@us.dlapiper.com |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | craig.martin@us.dlapiper.com |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | r9.info@epa.gov |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | customerservice@fnamerica.com |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | fpalminteri@helicoptertech.com |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | info@heritageaviationltd.com |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | info@howellinst.com<br>repairs@howellinst.com<br>hr@howellinst.com |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | randy@iac-ltd.com |

## Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | suzzanne.uhland@lw.com<br>adam.ravin@lw.com<br>brett.neve@lw.com<br>tj.li@lw.com |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | sales@liquidmeasurement.com |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ddunne@milbank.com<br>estodola@milbank.com<br>aharmeyer@milbank.com |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | david.l.buchbinder@usdoj.gov |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | questions.dor@oregon.gov |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | neureiter.kimberly@pbgc.gov<br>efile@pbgc.gov |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | michael.dailey@prescottaerospace.com |
| TOP 30 UNSECURED CREDITORS | RICHARD MANNO & COMPANY INC. | sales@richardmanno.com |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, AS ADMINISTRATIVE AGENT | RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com<br>haywood@rlf.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | ttrzaskoma@shertremonte.com |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | info@Soltecaz.com |
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | info@SpectrumCT.com |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | Kristina.Edmunson@doj.state.or.us |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | kate.benveniste@dlapiper.com<br>dlaphx@dlapiper.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | david.stratton@troutman.com<br>david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>kenneth.listwak@troutman.com |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | usade.ecfbankruptcy@usdoj.gov |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | usatxs.atty@usdoj.gov |
| TOP 30 UNSECURED CREDITORS, PHILLIP MARSTELLER AND ROBERT M. SWISHER | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | pete.marketos@rm-firm.com<br>josh.russ@rm-firm.com<br>brett.rosenthal@rm-firm.com |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | glenn.p.harris@usdoj.gov |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS) & MB SPECIAL OPPORTUNITIES FUND II, LP | WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com |
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD. (THE "ZOHAR LENDERS"), COUNSEL TO STALKING HORSE BIDDER, COUNSEL TO THE COHAR PARTIES | YOUNG CONAWAY STARGATT & TAYLOR, LLP | mnestor@ycst.com<br>rbartley@ycst.com<br>akephart@ycst.com<br>jbarry@ycst.com<br>ejustison@ycst.com |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 6 of 6

**Exhibit B**

## Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | 310-323-2137 |
| TOP 30 UNSECURED CREDITORS | AEROCONTROLEX GROUP | 216-291-6045 |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | 818-899-1754 |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS) | ARNOLD & PORTER KAYE SCHOLER LLP | 312-583-2360 |
| COUNSEL TO STALKING HORSE BIDDER | ARNOLD & PORTER KAYE SCHOLER LLP | 312-583-2360; 212-836-8689 |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | 937-854-3039 |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | 212-310-1695 |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | 305-789-8953 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | BE AEROSPACE WESTMINSTER | 714-896-9008 |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION INC.(FKA AVIALL) | 972-586-1982 |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION SERVICES INC. | 480-403-0890 |
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | 212-504-6666 |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | 201-489-1536 |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS"); PATRIARCH PARTNERS AGENT SERVICES, LLC ("PPAS") | COLE SCHOTZ P.C. | 302-652-3117 |
| TOP 30 UNSECURED CREDITORS | COLINEAR | 973-300-1683 |
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | 520-746-0481 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | COMPUCRAFT INDUSTRIES | 619-449-2436 |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | 661-294-1025 |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | 212-335-4501 |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | 214-743-4545 |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | 302-394-2341 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 10 | ENVIRONMENTAL PROTECTION AGENCY | 206-553-2955 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | 215-814-5103 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | 415-947-3553 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | 011-32-4-240-88-99 |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | 913-397-8282 |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | 310-523-2745 |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | 972-660-2670 |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | 817-336-7874 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | 855-235-6787 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | 855-235-6787 |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | 817-491-6759 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | 212-751-4864 |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | 802-528-8131 |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | 212-530-5219 |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | 302-573-6497 |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | 202-326-4138 |
| TOP 30 UNSECURED CREDITORS | PENSION BENEFIT GUARANTY CORPORATION | 202-229-4047 |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | 928-772-7280 |
| TOP 30 UNSECURED CREDITORS | RICHARD MANNO & COMPANY INC. | 631-643-2215 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | 972-845-7857 |
| TOP 30 UNSECURED CREDITORS | ROGERSON AIRCRAFT EQUIPMENT GROUP | 949-263-0263 |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | 317-230-3381 |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | 212-202-4156 |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | 520-300-7030 |
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | 203-877-6927 |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | 602- 542-4085 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | 302-577-6630 |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | 480 606 5101 |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | 610-251-1555 |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | 302-421-8390 |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | 302-573-6220 |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | 713-718-3300 |

Exhibit B
Core/2002 Service List
Served via Facsimile

| DESCRIPTION | NAME | FAX |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | 214-501-0731 |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | 202-481-2122 |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS) & MB SPECIAL OPPORTUNITIES FUND II, LP | WOMBLE BOND DICKINSON (US) LLP | 302-252-4330 |
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD. (THE "ZOHAR LENDERS"), COUNSEL TO STALKING HORSE BIDDER, COUNSEL TO THE COHAR PARTIES | YOUNG CONAWAY STARGATT & TAYLOR, LLP | 302-571-1253 |