## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:
    :    Chapter 11
    :

MD HELICOPTERS, INC., *et al.*,[1]
    :    Case No. 22-10263 (KBO)
    :

         Debtors.
    :    (Jointly Administered)
    :

-------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"),[2] the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Service List attached hereto as **Exhibit A**:

- (Redline) Interim Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix and Certain Pleadings Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief

- (Redline) Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent

- (Redline) Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices

- (Redline) Interim Order (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief

---

[1]  The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- (Redline) Interim Order (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief

- (Redline) Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief

- (Redline) Interim Order (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief

- (Redline) Interim Order (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief

- (Redline) Interim Order (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief

- (Redline) Interim Order (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief

- (Redline) Interim Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment

On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Service List attached hereto as **Exhibit B**:

- (Redline) Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief

Dated: April 5, 2022

/s/ *Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 5, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 60616

**<u>Exhibit A</u>**

Exhibit A

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER | mmonjaras@aceclearwater.com; pnelson@aceclearwater.com |
| AEROCONTROLEX GROUP | ATTN: RAYMOND F. LAUBENTHAL, PRESIDENT AND CHIEF EXECUTIVE OFFICER | service@aerocontrolex.com |
| ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT | stephanie@alziebler.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN | brian.lohan@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH | brian.lohan@arnoldporter.com; jonathan.levine@arnoldporter.com; jeffrey.fuisz@arnoldporter.com; robert.franciscovich@arnoldporter.com |
| AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER | sales@autovalve.com |
| BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN | blaire.cahn@bakermckenzie.com |
| BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD | john.dodd@bakermckenzie.com |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | ingrid.bagby@cwt.com; william.mills@cwt.com; michele.maman@cwt.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR. | chipman@chipmanbrown.com |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | npernick@coleschotz.com; ddean@coleschotz.com; preilley@coleschotz.com |
| COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN | fyudkin@coleschotz.com |
| COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER | info@colinearmachine.com |
| CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT | schapman@crissair.com |
| DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | jennifer.noel@delaware.gov |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | craig.martin@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN | dennis.odonnell@us.dlapiper.com; james.berger@us.dlapiper.com; charlene.sun@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN | noah.schottenstein@us.dlapiper.com |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | r9.info@epa.gov |
| FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER | customerservice@fnamerica.com |
| HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER | fpalminteri@helicoptertech.com |
| HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER | info@heritageaviationltd.com |
| HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER | info@howellinst.com; repairs@howellinst.com; hr@howellinst.com |
| INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT | randy@iac-ltd.com |

Exhibit A

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | suzzanne.uhland@lw.com; adam.ravin@lw.com; brett.neve@lw.com; tj.li@lw.com |
| LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN | sales@liquidmeasurement.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | ddunne@milbank.com; estodola@milbank.com; aharmeyer@milbank.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ANDREW HARMEYER | ddunne@milbank.com; aharmeyer@milbank.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | david.l.buchbinder@usdoj.gov |
| OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | questions.dor@oregon.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER | neureiter.kimberly@pbgc.gov; efile@pbgc.gov |
| PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER | michael.dailey@prescottaerospace.com |
| RICHARD MANNO & COMPANY INC. | ATTN: VINCENT MANNO, PRESIDENT / OWNER | sales@richardmanno.com |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD | collins@rlf.com; haywood@rlf.com |
| SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA | ttrzaskoma@shertremonte.com |
| SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER | info@Soltecaz.com |
| SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHIMER, PRESIDENT | info@SpectrumCT.com |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGINFO@AZAG.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | Kristina.Edmunson@doj.state.or.us |
| STATE OF THE NETHERLANDS | C/O DLA PIPER | kate.benveniste@dlapiper.com; dlaphx@dlapiper.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK | david.stratton@troutman.com; david.fournier@troutman.com; evelyn.meltzer@troutman.com; kenneth.listwak@troutman.com |
| U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY | usatxs.atty@usdoj.gov |
| UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION | glenn.p.harris@usdoj.gov |
| UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | C/O REESE MARKETOS LLP | pete.marketos@rm-firm.com; josh.russ@rm-firm.com; brett.rosenthal@rm-firm.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, JOSEPH M. BARRY, ELIZABETH S. JUSTISON | mnestor@ycst.com; rbartley@ycst.com; akephart@ycst.com; jbarry@ycst.com; ejustison@ycst.com |

## Exhibit B

Exhibit B

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER | mmonjaras@aceclearwater.com; pnelson@aceclearwater.com |
| AEROCONTROLEX GROUP | ATTN: RAYMOND F. LAUBENTHAL, PRESIDENT AND CHIEF EXECUTIVE OFFICER | service@aerocontrolex.com |
| ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT | stephanie@alziebler.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN | brian.lohan@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH | brian.lohan@arnoldporter.com; jonathan.levine@arnoldporter.com; jeffrey.fuisz@arnoldporter.com; robert.franciscovich@arnoldporter.com |
| AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER, MEGAN KING, HR | sales@autovalve.com; kingm@autovalve.com |
| BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN | blaire.cahn@bakermckenzie.com |
| BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD | john.dodd@bakermckenzie.com |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | ingrid.bagby@cwt.com; william.mills@cwt.com; michele.maman@cwt.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR. | chipman@chipmanbrown.com |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | npernick@coleschotz.com; ddean@coleschotz.com; preilley@coleschotz.com |
| COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN | fyudkin@coleschotz.com |
| COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER, JAE CASTELLANA, VP | info@colinearmachine.com; jae@colinearmachine.com |
| COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER | DonMartin@ceiglobal.com |
| CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT | schapman@crissair.com |
| DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | jennifer.noel@delaware.gov |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | craig.martin@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN | dennis.odonnell@us.dlapiper.com; james.berger@us.dlapiper.com; charlene.sun@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN | noah.schottenstein@us.dlapiper.com |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | r9.info@epa.gov |
| FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER | customerservice@fnamerica.com |
| GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | Chad.Meadows@garmin.com |
| HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER | fpalminteri@helicoptertech.com |
| HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER | info@heritageaviationltd.com |

Exhibit B

Core/2002 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER | info@howellinst.com; repairs@howellinst.com; hr@howellinst.com |
| INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT | randy@iac-ltd.com |
| LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | suzzanne.uhland@lw.com; adam.ravin@lw.com; brett.neve@lw.com; tj.li@lw.com |
| LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN | sales@liquidmeasurement.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | ddunne@milbank.com; estodola@milbank.com; aharmeyer@milbank.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ANDREW HARMEYER | ddunne@milbank.com; aharmeyer@milbank.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | david.l.buchbinder@usdoj.gov |
| OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | questions.dor@oregon.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER & REBECCA L. STARK | neureiter.kimberly@pbgc.gov; efile@pbgc.gov; stark.rebecca@pbgc.gov |
| PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER | michael.dailey@prescottaerospace.com |
| RICHARD MANNO & COMPANY INC. | ATTN: VINCENT MANNO, PRESIDENT / OWNER | sales@richardmanno.com |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD | collins@rlf.com; haywood@rlf.com |
| ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT | LRasmussen@RochesterSensors.com |
| ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER, KRISTOFFER HALL | Kris.Hall@Rolls-Royce.com |
| SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA | ttrzaskoma@shertremonte.com |
| SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER | info@Soltecaz.com |
| SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT, LYNN CASA, ACCOUNTING | info@SpectrumCT.com; lcasa@spectrumct.com |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGINFO@AZAG.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | Kristina.Edmunson@doj.state.or.us |