IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10263-KBO |
| | ) | |
| MD HELICOPTERS, INC. | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge: KAREN B. OWENS |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Alan C. Hochheiser of Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122, has been retained as Attorney for AmTrust North America, Inc. on behalf of Wesco Insurance Company, Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

Respectfully submitted,

MAURICE WUTSCHER, LLP

/s/ Alan C. Hochheiser
Alan C. Hochheiser
Ohio Bar No. 0041222
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauricewutscher.com

Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company