IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
MD HELICOPTERS, INC., *et al.*,                 :   Case No. 22-10263 (KBO)
                                                :
        Debtors.                               :   (Jointly Administered)
                                                :
---------------------------------------------------------------- x

## ORDER SETTING AN OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following hearing date has been scheduled in the above-captioned matter:

    a.    May 11, 2022 at 9:00 a.m. (ET)

**Dated: April 6th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

#125238389 v1