**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| **MD Helicopters, Inc.,** *et al.*, | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | 341 Meeting Date:  May 5, 2022 |
| | : | @ 1:00 p.m. ET |

---------------------------------

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in the case(s), scheduled for **Thursday, May 5, 2022 at 1:00 p.m. (ET)**, will be held telephonically.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtors.  Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so.  **Your telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.**  The purpose of the 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtors' financial affairs.  It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-866-621-1355,** and then enter the passcode, **7178157,** followed by a # sign.
- Dial the call-in number and then enter the passcode followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S Trustee counsel asks you to identify yourself or indicates you may pose questions.  You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors or other parties in interest.

If you have any questions, you may contact Debtors' proposed counsel: Evelyn J. Meltzer, Esq., Troutman Pepper Hamilton Sanders LLP; Tel: (302) 777-6500, Fax: (302) 421-8390, Email: evelyn.meltzer@troutman.com.

**Dated:** <u>April 4, 2022</u>            **ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

By: <u>/s/ *Joseph J. McMahon, Jr.*</u>
Joseph J. McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)
joseph.mcmahon@usdoj.gov

United States Bankruptcy Court
District of Delaware

In re:  
MD Helicopters, Inc.  
    Debtor

Case No. 22-10263-KBO  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 3  
Date Rcvd: Apr 04, 2022     Form ID: pdf341     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MD Helicopters, Inc., 4555 E. McDowell Road, Mesa, AZ 85215, UNITED STATES 85215-9734 |
| aty | | Adam S. Ravin, LATHAM & WATKINS LLP, 1272 Avenue of the Americas, New York, NY 10020 |
| aty | + | Alexandra Marie Zablocki, Latham & Watkins, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Blaire A. Cahn, Baker & McKenzie LLP, 452 Fifth Ave., New York, NY 10018-2796 |
| aty | + | Brett M. Neve, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Brett S. Rosenthal, Reese Marketos LLP, 750 North Saint Paul Street, Suite 600, Dallas, TX 75201-3201 |
| aty | + | Charlene C. Sun, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 |
| aty | + | Christopher R. Harris, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Dennis F Dunne, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Dennis O'Donnell, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 |
| aty | + | Elizabeth A. Morris, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Eric K. Stodola, Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 |
| aty | + | Felice R. Yudkin, Cole Schotz P.C., 25 Main Street, P.O. Box 800, Hackensack, NJ 07602-0800 |
| aty | | JONATHAN L LEVINE, ARNOLD & PORTER, 250 WEST 55TH STREET, NEW YORK, NY 10019-9710 |
| aty | + | James E. Berger, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 |
| aty | + | John R. Dodd, Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, FL 33131-3137 |
| aty | + | Joshua M. Russ, Reese Marketos LLP, 750 North Saint Paul Street, Suite 600, Dallas, TX 75201-3201 |
| aty | + | Noah M. Schottenstein, DLA Piper LLP (US), 1900 North Pearl Street, Suite 2200, Dallas, TX 75201-2482 |
| aty | + | Peter D. Marketos, Reese Marketos LLP, 750 North Saint Paul Street, Suite 600, Dallas, TX 75201-3201 |
| aty | + | Robert T. Franciscovich, Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019-7649 |
| aty | + | Suzzanne Uhland, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Tianjiao Li, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Whit Morley, LATHAM & WATKINS LLP, 330 North Wabash, Suite 2800, Chicago, IL 60611-3695 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0311-1 | User: admin | Page 2 of 3
Date Rcvd: Apr 04, 2022 | Form ID: pdf341 | Total Noticed: 23

Date: Apr 06, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brett Michael Haywood | on behalf of Interested Party Ankura Trust Company LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brian Lohan | on behalf of Interested Party Bardin Hill Investment Partners brian.lohan@arnoldporter.com |
| Brian Lohan | on behalf of Interested Party Acquiom Agency Services LLC brian.lohan@arnoldporter.com |
| David B. Stratton | on behalf of Debtor Monterrey Aerospace LLC david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com |
| David B. Stratton | on behalf of Debtor MD Helicopters Inc. david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar CDO 2003-1 Limited bankfilings@ycst.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar II 2005-1 Limited bankfilings@ycst.com |
| Evelyn J. Meltzer | on behalf of Debtor MD Helicopters Inc. Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| G. David Dean | on behalf of Creditor Ark II CLO 2001-1 Ltd. and Ark Investment Partners II, L.P. ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| G. David Dean | on behalf of Creditor Ark II CLO 2001-1 LLC and Ark Investment Partners II, L.P. ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Jeffrey A. Fuisz | on behalf of Interested Party Acquiom Agency Services LLC jeffrey.fuisz@arnoldporter.com edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com |
| Jeffrey A. Fuisz | on behalf of Interested Party Bardin Hill Investment Partners jeffrey.fuisz@arnoldporter.com edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com |
| Jonathan I. Levine | on behalf of Interested Party Acquiom Agency Services LLC Jonathan.Levine@arnoldporter.com jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com |
| Jonathan I. Levine | on behalf of Interested Party Bardin Hill Investment Partners Jonathan.Levine@arnoldporter.com jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com |
| Joseph James McMahon, Jr. | on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov |
| Joseph M. Barry | on behalf of Interested Party Zohar II 2005-1 Limited jbarry@ycst.com, shartnett@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Zohar CDO 2003-1 Limited jbarry@ycst.com, shartnett@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Zohar III Limited jbarry@ycst.com shartnett@ycst.com |
| Kenneth Listwak | on behalf of Debtor MD Helicopters Inc. Ken.Listwak@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Kimberly E. Neureiter | |

| | |
|---|---|
| | on behalf of Creditor Pension Benefit Guaranty Corporation neureiter.kimberly@pbgc.gov  efile@pbgc.gov |
| Mark D. Collins | |
| | on behalf of Interested Party Ankura Trust Company  LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Matthew P. Ward | |
| | on behalf of Interested Party MB Special Opportunities Fund II  LP matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com |
| Matthew P. Ward | |
| | on behalf of Interested Party Bardin Hill Investment Partners matthew.ward@wbd-us.com  Heidi.sasso@wbd-us.com |
| Matthew P. Ward | |
| | on behalf of Interested Party Acquiom Agency Services LLC matthew.ward@wbd-us.com  Heidi.sasso@wbd-us.com |
| Michael R. Nestor | |
| | on behalf of Interested Party Zohar II 2005-1  Limited bankfilings@ycst.com |
| Michael R. Nestor | |
| | on behalf of Interested Party Zohar CDO 2003-1  Limited bankfilings@ycst.com |
| Michael R. Nestor | |
| | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Morgan L. Patterson | |
| | on behalf of Interested Party Acquiom Agency Services LLC morgan.patterson@wbd-us.com  Heidi.sasso@wbd-us.com |
| Morgan L. Patterson | |
| | on behalf of Interested Party MB Special Opportunities Fund II  LP morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com |
| Morgan L. Patterson | |
| | on behalf of Interested Party Bardin Hill Investment Partners morgan.patterson@wbd-us.com  Heidi.sasso@wbd-us.com |
| Norman L. Pernick | |
| | on behalf of Creditor Ark II CLO 2001-1  Ltd. and Ark Investment Partners II, L.P. npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Norman L. Pernick | |
| | on behalf of Creditor Ark II CLO 2001-1  LLC and Ark Investment Partners II, L.P. npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| R. Craig Martin | |
| | on behalf of Creditor The State of the Netherlands craig.martin@dlapiper.com carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com |
| Rebecca L. Stark | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation stark.rebecca@pbgc.gov |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Ryan M. Bartley | |
| | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Ryan M. Bartley | |
| | on behalf of Interested Party Zohar II 2005-1  Limited bankfilings@ycst.com |
| Ryan M. Bartley | |
| | on behalf of Interested Party Zohar CDO 2003-1  Limited bankfilings@ycst.com |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William E. Chipman, Jr. | |
| | on behalf of Interested Party Robert M. Swisher chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com |
| William E. Chipman, Jr. | |
| | on behalf of Interested Party Phillip Marsteller chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com |

TOTAL: 42