# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
MD HELICOPTERS, INC., et al.,¹            :    Case No. 22-10263 (KBO)
                                          :
          Debtors.                        :    (Jointly Administered)
                                          :
----------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"),² the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 31, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Supplemental Declaration of Benjamin J. Steele in Support of Application of Debtors for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 66]

On March 31, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B**; (2) served via overnight mail on the Banks Service List attached hereto as **Exhibit C**; (3) the Taxing Authorities Service List attached here to as **Exhibit D**; (4) the Utility Companies Service List attached hereto as **Exhibit E**; (5) the Insurance Parties Service List attached hereto as **Exhibit F** and (6) the Lienholders Service List attached hereto as **Exhibit G**:

- Amended Notice of Agenda of Matters Scheduled for Emergency First Day Zoom Hearing on April 1, 2022, at 11:00 a.m. (Eastern Time) [Docket No. 67]

---

¹ The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

² On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 6, 2022

/s/ *Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 6, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 60613

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER | mmonjaras@aceclearwater.com; pnelson@aceclearwater.com |
| AEROCONTROLEX GROUP | ATTN: RAYMOND F. LAUBENTHAL, PRESIDENT AND CHIEF EXECUTIVE OFFICER | service@aerocontrolex.com |
| ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT | stephanie@alziebler.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN | brian.lohan@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN AND JONATHAN LEVINE | brian.lohan@arnoldporter.com; jonathan.levine@arnoldporter.com |
| AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER | sales@autovalve.com |
| BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN | blaire.cahn@bakermckenzie.com |
| BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD | john.dodd@bakermckenzie.com |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | ingrid.bagby@cwt.com; william.mills@cwt.com; michele.maman@cwt.com |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | npernick@coleschotz.com; ddean@coleschotz.com; preilley@coleschotz.com |
| COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN | fyudkin@coleschotz.com |
| COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER | info@colinearmachine.com |
| CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT | schapman@crissair.com |
| DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | jennifer.noel@delaware.gov |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | craig.martin@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN | dennis.odonnell@us.dlapiper.com; james.berger@us.dlapiper.com; charlene.sun@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN | noah.schottenstein@us.dlapiper.com |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | r9.info@epa.gov |
| FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER | customerservice@fnamerica.com |
| HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER | fpalminteri@helicoptertech.com |
| HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER | info@heritageaviationltd.com |
| HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER | info@howellinst.com; repairs@howellinst.com; hr@howellinst.com |
| INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT | randy@iac-ltd.com |
| LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | suzzanne.uhland@lw.com; adam.ravin@lw.com; brett.neve@lw.com; tj.li@lw.com |
| LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN | sales@liquidmeasurement.com |

Exhibit A

Core/2002 Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ANDREW HARMEYER | ddunne@milbank.com; aharmeyer@milbank.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | david.l.buchbinder@usdoj.gov |
| OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | questions.dor@oregon.gov |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER | neureiter.kimberly@pbgc.gov; efile@pbgc.gov |
| PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER | michael.dailey@prescottaerospace.com |
| RICHARD MANNO & COMPANY INC. | ATTN: VINCENT MANNO, PRESIDENT / OWNER | sales@richardmanno.com |
| SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA | ttrzaskoma@shertremonte.com |
| SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER | info@Soltecaz.com |
| SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT | info@SpectrumCT.com |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGINFO@AZAG.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | Kristina.Edmunson@doj.state.or.us |
| STATE OF THE NETHERLANDS | C/O DLA PIPER | kate.benveniste@dlapiper.com; dlaphx@dlapiper.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK | david.stratton@troutman.com; david.fournier@troutman.com; evelyn.meltzer@troutman.com; kenneth.listwak@troutman.com |
| U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY | usatxs.atty@usdoj.gov |
| UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION | glenn.p.harris@usdoj.gov |
| UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | C/O REESE MARKETOS LLP | pete.marketos@rm-firm.com; josh.russ@rm-firm.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, JOSEPH M. BARRY, ELIZABETH S. JUSTISON | mnestor@ycst.com; rbartley@ycst.com; akephart@ycst.com; jbarry@ycst.com; ejustison@ycst.com |

**Exhibit B**

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER 19815 MAGELLAN DRIVE TORRANCE CA 90502 | 310-323-2137 | mmonjaras@aceclearwater.com pnelson@aceclearwater.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | AEROCONTROLEX GROUP | ATTN: RAYMOND F. LAUBENTHAL, PRESIDENT AND CHIEF EXECUTIVE OFFICER 4223 MONTICELLO BLVD SOUTH EUCLID OH 44121 | 216-291-6045 | service@aerocontrolex.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT 12734 BRANFORD ST UNIT 12 ARLETA         CA 91331-4230 | 818-899-1754 | stephanie@alziebler.com | Overnight Mail, Fax and Email |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT 1600 W MONROE STREET PHOENIX AZ 85007-2650 | | | Overnight Mail |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS) | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN 70 WEST MADISON STREET, SUITE 4200 CHICAGO IL 60602-4231 | 312-583-2360 | brian.lohan@arnoldporter.com | Fax and Email |
| COUNSEL TO STALKING HORSE BIDDER | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN AND JONATHAN LEVINE 250 WEST 55TH STREET NEW YORK NY 10019 | 312-583-2360; 212-836-8689 | brian.lohan@arnoldporter.com jonathan.levine@arnoldporter.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER 1707 GUENTHER RD. DAYTON OH 45417 | 937-854-3039 | sales@autovalve.com | Fax and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN 452 FIFTH AVENUE NEW YORK NY 10018 | 212-310-1695 | blaire.cahn@bakermckenzie.com | Fax and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD 1111 BRICKELL AVENUE SUITE 1700 MIAMI FL 33131 | 305-789-8953 | john.dodd@bakermckenzie.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | BE AEROSPACE WESTMINSTER | ATTN: TROY BRUNK, PRESIDENT 7155 FENWICK LN WESTMINSTER CA 92683 | 714-896-9008 | | Overnight and Fax |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION INC.(FKA AVIALL) | ATTN: DAVID L. CALHOUN, PRESIDENT AND CHIEF EXECUTIVE OFFICER 2750 REGENT BLVD. DFW AIRPORT DALLAS TX 75261 | 972-586-1982 | | Overnight and Fax |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION SERVICES INC. | ATTN: TRAVIS SULLIVAN, VICE PRESIDENT & GENERAL MANAGER 480 N. 54TH STREET CHANDLER AZ 85226 | 480-403-0890 | | Fax |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | 212-504-6666 | ingrid.bagby@cwt.com<br>william.mills@cwt.com<br>michele.maman@cwt.com | Fax and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN<br>25 MAIN STREET<br>P.O. BOX 800<br>HACKENSACK NJ 07602 | 201-489-1536 | fyudkin@coleschotz.com | Fax and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS"); PATRIARCH PARTNERS AGENT SERVICES, LLC ("PPAS") | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | 302-652-3117 | npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER<br>7 WILSON DRIVE<br>SPARTA          NJ 07871 | 973-300-1683 | info@colinearmachine.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER<br>3371 E. HEMISPHERE LOOP<br>TUCSON          AZ 85706-5011 | 520-746-0481 | | Overnight and Fax |
| TOP 30 UNSECURED CREDITORS | COMPUCRAFT INDUSTRIES | ATTN: JOHN LAWLESS, OWNER<br>8787 OLIVE LANE<br>SANTEE CA 92071 | 619-449-2436 | | Fax |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT<br>28909 AVENUE WILLIAMS<br>VALENCIA CA 91355 | 661-294-1025 | schapman@crissair.com | Fax and Email |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | | jennifer.noel@delaware.gov | Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN<br>1251 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK NY 10020-1104 | 212-335-4501 | dennis.odonnell@us.dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com | Fax and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN<br>1900 NORTH PEARL STREET<br>SUITE 2200<br>DALLAS TX 75201 | 214-743-4545 | noah.schottenstein@us.dlapiper.com | Fax and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801-1147 | 302-394-2341 | craig.martin@us.dlapiper.com | Fax and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 10 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1200 SIXTH AVENUE, SUITE 155<br>SEATTLE WA 98101 | 206-553-2955 | | Overnight and Fax |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1201 ELM STREET, SUITE 500<br>DALLAS TX 75270 | | | Overnight Mail |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT 1650 ARCH STREET PHILADELPHIA PA 19103-2029 | 215-814-5103 | | Overnight and Fax |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT 75 HAWTHORNE STREET SAN FRANCISCO CA 94105 | 415-947-3553 | r9.info@epa.gov | Overnight Mail, Fax and Email |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER VOIE DE LIEGE 33 HERSTAL 4040 BELGIUM | 011-32-4-240-88-99 | customerservice@fnamerica.com | Overnight Mail, Fax and Email |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER 1200 E. 151ST STREET OLATHE          KS 66062 | 913-397-8282 | | Fax |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER 12902 SOUTH BROADWAY LOS ANGELES          CA 90061 | 310-523-2745 | fpalminteri@helicoptertech.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER 901 AVENUE T SUITE 102 GRAND PRAIRIE          TX 75050 | 972-660-2670 | info@heritageaviationltd.com | Overnight Mail, Fax and Email |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER 8945 SOUTH FREEWAY FORTH WORTH TX 76140 | 817-336-7874 | info@howellinst.com repairs@howellinst.com hr@howellinst.com | Fax and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Fax |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Fax |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT 8715 HARMON RD. FORT WORTH TX 76177 | 817-491-6759 | randy@iac-ltd.com | Overnight Mail, Fax and Email |
| TOP 30 UNSECURED CREDITORS | K2 MANUFACTURING | ATTN: THOMAS WRIGHT, PRESIDENT 1700 N. 22ND AVE PHOENIX AZ 85009 | | | Overnight Mail |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | 212-751-4864 | suzzanne.uhland@lw.com adam.ravin@lw.com brett.neve@lw.com tj.li@lw.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN 141 MORSE DRIVE FAIRFAX VT 05454 | 802-528-8131 | sales@liquidmeasurement.com | Fax and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ANDREW HARMEYER 55 HUDSON YARDS NEW YORK NY 10001-2163 | 212-530-5219 | ddunne@milbank.com aharmeyer@milbank.com | Fax and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov | Overnight Mail, Fax and Email |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT 955 CENTER STREET NE SALEM OR 97301-2555 | | questions.dor@oregon.gov | Email |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER 1200 K ST, N.W. WASHINGTON DC 20005-4026 | 202-326-4138 | neureiter.kimberly@pbgc.gov efile@pbgc.gov | Overnight Mail, Fax and Email |
| TOP 30 UNSECURED CREDITORS | PENSION BENEFIT GUARANTY CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 1200 K ST NW WASHINGTON DC 20005 | 202-229-4047 | | Fax |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER 6600 E. 6TH STREET PRESCOTT VALLEY      AZ 86314 | 928-772-7280 | michael.dailey@prescottaerospace.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | RICHARD MANNO & COMPANY INC. | ATTN: VINCENT MANNO, PRESIDENT / OWNER 42 LAMAR STREET WEST BABYLON NY 11704 | 631-643-2215 | sales@richardmanno.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT 11616 HARRY HINES BLVD. DALLAS TX 75229 | 972-845-7857 | | Fax |
| TOP 30 UNSECURED CREDITORS | ROGERSON AIRCRAFT EQUIPMENT GROUP | ATTN: MICHAEL ROGERSON, CHIEF EXECUTIVE OFFICER 16940 VON KARMAN IRVINE CA 92606 | 949-263-0263 | | Fax |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER 2355 S. TIBBS P.O. BOX 420 INDIANAPOLIS IN 46241 | 317-230-3381 | | Overnight Mail and Fax |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA 90 BROAD STREET, 23RD FLOOR NEW YORK NY 10004 | 212-202-4156 | ttrzaskoma@shertremonte.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER 3631 E 44TH STREET TUCSON AZ 85713 | 520-300-7030 | info@Soltecaz.com | Overnight Mail, Fax and Email |
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT 183 PLAINS ROAD P.O. BOX 470 MILFORD          CT 06460-3613 | 203-877-6927 | info@SpectrumCT.com | Fax and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVENUE PHOENIX AZ 85004-2926 | 602- 542-4085 | AGINFO@AZAG.GOV | Fax and Email |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 | 302-577-6630 | attorney.general@delaware.gov | Fax and Email |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST. NE SALEM OR 97301-4096 | | Kristina.Edmunson@doj.state.or.us | Email |
| TEXAS STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W. 15TH STREET AUSTIN TX 78701 | | | Overnight Mail |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | C/O DLA PIPER ATTN: KATE L. BENVENISTE 2525 EAST CAMELBACK ROAD, SUITE 1000 PHOENIX AZ 85016-4232 | 480 606 5101 | kate.benveniste@dlapiper.com dlaphx@dlapiper.com | Fax and Email |
| TEXAS DEPARTMENT OF REVENUE | TEXAS DEPARTMENT OF REVENUE | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS LYNDON B. JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN TX 78774 | | | Overnight Mail |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | ATTN: DANIEL J. CROWLEY, CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER 899 CASSATT ROAD #210 BERWYN PA 19312 | 610-251-1555 | | Fax |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK 1313 N. MARKET STREET HERCULES PLAZA, SUITE 5100 WILMINGTON DE 19801 | 302-421-8390 | david.stratton@troutman.com david.fournier@troutman.com evelyn.meltzer@troutman.com kenneth.listwak@troutman.com | Fax and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF ARIZONA | U.S. ATTORNEY FOR ARIZONA | ATTN: ATTORNEY TWO RENAISSANCE SQUARE 40 N. CENTRAL AVENUE, SUITE 1800 PHOENIX AZ 85004-4449 | | | Overnight Mail |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY 1007 ORANGE ST, SUITE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF OREGON | U.S. ATTORNEY FOR OREGON | ATTN: ATTORNEY 1000 SW THIRD AVENUE, SUITE 600 PORTLAND OR 97204 | | | Overnight Mail |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY 1000 LOUISIANA STREET, #2300 HOUSTON TX 77002 | 713-718-3300 | usatxs.atty@usdoj.gov | Fax and Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | C/O REESE MARKETOS LLP ATTN: PETE MARKETOS, JOSHUA M. RUSS 750 N. ST. PAUL STREET, SUITE 600 DALLAS TX 75201 | 214-501-0731 | pete.marketos@rm-firm.com josh.russ@rm-firm.com | Fax and Email |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION ATTN: GLENN P. HARRIS P.O. BOX 261 BEN FRANKLIN STATION WASHINGTON DC 20044 | 202-481-2122 | glenn.p.harris@usdoj.gov | Overnight Mail, Fax and Email |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS) & MB SPECIAL OPPORTUNITIES FUND II, LP | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON 1313 NORTH MARKET ST., SUITE 1200 WILMINGTON DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Fax and Email |
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD. (THE "ZOHAR LENDERS"), COUNSEL TO STALKING HORSE BIDDER, COUNSEL TO THE COHAR PARTIES | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, JOSEPH M. BARRY, ELIZABETH S. JUSTISON RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 | 302-571-1253 | mnestor@ycst.com rbartley@ycst.com akephart@ycst.com jbarry@ycst.com ejustison@ycst.com | Fax and Email |

**Exhibit C**

Exhibit C

Bank Service List

Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|------|-----------|-----------|------|-------|-----|
| PC00287 | WELLS FARGO BANK, N.A. | 100 W. WASHINGTON STREET | 25TH FLOOR | PHOENIX | AZ | 85003 |

**Exhibit D**

Exhibit D

Taxing Authorities Service List

Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|------|-----------|-----------|------|-------|-------------|---------|
| PC03813 | ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON | | PHOENIX | AZ | 85007-2929 | |
| PC03817 | ARIZONA DEPARTMENT OF REVENUE | P.O. BOX 29079 | | PHOENIX | AZ | 85038-9079 | |
| PC03819 | ARIZONA DEPARTMENT OF TRANSPORTATION | 4005 N. 51ST AVENUE | | PHOENIX | AZ | 85031-2688 | |
| PC03820 | ARIZONA DEPT OF REVENUE | P.O. BOX 29026 | | PHOENIX | AZ | 85038-9026 | |
| PC03821 | ARIZONA DEPT. OF ENVIRONMENTAL QUALITY | 1110 WEST WASHINGTON STREET | 5415A-1 | PHOENIX | AZ | 85007 | |
| PC03822 | ARIZONA ESCROW & FINANCIAL CORP | 3700 N. 24TH STREET | SUITE 130 | PHOENIX | AZ | 85016 | |
| PC03823 | ASSISTANT COMMISSIONER FOR PATENTS | BOX M FEE | | WASHINGTON | DC | 20231 | |
| PC03824 | BODYCOTE-HALTOM CITY | 4008 CLAY AVENUE | SUITE 200 | HALTOM CITY | TX | 76117 | |
| PC03825 | BUREAU OF ALCOHOL, TOBACCO & FIREARMS | P. O. BOX 371970 | | PITTSBURGH | PA | 15250-7970 | |
| PC03826 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS | P.O BOX 281907 | | ATLANTA | GA | 30384-1907 | |
| PC03827 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS | P.O BOX 6200-13 | | PORTLAND | OR | 97228-6200 | |
| PC03828 | BUREAU OF CUSTOMS AND BORDER PROTECTION | P.O. BOX 70946 | | CHARLOTTE | NC | 28272-0946 | |
| PC03829 | CALIFORNIA POLICE CHIEFS ASSOCIATION | P.O. BOX 255745 | | SACRAMENTO | CA | 95865-5745 | |
| PC03830 | CALIFORNIA STATE DISBURSEMENT UNIT | P.O BOX 989067 | | WEST SACRAMENTO | CA | 95798-9067 | |
| PC03831 | CALIFORNIA STATE SHERIFF'S ASSOCIATION | P.O. BOX 980790 | | WEST SACRAMENTO | CA | 95798-0790 | |
| PC03832 | CFE- SOUTH CAROLINA | 4400 BROAD RIVER ROAD | | COLUMBIA | SC | 29210 | |
| PC03833 | CITY AND COUNTY OF HONOLULU | 530 SOUTH KING STREET | ROOM 306 | HONOLULU | HI | 96813 | |
| PC03834 | CITY OF ATLANTA | P.O. BOX 932053 | | ATLANTA | GA | 31193 | |
| PC03835 | CITY OF COLUMBUS - TREASURE -POLICE | 77 N FRONT ST | | COLUMBUS | OH | 43215 | |
| PC03836 | CITY OF GLENDALE | 7540 WHEATLAND AVE. | | SUN VALLEY | CA | 91352 | |
| PC03837 | CITY OF HUNTINGTON BEACH | 2000 MAIN STREET | | HUNTINGTON BEACH | CA | 92648 | |
| PC03838 | CITY OF INDIANAPOLIS/MARION COUNTY | 200 E. WASHINGTON ST. | STE. 1522 | INDIANAPOLIS | IN | 46204 | |
| PC03840 | CITY OF MESA | 5110 E. FALCON DRIVE | | MESA | AZ | 85215 | |
| PC03900 | CITY OF MESA | 20 E. MAIN STREET | STE. 150 | MESA | AZ | 85211-1466 | |
| PC03895 | CITY OF MESA POLICE DEPARTMENT | 130 NORTH ROBSON | | MESA | AZ | 85201-6697 | |
| PC03841 | CITY OF PHOENIX | 620 WEST WASHINGTON STREET | | PHOENIX | AZ | 85003-2187 | |
| PC03912 | CITY OF PHOENIX | P.O. BOX 29644 | | PHOENIX | AZ | 85038-9644 | |
| PC03842 | CITY OF SAN DIEGO/IACP 2000 | 3033 FIFTH AVENUE | SUITE 205 | SAN DIEGO | CA | 92103 | |
| PC03843 | CITY OF SAN DIEGO-TREASURER'S OFFICE | P.O BOX 129039 | | SAN DIEGO | CA | 92112 | |
| PC03844 | CITY OF SANTA MONICA | 3223 DONALD DOUGLAS LOOP SOUTH | SUITE 3 | SANTA MONICA | CA | 90405 | |
| PC03845 | CITY OF WESTFIELD | 110 AIRPORT RD | | WESTFIELD | MA | 01085 | |
| PC03846 | CLERK OF THE CIRCUIT COURT | 110 NORTH APOPKA AVENUE | | INVERNESS | FL | 34450 | |
| PC03847 | CLERK OF THE SUPERIOR COURT | P.O. BOX 52826 | | PHOENIX | AZ | 85072 | |
| PC03848 | CNLC PROCUREMENT DEPARTMENT | NO. 20, JIESHOU RD., ZUOYING DIST. | | KAOHSIUNG CITY | | 813007 | TAIWAN (R.O.C.) |
| PC03849 | COLORADO STATE TREASURER | P.O. BOX 956 | | DENVER | CO | 80201-0956 | |
| PC03850 | COMMISSIONER OF PATENTS & TRADEMARKS | 2011 CRYSTAL DRIVE | STE 307 | ARLINGTON | VA | 22202 | |
| PC03851 | COMMISSIONER OF REVENUE SERVICES | P.O. BOX 2974 | | HARTFORD | CT | 06104-2974 | |

Exhibit D

Taxing Authorities Service List

Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|------|-----------|-----------|------|-------|-------------|---------|
| PC04149 | COMPTROLLER OF PUBLIC ACCOUNTS | P.O BOX 149348 | | AUSTIN | TX | 78714-9348 | |
| PC03852 | CONTROLLER | P.O. BOX 85670 | | LINCOLN | NE | 68501-5670 | |
| PC03853 | COUNTY OF LETHBRIDGE | #100 | 905 - 4 AVENUE SOUTH | LETHBRIDGE | AB | T1J 4E4 | CANADA |
| PC03918 | COUNTY OF SONOMA | 2290 AIRPORT BLVD | | SANTA ROSA | CA | 95403 | |
| PC03854 | DEFENSE FINANCE AND ACCOUNTING OFFICER | P.O. BOX 182204 | | COLUMBUS | OH | 43218-2204 | |
| PC03855 | DEFENSE FINANCE AND ACCOUNTING SERVICE | ATTN: CUSTOMER CARE CENTER | 8899 EAST 56TH STREET, DEPT. 3300 | INDIANAPOLIS | IN | 46249-3300 | |
| PC03856 | DEFENSE PROCUREMENT AGENCY | 3901 A AVE. | BUILDING 10500 | FORT LEE | VA | 23801-1809 | |
| PC03857 | DELAWARE SECRETARY OF STATE | P.O. BOX 11728 | | NEWARK | NJ | 07101-4728 | |
| PC03858 | DEPARTMENT OF LABOR & INDUSTRIES | P.O. BOX 24106 | | SEATTLE | WA | 98124-6524 | |
| PC03859 | DEPARTMENT OF REVENUE - ARIZONA | P.O. BOX 29079 | | PHOENIX | AZ | 85038-9079 | |
| PC03860 | DEPARTMENT OF REVENUE - CONNECTICUT | P.O. BOX 2974 | | HARTFORD | CT | 06104-2974 | |
| PC03862 | DEPARTMENT OF REVENUE - GEORGIA | P.O. BOX 740317 | | ATLANTA | GA | 30374-0317 | |
| PC03863 | DEPARTMENT OF TOXIC SUBSTANCES CONTROL | P.O BOX 1288 | | SACRAMENTO | CA | 95815 | |
| PC03864 | DEPARTMENT OF TRANSPORTATION | P.O. BOX 530273 | | ATLANTA | GA | 30353-0273 | |
| PC03865 | DISAM / TREASURER OF THE UNITED STATES | 2475 K STREET | BLDG 52 | WRIGHT PATTERSON AFB | OH | 45433-7641 | |
| PC03866 | DTSC ACCOUNTING | P.O. BOX 1288 | | SACRAMENTO | CA | 95812-1288 | |
| PC03867 | EUROPEAN AVIATION SAFETY AGENCY | POSTFACH 10 12 53 | | COLOGNE | | 50452 | GERMANY |
| PC03871 | FEDERAL AVIATION ADMINISTRATION | P.O. BOX 25504 | | OKLAHOMA CITY | OK | 73125-0504 | |
| PC03872 | FLORIDA DEPARTMENT OF REVENUE | 5050 W. TENNESSEE STREET | | TALLAHASSEE | FL | 32399-0135 | |
| PC03873 | FRANCHISE TAX BOARD | P.O. BOX 942857 | | SACRAMENTO | CA | 94257-0501 | |
| PC03874 | GEORGIA DEPARTMENT OF REVENUE | P.O. BOX 740397 | | ATLANTA | GA | 30374-0397 | |
| PC03875 | HAWAII STATE DEPT. OF TAXATION | P.O. BOX 1425 | | HONOLULU | HI | 96806-1425 | |
| PC03876 | HEXCEL-SALT LAKE CITY | 6700 W 5400 SOUTH | | WEST VALLEY CITY | UT | 84118 | |
| PC03877 | HOUSTON POLICE FOUNDATION | 1200 TRAVIS | SUITE 1600 | HOUSTON | TX | 77001-0346 | |
| PC03878 | HUNTINGTON BEACH POLICE DEPARTMENT | 18401 GOTHARD STREET | | HUNTINGTON BEACH | CA | 92648 | |
| PC03879 | IDAHO STATE TAX COMMISSION | P.O. BOX 83784 | | BOISE | ID | 83707-3784 | |
| PC03880 | INDIANA DEPARTMENT OF REVENUE | P.O. BOX 1028 | | INDIANAPOLIS | IN | 46206-1028 | |
| PC03881 | INDIANA DEPT OF WORKFORCE DEVELOPMENT | 10 NORTH SENATE AVE | STE 106 | INDIANAPOLIS | IN | 46204 | |
| PC03882 | INDUSTRIAL COMMISSION OF AZ | P.O. BOX 19070 | | PHOENIX | AZ | 85005-9070 | |
| PC03884 | INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE. NW | | WASHINGTON | DC | 20224 | |
| PC03885 | INTERNAL REVENUE SERVICE CENTER | 1973 NORTH RULON WHITE ROAD | | OGDEN | UT | 84201 | |
| PC03886 | INTERNATIONAL ASSOC OF CHIEFS OF POLICE | P.O. BOX 90976 | | WASHINGTON | DC | 20090-0976 | |
| PC03887 | LEADVILLE/LAKE COUNTY FIRE DEPARTMENT | 816 HARRISON AVENUE | | LEADVILLE | CO | 80461 | |
| PC03888 | MARICOPA COUNTY | 3800 N CENTRAL AVE. | SUITE 1400 | PHOENIX | AZ | 85012 | |
| PC03889 | MARICOPA COUNTY AIR QUALITY DEPARTMENT | 1001 N CENTRAL AVE | STE 125 | PHOENIX | AZ | 85004 | |
| PC03891 | MARICOPA COUNTY ENVIRONMENTAL SERVICES | 1001 N. CENTRAL AVENUE | SUITE 100 | PHOENIX | AZ | 85004-1942 | |

Exhibit D

Taxing Authorities Service List

Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| PC03892 | MARICOPA COUNTY TREASURER | P.O. BOX 52133 | | PHOENIX | AZ | 85072-2133 | |
| PC03893 | MESA CHAMBER OF COMMERCE | 165N. CENTENNIAL WAY | STE 208 | MESA | AZ | 85201 | |
| PC03894 | MESA CITIZEN POLICE ACADEMY ALUMNI ASSOC | P.O BOX 366 | | MESA | AZ | 85211 | |
| PC03896 | MESA POLICE EXPLORER POST 2055 | 130 NORTH ROBSON STREET | | MESA | AZ | 85211-1466 | |
| PC03901 | MINNESOTA DEPARTMENT OF HUMAN RIGHTS | 625 ROBERT STREET NORTH | | SAINT PAUL | MN | 55155 | |
| PC03902 | MINNESOTA DEPT OF NATURAL RESOURCES | 1601 MINNESOTA DRIVE | | BRAINERD | MN | 56401 | |
| PC03903 | NATIONAL SHERIFFS ASSOCIATION | 1450 DUKE STREET | | ALEXANDRIA | VA | 22314 | |
| PC03904 | NORTH CAROLINA DEPT. OF REVENUE | P.O. BOX 25000 | | RALEIGH | NC | 27640-0500 | |
| PC03905 | NORTH CAROLINA LAW ENFORCEMENT ASS'N | 309 CHAPANOKE ROAD | SUITE 106 | RALEIGH | NC | 27603-3431 | |
| PC03906 | ORANGE COUNTY NAMEPLATE CO. | 13201 ARCTIC CIRCLE | | SANTA FE SPRINGS | CA | 90670 | |
| PC03907 | OREGON DEPARTMENT OF REVENUE | P.O. BOX 14790 | | SALEM | OR | 97309-0470 | |
| PC03908 | OXFORD POLICE DEPARMENT | 600 STANLEY MERRILL DR | | OXFORD | AL | 36203 | |
| PC03909 | PA DEPARTMENT OF REVENUE | P.O. BOX 280703 | | HARRISBURG | PA | 17128-0703 | |
| PC03910 | PASADENA POLICE - HELICOPTER SECTION | 2175 YUCCA LANE | | ALTADANA | CA | 91001 | |
| PC03911 | PASADENA POLICE AIR OPERATIONS | 207 NORTH GARFIELD AVE. | | PASADENA | CA | 91101 | |
| PC03913 | POLK COUNTY SHERIFF'S OFFICE | 1891 JIM KEENE BLVD | | WINTER HAVEN | FL | 33880 | |
| PC03914 | PRINCE GEORGE'S COUNTY, MARYLAND | 1400 MCCORMICK DR. | STE. 200 | LARGO | MD | 20774 | |
| PC03915 | SCOTTSDALE CHAMBER OF COMMERCE | 9000 E. CHAPARRAL | | SCOTTSDALE | AZ | 85256-2626 | |
| PC03917 | SECRETARY OF STATE | 1700 WEST WASHINGTON STREET | SUITE 220 | PHOENIX | AZ | 85007 | |
| PC03919 | STATE BAR OF CALIFORNIA | P.O BOX 842142 | | LOS ANGELES | CA | 90084-2142 | |
| PC03920 | STATE OF ALABAMA | 50 NORTH RIPLEY STREET | | MONTGOMERY | AL | 36104 | |
| PC03921 | STATE OF ARIZONA | P.O. BOX 18228 | | PHOENIX | AZ | 85005-8228 | |
| PC03922 | STATE OF CALIFORNIA | P.O. BOX 942857 | | SACRAMENTO | CA | 94257-0511 | |
| PC03923 | STATE OF CONNECTICUT | 200 FOLLY BROOK BOULEVARD | | WETHERSFIELD | CT | 06109 | |
| PC03924 | STATE OF HAWAII | P.O. BOX 40 | | HONOLULU | HI | 96810 | |
| PC03925 | STATE OF IDAHO | P.O. BOX 70008 | | BOISE | ID | 83707-0108 | |
| PC03926 | STATE OF NEW HAMPSHIRE | P.O. BOX 1201 | | CONCORD | NH | 03302-1201 | |
| PC03927 | THE ARIZONA REPUBLIC | P.O. BOX 677595 | | DALLAS | TX | 75267-7595 | |
| PC03928 | THE STATE BAR OF CALIFORNIA | P.O. BOX 842142 | | LOS ANGELES | CA | 90084-2142 | |
| PC03929 | TREASURER OF THE UNITED STATES | STE 1310 NATIONAL PL/1331 PENNSYLVANIA | | WASHINGTON | DC | 20004 | |
| PC03930 | TREASURER ST. LOUIS COUNTY | 7900 FORSYTH BLVD. | | CLAYTON | MO | 63105 | |
| PC03931 | TREASURER, CITY OF COLUMBUS | 77 FRONT ST. | | COLUMBUS | OH | 43215 | |
| PC03932 | TREASURY OF THE UNITED STATES | P.O. BOX 25082 | | OKLAHOMA CITY | OK | 73125-5050 | |
| PC03933 | TREASURY OF THE UNITED STATES, THE | P.O. BOX 25504 | AFS-755 | OKLAHOMA CITY | OK | 73125-4915 | |
| PC03934 | U.S DEPT OF TREASURY-VSE CORPORATION | 6348 WALKER LANE | | ALEXANDRIA | VA | 22310 | |
| PC03936 | U.S TREASURY | 8899 EAST 56TH STREET | | INDIANAPOLIS | IN | 46249 | |

Exhibit D
Taxing Authorities Service List
Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|------|-----------|-----------|------|-------|-------------|---------|
| PC03937 | U.S. DEPARTMENT OF STATE | 2401 E. STREET N. W. | | WASHINGTON | DC | 20037 | |
| PC03938 | UNITED STATES PATENT & TRADEMARK OFFICE | P.O. BOX 371611 | | PITTSBURG | PA | 15250-1611 | |
| PC03943 | UNITED STATES TREASURY | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 | |
| PC03944 | UNITED STATES TREASURY | C/O IRS | 1500 PENNSYLVANIA AVENUE, NW | WASHINGTON | DC | 20220 | |
| PC03945 | US DEPARTMENT OF STATE | 2201 C ST., NW | | WASHINGTON | DC | 20520 | |
| PC03946 | US DEPARTMENT OF TRANSPORTATION | P.O. BOX 530273 | | ATANTA | GA | 30353-0273 | |
| PC03948 | US DEPARTMENT OF TREASURY | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 | |
| PC03949 | US TREASURY | 8899 EAST 56TH STREET | | INDIANAPOLIS | IN | 46249-3400 | |
| PC03950 | VIRGINIA DEPARTMENT OF TAXATION | P.O. BOX 1777 | | RICHMOND | VA | 23218-1777 | |
| PC03951 | WASHINGTON STATE DEPARTMENT OF REVENUE | P.O. BOX 34051 | | SEATTLE | WA | 98124-1051 | |
| PC03952 | WASHINGTON STATE SUPPORT REGISTRY | P.O BOX 45868 | | OLYMPIA | WA | 98504-5868 | |

**Exhibit E**

Exhibit E
Utility Companies Service List
Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|------|-----------|-----------|------|-------|-----|
| PC03692 | AIRGAS | 544 W. IRON AVE STE 101 | | MESA | AZ | 85210-6032 |
| PC03699 | AMERIGAS | 460 NORTH GULPH ROAD, SUITE 100 | | KING OF PRUSSIA | PA | 19406-2815 |
| PC03686 | AMERIGAS | AMERIGAS - 7192 CORRESPONDENCE ONLY | P.O. BOX 45264 | WESTLAKE | OH | 44145 |
| PC03693 | AVFUEL CORP. | AVFUEL CORPORATION | 47 W. ELLSWORTH | ANN ARBOR | MI | 48108 |
| PC03696 | CITY OF MESA | 20 E. MAIN STREET | | MESA | AZ | 85201 |
| PC03694 | CITY OF MESA | 4800 E. FALCON DR. | | MESA | AZ | 85215 |
| PC03687 | CITY OF MESA | P.O. BOX 1878 | | MESA | AZ | 85211-1878 |
| PC03700 | COX COMMUNICATION | 6205-B PEACHTREE DUNWOODY ROAD NE | | ATLANTA | GA | 30328 |
| PC03688 | COX COMMUNICATION | DEPARTMENT # 102285 | P.O. BOX 1259 | OAKS | PA | 19456 |
| PC03697 | SRP | 1500 N. MILL AVE | | TEMPE | AZ | 85281 |
| PC03689 | SRP | P.O. BOX 80062 | | PRESCOTT | AZ | 86304-8062 |
| PC03698 | VERIZON | 1095 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| PC03690 | VERIZON | P.O. BOX 489 | | NEWARK | NJ | 07101-0489 |
| PC03701 | WASTE MANAGEMENT | CAPITOL TOWER, 800 CAPITOL ST SUITE 3000 | | HOUSTON | TX | 77002 |
| PC03691 | WASTE MANAGEMENT | WM CORPORATE SERVICES, INC. | P.O. BOX 7400 | PASADENA | CA | 91109-7400 |

**<u>Exhibit F</u>**

Exhibit F

Insurance Parties Service List

Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| PC03681 | ALLIANZ GLOBAL RISKS US INS. CO. PER ALLIANZ AVIATION LIMITED | 800 SOUTH FIGUEROA ST. | | LOS ANGELES | CA | 90017 | |
| | ASCOT | 27 RICHMOND ROAD | | | PEMBROKE | HM 08 | BERMUDA |
| PC03664 | ASCOT INSURANCE COMPANY | CANON'S COURT | 22 VICTORIA STREET | HAMILTON | | HM 12 | BERMUDA |
| PC03673 | CAC SPECIALTY | 250 FILLMORE STREET | SUITE 450 | DENVER | CO | 80206 | |
| PC04147 | CONTINENTAL INSURANCE COMPANY | 6755 BUSINESS PARKWAY | SUITE 104 | ELKRIDGE | MD | 21075 | |
| PC03676 | HISCOX INSURANCE COMPANY INC. | 5 CONCOURSE PARKWAY | SUITE 2150 | ATLANTA | GA | 30328 | |
| PC03682 | LIBERTY MUTUAL | 175 BERKELEY STREET | | BOSTON | MA | 02116 | |
| PC04146 | MUNICH REINSURANCE AMERICA INC. | 555 COLLEGE ROAD EAST | P.O. BOX 5241 | PRINCETON | NJ | 08543 | |
| PC03683 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (AIG) | 1271 AVE OF THE AMERICAS | FL 41 | NEW YORK | NY | 10020-1304 | |
| PC03679 | NORTH AMERICAN ELITE INSURANCE COMPANY | 1200 MAIN STREET | | KANSAS CITY | MO | 64105 | |
| PC03678 | NORTH AMERICAN ELITE INSURANCE COMPANY | 650 ELM STREET | | MANCHESTER | NH | 03101 | |
| PC03674 | OLD REPUBLIC INSURANCE COMPANY | 133 OAKLAND AVENUE | P.O. BOX 789 | GREENBURG | PA | 15601 | |
| PC03675 | OLD REPUBLIC INSURANCE COMPANY | 307 NORTH MICHIGAN AVENUE | | CHICAGO | IL | 60601 | |
| PC03665 | RSUI INDEMNITY COMPANY | 945 EAST PACES FERRY RD NE | | ATLANTA | GA | 30326 | |
| PC03677 | STARR INDEMNITY & LIABILITY CO. | 399 PARK AVENUE | 2ND FLOOR | NEW YORK | NY | 10022 | |
| PC03684 | STARR INDEMNITY & LIABILITY CO. PER STARR AVIATION | 399 PARK AVENUE | 2ND FLOOR | NEW YORK | NY | 10022 | |
| PC03680 | STEADFAST INSURANCE COMPANY (ZURICH) | ZURICH AMERICAN INSURANCE COMPANY | 1299 ZURICH WAY, 5TH FLOOR | SCHAUMBURG | IL | 60196-1056 | |
| PC04148 | TRAVELERS CASUALTY AND SURETY | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| PC03685 | UNDERWRITERS AT LLOYD'S & OTHER COS. PER WILLIS LIMITED | ONE LIME STREET | | LONDON | | EC3M 7HA | UNITED KINGDOM |
| PC03666 | WESCO INSURANCE COMPANY | 420 MAPPLE AVE | | YUKON | OK | 73099 | |
| PC03667 | WESCO INSURANCE COMPANY | 59 MAIDEN LANE | 43RD FL | NEW YORK | NY | 10038 | |
| PC03672 | WILLIS TOWERS WATSON (WILLIS) | 51 LIME STREET | | LONDON | | EC3M 7DQ | UNITED KINGDOM |
| PC03670 | XL SPECIALTY INSURANCE COMPANY | 70 SEAVIEW AVENUE | | STAMFORD | CT | 06902-6040 | |

**Exhibit G**

Exhibit G

Lienholders Service List
Served via overnight mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|------|-----------|-----------|------|-------|-----|
| PC00298 | A PREFERRED FILING & SEARCH SERVICES, INC. | P.O. BOX 176 | | WEST SACRAMENTO | CA | 95691 |
| PC00299 | ACCUSEARCH, INC. | 2338 W. ROYAL PALM RD | SUITE J | PHOENIX | AZ | 85021 |
| PC00300 | ANKURA TRUST COMPANY | 60 STATE STREET | SUITE 700 | BOSTON | MA | 02109 |
| PC00301 | ANKURA TRUST COMPANY, LLC | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| PC00304 | ANKURA TRUST COMPANY, LLC, AS CO-AGENT | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| PC00302 | ANKURA TRUST COMPANY, LLC, AS CO-AGENT | 60 STATE STREET | STE 700 | BOSTON | MA | 02109 |
| PC00305 | ARK II CLO 2001-01, LTD. | ONE LIBERTY PLAZA | 35TH FLOOR | NEW YORK | NY | 10006 |
| PC00309 | BANK ONE, ARIZONA NA | 201 NORTH CENTRAL | | PHEONIX | AZ | 85004 |
| PC00310 | CAPITOL CORPORATE SERVICES, INC. | P.O. BOX 13461 | | PHOENIX | AZ | 85002 |
| PC04034 | CONGRESS FINANCIAL COPORATION | ONE POST OFFICE SQUARE | | BOSTON | MA | 02109 |
| PC00311 | CONGRESS FINANCIAL COPORATION (NEW ENGLAND) | ONE POST OFFICE SQUARE | SUITE 3600 | BOSTON | MA | 02109 |
| PC04156 | DATA SALES CO., INC. | 3450 W. BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 |
| PC00312 | JOHN D. PICKERING | BALCH & BINGHAM LLP | P.O. BOX 306 | BIRMINGHAM | AL | 35201-0306 |
| PC00316 | JPMORGAN CHASE BANK, N.A. | 10 S. DEARBORN | | CHICAGO | IL | 60670 |
| PC00315 | JPMORGAN CHASE BANK, N.A. | 120 S. LASALLE ST. IL1-1146 | | CHICAGO | IL | 60603 |
| PC00317 | KRISTA GULALO | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| PC00318 | MILBANK LLP | ATTN: AIP UCC COMMITTEE | 55 HUDSON YARDS | NEW YORK | NY | 10001-2163 |
| PC00319 | NY CONGRESS FINANCIAL CORP. | 1133 AVENUE OF THE AMERICA | IRMA RIVERA | NEW YORK | NY | 10036 |
| PC00321 | PATRIARCH PARTNERS AGENCY SERVICES, LLC | 112 SOUTH TRYON STREET | SUITE 700 | CHARLOTTE | NC | 28284 |
| PC00322 | PATRIARCH PARTNERS AGENCY SERVICES, LLC | 32 AVENUE OF THE AMERICAS | 17TH FLOOR | NEW YORK | NY | 10013 |
| PC00323 | PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS AGENT | 112 S TRYON ST STE 700 | | CHARLOTTE | NC | 28284 |
| PC00324 | PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS AGENT | 32 AVE OF THE AMERICAS, 17 FL | | NEW YORK | NY | 10013 |
| PC00325 | WACHOVIA CAPITAL FINANCE CORPORATION | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 |
| PC00327 | WACHOVIA CAPITAL FINANCE CORPORATION (NEW ENGLAND) | ONE POST OFFICE SQUARE | SUITE 3600 | BOSTON | MA | 02109 |
| PC00330 | WACHOVIA CAPITAL FINANCE CORPORATION (WESTERN) | 251 SOUTH LAKE AVENUE | SUITE 900 | PASADENA | CA | 91101 |
| PC00331 | WACHOVIA CAPITAL FINANCE CORPORATION (WESTERN), AS AGENT | 251 SOUTH LAKE AVENUE | SUITE 900 | PASADENA | CA | 91101 |
| PC00335 | WELLS FARGO CAPITAL FINANCE, LLC | 10 SOUTH WACKER DRIVE | 13TH FLOOR | CHICAGO | IL | 60606 |
| PC00334 | WELLS FARGO CAPITAL FINANCE, LLC | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 |