**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                                    Chapter 11

MD Helicopters, Inc., *et al.*,                       Case No. 22-10263 (KBO)
                                                      (Jointly Administered)

      Debtors.

---

**STATEMENT THAT A COMMITTEE OF**
**UNSECURED CREDITORS HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

      As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )    Debtors' petitions/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( )    No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(**x**)    Insufficient response to the United States Trustee communication/contact for service on the committee.

( )    No unsecured creditor interest.

( )    Non-operating debtors-in-possession -- no creditor interest.

( )    Application to convert to chapter 7 or to dismiss pending.

( )    Converted or dismissed.

                          **ANDREW R. VARA**
                          **UNITED STATES TRUSTEE**

                          */s/ Joseph J. McMahon, Jr.*
                          *for* T. PATRICK TINKER
                          Assistant United States Trustee

DATED:  April 11, 2022

cc:  Proposed attorneys for Debtors:  David B. Stratton, Esquire