# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF JEFFREY A. FUISZ

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeffrey A. Fuisz, of the law firm Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, New York 10019-9710, to represent Bardin Hill Investment Partners and Acquiom Agency Services LLC, as agent, in the above-captioned cases.

Dated:  April 11, 2022

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  matthew.ward@wbd-us.com
Email:  morgan.patterson@wbd-us.com

*Counsel to Bardin Hill Investment Partners and Acquiom Agency Services LLC*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  April 11, 2022           /s/ *Jeffrey A. Fuisz*
                                 Jeffrey A. Fuisz
                                 **ARNOLD & PORTER KAYE SCHOLER LLP**
                                 250 West 55th Street
                                 New York, New York 10019-9710
                                 Telephone: (212) 863-8000
                                 Facsimile: (212) 863-8689
                                 Email:  jeffrey.fuisz@arnoldporter.com

                                 *Counsel to Bardin Hill Investment Partners and*
                                 *Acquiom Agency Services LLC*

**ORDER GRANTING MOTION FOR <u>PRO</u> <u>HAC</u> <u>VICE</u> ADMISSION**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.