IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: D.I. 120** |

# FIRST SUPPLEMENTAL DECLARATION OF SUZZANNE UHLAND IN SUPPORT OF APPLICATION OF DEBTORS FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LATHAM & WATKINS LLP AS BANKRUPTCY CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE

I, Suzzanne Uhland, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("**L&W**"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bars of New York, California, and the District of Columbia, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2. I submit this first supplemental declaration (the "**First Supplemental Declaration**") in further support of the *Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#125607334 v1

*the Petition Date* [D.I. 120] (the "**Application**")[2] and to supplement the disclosures set forth in the Uhland Declaration attached as Exhibit B to the Application.

3. All facts set forth in this First Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. L&W is seeking to be retained as lead restructuring co-counsel to the Debtors and therefore expects to have primary responsibility for the services disclosed in L&W's retention application. Troutman Pepper will provide substantive advice to the Debtors on matters as appropriate.

5. As disclosed in paragraph 32 of the Uhland Declaration, L&W currently represents or in the past has represented the Portfolio Companies. With the exception of L&W's representation of UI Acquisition Holding Co., which remains ongoing, all such representations have terminated. None of the representations of the Portfolio Companies relates to the Debtors or the Chapter 11 Cases.

6. Given the closely held nature of the Debtors' capital structure, as more fully described in the *Declaration of Barry Sullivan, Chief Financial Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 19], we do not believe that any Investment Funds or Passive-Intermediary Entities own any debt or equity securities of the Debtors. Furthermore, as described in the Application, L&W sent a general inquiry to all L&W attorneys

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

3

to determine whether any such individuals or members of their households own or owned any debt or equity securities of the Debtors, and all responses received were negative.

7. Based on the information available to me, I believe that L&W (a) is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, as required by Section 327(a) of the Bankruptcy Code; (b) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Uhland Declaration; and (c) does not hold or represent an interest adverse to the Debtors or their estates.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2022
New York, NY

                                                    */s/ Suzzanne Uhland*
                                                    Suzzanne Uhland