IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD Helicopters, Inc., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.: 122 and 135** |

**SECOND SUPPLEMENTAL DECLARATION OF DAVID B. STRATTON IN
SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. § 327(A) AUTHORIZING THE EMPLOYMENT
AND RETENTION OF TROUTMAN PEPPER HAMILTON SANDERS LLP
AS RESTRUCTURING CO-COUNSEL TO THE DEBTORS,
EFFECTIVE AS OF THE PETITION DATE**

I, David B. Stratton, under penalty of perjury, states as follows:

1. I am a partner in the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"). I make this Declaration pursuant to sections 327, 328, 329 and 504 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.* as amended, the "Bankruptcy Code"), Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

2. I submit this second supplemental declaration (this "Second Supplemental Declaration") in support of the retention of Troutman Pepper as co-counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), effective as of the petition date.

3. On April 4, 2022, the Debtors filed the *Application of Debtors for Entry of*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#125522006 v2

an Order Pursuant to 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date* (the "Application")[2] [Docket No. 122], along with the Declaration of David B. Stratton in support of the Application (the "Declaration").  On April 11, 2022, the Debtors filed the *First Supplemental Declaration of David B. Stratton in Support of Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date* (the "First Supplemental Declaration") [Docket No. 135].

4. This Second Supplemental Declaration is intended to supplement, but not replace, the Declaration and First Supplemental Declaration.

5. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon Troutman Pepper's completion of further analysis or as additional party-in-interest information becomes available to me, Troutman Pepper will submit a supplemental verified statement to this Court.

6. With respect to the Client Match List, which is Exhibit 2 to the Declaration, the term "unrelated matter" means that the matter is unrelated to both the Debtors and these chapter 11 cases. Moreover, with respect to the parties on the Client Match List and the disclosure contained in the First Supplemental Declaration, only Wells Fargo constituted more than 1% of the firm's gross revenue for calendar years 2020 or 2021. Specifically, Wells Fargo constituted 1.52% of Troutman Pepper's revenue in 2021 and 1.57% in 2020.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

-3-

      7.      I will amend or supplemental this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 19, 2022                  /s/ *David B. Stratton*  
                                                    David B. Stratton, Esq.