**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 31** |

**CERTIFICATE OF NO OBJECTION REGARDING ORDER WITH RESPECT TO MOTION OF DEBTORS FOR ENTRY OF ORDER UNDER 11 U.S.C. §§ 105(a) AND 521, FED. R. BANKR. P. 1007(c) AND 9006(b) AND DEL. BANKR. L.R. 1007-1(b) (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) GRANTING RELATED RELIEF**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that he did not receive any formal or informal response to the *Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P. 1007(c) and 9006(b) and Del. Bankr. L.R. 1007-1(b) (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief* (the "Motion") [Docket No. 31], filed on March 30, 2022. The undersigned further certifies that he has reviewed the docket in this case and that no response to the Motion appears thereon. The of *Notice of Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P. 1007(c) and 9006(b) and Del. Bankr. L.R. 1007-1(b) (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#125507466 v3

*and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief* [Docket No. 113] established a deadline of April 18, 2022 at 4:00 pm (ET) for filing and service of responses to the Motion. A hearing on the Motion is scheduled for April 25, 2022 at 9:00 a.m. (ET).

      WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached as Exhibit A to the Motion at the Court's earliest convenience.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: April 19, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Kenneth A. Listwak*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:   david.stratton@troutman.com<br>            david.fournier@troutman.com<br>            evelyn.meltzer@troutman.com<br>            kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:   suzzanne.uhland@lw.com<br>            adam.ravin@lw.com<br>            brett.neve@lw.com<br>            tj.li@lw.com<br>            alexandra.zablocki@lw.com<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |