IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
MD HELICOPTERS, INC., *et al.*,                            :    Case No. 22-10263 (KBO)
                                                           :
        Debtors.                                    :    (Jointly Administered)
                                                           :
---------------------------------------------------------- x

## ORDER SETTING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following hearing date has been scheduled in the above-captioned matter:

    a.    May 26, 2022 at 9:00 a.m. (ET)

    b.    June 17, 2022 at 9:00 a.m. (ET)

Dated: April 20th, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

#125725946 v1