IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: D.I. 4 and 97, 152** |

---

**FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE A
CONSOLIDATED CREDITOR MATRIX AND CONSOLIDATED LIST OF THE
TOP THIRTY UNSECURED CREDITORS AND (B) REDACT FROM
THE CREDITOR MATRIX CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION FOR EMPLOYEES; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of a Final Order under Sections 521 and 105(a) of the Bankruptcy Code, Bankruptcy Rules 1007, 2002, 9007, and 9008, and Local Rule 1001-1(c), 1007-1, and 1007-2 (i) authorizing, but not directing, the Debtors to (a) file and maintain a consolidated Creditor Matrix, in lieu of a separate creditor list and mailing matrix for each Debtor, and file a consolidated list of the Debtors' top thirty (30) unsecured creditors, in lieu of filing a separate list of the top twenty (20) unsecured creditors for each Debtor, (b) redact from the Creditor Matrix certain personally identifiable information for Employees, and (ii) granting related relief; and the Court having reviewed the Motion and the First Day Declaration, and the Interim Order entered on April 1, 2022; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

#125482459 v2

2

and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Final Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion is GRANTED as set forth herein on a final basis.

2.  The Debtors are authorized, but not directed, to file and maintain a consolidated Creditor Matrix, and the requirements of Local Rule 1007-2(a) and 2002-1(f)(v) that separate mailing matrices be submitted for each Debtor are hereby waived; *provided*, that if any of these Chapter 11 Cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its own list of creditors and creditor mailing matrix and provide same to the Clerk's office.

3.  The Debtors are authorized, but not directed, to file a consolidated list of their top thirty (30) unsecured creditors in lieu of each Debtor filing a list of its top twenty (20) unsecured creditors, subject to the proviso contained in paragraph 2 of this Final Order.

4.  The Debtors are authorized, but not directed, to redact personally identifiable information, including the home address information (but excluding names) of Employees listed on the Creditor Matrix, Schedules and Statements, or similar documents filed with the Court. The

#125482459 v2

Debtors shall file an unredacted version of the Creditor Matrix, Schedules and Statements, and other applicable filed documents under seal and provide same to the Court and, on a confidential basis, to the U.S. Trustee and counsel to any official committee appointed in these Chapter 11 Cases.  The Debtors shall provide a list of Employees' contact information upon request, on a confidential basis, to (i) the Clerk of the Court, (ii) the U.S. Trustee, (iii) counsel to any official committee appointed in these Chapter 11 Cases, and (iv) parties in interest serving pleadings who are required to provide notice to Employees in these Chapter 11 Cases.  Parties in interest may also seek to obtain an unredacted version of the Creditor Matrix, Schedules and Statements, and any other applicable filed documents upon motion and order of the Court.

5. The Debtors shall cause the redacted Creditor Matrix to be made available in readable electronic format (or in non-electronic format at such requesting party's sole cost and expense) upon reasonable request by parties in interest, including to any party in interest that needs to serve pleadings in these Chapter 11 Cases.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

Dated: April 20th, 2022  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

#125482459 v2