# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF BENJAMIN J. STEELE IN SUPPORT OF APPLICATION OF DEBTORS FOR APPOINTMENT OF KROLL RESTRUCTURING ADMINISTRATION LLC AS CLAIMS AND NOTICING AGENT

I, Benjamin J. Steele, under penalty of perjury, declare as follows:

1. I am a managing director of Kroll Restructuring Administration LLC ("Kroll"),[2] a chapter 11 administrative services firm whose headquarters are located at 55 East 52nd Street, 17th Floor, New York, NY 10055. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This Supplemental Declaration is made in further support of the *Debtors' Application for an Order Authorizing Employment And Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date*, which was filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") on April 4, 2022 [Docket No. 123] (the "Application").[3]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. There has not been any change in the company's leadership, ownership or organizational structure.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3. Prior to the Petition Date, the Debtors provided Kroll an advance in the amount of $50,000, which was received by Kroll on December 3, 2021. In addition, on March 3, 2022, Kroll received payment in the amount of $40,000 for actual and/or estimated prepetition fees and expenses, with an additional $20,000 received on March 25, 2022 for actual and/or estimated prepetition fees and expenses. A detailed invoice and payment history is listed below:

| Invoice Date | Invoice Period | Amount | |
|---|---|---|---|
| 11/30/2021 | November 2021 | -2,012.30 | Invoice |
| 12/31/2021 | December 2021 | -2,332.82 | Invoice |
| 1/31/2022 | January 2022 | -4,675.00 | Invoice |
| 2/28/2022 | February 2022 | -11,596.50 | Invoice |
| 3/31/2022 | March 1-30 2022 | -33,081.65 | Invoice |
| | | **-53,698.27** | **Total Invoices** |
| **Payment Date** | | | |
| 12/3/2021 | | 50,000.00 | Advance |
| 3/3/2022 | | 40,000.00 | Pre-Petition Payment |
| 3/25/2022 | | 20,000.00 | Pre-Petition Payment |
| | | **110,000.00** | **Total Payments** |
| | | **56,301.73** | **Remaining Advance Balance** |

4. Except as stated above, Kroll has not received any payments from the Debtors in the 90 days prior to the Petition Date.

5. In connection with the preparation of the Steele Declaration and this Supplemental Declaration, I caused to be submitted for review by our conflicts system the names of all known potential parties in interest (the "Potential Parties-in-Interest") in these Chapter 11 Cases. The list of Potential Parties-in-Interest is attached hereto as **Schedule 1**.

6. To the extent that Kroll's conflicts check has revealed that entities identified on the Potential Parties-in-Interest are or were current or former clients of Kroll, these parties (if any) are identified on a list annexed hereto as **Schedule 2** (the "Client Match List").

7. At this time, Kroll intends to use only employees of Kroll and not of its affiliates for work on this engagement. If Kroll uses any employees of any of its affiliates, Kroll will

require such affiliates and employees to participate in its conflicts check process. If there are any connections, Kroll will file a supplemental declaration disclosing such connections.

8. For these reasons, and those set forth in the Steele Declaration, it is my belief that Kroll is and remains a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code.

9. Should Kroll discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, Kroll will use reasonable efforts to file promptly a supplemental affidavit.

#125727226 v2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: April 20, 2022  
       New York, New York

*/s/ Benjamin J. Steele*
Benjamin J. Steele
Managing Director
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055

## Schedule 1

## Potential Parties in Interest[1]

**1.      Debtors**

| | |
|---|---|
| MD Helicopters, Inc. | Monterrey Aerospace, LLC |

**2.      Significant Shareholders[2] and Related Entities**

| | |
|---|---|
| Zohar CDO 2003-1, Limited | MD Helicopters B.V. |
| Zohar II 2005-1, Limited | MD Helicopters Holding, Inc. |
| ARK Investment Partners II, L.P. | Patriarch Partners, LLC |
| ARK II CLO 2001-1 Limited | |
| ABN AMRO Participaties B.V. | |

**3.      Current Lenders and Related Parties**

| | |
|---|---|
| Zohar III, Limited | Patriarch Partners Agency Services LLC |
| Ankura Trust Company, LLC | Patriarch Partners III, LLC |
| MBIA Inc. | Patriarch Partners VIII, LLC |
| Bardin Hill Investment Partners LP | Patriarch Partners XIV, LLC |
| MB Global Partners | |
| ARK II 2005-1, Limited | |

**4.      Directors & Officers**

| | |
|---|---|
| Alan Carr | YR Hladkyj |
| Barry Sullivan | Chris Jaran |

**5.      Former Directors & Officers**

Lynn Tilton

**6.      Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.      Professionals**

| | |
|---|---|
| Latham & Watkins LLP | Troutman Pepper Hamilton Sanders LLP |
| Moelis & Company | Kroll Restructuring Administration LLC (f/k/a |
| AlixPartners LLP | Prime Clerk LLC) |

---

[1]   The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]   This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

**8.     Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson, PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

**9.     Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.

BBVA USA

**10.    Taxing Authorities**

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

| | |
|---|---|
| Georgia Department of Revenue | Polk County Sheriff's Office |
| Hawaii State Dept. of Taxation | Prince George's County, Maryland |
| Hexcel-Salt Lake City | Scottsdale Chamber of Commerce |
| Houston Police Foundation | Sonoma, County of |
| Idaho State Tax Commission | State Bar of California |
| Indiana Department of Revenue | State of Alabama |
| Indiana Department of Workforce Development | State of Arizona |
| Industrial Commission of AZ | State of California |
| International Association of Chiefs of Police | State of Connecticut |
| Leadville/Lake County Fire Department | State of Hawaii |
| Maricopa County | State of Idaho |
| Maricopa County Air Quality Department | State Of New Hampshire |
| Maricopa County Treasurer | State of Florida |
| Mesa Chamber of Commerce | State of Texas |
| Mesa Citizen Police Academy Alumni Association | State of Washington |
| | The Arizona Republic |
| Minnesota Department of Human Rights | The State Bar of California |
| Minnesota Department of Natural Resources | Treasurer, St. Louis County |
| National Sheriffs Association | Treasurer, City of Columbus |
| North Carolina Dept. of Revenue | United States Department of State |
| North Carolina Law Enforcement Association | United States Department of Transportation |
| Orange County Nameplate Co. | United States Department of the Treasury (IRS) |
| Oregon Department of Revenue | Virginia Department of Taxation |
| Oxford Police Department | Washington State Department of Revenue |
| PA Department of Revenue | Washington State Support Registry |
| Pasadena Police | Washington State Treasurer |

**11.     Litigation Parties**

| | |
|---|---|
| Aerometals, Inc. | Leanne Wilson |
| Aero Structural Services LLC | Maksym Czyżewski |
| Ahmet Yasin Vurucu | Mary Reed |
| Ali Cihan Vurucu | Mehmet Çalık |
| Ascent Helicopters Ltd. | Mehmet Kaya |
| Aysel Çalık | Michael Sandidge |
| Ayşe Çalık | Nihal Kaya |
| Boeing Company | Norbert Vergez |
| Cem Melekoğlu | Ocean View Helicopters Ltd. |
| Danica Redekopp | Philip Marsteller |
| Dean Gervais | Rex Kamphefner |
| Dennis Welsh | Robert Swisher |
| Dilay Şimşek | Rolls-Royce Canada Limited |
| Esra Can | Rolls-Royce Corporation |
| Fatma Vurucu | Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi |
| Galip Şimşek | |
| Helifly, nv. | Serpil Can |
| Honeywell International Inc. | Standard Aero Ltd. |
| Jason Knox | TAI – Turkish Aerospace Industries, Inc. |
| Kaman Aerospace Corp. | Temple Electronics Co., Inc. |
| Keira Knox | The State of the Netherlands |
| Korps landelijke politiediensten | The United States of America |

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12. Insurance Providers and Brokers

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West, Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13. Utilities

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14. Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish & Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force
Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

| | |
|---|---|
| Rotorcraft Support, Inc. | Tassoco S.a.r.L. |
| Rotor Resources, LLC | Tennessee Valley Authority |
| Rotortech Services, Inc. | Thoroughbred Helicopters |
| Ro-Wing Aviation, Inc. | Three H Top (Thailand) Co., Ltd. |
| Royal Jordanian Air Force | Trinity Aviation |
| Royal Saudi Land Forces | UAV Leasing Company |
| San Diego Sheriff Department | Unionlet Limited |
| Science and Engineering Services, LLC | U.S. Army |
| Seneka SpA | U.S. Army Special Operations |
| Silver Cloud One, LLC | U.S. Border Patrol |
| SilverStone Heintzberger Group | U.S. Drug Enforcement Administration |
| Snowball Management, LLC | Virginia Beach Police Department |
| South African Police | Von Suckow Trading Group |
| South Carolina Law Enforcement Division | Whiskey 500, LLC |
| Specialist Aviation Services Limited | Wilson Construction |
| St. Louis Police Department | Winco |
| Summit Helicopters, Inc. | Yulista Integrated Solutions, LLC |

**15.     Competitors**

| | |
|---|---|
| Airbus Helicopters SAS | Leonardo US Inc. |
| Bell Textron Inc. | Sikorsky Aircraft |

**16.     Significant Vendors[3]**

| | |
|---|---|
| Access Electronics | ASD Experts LLC (f/k/a The IPL Group) |
| Ace Tube Bending | Atos IT Outsourcing Services, LLC |
| ADT Commercial | Avibank Mfg Inc |
| Advanced Structural Technology | Axxeum, Inc. |
| Aero Dynamix Inc | B & N Aerospace |
| Aero Performance (fka Varga | BE Aerospace New Berlin |
| Aero Products Company | Bell Aeronautical Accessori |
| AeroControlex Group | Bloom Strategic Consulting Inc. |
| Afrilog Consultancy Limited | Boeing Distribution Inc.(fka aviall) |
| Ahlers Aerospace | Boeing Distribution Service |
| Allen Aircraft Pdcts Inc | Brown Aviation Tool Supply |
| Allied Fire Protection, Inc. | Brunner Aerospace, LLC |
| Allied Universal Corporation | Cal Labs Inc |
| All Views Corporation | Cal-Draulics Inc. |
| Alziebler, Inc. fka Joseph Alziebler Co | Canyon Inspection-Chandler |
| American Aircraft Products | Carl A. Schopfer |
| American Express Corporate | Carolina Ground Service Equipment Inc |
| Ametek Ameron LLC dba Mass | Carolina GSE |
| Apache Equipment Corporation | CEF Industries LLC |
| APL Access & Security, Inc. | Chard Snyder & Associates |
| Arizona Custom Brokers | Chrome Construction AZ LLC |
| Arizona Sealing Devices Inc | Churchill Navigation |
| Arkwin Industries Inc. | City of Mesa |
| ARX Consulting Group | Colinear |

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

## 17. District of Delaware Bankruptcy Judges

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

## 18. Clerk of Court and Deputy for the District of Delaware

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

## 19. Office of the United States Trustee

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

| | |
|---|---|
| James R. O'Malley | Edith A. Serrano |
| Michael Panacio | Rosa Sierra |
| Linda Richenderfer | Karen Starr |
| Juliet Sarkessian | Dion Wynn |
| Richard Schepacarter | |

20. **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

## Schedule 2

Client Match List

(None)