## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 20, 21, 22, 70, 114, and 115** |

**NOTICE OF PROPOSED FINAL ORDER WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362, 363, 364, 503, 506(C), AND 507 AND BANKRUPTCY RULES 2002, 4001, 6003, 6004 AND 9014 (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST- PETITION FINANCING, (B) GRANT SENIOR SECURED PRIMING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, AND (C) UTILIZE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on March 30, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the: (i) *Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief* [Docket No. 20] (the "Motion") and (ii) the *Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief* [Docket No. 22] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 31, 2022, the Debtors filed the *Supplemental Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364*

---

[1]  The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

*(I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status,(C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief* [Docket No. 70] with the Court.

**PLEASE TAKE FURTHER NOTICE** that on April 4, 2022, the Court entered the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 70] (the "Interim Order"), granting the Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that on April 4, 2022, the *Notice of Entry of Interim Orders and Second Day Hearing* [Docket No. 115] was filed with the Court and established a deadline of April 18, 2022 at 4:00 pm (ET) (the "Objection Deadline") for filing and service of responses to the entry of an order granting the Motion on a final basis. The Objection Deadline was extended to: (i) April 20, 2022 at 4:00 p.m. for the Patriarch Lenders ("Patriarch"); (ii) April 20, 2022 at 7:00 p.m. for The State of the Netherlands (the "Netherlands"); (iii) April 21, 2022 at 12:00 a.m. (ET) for the Office of the United States Trustee (the "UST"); and (iv) April 22, 2022 at 4:00 p.m. (ET) for Ankura Trust Company LLC ("Ankura").

**PLEASE TAKE FURTHER NOTICE** a hearing on the Motion with respect to entry of an order granting the Motion on a final basis is scheduled for April 25, 2022 at 9:00 a.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Debtors received informal comments from the Zohar Lenders, Patriarch, the Netherlands, the UST, and Ankura prior to each party's applicable Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a form of order granting the Motion on a final basis (the "Proposed Final Order") is attached hereto as **Exhibit A**. The Proposed Final Order has been approved by the Zohar Lenders, Patriarch, the Netherlands, and the UST.  The Proposed Final Order remains under review by Ankura and the Debtors anticipate being able to address Ankura's informal comments in advance of the Hearing.  Attached hereto as **Exhibit B** is a blackline reflecting the changes between the Interim Order and the Proposed Final Order.[2]

---

[2] Exhibits A and B to the Proposed Final Order are identical to those attached to the Interim Order.

#125772923 v1

Dated: April 21, 2022
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.stratton@troutman.com
      david.fournier@troutman.com
      evelyn.meltzer@troutman.com
      kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  suzzanne.uhland@lw.com
      adam.ravin@lw.com
      brett.neve@lw.com
      tj.li@lw.com
      alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

-3-

#125772923 v1