IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF
DAVID ORLOFSKY OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, David Orlofsky, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement my original declaration dated April 4, 2022 [ECF No. 121] (the "**Original Declaration**"). AlixPartners received a retainer in the amount of $250,000 from the Debtors in October 2021 (the "**Retainer**") and an advanced payment of $650,000 (the "**Advanced Payment**"). Due to an administrative error, the total payment amount received by AlixPartners from Debtors in the ninety (90) days prior to filing was incorrectly stated as $2,051,63.50 in the Original Declaration.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

According to AlixPartners' books and records, during the 90-day period prior to the Petition Date, the Debtors paid AlixPartners $1,143,310.00 in aggregate for professional services performed and expenses incurred, including the Advanced Payment and excluding the Retainer, as reflected in the chart below. AlixPartners issued an invoice on March 24, 2022 that covered its actual fees and expenses for February 2022 in the amount of $254,611, its estimated fees for March 2022 in the amount of $650,000, and also reflected a $200,000 application of the Retainer AlixPartners was holding, leaving $704,611 due on that March 24, 2022 invoice. AlixPartners received that $704,611 payment on March 25, 2022, leaving no outstanding amounts owed. As noted, the $650,000 figure on AlixPartners' March 24, 2022 invoice was an advance of March fees and expenses. After ordinary course true up of AlixPartners' actual March pre-petition fees and expenses, which were $557,538, that leaves a balance of $142,462 ($650,000 minus $557,538), which is currently being held in retainer by AlixPartners.

| Invoice Date | Invoice Amount | Service Period Covered | Payment Date | Payment Amount | Notes |
|---|---|---|---|---|---|
| 2/3/2022 | $ 200,192.50 | 12/01-12/31/2021 | 2/11/2022 | $ 200,192.50 | |
| 2/23/2022 | $ 238,506.50 | 01/01-01/31/2022 | 3/4/2022 | $ 238,506.50 | |
| 3/24/2022 | $ 904,611.00 | 02/01-03/31/2022 | 3/25/2022 | $ 704,611.00 | $ (200,000.00) Retainer |
| | $ 1,343,310.00 | | | $ 1,143,310.00 | |

4.  AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: April 22, 2022　　　　　　　　　　　　AlixPartners, LLP
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David Orlofsky*
　　　　　　　　　　　　　　　　　　　　　　David Orlofsky
　　　　　　　　　　　　　　　　　　　　　　Managing Director

3