IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 28, 30, 109, 186, and 193** |

**CERTIFICATION OF COUNSEL AND OF NO OBJECTION REGARDING REVISED BID PROCEDURES ORDER WITH RESPECT TO THE MOTION OF DEBTORS FOR ENTRY OF (I) AN ORDER (A) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B) SCHEDULING AN AUCTION AND A SALE HEARING, (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) AUTHORIZING THE DEBTORS TO ENTER INTO THE STALKING HORSE AGREEMENT, (E) APPROVING BID PROTECTIONS, (F) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (G) GRANTING RELATED RELIEF; AND (II) AN ORDER (A) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (C) GRANTING RELATED RELIEF**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 30, 2022, the Debtors filed the (i) *Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#125616519 v5

*(A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* (the "<u>Motion</u>") [Docket No. 28]; and (ii) *Declaration of Adam B. Keil in Support of Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* (the "<u>Keil Declaration</u>," and together with the Motion, the "<u>Bid Procedures and Sale Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). Annexed to the Bid Procedures and Sale Motion was a proposed form of *Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* (the "<u>First Proposed Bid Procedures Order</u>").

2. On April 4, 2022, the *Notice of Motion Regarding Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse*

*Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* (the "Notice") [Docket No. 109] was filed with the Bankruptcy Court. The Notice established a deadline of April 18, 2022 at 4:00 pm (ET) (the "Response Deadline") for filing and service of responses to the Bid Procedures and Sale Motion, and entry of the First Proposed Bid Procedures Order. The Response deadline was extended April 20, 2022 at 4:00 p.m. for the Patriarch Lenders ("Patriarch"), was further extended to April 20, 2022 at 7:00 p.m. (ET) for The State of the Netherlands (the "Netherlands"), and was further extended to April 21, 2022 at 12:00 a.m. (ET) for Ankura Trust Company, LLC and the Office of the United States Trustee (the "UST"). A hearing on the Bid Procedures and Sale Motion, with respect to entry of a bid procedures order is scheduled for April 25, 2022 at 9:00 a.m. (ET).

3. Prior to the Response Deadline, the Debtors received informal comments from the Netherlands, the UST, and Pension Benefit Guaranty Corporation ("PBGC" and, together with the Netherlands and the UST, the "Commenting Parties"). Each of the Commenting Parties' respective comments were resolved by, among other things, revisions to the First Proposed Bid Procedures Order.

4. Other than the informal responses from the Commenting Parties, the undersigned did not receive any other formal or informal response to the Bid Procedures and Sale Motion. The undersigned further certifies that he has reviewed the docket in this case and that no response to the Bid Procedures and Sale Motion appears thereon.

#125616519 v5

5. On April 21, 2022, the Debtors filed a notice [Docket No. 186] of a revised form of the First Proposed Bid Procedures Order, with the revised form of order attached thereto as Exhibit A (the "Second Proposed Bid Procedures Order").

6. A revised form of the Second Proposed Bid Procedures Order (the "Revised Bid Procedures Order") is attached hereto as **Exhibit A**, has been reviewed by each of the Commenting Parties, and none of the Commenting Parties object to entry of the Revised Bid Procedures Order. **However, Patriarch's consent to entry of the Revised Bid Procedures Order is strictly contingent upon the Court's entry of the proposed form of final DIP order filed under certification of counsel at Docket No. 193 (the "Proposed Final DIP Order").**

7. Attached hereto as **Exhibit B** is an incremental blackline reflecting the changes between the Revised Bid Procedures Order and the Second Proposed Bid Procedures Order filed under notice. Attached hereto as **Exhibit C** is a cumulative blackline reflecting the changes between the Revised Bid Procedures Order and the First Proposed Bid Procedures Order filed with the Bid Procedures and Sale Motion and the Revised Bid Procedures Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order Bid Procedures Order at the Court's earliest convenience, **but only if the Court has entered the Proposed Final DIP Order**.

| | |
|---|---|
| Dated: April 22, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Kenneth A. Listwak*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:  david.stratton@troutman.com<br>            david.fournier@troutman.com<br>            evelyn.meltzer@troutman.com<br>            kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  suzzanne.uhland@lw.com<br>            adam.ravin@lw.com<br>            brett.neve@lw.com<br>            tj.li@lw.com<br>            alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#125616519 v5