## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 184, 188** |

**SECOND AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR ZOOM HEARING ON APRIL 25, 2022 AT 9:00 A.M. (EASTERN TIME)

> This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than April 25, 2022 at 7:00 a.m. (ET).
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING.
>
> Please Note:  All individuals participating by video must register at least 2 hours prior to the hearing at the provided link.
>
> Please use the following link to register for this hearing:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsceioqTsvHfBl8xE0erMdEAeBfITBnQ4
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the video hearing.

UNCONTESTED MATTERS FOR WHICH ORDERS HAVE BEEN ENTERED

1.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief (Filed 3/30/22; Docket No. 4).

---

[1]  The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2]  **Amended information is reflected in bold.**

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   None.

Related Document(s):

A.    Interim Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact From the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief (Entered 4/1/22; Docket No. 97).

B.    Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.    Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief (Filed 4/19/22; Docket No. 152).

D.    Final Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief (Entered 4/20/22; Docket No. 168).

Status: The final order with respect to this matter has been entered by the Court.

2.    Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices (Filed 3/30/22; Docket No. 6).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   Informal comments received from the Office of the United States Trustee (the "UST").

Related Document(s):

A.    Interim Order under 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices (Entered 4/1/22; Docket No. 105).

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices (Filed 4/19/22; Docket No. 160 ).

D.      Final Order under 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices (Entered 4/20/22; Docket No. 176).

Status: The final order with respect to this matter has been entered by the Court.

3.      Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief (Filed 3/30/22; Docket No. 8).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   None.

Related Document(s):

A.      Interim Order under 11 U.S.C. §§ 105(a), 363(b), 503( )(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Entered 4/1/22; Docket No. 106).

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief (Filed 4/20/22; Docket

-3-

No. 162).

D.    Final Order under 11 U.S.C. §§ 105(a), 363(b), 503( )(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Entered 4/20/22; Docket No. 178).

Status: The final order with respect to this matter has been entered by the Court.

4.    Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Filed 3/30/22; Docket No. 9).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   None.

Related Document(s):

A.    Interim Order under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Foreign Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief (Entered 4/1/22; Docket No. 98).

B.    Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.    Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (Filed 4/19/22; Docket No. 153).

D.    Final Order under 11 U.S.C. §§ 105(a), 363(b), 503(b)(9), 1107(a) And 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Foreign Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief (Entered 4/20/22; Docket No. 169).

Status: The final order with respect to this matter has been entered by the Court.

5.    Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 503(b), 506(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief (Filed 3/30/22; Docket No. 10).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   None.

Related Document(s):

A.    Interim Order under 11 U.S.C. §§ 105(a), 363(b), 503(b), 506(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief (Entered 4/1/22; Docket No. 104).

B.    Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.    Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a),   363(b),   503(b),   506(b),   1107(a)   and   1108   and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief (Filed 4/19/22; Docket No. 155).

D.    Final Order under 11 U.S.C. §§ 105(a), 363(b), 503(b), 506(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief (Entered 4/20/22; Docket No 171).

Status: The final order with respect to this matter has been entered by the Court.

6.    Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107 and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief (Filed 3/30/22; Docket No. 11).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   None.

-5-

Related Document(s):

A.      Interim Order under 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107 and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief (Entered 4/1/22; Docket No. 99).

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107 and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief (Filed 4/19/22; Docket No. 149).

D.      Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 363(c), 1107 and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief Order (Entered 4/20/22; Docket No. 174).

Status: The final order with respect to this matter has been entered by the Court.

7.      Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 362(d), 363(b), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief (Filed 3/30/22; Docket No. 12).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):    Informal comments received from the UST.

Related Document(s):

A.      Interim Order under 11 U.S.C. §§ 105(a), 362(d), 363(b), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing (a) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (I) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators,

(V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief (Entered 4/1/22; Docket No. 100).

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 362(d), 363(b), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief (Filed 4/19/22; Docket No. 161).

D.      Final Order under 11 U.S.C. §§ 105(a), 362(d), 363(b), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing (a) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (I) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief (Entered 4/20/22; Docket No. 177).

Status: The final order with respect to this matter has been entered by the Court.

8.      Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief (Filed 3/30/22; Docket No. 13).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):   None.

Related Document(s):

A.      Interim Order under 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief (Entered 4/1/22; Docket No. 101).

#125796751 v1

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief (Filed 4/19/22; Docket No. 156).

D.      Final Order under 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief (Entered 4/20/22; Docket No. 172).

Status: The final order with respect to this matter has been entered by the Court.

9.      Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief (Filed 3/30/22; Docket No. 14).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):    None.

Related Document(s):

A.      Interim Order under 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief (Entered 4/1/22; Docket No. 102).

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief (Filed 4/19/22; Docket No. 154).

D.      Final Order under 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief (Entered 4/20/22; Docket No. 170).

Status: The final order with respect to this matter has been entered by the Court.

#125796751 v1

10.     Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment  (Filed 3/30/22; Docket No. 16).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):

A.      Objection of Salt River Project to the Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment (Filed 4/13/22; Docket No. 139).

B.      Notice of Withdrawal of Objection of Salt River Project to the Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment (Filed 4/18/22; Docket No. 144).

Related Document(s):

A.      Interim Order under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment (Entered 4/1/22; Docket No. 107).

B.      Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

C.      Certification of Counsel Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment (Filed 4/20/22; Docket No. 163).

#125796751 v1

D.      Final Order under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment (Entered 4/20/22; Docket No. 179).

Status: The final order with respect to this matter has been entered by the Court.

11.    Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Filed 4/4/22; Docket No. 118).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):    Informal comments received from the UST.

Related Document(s):

A.      Certification of Counsel Regarding Order with Respect to Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Filed 4/19/22; Docket No. 157).

B.      Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Entered 4/20/22; Docket No 173).

Status: The order with respect to this matter has been entered by the Court.

12.    Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business (Filed 4/4/22; Docket No. 119).

Objection Deadline:    April 18, 2022 at 4:00 p.m. (ET).

Response(s):    Informal comments received from the UST.

Related Document(s):

A.      Certification of Counsel Regarding Order with Respect to Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business (Filed 4/19/22; Docket No. 149).

B.      Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business (Entered 4/20/22; Docket No. 181).

Status: The order with respect to this matter has been entered by the Court.

13.    Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date (Filed 4/4/22; Docket No. 120).

-10-

<u>Objection Deadline</u>:    April 18, 2022 at 4:00 p.m. (ET).

<u>Response(s)</u>:    Informal comments received from the UST.

<u>Related Document(s)</u>:

A.    First Supplemental Declaration of Suzzanne Uhland in Support of Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date (Filed 4/18/22; Docket No. <u>146</u>).

B.    Certification of Counsel Regarding Order with Respect to Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date (Filed 4/19/22; Docket No. <u>151</u>).

C.    Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel to the Debtors Effective as of the Petition Date (Entered 4/20/22; Docket No. <u>167</u>).

<u>Status</u>: The order with respect to this matter has been entered by the Court.

14.    Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date (Filed 4/4/22; Docket No. <u>122</u>).

<u>Objection Deadline</u>:    April 18, 2022 at 4:00 p.m. (ET).

<u>Response(s)</u>:    Informal comments received from the UST.

<u>Related Document(s)</u>:

A.    First Supplemental Declaration of David B. Stratton in Support of Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date (Filed 4/11/22; Docket No. <u>135</u>).

B.    Second Supplemental Declaration of David B. Stratton in Support of Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date (Filed 4/18/22; Docket No. <u>147</u>).

C.      Certification of Counsel Regarding Order with Respect to Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date (Filed 4/19/22; Docket No. 159).

D.      Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date  (Entered 4/20/22; Docket No. 175).

Status: The order with respect to this matter has been entered by the Court.

15.    Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date (Filed 4/4/22; Docket No. 123).

Objection Deadline:   April 18, 2022 at 4:00 p.m. (ET).  Extended to April 21, 2022 at 12:00 a.m. (ET) for the UST.

Response(s):   Informal comments received from the UST.

Related Document(s):

A.      Supplemental Declaration of Benjamin J. Steele in Support of Application of Debtors for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent (Filed 4/20/22; Docket No. 180).

B.      Certification of Counsel Regarding Order with Respect to Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date (Filed 4/20/22; Docket No. 182).

**C.      Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date (Entered 4/22/22; Docket No. 189).**

**Status:  The order with respect to this matter has been entered by the Court.**

16.    Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 3/30/22; Docket No. 28).

Objection Deadline:   April 18, 2022 at 4:00 p.m. (ET).  Extended to (i) April 20, 2022 at 4:00 p.m. for the Patriarch Lenders ("Patriarch") and (ii) April 20, 2022 at 7:00 p.m. for The State of the Netherlands (the "Netherlands").

Response(s):   Informal comments received from the UST, the Netherlands and the Pension Benefit Guarantee Corporation.

Related Document(s):

A.    Declaration of Adam B. Keil in Support of Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 3/30/22; Docket No. 30).

B.    Notice of Motion Regarding Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/4/22; Docket No. 109).

#125796751 v1

C.      Certification of Counsel and of No Objection Regarding Revised Bid Procedures Order with Respect to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/21/22; Docket No. 183).

D.      Notice of Withdrawal of Pleading (Filed 4/21/22; Docket No. 185).

E.      Notice of Filing of Proposed Bid Procedures Order with Respect to the Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/21/22; Docket No. 186).

**F.      Certification of Counsel and of No Objection Regarding Revised Bid Procedures Order with Respect to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/22/22; Docket No. 194).**

**Status:** **A certification of counsel has been filed and a proposed revised order has been submitted to the Court.  As noted in the certification of counsel, Patriarch will only consent to the entry of the revised proposed order on this matter if the Court also enters the proposed final DIP order filed by the Debtors at Docket No. 193.  A hearing is only necessary if the Court has any questions or concerns or if the Court is not prepared to enter the proposed final DIP order filed by the debtors at Docket No. 193.**

-14-

17.     Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/30/22; Docket No. 20).

Objection Deadline:  April 18, 2022 at 4:00 p.m. (ET).  Extended to (i) April 20, 2022 at 4:00 p.m. for Patriarch, (ii) April 20, 2022 at 7:00 p.m. for the Netherlands, (iii) April 21, 2022 at 12:00 a.m. (ET) for the UST, and (iv) April 22, 2022 at 4:00 p.m. (ET) for Ankura Trust Company LLC ("Ankura").

Response(s):  Informal comments received from the UST, the Netherlands, Patriarch, the Zohar Lenders, and Ankura.

Related Document(s):

A.     Declaration of Adam Keil in Support of Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/30/22; Docket No. 21).

B.     Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/30/22; Docket No. 22).

C.     Supplemental Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status,(C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 3/31/22; Docket No. 70).

#125796751 v1

D.   Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (Entered 4/4/22; Docket No. 114).

E.   Notice of Unsealed Fee Letter (Filed 4/4/22; Docket No. 115).

F.   Notice of Entry of Interim Orders and Second Day Hearing (Filed 4/4/22; Docket No. 117).

G.   Notice of Proposed Final Order with Respect to Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506(c), and 507 and Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014 (I) Authorizing the Debtors to (A) Obtain Post- Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief (Filed 4/21/22; Docket No. 187).

**H.   Supplemental Declaration of Adam Keil in Support of Motion of Debtors for Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 4/22/22; Docket No. 192).**

**I.   Certification of Counsel Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders under 11 U.S.C. §§ 105, 361, 362, 363 and 364 (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief (Filed 4/22/22; Docket No. 193).**

Status**: A certification of counsel has been filed and a proposed revised order has been submitted to the Court. As noted in the certification of counsel, entry of the proposed revised order on this matter is a precondition to Patriarch's consent to entry of the proposed bidding procedures order filed by the Debtors at Docket No. 194. A hearing is only necessary if the Court has any questions or concerns.**

-16-

18.     Application of Debtors for Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date (Filed 4/4/22; Docket No. 121).

Objection Deadline:   April 18, 2022 at 4:00 p.m. (ET).  Extended to April 22, 2022 at 12:00 p.m. (ET) for the UST.

Response(s):   Informal comments received from the UST.

Related Document(s):

**A.     Supplemental Declaration of David Orlofsky of AlixPartners, LLP (Filed 4/22/22; Docket No. 190).**

**B.     Certification of Counsel Regarding Order with Respect to Application of Debtors for Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date (Filed 4/22/22; Docket No. 191).**

Status**: A certification of counsel has been filed and a proposed revised order has been submitted to the Court.   A hearing is only necessary if the Court has any questions or concerns.**

#125796751 v1

Dated: April 22, 2022
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Evelyn J. Meltzer*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*