# Exhibit A

# Witness Information

<u>Debtors' Witness Information</u>: The Debtors intend to offer testimony by declaration.

The following witnesses will be available by Zoom, and will have their respective declarations, **as applicable**, together with the DIP financing motion, **Bid Procedures and Sale Motion,** and all exhibits to each pleading:

- Barry Sullivan, Chief Financial Officer of the Debtors, testifying remotely from his home in Gilbert, Arizona

- Adam B. Keil, Managing Director at Moelis, testifying remotely from his office in New York, New York

- David Orlofsky, Managing Director of AlixPartners, LLP, testifying remotely from his home in Hoboken, New Jersey

- **Alan Carr, Director and Independent Fiduciary of the Debtors, testifying remotely from a location to be determined**

**None of the witnesses will have any other individuals present with them in the rooms from which they are testifying. The Debtors do not expect that any parties will seek to cross examine any of the witnesses.**

#125796751 v1