## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re: : Chapter 11
:
MD HELICOPTERS, INC., *et al.*,[1] : Case No. 22-10263 (KBO)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 19, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- First Supplemental Declaration of Suzzanne Uhland in Support of Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel effective as of the Petition Date [Docket No. 146]

- Second Supplemental Declaration of David B. Stratton in Support of Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, effective as of the Petition Date [Docket No. 147]

- Certification of Counsel regarding Order with respect to Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business [Docket No. 149] ("*Certification regarding Ordinary Course Professionals Order*")

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Certificate of No Objection (CNO) regarding Order with respect to Motion of Debtors for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 150] ("***CNO regarding Schedules and Statements Order***")

- Certification of Counsel regarding Order with respect to Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date [Docket No. 151]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; (II) Granting Related Relief [Docket No. 152] ("***Certification regarding Creditor Matrix Revised Final Order***")

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 153] ("***Certification regarding Foreign Vendors Revised Final Order***")

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 154] ("***Certification regarding Taxes and Fees Revised Final Order***")

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 155] ("***Certification regarding Shippers Revised Final Order***")

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief [Docket No. 156] ("***Certification regarding Insurance Revised Final Order***")

- Certification of Counsel with respect to Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 157] ("***Certification regarding Interim Compensation Revised Order***")

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 158] ("***Certification regarding Customer Programs Revised Final Order***")

- Certification of Counsel regarding Order with respect to Application of Debtors for Entry of an Order (A) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date [Docket No. 159]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 160] ("***Certification regarding Cash Management Revised Final Order***")

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief [Docket No. 161] ("***Certification regarding Wages Revised Final Order***")

On April 19, 2022, at my direction and under my supervision, employees of Kroll caused the following:

1) the Certification regarding Foreign Vendors Revised Final Order, the Certification regarding Taxes and Fees Revised Final Order, the Certification regarding Shippers Revised Final Order, the Certification regarding Insurance Revised Final Order, the Certification regarding Customer Programs Revised Final Order, the Certification regarding Cash Management Revised Final Order, and the Certification regarding Wages Revised Final Order to be served via first class mail on Wells Fargo Bank, N.A., 100 W. Washington Street, 25th Floor, Phoenix, AZ, 85003

2) the Certification regarding Ordinary Course Professionals Order, the CNO regarding Schedules and Statements Order, the Certification regarding Creditor Matrix Revised Final Order, the Certification regarding Foreign Vendors Revised Final Order, the Certification regarding Taxes and Fees Revised Final Order, the Certification regarding Shippers Revised Final Order, the Certification regarding Insurance Revised Final Order, the Certification regarding Interim Compensation Revised Order, the Certification regarding Customer Programs Revised Final Order, the Certification regarding Cash Management

Revised Final Order, and the Certification regarding Wages Revised Final Order to be served via first class mail on the UCC Service List attached hereto as **Exhibit B**

3)  the Certification regarding Ordinary Course Professionals Order to be served via first class mail on the Ordinary Course Professional Service List attached hereto as **Exhibit C**

4)  the Certification regarding Taxes and Fees Revised Final Order to be served via first class mail on the Taxing Authorities Service List attached hereto as **Exhibit D**

5)  the Certification regarding Insurance Revised Final Order to be served via first class mail on the Insurance Service List attached hereto as **Exhibit E**

On April 20, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief [Docket No. 162] ("***Certification regarding Critical Vendors Revised Final Order***")

- Certification of Counsel regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 163] ("***Certification regarding Utilities Proposed Order***")

- Certification of Counsel regarding Order Setting Omnibus Hearing Dates (Hearing Scheduled for May 26, 2022 at 9:00 a.m. (ET) and for June 17, 2022 at 9:00 a.m. (ET)) [Docket No. 164]

- Supplemental Declaration of Benjamin J. Steele in Support of Application of Debtors for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 180]

On April 20, 2022, at my direction and under my supervision, employees of Kroll caused:

1)  the Certification regarding Critical Vendors Revised Final Order to be served via first class mail on Wells Fargo Bank, N.A., 100 W. Washington Street, 25th Floor, Phoenix, AZ, 85003.

2) the Certification regarding Critical Vendors Revised Final Order and Certification regarding Utilities Proposed Order to be served via first class mail on the UCC Service List attached hereto as **Exhibit B**

3) the Certification regarding Utilities Proposed Order to be served via first class mail on the Utilities Service List attached hereto as **Exhibit F**

*Remainder of page intentionally left blank*

Dated: April 25, 2022

/s/ *Kenny Crespin*
Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 25, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER<br>19815 MAGELLAN DRIVE<br>TORRANCE CA 90502 | MMONJARAS@ACECLEARWATER.COM<br>PNELSON@ACECLEARWATER.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT<br>12734 BRANFORD ST<br>UNIT 12<br>ARLETA          CA 91331-4230 | stephanie@alziebler.com | First Class Mail and Email |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>1600 W MONROE STREET<br>PHOENIX AZ 85007-2650 | | First Class Mail |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN<br>70 WEST MADISON STREET, SUITE 4200<br>CHICAGO IL 60602-4231 | brian.lohan@arnoldporter.com | First Class Mail and Email |
| COUNSEL TO STALKING HORSE BIDDER, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-9710 | brian.lohan@arnoldporter.com<br>jonathan.levine@arnoldporter.com<br>jeffrey.fuisz@arnoldporter.com<br>robert.franciscovich@arnoldporter.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER, MEGAN KING, HR<br>1707 GUENTHER RD.<br>DAYTON OH 45417 | sales@autovalve.com<br>kingm@autovalve.com | First Class Mail and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN<br>452 FIFTH AVENUE<br>NEW YORK NY 10018 | blaire.cahn@bakermckenzie.com | First Class Mail and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD<br>1111 BRICKELL AVENUE<br>SUITE 1700<br>MIAMI FL 33131 | john.dodd@bakermckenzie.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | BE AEROSPACE WESTMINSTER | ATTN: TROY BRUNK, PRESIDENT<br>7155 FENWICK LN<br>WESTMINSTER CA 92683 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION INC.(FKA AVIALL) | ATTN: DAVID L. CALHOUN, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>2750 REGENT BLVD.<br>DFW AIRPORT<br>DALLAS TX 75261 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION SERVICES INC. | ATTN: TRAVIS SULLIVAN, VICE PRESIDENT & GENERAL MANAGER<br><br>480 N. 54TH STREET<br>CHANDLER AZ 85226 | | First Class Mail |
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | ingrid.bagby@cwt.com<br>william.mills@cwt.com<br>michele.maman@cwt.com | First Class Mail and Email |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR.<br>HERCULES PLAZA<br>1313 NORTH MARKET STREET, SUITE 5400<br>WILMINGTON DE 19801 | chipman@chipmanbrown.com | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN<br>25 MAIN STREET<br>P.O. BOX 800<br>HACKENSACK NJ 07602 | fyudkin@coleschotz.com | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER, JAE CASTELLANA, VP<br>7 WILSON DRIVE<br>SPARTA        NJ 07871 | info@colinearmachine.com<br>jae@colinearmachine.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER<br>3371 E. HEMISPHERE LOOP<br>TUCSON        AZ 85706-5011 | DonMartin@ceiglobal.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COMPUCRAFT INDUSTRIES | ATTN: JOHN LAWLESS, OWNER<br>8787 OLIVE LANE<br>SANTEE CA 92071 | INFO@CCIND.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT<br>28909 AVENUE WILLIAMS<br>VALENCIA CA 91355 | schapman@crissair.com | First Class Mail and Email |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | jennifer.noel@delaware.gov | First Class Mail and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN<br>1251 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK NY 10020-1104 | dennis.odonnell@us.dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN<br>1900 NORTH PEARL STREET<br>SUITE 2200<br>DALLAS TX 75201 | noah.schottenstein@us.dlapiper.com | First Class Mail and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801-1147 | craig.martin@us.dlapiper.com | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 10 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1200 SIXTH AVENUE, SUITE 155<br>SEATTLE WA 98101 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1201 ELM STREET, SUITE 500<br>DALLAS TX 75270 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | r9.info@epa.gov | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER<br>VOIE DE LIEGE 33<br>HERSTAL 4040 BELGIUM | customerservice@fnamerica.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1200 E. 151ST STREET<br>OLATHE          KS 66062 | Chad.Meadows@garmin.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER<br>12902 SOUTH BROADWAY<br>LOS ANGELES          CA 90061 | fpalminteri@helicoptertech.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER<br>901 AVENUE T<br>SUITE 102<br>GRAND PRAIRIE          TX 75050 | info@heritageaviationltd.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER<br>8945 SOUTH FREEWAY<br>FORTH WORTH TX 76140 | info@howellinst.com<br>repairs@howellinst.com<br>hr@howellinst.com | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT<br>8715 HARMON RD.<br>FORT WORTH TX 76177 | randy@iac-ltd.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | K2 MANUFACTURING | ATTN: THOMAS WRIGHT, PRESIDENT<br><br>1700 N. 22ND AVE<br>PHOENIX AZ 85009 | | First Class Mail |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | suzzanne.uhland@lw.com<br>adam.ravin@lw.com<br>brett.neve@lw.com<br>tj.li@lw.com | Email |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN<br>141 MORSE DRIVE<br>FAIRFAX VT 05454 | sales@liquidmeasurement.com | First Class Mail and Email |
| COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF WESCO INSURANCE COMPANY | MAURICE WUTSCHER, LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHAGRIN BLVD. SUITE 207<br>BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM | First Class Mail and Email |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 | ddunne@milbank.com<br>estodola@milbank.com<br>aharmeyer@milbank.com | First Class Mail and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801 | joseph.mcmahon@usdoj.gov | First Class Mail and Email |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>955 CENTER STREET NE<br>SALEM OR 97301-2555 | questions.dor@oregon.gov | First Class Mail and Email |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER & REBECCA L. STARK<br>1200 K ST, N.W.<br>WASHINGTON DC 20005-4026 | neureiter.kimberly@pbgc.gov<br>efile@pbgc.gov<br>stark.rebecca@pbgc.gov | Email |
| TOP 30 UNSECURED CREDITORS | PENSION BENEFIT GUARANTY CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1200 K ST NW<br>WASHINGTON DC 20005 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER<br>6600 E. 6TH STREET<br>PRESCOTT VALLEY        AZ 86314 | michael.dailey@prescottaerospace.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | REESE MARKETOS LLP | ATTN: PETER D. MARKETOS, JOSHUA M. RUSS, BRETT S. ROSENTHAL 750 NORTH SAINT PAUL STREET, SUITE 600 DALLAS TX 75201 | pete.marketos@rm-firm.com josh.russ@rm-firm.com brett.rosenthal@rm-firm.com | First Class Mail and Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, AS ADMINISTRATIVE AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | collins@rlf.com haywood@rlf.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT 11616 HARRY HINES BLVD. DALLAS TX 75229 | LRasmussen@RochesterSensors.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ROGERSON AIRCRAFT EQUIPMENT GROUP | ATTN: MICHAEL ROGERSON, CHIEF EXECUTIVE OFFICER 16940 VON KARMAN IRVINE CA 92606 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER, KRISTOFFER HALL 2355 S. TIBBS P.O. BOX 420 INDIANAPOLIS IN 46241 | Kris.Hall@Rolls-Royce.com | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA 90 BROAD STREET, 23RD FLOOR NEW YORK NY 10004 | ttrzaskoma@shertremonte.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER 3631 E 44TH STREET TUCSON AZ 85713 | info@Soltecaz.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT, LYNN CASA, ACCOUNTING 183 PLAINS ROAD P.O. BOX 470 MILFORD        CT 06460-3613 | info@SpectrumCT.com lcasa@spectrumct.com | First Class Mail and Email |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVENUE PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 | attorney.general@delaware.gov | First Class Mail and Email |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST. NE SALEM OR 97301-4096 | Kristina.Edmunson@doj.state.or.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TEXAS STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON<br>300 W. 15TH STREET<br>AUSTIN TX 78701 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | C/O DLA PIPER<br>ATTN: KATE L. BENVENISTE<br>2525 EAST CAMELBACK ROAD, SUITE 1000<br>PHOENIX AZ 85016-4232 | KATE.BENVENISTE@DLAPIPER.COM<br>DLAPHX@DLAPIPER.COM | First Class Mail and Email |
| TEXAS DEPARTMENT OF REVENUE | TEXAS DEPARTMENT OF REVENUE | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B. JOHNSON STATE OFFICE BUILDING<br>111 EAST 17TH STREET<br>AUSTIN TX 78774 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | ATTN: DANIEL J. CROWLEY, CHAIRMAN,<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>899 CASSATT ROAD<br>#210<br>BERWYN PA 19312 | sbleeda@triumphgroup.com | First Class Mail and Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK<br>1313 N. MARKET STREET<br>HERCULES PLAZA, SUITE 5100<br>WILMINGTON DE 19801 | david.stratton@troutman.com<br>david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>kenneth.listwak@troutman.com | Email |
| TOP 30 UNSECURED CREDITORS | TÜRKIYE CUMHURIYETI İÇIŞLERI BAKANLIĞI | ATTN: PRESIDENT OR GENERAL COUNSEL<br>DEVLET, T.C. İÇIŞLERI BAKANLIĞI<br>ÇANKAYA, ANKARA 06980 TURKEY | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII ANONIM ŞIRKETI | ATTN: CAHIT BILGE AKAL<br>FETHIYE MAHALLESI HAVACILIK BULVARI, NO. 17<br>KAHRAMANKAZAN, ANKARA 06980 TURKEY | CAKAL@TAI.COM.TR | First Class Mail and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF ARIZONA | U.S. ATTORNEY FOR ARIZONA | ATTN: ATTORNEY<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1800<br>PHOENIX AZ 85004-4449 | | First Class Mail |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY<br>1007 ORANGE ST, SUITE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF OREGON | U.S. ATTORNEY FOR OREGON | ATTN: ATTORNEY<br>1000 SW THIRD AVENUE, SUITE 600<br>PORTLAND OR 97204 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY<br>1000 LOUISIANA STREET, #2300<br>HOUSTON TX 77002 | usatxs.atty@usdoj.gov | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION<br>ATTN: GLENN P. HARRIS<br>P.O. BOX 261 BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | glenn.p.harris@usdoj.gov | First Class Mail and Email |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), MB SPECIAL OPPORTUNITIES FUND II, LP, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON<br>1313 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | First Class Mail and Email |
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD., COUNSEL TO STALKING HORSE BIDDER | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON DE 19801 | mnestor@ycst.com<br>rbartley@ycst.com<br>akephart@ycst.com<br>ejustison@ycst.com<br>bankfilings@ycst.com | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
UCC Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13169214 | A PREFERRED FILING & SEARCH SERVICES, INC. | P.O. BOX 176 | | WEST SACRAMENTO | CA | 95691 |
| 13169215 | ACCUSEARCH, INC. | 2338 W. ROYAL PALM RD | SUITE J | PHOENIX | AZ | 85021 |
| 13169216 | ANKURA TRUST COMPANY | 60 STATE STREET | SUITE 700 | BOSTON | MA | 02109 |
| 13169217 | ANKURA TRUST COMPANY, LLC | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| 13169218 | ANKURA TRUST COMPANY, LLC, AS CO-AGENT | 60 STATE STREET | STE 700 | BOSTON | MA | 02109 |
| 13169220 | ANKURA TRUST COMPANY, LLC, AS CO-AGENT | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| 13169221 | ARK II CLO 2001-01, LTD. | ONE LIBERTY PLAZA | 35TH FLOOR | NEW YORK | NY | 10006 |
| 13169224 | BANK ONE, ARIZONA NA | 201 NORTH CENTRAL | | PHEONIX | AZ | 85004 |
| 13169225 | CAPITOL CORPORATE SERVICES, INC. | 206 E 9TH STREET | SUITE 1300 | AUSTIN | TX | 78701 |
| 13172823 | CONGRESS FINANCIAL COPORATION | ONE POST OFFICE SQUARE | | BOSTON | MA | 02109 |
| 13169226 | CONGRESS FINANCIAL COPORATION (NEW ENGLAND) | ONE POST OFFICE SQUARE | SUITE 3600 | BOSTON | MA | 02109 |
| 13172945 | DATA SALES CO., INC. | 3450 W. BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 |
| 13169227 | JOHN D. PICKERING | BALCH & BINGHAM LLP | P.O. BOX 306 | BIRMINGHAM | AL | 35201-0306 |
| 13169229 | JPMORGAN CHASE BANK, N.A. | 120 S. LASALLE ST. IL1-1146 | | CHICAGO | IL | 60603 |
| 13169230 | JPMORGAN CHASE BANK, N.A. | 10 S. DEARBORN | | CHICAGO | IL | 60670 |
| 13169231 | KRISTA GULALO | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| 13169232 | MILBANK LLP | ATTN: AIP UCC COMMITTEE | 55 HUDSON YARDS | NEW YORK | NY | 10001-2163 |
| 13169233 | NY CONGRESS FINANCIAL CORP. | 1133 AVENUE OF THE AMERICA | IRMA RIVERA | NEW YORK | NY | 10036 |
| 13169235 | PATRIARCH PARTNERS AGENCY SERVICES, LLC | 112 SOUTH TRYON STREET | SUITE 700 | CHARLOTTE | NC | 28284 |
| 13169236 | PATRIARCH PARTNERS AGENCY SERVICES, LLC | 71 BROADWAY | LOBBY 2B #249 | NEW YORK | NY | 10006 |
| 13169237 | PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS AGENT | 112 S TRYON ST STE 700 | | CHARLOTTE | NC | 28284 |
| 13169238 | PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS AGENT | 71 BROADWAY | LOBBY 2B #249 | NEW YORK | NY | 10006 |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)

Exhibit B
UCC Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13169239 | WACHOVIA CAPITAL FINANCE CORPORATION | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 |
| 13169241 | WACHOVIA CAPITAL FINANCE CORPORATION (NEW ENGLAND) | ONE POST OFFICE SQUARE | SUITE 3600 | BOSTON | MA | 02109 |
| 13169242 | WACHOVIA CAPITAL FINANCE CORPORATION (WESTERN) | 251 S LAKE AVE STE 900 | | PADADENA | CA | 91101 |
| 13169244 | WACHOVIA CAPITAL FINANCE CORPORATION (WESTERN), AS AGENT | 251 SOUTH LAKE AVENUE | SUITE 900 | PASADENA | CA | 91101 |
| 13169245 | WELLS FARGO CAPITAL FINANCE, LLC | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 |
| 13169246 | WELLS FARGO CAPITAL FINANCE, LLC | 10 SOUTH WACKER DRIVE | 13TH FLOOR | CHICAGO | IL | 60606 |

**Exhibit C**

Exhibit C
Ordinary Course Professional Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 13182749 | BRADLEY ARANT BOULT CUMMINGS LLP | 1819 5TH AVENUE NORTH | | | BIRMINGHAM | AL | 35203-2104 | |
| 13172448 | COOLEY LLP | 3175 HANOVER STREET | | | PALO ALTO | CA | 94304-1130 | |
| 13172449 | CROWE & DUNLEVY | BRANIFF BUILDING | 324 N. ROBINSON AVENUE | SUITE 100 | OKLAHOMA CITY | OK | 73102 | |
| 13172463 | DAUGHERTY, FOWLER, PEREGRIN, HAUGHT & JENSON | 100 N. BROADWAY | SUITE 2000 | | OKLAHOMA CITY | OK | 73102 | |
| 13172450 | DENTONS US LLP | 1900 K STREET NW | | | WASHINGTON | DC | 20006 | |
| 13172451 | GIBSON DUNN & CRUTCHER LLP | 333 SOUTH GRAND AVENUE | | | LOS ANGELES | CA | 90071-3197 | |
| 13172452 | HARTZOG CONGER CASON LLP | 201 ROBERT S. KERR AVE. | SUITE 1600 | | OKLAHOMA CITY | OK | 73102 | |
| 13172453 | KOELLER NEBEKER CARLSON & HALU | 3 PARK PLAZA | SUITE 1500 | | IRVINE | CA | 92614 | |
| 13172461 | LOYENS & LOEFF | P.O. BOX 2888 | | | ROTTERDAM | | 3000 CW | THE NETHERLANDS |
| 13172457 | MARK BARNES & ASSOCIATES | 1775 I STREET NW | SUITE 1150 | | WASHINGTON | DC | 20006 | |
| 13172458 | MAYNARD COOPER & GALE P.C | 1901 SIXTH AVENUE NORTH | SUITE 1700 | | BIRMINGHAM | AL | 35203 | |
| 13182748 | MOCTEZUMA CASTRO ABOGADOS | VENIDA SANTE FE 94 | TORRE A PISO 8 | ALVARO OBREGON | CIUDAD DE MEXICO | | 01210 | MEXICO |
| 13172464 | MOSS ADAMS LLP | 999 THIRD AVENUE | SUITE 2800 | | SEATTLE | WA | 98104-4057 | |
| 13172459 | OGLETREE DEAKINS | ONE NINETY ONE PEACHTREE TOWER | 191 PEACHTREE STREET, N.E. | SUITE 4800 | ATLANTA | GA | 30303 | |
| 13172460 | ONSAGER WERNER & OBERG PLC | 3200 N. CENTRAL AVE | SUITE 1800 | | PHOENIX | AZ | 85012 | |
| 13172462 | SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP | 9201 N. CENTRAL EXPRESSWAY | FOURTH FLOOR | | DALLAS | TX | 75231 | |
| 13172454 | SIMPSON THACHER & BARLETT LLP | 425 LEXINGTON AVENUE | | | NEW YORK | NY | 10017 | |
| 13172455 | SNELL & WILMER LLP | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004-2202 | |
| 13172456 | WILLIAM R. BLACK | 44 PANORAMA | | | TRABUCO CYN | CA | 92679-5362 | |

**Exhibit D**

Exhibit D

Taxing Authorities Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|-----------|-----------|------|-------|-------------|---------|
| 13172622 | ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON | | PHOENIX | AZ | 85007-2929 | |
| 13172623 | ARIZONA DEPARTMENT OF REVENUE | P.O. BOX 29079 | | PHOENIX | AZ | 85038-9079 | |
| 13172624 | ARIZONA DEPARTMENT OF TRANSPORTATION | 4005 N. 51ST AVENUE | | PHOENIX | AZ | 85031-2688 | |
| 13172625 | ARIZONA DEPT OF REVENUE | P.O. BOX 29026 | | PHOENIX | AZ | 85038-9026 | |
| 13172626 | ARIZONA DEPT. OF ENVIRONMENTAL QUALITY | 1110 WEST WASHINGTON STREET | 5415A-1 | PHOENIX | AZ | 85007 | |
| 13172627 | ARIZONA ESCROW & FINANCIAL CORP | 3700 N. 24TH STREET | SUITE 130 | PHOENIX | AZ | 85016 | |
| 13172628 | ASSISTANT COMMISSIONER FOR PATENTS | BOX M FEE | | WASHINGTON | DC | 20231 | |
| 13172629 | BODYCOTE-HALTOM CITY | 4008 CLAY AVENUE | SUITE 200 | HALTOM CITY | TX | 76117 | |
| 13172630 | BUREAU OF ALCOHOL, TOBACCO & FIREARMS | P. O. BOX 371970 | | PITTSBURGH | PA | 15250-7970 | |
| 13172631 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS | 99 NEW YORK AVENUE, NE | | WASHINGTON | DC | 20226 | |
| 13172632 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND | P.O BOX 6200-13 | | PORTLAND | OR | 97228-6200 | |
| 13172633 | BUREAU OF CUSTOMS AND BORDER PROTECTION | P.O. BOX 70946 | | CHARLOTTE | NC | 28272-0946 | |
| 13172634 | CALIFORNIA POLICE CHIEFS ASSOCIATION | P.O. BOX 255745 | | SACRAMENTO | CA | 95865-5745 | |
| 13172635 | CALIFORNIA STATE DISBURSEMENT UNIT | P.O BOX 989067 | | WEST SACRAMENTO | CA | 95798-9067 | |
| 13172636 | CALIFORNIA STATE SHERIFF'S ASSOCIATION | 1231 I STREET SUITE 200 | | SACRAMENTO | CA | 95814 | |
| 13172637 | CFE- SOUTH CAROLINA | 4400 BROAD RIVER ROAD | | COLUMBIA | SC | 29210 | |
| 13172638 | CITY AND COUNTY OF HONOLULU | 530 SOUTH KING STREET | ROOM 306 | HONOLULU | HI | 96813 | |
| 13172639 | CITY OF ATLANTA | P.O. BOX 932053 | | ATLANTA | GA | 31193 | |
| 13172640 | CITY OF COLUMBUS - TREASURE -POLICE | 77 N FRONT ST | | COLUMBUS | OH | 43215 | |
| 13172641 | CITY OF GLENDALE | 7540 WHEATLAND AVE. | | SUN VALLEY | CA | 91352 | |
| 13172642 | CITY OF HUNTINGTON BEACH | 2000 MAIN STREET | | HUNTINGTON BEACH | CA | 92648 | |

Exhibit D

Taxing Authorities Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 13172643 | CITY OF INDIANAPOLIS/MARION COUNTY | 200 E. WASHINGTON ST. | STE. 1522 | INDIANAPOLIS | IN | 46204 | |
| 13172644 | CITY OF MESA | 5110 E. FALCON DRIVE | | MESA | AZ | 85215 | |
| 13172645 | CITY OF PHOENIX | 620 WEST WASHINGTON STREET | | PHOENIX | AZ | 85003-2187 | |
| 13173170 | CITY OF PHOENIX | P.O. BOX 29644 | | PHOENIX | AZ | 85038-9644 | |
| 13172646 | CITY OF SAN DIEGO/IACP 2000 | 3033 FIFTH AVENUE | SUITE 205 | SAN DIEGO | CA | 92103 | |
| 13172647 | CITY OF SAN DIEGO-TREASURER'S OFFICE | P.O BOX 129039 | | SAN DIEGO | CA | 92112 | |
| 13172648 | CITY OF SANTA MONICA | 3223 DONALD DOUGLAS LOOP SOUTH | SUITE 3 | SANTA MONICA | CA | 90405 | |
| 13172649 | CITY OF WESTFIELD | 110 AIRPORT RD | | WESTFIELD | MA | 01085 | |
| 13172650 | CLERK OF THE CIRCUIT COURT | 110 NORTH APOPKA AVENUE | | INVERNESS | FL | 34450 | |
| 13172651 | CLERK OF THE SUPERIOR COURT | P.O. BOX 52826 | | PHOENIX | AZ | 85072 | |
| 13172652 | CNLC PROCUREMENT DEPARTMENT | NO. 20, JIESHOU RD., ZUOYING DIST. | | KAOHSIUNG CITY | | 813007 | TAIWAN (R.O.C.) |
| 13172653 | COLORADO STATE TREASURER | PO BOX 956 | | DENVER | CO | 80201-0956 | |
| 13172654 | COMMISSIONER OF PATENTS & TRADEMARKS | 2011 CRYSTAL DRIVE | STE 307 | ARLINGTON | VA | 22202 | |
| 13172655 | COMMISSIONER OF REVENUE SERVICES | PO BOX 2974 | | HARTFORD | CT | 06104-2974 | |
| 13172656 | CONTROLLER | P.O. BOX 85670 | | LINCOLN | NE | 68501-5670 | |
| 13172657 | COUNTY OF LETHBRIDGE | #100 | 905 - 4 AVENUE SOUTH | LETHBRIDGE | AB | T1J 4E4 | CANADA |
| 13172658 | DEFENSE FINANCE AND ACCOUNTING OFFICER | P.O. BOX 182204 | | COLUMBUS | OH | 43218-2204 | |
| 13172659 | DEFENSE FINANCE AND ACCOUNTING SERVICE | ATTN: CUSTOMER CARE CENTER | 8899 EAST 56TH STREET, DEPT. 3300 | INDIANAPOLIS | IN | 46249-3300 | |
| 13172660 | DEFENSE PROCUREMENT AGENCY | 3901 A AVE. | BUILDING 10500 | FORT LEE | VA | 23801-1809 | |
| 13172661 | DELAWARE SECRETARY OF STATE | PO BOX 11728 | | NEWARK | NJ | 07101-4728 | |
| 13172662 | DEPARTMENT OF LABOR & INDUSTRIES | P.O. BOX 24106 | | SEATTLE | WA | 98124-6524 | |
| 13172663 | DEPARTMENT OF REVENUE - ARIZONA | PO BOX 29079 | | PHOENIX | AZ | 85038-9079 | |
| 13172664 | DEPARTMENT OF REVENUE - CONNECTICUT | PO BOX 2974 | | HARTFORD | CT | 06104-2974 | |

Exhibit D

Taxing Authorities Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 13172665 | DEPARTMENT OF REVENUE - GEORGIA | PO BOX 740317 | | ATLANTA | GA | 30374-0317 | |
| 13172666 | DEPARTMENT OF TOXIC SUBSTANCES CONTROL | P.O BOX 1288 | | SACRAMENTO | CA | 95815 | |
| 13172667 | DEPARTMENT OF TRANSPORTATION | 1200 NEW JERSEY AVE, SE | | WASHINGTON | DC | 20590 | |
| 13172668 | DISAM / TREASURER OF THE UNITED STATES | 2475 K STREET | BLDG 52 | WRIGHT PATTERSON AFB | OH | 45433-7641 | |
| 13172669 | DTSC ACCOUNTING | P.O. BOX 1288 | | SACRAMENTO | CA | 95812-1288 | |
| 13172670 | EUROPEAN AVIATION SAFETY AGENCY | POSTFACH 10 12 53 | | COLOGNE | | 50452 | GERMANY |
| 13172671 | FEDERAL AVIATION ADMINISTRATION | P.O. BOX 25504 | | OKLAHOMA CITY | OK | 73125-0504 | |
| 13172672 | FLORIDA DEPARTMENT OF REVENUE | 5050 W. TENNESSEE STREET | | TALLAHASSEE | FL | 32399-0135 | |
| 13172673 | FRANCHISE TAX BOARD | P.O. BOX 942857 | | SACRAMENTO | CA | 94257-0501 | |
| 13172674 | GEORGIA DEPARTMENT OF REVENUE | P.O. BOX 740397 | | ATLANTA | GA | 30374-0397 | |
| 13172675 | HAWAII STATE DEPT. OF TAXATION | P.O. BOX 1425 | | HONOLULU | HI | 96806-1425 | |
| 13172676 | HEXCEL-SALT LAKE CITY | 6700 W 5400 SOUTH | | WEST VALLEY CITY | UT | 84118 | |
| 13172677 | HOUSTON POLICE FOUNDATION | 1200 TRAVIS | SUITE 1600 | HOUSTON | TX | 77001-0346 | |
| 13172678 | HUNTINGTON BEACH POLICE DEPARTMENT | 18401 GOTHARD STREET | | HUNTINGTON BEACH | CA | 92648 | |
| 13172679 | IDAHO STATE TAX COMMISSION | P.O. BOX 83784 | | BOISE | ID | 83707-3784 | |
| 13172680 | INDIANA DEPARTMENT OF REVENUE | P.O. BOX 1028 | | INDIANAPOLIS | IN | 46206-1028 | |
| 13172681 | INDIANA DEPT OF WORKFORCE DEVELOPMENT | 10 NORTH SENATE AVE | STE 106 | INDIANAPOLIS | IN | 46204 | |
| 13172682 | INDUSTRIAL COMMISSION OF AZ | P.O. BOX 19070 | | PHOENIX | AZ | 85005-9070 | |
| 13172683 | INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE. NW | | WASHINGTON | DC | 20224 | |
| 13172684 | INTERNAL REVENUE SERVICE CENTER | 1973 NORTH RULON WHITE ROAD | | OGDEN | UT | 84201 | |
| 13172685 | INTERNATIONAL ASSOC OF CHIEFS OF POLICE | 44 CANAL CENTER PLAZA | SUITE 200 | ALEXANDRIA | VA | 22314 | |
| 13172686 | LEADVILLE/LAKE COUNTY FIRE DEPARTMENT | 816 HARRISON AVENUE | | LEADVILLE | CO | 80461 | |
| 13172687 | MARICOPA COUNTY | 3800 N CENTRAL AVE. | SUITE 1400 | PHOENIX | AZ | 85012 | |

Exhibit D

Taxing Authorities Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|-----------|-----------|------|-------|-------------|---------|
| 13172688 | MARICOPA COUNTY AIR QUALITY DEPARTMENT | 1001 N CENTRAL AVE | STE 125 | PHOENIX | AZ | 85004 | |
| 13172690 | MARICOPA COUNTY ENVIRONMENTAL SERVICES | 1001 N. CENTRAL AVENUE | SUITE 100 | PHOENIX | AZ | 85004-1942 | |
| 13172691 | MARICOPA COUNTY TREASURER | P.O. BOX 52133 | | PHOENIX | AZ | 85072-2133 | |
| 13172692 | MESA CHAMBER OF COMMERCE | 165N. CENTENNIAL WAY | STE 208 | MESA | AZ | 85201 | |
| 13172693 | MESA CITIZEN POLICE ACADEMY ALUMNI ASSOC | P.O BOX 366 | | MESA | AZ | 85211 | |
| 13172694 | MESA POLICE DEPARTMENT, CITY OF | 130 NORTH ROBSON | | MESA | AZ | 85201-6697 | |
| 13172695 | MESA POLICE EXPLORER POST 2055 | 130 NORTH ROBSON STREET | | MESA | AZ | 85211-1466 | |
| 13172696 | MESA, CITY OF | 20 E. MAIN STREET | STE. 150 | MESA | AZ | 85211-1466 | |
| 13172697 | MINNESOTA DEPARTMENT OF HUMAN RIGHTS | 625 ROBERT STREET NORTH | | SAINT PAUL | MN | 55155 | |
| 13172698 | MINNESOTA DEPT OF NATURAL RESOURCES | 1601 MINNESOTA DRIVE | | BRAINERD | MN | 56401 | |
| 13172699 | NATIONAL SHERIFFS ASSOCIATION | 1450 DUKE STREET | | ALEXANDRIA | VA | 22314 | |
| 13172700 | NORTH CAROLINA DEPT. OF REVENUE | P.O. BOX 25000 | | RALEIGH | NC | 27640-0500 | |
| 13172701 | NORTH CAROLINA LAW ENFORCEMENT ASS'N | 309 CHAPANOKE ROAD | SUITE 106 | RALEIGH | NC | 27603-3431 | |
| 13172702 | ORANGE COUNTY NAMEPLATE CO. | 13201 ARCTIC CIRCLE | | SANTA FE SPRINGS | CA | 90670 | |
| 13172703 | OREGON DEPARTMENT OF REVENUE | P.O. BOX 14790 | | SALEM | OR | 97309-0470 | |
| 13172704 | OXFORD POLICE DEPARMENT | 600 STANLEY MERRILL DR | | OXFORD | AL | 36203 | |
| 13172705 | PA DEPARTMENT OF REVENUE | PO BOX 280703 | | HARRISBURG | PA | 17128-0703 | |
| 13172706 | PASADENA POLICE - HELICOPTER SECTION | 2175 YUCCA LANE | | ALTADANA | CA | 91001 | |
| 13172707 | PASADENA POLICE AIR OPERATIONS | 207 NORTH GARFIELD AVE. | | PASADENA | CA | 91101 | |
| 13172708 | PHOENIX, CITY OF | PO BOX 29644 | | PHOENIX | AZ | 85038-9644 | |
| 13172709 | POLK COUNTY SHERIFF'S OFFICE | 1891 JIM KEENE BLVD | | WINTER HAVEN | FL | 33880 | |
| 13172710 | PRINCE GEORGE'S COUNTY, MARYLAND | 1400 MCCORMICK DR. | STE. 200 | LARGO | MD | 20774 | |
| 13172711 | SCOTTSDALE CHAMBER OF COMMERCE | 9000 E. CHAPARRAL | | SCOTTSDALE | AZ | 85256-2626 | |

Exhibit D

Taxing Authorities Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|-----------|-----------|------|-------|-------------|---------|
| 13172712 | SECRETARY OF STATE | 1700 WEST WASHINGTON STREET | SUITE 220 | PHOENIX | AZ | 85007 | |
| 13172714 | STATE BAR OF CALIFORNIA | P.O BOX 842142 | | LOS ANGELES | CA | 90084-2142 | |
| 13172715 | STATE OF ALABAMA | 50 NORTH RIPLEY STREET | | MONTGOMERY | AL | 36104 | |
| 13172716 | STATE OF ARIZONA | P.O. BOX 18228 | | PHOENIX | AZ | 85005-8228 | |
| 13172717 | STATE OF CALIFORNIA | P.O. BOX 942857 | | SACRAMENTO | CA | 94257-0511 | |
| 13172718 | STATE OF CONNECTICUT | 200 FOLLY BROOK BOULEVARD | | WETHERSFIELD | CT | 06109 | |
| 13172719 | STATE OF HAWAII | P.O BOX 40 | | HONOLULU | HI | 96810 | |
| 13172720 | STATE OF IDAHO | PO BOX 70008 | | BOISE | ID | 83707-0108 | |
| 13172721 | STATE OF NEW HAMPSHIRE | PO BOX 1201 | | CONCORD | NH | 03302-1201 | |
| 13172722 | THE ARIZONA REPUBLIC | PO BOX 677595 | | DALLAS | TX | 75267-7595 | |
| 13172723 | THE STATE BAR OF CALIFORNIA | P.O BOX 842142 | | LOS ANGELES | CA | 90084-2142 | |
| 13172724 | TREASURER OF THE UNITED STATES | STE 1310 NATIONAL PL/1331 PENNSYLVANIA | | WASHINGTON | DC | 20004 | |
| 13172725 | TREASURER ST. LOUIS COUNTY | 7900 FORSYTH BLVD. | | CLAYTON | MO | 63105 | |
| 13172726 | TREASURER, CITY OF COLUMBUS | 77 FRONT ST. | | COLUMBUS | OH | 43215 | |
| 13172727 | TREASURY OF THE UNITED STATES | P.O. BOX 25082 | | OKLAHOMA CITY | OK | 73125-5050 | |
| 13172728 | TREASURY OF THE UNITED STATES, THE | P.O. BOX 25504 | AFS-755 | OKLAHOMA CITY | OK | 73125-4915 | |
| 13172729 | U.S DEPT OF TREASURY-VSE CORPORATION | 6348 WALKER LANE | | ALEXANDRIA | VA | 22310 | |
| 13172730 | U.S TREASURY | 8899 EAST 56TH STREET | | INDIANAPOLIS | IN | 46249 | |
| 13172731 | U.S. DEPARTMENT OF STATE | 2401 E. STREET N. W. | | WASHINGTON | DC | 20037 | |
| 13172732 | UNITED STATES PATENT & TRADEMARK OFFICE | 600 DULANY STREET | | ALEXANDRIA | VA | 22314 | |
| 13172733 | UNITED STATES TREASURY | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 | |
| 13172734 | UNITED STATES TREASURY C/O IRS | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 | |
| 13172735 | US DEPARTMENT OF STATE | 2201 C ST., NW | | WASHINGTON | DC | 20520 | |
| 13172736 | US DEPARTMENT OF TRANSPORTATION | 1200 NEW JERSEY AVE, SE | | WASHINGTON | DC | 20590 | |
| 13172737 | US DEPARTMENT OF TREASURY | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 | |

Exhibit D

Taxing Authorities Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|-----------|-----------|------|-------|-------------|---------|
| 13172738 | US TREASURY | 8899 EAST 56TH STREET | | INDIANAPOLIS | IN | 46249-3400 | |
| 13172739 | VIRGINIA DEPARTMENT OF TAXATION | P.O BOX 1777 | | RICHMOND | VA | 23218-1777 | |
| 13172740 | WASHINGTON STATE DEPARTMENT OF REVENUE | 2101 4TH AVE | | SEATTLE | WA | 98121 | |
| 13172741 | WASHINGTON STATE SUPPORT REGISTRY | P.O BOX 45868 | | OLYMPIA | WA | 98504-5868 | |
| 13172742 | WASHINGTON STATE TREASUER | P.O. BOX 9034 | | OLYMPIA | WA | 98507-9034 | |

**<u>Exhibit E</u>**

## Exhibit E

Insurance Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|-----------|-----------|------|-------|-------------|---------|
| 13172490 | ALLIANZ GLOBAL RISKS US INS. CO. PER ALLIANZ AVIATION LIMITED | 800 SOUTH FIGUEROA ST. | | LOS ANGELES | CA | 90017 | |
| 13172946 | ASCOT | 27 RICHMOND ROAD | | PEMBROKE | | HM 08 | BERMUDA |
| 13172474 | ASCOT INSURANCE COMPANY | 27 RICHMOND ROAD | | PEMBROKE | | HM 08 | BERMUDA |
| 13172482 | CAC SPECIALTY | 250 FILLMORE STREET | SUITE 450 | DENVER | CO | 80206 | |
| 13172936 | CONTINENTAL INSURANCE COMPANY | 6755 BUSINESS PARKWAY | SUITE 104 | ELKRIDGE | MD | 21075 | |
| 13172485 | HISCOX INSURANCE COMPANY INC. | 5 CONCOURSE PARKWAY | SUITE 2150 | ATLANTA | GA | 30328 | |
| 13172491 | LIBERTY MUTUAL | 175 BERKELEY STREET | | BOSTON | MA | 02116 | |
| 13172935 | MUNICH REINSURANCE AMERICA INC. | 555 COLLEGE ROAD EAST | P.O. BOX 5241 | PRINCETON | NJ | 08543 | |
| 13172492 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (AIG) | 1271 AVE OF THE AMERICAS | FL 41 | NEW YORK | NY | 10020-1304 | |
| 13172487 | NORTH AMERICAN ELITE INSURANCE COMPANY | 650 ELM STREET | | MANCHESTER | NH | 03101 | |
| 13172488 | NORTH AMERICAN ELITE INSURANCE COMPANY | 1200 MAIN STREET | | KANSAS CITY | MO | 64105 | |
| 13172483 | OLD REPUBLIC INSURANCE COMPANY | 307 NORTH MICHIGAN AVENUE | | CHICAGO | IL | 60601 | |
| 13172484 | OLD REPUBLIC INSURANCE COMPANY | 307 NORTH MICHIGAN AVENUE | | CHICAGO | IL | 60601 | |
| 13172475 | RSUI INDEMNITY COMPANY | 945 EAST PACES FERRY RD NE | | ATLANTA | GA | 30326 | |
| 13172486 | STARR INDEMNITY & LIABILITY CO. | 399 PARK AVENUE | 2ND FLOOR | NEW YORK | NY | 10022 | |
| 13172493 | STARR INDEMNITY & LIABILITY CO. PER STARR AVIATION | 399 PARK AVENUE | 2ND FLOOR | NEW YORK | NY | 10022 | |
| 13172489 | STEADFAST INSURANCE COMPANY (ZURICH) | ZURICH AMERICAN INSURANCE COMPANY | 1299 ZURICH WAY, 5TH FLOOR | SCHAUMBURG | IL | 60196-1056 | |
| 13172937 | TRAVELERS CASUALTY AND SURETY | ONE TOWER SQUARE | | HARTFORD | CT | 06183 | |
| 13172494 | UNDERWRITERS AT LLOYD'S & OTHER COS. PER WILLIS LIMITED | ONE LIME STREET | | LONDON | | EC3M 7HA | UNITED KINGDOM |

Exhibit E
Insurance Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 13172476 | WESCO INSURANCE COMPANY | 420 MAPPLE AVE | | YUKON | OK | 73099 | |
| 13172477 | WESCO INSURANCE COMPANY | 59 MAIDEN LANE | 43RD FL | NEW YORK | NY | 10038 | |
| 13172481 | WILLIS TOWERS WATSON (WILLIS) | 51 LIME STREET | | LONDON | | EC3M 7DQ | UNITED KINGDOM |
| 13172480 | XL SPECIALTY INSURANCE COMPANY | 70 SEAVIEW AVENUE | | STAMFORD | CT | 06902-6040 | |

**Exhibit F**

## Exhibit F
### Utilities Service List
#### Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13172501 | AIRGAS | 544 W. IRON AVE STE 101 | | MESA | AZ | 85210-6032 |
| 13172495 | AMERIGAS | AMERIGAS - 7192 CORRESPONDENCE ONLY | PO BOX 45264 | WESTLAKE | OH | 44145 |
| 13172508 | AMERIGAS | 460 NORTH GULPH ROAD, SUITE 100 | | KING OF PRUSSIA | PA | 19406-2815 |
| 13172502 | AVFUEL CORP. | AVFUEL CORPORATION | 47 W. ELLSWORTH | ANN ARBOR | MI | 48108 |
| 13172496 | CITY OF MESA | PO BOX 1878 | | MESA | AZ | 85211-1878 |
| 13172503 | CITY OF MESA | 4800 E. FALCON DR. | | MESA | AZ | 85215 |
| 13172505 | CITY OF MESA | 20 E. MAIN STREET | | MESA | AZ | 85201 |
| 13172497 | COX COMMUNICATION | 6205 PEACHTREE DUNWOODY ROAD | | ATLANTA | GA | 30328 |
| 13172509 | COX COMMUNICATION | 6205-B PEACHTREE DUNWOODY ROAD NE | | ATLANTA | GA | 30328 |
| 13172498 | SRP | PO BOX 80062 | | PRESCOTT | AZ | 86304-8062 |
| 13172506 | SRP | 1500 N. MILL AVE | | TEMPE | AZ | 85281 |
| 13172499 | VERIZON | PO BOX 489 | | NEWARK | NJ | 07101-0489 |
| 13172507 | VERIZON | 1095 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| 13172500 | WASTE MANAGEMENT | WM CORPORATE SERVICES, INC. | PO BOX 7400 | PASADENA | CA | 91109-7400 |
| 13172510 | WASTE MANAGEMENT | CAPITOL TOWER, 800 CAPITOL ST SUITE 3000 | | HOUSTON | TX | 77002 |