**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------- x

In re:                                                     :    Chapter 11
                                                           :
MD HELICOPTERS, INC., *et al.*,[1]                         :    Case No. 22-10263 (KBO)
                                                           :
                        Debtors.                           :    (Jointly Administered)
                                                           :
----------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 189]

- Supplemental Declaration of David Orlofsky of AlixPartners, LLP [Docket No. 190]

- Certification of Counsel regarding Order with respect to Application of Debtors for Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date [Docket No. 191]

- Supplemental Declaration of Adam B. Keil in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 192] *(**"Keil Supplemental Declaration"**)*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Certification of Counsel regarding Final Order with respect to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Orders to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing and (III) Granting Related Relief [Docket No. 193] *("Certification regarding DIP Final Order")*

- Certification of Counsel and of No Objection regarding Revised Bid Procedures Order with respect to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) and Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 194] *("Certification regarding Bid Procedures Order")*

On April 22, 2022, at my direction and under my supervision, employees of Kroll caused the Keil Supplemental Declaration, Certification regarding DIP Final Order and Certification regarding Bid Procedures Order to be served by the method set forth on the UCC Service List attached hereto as **Exhibit B**.

On April 22, 2022, at my direction and under my supervision, employees of Kroll caused the Keil Supplemental Declaration and Certification regarding DIP Final Order to be served via first class mail on Wells Fargo Bank, N.A. (MMLID: 13169203), 100 W. Washington Street, 25th Floor, Phoenix, AZ, 85003.

Dated: April 25, 2022

/s/ *Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 25, 2022, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 61053

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER 19815 MAGELLAN DRIVE TORRANCE CA 90502 | MMONJARAS@ACECLEARWATER.COM PNELSON@ACECLEARWATER.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT 12734 BRANFORD ST UNIT 12 ARLETA          CA 91331-4230 | stephanie@alziebler.com | First Class Mail and Email |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT 1600 W MONROE STREET PHOENIX AZ 85007-2650 | | First Class Mail |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN 70 WEST MADISON STREET, SUITE 4200 CHICAGO IL 60602-4231 | brian.lohan@arnoldporter.com | First Class Mail and Email |
| COUNSEL TO STALKING HORSE BIDDER, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH 250 WEST 55TH STREET NEW YORK NY 10019-9710 | brian.lohan@arnoldporter.com jonathan.levine@arnoldporter.com jeffrey.fuisz@arnoldporter.com robert.franciscovich@arnoldporter.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER, MEGAN KING, HR 1707 GUENTHER RD. DAYTON OH 45417 | sales@autovalve.com kingm@autovalve.com | First Class Mail and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN 452 FIFTH AVENUE NEW YORK NY 10018 | blaire.cahn@bakermckenzie.com | First Class Mail and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD 1111 BRICKELL AVENUE SUITE 1700 MIAMI FL 33131 | john.dodd@bakermckenzie.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | BE AEROSPACE WESTMINSTER | ATTN: TROY BRUNK, PRESIDENT 7155 FENWICK LN WESTMINSTER CA 92683 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION INC.(FKA AVIALL) | ATTN: DAVID L. CALHOUN, PRESIDENT AND CHIEF EXECUTIVE OFFICER 2750 REGENT BLVD. DFW AIRPORT DALLAS TX 75261 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION SERVICES INC. | ATTN: TRAVIS SULLIVAN, VICE PRESIDENT & GENERAL MANAGER<br><br>480 N. 54TH STREET<br>CHANDLER AZ 85226 | | First Class Mail |
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | ingrid.bagby@cwt.com<br>william.mills@cwt.com<br>michele.maman@cwt.com | First Class Mail and Email |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR.<br>HERCULES PLAZA<br>1313 NORTH MARKET STREET, SUITE 5400<br>WILMINGTON DE 19801 | chipman@chipmanbrown.com | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN<br>25 MAIN STREET<br>P.O. BOX 800<br>HACKENSACK NJ 07602 | fyudkin@coleschotz.com | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER, JAE CASTELLANA, VP<br>7 WILSON DRIVE<br>SPARTA          NJ 07871 | info@colinearmachine.com<br>jae@colinearmachine.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER<br>3371 E. HEMISPHERE LOOP<br>TUCSON          AZ 85706-5011 | DonMartin@ceiglobal.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COMPUCRAFT INDUSTRIES | ATTN: JOHN LAWLESS, OWNER<br>8787 OLIVE LANE<br>SANTEE CA 92071 | INFO@CCIND.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT<br>28909 AVENUE WILLIAMS<br>VALENCIA CA 91355 | schapman@crissair.com | First Class Mail and Email |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | jennifer.noel@delaware.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN<br>1251 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK NY 10020-1104 | dennis.odonnell@us.dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com | First Class Mail and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN<br>1900 NORTH PEARL STREET<br>SUITE 2200<br>DALLAS TX 75201 | noah.schottenstein@us.dlapiper.com | First Class Mail and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801-1147 | craig.martin@us.dlapiper.com | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 10 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1200 SIXTH AVENUE, SUITE 155<br>SEATTLE WA 98101 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1201 ELM STREET, SUITE 500<br>DALLAS TX 75270 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | r9.info@epa.gov | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER<br>VOIE DE LIEGE 33<br>HERSTAL 4040 BELGIUM | customerservice@fnamerica.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1200 E. 151ST STREET<br>OLATHE          KS 66062 | Chad.Meadows@garmin.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER<br>12902 SOUTH BROADWAY<br>LOS ANGELES          CA 90061 | fpalminteri@helicoptertech.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER<br>901 AVENUE T<br>SUITE 102<br>GRAND PRAIRIE          TX 75050 | info@heritageaviationltd.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER 8945 SOUTH FREEWAY FORTH WORTH TX 76140 | info@howellinst.com repairs@howellinst.com hr@howellinst.com | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT 8715 HARMON RD. FORT WORTH TX 76177 | randy@iac-ltd.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | K2 MANUFACTURING | ATTN: THOMAS WRIGHT, PRESIDENT 1700 N. 22ND AVE PHOENIX AZ 85009 | | First Class Mail |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JORDAN D. SEARLES 55 EAST 52ND STREET 17TH FLOOR NEW YORK NY 10055 | MDHelicoptersTeam@primeclerk.com serviceqa@primeclerk.com | Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | suzzanne.uhland@lw.com adam.ravin@lw.com brett.neve@lw.com tj.li@lw.com | Email |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN 141 MORSE DRIVE FAIRFAX VT 05454 | sales@liquidmeasurement.com | First Class Mail and Email |
| COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF WESCO INSURANCE COMPANY | MAURICE WUTSCHER, LLP | ATTN: ALAN C. HOCHHEISER 23611 CHAGRIN BLVD. SUITE 207 BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM | First Class Mail and Email |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER 55 HUDSON YARDS NEW YORK NY 10001-2163 | ddunne@milbank.com estodola@milbank.com aharmeyer@milbank.com | First Class Mail and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | joseph.mcmahon@usdoj.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT 955 CENTER STREET NE SALEM OR 97301-2555 | questions.dor@oregon.gov | First Class Mail and Email |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER & REBECCA L. STARK 1200 K ST, N.W. WASHINGTON DC 20005-4026 | neureiter.kimberly@pbgc.gov efile@pbgc.gov stark.rebecca@pbgc.gov | Email |
| TOP 30 UNSECURED CREDITORS | PENSION BENEFIT GUARANTY CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 1200 K ST NW WASHINGTON DC 20005 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER 6600 E. 6TH STREET PRESCOTT VALLEY        AZ 86314 | michael.dailey@prescottaerospace.com | First Class Mail and Email |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | REESE MARKETOS LLP | ATTN: PETER D. MARKETOS, JOSHUA M. RUSS, BRETT S. ROSENTHAL 750 NORTH SAINT PAUL STREET, SUITE 600 DALLAS TX 75201 | pete.marketos@rm-firm.com josh.russ@rm-firm.com brett.rosenthal@rm-firm.com | First Class Mail and Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, AS ADMINISTRATIVE AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | collins@rlf.com haywood@rlf.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT 11616 HARRY HINES BLVD. DALLAS TX 75229 | LRasmussen@RochesterSensors.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ROGERSON AIRCRAFT EQUIPMENT GROUP | ATTN: MICHAEL ROGERSON, CHIEF EXECUTIVE OFFICER 16940 VON KARMAN IRVINE CA 92606 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER, KRISTOFFER HALL 2355 S. TIBBS P.O. BOX 420 INDIANAPOLIS IN 46241 | Kris.Hall@Rolls-Royce.com | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA 90 BROAD STREET, 23RD FLOOR NEW YORK NY 10004 | ttrzaskoma@shertremonte.com | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER 3631 E 44TH STREET TUCSON AZ 85713 | info@Soltecaz.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT, LYNN CASA, ACCOUNTING<br>183 PLAINS ROAD<br>P.O. BOX 470<br>MILFORD          CT 06460-3613 | info@SpectrumCT.com<br>lcasa@spectrumct.com | First Class Mail and Email |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVENUE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | attorney.general@delaware.gov | First Class Mail and Email |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM<br>1162 COURT ST. NE<br>SALEM OR 97301-4096 | Kristina.Edmunson@doj.state.or.us | First Class Mail and Email |
| TEXAS STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON<br>300 W. 15TH STREET<br>AUSTIN TX 78701 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | C/O DLA PIPER<br>ATTN: KATE L. BENVENISTE<br>2525 EAST CAMELBACK ROAD, SUITE 1000<br>PHOENIX AZ 85016-4232 | KATE.BENVENISTE@DLAPIPER.COM<br>DLAPHX@DLAPIPER.COM | First Class Mail and Email |
| TEXAS DEPARTMENT OF REVENUE | TEXAS DEPARTMENT OF REVENUE | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B. JOHNSON STATE OFFICE BUILDING<br>111 EAST 17TH STREET<br>AUSTIN TX 78774 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | ATTN: DANIEL J. CROWLEY, CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>899 CASSATT ROAD<br>#210<br>BERWYN PA 19312 | sbleeda@triumphgroup.com | First Class Mail and Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK<br>1313 N. MARKET STREET<br>HERCULES PLAZA, SUITE 5100<br>WILMINGTON DE 19801 | david.stratton@troutman.com<br>david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>kenneth.listwak@troutman.com | Email |
| TOP 30 UNSECURED CREDITORS | TÜRKIYE CUMHURIYETI İÇİŞLERI BAKANLIĞI | ATTN: PRESIDENT OR GENERAL COUNSEL<br>DEVLET, T.C. İÇİŞLERI BAKANLIĞI<br>ÇANKAYA, ANKARA 06980 TURKEY | | First Class Mail |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII ANONIM ŞIRKETI | ATTN: CAHIT BILGE AKAL FETHIYE MAHALLESI HAVACILIK BULVARI, NO. 17 KAHRAMANKAZAN, ANKARA 06980 TURKEY | CAKAL@TAI.COM.TR | First Class Mail and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF ARIZONA | U.S. ATTORNEY FOR ARIZONA | ATTN: ATTORNEY TWO RENAISSANCE SQUARE 40 N. CENTRAL AVENUE, SUITE 1800 PHOENIX AZ 85004-4449 | | First Class Mail |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY 1007 ORANGE ST, SUITE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF OREGON | U.S. ATTORNEY FOR OREGON | ATTN: ATTORNEY 1000 SW THIRD AVENUE, SUITE 600 PORTLAND OR 97204 | | First Class Mail |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY 1000 LOUISIANA STREET, #2300 HOUSTON TX 77002 | usatxs.atty@usdoj.gov | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION ATTN: GLENN P. HARRIS P.O. BOX 261 BEN FRANKLIN STATION WASHINGTON DC 20044 | glenn.p.harris@usdoj.gov | First Class Mail and Email |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), MB SPECIAL OPPORTUNITIES FUND II, LP, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | First Class Mail and Email |
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD., COUNSEL TO STALKING HORSE BIDDER | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 | mnestor@ycst.com rbartley@ycst.com akephart@ycst.com ejustison@ycst.com bankfilings@ycst.com | First Class Mail and Email |

**Exhibit B**

Exhibit B
UCC Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13169214 | A PREFERRED FILING & SEARCH SERVICES, INC. | P.O. BOX 176 | | WEST SACRAMENTO | CA | 95691 |
| 13169215 | ACCUSEARCH, INC. | 2338 W. ROYAL PALM RD | SUITE J | PHOENIX | AZ | 85021 |
| 13169216 | ANKURA TRUST COMPANY | 60 STATE STREET | SUITE 700 | BOSTON | MA | 02109 |
| 13169217 | ANKURA TRUST COMPANY, LLC | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| 13169218 | ANKURA TRUST COMPANY, LLC, AS CO-AGENT | 60 STATE STREET | STE 700 | BOSTON | MA | 02109 |
| 13169220 | ANKURA TRUST COMPANY, LLC, AS CO-AGENT | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| 13169221 | ARK II CLO 2001-01, LTD. | ONE LIBERTY PLAZA | 35TH FLOOR | NEW YORK | NY | 10006 |
| 13169224 | BANK ONE, ARIZONA NA | 201 NORTH CENTRAL | | PHEONIX | AZ | 85004 |
| 13169225 | CAPITOL CORPORATE SERVICES, INC. | 206 E 9TH STREET | SUITE 1300 | AUSTIN | TX | 78701 |
| 13172823 | CONGRESS FINANCIAL COPORATION | ONE POST OFFICE SQUARE | | BOSTON | MA | 02109 |
| 13169226 | CONGRESS FINANCIAL COPORATION (NEW ENGLAND) | ONE POST OFFICE SQUARE | SUITE 3600 | BOSTON | MA | 02109 |
| 13172945 | DATA SALES CO., INC. | 3450 W. BURNSVILLE PARKWAY | | BURNSVILLE | MN | 55337 |
| 13169227 | JOHN D. PICKERING | BALCH & BINGHAM LLP | P.O. BOX 306 | BIRMINGHAM | AL | 35201-0306 |
| 13169229 | JPMORGAN CHASE BANK, N.A. | 120 S. LASALLE ST. IL1-1146 | | CHICAGO | IL | 60603 |
| 13169230 | JPMORGAN CHASE BANK, N.A. | 10 S. DEARBORN | | CHICAGO | IL | 60670 |
| 13169231 | KRISTA GULALO | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| 13169232 | MILBANK LLP | ATTN: AIP UCC COMMITTEE | 55 HUDSON YARDS | NEW YORK | NY | 10001-2163 |
| 13169233 | NY CONGRESS FINANCIAL CORP. | 1133 AVENUE OF THE AMERICA | IRMA RIVERA | NEW YORK | NY | 10036 |
| 13169235 | PATRIARCH PARTNERS AGENCY SERVICES, LLC | 112 SOUTH TRYON STREET | SUITE 700 | CHARLOTTE | NC | 28284 |
| 13169236 | PATRIARCH PARTNERS AGENCY SERVICES, LLC | 71 BROADWAY | LOBBY 2B #249 | NEW YORK | NY | 10006 |
| 13169237 | PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS AGENT | 112 S TRYON ST STE 700 | | CHARLOTTE | NC | 28284 |
| 13169238 | PATRIARCH PARTNERS AGENCY SERVICES, LLC, AS AGENT | 71 BROADWAY | LOBBY 2B #249 | NEW YORK | NY | 10006 |

Exhibit B
UCC Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13169239 | WACHOVIA CAPITAL FINANCE CORPORATION | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 |
| 13169241 | WACHOVIA CAPITAL FINANCE CORPORATION (NEW ENGLAND) | ONE POST OFFICE SQUARE | SUITE 3600 | BOSTON | MA | 02109 |
| 13169242 | WACHOVIA CAPITAL FINANCE CORPORATION (WESTERN) | 251 S LAKE AVE STE 900 | | PADADENA | CA | 91101 |
| 13169244 | WACHOVIA CAPITAL FINANCE CORPORATION (WESTERN), AS AGENT | 251 SOUTH LAKE AVENUE | SUITE 900 | PASADENA | CA | 91101 |
| 13169245 | WELLS FARGO CAPITAL FINANCE, LLC | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 |
| 13169246 | WELLS FARGO CAPITAL FINANCE, LLC | 10 SOUTH WACKER DRIVE | 13TH FLOOR | CHICAGO | IL | 60606 |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)