# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                         :    Chapter 11
                                               :
MD HELICOPTERS, INC., *et al.*,[1]             :    Case No. 22-10263 (KBO)
                                               :
         Debtors.                              :    (Jointly Administered)
                                               :
---------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 21, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Master Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 116]

Dated: April 26, 2022

/s/ *Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 26, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

SRF 61025

**Exhibit A**

Exhibit A
Supplemental Master Mailing List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 13182851 | ACQIOM AGENCY SERVICES LLC | SRS ACQUIOM OPERATIONS CENTER | 950 17TH STREET SUITE 1400 | DENVER | CO | 80202 | |
| 13182842 | AERO STRUCTURAL SERVICES LLC | 3806 FM 1128 RD | | PEARLAND | TX | 77584-7518 | |
| 13182864 | HONEYWELL INTERNATIONAL INC. | 855 S MINT ST | | CHARLOTTE | NC | 28202 | |
| 13182866 | KAMAN AEROSPACE CORP. | 1332 BLUE HILLS AVENUE | | BLOOMFIELD | CT | 06002 | |
| 13182862 | OCEAN VIEW HELICOPTERS LTD. | 7390 EMPRESS WAY | | POWELL RIVER | BC | V8A 0T4 | CANADA |
| 13182863 | ROLLS-ROYCE CANADA LIMITED | 9500 CH DE LA CÔTE-DE-LIESSE LACHINE | | QUEBEC | QC | H8T 1A2 | CANADA |
| 13182856 | STANDARD AERO LTD. | 33 ALLEN DYNE RD | | WINNIPEG | MB | R3H 1A1 | CANADA |
| 13182857 | TEMPLE ELECTRONICS CO., INC. | 1003 MCKEEVER RD | | ARCOLA | TX | 77583 | |
| 13182848 | TÜRKIYE CUMHURIYETI IÇISLERI BAKANLIGI | T.C. IÇISLERI BAKANLIGI | | BAKANLIKLAR | | | TURKEY |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)