## EXHIBIT B

**Approved DIP Budget**

US-DOCS\131249657.19#125740274 v7

**MDHI**
**13-Week Case Forecast**
*$'s in 000's*

| Forecast Period<br>Month or Week Ended: | Forecast 2022 Week 1 4/8/22 | Forecast 2022 Week 2 4/15/22 | Forecast 2022 Week 3 4/22/22 | Forecast 2022 Week 4 4/29/22 | Forecast 2022 Week 5 5/6/22 | Forecast 2022 Week 6 5/13/22 | Forecast 2022 Week 7 5/20/22 | Forecast 2022 Week 8 5/27/22 | Forecast 2022 Week 9 6/3/22 | Forecast 2022 Week 10 6/10/22 | Forecast 2022 Week 11 6/17/22 | Forecast 2022 Week 12 6/24/22 | Forecast 2022 Week 13 7/1/22 | 13 Week Forecast From WE 4/8/22 To WE 7/1/22 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | | |
| Aircraft (under contract) | - | - | 725 | - | - | 1,080 | - | - | - | - | - | - | - | 1,805 |
| Aircraft (expected contracts) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Spares and Aftermarket | 671 | 668 | 1,441 | 870 | 2,942 | 600 | 600 | 14,196 | 675 | 1,067 | 646 | 600 | 600 | 25,577 |
| **Total Operating Receipts** | **671** | **668** | **2,166** | **870** | **2,942** | **1,680** | **600** | **14,196** | **675** | **1,067** | **646** | **600** | **600** | **27,382** |
| | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Vendor Disbursements | (1,000) | (1,000) | (3,003) | (31) | (3,011) | (1,500) | (2,015) | (8,500) | (2,062) | (1,000) | (2,031) | (1,000) | (2,062) | (28,215) |
| Payroll & Benefits | (1,025) | - | (1,025) | (255) | (1,025) | - | (1,025) | - | (1,280) | - | (1,025) | - | (1,280) | (7,940) |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| G&A and Other Expenses | - | - | - | (385) | - | - | - | - | (932) | - | - | - | (385) | (1,702) |
| **Total Operating Disbursements** | **(2,025)** | **(1,000)** | **(4,028)** | **(671)** | **(4,036)** | **(1,500)** | **(3,040)** | **(8,500)** | **(4,273)** | **(1,000)** | **(3,056)** | **(1,000)** | **(3,727)** | **(37,856)** |
| | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Professional Fees[1] | - | - | - | - | - | - | - | (550) | - | - | - | (2,467) | - | (3,017) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Fees and Interest | (25) | - | - | - | (89) | - | - | - | (89) | - | - | - | (177) | (379) |
| **Total Non-Operating Disbursements** | **(25)** | **-** | **-** | **-** | **(89)** | **-** | **-** | **(550)** | **(89)** | **-** | **-** | **(2,467)** | **(177)** | **(3,397)** |
| | | | | | | | | | | | | | | |
| **Total Disbursements (After Interest & Financing Fees)** | **(2,050)** | **(1,000)** | **(4,028)** | **(671)** | **(4,124)** | **(1,500)** | **(3,040)** | **(9,050)** | **(4,362)** | **(1,000)** | **(3,056)** | **(3,467)** | **(3,904)** | **(41,253)** |
| | | | | | | | | | | | | | | |
| **Net Cash Flow (After Interest & Financing Fees)** | **(1,379)** | **(332)** | **(1,862)** | **199** | **(1,182)** | **180** | **(2,440)** | **5,146** | **(3,687)** | **67** | **(2,410)** | **(2,867)** | **(3,304)** | **(13,871)** |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | $ 8,310 | $ 18,556 | $ 18,224 | $ 16,361 | $ 16,560 | $ 15,379 | $ 15,559 | $ 13,119 | $ 18,265 | $ 14,578 | $ 14,645 | $ 12,235 | $ 20,993 | $ 8,310 |
| Net Cash Flow | (1,379) | (332) | (1,862) | 199 | (1,182) | 180 | (2,440) | 5,146 | (3,687) | 67 | (2,410) | (2,867) | (3,304) | (13,871) |
| Drawdown/Paydown (+/-) | 12,500 | - | - | - | - | - | - | - | - | - | - | 12,500 | - | 25,000 |
| Priming Adequate Protection Carve-Out | (875) | - | - | - | - | - | - | - | - | - | - | (875) | - | (1,750) |
| **Ending Cash Balance (After Interest & Financing Fees)** | **18,556** | **18,224** | **16,361** | **16,560** | **15,379** | **15,559** | **13,119** | **18,265** | **14,578** | **14,645** | **12,235** | **20,993** | **17,689** | **17,689** |

**Notes:**
1) By approving this budget, the DIP Lenders and Prepetition First Lien Lenders agree that the Debtors may amend the Professional Fee line item with the consent of the Required DIP Lenders and the Required Prepetition First Lien Lenders, such consent not to be unreasonably withheld