## EXHIBIT C[8]

### Lien Priority

|   | **Netherlands First Priority Collateral** | **All Other DIP Collateral** |
|---|---|---|
| 1. | Carve Out | Carve Out |
| 2. | DIP Liens | DIP Liens |
| 3. | Netherlands Liens and Netherlands Adequate Protection Liens | Prepetition First Lien Loan Liens and First Lien Adequate Protection Liens |
| 4. | Prepetition First Lien Loan Liens and First Lien Adequate Protection Liens | Prepetition Note Liens |
| 5. | Prepetition Note Liens | Netherlands Adequate Protection Liens |

### Claim Priority[9]

|   | **Netherlands First Priority Collateral** | **All Other DIP Collateral** |
|---|---|---|
| 1. | Carve Out | Carve Out |
| 2. | DIP Superiority Claims | DIP Superpriority Claims |
| 3. | Netherlands Claim and Netherlands Adequate Protection Superpriority Claims | Prepetition First Lien Loan Obligations and First Lien Adequate Protection Superpriority Claims |
| 4. | Prepetition First Lien Obligations and First Lien Adequate Protection Superpriority Claims | Prepetition Note Obligations |
| 5. | Prepetition Note Obligations | Netherlands Adequate Protection Superpriority Claims |

---

[8] To the extent there exists any conflict among the priorities as set forth in this Exhibit C and the Final Order, this Exhibit C shall govern and control.

[9] Claim Priority as set forth herein refers to payment priority with respect to the proceeds of Netherlands First Priority Collateral and all other DIP Collateral, respectively.