## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| MD HELICOPTERS, INC., *et al.*,[1] | : Case No. 22-10263 (KBO) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------ x

### <u>AFFIDAVIT OF SERVICE</u>

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on (MMLID: 13181368) Türkiye Cumhuriyeti Içisleri Bakanligi, Attn: President or General Counsel, Devlet, T.C. Içisleri Bakanligi Çankaya, Ankara, 06980 Turkey and via first class mail and email on (MMLID: 13181367) Tusas - Türk Havacilik Ve Uzay Sanayii Anonim Sirketi, Attn: Cahit Bilge Akal, Fethiye Mahallesi Havacilik Bulvari, No. 17 Kahramankazan, Ankara, 06980 Turkey, cakal@tai.com.tr:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 116] (the "***Notice of Commencement***"), a copy of which is attached here to as **<u>Exhibit A</u>**

*[Remainder of page intentionally left blank]*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 20, 2022

/s/ Shunte Jones
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 20, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 60912

## Exhibit A

| Information to identify the case: | | |
|---|---|---|
| **Debtors:  MD HELICOPTERS, INC., et al.** | | **EIN:  86-0944088** |
| **United States Bankruptcy Court: District of Delaware** | | **Date case filed for chapter 11: March 30, 2022** |
| **Case number:  22-10263 (KBO)** | | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                10/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code.  An order for relief has been entered.

This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines.  Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities.  This means that creditors generally may not take action to collect debts from the debtor or the debtor's property.  For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor.  Creditors cannot demand repayment from the debtor by mail, phone, or otherwise.  Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt.  A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| **1. Debtor's full name:   See chart below.** | | | |
| **2.  All other names used in the past 8 years:  See chart below.** | | | |
| **Jointly Administered Cases** | **Other Names Used in the Last 8 Years** | **Case No.** | **Tax ID.** |
| MD Helicopters, Inc. | N/A | 22-10263 | 86-0944088 |
| Monterrey Aerospace, LLC | N/A | 22-10264 | Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof. |

| |
|---|
| **3.  Address for all Debtors:** |
| **4555 E. McDowell Road**<br>**Mesa, AZ 85215** |

| | | |
|---|---|---|
| **4. Debtors' attorneys –** | | **Debtors' Claim Agent:  Kroll Restructuring Administration LLC** |
| **LATHAM & WATKINS LLP**<br>**Suzzanne Uhland**<br>**Adam S. Ravin**<br>**Brett M. Neve**<br>**Tianjiao (TJ) Li**<br>**Alexandra M. Zablocki**<br>1271 Avenue of the Americas<br>New York, New York  10020<br>Tel: (212) 906-1200<br>suzzanne.uhland@lw.com<br>adam.ravin@lw.com<br>brett.neve@lw.com<br>tj.li@lw.com<br>alexandra.zablocki@lw.com | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>**David B. Stratton**<br>**David M. Fournier**<br>**Evelyn J. Meltzer**<br>**Kenneth A. Listwak**<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware  19801<br>Tel: (302) 777-6500<br>david.stratton@troutman.com<br>david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>kenneth.listwak@troutman.com | **Tel: 844-205-4334 (US/Canada, toll-free), or 646-442-5834 (International)**<br><br>**Email:** MDHelicoptersInfo@ra.kroll.com<br><br>**Website:**<br>https://cases.ra.kroll.com/MDHelicopters/<br><br>**If you have questions about this notice, please contact Kroll Restructuring Administration LLC** |

| | | |
|---|---|---|
| **5.  Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov | Address:<br>**United States Bankruptcy Court**<br>**District of Delaware**<br>**824 Market Street, 3rd Floor**<br>**Wilmington, DE  19801** | Hours open:  **Monday – Friday  8:00 a.m. – 4:00 p.m. (ET)**<br><br>Contact phone:<br>**302-252-2900** |
| **6.  Telephonic meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | May 5, 2022      at  1:00 p.m.(ET)<br>**Date**                          **Time**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**  The upcoming 341(a) meeting is scheduled to be held by phone. Please call 1-866-621-1355 and use access code 7178157# to join the meeting.<br><br>**Dial in: 1-866-621-1355**<br>**Access Code: 7178157#** |

| 7. Proof of claim deadline | Deadline for Filing proof of claim: TBD         Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless: |
| | • your claim is designated as disputed, contingent, or unliquidated;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. Exception to discharge deadline<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint**:         **To Be Determined** |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must s tart a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, at 844-205-4334 (US/Canada, toll-free), or 646-442-5834 (International), or by email at MDHelicoptersInfo@ra.kroll.com.**

**You may also find out more information at**

**https://cases.ra.kroll.com/MDHelicopters/**