IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD Helicopters, Inc., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related Docket Nos.: 122, 135, 147 |

**THIRD SUPPLEMENTAL DECLARATION OF DAVID B. STRATTON IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 327(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF TROUTMAN PEPPER HAMILTON SANDERS LLP AS RESTRUCTURING CO-COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, David B. Stratton, under penalty of perjury, states as follows:

1. I am a partner in the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"). I make this Declaration pursuant to sections 327, 328, 329 and 504 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.* as amended, the "Bankruptcy Code"), Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

2. I submit this third supplemental declaration (this "Third Supplemental Declaration") in support of the retention of Troutman Pepper as co-counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), effective as of the petition date.

3. On April 4, 2022, the Debtors filed the *Application of Debtors for Entry of*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

-1-

an Order Pursuant to 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date* (the "Application") [Docket No. 122], along with the Declaration of David B. Stratton in support of the Application (the "Declaration"). On April 11, 2022, the Debtors filed the *First Supplemental Declaration of David B. Stratton in Support of Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date* (the "First Supplemental Declaration"" [Docket No. 135]. On April 19, 2022, the Debtors filed the *Second Supplemental Declaration of David B. Stratton in Support of Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-Counsel to the Debtors, Effective as of the Petition Date* (the "Second Supplemental Declaration") [Docket No. 147].

4. This Third Supplemental Declaration is intended to supplement, but not replace, the Declaration, the First Supplemental Declaration and the Second Supplemental Declaration.

5. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon Troutman Pepper's completion of further analysis or as additional party-in-interest information becomes available to me, Troutman Pepper will submit a supplemental verified statement to this Court.

6. In accordance with Federal Rule of Bankruptcy Procedure 2014(a), Troutman Pepper hereby discloses, in supplement to its previous disclosures, its connections

-3-

with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

| Name | Relationship to Debtors | Relationship to Pepper |
|---|---|---|
| Honeywell International, Inc. | Litigation Party | Former client of the Firm in unrelated matters |

7. I will amend or supplemental this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 28, 2022         /s/ *David B. Stratton*
                              David B. Stratton, Esq.

#125901824 v1