**Fill in this information to identify the case:**

Debtor Name  MD Helicopters, Inc., *et al.*

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number:  22-10263 (KBO)

---

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of  4/27/2022  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

MD Helicopters, Inc. and Monterrey Aerospace, LLC (collectively, the "Debtors") hold a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Monterrey Aerospace Mexico S. De R.L. De C.V. | 100% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   MD Helicopters, Inc., *et al.*                              Case number   22-10263 (KBO)

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✘ */s/ Barry Sullivan*
Signature of Authorized Individual

Barry Sullivan
Printed name of Authorized Individual

Date   04/28/2022
        MM / DD / YYYY

**For individual Debtors:**

✘ _____
Signature of Debtor 1

_____
Printed name of Debtor 1

Date _____
       MM / DD / YYYY

✘ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
       MM / DD / YYYY

**In re:  MD Helicopters, Inc.,** *et al.* [1]                                                                                      **Case No. 22-10263 (KBO)**

### General Notes

This Periodic Report has been prepared solely for the purpose of complying with the Federal Rules of Bankruptcy Procedure and includes those non-debtor entities directly owned by the Debtors (as defined below).  This Periodic Report excludes non-debtor entities which the Debtors directly or indirectly hold less than a twenty percent (20%) interest.

The information included in this Periodic Report has been provided by the Debtors' management.

### Description of these Chapter 11 Cases

On March 30, 2022, MD Helicopters, Inc. and Monterrey Aerospace, LLC (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.  The cases are pending before the Honorable Karen B. Owens and are jointly administered under Case No. 22-10263. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. A committee of unsecured creditors has not been appointed by the United States Trustee. No trustee or examiner has been appointed in these chapter 11 cases. Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website: **https://cases.ra.kroll.com/MDHelicopters**.

### Financial Statements

Monterrey Aerospace Mexico S. De R.L. De C.V.[2] does not have any financial activity to report.  Therefore, this entity is not listed in the financial statements for the Controlled Non-Debtor Entities.

Controlled Non-Debtor Entities represent entities in which the estate controls or owns at least a twenty percent (20%) interest.  In such cases, the estate's interest is presumed to be substantial or controlling**.**

### Intercompany Transactions

Receivables and payables between the non-debtor entities and Debtors and/or among the various non-debtor entities have not been eliminated.  No conclusion as to the legal obligation related to these intercompany transactions is made by this Periodic Report.

### Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including, without limitation, with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Monterrey Aerospace Mexico S. de R.L. de C.V. is a dormant non-Debtor Mexican subsidiary with immaterial assets and liabilities (the "Mexican Subsidiary"). The Debtors intend to dissolve the Mexican Subsidiary and will seek Court authorization prior to commencing the dissolution process.

Debtor Name   MD Helicopters, Inc., *et al.*                              Case number 22-10263 (KBO)

**Exhibit A: Financial Statements for Monterrey Aerospace Mexico S. De R.L. De C.V.**

Debtor Name   MD Helicopters, Inc., *et al.*                                     Case number 22-10263 (KBO)

**Exhibit A-1: Balance Sheet for Monterrey Aerospace Mexico S. De R.L. De C.V. as of 12/31/21**

Not applicable.  See General Notes.

Debtor Name   MD Helicopters, Inc., *et al.*                             Case number 22-10263 (KBO)

**Exhibit A-2: Statement of Income (*Loss*) for Monterrey Aerospace Mexico S. De R.L. De C.V. for period ending 12/31/21**

Not applicable.  See General Notes.

Debtor Name  MD Helicopters, Inc., *et al.*                          Case number 22-10263 (KBO)

**Exhibit A-3: Statement of Cash Flows for Monterrey Aerospace Mexico S. De R.L. De C.V. for period ending 12/31/21**

Not applicable.  See General Notes.

Debtor Name  MD Helicopters, Inc., *et al.*   Case number 22-10263 (KBO)

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Monterrey Aerospace Mexico S. De R.L. De C.V. for period ending 12/31/21**

Not applicable.  See General Notes.

Debtor Name   MD Helicopters, Inc., *et al.*               Case number 22-10263 (KBO)

**Exhibit B: Description of Operations for Monterrey Aerospace Mexico S. De R.L. De C.V.**

Monterrey Aerospace Mexico S. de R.L. de C.V. is a dormant non-Debtor Mexican subsidiary that has not conducted business recently, does not conduct business presently, and no business is intended to be conducted in the future.
This entity was created to support a legacy manufacturing location in Mexico, at which activities ceased in 2019 and operations moved to the Debtors' facility in Mesa, AZ. The Debtors intend to dissolve the Mexican Subsidiary and will seek Court authorization prior to commencing the dissolution process.

Debtor Name   MD Helicopters, Inc., *et al.*                                    Case number 22-10263 (KBO)

**Exhibit C: Description of Intercompany Claims**

Currently, there are no known claims by an individual Controlled Non-Debtor Entity against any other Controlled Non-Debtor Entity.

Debtor Name  MD Helicopters, Inc., *et al.*                             Case number 22-10263 (KBO)

# Exhibit D: Allocation of Tax Liabilities and Assets

Currently, there are no known tax sharing or allocation agreements between an individual Controlled Non-Debtor Entity and another Controlled Non-Debtor Entity.

Debtor Name  MD Helicopters, Inc., *et al.*  　　　　Case number 22-10263 (KBO)

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

Currently, there are no known payments made, or obligations incurred (or claims purchased) by any Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.