## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
MD HELICOPTERS, INC., et al.,¹                     :   Case No. 22-10263 (KBO)
                                                   :
                    Debtors.                       :   (Jointly Administered)
                                                   :
                                                   :   Re: D.I. 120 & 146
-------------------------------------------------- x
```

### SECOND SUPPLEMENTAL DECLARATION OF SUZZANNE UHLAND IN SUPPORT OF APPLICATION OF DEBTORS FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LATHAM & WATKINS LLP AS BANKRUPTCY CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE

I, Suzzanne Uhland, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP ("**L&W**"), an international law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in, and a member in good standing of the state bars of New York, California, and the District of Columbia, and there are no disciplinary proceedings pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2.      I submit this second supplemental declaration (the "**Second Supplemental Declaration**") in further support of the *Application of Debtors for Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date* [D.I. 120] (the "**Application**")² and to supplement the disclosures set forth in the

---

¹ The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

²      Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

Uhland Declaration attached as Exhibit B to the Application (the "**Initial Declaration**") and the first supplemental declaration filed on April 19, 2022 [D.I. 146] (together with the Initial Declaration, the "**Uhland Declarations**").

3.    All facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

## DISINTERESTEDNESS

4.    Since the Application was filed, L&W has continued to review its connections to parties in interest in the Debtors' chapter 11 cases using the Firm Disclosure Procedures described in the Initial Declaration.  Specifically, L&W has searched its Client Database for connections to the entities listed on Appendix 1 hereto (collectively, the "**Supplemental Parties in Interest**").  This inquiry revealed that certain of the Supplemental Parties in Interest are current or former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior firm.  Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this Second Supplemental Declaration.  Through the information generated by this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of the Supplemental Parties in Interest disclosed on Appendix 2 hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates.

5.    Based on the information available to me, I believe that L&W (a) is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, as required by Section

327(a) of the Bankruptcy Code; (b) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Uhland Declarations; and (c) does not hold or represent an interest adverse to the Debtors or their estates.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2022
New York, NY

*/s/ Suzzanne Uhland*
Suzzanne Uhland

3

## Appendix 1

### Supplemental Parties in Interest

| Party in Interest | Relationship to Debtors |
|---|---|
| Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) | Professionals |
| Aero Structural Services LLC | Litigation Parties |
| Ahmet Yasin Vurucu | Litigation Parties |
| Ali Cihan Vurucu | Litigation Parties |
| Ascent Helicopters Ltd. | Litigation Parties |
| Aysel Çalık | Litigation Parties |
| Ayşe Çalık | Litigation Parties |
| Cem Melekoğlu | Litigation Parties |
| Danica Redekopp | Litigation Parties |
| Dean Gervais | Litigation Parties |
| Dilay Şimşek | Litigation Parties |
| Esra Can | Litigation Parties |
| Fatma Vurucu | Litigation Parties |
| Galip Şimşek | Litigation Parties |
| Honeywell International Inc. | Litigation Parties |
| Jason Knox | Litigation Parties |
| Kaman Aerospace Corp. | Litigation Parties |
| Keira Knox | Litigation Parties |
| Leanne Wilson | Litigation Parties |
| Maksym Czyżewski | Litigation Parties |
| Mary Reed | Litigation Parties |
| Mehmet Çalık | Litigation Parties |
| Mehmet Kaya | Litigation Parties |
| Nihal Kaya | Litigation Parties |
| Ocean View Helicopters Ltd. | Litigation Parties |
| Rolls-Royce Canada Limited | Litigation Parties |
| Rolls-Royce Corporation | Litigation Parties |
| Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi | Litigation Parties |
| Serpil Can | Litigation Parties |
| Standard Aero Ltd. | Litigation Parties |
| Temple Electronics Co., Inc. | Litigation Parties |
| Türkiye Cumhuriyeti İçişleri Bakanlığı | Litigation Parties |
| William Reed | Litigation Parties |
| Zeynep Çalık | Litigation Parties |
| Joseph Cudia | Office of the United States Trustee |
| Ramona Harris | Office of the United States Trustee |
| Angelique Okita | Office of the United States Trustee |
| Acqiom Agency Services LLC | Other Parties |

| MB Special Opportunities Fund II, LP | Other Parties |

#125953822 v1

**Appendix 2**

**Client Match List**

| Party in Interest | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) | Professionals | Current Client, Prior Client |
| Honeywell International Inc. | Litigation Parties | Current Client, Prior Client |
| Kaman Aerospace Corp. | Litigation Parties | Current Client, Prior Client |
| Rolls-Royce Corporation | Litigation Parties | Current Client, Prior Client |
| Standard Aero Ltd. | Litigation Parties | Current Client, Prior Client |
| Acqiom Agency Services LLC | Other Parties | Current Client, Prior Client |
| PayScale, Inc. | Significant Vendors | Prior Client |

---

[1] The term "**Current Client**" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter.  The term "**Former Client**" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed.  The term "**Prior Client**" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.  L&W does not disclose connections if time was recorded more than three years before the Petition Date.