IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : : | Case No. 22-10263 (KBO) |
| Debtors. | : : : : | (Jointly Administered) |

## SECOND SUPPLEMENTAL DECLARATION OF
## DAVID ORLOFSKY OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, David Orlofsky, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated April 4, 2022 [ECF No. 121] and my supplemental declaration dated April 22, 2022 [ECF No. 190].

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#125954343 v1

- Allianz Aviation Limited, an insurance provider and broker to the Debtors, and affiliates ("**Allianz**") are adverse litigation parties, bondholders, lenders, lessors, litigation parties, lienholders and shareholders to current and former AP clients in matters unrelated to the Debtors. Allianz is a current AP client in matters unrelated to the Debtors. Allianz is a former employer of current AP employees. Allianz is an insurance provider to AP.

- Arizona Secretary of State, a taxing authority to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- CAC Specialty, an insurance provider and broker to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors. CAC Specialty is an insurance broker to AP.

- Commonwealth of Virginia, a taxing authority to the Debtors, is an adverse litigation party, bondholder and litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Florida, a taxing authority to the Debtors, is an adverse litigation party, litigation party and bondholder to current and former AP clients in matters unrelated to the Debtors.

- State of Texas, a taxing authority to the Debtors, is an adverse litigation party and bondholder to current and former AP clients in matters unrelated to the Debtors. State of Texas was a member of the UCC represented by AP in Murray Energy Holdings Co., a former bankruptcy matter unrelated to the Debtors.

- State of Washington, a taxing authority to the Debtors, is an adverse litigation party, litigation party, lender, shareholder and bondholder to current and former AP clients in matters unrelated to the Debtors.

5.     AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: April 28, 2022                              AlixPartners, LLP
      New York, NY

                                                */s/ **David Orlofsky***
                                                David Orlofsky
                                                Managing Director