## CERTIFICATE OF SERVICE

I, R. Craig Martin, Esq., hereby certify that on May 2, 2022, I caused a true and correct copy of the foregoing *The Netherlands Phase One Statement Under The Final DIP Order* to be served on the below listed parties via email and via cm/ecf on all parties who are registered to receive efiling notifications in this case.

Dated: May 2, 2022                             /s/   *R. Craig Martin*
                                               R. Craig Martin (DE 5032)


MD Helicopters, Inc.
4555 E. McDowell Road
Mesa, AZ 85215
Attn: Y.R. Hladkyj
Email: yr.hladkyj@mdhelicopters.com

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Suzzanne Uhland, Esq.
Adam S. Ravin, Esq.
Brett M. Neve, Esq.
Emails: suzzanne.uhland@lw.com, adam.ravin@lw.com, and brett.neve@lw.com

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Attn: David Stratton, Esq.
David M. Fournier, Esq.
Evelyn J. Meltzer, Esq.
Emails: david.stratton@troutman.com, david.fournier@troutman.com, and
evelyn.meltzer@troutman.com

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attn: Michael Nestor, Allurie Kephart
Emails: mnestor@ycst.com and akephart@ycst.com

EAST\190513031.1

Cadwalader Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Attn: Ingrid Bagby, William Mills, and Michele C. Maman
Emails: ingrid.bagby@cwt.com, william.mills@cwt.com, and michele.maman@cwt.com

Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Attn: Brian Lohan and Jonathan Levine
Emails: brian.lohan@arnoldporter.com and jonathan.levine@arnoldporter.com

Young Conaway Stargatt & Taylor, LLP
Rodney Square,
1000 North King Street, Wilmington, DE 19801
Attn: Michael Nestor, Joseph Barry, and Ryan Bartley
Emails: mnestor@ycst.com, jbarry@ycst.com, and rbartley@ycst.com

Cole Schotz P.C.
 25 Main Street
Hackensack, NJ 07601
Attn: Felice R. Yudkin
Email: fyudkin@coleschotz.com

Cole Schotz P.C.
500 Delaware Ave, Ste 1410
Wilmington, DE 19801
Attn: Norman L. Pernick and G. David Dean
Emails: npernick@coleschotz.com and ddean@coleschotz.com

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
Attn: Dennis F. Dunne and Andrew Harmeyer
Emails: ddunne@milbank.com and aharmeyer@milbank.com

Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019
Brian Lohan and Jonathan Levine
Emails: brian.lohan@arnoldporter.com and jonathan.levine@arnoldporter.com

Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Attn: John R. Dodd and Blaire A. Cahn
Emails: john.dodd@bakermckenzi.com and blaire.cahn@bakermckenzie.com

Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Attn: Morgan L. Patterson
Email: morgan.patterson@wbd-us.com

The United States Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Attn: Joseph J. McMahon, Jr., Esq.
Email: joseph.mcmahon@usdoj.gov

EAST\190513031.1