**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al*., | Case No.  22-10263 (KBO) |
| Debtors. [1] | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF ADAM B. KEIL IN**
**SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS**
**IN POSSESSION FOR ENTRY OF ORDER AUTHORIZING**
**EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC AS**
**INVESTMENT BANKER EFFECTIVE AS OF THE PETITION DATE**

I, Adam B. Keil, being duly sworn, state the following under penalty of perjury:

1.      I am a Managing Director at Moelis & Company LLC ("**Moelis**"), residing in Moelis' New York office, located at 399 Park Avenue, New York, New York 10022.  I am duly authorized to make this supplemental declaration (the "**Supplemental Declaration**") to my declaration dated April 6, 2022 (the "**Original Declaration**,"[2] attached as Exhibit B to the *Application of Debtors for Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date* (the "**Application**").  All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Declaration.

---

[1]    The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Declaration or Application.

2.      The facts set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of Moelis under my supervision and direction.

3.      Following the filing of the Original Declaration, the Office of the United States Trustee requested that Moelis disclose certain additional information, which is set forth below, as is additional disclosure information pursuant to recent events.

### Moelis Asset Management, LP

4.      Moelis is a wholly-owned indirect subsidiary of Moelis & Company ("**MC**," a publicly traded company).  MC is a parent company that conducts a global investment banking and financial advisory business through its regional subsidiaries.  Moelis is the US subsidiary of MC that conducts MC's investment banking and financial advisory business in the United States.  Moelis is a registered broker dealer under US securities laws.  MC also has subsidiaries in the UK, Asia and India that conduct MC's investment banking and financial advisory businesses in their respective regions.

5.      Each of MC's subsidiaries (including Moelis) that conduct MC's global investment banking and financial advisory business were included in the connections check conducted by Moelis and described in the Original Declaration.

6.      Moelis Asset Management, LP ("**MAM**") and its subsidiaries were not included in the Moelis' connections checks.  Ken Moelis is controlling unitholder of MAM and MC.  MAM is a holding company for various asset management businesses.  MAM and MC are separate companies, with separate management, legal entities, IT systems, office space, and compliance policies and procedures.  In addition, MAM (and its subsidiaries) and MC (and its subsidiaries)

2

are separated by information barriers that, among other things, restricts (x) information relating to any Chapter 11 case engagement from being disclosed to any employee of MAM or its subsidiaries, and/or (y) information relating to any investment or potential investment of a MAM subsidiary from being disclosed to any employee of MC working on any Chapter 11 case (MC employees who have investments in a fund managed by a MAM subsidiary would, however, receive customary periodic statements which would include investment positions as of the date of such periodic statements).  These information barriers include functional, physical and technological barriers, and policies and procedures, designed to comply with existing federal securities laws, and to reasonably protect and guard against the misuse of material non-public information of MC and its investment banking subsidiaries on the one hand, and MAM and its subsidiaries, on the other hand.

7.     By way of example, MC and its investment banking subsidiaries execute investment banking engagements independently on a day to day basis, and such professionals are different from those of MAM and its subsidiaries.

8.     In addition to the above functional separations, MC and its investment banking subsidiaries' professionals are also subject to physical separation.  Specifically, such investment banking professionals are in separate physical locations from non-investment banking professionals of MAM and its subsidiaries.

9.     MC and its investment banking subsidiaries implement a secure deal folder system for digital storage of sensitive documents and information related to particular engagements, which system restricts access only to the investment banking professionals working on such engagement (and certain legal, compliance and supervisory personnel subject to the information barriers described herein).

3

10.     MC and its investment banking subsidiaries also maintain "watch" and "restricted" securities lists.

11.     Finally, given the general business separation and information barriers described above, the professionals of MC and its investment banking subsidiaries, on the one hand, and MAM and its subsidiaries, on the other hand, cannot access each other's books and records.

12.     MC monitors compliance for any actual or suspected breaches of these policies and procedures, with any such breaches being escalated as appropriate.  Such policies and procedures are also subject to periodic review and scrutiny by regulators.

13.     Accordingly, I am advised that MC and its investment banking affiliates and their professionals cannot access or disclose confidential or material non-public information of MAM and its subsidiaries, except to the extent that such information is otherwise made public to, or is personally known by, such professionals as described herein.

14.     No employee of MC working on any Chapter 11 case is involved with any investment decision by a MAM subsidiary.  No employee of MAM or its subsidiaries is involved with any Chapter 11 case engagement.

15.     Ken Moelis is also subject to the compliance policies and procedures and information barriers described herein.  Specifically, Mr. Moelis is not provided access to information of MAM and its subsidiaries related to investment and trading decisions, and is not involved in investment and trading decisions of MAM and its subsidiaries, which decisions are made by registered investment advisors with the MAM subsidiaries.  Such registered investment advisors are subject to applicable securities laws, and periodic review and scrutiny by regulators. Moreover, Mr. Moelis may not provide confidential information of MC and its investment banking subsidiaries to MAM or its subsidiaries' professionals, or vice versa.

16.    Some investments made by a fund managed by a MAM subsidiary could become public information, including through filings made in bankruptcy cases.  MC employees working on a bankruptcy case could become aware of such investments if made public.  If MC employees working on a bankruptcy case became aware of any such public investment information related to the debtor(s) in such bankruptcy case, MC would include related disclosures in its retention declaration in that bankruptcy case.  In addition, to the extent that MAM and its subsidiaries generate any public filings which disclose investments thereof, Moelis will periodically review those public filings against the list of Potential Parties in Interest in these Chapter 11 Cases, and make any related necessary disclosures in these Chapter 11 Cases.

**Prepetition Payment History**

17.    Attached as <u>Exhibit A</u> is a chart representing that since July 2020, the Debtors paid have paid Moelis (a) Monthly Fees in the amount of $1,400,000.00; (b) 50% of the Transaction Fee in the amount of $2,500,000.00; (c) reimbursement of expenses in the amount of $85,759.43; and (d) an expense advance retainer in the amount of $25,000.00.

**Additional Disclosures Made at the Request of the U.S. Trustee**

18.    None of the representations by Moelis of the Potential Parties in Interest referenced on Schedule 2 to the Original Declaration (as amended pursuant to this Supplemental Declaration) are in any way related to the Debtors.

19.    Moelis is currently providing advisory services to an ad hoc group of creditors of which ABN AMRO Participaties B.V. is a member in matters unrelated to the Debtors and these Chapter 11 Cases.

20.     Bardin Hill Investment Partners LP was a member of two ad hoc groups of creditors that engaged Moelis to provide advisory services for transactions completed prior to the Petition Date in matters unrelated to the Debtors and these Chapter 11 Cases.

21.     Neither Airbus Helicopters SAS or any of its affiliates have executed confidentiality agreements with the Debtors in connection with the sale process.

**Additional Disclosures Made as a Result of the
Supplemental Potential Parties in Interest**

22.     After filing the Application and Original Declaration, the Debtors provided additional entities it had identified as potential parties in interest and Moelis researched its internal records with respect to such additional entities.  Moelis has completed its search of its internal records to determine whether Moelis has any further connections with the parties listed on Schedule 1 attached hereto (the "**Supplemental Potential Parties in Interest**").[3]

23.     Based on the foregoing inquiry, Moelis hereby amends and replaces in its entirety Schedule 2 to the Initial Declaration with Schedule 2 attached hereto.[4]

24.     Based on the results of the search described above, I believe that Moelis remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estate.

25.     Consistent with the Application and the Original Declaration, Moelis reaffirms that it will make continued inquiries, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

---

[3]     For the avoidance of doubt, Schedule 1 includes both the potential parties in interest Moelis previously searched in connection with the Original Declaration and the additional potential parties in interest Moelis searched in connection with the Supplemental Declaration.

[4]     For the avoidance of doubt, Schedule 2 includes both the previous relationships and connections disclosed in Schedule 2 to the Original Declaration and additional relationships and connections with the Supplemental Parties in Interest.

#126132149 v1

26.     Based upon the circumstances set forth in this Supplemental Declaration and the Original Declaration, I believe that Moelis is eligible for retention by the Debtors in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 5, 2022.

*/s/ Adam B. Keil*
Adam B. Keil
Managing Director
Moelis & Company LLC

## **Exhibit A**

**Prepetition Payment History**

**M.D. Helicoptors**
**Moelis Payment History**
*As of May 2, 2022*

| Invoice Date | Payment Date | Month | Monthly Fee | Out-of Pocket Expenses | Expense Advance | Transaction Fee | Total |
|---|---|---|---|---|---|---|---|
| 11/17/2021 | 11/22/2021 | Oct 2021 | $200,000.00 | -- | -- | -- | $200,000.00 |
| 11/17/2021 | 12/3/2021 | Nov 2021 | $200,000.00 | -- | -- | -- | $200,000.00 |
| 12/3/2021 | 12/9/2021 | Dec 2021 | $200,000.00 | $16,906.74[1] | -- | -- | $216,906.74 |
| 1/3/2022 | 1/6/2022 | Jan 2022 | $200,000.00 | -- | -- | -- | $200,000.00 |
| 2/1/2022 | 2/3/2022 | Feb 2022 | $200,000.00 | $45,476.40 | $25,000.00 | -- | $270,476.40 |
| 3/9/2022 | 3/11/2022 | Mar 2022 | $200,000.00 | $3,824.39 | -- | -- | $203,824.39 |
| 3/22/2022 | 3/25/2022 | Apr 2022 | $200,000.00 | $19,551.90 | -- | $2,500,000.00 | $2,719,551.90 |
| **TOTAL** | | | **$1,400,000.00** | **$85,759.43** | **$25,000.00** | **$2,500,000.00** | **$4,010,759.43** |

1. Out-of-pocket expenses on the 12/3/2021 invoice were orginally included on the 11/17/2021 invoice and re-stated on the 12/3/2021 invoice as payment for these expenses was not included on the 11/22/2021 or 12/3/2021 payments.

**Schedule 1**

**Supplemental Potential Parties in Interest**

DEBTORS

- MD Helicopters, Inc.
- Monterrey Aerospace, LLC

SIGNIFICANT SHAREHOLDERS AND RELATED ENTITIES

- Zohar CDO 2003-1, Limited
- Zohar II 2005-1, Limited
- ARK Investment Partners II, L.P.
- ARK II CLO 2001-1 Limited
- ABN AMRO Participaties B.V.
- MD Helicopters B.V.
- MD Helicopters Holding, Inc.
- Patriarch Partners, LLC

CURRENT LENDERS AND RELATED PARTIES

- Zohar III, Limited
- Ankura Trust Company, LLC
- MBIA Inc.
- Bardin Hill Investment Partners LP
- MB Global Partners
- ARK II 2005-1, Limited
- Patriarch Partners Agency Services LLC
- Patriarch Partners III, LLC
- Patriarch Partners VIII, LLC
- Patriarch Partners XIV, LLC

DIRECTORS & OFFICERS

- Alan Carr
- Barry Sullivan
- YR Hladkyj
- Chris Jaran

FORMER DIRECTORS & OFFICERS

- Lynn Tilton

CURRENT AFFILIATE

- Monterrey Aerospace Mexico S. de R.L. de C.V.

PROFESSIONALS

- Latham & Watkins LLP
- Moelis & Company
- AlixPartners LLP
- Troutman Pepper Hamilton Sanders LLP
- Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC)
- Young Conaway Stargatt & Taylor, LLP
- White & Case LLP
- Milbank LLP
- Arnold & Porter Kaye Scholer LLP
- FTI Consulting
- Cadwalader Wickersham & Taft LLP
- Cole Schotz P.C.
- Crowell & Moring LLP
- Joele Frank, Wilkinson Brimmer Katcher
- Halunen Law PLLC
- Reese Marketos LLP
- Warren Benson Law Group
- Mastando & Artrip LLC

ORDINARY COURSE PROFESSIONALS

- Bradley Arant Boult Cummings LLP
- Daugherty, Fowler, Peregrin, Haught & Jenson, PC
- Cooley LLP
- Crowe & Dunlevy
- Dentons US LLP
- Gibson, Dunn & Crutcher LLP
- Hartzog Conger Cason LLP
- Koeller, Nebeker, Carlson, Haluck, LLP
- Loyens & Loeff N.V.
- Mark Barnes & Associates
- Maynard Cooper & Gale P.C.
- Moctezuma Castro Abogados
- Moss Adams LLP
- Ogletree Deakins
- Onsager Werner & Oberg PLC

2

- Shackelford, Bowen, McKinley & Norton, LLP
- Simpson Thacher & Bartlett LLP
- Snell & Wilmer LLP
- William R. Black

## CURRENT & PRIOR SIGNIFICANT BANKING RELATIONSHIPS

- Wells Fargo Bank, N.A.
- BBVA USA

## TAXING AUTHORITIES

- Arizona Corporation Commission
- Arizona Department of Revenue
- Arizona Department of Environmental Quality
- Arizona Department of Transportation
- Arizona Escrow & Financial Corp.
- Arizona Secretary of State
- Assistant Commissioner for Patents
- Bodycote-Haltom City
- Bureau of Alcohol, Tobacco, Firearms and Explosives
- Bureau of Customs and Border Protection
- California Police Chiefs Association
- California State Disbursement Unit
- California State Sheriff's Association
- CFE – South Carolina
- City and County of Honolulu
- City of Atlanta
- City of Columbus – Treasurer – Police
- City of Glendale
- City of Indianapolis/Marion County
- City of Phoenix
- City of San Diego/IACP 2000
- City of San Diego-Treasurer's Office
- City of Santa Monica
- City of Westfield
- CNLC Procurement Department
- Colorado State Treasurer
- Commissioner of Patents & Trademarks Commissioner of Revenue Services (CT)
- Controller (Nebraska)
- Commonwealth of Virginia
- County of Lethbridge
- Defense Finance and Accounting Officer
- Defense Finance and Accounting Service

- Defense Procurement Agency
- Delaware Secretary of State
- Department of Labor & Industries - Washington
- Department of Revenue - Arizona
- Department of Revenue - Connecticut
- Department of Revenue - Georgia
- Department of Toxic Substances Control
- Department of Transportation
- DISAM / Treasurer of the United States
- DTSC Accounting
- European Aviation Safety Agency
- Federal Aviation Administration
- Florida Department of Revenue
- Franchise Tax Board (Sacramento, CA)
- Georgia Department of Revenue
- Hawaii State Dept. of Taxation
- Hexcel-Salt Lake City
- Houston Police Foundation
- Idaho State Tax Commission
- Indiana Department of Revenue
- Indiana Department of Workforce Development
- Industrial Commission of AZ
- International Association of Chiefs of Police
- Leadville/Lake County Fire Department
- Maricopa County
- Maricopa County Air Quality Department
- Maricopa County Treasurer
- Mesa Chamber of Commerce
- Mesa Citizen Police Academy Alumni Association
- Minnesota Department of Human Rights
- Minnesota Department of Natural Resources
- National Sheriffs Association
- North Carolina Dept. of Revenue
- North Carolina Law Enforcement Association
- Orange County Nameplate Co.
- Oregon Department of Revenue
- Oxford Police Department
- PA Department of Revenue
- Pasadena Police
- Polk County Sheriff's Office
- Prince George's County, Maryland
- Scottsdale Chamber of Commerce
- Sonoma, County of
- State Bar of California

- State of Alabama
- State of Arizona
- State of California
- State of Connecticut
- State of Hawaii
- State of Idaho
- State Of New Hampshire
- State of Florida
- State of Texas
- State of Washington
- The Arizona Republic
- The State Bar of California
- Treasurer, St. Louis County
- Treasurer, City of Columbus
- United States Department of State
- United States Department of Transportation
- United States Department of the Treasury (IRS)
- Virginia Department of Taxation
- Washington State Department of Revenue
- Washington State Support Registry
- Washington State Treasurer

## LITIGATION PARTIES

- Aerometals, Inc.
- Aero Structural Services LLC
- Ahmet Yasin Vurucu
- Ali Cihan Vurucu
- Ascent Helicopters Ltd.
- Aysel Çalık
- Ayşe Çalık
- Boeing Company
- Cem Melekoğlu
- Danica Redekopp
- Dean Gervais
- Dennis Welsh
- Dilay Şimşek
- Esra Can
- Fatma Vurucu
- Galip Şimşek
- Helifly, nv.
- Honeywell International Inc.
- Jason Knox
- Kaman Aerospace Corp.

5

- Keira Knox
- Korps landelijke politiediensten
- Leanne Wilson
- Maksym Czyżewski
- Mary Reed
- Mehmet Çalık
- Mehmet Kaya
- Michael Sandidge
- Nihal Kaya
- Norbert Vergez
- Ocean View Helicopters Ltd.
- Philip Marsteller
- Rex Kamphefner
- Robert Swisher
- Rolls-Royce Canada Limited
- Rolls-Royce Corporation
- Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi
- Serpil Can
- Standard Aero Ltd.
- TAI – Turkish Aerospace Industries, Inc.
- Temple Electronics Co., Inc.
- The State of the Netherlands
- The United States of America
- Türkiye Cumhuriyeti İçişleri Bakanlığı
- Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.
- William Reed
- Zeynep Çalık

INSURANCE PROVIDERS AND BROKERS

- Allianz Aviation Limited
- AmTrust North America
- Ascot Insurance Company
- AXA XL – Professional Insurance
- Blue Cross Blue Shield of Arizona
- CAC Specialty
- Cigna International
- Fidelity Security Life Insurance
- GeoBlue/Worldwide Health
- Hiscox Insurance Company Inc.
- Liberty Mutual
- Lloyd's
- Mutual of Omaha Inc.
- National Union Fire Insurance Company of Pittsburgh (AIG)

- North American Elite Insurance Company
- Ohio Security Insurance Company
- Old Republic Insurance Company
- RSUI Indemnity Company
- R-T Specialty – Chicago ProExec
- Starr Indemnity & Liability Company
- Steadfast Insurance Company
- SwissRe
- Wesco Insurance Company
- Willis Limited
- Willis Towers Watson
- Willis Towers Watson Insurance Services West, Inc.
- X.L. America, Inc.
- XL Specialty Insurance Company
- Zurich NA

## UTILITIES

- AirGas
- AmeriGas
- Avfuel Corporation
- Cox Communications
- Skyline Mechanical Services
- SRP (Salt River Project)
- Verizon
- Waste Management

## CUSTOMERS, LICENSORS AND OTHER KEY CONTRACTUAL COUNTERPARTIES

- AAL USA, Incorporated
- ACT Aerospace
- Aerial Solutions
- Aero Asahi Corporation
- Aerocentro de Servicios C.A.
- Aeromundo Ejecutivo S.A. de C.V.
- Aero Partners, Inc.
- AEW Company
- Afghanistan Air Force
- Agusta S.p.A.
- A&H Aviation, S.A.
- Aircraft Technical Publishers
- America SWAT Store CIA LTDA
- American Intelligence Group Security Management SA
- Argentina Air Force

7

- Army Contracting Command-Redstone
- Ascent Helicopters
- Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.
- Asian Aerospace Corporation
- Atlanta Police Department
- Avion Pacific Ltd
- Bank of the West Equipment Finance (BNP Paribas Group)
- Belgium Federal Police
- Black Hall Aerospace, Inc.
- Blasé Aviation
- Brim Aviation
- State of California – Department of Fish & Wildlife
- Cascade Airframe Repair, Inc.
- Certerian EWS SAS
- Chard Snyder & Associates LLC
- Chatham County Mosquito Control
- Chautauqua County Sheriff Department
- Chilean Army
- City of Huntington Beach
- Cleveland Police Department
- Collier Mosquito Control
- Colombian National Police
- Columbus Police Department
- Costa Rica Police Department
- Cox Air Care
- Dale County Sheriff Department
- DaVick Air Support Ltd.
- DCMA Boeing Mesa
- Defense Systems and Solutions
- Defense Technology Equipment Inc.
- Destini Prima SDN BHD
- DFAS Columbus Center
- Dillon Aero, Inc.
- Dixie Jet & Rotor Services, LLC
- East West Helicopter, Inc.
- Ecolift Corporation
- E.C. Source
- Ecuador National Police
- El Salvador Air Force
- E.M. Heli-Logistics Ltd.
- Essex Air Ambulance
- European Support Center BVBA
- Federal Bureau of Investigation
- Finnish Army

- First Call International Inc.
- FN America, LLC
- Fresno Police Department
- Fuchs Helikopter
- FuturePlan by Ascensus (f/k/a Goldleaf Partners)
- Glendale/Burbank Police Department
- Gunn Resources
- Gwinnett County Police Department
- Hamilton County Police Department
- Hannover Police
- Haverfield
- Hawkeye Holding, LLC
- Helena Aircraft, Inc.
- Heli-Austria
- Helicopter Minit-Men, Inc.
- Heli-Fix South Africa
- Heliservice LLC
- Hertfordshire Air Ambulance
- Hong Kong Heliservices
- Honolulu Police Department
- Houston Police Department
- Hungarian National Police
- Integrated Procurement Technologies
- International Defense Aerospace Group LLC
- InvaTion Aero Sdn Bhd
- Isolved Benefit Services
- Italian Air Force
- Italian Forest Service
- Japan Ground Self Defense Forces
- Kent Surrey & Sussex Air Ambulance
- Kenyan Air Force
- Kern County Police Department
- Korean Air (Aerospace Division)
- Kurdistan Police Department
- Las Vegas Police Department
- Lebanese Armed Forces
- Lincolnshire/Nottinghamshire Air Ambulance
- Logic Aviation Services, LLC
- London's Air Ambulance
- Louisville Metro Police Department
- Luxembourg Air Rescue
- Luxembourg Air Ambulance S.A.
- Luxembourg Police
- Mace Aviation

9

- May Flower Trading and Contracting Co.
- McDonnell Douglas Helicopter Company
- MD Helicopters Australia
- Mecaer Aviation Group SpA
- Mesa Police Department
- Mexican Air Force
- Mexican Navy
- Mid Pacific Aero Service
- Minnesota Department of Natural Resources
- Nashville Police Department
- National Park Service (Grand Canyon)
- NHV Helicopters
- Northwest Capital Management
- Northwest Helicopters, Inc.
- Oakland Police Department
- Oceania Aviation Limited
- P.J. Helicopters
- Paradise Helicopters
- Philippine Air Force
- Pinal County Sheriff Department
- Platinum Aviation Group
- Polk County Sheriff
- Pomona Police Department
- Precision Aviation Services
- Prince George's County Police Department
- Proios S.A.
- Puerto Rico Electric Company
- Rainbow Air
- Republic of China Army
- Republic of China Navy (Taiwan)
- Republic of Korea Army
- Ricoh USA, Inc.
- Riverside Police Department
- Robert Keith Sulcer
- Rotorcraft Support, Inc.
- Rotor Resources, LLC
- Rotortech Services, Inc.
- Ro-Wing Aviation, Inc.
- Royal Jordanian Air Force
- Royal Saudi Land Forces
- San Diego Sheriff Department
- Science and Engineering Services, LLC
- Seneka SpA
- Silver Cloud One, LLC

10

- SilverStone Heintzberger Group
- Snowball Management, LLC
- South African Police
- South Carolina Law Enforcement Division
- Specialist Aviation Services Limited
- St. Louis Police Department
- Summit Helicopters, Inc.
- Tassoco S.a.r.L.
- Tennessee Valley Authority
- Thoroughbred Helicopters
- Three H Top (Thailand) Co., Ltd.
- Trinity Aviation
- UAV Leasing Company
- Unionlet Limited
- U.S. Army
- U.S. Army Special Operations
- U.S. Border Patrol
- U.S. Drug Enforcement Administration
- Virginia Beach Police Department
- Von Suckow Trading Group
- Whiskey 500, LLC
- Wilson Construction
- Winco
- Yulista Integrated Solutions, LLC

COMPETITORS

- Airbus Helicopters SAS
- Bell Textron Inc.
- Leonardo US Inc.
- Sikorsky Aircraft

SIGNIFICANT VENDORS

- Access Electronics
- Ace Tube Bending
- ADT Commercial
- Advanced Structural Technology
- Aero Dynamix Inc
- Aero Performance (fka Varga
- Aero Products Company
- AeroControlex Group
- Afrilog Consultancy Limited
- Ahlers Aerospace

11

- Allen Aircraft Pdcts Inc
- Allied Fire Protection, Inc.
- Allied Universal Corporation
- All Views Corporation
- Alziebler, Inc. fka Joseph Alziebler Co
- American Aircraft Products
- American Express Corporate
- Ametek Ameron LLC dba Mass
- Apache Equipment Corporation
- APL Access & Security, Inc.
- Arizona Custom Brokers
- Arizona Sealing Devices Inc
- Arkwin Industries Inc.
- ARX Consulting Group
- ASD Experts LLC (f/k/a The IPL Group)
- Atos IT Outsourcing Services, LLC
- Avibank Mfg Inc
- Axxeum, Inc.
- B & N Aerospace
- BE Aerospace New Berlin
- Bell Aeronautical Accessori
- Bloom Strategic Consulting Inc.
- Boeing Distribution Inc.(fka aviall)
- Boeing Distribution Service
- Brown Aviation Tool Supply
- Brunner Aerospace, LLC
- Cal Labs Inc
- Cal-Draulics Inc.
- Canyon Inspection-Chandler
- Carl A. Schopfer
- Carolina Ground Service Equipment Inc
- Carolina GSE
- CEF Industries LLC
- Chard Snyder & Associates
- Chrome Construction AZ LLC
- Churchill Navigation
- City of Mesa
- Colinear
- Competitive Engineering Inc
- Control Logistico Consulting Group, Inc.
- Con-Way Freight Inc. aka Co
- Crestview Aerospace LLC (Im
- Crissair Inc.
- CT Lien Solutions

12

- Custom Aircraft Interiors I
- Cutting Dynamics Inc. (CDI)
- D&T Golf Carts
- Dallas Airmotive Inc
- Dallas Avionics
- Data Sales
- Davcon Aviation Management LLC
- Diagnostic Solutions Intern
- Digi-Key Corporation
- Dillon Aero FN Herstal
- Donaldson Company Inc. fka
- Down Low LLC
- Driven Inc.
- DUS Operating Inc.
- Dynamic Diesel Repair Inc
- Dynamic Growth
- Eaton Aerospace - Glenolden PA.
- Eaton Aerospace JacksonMS
- Edmo Distributors Inc.
- Edwards Machine & Tool
- EJ Air Certification Consul
- Elbit Systems Ltd
- Electro Enterprises Incorpo
- ESA Engineering Science Analysis Corp.
- European Aviation Safety AG
- Experis US, Inc.
- Extant Aerospace (fka Symetrics)
- Falcon Hangar, LLC
- Fastener Technology Corp
- Fedex Express
- Fedex Freight West
- Freudenberg-Nok Inc. (Ashland)
- G.S.N. Electronic Components
- GAR Electroforming
- Garmin Aviation
- Garmin International
- Martin Gasiorowski
- Gasket Manufacturing
- Gerald Geering Enterprises
- Global Technical Services, Inc.
- Goodyear Rubber
- Harris Certification Services
- Helicopter Association Inte
- Helicopter Technology Corp.

13

- HELIWAGON Inc
- Heritage Aviation
- Houston Precision Fasteners
- Howell Instruments
- IMS Expert
- Indeed, Inc.
- Insight Inc.
- Intelligent Management Solutions
- K2 Manufacturing
- Kamatics Corp.
- Kang Aerospace Solutions LLC
- Kawasaki Heavy Industries Ltd
- KSD Inc
- L3 Aviation Products
- L3Harris Technologies
- L3Harris WESCAM / Wescam Inc.
- Launch Technical Workforce Solutions, LLC
- Lift Airworthiness Certification
- Linde Gas & Equipment Inc.
- LinkedIn
- Liquid Measurement Systems Inc.
- Meggitt (Rockmart),Inc.(fka eng fabrics)
- Meggitt (Troy)Inc. (fka Stewart Warner)
- Mesa Industrial Center Complex, LLC
- Midstate Mechanical, Inc.
- Mouser Electronics
- Mr. Rooter Plumbing of Phoenix
- Mutual of Omaha Inc.
- National Calibration Inc.
- National Coatings & Supplie
- Nesco Resource LLC
- NIAR - Wichita State University
- Notthoff Engineering-L.A. Inc.
- O'Brien Gentry & Scott LLC
- OCR Services Inc.
- OnBoard Systems
- Pacific Forge Inc.
- Pall Aeropower Corp.
- Pan American Tool
- Parker Aerospace Fluid Sys. (Naples)
- PAS Technologies
- PayScale, Inc.
- Pension Benefit Guaranty Corporation
- Phoenix Aircraft Certification Services, Inc.

- Pitney Bowes
- Power Group The
- Pratt & Whitney
- Prudential Overall Supply
- Qualiseal - FKA QCC LLC
- Quench USA Inc
- Quicksilver Express Courier
- RBC Aerostructures (fka A. I. D. Corp)
- Redstone Government Consulting
- Regal Beloit America Inc.
- Ricoh USA, Inc.
- Robertson Fuel Systems
- Rockwell Collins
- Rohde & Schwarz
- Rolls Royce Corporation
- Rubbercraft Corp
- S&S Precision
- Safran Power UK Ltd (FKA Goodrich)
- Schopfer Carl A.
- Scott Air LLC
- Siemens PLM Software
- Simpson Thacher & Barlett L
- SKF Aeroengines, NA fka MRC Bearings
- Skygeek
- Skylock Industries Inc
- Southeast Aerospace Inc
- Southwest Technical Solutions, Inc.
- Spectrum Associates Inc
- Staples Advantage
- STS Component Solutions
- T.D Promotions
- Talon Test Laboratories In
- Tech Tools
- Tech-Tool Plastics Inc.
- Tek Fusion Global Inc.
- Terra Verde
- Thales Belgium
- Thomas G. Ashe
- Timken US - New Philadelphi
- Tower Club of Dallas Inc.
- Triumph Actuation Systems (fka GE)Yakima
- Triumph Controls Inc. PA.
- Triumph Gear Systems-Macomb Inc.
- Truly Nolen

- Tyler Technologies
- ULINE
- Unitech Composites (f/k/a AGC)
- United Parcel Service Inc.
- Unitek Technical Services Inc.
- Verizon Wireless - Broadband
- Chuck Viola
- Virtual Software Equipment
- Vortex Industries Inc.
- Washington Calibration
- Waxie Sanitary Supply
- Wencor LLC (fka Dixie Aerospace)
- White Star Commercial Clean
- Wire Masters
- Worldwide Certification Services Inc.
- Yankee Casting
- Yard Store

## DISTRICT OF DELAWARE BANKRUPTCY JUDGES

- The Honorable Brendan L. Shannon
- The Honorable Christopher S. Sontchi
- The Honorable Laurie Selber Silverstein, Chief Judge
- The Honorable John T. Dorsey
- The Honorable Mary F. Walrath
- The Honorable Karen B. Owens
- The Honorable Craig T. Goldblatt
- The Honorable J. Kate Stickles
- The Honorable Ashely M. Chan

## CLERK OF COUNRT AND DEPUTY FOR THE DISTRICT OF DELAWARE

- Stephen Grant
- Una O'Boyle

## OFFICE OF THE UNITED STATES TRUSTEE

- T. Patrick Tinker
- Lauren Attix
- David Buchbinder
- Linda Casey
- Denis Cooke
- Joseph Cudia
- Holly Dice

16

- Shakima L. Dortch
- Timothy J. Fox, Jr.
- Diane Giordano
- Christine Green
- Benjamin Hackman
- Ramona Harris
- Nyanquoi Jones
- Jane Leamy
- Hannah M. McCollum
- Joseph McMahon
- Angelique Okita
- James R. O'Malley
- Michael Panacio
- Linda Richenderfer
- Juliet Sarkessian
- Richard Schepacarter
- Edith A. Serrano
- Rosa Sierra
- Karen Starr
- Dion Wynn

OTHER PARTIES

- Acqiom Agency Services LLC
- Joseph J. Farnan, Jr.
- Mark Kirschner
- MB Special Opportunities Fund II, LP
- Zohar CDO 2003-1, Corp.
- Zohar II 2005-1, Corp.
- Zohar III, Corp.

**Schedule 2**

**Relationship with Potential Parties in Interest**

Moelis (and its financial advisory affiliates) has been engaged within the last three years or is currently engaged by the following Potential Parties in Interest (or one or more of their affiliates, as the case may be) in matters unrelated to these cases (including where the Potential Party in Interest was only a member of an official or an ad hoc creditor committee or an equity committee):

SIGNIFICANT SHAREHOLDERS AND RELATED ENTITIES

- ABN AMRO Participaties B.V.

CURRENT LENDERS AND RELATED PARTIES

- Bardin Hill Investment Partners LP

CURRENT & PRIOR SIGNIFICANT BANKING RELATIONSHIPS

- Wells Fargo Bank, N.A.
- BBVA USA

LITIGATION PARTIES

- Boeing Company
- Honeywell International Inc.

INSURANCE PROVIDERS AND BROKERS

- AmTrust North America
- Blue Cross Blue Shield of Arizona
- Zurich NA

UTILITIES

- Cox Communications

CUSTOMERS, LICENSORS AND OTHER KEY CONTRACTUAL COUNTERPARTIES

- Bank of the West Equipment Finance (BNP Paribas Group)
- DCMA Boeing Mesa

<u>COMPETITORS</u>

- Airbus Helicopters SAS

<u>SIGNIFICANT VENDORS</u>

- Allied Universal Corporation
- Boeing Distribution Inc.(fka aviall)
- Boeing Distribution Service
- L3 Aviation Products
- L3Harris Technologies
- L3Harris WESCAM / Wescam Inc.
- Pension Benefit Guaranty Corporation
- Safran Power UK Ltd (FKA Goodrich)
- Thales Belgium

2