## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
                                                            :   Chapter 11
                                                            :
In re:                                                      :
                                                            :   Case No. 22-10263 (KBO)
MD HELICOPTERS, INC., et al.,1                              :
                                                            :   (Jointly Administered)
            Debtors.                                        :
                                                            :
                                                            :
                                                            :
----------------------------------------------------------- x
```

## NOTICE OF SERVICE OF DEBTORS' REQUESTS FOR
## PRODUCTION OF DOCUMENTS TO THE STATE OF NETHERLANDS

I, Evelyn J. Meltzer, hereby certify that on the 5th day of May, 2022, copies of the

*Debtors' Requests for Production of Documents to the State of Netherlands* were served by email

and first class mail upon the following parties:

*(Counsel to The State of the Netherlands)*
R. Craig Martin
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
craig.martin@us.dlapiper.com

*(Counsel to The State of the Netherlands)*
Noah M. Schottenstein
**DLA PIPER LLP (US)**
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
noah.schottenstein@us.dlapiper.com

*(Counsel to The State of the Netherlands)*
Dennis O'Donnell
James E. Berger
Charlene C. Sun
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
dennis.odonnell@us.dlapiper.com
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com

---

1    The two Debtors in these cases are MD Helicopters, Inc. ("**MDHI**") and Monterrey Aerospace, LLC ("**Monterrey**"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

Dated: May 5, 2022
      Wilmington, Delaware

Respectfully Submitted,

*/s/* Evelyn J. Meltzer

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

**LATHAM & WATKINS LLP**

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

#126123605 v1