# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 208** |

**CERTIFICATION OF COUNSEL REGARDING ORDER WITH
RESPECT TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER
(A) ESTABLISHING BAR DATES AND RELATED PROCEDURES FOR
FILING PROOFS OF CLAIM (INCLUDING FOR CLAIMS ARISING
UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE) AND
(B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On April 27, 2022, the Debtors filed the *Motion of Debtors for Entry of an Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof* [Docket No. 208] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The notice to the Motion established a deadline of May 4, 2022 at 4:00 pm (ET) (the "Response Deadline") for filing and service of responses to the Motion. The Response Deadline was extended to May 9, 2022 at 4:00 p.m. (ET) for the Office of the United States Trustee ("UST"). A hearing on the Motion is scheduled for May 11, 2022 at 9:00 a.m. (ET).

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#126176338 v1

-2-

3. Prior to the Response Deadline, the Debtors received informal comments from the UST, which comments were resolved by, among other things, revisions to the proposed form of order filed with the Motion.

4. Other than the informal responses from the UST, the undersigned did not receive any other formal or informal response to the Motion. The undersigned further certifies that she has reviewed the docket in this case and that no response to the Motion appears thereon.

5. A revised form of order (the "Revised Order") is attached hereto as **Exhibit A**, has been reviewed by the UST, and the UST does not object to entry of the Revised Order.

6. Attached hereto as **Exhibit B** is a blackline reflecting the changes between the proposed form of order filed with the Motion and the Revised Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order at the Court's earliest convenience.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: May 9, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Kenneth A. Listwak*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:   david.stratton@troutman.com<br>             david.fournier@troutman.com<br>             evelyn.meltzer@troutman.com<br>             kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:   suzzanne.uhland@lw.com<br>             adam.ravin@lw.com<br>             brett.neve@lw.com<br>             tj.li@lw.com<br>             alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#126176338 v1