# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM HEARING ON MAY 11, 2022 AT 9:00 A.M. (EASTERN TIME)

> This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. **Please register no later than May 11, 2022 at 7:00 a.m. (ET)**.
>
> COURTCALL WILL NOT BE USED FOR THIS HEARING.
>
> Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link.
>
> Please use the following link to register for this hearing:
>
> https://debuscourts.zoomgov.com/meeting/register/vJItd-CrqzMuEqzQk6fUaigTHtZklz1LR8w
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the video hearing.

## UNCONTESTED MATTER FOR WHICH AN ORDER HAS BEEN ENTERED

1. Application of Debtors for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date (Filed 4/6/22; Docket No. 129).

    Objection Deadline:  April 20, 2022 at 4:00 p.m. (ET). Extended to May 5, 2022 at 4:00 p.m. (ET) with respect to the Office of the United States Trustee (the "UST").

    Response(s):  Informal comments received from the UST.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

Related Document(s):

A. Supplemental Declaration of Adam B. Keil in Support of Application of Debtors for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date (Filed 5/5/22; Docket No. 227).

B. Certification of Counsel and of No Objection Regarding Order with Respect to Application of Debtors for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date (Filed 5/5/22; Docket No. 229).

C. Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker to the Debtors Effective as of the Petition Date (Entered 5/6/22; Docket No. 230).

Status: The order with respect to this matter has been entered by the Court.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL FILED**

2. Motion of Debtors for Entry of an Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof (Filed 4/27/22; Docket No. 208).

Objection Deadline: May 4, 2022 at 4:00 p.m. (ET). Extended to May 6, 2022 at 4:00 p.m. (ET) with respect to the UST.

Response(s): Informal comments received from the UST.

Related Document(s):

A. Certification of Counsel Regarding Order with Respect to Motion of Debtors for Entry of an Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof (Filed 5/9/22; Docket No. 231).

Status: A certification of counsel has been filed and a proposed revised order has been submitted to the Court. A hearing is only necessary if the Court has any questions or concerns.

-2-

#125975384 v1

| Dated: May 9, 2022 Wilmington, Delaware | Respectfully Submitted, |
|---|---|

/s/ Evelyn J. Meltzer
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.stratton@troutman.com
david.fournier@troutman.com
evelyn.meltzer@troutman.com
kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
adam.ravin@lw.com
brett.neve@lw.com
tj.li@lw.com
alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

#125975384 v1