**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF PUBLICATION

I, Nathan Chien, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes sworn statements verifying that the *Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors*, as conformed for publication, was published (1) on May 2, 2022, in the national edition of *USA Today* as described in the sworn statement attached hereto as **Exhibit A**; and (2) on May 3, 2022, in the *Arizona Republic* as described in the sworn statement attached hereto as **Exhibit B**.

Dated: May 9, 2022

_*/s/ Nathan Chien*
Nathan Chien

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

**Exhibit A**




**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, May 2, 2022**, the following legal advertisement – **MD HELICOPTERS, INC** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
May 2, 2022

## TEAM-BY-TEAM NFL DRAFT PICKS

**Arizona**
2 (55) Trey McBride, te, Colorado State.
3 (87) Cameron Thomas, de, San Diego State.
3 (100) Myjai Sanders, de, Cincinnati.
6 (201) Keaontay Ingram, rb, Southern Cal.
6 (215) Lecitus Smith, g, Virginia Tech.
7 (244) Christian Matthew, db, Valdosta State.
7 (256) Jesse Luketa, lb, Penn State.
7 (257) Marquis Hayes, g, Oklahoma.

**Atlanta**
1 (8) Drake London, wr, Southern Cal.
2 (38) Arnold Ebiketie, de, Penn State.
2 (58) Troy Andersen, lb, Montana State.
3 (74) Desmond Ridder, qb, Cincinnati.
3 (82) DeAngelo Malone, lb, Western Kentucky.
5 (151) Tyler Allgeier, rb, BYU.
6 (190) Justin Shaffer, g, Georgia.
6 (213) John FitzPatrick, te, Georgia.

**Baltimore**
1 (14) Kyle Hamilton, s, Notre Dame.
1 (25) Tyler Linderbaum, c, Iowa.
2 (45) David Ojabo, lb, Michigan.
3 (76) Travis Jones, dt, Connecticut.
4 (110) Daniel Faalele, ot, Minnesota.
4 (119) Jayln Armour-Davis, cb, Alabama.
4 (128) Charlie Kolar, te, Iowa State.
4 (130) Jordan Stout, p, Penn State.
4 (139) Isaiah Likely, te, Coastal Carolina.
4 (141) Damarion Williams, cb, Houston.
6 (196) Tyler Badie, rb, Missouri.

**Buffalo**
1 (23) Kaiir Elam, cb, Florida.
2 (63) James Cook, rb, Georgia.
3 (89) Terrel Bernard, lb, Baylor.
5 (148) Khalil Shakir, wr, Boise State.
6 (180) Matt Araiza, P, San Diego State.
6 (185) Christian Benford, cb, Villanova.
6 (209) Luke Tenuta, ot, Virginia Tech.
7 (231) Baylon Spector, lb, Clemson.

**Carolina**
1 (6) Ikem Ekwonu, ot, N.C. State.
3 (94) Matt Corral, qb, Mississippi.
4 (120) Brandon Smith, lb, Penn State.
6 (189) Amare Barno, de, Virginia Tech.
6 (199) Cade Mays, g, Tennessee.
7 (242) Kalon Barnes, cb, Baylor.

**Chicago**
2 (39) Kyler Gordon, cb, Washington.
2 (48) Jaquan Brisker, s, Penn State.
3 (71) Velus Jones, wr, Tennessee.
5 (168) Braxton Jones, ot, Southern Utah State.
5 (174) Dominique Robinson, lb, Miami (Ohio).
6 (186) Zach Thomas, g, San Diego State.
6 (203) Trestan Ebner, rb, Baylor.
6 (207) Doug Kramer, c, Illinois.
7 (226) Ja'Tyre Carter, g, Southern.
7 (254) Elijah Hicks, db, California.
7 (255) Trenton Gill, p, North Carolina State.

**Cincinnati**
1 (31) Daxton Hill, s, Michigan.
2 (60) Cam Taylor-Britt, cb, Nebraska.
3 (95) Zachary Carter, de, Florida.
4 (136) Cordell Volson, g, North Dakota State.
5 (166) Tycen Anderson, s, Toledo.
7 (252) Jeffrey Gunter, de, Coastal Carolina.

**Cleveland**
3 (68) Martin Emerson, cb, Mississippi State.
3 (78) Alex Wright, de, UAB.
3 (99) David Bell, wr, Purdue.
4 (108) Perrion Winfrey, dt, Oklahoma.
4 (124) Cade York, k, LSU.
5 (156) Jerome Ford, rb, Cincinnati.
6 (202) Michael Woods II, wr, Oklahoma.
7 (223) Isaiah Thomas, de, Oklahoma.
7 (246) Dawson Deaton, c, Texas Tech.

**Dallas**
1 (24) Tyler Smith, ot, Tulsa.
2 (56) Sam Williams, de, Mississippi.
3 (88) Jalen Tolbert, wr, South Alabama.
4 (129) Jake Ferguson, te, Wisconsin.
5 (155) Matt Waletzko, ot, North Dakota.
5 (167) DaRon Bland, cb, Fresno State.
5 (176) Damone Clark, lb, LSU.
5 (178) John Ridgeway, dt, Arkansas.
6 (193) Devin Harper, lb, Oklahoma State.

**Denver**
2 (64) Nik Bonitto, lb, Oklahoma.
3 (80) Greg Dulcich, te, UCLA.
4 (115) Damarri Mathis, cb, Pittsburgh.
4 (116) Eyioma Uwazurike, dt, Iowa State.
5 (152) Delarrin Turner-Yell, s, Oklahoma.
5 (162) Montrell Washington, WR, Samford.
5 (171) Luke Wattenberg, c, Washington.
6 (206) Matt Henningsen, dt, Wisconsin.
7 (232) Faion Hicks, cb, Wisconsin.

**Detroit**
1 (2) Aidan Hutchinson, de, Michigan.
1 (12) Jameson Williams, wr, Alabama.
2 (46) Josh Paschal, de, Kentucky.
3 (97) Kerby Joseph, s, Illinois.
5 (177) James Mitchell, te, Virgina Tech.
6 (188) Malcolm Rodriguez, lb, Oklahoma State.
6 (217) James Houston, lb, Jackson State.
7 (237) Chase Lucas, cb, Arizona State.

**Green Bay**
1 (22) Quay Walker, lb, Georgia.
1 (28) Devonte Wyatt, dt Georgia.
2 (34) Christian Watson, wr, North Dakota State.
3 (92) Sean Rhyan, g, UCLA.
4 (132) Romeo Doubs, wr, Nevada.
4 (140) Zach Tom, c, Wake Forest.
5 (179) Kingsley Enagbare, de, South Carolina.
7 (228) Tariq Carpenter, lb, Georgia Tech.
7 (234) Jonathan Ford, dt, Miami.
7 (249) Rasheed Walker, ot, Penn State.
7 (258) Samori Toure, wr, Nebraska.

**Houston**
1 (3) Derek Stingley Jr., db, LSU.
1 (15) Kenyon Green, g, Texas A&M.
2 (37) Jalen Pitre, s, Baylor.
2 (44) John Metchie III, wr, Alabama.
3 (75) Christian Harris, lb, Alabama.
4 (107) Dameon Pierce, rb, Florida.
5 (150) Thomas Booker, dt, Stanford.
5 (170) Teagan Quitoriano, te, Oregon State.
6 (205) Austin Deculus, ot, LSU.

**Indianapolis**
2 (53) Alec Pierce, wr, Cincinnati.
3 (73) Jelani Woods, te, Virginia.
3 (77) Bernhard Raimann, ot, Central Michigan.
3 (96) Nick Cross, s, Maryland.
5 (159) Eric Johnson, dt, Missouri State.
6 (192) Andrew Ogletree, te, Youngstown State.
6 (216) Curtis Brooks, dt, Cincinnati.
7 (239) Rodney Thomas, db, Yale.

**Jacksonville**
1 (1) Travon Walker, de, Georgia.
1 (27) Devin Lloyd, lb, Utah.
3 (65) Luke Fortner, c, Kentucky.
3 (70) Chad Muma, lb, Wyoming.
5 (154) Snoop Conner, rb, Mississippi.
6 (197) Gregory Junior, cb, Ouachita Baptist.
7 (222) Montaric Brown, cb, Arkansas.

**Kansas City**
1 (21) Trent McDuffie, cb, Washington.
1 (30) George Karlaftis, de, Purdue.
2 (54) Skyy Moore, wr, Western Michigan.
2 (62) Bryan Cook, s, Cincinnati.
3 (103) Leo Chenal, lb, Wisconsin.
4 (135) Joshua Williams, cb, Fayetteville State.
5 (145) Darian Kinnard, g, Kentucky.
7 (243) Jaylen Watson, cb, Washington State.
7 (251) Isiah Pacheco, rb, Rutgers.
7 (259) Nazeeh Johnson, cb, Marshall.

**Las Vegas**
3 (90) Dylan Parham, g, Memphis.
4 (122) Zamir White, rb, Georgia.
4 (126) Neil Farrell Jr., dt, LSU.
5 (175) Matthew Butler, dt, Tennessee.
7 (238) Thayer Munford Jr., ot, Ohio State.
7 (250) Brittain Brown, rb, UCLA.

**LA Chargers**
1 (17) Zion Johnson, g, Boston College.
3 (79) JT Woods, s, Baylor.
4 (123) Isaiah Spiller, rb, Texas A&M.
5 (160) Otito Ogbonnia, dt, UCLA.
6 (195) Jamaree Salyer, g, Georgia.
6 (214) Ja'Sir Taylor, cb, Wake Forest.
7 (236) Deane Leonard, cb, Mississippi.
7 (260) Zander Horvath, rb, Purdue.

**LA Rams**
3 (104) Logan Bruss, g, Wisconsin.
4 (142) Decobie Durant, cb, South Carolina State.
5 (164) Kyren Williams, rb, Notre Dame.
6 (211) Quentin Lake, s, UCLA.
6 (212) Derion Kendrick, cb, Georgia.
7 (235) Daniel Hardy, de, Montana State.
7 (253) Russ Yeast, s, Kansas State.
7 (261) A.J. Arcuri, ot, Michigan State.

**Miami**
3 (102) Channing Tindall, lb, Georgia.
4 (125) Erik Ezukanma, wr, Texas Tech.
7 (224) Cameron Goode, lb, California.
7 (247) Skylar Thompson, qb, Kansas St.

**Minnesota**
1 (32) Lewis Cine, s, Georgia.
2 (42) Andrew Booth, cb, Clemson.
2 (59) Ed Ingram, g, LSU.
3 (66) Brian Asamoah, lb, Oklahoma.
4 (118) Akayleb Evans, cb, Missouri.
5 (165) Esezi Otomewo, de, Minnesota.
5 (169) Ty Chandler, rb, North Carolina.
6 (184) Vederian Lowe, ot, Illinois.
6 (191) Jalen Nailor, wr, Michigan State.
7 (227) Nick Muse, te, South Carolina.

**New England**
1 (29) Cole Strange, g, Chattanooga.
2 (50) Tyquan Thornton, wr, Baylor.
3 (85) Marcus Jones, cb, Houston.
4 (121) Jack Jones, cb, Arizona State.
4 (127) Pierre Strong, rb, South Dakota State.
4 (137) Bailey Zappe, qb, Western Kentucky.
6 (183) Kevin Harris, rb, South Carolina.
6 (200) Sam Roberts, dt, Northwest Missouri State.
6 (210) Chasen Hines, c, LSU.
7 (245) Andrew Stueber, ot, Michigan.

**New Orleans**
1 (11) Chris Olave, wr, Ohio State.
1 (19) Trevor Penning, ot, Northern Iowa.
2 (49) Alontae Taylor, cb, Tennessee.
5 (161) D'Marco Jackson, lb, Appalachian State.
6 (194) Jordan Jackson, dt, Air Force.

**N.Y. Giants**
1 (5) Kayvon Thibodeaux, de, Oregon.
1 (7) Evan Neal, ot, Alabama.
2 (43) Wan'Dale Robinson, wr, Kentucky.
3 (67) Joshua Ezeudu, g, North Carolina.
3 (81) Cordale Flott, cb, LSU.
4 (112) Daniel Bellinger, te, San Diego State.
4 (114) Dane Belton, s, Iowa.
5 (146) Micah McFadden, lb, Indiana.
5 (147) DJ Davidson, dt, Arizona State.
5 (173) Marcus McKethan, g, North Carolina.
6 (182) Darrian Beavers, lb, Cincinnati.

**N.Y. Jets**
1 (4) Ahmad Gardner, cb, Cincinnati.
1 (10) Garrett Wilson, wr, Ohio State.
1 (26) Jermaine Johnson II, de, Florida State.
2 (36) Breece Hall, rb, Iowa State.
3 (101) Jeremy Ruckert, te, Ohio State.
4 (111) Max Mitchell, ot, Louisiana.
4 (117) Micheal Clemons, de, Texas A&M.

**Philadelphia**
1 (13) Jordan Davis, dt, Georgia.
2 (51) Cam Jurgens, c, Nebraska.
3 (83) Nakobe Dean, lb, Georgia.
6 (181) Kyron Johnson, lb, Kansas.
6 (198) Grant Calcaterra, te, SMU.

**Pittsburgh**
1 (20) Kenny Pickett, qb, Pittsburgh.
2 (52) George Pickens, wr, Georgia.
3 (84) DeMarvin Leal, dt, Texas A&M.
4 (138) Calvin Austin III, wr, Memphis.
6 (208) Connor Heyward, te, Michigan State.
7 (225) Mark Robinson, lb, Mississippi.
7 (241) Chris Oladokun, qb, South Dakota State.

**San Francisco**
2 (61) Drake Jackson, lb, Southern Cal.
3 (93) Tyrion Davis-Price, rb, LSU.
3 (105) Danny Gray, wr, SMU.
4 (134) Spencer Burford, g, UTSA.
5 (172) Samuel Womack, cb, Toledo.
6 (187) Nick Zakelj, ot, Fordham.
6 (220) Kalia Davis, dt, UCF.
6 (221) Tariq Castro-Fields, cb, Penn State.
7 (262) Brock Purdy, qb, Iowa State.

**Seattle**
1 (9) Charles Cross, ot, Mississippi State.
2 (40) Boye Mafe, lb, Minnesota.
2 (41) Kenneth Walker III, rb, Michigan State.
3 (72) Abraham Lucas, ot, Washington State.
4 (109) Coby Bryant, cb, Cincinnati.
5 (153) Tariq Woolen, cb, UTSA.
5 (158) Tyreke Smith, de, Ohio State.
7 (229) Bo Melton, wr, Rutgers.
7 (233) Dareke Young, wr, Lenoir Rhyne.

**Tampa Bay**
2 (33) Logan Hall, dt, Houston.
2 (57) Luke Goedeke, g, Central Michigan.
3 (91) Rachaad White, rb, Arizona State.
4 (106) Cade Otton, te, Washington.
4 (133) Jake Camarda, p, Georgia.
5 (157) Zyon McCollum, cb, Sam Houston State.
6 (218) Ko Kieft, te, Minnesota.
7 (248) Andre Anthony, lb, LSU.

**Tennessee**
1 (18) Treylon Burks, wr, Arkansas.
2 (35) Roger McCreary, cb, Auburn.
3 (69) Nicholas Petit-Frere, ot, Ohio State.
3 (86) Malik Willis, qb, Liberty.
4 (131) Hassan Haskins, rb, Michigan.
4 (143) Chigoziem Okonwo, te, Maryland.
5 (163) Kyle Philips, wr, UCLA.
6 (204) Theo Jackson, cb, Tennessee.
6 (219) Chance Campbell, lb, Mississippi.

**Washington**
1 (16) Jahan Dotson, wr, Penn State.
2 (47) Phidarian Mathis, DT, Alabama.
3 (98) Brian Robinson Jr., rb, Alabama.
4 (113) Percy Butler, s, Louisiana.
5 (144) Sam Howell, qb, North Carolina.
5 (149) Cole Turner, te, Nevada.
7 (230) Chris Paul, g, Tulsa.
7 (240) Christian Holmes, cb, Oklahoma State.

NIGHTENGALE'S NOTEBOOK

# A dream season or the end for Cano?

**Bob Nightengale** USA TODAY

Robinson Cano once was ticketed for the Baseball Hall of Fame.

He was an eight-time All-Star, five-time Silver Slugger, two-time Gold Glove winner and a World Series champion with the New York Yankees.

Then came the performance-enhancing drug suspension in 2018 with the Seattle Mariners, another causing him to miss the entire 2021 season with the New York Mets, and now he's back.

For how long?

Cano, who has 2,632 hits and would love to become the next to join the 3,000-hit club, may have run out of time.

The Mets have to make a decision Monday when they cut their roster from 28 players to 26, and Cano could be on the chopping block.

Cano, 39, doesn't want to even think about the possibility, instead wanting to focus his conversation with USA TODAY Sports on the present, saying how much he loves being part of this Mets team.

He cried himself to sleep some nights this past year, missing the game so much that his heart hurt, realizing how many people he let down.

Now, he's back playing second base and DHing on a team that went 15-7 going into Sunday and sits in first place in the National League East.

"It's so great to be back here again, playing the game that I love, I'm so happy," Cano says. "I missed everything about the game last year, the guys, the fans, sunflower seeds, everything. Now, it's all about just having fun."

The Mets still owe Cano about $40.5 million through the 2023 season, and they're watching his struggles like everyone else. He entered Sunday hitting .195 with one extra-base hit and a .501 OPS.

They want to be patient, knowing he missed an entire season, but for how long?

"It would mean everything to me to be here and win a World Series," Cano said. "I mean, that's what this is all about. … Hopefully, I'm keeping my fingers crossed, I can be part of this. We'll see what happens."

# LEGAL MONDAY

For advertising information: 1.800.872.3433 www.marketplace.usatoday.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: MD HELICOPTERS, INC., *et al.*,[1] Debtors. ) Chapter 11, Case No. 22-10263 (KBO) ) (Jointly Administered)

**NOTICE OF BID PROCEDURES, AUCTION, HEARING AND DEADLINES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS**

**PLEASE TAKE NOTICE** that on March 30, 2022, the debtors and debtors in possession (the "**Debtors**") in the above-captioned cases (the "**Bankruptcy Cases**"), filed a *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 28] (the "**Bid Procedures and Sale Motion**").[2] The Debtors seek to complete a sale (the "**Sale**") of substantially all their assets (the "**Assets**") to the Stalking Horse Bidder or a prevailing bidder or bidders (the "**Successful Bidder**") at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to Section 363 of the Bankruptcy Code (the "**Auction**").

**PLEASE TAKE FURTHER NOTICE** that, on April 26, 2022, the Bankruptcy Court entered an order [Docket No. 206] (the "**Bid Procedures Order**") approving the Bid Procedures set forth in the Bid Procedures and Sale Motion (the "**Bid Procedures**"), which set the key dates and times related to the sale of the Debtors' Assets. **All interested bidders should carefully read the Bid Procedures**. To the extent there are any inconsistencies between the Bid Procedures and the summary description of its terms and conditions contained in this notice, the terms of the Bid Procedures shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Debtors must receive an Intention to Submit Qualified Bid from interested bidders in writing on or before **May 20, 2022 at 4:00 p.m. (prevailing Eastern Time)** or such later date as may be agreed to by the Debtors (the "**Intention to Submit Qualified Bid Deadline**"). To be considered, Intention(s) to Submit Qualified Bid must be sent to the following at or before the Intention to Submit Qualified Bid Deadline: (a) counsel for the Debtors, Latham & Watkins, LLP, Attn: Suzzanne Uhland (suzzanne.uhland@lw.com), Adam S. Ravin (adam.ravin@lw.com), and Brett M. Neve (brett.neve@lw.com) and Troutman Pepper Hamilton Sanders LLP, Attn: David B. Stratton (david.stratton@troutman.com), David M. Fournier (david.fournier@troutman.com), and Evelyn J. Meltzer (evelyn.meltzer@troutman.com) and (b) investment banker to the Debtors, Moelis & Company LLC, Attn: Azad Badakhsh (azad.badakhsh@moelis.com) and Adam Keil (adam.keil@moelis.com) (the "**Bid Recipients**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Debtors must receive a Qualified Bid from interested bidders in writing on or before **June 3, 2022 at 4:00 p.m. (prevailing Eastern Time)** or such later date as may be agreed to by the Debtors (the "**Bid Deadline**"). To be considered, Qualified Bids must be sent to the Bid Recipients on or before the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, if the Debtors receive one or more Qualified Bids (other than the Stalking Horse Agreement) by the Bid Deadline, the Auction will be conducted on **June 9, 2022 at 10:00 a.m. (prevailing Eastern Time)**, or at such other place, date and time as may be designated by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, the Debtors have designated certain Assumed Contracts that may be assumed or assumed and assigned to the Successful Bidder. Within two (2) business days of entry of the Bid Procedures Order, the Debtors shall send a notice to each counterparty to an Assumed Contract setting forth the Debtors' calculation of the cure amount, if any, that would be owing to such counterparty if the Debtors decided to assume or assume and assign such Assumed Contract, and alerting such non-debtor party that its contract may be assumed and assigned to the Successful Bidder (the "**Assumption Notice**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, any counterparty that objects to the cure amount set forth in the Assumption Notice or the possible assignment of their Assumed Contract(s) to the Stalking Horse Bidder must file with the Bankruptcy Court and serve an objection (an "**Assumed Contract Objection**") so it is actually received on or before **4:00 p.m. prevailing Eastern Time on May 11, 2022** (the "**Assumed Contract Objection Deadline**") by the Objection Notice Parties (as defined in the Bid Procedures Order). If a Contract Counterparty does not timely file and serve an Assumed Contract Objection, that party will be forever barred from objecting to (a) the Debtors' proposed cure amount, or (b) the assignment of that party's executory contract or unexpired lease to the Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that if a Successful Bidder that is not the Stalking Horse Bidder prevails at the Auction, then the deadline to object (a "**Post-Auction Objection**") solely to (a) the identity of a Successful Bidder or (b) the ability of the Successful Bidder to provide adequate assurance of future performance under the Assumed Contract shall be **June 13, 2022 at 4:00 p.m. (prevailing Eastern Time)** (the "**Post-Auction Objection Deadline**"), which Post-Auction Objection must be served on the Objection Notice Parties so it is actually received by the Post-Auction Objection Deadline and filed with the Bankruptcy Court. If a Post-Auction Objection is not filed, parties will be forever barred from objecting to the identity of the Successful Bidder or to the assignment of that party's executory contract or unexpired lease to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that where a counterparty to an Assumed Contract timely files an (a) Assumed Contract Objection asserting a higher cure amount than the amount listed in the Assumption Notice, or (b) Assumed Contract Objection or Post-Auction Objection, as applicable, to the possible assignment of that counterparty's Assumed Contract, and the parties are unable to consensually resolve the dispute, the amount (if any) to be paid under Section 365 of the Bankruptcy Code or, as the case may be, the Debtors' ability to assign the Assumed Contract to the Successful Bidder will be determined at the Sale Hearing (as defined below) or at a later date as fixed by the Bankruptcy Court. To the extent any Contract Counterparty is added to the Assumption Notice after the initial notice is served, such new Contract Counterparty shall receive notice of the addition and the Debtors' proposed cure amount through a supplemental Assumption Notice, and that party shall have fourteen (14) days from the date of such notice to object to the propose cure amount and assignment to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors receive one or more Intention(s) to Submit Qualified Bid by the Intention to Submit Qualified Bid Deadline, a hearing will be held to approve the sale of the Assets to the Successful Bidder (the "**Sale Hearing**") before the Honorable Karen B. Owens, U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom #3, on **June 17, 2022 at 9:00 a.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. If the Debtors do not receive any Intention to Submit Qualified Bid by the Intention to Submit Qualified Bid Deadline, the Sale Hearing shall be held on **May 26, 2022 at 9:00 a.m. (prevailing Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or on the agenda for such Sale Hearing. Objections, if any, to the relief requested in the Motion relating to the Sale (each, a "**Sale Objection**") must: (a) be in writing and specify the nature of such objection, (b) comply with the Bankruptcy Rules and the Local Rules, (c) be filed with the Court no later than **4:00 p.m. (prevailing Eastern Time) on May 18, 2022** (the "**Sale Objection Deadline**"), and (d) be served on the Objection Notice Parties by the Sale Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY WHO FAILS TO MAKE A TIMELY SALE OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE OR POST-AUCTION OBJECTION DEADLINE, AS APPLICABLE, IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY SALE OBJECTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors are seeking to waive the fourteen-day stay period under Bankruptcy Rules 6004(h) and 6006(d) in order for the Sale to close immediately upon entry of the Sale Order by this Court.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Bid Procedures and Sale Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Bid Procedures and Sale Motion, the Bid Procedures and the Bid Procedures Order may be obtained for free by accessing the website of the Debtors' noticing agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC), located at https://cases.ra.kroll.com/MDHelicopters/.

Dated: April 27, 2022, Wilmington, Delaware — Respectfully Submitted,

*/s/ Evelyn J. Meltzer*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

-and-

**LATHAM & WATKINS LLP**
Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020

*Counsel for Debtors and Debtors-in-Possession*

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bid Procedures and Sale Motion.

Visit USA TODAY's web site at www.usatoday.com


## Notice to Consumers

Information maintained by the consumer credit reporting companies (Equifax Information Services LLC, Experian Information Solutions, Inc., Innovis Data Solutions, Inc., and TransUnion LLC) helps connect consumers with their buying power. This information is provided to companies that send consumers pre-approved offers of credit and insurance. Many people take advantage of these opportunities, yet some consumers prefer not to receive such offerings. Before you choose, look at the competitive offers you are receiving.

For those who no longer wish to receive such offers, the federal Fair Credit Reporting Act provides for the opportunity to opt out. Opting-out will remove you from lists provided by each of the consumer credit reporting companies; but it does not guarantee that you won't receive direct mail from other sources.

If you wish to be excluded from the lists provided to companies that make these pre-approved offers, you may go to
**www.optoutprescreen.com**

**Or call 1-888-5-OPTOUT (888-567-8688)**

Or you may write to any one of the following consumer credit reporting companies, and they will share your request with the others. Include your name, address, Social Security number and date of birth in your request.




Equifax Information Services, LLC
P.O. Box 740123
Atlanta, GA 30374-0123

Experian Opt-Out
P.O. Box 919
Allen, TX 75013







Innovis Consumer Opt-Out
PO Box 530089
Atlanta, GA 30353

TransUnion Opt-Out Request
P.O. Box 505
Woodlyn, PA 19094-0505


For more information on how to place your advertisement in Legal Monday, contact a sales representative at:

1-800-872-3433

Toll-free in the U.S. only

**Exhibit B**

# THE ARIZONA REPUBLIC

PO Box 194, Phoenix, Arizona 85001-0194
Phone 1-602-444-7315 Fax 1-877-943-0443


**AFFIDAVIT OF PUBLICATION**

STATE OF WISCONSIN } SS.
COUNTY OF BROWN

**PRIME CLERK**
**E 42ND ST # 1440**
**NEW YORK, NY 10165--1446**

I, being first duly sworn, upon oath deposes and says: That I am the legal clerk of the Arizona Republic, a newspaper of general circulation in the counties of Maricopa, Coconino, Pima and Pinal, in the State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper on the dates indicated.

Publication: Arizona Republic

Ad number: GCI0876103

PO Field: MD Helicopters

Published Date(s):

05/03/2022

Sworn to before me this

**3rd day of**
**May, 2022**

Notary Public
My Commission Expires on 9.19.25

VICKY FELTY
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE:<br>MD HELICOPTERS, INC., *et al.*,[1]<br>Debtors. | ) ) ) ) | Chapter 11<br>Case No. 22-10263 (KBO)<br>(Jointly Administered) |

**NOTICE OF BID PROCEDURES, AUCTION, HEARING AND DEADLINES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS**

**PLEASE TAKE NOTICE** that on March 30, 2022, the debtors and debtors in possession (the "**Debtors**") in the cases (the "**Bankruptcy Cases**"), filed a *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 28] (the "**Bid Procedures and Sale Motion**").[2] The Debtors seek to complete a sale (the "**Sale**") of substantially all their assets (the "**Assets**") to the Stalking Horse Bidder or a prevailing bidder or bidders (the "**Successful Bidder**") at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to Section 363 of the Bankruptcy Code (the "**Auction**").

**PLEASE TAKE FURTHER NOTICE** that, on April 26, 2022, the Bankruptcy Court entered an order [Docket No. 206] (the "**Bid Procedures Order**") approving the Bid Procedures set forth in the Bid Procedures and Sale Motion (the "**Bid Procedures**"), which set the key dates and times related to the sale of the Debtors' Assets. **All interested bidders should carefully read the Bid Procedures.** To the extent there are any inconsistencies between the Bid Procedures and the summary description of its terms and conditions contained in this notice, the terms of the Bid Procedures shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Debtors must receive an Intention to Submit Qualified Bid from interested bidders in writing on or before **May 20, 2022 at 4:00 p.m. (prevailing Eastern Time)** or such later date as may be agreed to by the Debtors (the "**Intention to Submit Qualified Bid Deadline**"). To be considered, Intention(s) to Submit Qualified Bid must be sent to the following at or before the Intention to Submit Qualified Bid Deadline: (a) counsel for the Debtors, Latham & Watkins, LLP, Attn: Suzzanne Uhland (suzzanne.uhland@lw.com), Adam S. Ravin (adam.ravin@lw.com), and Brett M. Neve (brett.neve@lw.com) and Troutman Pepper Hamilton Sanders LLP, Attn: David B. Stratton (david.stratton@troutman.com), David M. Fournier (david.fournier@troutman.com), and Evelyn J. Meltzer (evelyn.meltzer@troutman.com) and (b) investment banker to the Debtors, Moelis & Company LLC, Attn: Azad Badakhsh (azad.badakhsh@moelis.com) and Adam Keil (adam.keil@moelis.com) (the "**Bid Recipients**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Debtors must receive a Qualified Bid from interested bidders in writing on or before **June 3, 2022 at 4:00 p.m. (prevailing Eastern Time)** or such later date as may be agreed to by the Debtors (the "**Bid Deadline**"). To be considered, Qualified Bids must be sent to the Bid Recipients on or before the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, if the Debtors receive one or more Qualified Bids (other than the Stalking Horse Agreement) by the Bid Deadline, the Auction will be conducted on **June 9, 2022 at 10:00 a.m. (prevailing Eastern Time)**, or at such other place, date and time as may be designated by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, the Debtors have designated certain Assumed Contracts that may be assumed or assumed and assigned to the Successful Bidder. Within two (2) business days of entry of the Bid Procedures Order, the Debtors shall send a notice to each counterparty to an Assumed Contract setting forth the Debtors' calculation of the cure amount, if any, that would be owing to such counterparty if the Debtors decided to assume or assume and assign such Assumed Contract, and alerting such non-debtor party that its contract may be assumed and assigned to the Successful Bidder (the "**Assumption Notice**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, any counterparty that objects to the cure amount set forth in the Assumption Notice or the possible assignment of their Assumed Contract(s) to the Stalking Horse Bidder must file with the Bankruptcy Court and serve an objection (an "**Assumed Contract Objection**") so it is actually received on or before **4:00 p.m. prevailing Eastern Time on May 11, 2022** (the "**Assumed Contract Objection Deadline**") by the Objection Notice Parties (as defined in the Bid Procedures Order. If a Contract Counterparty does not timely file and serve a Assumed Contract Objection, that party will be forever barred from objecting to (a) the Debtors' proposed cure amount, or (b) the assignment of that party's executory contract or unexpired lease to the Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that if a Successful Bidder that is not the Stalking Horse Bidder prevails at the Auction, then the deadline to object (a "**Post-Auction Objection**") solely to (a) the identity of a Successful Bidder or (b) the ability of the Successful Bidder to provide adequate assurance of future performance under the Assumed Contract shall be **June 13, 2022 at 4:00 p.m.** (prevailing Eastern Time) (the "**Post-Auction Objection Deadline**"), which Post-Auction Objection must be served on the Objection Notice Parties so it is actually received by the Post-Auction Objection Deadline and filed with the Bankruptcy Court. If a Post-Auction Objection is not filed, parties will be forever barred from objecting to the identity of the Successful Bidder or to the assignment of that party's executory contract or unexpired lease to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that where a counterparty to an Assumed Contract timely files an (a) Assumed Contract Objection asserting a higher cure amount than the amount listed in the Assumption Notice, or (b) Assumed Contract Objection or Post-Auction Objection, as applicable, to the possible assignment of that counterparty's Assumed Contract, and the parties are unable to consensually resolve the dispute, the amount (if any) to be paid under Section 365 of the Bankruptcy Code or, as the case may be, the Debtors' ability to assign the Assumed Contract to the Successful Bidder will be determined at the Sale Hearing (as defined below) or at a later date as fixed by the Bankruptcy Court. To the extent any Contract Counterparty is added to the Assumption Notice after the initial notice is served, such new Contract Counterparty shall receive notice of the addition and the Debtors' proposed cure amount through a supplemental Assumption Notice, and that party shall have fourteen (14) days from the date of such notice to object to the propose cure amount and assignment to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors receive one or more Intention(s) to Submit Qualified Bid by the Intention to Submit Qualified Bid Deadline, a hearing will be held to approve the sale of the Assets to the Successful Bidder (the "**Sale Hearing**") before the Honorable Karen B. Owens, U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom #3, on **June 17, 2022 at 9:00 a.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. If the Debtors do not receive any Intention to Submit Qualified Bid by the Intention to Submit Qualified Bid Deadline, the Sale Hearing shall be held on **May 26, 2022 at 9:00 a.m. (prevailing Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or on the agenda for such Sale Hearing. Objections, if any, to the relief requested in the Motion relating to the Sale (each, a "**Sale Objection**") must: (a) be in writing and specify the nature of such objection, (b) comply with the Bankruptcy Rules and the Local Rules, (c) be filed with the Court no later than **4:00 p.m. (prevailing Eastern Time) on May 18, 2022** (the "**Sale Objection Deadline**"), and (d) be served on the Objection Notice Parties by the Sale Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY WHO FAILS TO MAKE A TIMELY SALE OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE OR POST-AUCTION OBJECTION DEADLINE, AS APPLICABLE, IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY SALE OBJECTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors are seeking to waive the fourteen-day stay period under Bankruptcy Rules 6004(h) and 6006(d) in order for the Sale to close immediately upon entry of the Sale Order by this Court.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Bid Procedures and Sale Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Bid Procedures and Sale Motion, the Bid Procedures and the Bid Procedures Order may be obtained for free by accessing the website of the Debtors' noticing agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC), located at https://cases.ra.kroll.com/MDHelicopters/.

Dated: April 27, 2022, Wilmington, Delaware
Respectfully Submitted,

/s/Evelyn J. Meltzer

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David B. Stratton (DE No. 960), David M. Fournier (DE No. 2812), Evelyn J. Meltzer (DE No. 4581), Kenneth A. Listwak (DE No. 6300), Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801

- and -

**LATHAM & WATKINS LLP**
Suzzanne Uhland (admitted *pro hac vice*), Adam S. Ravin (admitted *pro hac vice*), Brett M. Neve (admitted *pro hac vice*), Tianjiao (TJ) Li (admitted *pro hac vice*), Alexandra M. Zablocki (admitted *pro hac vice*), 1271 Avenue of the Americas, New York, NY 10020

*Counsel for Debtors and Debtors-in-Possession*

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bid Procedures and Sale Motion.