# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 232** |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM HEARING ON MAY 11, 2022 AT 9:00 A.M. (EASTERN TIME)

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELED WITH PERMISSION FROM THE COURT**

### UNCONTESTED MATTERS FOR WHICH ORDERS HAVE BEEN ENTERED

1. Application of Debtors for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date (Filed 4/6/22; Docket No. 129).

    Objection Deadline: April 20, 2022 at 4:00 p.m. (ET). Extended to May 5, 2022 at 4:00 p.m. (ET) with respect to the Office of the United States Trustee (the "UST").

    Response(s): Informal comments received from the UST.

    Related Document(s):

    A. Supplemental Declaration of Adam B. Keil in Support of Application of Debtors for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date (Filed 5/5/22; Docket No. 227).

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] **Amended information is reflected in bold.**

#126237815 v1

B. Certification of Counsel and of No Objection Regarding Order with Respect to Application of Debtors for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker Effective as of the Petition Date (Filed 5/5/22; Docket No. 229).

C. Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker to the Debtors Effective as of the Petition Date (Entered 5/6/22; Docket No. 230).

Status: The order with respect to this matter has been entered by the Court.

2. Motion of Debtors for Entry of an Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof (Filed 4/27/22; Docket No. 208).

Objection Deadline: May 4, 2022 at 4:00 p.m. (ET). Extended to May 6, 2022 at 4:00 p.m. (ET) with respect to the UST.

Response(s): Informal comments received from the UST.

Related Document(s):

A. Certification of Counsel Regarding Order with Respect to Motion of Debtors for Entry of an Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof (Filed 5/9/22; Docket No. 231).

B. **Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof (Entered 5/10/22; Docket No. 235).**

Status: **The order with respect to this matter has been entered by the Court.**

#126237815 v1

| | |
|---|---|
| Dated: May 10, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Evelyn J. Meltzer*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: david.stratton@troutman.com<br>david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: suzzanne.uhland@lw.com<br>adam.ravin@lw.com<br>brett.neve@lw.com<br>tj.li@lw.com<br>alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#126237815 v1