IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD Helicopters, Inc., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 27, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date: June 17, 2022 at 9:00 a.m. (ET)** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 363(b) OF THE BANKRUPTCY CODE, AUTHORIZING DEBTORS TO DISSOLVE INACTIVE NON-DEBTOR SUBSIDIARY, MONTERREY AEROSPACE MÉXICO, S. DE R.L. DE C.V.**

   **PLEASE TAKE NOTICE** that, on May 13, 2022, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code, Authorizing Debtors to Dissolve Inactive Non-Debtor Subsidiary Monterrey Aerospace México* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

   **PLEASE TAKE FURTHER NOTICE** that any objections or other responses to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **May 27, 2022 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"). You must also serve a copy of your response or objection upon the undersigned proposed counsel for Debtors so as to be received on or prior to the Objection Deadline.

   **PLEASE TAKE FURTHER NOTICE** that a status conference hearing with respect to the Motion will be held on **June 17, 2022 at 9:00 a.m. (ET)** before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

   **IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#126259705 v1

Dated: May 13, 2022
       Wilmington, Delaware

Respectfully Submitted,

*/s/ Evelyn J. Meltzer*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email:  david.stratton@troutman.com
          david.fournier@troutman.com
          evelyn.meltzer@troutman.com
          kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  suzzanne.uhland@lw.com
          adam.ravin@lw.com
          brett.neve@lw.com
          tj.li@lw.com
          alexandra.zablocki@lw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

#126259705 v1