## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref D.I. ___ |

### ORDER, PURSUANT TO SECTION 363(b) OF THE BANKRUPTCY CODE, AUTHORIZING DEBTORS TO DISSOLVE INACTIVE NON-DEBTOR SUBSIDIARY, MONTERREY AEROSPACE MÉXICO, S. DE R.L. DE C.V.

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "**Debtors**"), for entry of an order (this "**Order**"), pursuant to Bankruptcy Code section 363(b) authorizing the Debtors to dissolve their non-debtor subsidiary Monterrey Aerospace México, S. de R.L. de C.V. ("**Monterrey Aerospace México**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to dissolve Monterrey Aerospace México in accordance with any applicable rules, regulations or procedures governing its dissolution.

3. The Debtors are authorized to take any and all actions necessary or desirable to (a) effect the dissolution of Monterrey Aerospace México, including, without limitation, appointing a liquidator for Monterrey Aerospace México, and (b) otherwise implement the terms of this Order.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

#126407856 v1