## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Objection Deadline: May 27, 2022** |

-------------------------------------------------- x

## DECLARATION IN SUPPORT OF EMPLOYMENT OF
## CROWE & DUNLEVY, A PROFESSIONAL CORPORATION AS
## PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS

I, <u>Will E. van Egmond</u>, declare that the following is true to the best of my knowledge, information and belief:

1.      I am a Director of Crowe & Dunlevy, A Professional Corporation, located at 324 N. Robinson Avenue, Suite 100, Oklahoma City, Oklahoma, 73102 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm. The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2.      Prior to the Debtors' bankruptcy filings, beginning in July of 2004, the Firm, through me, and members of the Firm, represented and advised one of the Debtors, MD Helicopters, Inc., as legal counsel with respect to a broad range of aspects of its businesses, including matters involving the Aircraft Registry of the Federal Aviation Administration (the "FAA Registry") and the International Registry established pursuant to the Cape Town Treaty and Aircraft Protocol (the "International Registry").

---

[1]  The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.

3.     The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: handling various matters involving the FAA Registry and the International Registry.

4.     In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained from the Debtors, the attached Exhibit A listing the key parties in interest (the "Listed Entities") for the purpose of searching the aforementioned database and determining the connections which the Firm and/or its employees have with the Listed Entities. The Firm's search of the database identified connections with the Listed Entities named in Exhibit B attached hereto (the "Identified Entities"). As of the Petition Date, the Firm represented the Identified Entities on matters unrelated to the work the Firm has been doing for the Debtors. The Firm agrees it will not represent or advise any of the Identified Entities in any matters in the bankruptcies of the Debtors. Please note that our search of the Firm's records was limited to the names of the Listed Entities as set forth in Exhibit A.

5.     To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed

1

above.

6.    As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.    Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.    The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm's current customary hourly rates, subject to change from time to time, are: (i) Attorneys $255.00 - $535.00; (ii) Paralegals $195.00 - $260.00; and (iii) International Registry Technician $100.00.  The principal attorneys and paralegals/other professionals designated to represent the Debtors and their current standard rates are:

| **Attorneys** | |
| --- | --- |
| Preston G. Gaddis II | $450.00 |
| Jeffrey T. Hills | $535.00 |
| J. Robert Kalsu | $400.00 |
| Will E. van Egmond | $375.00 |
| Stacy A Schauvliege | $285.00 |
| Danielle A. Hood | $255.00 |
| | |
| **Paralegals** | |
| Mark R. Hanna | $200.00 |
| Amy D. Kremeier | $200.00 |
| Leslie K. Lamb | $195.00 |
| Michelle D. Long | $195.00 |
| Debra L. Pascoe | $260.00 |
| Raedonna C. Twomey | $200.00 |
| | |
| **International Registry Technician** | |
| Kelly L. Wood | $100.00 |

9.      [INTENTIONALLY LEFT BLANK]

10.      The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals/other professionals and to cover fixed and routine overhead expenses.

11.      It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, FAA registration and recording fees, International Registry search and interest registration fees, courier charges for return of original instruments and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

12.      No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

13.      The Debtors owe the Firm $2,371.23 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**"). The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedules of liabilities and is not designated therein as contingent, unliquidated or disputed.

14. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

15. [INTENTIONALLY LEFT BLANK]

16. As of the Petition Date, an affiliate of the Firm was a party to an International Registry Services Agreement dated as of October 6, 2006, between one of the Debtors (i.e., MD Helicopters, Inc.) and C&D International Registry Services, LLC as Services Agent, a copy of which is attached hereto as Exhibit C. This Agreement had been extended and amended from time to time by the parties thereto. As of the Petition Date, the Firm was not a party to a Services Agreement with the Debtors.

17. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

18. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/13/22

Will E. van Egmond
Director

Crowe & Dunlevy, PC
324 N. Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 239-5415
Facsimile: (405) 272-5966
Email: will.vanegmond@crowedunlevy.com

<u>**EXHIBIT A**</u>

**Potential Parties in Interest**[1]

**1.**     <u>**Debtors**</u>

MD Helicopters, Inc.                          Monterrey Aerospace, LLC

**2.**     <u>**Significant Shareholders**[2] **and Related Entities**</u>

Zohar CDO 2003-1, Limited                MD Helicopters B.V.
Zohar II 2005-1, Limited                      MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.          Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.**     <u>**Current Lenders and Related Parties**</u>

Zohar III, Limited                                Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC               Patriarch Partners III, LLC
MBIA Inc.                                           Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP      Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.**     <u>**Directors & Officers**</u>

Alan Carr                                             YR Hladkyj
Barry Sullivan                                      Chris Jaran

**5.**     <u>**Former Directors & Officers**</u>

Lynn Tilton

**6.**     <u>**Current Affiliate**</u>

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.**     <u>**Professionals**</u>

Latham & Watkins LLP                       Troutman Pepper Hamilton Sanders LLP
Moelis & Company                             Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                    Prime Clerk LLC)

---

[1]     The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]     This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

### 8. Ordinary Course Professionals

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson, PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

### 9. Current & Prior Significant Banking Relationships

Wells Fargo Bank, N.A.

BBVA USA

### 10. Taxing Authorities

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

US-DOCS\126810824.7

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
  Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

## 11.    Litigation Parties

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
  Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tuşaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12.  Insurance Providers and Brokers

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of
    Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West,
    Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13.  Utilities

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14.  Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security
    Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera –
    Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP
    Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish &
    Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.    Competitors

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.    Significant Vendors[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

6

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphia
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

**17.** **District of Delaware Bankruptcy Judges**

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief
   Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

**18.** **Clerk of Court and Deputy for the District of Delaware**

Stephen Grant

Una O'Boyle

**19.** **Office of the United States Trustee**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

US-DOCS\126810824.7

James R. O'Malley                Edith A. Serrano
Michael Panacio                  Rosa Sierra
Linda Richenderfer             Karen Starr
Juliet Sarkessian                Dion Wynn
Richard Schepacarter

## 20. <u>**Other Parties**</u>

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

9

## EXHIBIT B

### Identified Entities

ARK II CLO 2001-1 Limited*

Boeing Company

Dallas Airmotive Inc.

Electro Enterprises Incorporated

First Call International Inc.*

Goodyear Rubber

Honeywell International Inc.

Sikorsky Aircraft

ULINE*

Wells Fargo Bank, N.A.

Zurich NA

*Our only relationship with these entities is as their International Registry Administrator making registrations with the International Registry as directed and authorized. We do not anticipate participating in the transactions that will be the basis for these registrations except for MD Helicopters, Inc.'s transactions involving Ark II CLO 2001-1 Limited.

Although MD Helicopters, Inc. was named as a Listed Entity on Exhibit A, I have not included it as an Identified Entity because the Firm's relationship with it is described in Section 2 of this Declaration.

# EXHIBIT C

### INTERNATIONAL REGISTRY
### SERVICES AGREEMENT

This INTERNATIONAL REGISTRY SERVICES AGREEMENT (the "Agreement"), is entered into as of this __6th__ day of __October__, 2006, between __MD Helicopters, Inc.__ a __Arizona corporation__, as Transacting User Entity (the "TUE"), and C&D INTERNATIONAL REGISTRY SERVICES, LLC, as Services Agent ("Agent") (TUE and Agent are collectively the "Parties").

## W I T N E S S E T H :

WHEREAS, TUE anticipates registering interests with the International Registry ("IR") created pursuant to the Cape Town Treaty (as such term is defined in 49 U.S.C. § 44113(1)), together with the Regulations for the International Registry ("Regulations"), the International Registry Procedures ("Procedures"), The International Registry Website Terms and Conditions ("Terms and Conditions") and all other rules, amendment, supplements, and revisions thereto (collectively the "CTT"). Capitalized terms not otherwise defined herein shall have the meanings provided in the CTT;

WHEREAS, Agent has agreed to assist TUE with establishing TUE as an approved Transacting User Entity as provided for under the CTT, acting as TUE's Administrator and with registering interests on the IR;

NOW, THEREFORE, in consideration of the premises and the mutual agreements contained herein, the parties agree as follows:

1.     <u>Agent Services</u>. TUE hereby irrevocably hires and appoints Agent as its Administrator pursuant to the terms of this Agreement, and authorizes Agent to perform the following services and to take the following actions:

    a.     Establish TUE as a Transacting User Entity on the IR;

    b.     Appoint Agent as TUE's Administrator and to communicate with the IR on behalf of the TUE;

    c.     Appoint one or more: (i) Transacting Users, as may be designated from Time to Time by TUE, and/or (ii) Professional Users (which may be one or more Agent Officers);

    d.     Agent, as Administrator for TUE, is hereby authorized to perform any and all functions of an Administrator as contemplated and authorized under the CTT; and

    e.     Obtain Priority Search Certificates, Informational Searches, or Contracting State Search Certificates from the IR as requested by the TUE or as necessary in the discretion of Agent or any Agent Officer.

2.     <u>Agent Fees</u>. Agent shall charge fees as set forth on <u>Exhibit A</u>. All Agent Fees shall be paid in advance of services rendered, and paid by either wire transfer or credit card. Agent shall not perform any services under this Agreement without payment in advance. Agent Fees may be modified from time to time with the mutual consent of the Parties.

3.     <u>Agent Authority and Power of Attorney</u>. TUE will execute the Power of Attorney attached hereto as <u>Exhibit B</u>, the terms of which are incorporated here by reference.

4.     <u>Agent Actions Binding</u>. TUE hereby acknowledges and agrees that:

    a.     Any actions by Agent on behalf of the TUE when dealing with the IR will be subject to the Regulations, Procedures and Terms and Conditions as set forth on the IR website, https://www.internationalregistry.aero. TUE hereby agrees to and is bound by the Regulations, Procedures and Terms and Conditions. Agent will not advise TUE of any changes to the Regulations, Procedures and Terms and Conditions;

    b.     any action taken by the Agent under this Agreement shall bind TUE and shall be effective to establish a valid registration (including prospective registration) of international interests or contracts of sale (including amending, subordinating, subrogating, discharging or assigning the interests) on the IR;

    c.     it ratifies and confirms and undertakes to ratify and confirm whatsoever actions any Agent shall properly do or cause to be done pursuant to this Agreement or the power of attorney granted pursuant to this Agreement;

    d.    no person, corporation, partnership, limited liability company, agency, registry or any other party having dealings with the TUE shall be under any obligation to make any inquires as to whether or not this Agreement has been revoked or terminated.

5.    <u>TUE Information/Transaction Information Form.</u>    TUE shall complete the TUE Information Form attached as <u>Exhibit C</u>. TUE shall complete a Transaction Information Form attached hereto as <u>Exhibit D</u> for each transaction. TUE hereby certifies and confirms that the information on the TUE Information Form and the Transaction Information Form is complete and accurate, and TUE undertakes to immediately notify Agent in writing if any of the information changes. Agent is authorized to enter some or all of the information on the TUE Information Form in the IR, which information may be of public record, and which information shall be the basis upon which the IR establishes an account for the TUE and recognizes the TUE as a valid Transacting User Entity. The information on the Transaction Information Form will form the basis for registrations on the IR for a specific transaction. Agent will not verify or confirm the accuracy of the information or statements provided by TUE hereunder, and Agent shall and will rely entirely upon TUE's representations in the TUE Information Form and Transaction Information Form.

6.    <u>Actions to be taken by Agent.</u>

    a.    Agent will not take any action with respect to the IR on behalf of the TUE unless and until TUE specifically authorizes and instructs Agent in writing (including but not limited to e-mail or fax instruction from the TUE);

    b.    if at any time Agent is not certain how to proceed, for any reason, Agent may refuse to take any action until such time as Agent receives written instructions from TUE in a form and with content acceptable to Agent;

    c.    if TUE has appointed an Agent Officer as its Administrator, the TUE Contact may at any time by written instructions require Agent Officer to resign its position as Administrator of the TUE and upon payment of all fees owed to Agent, Agent Officer will comply with said instructions and promptly appoint the TUE Contact (or such other person as designated in writing by TUE Contact) as the Administrator; and

    d.    Agent and/or Agent Officer may at any time, and for any reason, resign as Administrator, Professional User Entity or Professional User of TUE (if TUE has appointed an Agent Officer as the Administrator, such Agent Officer will instruct the IR that the TUE Contact or such other person as designated in writing by TUE Contact is the replacement Administrator).

7.    <u>Term.</u>    The terms and conditions of this Agreement shall commence on the date hereof and shall continue until terminated by either party. Upon termination of this Agreement, and upon payment of all fees owed to Agent, Agent will promptly appoint the TUE Contact (or such other person as designated in writing by TUE Contact) as the Administrator for TUE.

8.    <u>Agent Officer Not Acting in Individual Capacity.</u>    Any action taken by an Agent Officer hereunder, including any action by Agent Officer as an Administrator or attorney in fact, shall be solely in its capacity as an officer or manager of Agent, and not in its individual capacity. TUE hereby acknowledges and agrees that Agent Officer is not acting in an individual capacity, and TUE has no recourse whatsoever against, waives any and all claims against, and hereby indemnifies each Agent Officer individually by reason of the services contemplated herein.

9.    <u>Limitation of Agent's Liability.</u>

    a.    The Agent shall not have any duties or obligations except those expressly set forth herein. The Agent shall not be liable for any action taken or omitted to be taken by it under this Agreement or any instrument executed pursuant hereto, or in connection herewith or therewith, except for its own willful or gross negligence. The Agent shall not be responsible for the effectiveness, enforceability, validity or due execution of this Agreement or any instrument or registration executed or effected pursuant hereto. Agent will not be liable for its refusal to perform any action or service listed in this Agreement,

for the failure of any action or services listed in this Agreement to be completed on a timely basis, for the validity, enforceability, or accuracy of any registration, discharge, search or search certificate noted herein or for any loss, fine, penalty or liability whatsoever arising from the underlying transaction or from the failure of this Agreement unless caused by Agent's gross or willful negligence;

b.  Agent shall be entitled to rely, without investigation, upon any document, instrument, instruction, notice, consent, certificate, statement, signature or writing (collectively, a "Communication") delivered to the Agent (whether e-mail, facsimile or otherwise) that purports to have been signed, executed or sent by TUE or any person acting by or for TUE, as conclusive evidence that the person or entity signing, executing or sending any such Communication by or on behalf of the TUE had full and complete authority to do so. The Agent shall have no responsibility or duty to ascertain the truthfulness or accuracy of any Communication;

c.  in the event of any disagreement or misunderstanding between or among Agent, TUE, or any other person or entity, resulting in divergent or adverse claims, demands, directions or instructions being made in connection with the subject matter of this Agreement, or in the event the Agent, in good faith, is in doubt as to what action should be taken hereunder, the Agent may, at its opinion, and in its sole discretion, (i) rely upon advice of counsel concerning legal matters, and/or (ii) refuse to comply with any instruction, directions, claims or demands on it, or refuse to take any other action hereunder so long as such disagreement continues or such doubt exists. In such event, the Agent shall not be or become liable in any way or to any person for its failure or refusal to act; and the Agent shall be entitled to continue to so refrain from acting until (i) the rights of the parties shall have been fully and finally adjudicated by a court of competent jurisdiction or (ii) all differences shall have been adjusted and all doubt resolved to the satisfaction of the Agent and the Agent shall be notified thereof in writing signed by all such interests persons and entities. Further, in the event of any such dispute or controversy, the Agent, may, in its sole discretion, institute an interpleader action, a declaratory judgment or other appropriate legal action in any court of competent jurisdiction to determine the rights of the parties involved. TUE shall be responsible for all attorney's fees and other costs incurred by the Agent in such action;

d.  TUE agrees to indemnify and hold the Agent harmless from all losses, costs, damages, expenses and attorneys' fees suffered or incurred by Agent arising from acts or omissions of the Agent in the good faith performance of or pursuant to or in connection with this Agreement, except such acts or omissions as may be the result of the Agent's willful or gross negligence;

e.  if the Agent becomes involved in any claims, controversies, or legal proceedings in connection with this Agreement, TUE agrees to indemnify and save the Agent harmless from all loss, liability, damage or cost, including attorneys' fees suffered or incurred by the Agent as a result thereof (unless Agent is found to be willfully or grossly negligent hereunder); and

f.  TUE hereby binds and obligates itself, its heirs, personal representatives, successors and assigns to the indemnification in this Section. Any and all of the rights, protections, indemnifications and limitations of liability extended to the Agent under this Agreement extend to any other officers, managers, directors, shareholders, employees, contractors and agents of Agent (including any Agent Officer).

10.  Notices. Any notice or communication hereunder shall be given in writing by service the same upon the party to whom the notice is addressed by telecopy/facsimile, e-mail, via overnight courier service, or by certified mail, return receipt requested, at the following address:

Agent:       C&D INTERNATIONAL REGISTRY SERVICES, LLC
             20 North Broadway, Suite 1800
             Oklahoma City, Oklahoma 73102
             Phone   (405) 239-6622
             Fax     (405) 272-5243
             Email   airreg@crowedunlevy.com

1569383.2

TUE:  As provided in the TUE Information form <u>Exhibit C</u>.

11. <u>Governing Law Venue</u>. THIS AGREEMENT IS BEING DELIVERED IN, AND WILL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF, THE STATE OF OKLAHOMA, INCLUDING ALL MATTERS OF CONSTRUCTIONS, VALIDITY AND PERFORMANCE, WITHOUT GIVING EFFECT TO ANY CHOICE OF LAW OR CONFLICT OF LAWS. The Parties agree that the courts of the State of Oklahoma have non-exclusive jurisdiction in respect of any claim brought under the Cape Town Treaty relating to this Agreement.

12. <u>Entire Agreement</u>. This Agreement constitutes the entire agreement of the Parties. As of the effective date of this Agreement, the terms and provisions contained herein shall supersede all other agreements between the Parties hereto with respect to terms contained herein. This Agreement shall not be amended, altered or otherwise modified except by written agreement signed by all of the Parties hereto.

13. <u>Fax and E-mail Delivery and Counterparts</u>. This Agreement may be executed in multiple counterparts, each of which shall constitute an original, all of which, taken together, shall constitute one and the same instrument. The exchange of copies of this Agreement by facsimile transmission or e-mail shall constitute effective execution and delivery of this Agreement for all purposes.

14. <u>Agent's Representation of Parties</u>. Agent is owned by the shareholders of a law firm, Crowe & Dunlevy, a Professional Corporation ("Crowe"). In addition, the shareholders of Crowe own and manage or will own and manage _____ (the "Insurance Company"), which is an Oklahoma insurance agency licensed to sell aircraft title insurance and is an agent for _____ ("_____"). The Officer Agents are shareholders, associates and/or legal assistants with Crowe as well as managers and/or officers of Insurance Company. In connection with the transaction related to this Agreement, Crowe may receive payment from the Agent for services rendered under this Agreement, from the sale of aircraft title insurance by Insurance Company, or from legal services provided by Crowe or Officer Agents as shareholders, associates or legal assistants of Crowe. Crowe may also represent other parties to this transaction. These relationships may result in a conflict of interest among Crowe, Agent and Insurance Company. After disclosure of the conflict, TUE may consent to the continued representation by Crowe, as provided by Rule 1.7 of the Oklahoma Rules of Professional Conduct. Crowe reasonably believes that its legal representation in any such transaction related to this Agreement will not be adversely affected by its relationship with Insurance Company or Agent, or with Agent providing the services noted herein. Should a claim or dispute arise between any of the relevant parties (i.e., TUE, Insurance Company, _____, Agent or Crowe), Crowe would not be able to represent any of the parties to that dispute. TUE is free to obtain separate legal counsel or consult with other insurance professionals. TUE acknowledges and agrees that Agent (and Agent Officers) may perform legal services for TUE and/or other parties that may be involved with matters related to this Agreement, and Insurance Company may provide aircraft title insurance. TUE hereby agrees to that representation and hereby waives any and all conflicts of interest that may arise from that representation and the Agent's (and Agent Officer's) performance of the undertakings provided in the Agreement. TUE further agrees that Agent's rights, obligations and duties pursuant to this Agreement are in no way expanded by such representation.

15. <u>Assignment</u>. This Agreement may not be assigned, transferred or otherwise disposed of by either party without consent of the parties.

16. <u>Sections Surviving Termination of Agreement</u>. Notwithstanding the termination of this Agreement the rights, remedies, indemnifications and protections provided to Agent (and Agent Officers) under this Agreement shall survive.

[signature pages to follow]

1569383.2



IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

| MD Helicopters, Inc. | C&D INTERNATIONAL REGISTRY SERVICES, LLC, as |
| a     Arizona Corporation | Services Agent |

By: _____Peter Hokanson_____

By: _____

Title: _____Chief Financial Officer_____

Title: _____VICE PRESIDENT_____

1569383.2

## EXHIBIT A

### AGENT FEES AND COSTS[1]

| Service | Agent Fee | IR Costs |
|---|---|---|
| Assist parties with establishing a TUE and Agent acts as Administrator for a TUE | $500 | $200 (1 year annual fee) |
| Assist parties with establishing a TUE and Agent acts as Administrator for a TUE | $500 | $500 (5 year annual fee) |
| Make registrations with the IR as Administrator or as designate PU | $35 per aircraft object registration | $100 per aircraft and two engines, with an additional $50 per spare engine |
| As Administrator, specifically delegate authority to make registrations to another PU or TU (other than Agent or Agent Officer) | $35/aircraft object | N/A |
| Obtain IR search certificates | $35 each aircraft object | $35 each aircraft object* |

### PAYMENT INSTRUCTIONS

| Payment by Wire Transfer: | OR | Payment by Credit Card |
|---|---|---|
| BancFirst ABA #103003632 Crowe & Dunlevy Account #4025023715 (for international wires the swift code is BFOKUS44) | | Card Type: VISA/MASTERCARD/AMEX Card Number:_____ 3 Digit CCV Code :_____ Expiration Date:_____ Street # or PO Box #:_____ 5 or 9 digit zip code:_____ Name:_____ Signature:_____ Amount (per invoice to be issued by Agent) |

---

[1]Agent Fees do not include fees/costs associated with FAA title searches, opinions, escrow services, searching for additional information related to registrations, or filing documents with the United States Federal Aviation Administration Aircraft Registry.

1569383.2



**EXHIBIT B**

**POWER OF ATTORNEY**

_____MD Helicopters, Inc._____ a _Arizona corporation_____ (the "TUE"), located at
_____Mesa, Arizona_____ has entered into the International Registry Services Agreement,
dated as of _Oct. 6_____, 2006 (the "Agreement"), which Agreement is attached hereto and incorporated herein by
reference, with C&D INTERNATIONAL REGISTRY SERVICES, LLC, as Services Agent ("Agent"). Said Agreement
provides that Agent or any of its managers, members or officers (collectively the "Agent Officers" or individually the
"Agent Officer") shall assist TUE with matters involving the International Registry ("IR") created pursuant to the Cape
Town Treaty (as such term is defined in 49 U.S.C. § 44113(1)), together with the Regulations for the International
Registry ("Regulations"), the International Registry Procedures ("Procedures"), the IR Website Terms and Conditions
and all other rules, amendments, supplements, and revisions thereto (collectively the "CTT"). Terms not otherwise
defined herein have the meanings set forth in the CTT. In accordance with the Agreement, and for good and valuable
consideration, the receipt and sufficiency of which is hereby acknowledged, TUE hereby:

I.      APPOINTS Agent and each of the Agent Officers as its true and lawful agent and attorney-in-fact for dealing
        with the IR, and to take any of the following actions and perform any of the following services:

        A.      Establish TUE as a Transacting User Entity on the IR and Appoint J. ROBERT KALSU who is a
                manager of Agent as TUE's Administrator and to communicate with the IR on behalf of the TUE;

        B.      Appoint one or more: (i) Transacting Users, as may be designated from Time to Time by TUE, and/or
                (ii) Professional Users (which may be one or more Agent Officers);

        C.      J. ROBERT KALSU, as Administrator for TUE, is hereby authorized to perform any and all functions
                of an Administrator as contemplated and authorized under the CTT, including obtaining Priority Search
                Certificates, Informational Searches, or Contracting State Search Certificates from the IR as requested
                by the TUE or as necessary in the discretion of Agent or any Agent Officer; and

        D.      represent, deliver, execute, bind, do and perform upon its behalf and in its name or otherwise any
                documents, applications, forms, instruments, releases, amendments, consents, discharge,
                subordinations. subrogations or any other document necessary, or take any other action necessary,
                to perform the services noted above.

II.     This Power of Attorney shall be deemed coupled with an interest and shall expire five (5) years from the date
        set forth below. If required by the IR, this Power of attorney may be presented to the IR in support of Agent's
        and/or Agent Officer's authority hereunder.

III.    This Power of Attorney shall in all respects be interpreted in accordance with, and governed by the laws of the
        United States, the State of Oklahoma.

IN WITNESS WHEREOF this Power of Attorney was executed on this _6th_ day of _October_, 2006.

                                    _____MD Helicopters, Inc._____
                                a_____Arizona corporation_____

                                By:_____[signature]_____
                                Name:___Peter Hokanson_____
                                Title:___Chief Financial Officer_____



## EXHIBIT C

## TUE INFORMATION

Company Name:                MD Helicopters, Inc.

Principal Place of Business:   4555 E. McDowell Road

Street Address:

Street Address:

Post Office Box:

City:                        Mesa

State:                       Arizona

Zip Code:                    85215-9734

Country:                     U.S.A.

Phone:                       +1-480-346-6434

Fax:                         +1-480-346-6810

E-mail:                      gary.dehoff@mdhelicopters.com

**Person Authorized to Close Transaction ("TUE Contact")**

Name:                        Gary C. DeHoff

Title:                       Contracts Manager

**(Alternate TUE Contact)**

Name:                        Tina Kube

Title:                       Contracts Administrator

(A copy of the formation and management documents and a Certificate of Good Standing must be attached to this form.)

1569383.2

## TRANSACTION INFORMATION FORM

DATE: _____, 2006          NAME OF TUE: _____

                               ADDRESS:     _____
                                            _____
                                            _____
                                            _____

### DESCRIPTION OF AIRFRAME AND/OR HELICOPTER:

| MANUFACTURER | MODEL | SERIAL NUMBER | NATIONALITY REGISTRATION # |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

### DESCRIPTION OF ENGINES:

| MANUFACTURER | MODEL | SERIAL NUMBER |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### INTERESTS TO BE REGISTERED AND PARTIES:

| TYPE OF INTEREST | PROSPECTIVE INTEREST (yes or no) | CREDITOR | DEBTOR | PRIOR REGISTRATION # |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Please Note: The aircraft, helicopter and engine (the "Properties") information must be accurate or it may result in an invalid registration on the IR. TUE hereby certifies the information noted above is complete and accurate and that the Properties are Aircraft Objects as defined in the CTT. This transaction information form is supplemental to the

1569383.2

International Registry Services Agreement which is incorporated herein by reference, including but not limited to the waiver of conflicts set forth therein for this specific transaction).

a_____

_____

By:_____
Name: _____
Title:_____