## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
In re:                                              : Chapter 11
                                                    :
MD HELICOPTERS, INC., *et al.*,[1]                  : Case No. 22-10263 (KBO)
                                                    :
          Debtors.                                 : (Jointly Administered)
                                                    :
                                                    : **Objection Deadline: May 27, 2022**
---------------------------------------------------------------- x

## DECLARATION IN SUPPORT OF EMPLOYMENT OF MOCTEZUMA CASTRO, S.C. AS <u>PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS</u>

I, Manuel Angel Moctezuma Villarreal, declare that the following is true to the best of my knowledge, information and belief:

1. I am a partner of Moctezuma Castro, S.C., located at Avenida Santa Fe 94, Torre A, Piso 8, Mexico City, Mexico 01210 (the "<u>**Firm**</u>"), which has been employed by the debtors and debtors in possession (collectively, the "<u>**Debtors**</u>") in the above-captioned cases (the "<u>**Chapter 11 Cases**</u>") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm. The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "<u>**OCP Order**</u>").

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

2. Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as Mexican counsel with respect to a broad range of aspects of the Debtors' businesses, including Mexican commercial, corporate and contract law, since January 2022.

3. The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: representation and advice on Mexican commercial, corporate and contract law with respect to the dissolution and liquidation of a Mexican affiliate of the Debtors.

4. In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified the following connections: since year 2016 the Firm has rendered legal services as outside counsel to PNC Bank, National Association, successor to BBVA USA with respect to a broad range of legal aspects including Mexican commercial, corporate, contract, banking and finance law.

5. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any

2

class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm. The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm's current customary hourly rates, subject to change from time to time, are $360.00. The principal attorneys designated to represent the Debtors are Manuel Angel Moctezuma Villarreal and Maria Paulina Castro Espinosa. Their current standard hourly rates are: $360.00.

8. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and other professionals, and to cover fixed and routine overhead expenses.

9. It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, document reproduction, delivery and courier services, government and notary fees, travel expenses and, in general, all identifiable expenses that would not have been incurred except for

representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

10. No representations or promises have been received by the Firm nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

11. The Debtors do not owe the Firm for fees and expenses as of the date these Chapter 11 Cases were commenced (the "**Petition Date**"). As of the Petition Date, the Firm held a prepetition retainer of $2,000.00. In the event the Firm's employment is authorized, the Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to the OCP Procedures.

12. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

13. As of the Petition Date, the Firm was party to a services agreement with the Debtors. To the extent that such services agreement contains material terms which are not disclosed in the text of this Declaration, a copy of such agreement is attached as an exhibit to this Declaration.

14. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

15. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 10th, 2022

Manuel A. Moctezuma Villarreal
Partner

Moctezuma Castro, S.C.
Address: Avenida Santa Fe 94, Torre A, Piso 8,
Mexico City, Mexico 01210
Telephone: 52 554855 2717
Email: mmoctezuma@moctezumacastro.com

## Schedule 1

## Potential Parties in Interest[1]

**1. Debtors**

| | |
|---|---|
| MD Helicopters, Inc. | Monterrey Aerospace, LLC |

**2. Significant Shareholders[2] and Related Entities**

| | |
|---|---|
| Zohar CDO 2003-1, Limited | MD Helicopters B.V. |
| Zohar II 2005-1, Limited | MD Helicopters Holding, Inc. |
| ARK Investment Partners II, L.P. | Patriarch Partners, LLC |
| ARK II CLO 2001-1 Limited | |
| ABN AMRO Participaties B.V. | |

**3. Current Lenders and Related Parties**

| | |
|---|---|
| Zohar III, Limited | Patriarch Partners Agency Services LLC |
| Ankura Trust Company, LLC | Patriarch Partners III, LLC |
| MBIA Inc. | Patriarch Partners VIII, LLC |
| Bardin Hill Investment Partners LP | Patriarch Partners XIV, LLC |
| MB Global Partners | |
| ARK II 2005-1, Limited | |

**4. Directors & Officers**

| | |
|---|---|
| Alan Carr | YR Hladkyj |
| Barry Sullivan | Chris Jaran |

**5. Former Directors & Officers**

Lynn Tilton

**6. Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7. Professionals**

| | |
|---|---|
| Latham & Watkins LLP | Troutman Pepper Hamilton Sanders LLP |
| Moelis & Company | Kroll Restructuring Administration LLC (f/k/a |
| AlixPartners LLP | Prime Clerk LLC) |

---

[1] The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2] This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

**8.     Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson, PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

**9.     Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.                                      BBVA USA

**10.    Taxing Authorities**

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

**11.     Litigation Parties**

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12. Insurance Providers and Brokers

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West, Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13. Utilities

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14. Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish & Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force
Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

| | |
|---|---|
| Rotorcraft Support, Inc. | Tassoco S.a.r.L. |
| Rotor Resources, LLC | Tennessee Valley Authority |
| Rotortech Services, Inc. | Thoroughbred Helicopters |
| Ro-Wing Aviation, Inc. | Three H Top (Thailand) Co., Ltd. |
| Royal Jordanian Air Force | Trinity Aviation |
| Royal Saudi Land Forces | UAV Leasing Company |
| San Diego Sheriff Department | Unionlet Limited |
| Science and Engineering Services, LLC | U.S. Army |
| Seneka SpA | U.S. Army Special Operations |
| Silver Cloud One, LLC | U.S. Border Patrol |
| SilverStone Heintzberger Group | U.S. Drug Enforcement Administration |
| Snowball Management, LLC | Virginia Beach Police Department |
| South African Police | Von Suckow Trading Group |
| South Carolina Law Enforcement Division | Whiskey 500, LLC |
| Specialist Aviation Services Limited | Wilson Construction |
| St. Louis Police Department | Winco |
| Summit Helicopters, Inc. | Yulista Integrated Solutions, LLC |

**15.    Competitors**

| | |
|---|---|
| Airbus Helicopters SAS | Leonardo US Inc. |
| Bell Textron Inc. | Sikorsky Aircraft |

**16.    Significant Vendors[3]**

| | |
|---|---|
| Access Electronics | ASD Experts LLC (f/k/a The IPL Group) |
| Ace Tube Bending | Atos IT Outsourcing Services, LLC |
| ADT Commercial | Avibank Mfg Inc |
| Advanced Structural Technology | Axxeum, Inc. |
| Aero Dynamix Inc | B & N Aerospace |
| Aero Performance (fka Varga | BE Aerospace New Berlin |
| Aero Products Company | Bell Aeronautical Accessori |
| AeroControlex Group | Bloom Strategic Consulting Inc. |
| Afrilog Consultancy Limited | Boeing Distribution Inc.(fka aviall) |
| Ahlers Aerospace | Boeing Distribution Service |
| Allen Aircraft Pdcts Inc | Brown Aviation Tool Supply |
| Allied Fire Protection, Inc. | Brunner Aerospace, LLC |
| Allied Universal Corporation | Cal Labs Inc |
| All Views Corporation | Cal-Draulics Inc. |
| Alziebler, Inc. fka Joseph Alziebler Co | Canyon Inspection-Chandler |
| American Aircraft Products | Carl A. Schopfer |
| American Express Corporate | Carolina Ground Service Equipment Inc |
| Ametek Ameron LLC dba Mass | Carolina GSE |
| Apache Equipment Corporation | CEF Industries LLC |
| APL Access & Security, Inc. | Chard Snyder & Associates |
| Arizona Custom Brokers | Chrome Construction AZ LLC |
| Arizona Sealing Devices Inc | Churchill Navigation |
| Arkwin Industries Inc. | City of Mesa |
| ARX Consulting Group | Colinear |

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

| | |
|---|---|
| Competitive Engineering Inc | Heritage Aviation |
| Control Logistico Consulting Group, Inc. | Houston Precision Fasteners |
| Con-Way Freight Inc. aka Co | Howell Instruments |
| Crestview Aerospace LLC (Im | IMS Expert |
| Crissair Inc. | Indeed, Inc. |
| CT Lien Solutions | Insight Inc. |
| Custom Aircraft Interiors I | Intelligent Management Solutions |
| Cutting Dynamics Inc. (CDI) | K2 Manufacturing |
| D&T Golf Carts | Kamatics Corp. |
| Dallas Airmotive Inc | Kang Aerospace Solutions LLC |
| Dallas Avionics | Kawasaki Heavy Industries Ltd |
| Data Sales | KSD Inc |
| Davcon Aviation Management LLC | L3 Aviation Products |
| Diagnostic Solutions Intern | L3Harris Technologies |
| Digi-Key Corporation | L3Harris WESCAM / Wescam Inc. |
| Dillon Aero FN Herstal | Launch Technical Workforce Solutions, LLC |
| Donaldson Company Inc. fka | Lift Airworthiness Certification |
| Down Low LLC | Linde Gas & Equipment Inc. |
| Driven Inc. | LinkedIn |
| DUS Operating Inc. | Liquid Measurement Systems Inc. |
| Dynamic Diesel Repair Inc | Meggitt (Rockmart),Inc.(fka eng fabrics) |
| Dynamic Growth | Meggitt (Troy)Inc. (fka Stewart Warner) |
| Eaton Aerospace - Glenolden PA. | Mesa Industrial Center Complex, LLC |
| Eaton Aerospace JacksonMS | Midstate Mechanical, Inc. |
| Edmo Distributors Inc. | Mouser Electronics |
| Edwards Machine & Tool | Mr. Rooter Plumbing of Phoenix |
| EJ Air Certification Consul | Mutual of Omaha Inc. |
| Elbit Systems Ltd | National Calibration Inc. |
| Electro Enterprises Incorpo | National Coatings & Supplie |
| ESA Engineering Science Analysis Corp. | Nesco Resource LLC |
| European Aviation Safety AG | NIAR - Wichita State University |
| Experis US, Inc. | Notthoff Engineering-L.A. Inc. |
| Extant Aerospace (fka Symetrics) | O'Brien Gentry & Scott LLC |
| Falcon Hangar, LLC | OCR Services Inc. |
| Fastener Technology Corp | OnBoard Systems |
| Fedex Express | Pacific Forge Inc. |
| Fedex Freight West | Pall Aeropower Corp. |
| Freudenberg-Nok Inc. (Ashland) | Pan American Tool |
| G.S.N. Electronic Components | Parker Aerospace Fluid Sys. (Naples) |
| GAR Electroforming | PAS Technologies |
| Garmin Aviation | PayScale, Inc. |
| Garmin International | Pension Benefit Guaranty Corporation |
| Martin Gasiorowski | Phoenix Aircraft Certification Services, Inc. |
| Gasket Manufacturing | Pitney Bowes |
| Gerald Geering Enterprises | Power Group The |
| Global Technical Services, Inc. | Pratt & Whitney |
| Goodyear Rubber | Prudential Overall Supply |
| Harris Certification Services | Qualiseal - FKA QCC LLC |
| Helicopter Association Inte | Quench USA Inc |
| Helicopter Technology Corp. | Quicksilver Express Courier |
| HELIWAGON Inc | RBC Aerostructures (fka A. I. D. Corp) |

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphi
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

## 17. District of Delaware Bankruptcy Judges

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

## 18. Clerk of Court and Deputy for the District of Delaware

Stephen Grant

Una O'Boyle

## 19. Office of the United States Trustee

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

| | |
|---|---|
| James R. O'Malley | Edith A. Serrano |
| Michael Panacio | Rosa Sierra |
| Linda Richenderfer | Karen Starr |
| Juliet Sarkessian | Dion Wynn |
| Richard Schepacarter | |

20. **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.


**MOCTEZUMA CASTRO**
ABOGADOS

Avenida Santa Fe 90
Torre A Piso 8
Alvaro Obregon
Ciudad de Mexico 01210
Tel 52 (55) 48552717
mmoctezuma@moctezumacastro.com
www.moctezumacastro.com

**VIA EMAIL**

December 9, 2021

Mr. Y. R. Hladkyj
Vice President and General Counsel
MD Helicopters, Inc.

    Re:    Engagement of Moctezuma Castro, S.C. (the "Firm") by MD Helicopters, Inc.

Dear Mr. Hladkyj:

    Thank you for engaging the Firm to assist you in representing MD Helicopters, Inc. ("MD Helicopters") with respect to corporate, contract and regulatory matters in Mexico").

    This letter forms the agreement under which the Firm will provide representation to MD Helicopters. Specifically, the following terms and provisions apply to this engagement:

    1.    The scope of the Firm's engagement is limited to undertaking specific work based upon your instructions to assist MD Helicopters in connection of corporate, contract and regulatory matters on MD Helicopters regarding Monterrey Aerospace Mexico, S. de R.L. de C.V. The Firm will also perform that tasks you specifically instruct us to perform to assist with your representation of MD Helicopters.

    2.    You agree to present the Firm's statement of fees and services for payment and have the same fees paid upon receipt. All legal fees will be charged on an hourly basis. My current hourly rate is US$360.00. We request a retainer of US$2,000.00 upon approval of this letter.

    3.    Unless previously terminated, our representation of MD Helicopters with respect to the above-agreed upon scope of representation will terminate upon our sending the last invoice for services rendered in the referenced matter. Following such termination, any information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional conduct. Unless you then engage us to provide additional service on issues arising from this representation, we have no continuing obligation to advise you with respect to future legal developments.

Again, thank you for allowing the Firm to be of service to MD Helicopters. If you approve this engagement letter, please sign it and return the original signed letter to me.

Sincerely,

Moctezuma Castro, S.C.

By: _____

Manuel Moctezuma
Partner

AGREED TO AND ACCEPTED:

Y. R. Hladky

Name and signature: _____

Title: Secretary

Dated: _____