# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 27, 2022** |

## DECLARATION IN SUPPORT OF EMPLOYMENT OF WILLIAM R. BLACK AS <u>PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS</u>

I, William R. Black, declare that the following is true to the best of my knowledge, information and belief:

1. I am a Lawyer and Solicitor of The Law Offices of William R. Black, with the Registered Office located at 44 Panorama, Coto de Caza, CA 92679 USA (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm. The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2. Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as Counsel with respect to a broad range of aspects of

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

the Debtors' businesses, including support of pending litigation and strategic transactions, since July 2020.

3. The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: Support of Arbitration before the Swiss Chamber of Commerce captioned *Turkish Aerospace Industries vs. MD Helicopters, Inc.*, ICC Case No. 20932/GFG/FS, Litigation in the US District Court for the Eastern District of California, captioned *MD Helicopters, Inc. vs. Aerometals, Inc*., Case No. 2:16-cv-02249-TLN-AC, and due diligence support for strategic transactions including the potential acquisition of MD Helicopters, Inc.

4. In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified no existing connections.

5. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or

interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8. The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm's current customary hourly rates, subject to change from time to time, are $360.00. The principal attorney designated to represent the Debtors and their current standard rates are:

> William R. Black -- $360,00 per hour

9. The Firm does not represent the Debtors on a contingency fee basis.

10. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and to cover fixed and routine overhead expenses.

11. It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, travel, postage, and courier charges, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

12. No representations or promises have been received by the Firm, nor by any principal thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

13. The Debtors owe the Firm $3,636.00 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**").

14. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

15. As of the Petition Date, the Firm was party to a legal services agreement with the Debtors. A copy of such agreement is attached as an exhibit to this Declaration.

16. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

17. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts

bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:09 May 2022

_William R. Black_
William R. Black
Attorney at Law / Solicitor

Law Offices of William R. Black
44 Panorama
Coto de Caza, CA 92679 USA
Telephone: (949) 888-7700
Facsimile: (949) 666-6333
Email: William.black@wblacklaw.com

## Schedule 1

## Potential Parties in Interest[1]

**1. Debtors**

MD Helicopters, Inc.                                  Monterrey Aerospace, LLC


**2. Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                             MD Helicopters B.V.
Zohar II 2005-1, Limited                              MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.                      Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3. Current Lenders and Related Parties**

Zohar III, Limited                                    Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                             Patriarch Partners III, LLC
MBIA Inc.                                             Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP                    Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4. Directors & Officers**

Alan Carr                                             YR Hladkyj
Barry Sullivan                                        Chris Jaran

**5. Former Directors & Officers**

Lynn Tilton

**6. Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7. Professionals**

Latham & Watkins LLP                                  Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                      Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                          Prime Clerk LLC)

---

[1] The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2] This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

**8.     Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson, PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

**9.     Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.

BBVA USA

**10.    Taxing Authorities**

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

| | |
|---|---|
| Georgia Department of Revenue | Polk County Sheriff's Office |
| Hawaii State Dept. of Taxation | Prince George's County, Maryland |
| Hexcel-Salt Lake City | Scottsdale Chamber of Commerce |
| Houston Police Foundation | Sonoma, County of |
| Idaho State Tax Commission | State Bar of California |
| Indiana Department of Revenue | State of Alabama |
| Indiana Department of Workforce Development | State of Arizona |
| Industrial Commission of AZ | State of California |
| International Association of Chiefs of Police | State of Connecticut |
| Leadville/Lake County Fire Department | State of Hawaii |
| Maricopa County | State of Idaho |
| Maricopa County Air Quality Department | State Of New Hampshire |
| Maricopa County Treasurer | State of Florida |
| Mesa Chamber of Commerce | State of Texas |
| Mesa Citizen Police Academy Alumni Association | State of Washington |
| | The Arizona Republic |
| Minnesota Department of Human Rights | The State Bar of California |
| Minnesota Department of Natural Resources | Treasurer, St. Louis County |
| National Sheriffs Association | Treasurer, City of Columbus |
| North Carolina Dept. of Revenue | United States Department of State |
| North Carolina Law Enforcement Association | United States Department of Transportation |
| Orange County Nameplate Co. | United States Department of the Treasury (IRS) |
| Oregon Department of Revenue | Virginia Department of Taxation |
| Oxford Police Department | Washington State Department of Revenue |
| PA Department of Revenue | Washington State Support Registry |
| Pasadena Police | Washington State Treasurer |

**11.  Litigation Parties**

| | |
|---|---|
| Aerometals, Inc. | Leanne Wilson |
| Aero Structural Services LLC | Maksym Czyżewski |
| Ahmet Yasin Vurucu | Mary Reed |
| Ali Cihan Vurucu | Mehmet Çalık |
| Ascent Helicopters Ltd. | Mehmet Kaya |
| Aysel Çalık | Michael Sandidge |
| Ayşe Çalık | Nihal Kaya |
| Boeing Company | Norbert Vergez |
| Cem Melekoğlu | Ocean View Helicopters Ltd. |
| Danica Redekopp | Philip Marsteller |
| Dean Gervais | Rex Kamphefner |
| Dennis Welsh | Robert Swisher |
| Dilay Şimşek | Rolls-Royce Canada Limited |
| Esra Can | Rolls-Royce Corporation |
| Fatma Vurucu | Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi |
| Galip Şimşek | |
| Helifly, nv. | Serpil Can |
| Honeywell International Inc. | Standard Aero Ltd. |
| Jason Knox | TAI – Turkish Aerospace Industries, Inc. |
| Kaman Aerospace Corp. | Temple Electronics Co., Inc. |
| Keira Knox | The State of the Netherlands |
| Korps landelijke politiediensten | The United States of America |

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12. Insurance Providers and Brokers

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West, Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13. Utilities

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14. Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish & Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force
Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

| | |
|---|---|
| Rotorcraft Support, Inc. | Tassoco S.a.r.L. |
| Rotor Resources, LLC | Tennessee Valley Authority |
| Rotortech Services, Inc. | Thoroughbred Helicopters |
| Ro-Wing Aviation, Inc. | Three H Top (Thailand) Co., Ltd. |
| Royal Jordanian Air Force | Trinity Aviation |
| Royal Saudi Land Forces | UAV Leasing Company |
| San Diego Sheriff Department | Unionlet Limited |
| Science and Engineering Services, LLC | U.S. Army |
| Seneka SpA | U.S. Army Special Operations |
| Silver Cloud One, LLC | U.S. Border Patrol |
| SilverStone Heintzberger Group | U.S. Drug Enforcement Administration |
| Snowball Management, LLC | Virginia Beach Police Department |
| South African Police | Von Suckow Trading Group |
| South Carolina Law Enforcement Division | Whiskey 500, LLC |
| Specialist Aviation Services Limited | Wilson Construction |
| St. Louis Police Department | Winco |
| Summit Helicopters, Inc. | Yulista Integrated Solutions, LLC |

**15.     Competitors**

| | |
|---|---|
| Airbus Helicopters SAS | Leonardo US Inc. |
| Bell Textron Inc. | Sikorsky Aircraft |

**16.     Significant Vendors[3]**

| | |
|---|---|
| Access Electronics | ASD Experts LLC (f/k/a The IPL Group) |
| Ace Tube Bending | Atos IT Outsourcing Services, LLC |
| ADT Commercial | Avibank Mfg Inc |
| Advanced Structural Technology | Axxeum, Inc. |
| Aero Dynamix Inc | B & N Aerospace |
| Aero Performance (fka Varga | BE Aerospace New Berlin |
| Aero Products Company | Bell Aeronautical Accessori |
| AeroControlex Group | Bloom Strategic Consulting Inc. |
| Afrilog Consultancy Limited | Boeing Distribution Inc.(fka aviall) |
| Ahlers Aerospace | Boeing Distribution Service |
| Allen Aircraft Pdcts Inc | Brown Aviation Tool Supply |
| Allied Fire Protection, Inc. | Brunner Aerospace, LLC |
| Allied Universal Corporation | Cal Labs Inc |
| All Views Corporation | Cal-Draulics Inc. |
| Alziebler, Inc. fka Joseph Alziebler Co | Canyon Inspection-Chandler |
| American Aircraft Products | Carl A. Schopfer |
| American Express Corporate | Carolina Ground Service Equipment Inc |
| Ametek Ameron LLC dba Mass | Carolina GSE |
| Apache Equipment Corporation | CEF Industries LLC |
| APL Access & Security, Inc. | Chard Snyder & Associates |
| Arizona Custom Brokers | Chrome Construction AZ LLC |
| Arizona Sealing Devices Inc | Churchill Navigation |
| Arkwin Industries Inc. | City of Mesa |
| ARX Consulting Group | Colinear |

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

### 17. District of Delaware Bankruptcy Judges

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

### 18. Clerk of Court and Deputy for the District of Delaware

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

### 19. Office of the United States Trustee

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

| | |
|---|---|
| James R. O'Malley | Edith A. Serrano |
| Michael Panacio | Rosa Sierra |
| Linda Richenderfer | Karen Starr |
| Juliet Sarkessian | Dion Wynn |
| Richard Schepacarter | |

20. **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

# LEGAL SERVICES AGREEMENT

This is a legal services agreement (The "Agreement") between MD Helicopters, Inc., an Arizona corporation, (hereinafter referred to as "Client") and William R. Black, Attorney at Law (hereinafter referred to as "Attorney").

1. **Matter covered:** Client retains Attorney to represent Client and provide such legal services and representation as are required by Client to support and participate in **ICC Arbitration No. 20932/GFG/FS** in furtherance of Client's needs (the "Services").

2. **Attorney Fees:**

a. Client agrees to pay Attorney the sum of three hundred sixty dollars ($360.00) per hour for a work to be undertaken by Attorney on Client's behalf (the "Attorney Fees"). The Attorney Fees shall be invoiced to Client on a monthly basis, with descriptions of the specific Services performed and the time associated with such Services billed in increments of one-tenth of an hour. Such invoices are due and payable upon receipt.

b. Client will be responsible to pay the necessary and reasonable expenses incurred by Attorney approved in advance by Client in performance of the Services (specifically, travel expenses, etc.) which will be billed to Client in Attorney's monthly invoices along with supporting receipts.

3. **Definitions:** For the purpose of this Agreement the following definitions will apply:

a. *Retainer:* a retainer is a non-refundable sum paid to the Attorney to induce him to take your case and represent you and as a result to refuse other cases and clients. *There is no retainer fee in this case.*

b. *Flat Fee:* a flat fee is a non-refundable sum agreed upon between the Attorney and Client as payment in full for services to be provided as stated in paragraph 1. In the event that Client should, for whatever reason, later choose not to proceed with either the development or distribution of the private offering of equity securities contemplated hereunder, no refund will be made to Client. *This is not a flat fee agreement.*

c. *Contingency fee:* a sum based upon the percentage of the funds recovered for Client. *This is not a contingency fee agreement.*

d. *Hourly fee:* a fee based upon an agreed upon amount for each hour the Attorney spends on behalf of Client. **This is an hourly fee agreement**

e. *Bonus:* a sum paid to the Attorney over and above any other fees. In order for an agreement to pay a bonus to be binding it must be agreed to by Client prior to the signing hereof. *There is no bonus agreed to in this case*

f. *Costs:* costs are those items of expense which will be incurred in order to pursue the purpose of the retention of counsel including, but not limited to filing fees, Franchise Tax Board fees, licensing fees, printing, postage, shipping costs, travel expenses or other out of pocket expense items.

4. **Services to be performed by attorney:** Attorney agrees to perform the legal Services reasonably required to prosecute Client's cause as specified in paragraph 1, hereof, keep Client informed of the progress, and respond to inquiries and communications.

5. **No guarantee as to result:** Client acknowledges that Attorney has made no guarantee on the results of the representation of Client.

6. **Representation of Adverse Interest:**

a. Client(s) is/are informed that the rules of Professional Conduct of the State Bar of California require, before an attorney may begin or continue to represent the client(s) when the attorney has or had a relationship with another party interested in the subject matter of the attorney's proposed representation of the client(s), that the attorney inform the client(s) in writing of the relevant circumstances and of the actual and foreseeable adverse consequences to the client(s).

b. Client(s) is/are further informed that the rules require that, before an attorney may represent a party who has, in a separate matter, an interest adverse to that of the attorney's clients(s) in a separate matter, the attorney obtain the informed written consent of both parties.

c. Attorney has no present or past relationship with any party or parties interested in the subject matter of Attorney's services for Client under this Agreement. In the event that Attorney enters into any relationship with a potentially adverse party, Attorney will advise Client of the party or parties and the extent and nature of the potential adverse interest.

7. **Arbitration:** The State Bar of California requires that the Client be informed that in the event of a dispute between the Attorney and Client, Client may seek to have the dispute resolved by arbitration rather than in a court of Law. By choosing to proceed by way of arbitration Client may be giving up his legal right to trial in a court of law and/or judicial review of any decision rendered by the arbitrator.

8. **No Malpractice Insurance:** The Attorney does not maintain malpractice or errors and omissions insurance.

9. **Notices:** All notices required or permitted to be given under this Agreement shall be in writing and delivered (a) by hand, (b) by certified mail, postage prepaid, return receipt requested, (c) overnight courier service, or (d) by electronic mail transmission, provided that the original is promptly transmitted by one of the foregoing methods, properly addressed as set forth below.

To Client:

MD Helicopters, Inc.
4555 East McDowell Road
Mesa, AZ 85215
Attn: Deputy General Counsel
Jeffrey.Adamcik@mdhelicopters.com

To Attorney:

William R. Black
Attorney at Law
44 Panorama
Coto de Caza, CA 92679
william.black@wblacklaw.com

10. **This document is a Contract:** Client understands that by signing this Agreement Client is making a contract between the Attorney and Client, and that this Agreement, once signed, is not a preliminary negotiation for a contract, but the final agreement of the parties hereto, Attorney and Client, and which can be changed only by a writing signed by both parties. Client also understands and agrees that as with any contract, both parties are entitled to be represented by an attorney of their own choosing. The failure of either party, Attorney or Client, to obtain the representation of an attorney concerning this contract is an express and knowledgeable waiver of the right to have an attorney represent them in the negotiation and signing of this Agreement.

IN WITNESS WHEREOF this instrument embodies the whole agreement between Client and the Attorney. There are no promises, terms or conditions, or obligations other than those contained herein; and this contract shall supersede all previous communications or representations or agreements either verbal or written between us.

Dated: 22 September 2020

William R. Black
Attorney at Law

I have read the foregoing and hereby agree to all of the terms set forth above.

MD HELICOPTERS, INC.

Dated: 30 Sept 2020

By: Jeffrey S. Adamcik
Name: Jeffrey S. Adamcik