IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.,*[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |
|  | : | **Related Docket No.: 245** |

### DECLARATION OF BARRY SULLIVAN IN SUPPORT OF DEBTORS' RESPONSE TO THE NETHERLANDS PHASE ONE STATEMENT UNDER THE FINAL DIP ORDER

I, Barry Sullivan, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. Since August 1, 2020, I have served as the Chief Financial Officer of MD Helicopters, Inc. ("**MDHI**") and its wholly-owned direct subsidiary Monterrey Aerospace, LLC ("**Monterrey**"), which are the debtors and debtors in possession (collectively, the "**Debtors**" or the "**Company**") in the above-captioned cases (collectively, the "**Chapter 11 Cases**").

2. As the Debtors' Chief Financial Officer, I submit this declaration (this "**Declaration**") in support of the Debtors' Response to the Netherlands Phase One Statement Under the Final DIP Order (the "**Response**").

3. I make this Declaration based on my own personal knowledge and belief, and upon documents and information available to me as the Debtors' Chief Financial Officer.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#126420417 v1

4.     Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Commercial Lease dated March 22, 1985, between MDHI (as successor in interest to Hughes Helicopters, Inc.) and the City of Mesa, which is an amended and restated version of the Commercial Lease dated March 28, 1983, between those same parties.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of the Commercial – Fixed Based Operator Lease, dated June 1, 1983, between MDHI (as successor in interest to Madison Aviation) and the City of Mesa.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of the Commercial Lease, dated as of October 1, 1986, between MDHI (as successor in interest to McDonnell Douglas Helicopter Company) and the City of Mesa.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the Quit Claim Deed to Improvements dated as of January 31, 2007, with Mesa as Grantor and MDHI as Grantee.

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the Quit Claim Bill of Sale dated as of January 31, 2007, with Mesa as Grantor and MDHI as Grantee.

9.     Attached hereto as **Exhibit 6** is a true and correct copy of the Lease Agreement dated as of September 1, 2017, between MDHI and Mesa Industrial Center Complex, LLC, with respect to building unit number 101.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of the Lease Agreement, dated as of May 1, 2017, between MDHI and Mesa Industrial Center Complex, LLC, with respect to building unit number 109.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of the Lease Agreement, dated as October 1, 2014, between MDHI and Mesa Industrial Center Complex, LLC, with respect to building unit number 125.

#126420417 v1

12. Attached hereto as **Exhibit 9** is a true and correct copy of the Falcon Hangar Rental Agreement, dated as of November 3, 2016, between MDHI and Falcon Hangar, LLC, with respect to Falcon Hangar No. 101.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the Falcon Hangar Rental Agreement, dated as of November 3, 2016, between MDHI and Falcon Hangar, LLC, with respect to Falcon Hangar No. 102.

14. Attached hereto as **Exhibit 11** is a true and correct copy of the Falcon Hangar Rental Agreement, dated as of August 9, 2017, between MDHI and Falcon Hangar, LLC, with respect to Falcon Hangar No. 103.

15. Attached hereto as **Exhibit 12** is a true and correct copy of the Falcon Hangar Rental Agreement, dated as of May 22, 2017, between MDHI and Falcon Hangar, LLC, with respect to Falcon Hangar No. 105.

16. Attached hereto as **Exhibit 13** is a true and correct copy of the Falcon Hangar Rental Agreement, dated as of May 22, 2017, between MDHI and Falcon Hangar, LLC, with respect to Falcon Hangar No. 106.

17. Attached hereto as **Exhibit 14** is a true and correct copy of the Credit Agreement, dated as of July 8, 2005, between Monterrey as guarantor, Ankura Trust Company, LLC as administrative agent for the Zohar Lenders, and Patriarch Partners Agency Services, LLC as administrative agent for the Patriarch Lenders

18. Attached hereto as **Exhibit 15** is a true and correct copy of the Prepetition First Lien Security Agreement, dated as of July 8, 2005, among MDHI and the other loan parties thereto.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of the Prepetition Notes Security Agreement, dated as of May 31, 2011, between MDHI and Ark Investment Partners II, L.P.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of the Prepetition Notes Security Agreement, dated as of May 31, 2011, between MDHI and Ark II CLO 2001-1, Limited.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of the Prepetition Notes Security Agreement, dated as of May 31, 2011, between MDHI and Zohar CDO 2003-1, Limited.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of the Prepetition Notes Security Agreement, dated as of May 31, 2011, between MDHI and Zohar II 2005-1, Limited.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of the UCC-1 financing statement filed by Ankura with the Arizona Secretary of State's office on July 12, 2005.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of the UCC-1 financing statement filed by Ankura with the Arizona Secretary of State's office on January 20, 2021.

Dated: May 13, 2022         */s/ Barry Sullivan*
      Mesa, Arizona               Barry Sullivan
                                   President and Chief Financial Officer

#126420417 v1