# EXHIBIT 20

PP#618-9635269

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
Corporation Service Company
c/o Tiffany Cerna
2338 W. Royal Palm Rd., Ste. J.
Phoenix, AZ 85021
```

HoldFor P/U

SECRETARY OF STATE

2005 JUL 12  PM 12: 37

FILED

200513727370

148

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MD Helicopters, Inc. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4555 East McDowell Road M615 | Mesa, | AZ | 83215-9734 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Arizona | 1g. ORGANIZATIONAL ID #, if any 08635334 | ☐ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Patriarch Partners Agency Services, LLC, as Agent | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 112 South Tryon Street, Suite 700 | Charlotte | NC | 28284 | USA |

4. This FINANCING STATEMENT covers the following collateral:

This Financing Statement covers all assets of the Debtor whether now owned or hereafter acquired and wherever located, and all proceeds thereof, including, without limitation, all of Debtor's right, title and interest in the Collateral described on Exhibit A attached hereto and made a part hereof.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | All Debtors | Debtor 1    Debtor 2 |

| 8. OPTIONAL FILER REFERENCE DATA |
|---|
| Filed with the Secretary of State of Arizona (2047.00036)    475276/01  ASY |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

57587

Arizona Uncertified Copy of Secretary of State

# EXHIBIT A

Debtor:                                    Secured Party:

**MD Helicopters, Inc.**                   **Patriarch Partners Agency Services, LLC, as Agent**
4555 East McDowell Road M615               112 South Tryon Street
Mesa, Arizona 85215-9734                   Suite 700
                                           Charlotte, North Carolina 28284

This Financing Statement covers all of Debtor's right, title and interest in and to the following, in each case, as to each type of property described below, whether now owned or hereafter acquired by the Debtor, wherever located and whether now or hereafter existing or arising, (collectively, the "Collateral"):

(a)    all equipment and machinery in all of its forms, including, without limitation, all production equipment, facility equipment, bar code systems, paint mixers, time clocks, work stands, pallet trucks, receiving equipment, warehouse racks, turret trucks data processing and computer equipment (whether owned or licensed), apparatus, installation facilities, satellites, tools, productions tooling, jigs and molds, phone systems, video equipment, tekscopes, digital air data test equipment, flight instrument test equipment, DGPS test systems, motor vehicles, vessels, aircraft, furniture and fixtures, and all parts thereof and all accessions thereto and all software related thereto, including, without limitation, software that is imbedded in and is part of the equipment, in each case wherever located, and whether on earth on in orbit; provided that the foregoing shall not include Aircraft in or any equipment, spare parts, accessories or accessories that may be installed on or made a part of any Aircraft (collectively, the "Equipment");

(b)    all inventory in all of its forms, including, without limitation, (A) all raw materials, work in process, finished goods and materials used or consumed in the manufacture, production, preparation or shipping thereof, (B) goods in which such Debtor has an interest in mass or a joint or other interest or right of any kind (including, without limitation, goods in which such Debtor has an interest or right as consignee), (C) goods that are returned to or repossessed or stopped in transit by such Debtor and (D) all Aircraft (including, without limitation, Eligible Aircraft, Eligible Recurring and Spares Inventory and Eligible Demonstrator Inventory), and all accessions thereto and products thereof and documents therefor, and all software related thereto, including, without limitation, software that is imbedded in and is part of the inventory (collectively, the "Inventory");

(c)    all rights, claims and benefits of such Debtor against any Person arising out of, relating to or in connection with Inventory or Equipment purchased by such Debtor, including, without limitation, any such rights, claims or benefits against any Person storing or transporting such Inventory or Equipment;

(d)    the following (collectively, the "<u>Security Collateral</u>"):

(i)    all Capital Stock of whatever class of any Person (including all additional Capital Stock acquired by such Debtor) and the certificates, if any, representing the same, and all dividends, distributions, return of capital, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such Capital Stock (collectively, the "<u>Pledged Equity</u>");

(ii)    the indebtedness owed to such Debtor (including all additional indebtedness from time to time owed to such Debtor), and the instruments, if any, evidencing such indebtedness, and all interest, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such indebtedness (collectively, the "<u>Pledged Debt</u>"); and

(iii)    all other investment property (including, without limitation, all securities (whether certificated or uncertificated), security entitlements, security accounts, commodity contracts and commodity accounts) in which such Debtor has now, or acquires from time to time hereafter, any right, title or interest in any manner, and the certificates or instruments, if any, representing or evidencing such investment property, and all dividends, distributions, return of capital, interest, distributions, value, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such investment property and all subscription warrants, rights or options issued thereon or with respect thereto;

(e)    all Accounts (as such terms as defined in the UCC), chattel paper (including, without limitation, tangible chattel paper and electronic chattel paper), instruments (including, without limitation, promissory notes), deposit accounts, letter-of-credit rights and general intangibles (as such term is defined in the UCC and including, without limitation, payment intangibles and all FAA Certificates issued by the FAA to any Debtor, including, without limitation, any Type Certificates of any Debtor, together with the underlying specifications, other data and other tangible and in tangible property or property rights related thereto), and other obligations of any kind, whether or not arising out of or in connection with the sale or lease of goods or the rendering of services and whether or not earned by performance, and all rights now or hereafter existing in and to all supporting obligations and in and to all security agreement, mortgages, Liens, leases, letters of credit and other contracts securing or otherwise relating to the foregoing property (collectively, the "<u>Receivables</u>");

(f)    the following (collectively, the "<u>Intellectual Property Collateral</u>"):

(i)    all United States, international and foreign patent, patent application, utility models, and statutory invention registrationa executed and delivered by such Debtor to the Secured Party from time to time), together with all reissues, divisions, continuations, continuations-in-part, extensions and reexaminations thereof, all inventions therein, all rights therein provided by international treaties or conventions and

all improvements thereto, and all other rights of any kind whatsoever of such Debtor accruing thereunder or pertaining thereto (collectively, the "Patents");

(ii)    all trademarks (including, without limitation, service marks), certification marks, collective marks, trade dress, logos, internet domain names, product configurations, trade names, business names, corporate names and other source identifies, whether or not registered, whether currently in use or not, including, without limitation, all common law rights and registrations and application for registration thereof, and all other marks registered in the U.S. Patent and Trademark Office or in any office or agency of any state or territory of the United States or any foreign country (but excluding any United States intent-to-use trademark application prior to the filing and acceptance of a Statement of Use or an Amendment to allege use in connection therewith to the extent that a valid security interest may not be taken in such an intent-to-use- trademark application under applicable law), and all rights therein provided by international treaties or conventions, all renewals of any of the foregoing, together in each case with the goodwill of the business connected therewith and symbolized thereby, and all rights corresponding thereto throughout the world and all other rights of any kind whatsoever of such Debtor accruing thereunder or pertaining thereto (collectively, the "Trademarks");

(iii)    all copyrights, copyright applications, copyright registrations and like protections in each work of authorship, whether statutory or common law, whether published or unpublished, any renewals or extensions thereof, all copyrights of works based on, incorporated in, derived from, or relating to works covered by such copyrights, together with all rights corresponding thereto throughout the world and all other rights of any kind whatsoever of such Debtor accruing thereunder or pertaining thereto (collectively, the "Copyrights");

(iv)    all proprietary information, including, without limitation, know-how, trade secrets, manufacturing and production processes and techniques, inventions, research and development information, technical data, plans, blueprints, designs, models, recorded knowledge, surveys, architectural, structural, mechanical and engineering plans and specifications, studies, reports and drawing, test reports, manuals, financial, marketing and business data, pricing and cost information, business and marketing plans and customer and supplier lists and information (collectively, the "Trade Secrets");

(v)    all software, including, without limitation, computer software programs and databases (including, without limitation, source code, object code and all related applications and data files), firmware, and documentations and materials relating thereto, and all rights with respect to the foregoing, together with any and all options, warranties, service contracts, program services, test rights, maintenance rights, improvement rights, renewal rights and indemnifications and any substitutions, replacements, additions or model conversions of any of the foregoing (collectively, the "Computer Software");

(vi)    all names, including, without limitation, combinations of words and abbreviations, that represent a uniquely identifiable internet protocol address of a World

Wide Web internet location and all registrations thereof, together with all rights corresponding thereto throughout the world and all other rights of any kind whatsoever of such Debtor accruing thereunder or pertaining thereto (collectively, the "Domain Names");

(vii)    all license agreements, permits, authorizations and franchises, whether with respect to the Patents, Trademarks, Copyrights, Trade Secrets, Computer Software or Domain Names, or with respect to the patents, trademarks, copyrights, trade secrets, computer software or other proprietary right of any other Person, and all income, royalties and other payments now or hereafter due and/or payable to such Debtor with respect thereto, subject, in each case, to the terms of such license agreements, permits, authorizations and franchises (collectively, the "Licenses"); provided, however, that to the extent that the consent of any other party to any of the Licenses is required, under the terms thereof, for the collateral assignment thereof, then this Agreement shall not affect any collateral assignment of (or otherwise be applied so as to cause a default under) such Licenses; and

(viii)    any and all claims for damages for past, present and future infringement, misappropriation or breach with respect to the Patents, Trademarks, Copyrights, Trade Secrets, Computer Software, Domain Names or Licenses, with the right, but not the obligation, to sue for and collect, or otherwise recover, such damages;

(g)    the following (collectively, the "Account Collateral"):

(i)    all deposit accounts;

(ii)    all promissory notes, certificates of deposit, deposit accounts, checks and other instruments from time to time delivered to or otherwise possessed by the Secured Party for or on behalf of such Debtor; and

(iii)    all interest, dividends, distributions, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of the Accounts;

(g)    all commercial tort claims;

(i)    all books and records (including, without limitation, customer lists, credit files, computer programs, software, printouts and other computer materials and records) of such Debtor pertaining to any of the Collateral;

(j)    all insurance policies, whether owned by or payable to such Debtor, insuring against any risk whatsoever (including, without limitation, casualty, property damage, liability and death), all loss proceeds and other amounts payable thereunder to such Debtor, any indemnity, warranty or guaranty in respect of the property insured thereby, and all eminent domain or similar proceeds or awards with respect thereto and all other rights of such Debtor with respect thereto (collectively, the "Insurance Receivables"); and

NY312003.1/2047-00036

(k)       all proceeds (as such term is defined in the UCC), products, offspring, rents, profits, royalties, revenues, issues, income, benefits, accessions, additions, substitutions and replacements of and to any of the property of such Debtor described in the preceding clause (a) through (n) of this Section (including, without limitation, all causes of action, claims, warranties and guaranties now or hereafter held by such Debtor in respect of any of the items listed above).

The terms below shall have the following meanings when used herein:

"Aircraft" means a completed or substantially completed aircraft now or hereafter owned by the Debtor or a Guarantor and shall include, without limitation, all existing and future airframes, engines, rotors and propellers, parts and other goods, accessions and property attached to, incorporated in, affixed to or used in connection with such aircraft.

"Airworthiness Certificate" mean, as to any Aircraft, an Airworthiness Certificate with respect to such Aircraft issued by the FAA pursuant to the Federal Aviation Act Laws.

"Capital Stock" means any and all shares, interests, participations or other equivalents (however designated) of capital stock of a corporation, any and all equivalent ownership interests in a Person (other than a corporation), including, without limitation, partnership interests and membership interests, and any and all warrants, rights or options to purchase or other arrangements or rights to acquire any of the foregoing.

"Eligible Aircraft" means Eligible Ship Ready Aircraft and Eligible Demonstrator Aircraft.

"Eligible Demonstrator Aircraft" means Aircraft manufactured and owned by the Debtor and used for demonstration purposes by Debtor in connection with the sale of Aircraft by the Debtor, as to which: (a) an Airworthiness Certificate exists, (b) an Aircraft Registration exists in favor of a Debtor, (c) an Aircraft Mortgage Recordation exists in favor of the Secured Party, for the benefit of the Lenders, and (d) such Aircraft is based and primarily used in the United States (as such is defined under the Federal Aviation Act Laws) and not registered in a foreign jurisdiction.

"Eligible Recurring and Spares Inventory" means finished aircraft rotors, fuselages, engines, engine mounts, fuel pumps, cowlings, appliances, flight instruments, accessories, avionics, (including, without limitation, raders, radar and navigations systems or electronic equipment) and other components and parts for Aircraft manufactured by Debtor or a supplier to Debtor and which Debtor holds for incorporation and assembly of Aircraft manufactured and sold by Debtor or for sale in the ordinary course of its business to third parties as replacement parts for completed Aircraft previously manufactured and sold by Debtor, which are not attached to, incorporated into or affixed to any Aircraft.

"Eligible Ship Ready Aircraft" means Aircraft, now or hereafter manufactured by Debtor, as to which: (a) manufacture and assembly of such Aircraft, including the installation and attachment of the appropriate aircraft engine or engines and instrumentation thereon, has been at

least eighty percent (80%) completed for delivery to a prospective buyer, subject only to the installation of certain nonessential components acceptable to Lenders, (b)(i) such Aircraft complies with the airworthiness requirements prescribed by the Federal Aviation Act Laws for the issuance of an Airworthiness Certificate or (ii) an Airworthiness Certificate has been issued and (c)(i) an Aircraft Registration exists for such Aircraft and (ii) an Aircraft Recordation exists in favor of the Secured Party, for the benefit of the Lenders.

"FAA" means the Federal Aviation Administration of the United States Department of Transportation, an agency of the United States of America, and any subdivision or office thereof, and any successor or replacement administrator, agency or other entity having the same or similar authority and responsibilities.

"FAA Certificates" means, collectively, all certificates required by the FAA and the Federal Aviation Act Laws for the manufacture, design, production, maintenance, use and/or sale of aircraft by the Debtor, including, without limitation, each Type Certificate, Production Certificate, Airworthiness Certificate, and Dealer's Aircraft Registration Certificate issued in favor of the Debtor or its successor and pursuant to a license relating thereto, as the same now exist or may hereafter be amended, supplemented, renewed, extended, reissued or replaced.

"Federal Aviation Act Laws" means Title 49 of the United States Code, as the same now exists or may hereafter from time to time be amended, modified, recodified or supplemented, together with all rules, regulations, procedures, orders, handbooks, guidelines and interpretations thereunder or related thereto.

"Lien" means any encumbrance, mortgage, pledge, hypothecation, charge, restriction or other security interest of any kind securing any obligation of any Person.

"Person" means and includes natural persons, corporations, limited partnership, general partnerships, limited liability companies, limited liability partnerships, joint stock companies, joint ventures, associations, companies, trusts, banks, trust companies, land trusts, business trusts or other organizations, whether or not legal entities, other legal entities and governmental bodies.

"Production Certificate" means a Production Certificate issued by the FAA to any Person pursuant to the Federal Aviation Act Laws certifying that the manufacturing, production, inspection and quality control capabilities of such Person to manufacture, produce and deliver airworthy aircraft comply with the requirements of the FAA Aviation Act Laws, as the same now exist or may hereafter be amended, modified, supplemented, renewed, reissued or replaced.

"Type Certificate" means, individually and collectively, any Type Certificates issued or assigned to the Debtor and pursuant to the Federal Aviation Act Laws certifying that the type design, operating limitations and certificate data sheets of certain aircraft models which are the subject of such type certificate comply with the requirements of the Federal Aviation Act Laws, as the same now exist or may hereafter be amended, modified, supplemented, renewed, reissued or replaced.

NY312003.1/2047-00036

"UCC" means the Uniform Commercial Code (or any similar or equivalent legislation) as in effect in any applicable jurisdiction.

Arizona Secretary of State

Uncertified Copy