# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Ref. D.I. 221 & 245 |

### DIP SECURED PARTIES JOINDER TO THE DEBTORS' RESPONSE TO THE NETHERLANDS PHASE ONE STATEMENT UNDER THE FINAL DIP ORDER

Bardin Hill Investment Partners LP and MB Special Opportunities Fund II, LP, each in their capacity as a DIP Lender (the "**DIP Lenders**") and Acquiom Agency Services LLC, in its capacity as DIP Agent (the "**DIP Agent**" and, together with the DIP Lenders, the "**DIP Secured Parties**") hereby submit this joinder (the "**Joinder**") to the *Debtors' Response to the Netherlands Phase One Statement Under the Final DIP Order* [D.I. 245 ] (the "**Debtors' Response**"), filed on May 13, 2022.[2]  In support of this Joinder, the DIP Secured Parties respectfully state as follows:

1. The DIP Secured Parties hereby join in the arguments raised in the Debtors' Response and expressly adopt, raise, and incorporate such arguments therein, as if fully set forth herein. Through this Joinder, and for the reasons set forth in the Debtors' Response, the DIP Secured Parties request that the Court enter an order (i) finding and concluding that (a) the Netherlands Lien did not attach to any assets of MDHI, and (b) to the extent the Netherlands' lien

---

[1] The two Debtors in these cases are MD Helicopters, Inc. ("**MDHI**") and Monterrey Aerospace, LLC ("**Monterrey**"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD HI's taxpayer identification number are 4088.  Monterrey has not been assigned a taxpayer identification number as of the date hereof.

[2] Unless otherwise noted, capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Response or the Final DIP Order (as defined herein), as applicable.

did attach to the Mesa Improvements, the Netherlands' lien is junior to the Prepetition Liens, and (ii) granting such other relief as the Court deems just and proper.

2. The DIP Secured Parties reserve the right to supplement and join in any other filings, participate in any discovery and presentation of evidence at any hearing on the Netherlands Brief and the Debtors' Response, as well as to present supplemental and further arguments at such hearing. Moreover, the DIP Secured Parties reserve all rights to fully participate in connection with the Phase Two Issues and the Phase Two Hearing (if applicable).

[*Remainder of Page Intentionally Left Blank*]

Dated: May 13, 2022            */s/ Morgan L Patterson*
                                            **WOMBLE BOND DICKINSON (US) LLP**
                                            Matthew P. Ward (Del. Bar No. 4471)
                                            Morgan L. Patterson (Del. Bar No. 5388)
                                            1313 Market Street, Suite 1200
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 252-4320
                                            Facsimile:  (302) 252-4330
                                            Email: matthew.ward@wbd-us.com
                                                          morgan.patterson@wbd-us.com

- and -

**ARNOLD & PORTER KAYE SCHOLER LLP**
Brian J. Lohan
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email: brian.lohan@arnoldporter.com

- and -

**ARNOLD & PORTER KAYE SCHOLER LLP**
Jeffrey A. Fuisz
Jonathan I. Levine
Robert T. Franciscovich
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: jeffrey.fuisz@arnoldporter.com
        jonathan.levine@arnoldporter.com
        robert.franciscovich@arnoldporter.com

*Counsel to Bardin Hill Investment Partners LP and the DIP Agent*

-and-

**BAKER & MCKENZIE LLP**
John R. Dodd
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900

Facsimile: (305) 789-8953
Email: john.dodd@bakermckenzie.com

-and-

**BAKER & MCKENZIE LLP**
Blaire A. Cahn
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel to MB Special Opportunities Fund II, LP*