**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
MD HELICOPTERS, INC., *et al.*,[1]                           :    Case No. 22-10263 (KBO)
                                                             :
       Debtors.                                           :    (Jointly Administered)
                                                             :
                                                             :    Ref. Docket Nos. 221 & 245
------------------------------------------------------------ x

**ZOHAR LENDERS' JOINDER TO DEBTORS' RESPONSE
TO THE NETHERLANDS PHASE ONE STATEMENT
UNDER THE FINAL DIP ORDER**

      Zohar III Limited, Zohar II 2005-1, Limited, and Zohar CDO 2003-1, Limited (collectively, the "Zohar Lenders") hereby join (this "Joinder"), adopt, and incorporate by reference the arguments asserted in the *Debtors' Response to the Netherlands Phase One Statement Under the Final DIP Order* [Docket No. 245] (the "Response"),[2] and request that the Court enter an order (i) finding and concluding that (a) the Netherlands Lien did not attach to any assets of MDHI, and (b) to the extent the Netherlands Lien did attach to the Mesa Improvements and the Mesa Improvements are fixtures, as the Netherlands contends, the Netherlands Lien is junior to the Prepetition Liens, and (ii) granting such other relief to the Zohar Lenders as the Court deems just and proper.

      The Zohar Lenders reserve their rights to: (i) supplement this Joinder; (ii) conduct discovery in connection with this matter; and (iii) participate in any hearing on the Netherlands Brief and the Response, including to make argument and examine any witnesses.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Response.

29339199.2

| | |
|---|---|
| Dated: May 13, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4421)<br>Ryan M. Bartley (No. 4985)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Elizabeth S. Justison (No. 5911)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         rpoppiti@ycst.com<br>         ejustison@ycst.com<br><br>*Counsel to the Zohar Lenders* |

29339199.2

2