## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MD HELICOPTERS, INC., *et al.*,[1] | ) | Case No. 22-10263 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on May 13, 2022, I caused a copy of the foregoing document, *Zohar Lenders' Joinder to The Netherlands Phase One Statement Under The Final DIP Order* [Docket No. 248], to be served via email upon the parties attached hereto as Exhibit A.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number is 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

# **EXHIBIT A**

In re: MD Helicopters, Inc., *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES TORRANCE | ATTN: MAYRA MONJARAS, SENIOR BUYER AND PAIGE NELSON, BUYER | 19815 MAGELLAN DRIVE | | TORRANCE | CA | 90502 | | 310-538-5380 | 310-323-2137 | MMONJARAS@ACECLEARWATER.COM PNELSON@ACECLEARWATER.COM |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT | 12734 BRANFORD ST | UNIT 12 | ARLETA | CA | 91331-4230 | | 818-896-9833 | 818-899-1754 | stephanie@alziebler.com |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602-4231 | | 312-583-2403 | 312-583-2360 | brian.lohan@arnoldporter.com |
| COUNSEL TO STALKING HORSE BIDDER, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | | 312-583-2403; 212-836-7010; 212-863-8000 | 312-583-2360; 212-836-8689; 212-863-8689 | brian.lohan@arnoldporter.com jonathan.levine@arnoldporter.com jeffrey.fuisz@arnoldporter.com robert.franciscovich@arnoldporter.com |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER, MEGAN KING, HR | 1707 GUENTHER RD. | | DAYTON | OH | 45417 | | 937-854-3037 | 937-854-3039 | sales@autovalve.com kingm@autovalve.com |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN | 452 FIFTH AVENUE | | NEW YORK | NY | 10018 | | 212-626-4695 | 212-310-1695 | blaire.cahn@bakermckenzie.com |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD | 1111 BRICKELL AVENUE | SUITE 1700 | MIAMI | FL | 33131 | | 305-789-8960 | 305-789-8953 | john.dodd@bakermckenzie.com |
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | | 212-504-6000 | 212-504-6666 | ingrid.bagby@cwt.com william.mills@cwt.com michele.maman@cwt.com |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR. | HERCULES PLAZA | 1313 NORTH MARKET STREET, SUITE 5400 | WILMINGTON | DE | 19801 | | 302-295-0191 | 302-295-0199 | chipman@chipmanbrown.com |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN | 25 MAIN STREET | P.O. BOX 800 | HACKENSACK | NJ | 07602 | | 201-489-3000 | 201-489-1536 | fyudkin@coleschotz.com |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | | 302-652-3131 | 302-652-3117 | npernick@coleschotz.com ddean@coleschotz.com preilley@coleschotz.com |
| TOP 30 UNSECURED CREDITORS | COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER, JAE CASTELLANA, VP | 7 WILSON DRIVE | | SPARTA | NJ | 07871 | | 973-300-1681 | 973-300-1683 | info@colinearmachine.com jae@colinearmachine.com |
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER | 3371 E. HEMISPHERE LOOP | | TUCSON | AZ | 85706-5011 | | 520-746-0270 | 520-746-0481 | DonMartin@ceiglobal.com |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT | 28909 AVENUE WILLIAMS | | VALENCIA | CA | 91355 | | 661-367-3300 | 661-294-1025 | schapman@crissair.com |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | 820 N. FRENCH STREET | | WILMINGTON | DE | 19801 | | 302-577-8200 | | jennifer.noel@delaware.gov |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN | 1251 AVENUE OF THE AMERICAS | 27TH FLOOR | NEW YORK | NY | 10020-1104 | | 212-335-4500 | 212-335-4501 | dennis.odonnell@us.dlapiper.com james.berger@us.dlapiper.com charlene.sun@us.dlapiper.com |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN | 1900 NORTH PEARL STREET | SUITE 2200 | DALLAS | TX | 75201 | | 214-743-4500 | 214-743-4545 | noah.schottenstein@us.dlapiper.com |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | 1201 NORTH MARKET STREET | SUITE 2100 | WILMINGTON | DE | 19801-1147 | | 302-468-5700 | 302-394-2341 | craig.martin@us.dlapiper.com |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 75 HAWTHORNE STREET | | SAN FRANCISCO | CA | 94105 | | 415-947-8000 | 415-947-3553 | r9.info@epa.gov |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER | VOIE DE LIEGE 33 | | HERSTAL | | 4040 | BELGIUM | 32-4-240-81-11 | 011-32-4-240-88-99 | customerservice@fnamerica.com |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1200 E. 151ST STREET | | OLATHE | KS | 66062 | | 913-397-8200 | 913-397-8282 | Chad.Meadows@garmin.com |

In re: MD Helicopters, Inc., *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER | 12902 SOUTH BROADWAY | | LOS ANGELES | CA | 90061 | | 310-523-2750 | 310-523-2745 | fpalminteri@helicoptertech.com |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER | 901 AVENUE T | SUITE 102 | GRAND PRAIRIE | TX | 75050 | | 972-988-8000 | 972-660-2670 | info@heritageaviationltd.com |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER | 8945 SOUTH FREEWAY | | FORTH WORTH | TX | 76140 | | 817-336-7411 | 817-336-7874 | info@howellinst.com repairs@howellinst.com hr@howellinst.com |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT | 8715 HARMON RD. | | FORT WORTH | TX | 76177 | | 817-491-6755 | 817-491-6759 | randy@iac-ltd.com |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JORDAN D. SEARLES | 55 EAST 52ND STREET | 17TH FLOOR | NEW YORK | NY | 10055 | | 212-257-5450 | 646-328-2851 | MDHelicoptersTeam@primeclerk.com serviceqa@primeclerk.com |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-906-1200 | 212-751-4864 | suzzanne.uhland@lw.com adam.ravin@lw.com brett.neve@lw.com tj.li@lw.com |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN | 141 MORSE DRIVE | | FAIRFAX | VT | 05454 | | 802-466-5118 | 802-528-8131 | sales@liquidmeasurement.com |
| COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF WESCO INSURANCE COMPANY | MAURICE WUTSCHER, LLP | ATTN: ALAN C. HOCHHEISER | 23611 CHAGRIN BLVD. SUITE 207 | | BEACHWOOD | OH | 44122 | | 216-220-1129 | 216-472-8510 | AHOCHHEISER@MAURICEWUTSCHER.COM |
| DEBTORS | MD HELICOPTERS, INC. | ATTN: Y.R. HLADKYJ | 4555 E. MCDOWELL ROAD | | MESA | AZ | 85215 | | | | yr.hladkyj@mdhelicopters.com |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com estodola@milbank.com aharmeyer@milbank.com |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | | 302-573-6491 | 302-573-6497 | joseph.mcmahon@usdoj.gov |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | 955 CENTER STREET NE | | SALEM | OR | 97301-2555 | | 503-378-4988 | | questions.dor@oregon.gov |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER & REBECCA L. STARK | 1200 K ST, N.W. | | WASHINGTON | DC | 20005-4026 | | 202-229-3581; 202-229-6569 | 202-326-4138; 202-326-4138 | neureiter.kimberly@pbgc.gov efile@pbgc.gov stark.rebecca@pbgc.gov |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER | 6600 E. 6TH STREET | | PRESCOTT VALLEY | AZ | 86314 | | 928-772-7605 | 928-772-7280 | michael.dailey@prescottaerospace.com |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | REESE MARKETOS LLP | ATTN: PETER D. MARKETOS, JOSHUA M. RUSS, BRETT S. ROSENTHAL | 750 NORTH SAINT PAUL STREET, SUITE 600 | | DALLAS | TX | 75201 | | 214-382-9810 | 214-501-0731 | pete.marketos@rm-firm.com josh.russ@rm-firm.com brett.rosenthal@rm-firm.com |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, AS ADMINISTRATIVE AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com haywood@rlf.com |
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT | 11616 HARRY HINES BLVD. | | DALLAS | TX | 75229 | | 972-241-2161 | 972-845-7857 | LRasmussen@RochesterSensors.com |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER, KRISTOFFER HALL | 2355 S. TIBBS | P.O. BOX 420 | INDIANAPOLIS | IN | 46241 | | 317-230-2000 | 317-230-3381 | Kris.Hall@Rolls-Royce.com |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA | 90 BROAD STREET, 23RD FLOOR | | NEW YORK | NY | 10004 | | 212-202-2600 | 212-202-4156 | ttrzaskoma@shertremonte.com |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER | 3631 E 44TH STREET | | TUCSON | AZ | 85713 | | 520-775-2211 | 520-300-7030 | info@soltecaz.com |
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT, LYNN CASA, ACCOUNTING | 183 PLAINS ROAD | P.O. BOX 470 | MILFORD | CT | 06460-3613 | | 203-878-4618 | 203-877-6927 | info@SpectrumCT.com lcasa@spectrumct.com |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVENUE | | PHOENIX | AZ | 85004-2926 | | 602 542-5025 | 602- 542-4085 | AGINFO@AZAG.GOV |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | CARVEL STATE BUILDING | 820 N. FRENCH STREET | WILMINGTON | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@delaware.gov |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | 1162 COURT ST. NE | | SALEM | OR | 97301-4096 | | 503-378-4400 | | Kristina.Edmunson@doj.state.or.us |

In re: MD Helicopters, Inc., *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | C/O DLA PIPER | ATTN: KATE L. BENVENISTE | 2525 EAST CAMELBACK ROAD, SUITE 1000 | PHOENIX | AZ | 85016-4232 | | 480-606-5100 | 480 606 5101 | KATE.BENVENISTE@DLAPIPER.COM DLAPHX@DLAPIPER.COM |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | ATTN: DANIEL J. CROWLEY, CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 899 CASSATT ROAD | #210 | BERWYN | PA | 19312 | | 610-251-1000 | 610-251-1555 | sbleeda@triumphgroup.com |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK | 1313 N. MARKET STREET | HERCULES PLAZA, SUITE 5100 | WILMINGTON | DE | 19801 | | 302-777-6500 | 302-421-8390 | david.stratton@troutman.com david.fournier@troutman.com evelyn.meltzer@troutman.com kenneth.listwak@troutman.com |
| TOP 30 UNSECURED CREDITORS | TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII ANONIM ŞIRKETI | ATTN: CAHIT BILGE AKAL | FETHIYE MAHALLESI HAVACILIK BULVARI, NO. 17 | | KAHRAMANKAZAN, ANKARA | | 06980 | TURKEY | + 90 312 811 18 00 | | CAKAL@TAI.COM.TR |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY | 1007 ORANGE ST, SUITE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY | 1000 LOUISIANA STREET, #2300 | | HOUSTON | TX | 77002 | | 713-567-9000 | 713-718-3300 | usatxs.atty@usdoj.gov |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION | ATTN: GLENN P. HARRIS | P.O. BOX 261 BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | 202-305-4207 | 202-481-2122 | glenn.p.harris@usdoj.gov |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), MB SPECIAL OPPORTUNITIES FUND II, LP, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | | 302-252-4320 | 302-252-4330 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com |
| MARICOPA COUNTY TREASURER | | ATTN: PETER MUTHIG | 225 W. MADISON STREET | | PHOENIX | AZ | 85003 | | 602-506-1923 | | MUTHIGK@MCAO.MARICOPA.GOV |