**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>MD Helicopters, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>Hearing Date: June 17, 2022<br>Hearing Time: 9:00 a.m. (ET)<br><br>**[Relates to Docket No. 28]** |

**MARICOPA COUNTY TREASURER'S OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to the *Motion of Debtors for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* (DE 104) (the "Sale Motion"). MCT objects to the Sale Motion and any Asset Purchase Agreement for the reasons set forth below.

**MCT's Claims**

On April 26, 2022, MCT filed its Secured Proof of Claim (the "MCT Claim") in the estimated amount of $65,730.88 for the 2022 personal property taxes on Debtors' personal property located at 4555 E. McDowell Road and 5000 E. McDowell Road in Mesa, Arizona. The MCT Claim relates to Debtors' business personal property, including

but not limited to, machinery, equipment, computers, furniture and fixtures, and mobile homes/structures. MCT holds an oversecured claim. 11 U.S.C. § 506. The taxes are secured by valid, binding, enforceable, non-avoidable and properly perfected liens on Debtors' personal property and the tax liens are prior and superior to any other liens of every kind and description regardless of when another lien attached. Arizona Revised Statutes ("A.R.S.") §§ 42-17153 and 42-19106. By statute, the tax liens cannot be discharged until the taxes and interest are paid in full or title to the property vests in a purchaser of the property for taxes. A.R.S. § 42-19106. Interest accrues, or will accrue, post-petition at the statutory rate of 16% per year simple, if not timely paid, until paid in full. *See* 11 U.S.C. §§ 506, 511 and A.R.S. § 42-18053.

Arizona law provides that the 2022 taxes are secured by liens on the property and are also a personal liability of the Debtors, and the Debtors' successors and assigns. A.R.S. §§ 42-17153(B) and 42-19117(A).

**Objections to the Sale Motion and Stalking Horse Agreement**

Under Arizona law, the MCT tax liens cannot be removed until the related taxes and any interest are paid in full. A.R.S. §§ 42-17153 and 42-19106. The Sale Motion states that the sale is to be free and clear of liens, claims, encumbrances, and other interests other than Permitted Liens and Assumed Liabilities (as such terms are defined in the Stalking Horse Agreement). (DE 28, p. 53, Item 71). The definition of Permitted Liens in the Stalking Horse Agreement includes statutory Liens for Taxes, assessments or other governmental charges or levies that are not yet due and payable or delinquent. (DE 28, Exhibit A, p. 13). The 1st half of the 2022 tax is not due and payable until October 1, 2022 and not delinquent until November 1, 2022. The 2nd half of the 2022 tax is not due and payable until March 1, 2023 and not delinquent until May 1, 2023. Therefore,

MCT's understanding is that the 2022 tax liens are Permitted Liens and will remain attached to the property after the sale. If that is not the intent of the sale parties, MCT objects.

MCT further objects to the Sale Motion unless any sale order provides that the Buyer is assuming liability for full payment of the 2022 taxes, including the taxes and any interest, if not timely paid, relating to the Pre-Closing and Post-Closing Tax Periods. The Stalking Horse Agreement provides that the Buyer is to assume only certain liabilities. Per the Stalking Horse Agreement, Assumed Liabilities include "any and all Liabilities for (i) Taxes that relate to the Purchased Assets or the Assumed Liabilities with respect to Post-Closing Tax Periods allocable to Buyer in accordance with Section 7.3(a)." (DE 28, Exhibit A, p. 22). While the Sellers/Debtors and Buyer may agree how to allocate payment of the 2022 taxes, MCT requests that any sale order state the Buyer is assuming liability for full payment of the 2022 taxes as those taxes come due and any accrued interest in the event the taxes are not timely paid on the due dates listed above.

WHEREFORE, MCT objects to the Sale Motion and the sale/transfer of the property and respectfully asks the Court to either deny the sale or to require any Sale Order to provide that (i) the full 2022 taxes shall be an Assumed Liability of the Buyer and shall be paid in full, including any accrued and accruing statutory interest, by the Buyer, and (ii) that the 2022 tax liens shall be retained on the property until the tax and any interest is paid in full.

DATED: May 17, 2022.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

/s/ Peter Muthig_____
PETER MUTHIG (AZ State Bar #018526)

3

Deputy County Attorney
CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-1923
*Attorney for Maricopa County Treasurer*

## **CERTIFICATE OF SERVICE**

I, Peter Muthig, hereby certify that, on May 17, 2022, I caused a copy of the foregoing Maricopa County Treasurer's Objection to Motion of Debtors for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases (DE 104) to be served electronically upon all counsel of record via CM/ECF.  In addition, on May 17, 2022, copies of the foregoing Objection were served upon the following parties in the manner indicated.

COPY of the foregoing e-mailed,
this 17th day of May, 2022, to:

Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov

Suzzanne Uhland
Adam S. Ravin
Brett M. Neve
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Email: suzzanne.uhland@lw.com
Email: adam.ravin@lw.com
Email: brett.neve@lw.com

| | |
|---|---|
| 1 | *Counsel for the Debtors* |
| 2 | David B. Stratton |
| | David M. Fournier |
| 3 | Evelyn J. Meltzer |
| | Troutman Pepper Hamilton Sanders LLP |
| | 1313 Market Street |
| 4 | Hercules Plaza, Suite 5100 |
| | Wilmington, Delaware 19801 |
| 5 | Email: david.stratton@troutman.com |
| | Email: david.fournier@troutman.com |
| | Email: evelyn.meltzer@troutman.com |
| 6 | *Counsel for the Debtors* |
| 7 | Michael Nestor |
| | Allurie Kephart |
| 8 | Young Conaway Stargatt & Taylor, LLP |
| | Rodney Square |
| | 1000 North King Street |
| 9 | Wilmington, DE 19801 |
| | Email: mnestor@ycst.com |
| 10 | Email: akephart@ycst.com |
| | *Counsel for the Stalking Horse Bidder* |
| 11 | |
| | Ingrid Bagby |
| | William Mills |
| 12 | Michele C. Maman |
| | Cadwalader Wickersham & Taft LLP |
| 13 | 200 Liberty Street |
| | New York, NY 10281 |
| 14 | Email: ingrid.bagby@cwt.com |
| | Email: william.mills@cwt.com |
| | Email: michele.maman@cwt.com |
| 15 | *Counsel for the Stalking Horse Bidder* |
| 16 | Brian Lohan |
| | Jonathan Levine |
| | Arnold & Porter Kaye Scholer LLP |
| 17 | 250 West 55th Street |
| | New York, NY 10019 |
| 18 | Email: brian.lohan@arnoldporter.com |
| | Email: jonathan.levine@arnoldporter.com |
| 19 | *Counsel for the Stalking Horse Bidder* |
| | Michael Nestor |
| 20 | Joseph Barry |
| | Ryan Bartley |
| 21 | Young Conaway Stargatt & Taylor, LLP |
| | Rodney Square |
| 22 | 1000 North King Street |
| | Wilmington, DE 19801 |
| | Email: mnestor@ycst.com |
| 23 | Email: jbarry@ycst.com |
| | Email: rbartley@ycst.com |
| 24 | *Counsel to the Zohar Lenders* |

5

G. David Dean
Norman L. Pernick
Daniel F.X. Geoghan
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: ddean@coleschotz.com
Email: npernick@coleschotz.com
Email: kdevanney@coleschotz.com
Email: dgeoghan@coleschotz.com
*Counsel to the Patriarch Lenders and PPAS*

Blaire A. Cahn
Andrew Sagor
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Email: blaire.cahn@bakermckenzie.com
Email: andrew.sagor@bakermckenzie.com
*Counsel to the DIP Lenders*

Morgan L. Patterson
Womble Bond Dickinson (US), LLP
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Email: morgan.patterson@wbd-us.com
*Counsel to the DIP Lenders*

Dennis F. Dunne
Eric K. Stodola
Andrew Harmeyer
Milbank LLP
55 Hudson Yards
New York, NY 10001
Email: ddunne@milbank.com
Email: estodola@milbank.com
Email: aharmeyer@milbank.com
*Counsel to Ankura*

                                              /s/ Peter Muthig
                                              Peter Muthig (AZ Bar No. 018526)