**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., et al., [1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: May 31, 2022 |

**DECLARATION IN SUPPORT OF EMPLOYMENT OF KOELLER, NEBEKER, CARLSON & HALUCK, LLP AS PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS**

I, David W. Kash, Esq. declare that the following is true to the best of my knowledge, information and belief:

1.      I am a partner of Koeller, Nebeker, Carlson & Haluck, LLP, located at 3800 N. Central Ave., 15th Floor, Phoenix, AZ 85012 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business (the "**OCP Order**").

2.      Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as legal counsel with respect to a broad range of aspects of the Debtors' businesses, including Corporate and General Liability Counsel, since 1999.

3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

(the "**Bankruptcy Code**") with respect to such matters.  Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: Statutory Agent, Corporate and General Liability Counsel.

4.     In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks.  The Firm's database contains information regarding present and past engagements.  I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties.   The Firm's search of the database identified the following connections: Wesco, Old Republic, AXA XL, Liberty Mutual, Hiscox Insurance Company Inc., National Union Fire Insurance Company of Pittsburgh (AIG), SwissRe and Zurich NA.

5.     To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged.  Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.  The Firm does not hold or represent an interest adverse to the estate and is a "disinterested person," as that term is defined in 11 U.S.C. § 101(14).

6.     As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.     Neither I, nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.     The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual

and necessary expenses and other charges incurred by the Firm. The Firm's current customary hourly rates, subject to change from time to time, range from $200.00 to $450.00. The principal attorney David W. Kash, Esq., designated to represent the Debtors and their current standard rates are: $350.00 per hour.

Associates $225.00 per hour, Paralegals and Law Clerks $150.00 per hour

9.      The Firm does not represent the Debtors on a contingency fee basis.

10.      The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective Jan. 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

11.      It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, such as photocopying, messenger and delivery service, research (including computer-assisted research), word processing, and recording and filing fees. Certain costs charged are comprised of direct costs and an allocation of indirect costs. Fees and expenses of third parties, such as title companies, appraisers, consultants or expert witnesses, will generally be your responsibility and billed directly to you, the client, and, in general, all identifiable expenses that would have not been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

12.      No representations or promises have been received by the Firm nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

13.      The Debtors owe the Firm $0 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**"). As of the Petition Date, the Firm held a prepetition retainer of $0.

14. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

15. The Firm received the following payments/transfers from the Debtors during the year prior to the Petition Date (list in grid/spreadsheet format: (i) invoice date; (ii) invoice amount; (iii) date(s) of service covered by invoice; (iv) payment date; and (v) payment amount. Retainers/draws thereon should be specifically noted as such. (**See attached**).

16. As of the Petition Date, the Firm was party to a services agreement with the Debtors. To the extent that such services agreement contains material terms which are not disclosed in the text of this Declaration, a copy of such agreement is attached as an exhibit to this Declaration; see attached example containing standard terms of agreement.

17. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

18. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 17, 2022.


  _/s/ David W. Kash, Esq._
David W. Kash, Esq.
Partner
Koeller, Nebeker, Carlson & Haluck, LLP
3800 N. Central Avenue, 15th Floor
Phoenix, AZ 85012
Phone: 602-256-0000
Fax: 602-256-2488
Email: David.kash@knchlaw.com

## Schedule 1

### Potential Parties in Interest[1]

**1.    Debtors**

MD Helicopters, Inc.                           Monterrey Aerospace, LLC


**2.    Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                 MD Helicopters B.V.
Zohar II 2005-1, Limited                      MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.          Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.


**3.    Current Lenders and Related Parties**

Zohar III, Limited                               Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC             Patriarch Partners III, LLC
MBIA Inc.                                          Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP     Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited


**4.    Directors & Officers**

Alan Carr                                          YR Hladkyj
Barry Sullivan                                   Chris Jaran


**5.    Former Directors & Officers**

Lynn Tilton


**6.    Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.


**7.    Professionals**

Latham & Watkins LLP                       Troutman Pepper Hamilton Sanders LLP
Moelis & Company                             Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                  Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP

White & Case LLP

Milbank LLP

Arnold & Porter Kaye Scholer LLP

FTI Consulting

Cadwalader Wickersham & Taft LLP

Cole Schotz P.C.

Crowell & Moring LLP

Joele Frank, Wilkinson Brimmer Katcher

Halunen Law PLLC

Reese Marketos LLP

Warren Benson Law Group

Mastando & Artrip LLC

8.    **Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP

Daugherty, Fowler, Peregrin, Haught & Jenson, PC

Cooley LLP

Crowe & Dunlevy

Dentons US LLP

Gibson, Dunn & Crutcher LLP

Hartzog Conger Cason LLP

Koeller, Nebeker, Carlson, Haluck, LLP

Loyens & Loeff N.V.

Mark Barnes & Associates

Maynard Cooper & Gale P.C.

Moctezuma Castro Abogados

Moss Adams LLP

Ogletree Deakins

Onsager Werner & Oberg PLC

Shackelford, Bowen, McKinley & Norton, LLP

Simpson Thacher & Bartlett LLP

Snell & Wilmer LLP

William R. Black

9.    **Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.

BBVA USA

10.    **Taxing Authorities**

Arizona Corporation Commission

Arizona Department of Revenue

Arizona Department of Environmental Quality

Arizona Department of Transportation

Arizona Escrow & Financial Corp.

Arizona Secretary of State

Assistant Commissioner for Patents

Bodycote-Haltom City

Bureau of Alcohol, Tobacco, Firearms and Explosives

Bureau of Customs and Border Protection

California Police Chiefs Association

California State Disbursement Unit

California State Sheriff's Association

CFE – South Carolina

City and County of Honolulu

City of Atlanta

City of Columbus – Treasurer – Police

City of Glendale

City of Indianapolis/Marion County

City of Phoenix

City of San Diego/IACP 2000

City of San Diego-Treasurer's Office

City of Santa Monica

City of Westfield

CNLC Procurement Department

Colorado State Treasurer

Commissioner of Patents & Trademarks

Commissioner of Revenue Services (CT)

Controller (Nebraska)

Commonwealth of Virginia

County of Lethbridge

Defense Finance and Accounting Officer

Defense Finance and Accounting Service

Defense Procurement Agency

Delaware Secretary of State

Department of Labor & Industries - Washington

Department of Revenue - Arizona

Department of Revenue - Connecticut

Department of Revenue - Georgia

Department of Toxic Substances Control

Department of Transportation

DISAM / Treasurer of the United States

DTSC Accounting

European Aviation Safety Agency

Federal Aviation Administration

Florida Department of Revenue

Franchise Tax Board (Sacramento, CA)

2

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
   Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

11.    **Litigation Parties**

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
   Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı

William Reed

Tuşaş - Türk Havacılık ve Uzay Sanayii A.Ş.

Zeynep Çalık

## 12. <u>**Insurance Providers and Brokers**</u>

Allianz Aviation Limited

AmTrust North America

Ascot Insurance Company

AXA XL – Professional Insurance

Blue Cross Blue Shield of Arizona

CAC Specialty

Cigna International

Fidelity Security Life Insurance

GeoBlue/Worldwide Health

Hiscox Insurance Company Inc.

Liberty Mutual

Lloyd's

Mutual of Omaha Inc.

National Union Fire Insurance Company of
   Pittsburgh (AIG)

North American Elite Insurance Company

Ohio Security Insurance Company

Old Republic Insurance Company

RSUI Indemnity Company

R-T Specialty – Chicago ProExec

Starr Indemnity & Liability Company

Steadfast Insurance Company

SwissRe

Wesco Insurance Company

Willis Limited

Willis Towers Watson

Willis Towers Watson Insurance Services West,
   Inc.

X.L. America, Inc.

XL Specialty Insurance Company

Zurich NA

## 13. <u>**Utilities**</u>

AirGas

AmeriGas

Avfuel Corporation

Cox Communications

Skyline Mechanical Services

SRP (Salt River Project)

Verizon

Waste Management

## 14. <u>**Customers, Licensors, and Other Key Contractual Counterparties**</u>

AAL USA, Incorporated

ACT Aerospace

Aerial Solutions

Aero Asahi Corporation

Aerocentro de Servicios C.A.

Aeromundo Ejecutivo S.A. de C.V.

Aero Partners, Inc.

AEW Company

Afghanistan Air Force

Agusta S.p.A.

A&H Aviation, S.A.

Aircraft Technical Publishers

America SWAT Store CIA LTDA

American Intelligence Group Security
   Management SA

Argentina Air Force

Army Contracting Command-Redstone

Ascent Helicopters

Asesorias y Representaciones para Ingeniera –
   Aserpa S.A.S.

Asian Aerospace Corporation

Atlanta Police Department

Avion Pacific Ltd

Bank of the West Equipment Finance (BNP
   Paribas Group)

Belgium Federal Police

Black Hall Aerospace, Inc.

Blasé Aviation

Brim Aviation

State of California – Department of Fish &
   Wildlife

Cascade Airframe Repair, Inc.

Certerian EWS SAS

Chard Snyder & Associates LLC

Chatham County Mosquito Control

Chautauqua County Sheriff Department

Chilean Army

City of Huntington Beach

Cleveland Police Department

Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

5

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.    **Competitors**

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.    **Significant Vendors**[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

7

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

17.     **District of Delaware Bankruptcy Judges**

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

18.     **Clerk of Court and Deputy for the District of Delaware**

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

19.     **Office of the United States Trustee**

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

8

James R. O'Malley                        Edith A. Serrano
Michael Panacio                          Rosa Sierra
Linda Richenderfer                       Karen Starr
Juliet Sarkessian                        Dion Wynn
Richard Schepacarter

**20.    Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

9

## Invoice Inquiry Report

Last Payment (02/03/2022): 188.87

DAVID KASH MATTERS / MD Helicopters-Gen. Litigation @ (953-8)

| Invoice Date | Invoice Amount | Dates of Service | Payment Date | Payment Amount | Billed |
|---|---|---|---|---|---|
| 04/14/2021 | $ 105.00 | 03/01/2021 to 03/31/22 | | | $ 105.00 |
| | | | 6/18/2021 | $ 105.00 | |
| 05/12/2021 | $ 105.00 | 04/01/2021 to 04/30/21 | | | $ 105.00 |
| | | | 6/18/2021 | $ 105.00 | |
| 07/15/2021 | $ 1,610.00 | 06/01/21 to 06/30/21 | | | $ 1,610.00 |
| | | | 9/27/2021 | $ 1,610.00 | |
| 08/18/2021 | $ 643.53 | 07/01/21 to 07/31/21 | | | $ 643.53 |
| | | | 9/27/2021 | $ 643.53 | |
| 12/09/2021 | $ 595.00 | 11/01/21 to 11/30/21 | | | $ 595.00 |
| | | | 1/13/2022 | $ 595.00 | |
| 01/16/2022 | $ 188.87 | 12/01/21 to 12/31/21 | | | $ 188.87 |
| | | | 2/3/2022 | $ 188.87 | |
| 04/19/2022 | $ 665.00 | 03/01/22 to 03/31/22 | | | $ 665.00 |
| | | | | $ 3,247.40 | $ 3,912.40 |

Keith D. Koeller ·
William V. Nebeker · ‡
Robert C. Carlson · †
William L. Haluck ·
Lynn Bouslog (1953-1997)
Edward W. Schmitt
Ellen E. Hunter (1951-2016)
Megan K. Dorsey · *†
Mark D. Newcomb · †
Robert A. Fisher II ·
Martha J. Dorsey · †
Erik R. Mussuilan ·
Jerome R. Satran ·
Jay M. Bulger · †
Gary L. Hoffman ·
Sharon A. Huerta ·
Jason W. Williams · †
Zahnie L. Soe Mynit ‡
John P. Donovan · o
Troy G. Allen ‡
Ian P. Gillan † ^
John R. Haluck ·
Christopher J. Grossi · o
Chad N. Dunigan · †^
Judith A. Downs · ‡
Maria A. Plese ·
Tracy L. Hughes ·
Andrew C. Green †o
Jiria L. Bergstrom · †
Jeffrey M. McConnell ·
Valerie Edwards ‡ ^
Stephanie L. Young · †
Karl J. Cruse ‡
Fort A. Zackary. Jr ·
Richard G. Somes ·
Peter W. Dye ·
Daril M. Miller ·
David W. Kash ‡
Nirk H. Hays ‡
Michael P. Zech · o
Sarah P. Long · †
Alicia A. Young †
Andre C. Robin ·
Richard D. Young †
Douglas C. Koeller ·
Michael Rossiter ·
Ryan T. Antes ·
Lara Z. Morfarty ·
Zachary M. Schwartz ·
Jason Rose · o†
Michael J. Logan ·
Jonn H. Cane ‡
James M. O'Brien · ‡
Scott A. Davis ·
Eileen C. Luttrell †
John M. Stecht †
William A. Trotter ·
Brandon T. Kerr ·
Kelly C. Gales ·
Katherine E. Carlson ·
Kira N. Barrett ‡
Meuan D. Barnett ·
Bryan T. Bjorge ·
Stephanie A. Shaner ·
Justin M. Leise ^
Erin P. Myers ·
Caroline S. Roske †
Mary C. Coombe ·
Stacy N. Junco ^
Alana P. Zech ·
Katherine L. Klapsa ^
Rikki J. Hevrin †
Denise Cespedes ·
Lakeysla P. Beenie ·
Ryan C. Brooks ·
Stacy G. Falloon ·
Eric C. Brumfield ·
Sandeep K. Uppal ·
Gregory K. Koeller ·
Kareem Sassousian ·
Apra M. Cristiai ·
Grace C. Pak ·
Lane C. Hilton ·
Michael T. Hua †
Wesley M. Cox †
Stephanie N. Aden ·

Of Counsel
Dennis F. Wheeler ·

Director Of Client Relations
Marcia A. Cullen

Licensed To Practice In
· California
† Arizona
† Nevada
^ Florida
o Texas



# KOELLER | NEBEKER | CARLSON | HALUCK LLP

September 13, 2018

***VIA ELECTRONIC MAIL ONLY***

William R. Black, Esq.
Vice President and General Counsel
MD Helicopters, Inc.
4555 E. McDowell Road
Mesa, AZ 85215
william.black@mdhelicopters.com

Re:     ***MD Helicopters General***
***Aerometals Parts Litigation***
***Boeing (AH61) / MDHI (MELB)***
***KNCH File Nos.: TBD***

Dear Mr. Black:

You have asked this firm to represent MD Helicopters, Inc. ("MDHI") on certain legal matters that will be described below. We are happy to do so under the terms and conditions of this engagement letter.

The Rules of Professional Conduct adopted by the Arizona Supreme Court recommend that attorneys provide their clients with written fee agreements in an effort to avoid the possibility of misunderstandings. We believe this recommendation to be extremely sound. This letter will confirm the terms and conditions under which this firm will undertake the representation that MDHI has asked us to undertake. We ask you to read this letter carefully, and if it accurately sets forth the terms of our firm's engagement, sign the enclosed copy and return it to us. As this letter will set forth the agreement between us, we urge MDIII to consult with an independent legal advisor if MDHI has any concerns.

## SCOPE OF REPRESENTATION

You have first asked us to provide legal advice and representation to MDHI in connection with Aerometals Parts Litigation and the Boeing (AH61)/MDHI (MELB) matters. Because I have performed legal services for MDHI since 1999, I have maintained several separate files for MDHI. This engagement letter can be referenced for this and future projects.

William R. Black, Esq.
MD Helicopters, Inc.
KNCH Engagement Letter
September 13, 2018

Please bear in mind that we cannot promise or guarantee the outcome of this or any other matter.

Although the preceding paragraph sets forth our understanding of the scope of our engagement, it has been our experience that clients often ask us to undertake work outside of the initial scope of engagement. When we mutually agree to extend the scope of engagement, we typically do not amend our initial letter of engagement unless requested to do so by the client. This agreement shall be deemed to be a continuing agreement in that if at any time the firm advises or represents MDHI in connection with any matters other than those set forth, that representation shall be upon the same conditions and at the same fees as those expressed herein, unless we both agree in writing to the contrary. Of course, the firm reserves the right to decline representation at any time.

## CONFLICTS AND POTENTIAL CONFLICTS

We have performed a formal conflicts check within our office based upon our understanding of the matters for which we have been engaged and the names of interested parties that MDHI provided to us. Based upon our search for the names of adverse parties, we have found no apparent conflicts relative to these representations.

We represent many other clients on a broad range of matters and it is sometimes difficult to identify a conflict or potential conflict, particularly at the outset of a representation. If we become aware of a conflict, we will discuss it with you. We reserve the right to withdraw from representation if we feel that we cannot properly represent the client's interests. Likewise, if we at any time during the representation determine that our representation would conflict with our previous representation or existing relationship with other clients, we reserve the right, after discussion with you, but in our sole professional judgment, to withdraw from the representation. If at any time during our representation, you have any questions or concerns regarding our firm's representation of MDHI's interests, you agree to bring those matters to our attention as soon as possible so that we may address and resolve them immediately.

We also reserve the right to represent other new clients in any matter that is not substantially related to our work on your matters, even if the interests of such clients in other matters are adverse to MDHI. We agree that your prospective informed consent to conflicting representation described in this paragraph will not apply in any instance in which, as a result of our representation of MDHI, we have obtained sensitive, proprietary or otherwise confidential information that, if known to any other client, could be used in any matter by that client to your disadvantage.

## FEES AND COSTS

Fees for services rendered will be based on the reasonable value of those services in accordance with the Arizona Rules of Professional Conduct. Those fees will be based primarily on our hourly billing rates. My firm's hourly rates range from $200.00 to $450.00. My billing rate for this matter will be at the rate of $350.00 per hour. Billing rates generally depend on the

2

William R. Black, Esq.
MD Helicopters, Inc.
KNCH Engagement Letter
September 13, 2018

---

attorney's years of experience, and the firm adjusts those rates from time to time, generally on a yearly basis. Other factors may be taken into consideration in determining our fees, including the difficulty, novelty and complexity of the legal issues involved; the skill required to perform the services in a competent manner; fees customarily charged in this area for similar legal services; the time constraints imposed by the client or by the circumstances; the amount involved; and the benefit resulting to the client. The firm periodically revises its fee schedule. This agreement is intended to allow such increases in rates charged by the firm without further notification to you, other than as reflected in monthly statements rendered by the firm.

Although I will be the attorney primarily responsible for this engagement, various portions of this matter may be delegated to other attorneys in the firm. An associate may be assigned to work on this matter, and I will delegate specific tasks to him as appropriate. The hourly rate for our associates currently is $225.00. In addition, in an effort to reduce legal fees, we use paralegal personnel when they can capably and efficiently handle portions of matters. Time devoted by paralegals and law clerks will be charged at the rate of $150.00 per hour.

The time for which MDHI will be charged will include, without limitation, telephone and office conferences, factual and legal research, drafting of legal documents, e-mails, letters and other documents, and travel time. Time is generally kept and charged in increments of one-tenth of an hour, although we can make other arrangements should you so require. Prior to sending statements, we carefully review them for accuracy and to assure that work is being performed in an efficient manner.

In addition to our fees, we will bill you for costs and expenses incurred in performing services, such as photocopying, messenger and delivery service, research (including computer-assisted research), word processing, and recording and filing fees. Certain of the costs charged are comprised of direct costs and an allocation of indirect costs. Fees and expenses of third parties, such as title companies, appraisers, consultants or expert witnesses, will generally be your responsibility and billed directly to you, the client.

Fees and expenses will generally be billed monthly and are payable upon your receipt of our billing statement. We ask (and expect) that bills be paid promptly, as delayed payment adds to our overall cost of providing legal services. You agree that you will review our statements carefully upon receipt and notify us immediately if you have any questions or concerns. If we do not hear from you within 15 days after the statement is mailed or otherwise transmitted, we will assume that the statement is acceptable to MDHI as fair and reasonable. If you do have any questions or concerns, we agree to respond to your inquiries or concerns immediately. It is extremely important to our relationship and our ability to represent MDHI in these matters that any questions or concerns over our billing statements be resolved immediately.

## COSTS

MDHI agrees to pay for all actual out-of-pocket costs we incur on MDHI's behalf. Typical costs include: filing fees, service of process, depositions, expert witness fees, travel expenses, outgoing fax, UPS, courier services, delivery charges, and photocopying, scanning,

William R. Black, Esq.
MD Helicopters, Inc.
KNCH Engagement Letter
September 13, 2018

---

and printing. We do not charge clients for long distance telephone calls and we do not charge clients for routine use of databases (such as Lexis and Westlaw). We may request prepayment of certain fees and costs before undertaking services.

## FEE SHIFTING

If the matter for which MDHI has retained us is one in which lawyers' fees may be recovered by one party from the other, regardless whether fees are awarded, you are responsible for all fees owing under the terms of this fee agreement. If appropriate, we will press a claim asking the Court to award your fees incurred in this matter. Please also understand that the other party may attempt to shift their fees to you. Moreover, the provisions under which a Court may shift fees generally leaves that decision to the discretion of the Court to decide whether, and in what amount, to award fees.

## DEPOSIT

It is this firm's policy to obtain a deposit for payment of fees from clients. We will not require a deposit from MDHI. If the scope of our representation increases, we may request a deposit for payment of fees. Any remaining balance, either at the end of the engagement or upon its termination, will be returned to MDHI. Although MDHI agrees to pay each of our statements for services upon receipt, we reserve the right to apply any part of the deposit to pay fees owed by MDHI to the firm on this matter, and, by your signature below, you authorize the firm to apply all or part of the deposit in payment of fees earned by the firm without further instruction or authorization from MDHI. We reserve the right to request additional deposits in the future if, in our judgment, they are necessary, and to suspend or discontinue our representation of MDHI until the additional deposit has been received.

## ELECTRONIC COMMUNICATIONS AND DATA RETENTION

We communicate from time to time with our clients via facsimile, mobile telephone, and e-mail. No form of communication is completely secure and these forms of communication have some risk of improper interception even though our firm maintains reasonable security measures to assure the confidentiality of your information. We retain many file documents and data in electronic format only. These documents and data may be stored on a remote secure third party server hosted through the internet. Accordingly, unless you instruct us that you prefer to receive only a paper copy in the mail and do not wish to communicate by e-mail, we will send you each document that is relevant to your matter by e-mail as a scanned document in "pdf" or "tif" format. You are responsible for providing us with an e-mail address that you want us to use for correspondence related to the representation. You should check that e-mail address regularly. We will assume that third parties (e.g., employers or family members) do not have access to that e-mail address so that you can receive confidential correspondence from us at that address. We also will assume that you are receiving and reviewing our e-mails at that address unless you alert us to an issue. Please be certain that your e-mail filters do not block e-mails from our office and that the allowable size of incoming e-mails is sufficient to accept e-mails from us with attachments. *It is important that you retain all communications from and to us,*

4

William R. Black, Esq.
MD Helicopters, Inc.
KNCH Engagement Letter
September 13, 2018

*including e-mails and attachments to e-mails. These are being tendered to you as your file for this matter.* You are responsible for maintaining your own copy of the file. At the conclusion of the representation we will confirm that you have a complete file and we will maintain our electronic copy of your file for three years, at which time it may be destroyed without further notice.

## CLIENT FILES AND FILE MAINTENANCE

During the time of our representation, we will maintain a file relating to MDHI legal matters. That file may include hard copies and an electronic file. During our representation, our firm will furnish you either mailed hard copies or e-mailed copies of all important documents, pleadings, and correspondence. At the conclusion of the representation, we will make a hard copy of our file available to you for 60 days, then our hard copy will be destroyed. The file will be kept electronically. If you timely request and take possession of the hard copies of your file, information will no longer be available through our firm. By signing this fee agreement you agree that the hard copies of the file may be destroyed 60 days after our representation ends, and the electronic copy of your file may be destroyed after three years.

We intend to maintain records electronically and by use of digital images and do not intend to retain paper copies of documents, unless required by rule or statute. You may obtain paper copies of documents in your file upon request to us as stated above, with reasonable notice. By signing this fee agreement, you consent to us maintaining your file electronically.

## RETENTION OF FILES AND FILE DESTRUCTION

Given the number of client matters the firm handles, the indefinite retention of each client's file is impractical. Therefore, once MDHI's legal matters are completed, the file will be considered "closed" by the firm and maintained in an electronic format only. MDHI is entitled to obtain a copy of the file at any time, however, given the firm's routine practice of copying clients with correspondence, pleadings and documents, the firm will only copy those documents MDHI has not already been sent. Original documents with intrinsic value will be returned to MDHI upon the closing of the file. If you need another copy of your file after receiving copies from the firm, you will be charged for the cost to reproduce the file. By executing this Agreement, you give the firm your permission to destroy the file, including electronic copies, once it has remained closed with no material activity, for a period of three years.

## CLIENT RESPONSIBILITIES

We cannot effectively represent MDHI without your cooperation and assistance. MDHI agrees to cooperate fully with us and to provide promptly all information known or available to us that is relevant to our representation. MDHI's obligations include timely providing requested information and documents, assisting in discovery, disclosure and trial preparation, cooperating in scheduling and related matters, responding timely to telephone calls and correspondence, and informing us of changes in your address and telephone numbers.

## SETTLEMENT

William R. Black, Esq.
MD Helicopters, Inc.
KNCH Engagement Letter
September 13, 2018

We will not enter into a settlement without your consent.

## TERMINATION OF REPRESENTATION AND POST-REPRESENTATION MATTERS

Either party may terminate the representation at any time, subject to our obligations under the Rules of Professional Conduct and the approval of the court if the matter is in litigation. Unless previously terminated, our representation will terminate upon sending the final billing invoice. MDHI is engaging us to provide legal services in connection with the specific matter identified in this agreement. Unless MDHI retains us to provide additional advice or services, MDHI understands we have no continuing obligation to represent you.

## WITHDRAWAL FROM REPRESENTATION

If billed amounts are not paid when due, you agree that the firm has the right to postpone or defer providing additional services, or to withdraw from the engagement upon providing you with reasonable notice of our intent to do so.

As our client, MDHI will have the right at any time to terminate our services and representation upon written notice to the firm. However, termination will not affect your obligation to pay for all services rendered and costs advanced or incurred on your behalf prior to the date of termination. In addition, it is understood that our representation is limited to pursuing the interests of MDHI only, and we disclaim the representation of any other person or entity in connection herewith.

If the foregoing terms are acceptable, please sign and return to me a copy of this letter to confirm your agreement to the foregoing. If you ever have any questions regarding any of these terms, or any billing statement or other matters related to our representation, please feel free to call me. My telephone number is 602.256.0000. I look forward to working with you in these matters and thank you for your confidence in our firm.

Sincerely,

Koeller Nebeker Carlson & Haluck, LLP

David W. Kash
david.kash@knchlaw.com

6

William R. Black, Esq.
MD Helicopters, Inc.
KNCH Engagement Letter
September 13, 2018

I agree to the foregoing and authorize Koeller Nebeker Carlson Haluck, LLP to represent MDHI in connection with the above-referenced matters.

**MD HELICOPTERS, INC.**

**William R. Black**
**Vice President & General Counsel**

7