**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | Objection Deadline: June 1, 2022 |
| ------------------------------------------------------ x | | |

**DECLARATION IN SUPPORT OF EMPLOYMENT OF**
**SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP AS**
**PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS**

I, David T. Norton, declare that the following is true to the best of my knowledge, information and belief:

1.       I am a partner of Shackelford, Bowen, McKinley & Norton, LLP, located at 9201 N. Central Expressway, Fourth Floor, Dallas, Texas 75231 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2.       Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as legal counsel with respect to a broad range of aspects of the Debtors' businesses, including the review of certain FAA-issues type certificates and related

---

[1]       The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

authorizations (the "**FAA Authorizations**") and how the FAA Authorizations might be affected with respect to the possible transfer of assets, including appropriate strategies to maintain the FAA Authorizations in full force and effect where possible.

3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters.  Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: continued legal services with respect to the transfer and maintenance of the FAA Authorizations if and where applicable.

4.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks.  The Firm's database contains information regarding present and past engagements.  I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties.  The Firm's search of the database identified the following connections: No conflicts.

5.      To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged.  Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.      The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The Firm's current customary hourly rates, subject to change from time to time range from approximately $300 per hour to $900.00 per hour.  The principal and only attorney currently designated to represent the Debtors and his current standard rate is:  David T. Norton, $750.00 per hour.

9.      The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature.  The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and to cover fixed and routine overhead expenses.

10.      It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, copies, conference calls  and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11.     No representations or promises have been received by the Firm as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

12.     The Debtors owe the Firm $4,875.00 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**").

13.     The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

14.     As of the Petition Date, the Firm was party to a services agreement with the Debtors.

15.     The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

16.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2022.

David T. Norton
Partner

SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
Telephone: (214) 780-1407
Facsimile: (214) 780-1401
Email: dnorton@shackelford.law

## Schedule 1

## Potential Parties in Interest[1]

**1.    Debtors**

MD Helicopters, Inc.                    Monterrey Aerospace, LLC

**2.    Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited              MD Helicopters B.V.
Zohar II 2005-1, Limited               MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.       Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.    Current Lenders and Related Parties**

Zohar III, Limited                     Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC              Patriarch Partners III, LLC
MBIA Inc.                              Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP     Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.    Directors & Officers**

Alan Carr                              YR Hladkyj
Barry Sullivan                         Chris Jaran

**5.    Former Directors & Officers**

Lynn Tilton

**6.    Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.    Professionals**

Latham & Watkins LLP                   Troutman Pepper Hamilton Sanders LLP
Moelis & Company                       Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                          Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP

White & Case LLP

Milbank LLP

Arnold & Porter Kaye Scholer LLP

FTI Consulting

Cadwalader Wickersham & Taft LLP

Cole Schotz P.C.

Crowell & Moring LLP

Joele Frank, Wilkinson Brimmer Katcher

Halunen Law PLLC

Reese Marketos LLP

Warren Benson Law Group

Mastando & Artrip LLC

## 8.    Ordinary Course Professionals

Bradley Arant Boult Cummings LLP

Daugherty, Fowler, Peregrin, Haught & Jenson, PC

Cooley LLP

Crowe & Dunlevy

Dentons US LLP

Gibson, Dunn & Crutcher LLP

Hartzog Conger Cason LLP

Koeller, Nebeker, Carlson, Haluck, LLP

Loyens & Loeff N.V.

Mark Barnes & Associates

Maynard Cooper & Gale P.C.

Moctezuma Castro Abogados

Moss Adams LLP

Ogletree Deakins

Onsager Werner & Oberg PLC

Shackelford, Bowen, McKinley & Norton, LLP

Simpson Thacher & Bartlett LLP

Snell & Wilmer LLP

William R. Black

## 9.    Current & Prior Significant Banking Relationships

Wells Fargo Bank, N.A.

BBVA USA

## 10.    Taxing Authorities

Arizona Corporation Commission

Arizona Department of Revenue

Arizona Department of Environmental Quality

Arizona Department of Transportation

Arizona Escrow & Financial Corp.

Arizona Secretary of State

Assistant Commissioner for Patents

Bodycote-Haltom City

Bureau of Alcohol, Tobacco, Firearms and Explosives

Bureau of Customs and Border Protection

California Police Chiefs Association

California State Disbursement Unit

California State Sheriff's Association

CFE – South Carolina

City and County of Honolulu

City of Atlanta

City of Columbus – Treasurer – Police

City of Glendale

City of Indianapolis/Marion County

City of Phoenix

City of San Diego/IACP 2000

City of San Diego-Treasurer's Office

City of Santa Monica

City of Westfield

CNLC Procurement Department

Colorado State Treasurer

Commissioner of Patents & Trademarks

Commissioner of Revenue Services (CT)

Controller (Nebraska)

Commonwealth of Virginia

County of Lethbridge

Defense Finance and Accounting Officer

Defense Finance and Accounting Service

Defense Procurement Agency

Delaware Secretary of State

Department of Labor & Industries - Washington

Department of Revenue - Arizona

Department of Revenue - Connecticut

Department of Revenue - Georgia

Department of Toxic Substances Control

Department of Transportation

DISAM / Treasurer of the United States

DTSC Accounting

European Aviation Safety Agency

Federal Aviation Administration

Florida Department of Revenue

Franchise Tax Board (Sacramento, CA)

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
    Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

## 11.    <u>Litigation Parties</u>

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
    Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12. <u>Insurance Providers and Brokers</u>

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of
    Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West,
    Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13. <u>Utilities</u>

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14. <u>Customers, Licensors, and Other Key Contractual Counterparties</u>

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security
    Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera –
    Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP
    Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish &
    Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.   **Competitors**

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.   **Significant Vendors**[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

6

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

7

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

## 17.    District of Delaware Bankruptcy Judges

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

## 18.    Clerk of Court and Deputy for the District of Delaware

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

## 19.    Office of the United States Trustee

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

James R. O'Malley                          Edith A. Serrano
Michael Panacio                            Rosa Sierra
Linda Richenderfer                         Karen Starr
Juliet Sarkessian                          Dion Wynn
Richard Schepacarter

**20.**    **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

9



**Shackelford**

A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS & COUNSELORS

**David Thompson Norton**
9201 N. Central Expressway
Fourth Floor
Dallas, Texas 75231
(214) 780-1407 (Direct)
(214) 780-1401 (Fax)
dnorton@shackelford.law

December 22, 2021

VIA EMAIL ONLY:  YR.Hladkyj@mdhelicopters.com

**MD Helicopters**
Attn:  Y. R. Hladkyj
4555 E. McDowell Road
Mesa, AZ 85215

Re:     Terms of Engagement

Dear Mr. Hladkyj:

I am pleased to confirm our representation of **MD Helicopters** and its related persons and entities (referenced to in this letter as "***you***") with respect to acting as aviation legal counsel to assist you with the review of certain FAA-issued type certificates and related authorizations with respect to the possible transfer of assets of an aircraft parts manufacturing company, together with such other aviation-related issues as you may direct from time to time (collectively the "***Representation***"), which Representation both you and I agree and acknowledge was commenced by my firm as of December 20, 2021.  I appreciate your confidence in us and look forward to working with you.

It is our firm's policy to set forth at the beginning of our Representation the manner in which we bill for our legal services and for disbursements advanced by the firm.  We believe that a clear understanding of such matters is helpful in maintaining a harmonious, professional relationship.  Consequently, I encourage you to pursue with us any questions that you have and to consider carefully the matters set forth in this letter, which is intended to set forth the manner in which services are to be rendered and payment to be made.

I.        Determination of Fees

Each of the lawyers in our firm has, through experience or training, developed certain expertise. In the interest of promoting efficiency and cost savings to our clients, it is our practice, taking into account the complexity of the matter as well as time and work schedules, to refer matters internally to those attorneys who in our judgment can perform the highest quality work at the lowest cost.  In addition, we employ staff members who are not licensed to practice law but who are capable of performing (under the supervision of a licensed attorney) legally related tasks requiring a lower level of experience or expertise so as to facilitate the rapid and efficient rendering of services.  As a result, in addition to my services, you may find services being performed for you by other individuals within our firm.  Ultimately, I will be responsible for assuring that the work performed on your behalf is performed to your satisfaction.  While I certainly do not expect that you will find

**MD Helicopters**
December 22, 2021
Page 2

the legal representation of our firm unsatisfactory in any respect, I do encourage you to discuss any problems with me at any time.

Our fees for the Representation will be established through the exercise of judgment on each individual matter after considering a number of factors, including without limitation the time and labor involved; the novelty and difficulty of the issues involved; the skill required to perform the legal services properly; time limitations that are imposed by the client or by the circumstances; the experience, reputation and ability of the attorneys performing services; the amount involved and the result obtained through our services; the likelihood that such employment will preclude other employment; the fee customarily charged in the locality by others for similar services; and the nature and length of our relationship with the client.

Generally, my object of charging a reasonable fee for services is achieved through maintaining accurate records as to the time spent and then billing for that time in accordance with a range of hourly rates. Fees derived from these calculations may be modified by me when I take into consideration the other factors involved that are discussed above. For your information, I presently charge for my services at an hourly rate of $750.00 per hour. Other lawyers in the firm charge at rates between $250.00 to $750.00 per hour. Rates charged for our attorneys are reviewed annually, and may be then adjusted to account for increases in our cost of delivering legal services, other economic factors, and the augmentation of a particular lawyer's ability, experience and reputation. Any such changes in hourly rates are applied prospectively as well as to unbilled time previously expended. In addition, any expenses advanced on your behalf or internal charges for administrative services that may exceed our direct cost are added to the statement for the month in which such expenses or charges are recorded on our billing system.

The time for which a client will be charged will include, but will not be limited to, telephone and office conferences with a client and counsel, consultants and others; conferences among our legal personnel (although we take every effort possible to minimize billing for more than one attorney's time for work on a specific issue for a client); factual investigations; legal research; responding to clients' requests for us to provide information to their auditors in connection with reviews or audits of financial statements; drafting of agreements, contracts, letters and other documents; and travel time. In an effort to reduce legal fees, we utilize paralegal personnel where applicable. Time devoted by paralegals to client matters is charged at special billing rates, which also are subject to adjustment from time to time by the firm.

II.    Expenses

In addition to legal fees, our statements will include out-of-pocket expenses that we have advanced on behalf of the client and our internal charges (which may exceed direct costs) for certain support activities. Advanced costs generally will include such items as travel expenses, postage, filing, recording, certification, and registration fees charged by governmental bodies. Our internal charges typically include such items as long distance telephone tolls, facsimile transmissions, messenger services, overnight courier services, charges for terminal time for computer research

**MD Helicopters**
December 22, 2021
Page 3

and complex document production, secretarial and paralegal overtime and charges for photocopying or printing materials sent to the client or third parties or required for our use.

III.    Retainer; Billing and Payment

It is my firm's policy when undertaking work for a new client on a matter such as this Representation to require a retainer. Under the present circumstances, however, I will waive that requirement.

Our standard practice is to bill on a monthly basis (for those matters that last longer than thirty days). Among other things, this allows our clients to monitor both current and cumulative legal fees. We normally request that payment of invoices be made within thirty (30) days of the date the invoice to the account identified in the wire transfer instruction attached to the end of this letter unless otherwise directed in writing by the firm. With respect to this Representation, we agree that in the event we are assisting on one particular transaction that extends beyond thirty (30) days, then payment of our cumulative fees may be made at the time of the closing for that transaction; provided, however, that if the negotiations of said transaction are terminated and it does not close, then payment for all invoices with respect to that transaction will be made within thirty (30) days of said termination date, or, in any event, the delay in payment for any fees due and owing will not extend beyond one hundred and eighty (180) days.

We reserve the right, as we do with all of our clients, to suspend or terminate any work in progress in the event timely payment is not made. Moreover, if, during the course of our Representation, billing disputes arise which remain unresolved, we reserve the right to withdraw from further representation in a manner consistent with applicable ethical and procedural standards.

Unless you advise us to the contrary, we will use our best judgment in segregating your work into different matters, taking into account the need to segregate legal expenses in view of considerations based on taxes, accounting or the extent to which third persons (such as joint venture partners) might be expected to need to review the bills for a particular matter. We urge you to raise questions regarding our invoices as soon as you have any question, so that we can resolve any problems promptly.

IV.    Scope of Engagement

With respect to this Representation, we will provide services of a strictly legal nature of the kind generally described in this engagement letter. It is understood that you are not relying on us for business, investment, or accounting decisions, or to investigate the character or credit of persons with whom you may be dealing, or to advise you about changes in the law that might affect you unless otherwise specified in the letter. We will keep you advised of developments as necessary to perform our services and will consult with you as necessary to ensure the timely, effective, and efficient completion of our work. Attorneys in the firm typically have several client matters

**MD Helicopters**
December 22, 2021
Page 4

pending and are required to coordinate the scheduling of activities required for each pending client matter.

      V.      Governing Law

Our engagement under this representation shall be governed by the laws of the State of Texas, and venue for any other action hereunder shall be in the State of Texas.

      VI.     Miscellaneous

This engagement letter constitutes our entire understanding and agreement with respect to the terms of our engagement and supersedes any prior understandings and agreements, written or oral. If any provision of our engagement letter is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions shall remain in full force and effect. Our engagement letter may only be amended in writing by the parties hereto.

      The Firm is committed to total quality management of all clients' matters. In that regard, the Firm supports the State Bar of Texas, and the canon of ethics for practicing attorneys. The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint if ever deemed appropriate. If you need more information, the toll-free number is (800) 932-1900.

      This is also a confirmation that the lawyers in this firm strongly support and follow The Texas Lawyers Creed: A Mandate For Professionalism.

      We look forward to representing you on the basis set forth in this letter. Should you have any questions about our practices and procedures, please let me know as soon as possible.

      Your agreement to this engagement constitutes your acceptance of the foregoing terms and conditions. If any of them is unacceptable to you, please advise us now so that we can resolve any differences and proceed with a clear, complete, and consistent understanding of our relationship. We truly appreciate the opportunity to serve you and look forward to working with you in the future. Please execute where indicated below, and return this original.

      With kind regards,

      SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP

      David T. Norton

**MD Helicopters**
December 22, 2021
Page 5

The undersigned has read and approved this
engagement letter this __27__ day of
December, 2021

**MD Helicopters**  *Inc*

By:  *[signature]*
Name:  *Y. R. Hladky*
Title:  *general Counsel*

**EXHIBIT A**

**ADDITIONAL TERMS AND CONDITIONS**

All agreements with and all engagements of Shackelford, Bowen, McKinley & Norton, LLP, or any of its attorneys, partners, employees, or agents (collectively the "***Firm***") with Clients are subject to the following terms and conditions, which are incorporated in and made a part of every agreement with and engagement of the Firm. In the event of any conflict between these terms and conditions and any provision of an agreement with the Firm, these terms and conditions control.

1.      No attorney, partner, employee, or agent of the Firm has the authority to change, modify, or alter any of these terms and conditions other than by a written instrument, approved by the Firm's Management Committee, and signed by the Firm's Managing Partner. Specifically, electronic transmission of communication from the Firm, unless the communication specifically states otherwise, shall not satisfy the requirements for a writing, and shall not constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act, or any other statute governing electronic transactions.

2.      All payments made by Clients, whether in trust or payment for fees or expenses, shall be made payable to "Shackelford, Bowen, McKinley & Norton, LLP."

3.      While this matter is very important, the Firm has a number of other clients and cases and Clients agrees to make reasonable accommodations to our need to schedule hearings, meetings, and other events in an efficient manner. Clients further understand and agree that the Texas Lawyer's Creed, the Standards for Appellate Conduct, and pertinent rules and case authority require that we extend professional courtesies and cooperation to opposing counsel. Clients agree to permit the Firm to reasonably accommodate the competing needs of our attorneys and opposing counsel.

4.      In order to promote the economic coordination of legal services, the Firm is specifically authorized to engage in regular communications, correspondences, and exchanges of documents, etc., by electronic transmission including email, voice mail, and facsimile transmission, and to engage other attorney(s) as needed for the benefit of Clients, such that Clients' strategy(s) and options can be properly researched, reviewed, and presented to Clients for consideration. However, Clients and the Firm expressly agree that unless it specifically so states, electronic transmission does not constitute an electronic signature and does not conduct a transaction or make any agreement by electronic means. Specifically, electronic transmission of communication from the Firm, unless the communication specifically states otherwise, shall not satisfy the requirements for a writing, and shall not constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act, or any other statute governing electronic transactions.

5.      Clients acknowledge that other present or future clients of the Firm may be competitors of Clients or may take positions on the subject matter of certain issues that may be adverse to or inconsistent with positions Clients may favor respecting a particular subject matter. You acknowledge that other of the Firm's clients may require that we take positions on issues in connection with other matters that are inconsistent with the position(s) or interests that Clients may take in this Engagement, and Clients agree that our representation of another client in those matters is acceptable to Clients. Clients acknowledge that another client may require that we take positions on issues in connection with other matters that are inconsistent with Clients' interests in this Engagement and agrees that our representation of another client in those matters is acceptable to Clients.

6.      The Firm's practice is such that the Firm may from time to time concurrently represent one client in a particular case or matter and an adversary of that client in an unrelated case or matter if it is the Firm's professional judgment that the Firm can undertake the concurrent representation impartially and without any adverse effect on the responsibilities the Firm has to either client. Clients acknowledge that it does not consider such representation, in unrelated matters, to be inappropriate and Clients consents to any such present or future concurrent representations.

7.      The Firm may have an existing or future client whose interests may be or become adverse to Clients. It is agreed that the Firm will have the right to continue to represent or to undertake to represent existing or new clients in any matter that is not substantially related to our work for Clients regarding the Engagement, even if the interests of such clients in those other matters are directly adverse to Clients. Our representation will not terminate our continuing obligation to maintain in confidence Clients' sensitive and proprietary information obtained by us in connection with this engagement.

8.      The Firm does not maintain extra copies of documents after the engagement is completed. Once the Firm's final invoice has been paid, the Clients are requested to remove any of Clients' documents that have been provided to the Firm. And Clients understand and agree that the Firm may destroy any of Clients' documents that are not retrieved within six months after the engagement is completed, and will destroy the Firm's copies of pertinent documents 24 months thereafter.

END.

**EXHIBIT B**

**THE TEXAS LAWYER'S CREED--A MANDATE
FOR PROFESSIONALISM**

I am a lawyer. I am entrusted by the People of Texas to preserve and improve our legal system. I am licensed by the Supreme Court of Texas. I must therefore abide by the Texas Disciplinary Rules of Professional Conduct, but I know that professionalism requires more than merely avoiding the violation of laws and rules. I am committed to this creed for no other reason than that it is right.

## I. OUR LEGAL SYSTEM

A lawyer owes to the administration of justice personal dignity, integrity, and independence. A lawyer should always adhere to the highest principles of professionalism.

1. I am passionately proud of my profession. Therefore, "My word is my bond."

2. I am responsible to assure that all persons have access to competent representation regardless of wealth or position in life.

3. I commit myself to an adequate and effective pro bono program.

4. I am obligated to educate my clients, the public, and other lawyers regarding the spirit and letter of this Creed.

5. I will always be conscious of my duty to the judicial system.

## II. LAWYER TO CLIENT

A lawyer owes to a client allegiance, learning, skill, and industry. A lawyer shall employ all appropriate legal means to protect and advance the client's legitimate rights, claims, and objectives. A lawyer shall not be deterred by any real or imagined fear of judicial disfavor or public unpopularity, nor be influenced by mere self-interest.

1. I will advise my client of the contents of this creed when undertaking representation.

2. I will endeavor to achieve my client's lawful objectives in legal transactions and in litigation as quickly and economically as possible.

3. I will be loyal and committed to my client's lawful objectives, but I will not permit that loyalty and commitment to interfere with my duty to provide objective and independent advice.

4. I will advise my client that civility and courtesy are expected and are not a sign of weakness.

5. I will advise my client of proper and expected behavior.

6. I will treat adverse parties and witnesses with fairness and due consideration. A client has no right to demand that I abuse anyone or indulge in any offensive conduct.

7.     I will advise my client that we will not pursue conduct which is intended primarily to harass or drain the financial resources of the opposing party.

8.     I will advise my client that we will not pursue tactics which are intended primarily for delay.

9.     I will advise my client that we will not pursue any course of action which is without merit.

10.     I will advise my client that I reserve the right to determine whether to grant accommodations to opposing counsel in all matters that do not adversely affect my client's lawful objectives. A client has no right to instruct me to refuse reasonable requests made by other counsel.

11.     I will advise my client regarding the availability of mediation, arbitration, and other alternative methods of resolving and settling disputes.

## III. LAWYER TO LAWYER

A lawyer owes to opposing counsel, in the conduct of legal transactions and the pursuit of litigation, courtesy, candor, cooperation, and scrupulous observance of all agreements and mutual understandings. Ill feelings between clients shall not influence a lawyer's conduct, attitude, or demeanor toward opposing counsel. A lawyer shall not engage in unprofessional conduct in retaliation against other unprofessional conduct.

1.     I will be courteous, civil, and prompt in oral and written communications.

2.     I will not quarrel over matters of form or style, but I will concentrate on matters of substance.

3.     I will identify for other counsel or parties all changes I have made in documents submitted for review.

4.     I will attempt to prepare documents which correctly reflect the agreement of the parties. I will not include provisions which have not been agreed upon or omit provisions which are necessary to reflect the agreement of the parties.

5.     I will notify opposing counsel, and, if appropriate, the Court or other persons, as soon as practicable, when hearings, depositions, meetings, conferences or closings are cancelled.

6.     I will agree to reasonable requests for extensions of time and for waiver of procedural formalities, provided legitimate objectives of my client will not be adversely affected.

7.     I will not serve motions or pleadings in any manner that unfairly limits another party's opportunity to respond.

8.     I will attempt to resolve by agreement my objections to matters contained in pleadings and discovery requests and responses.

9.    I can disagree without being disagreeable. I recognize that effective representation does not require antagonistic or obnoxious behavior. I will neither encourage nor knowingly permit my client or anyone under my control to do anything which would be unethical or improper if done by me.

10.    I will not, without good cause, attribute bad motives or unethical conduct to opposing counsel nor bring the profession into disrepute by unfounded accusations of impropriety. I will avoid disparaging personal remarks or acrimony towards opposing counsel, parties and witnesses. I will not be influenced by any ill feeling between clients. I will abstain from any allusion to personal peculiarities or idiosyncrasies of opposing counsel.

11.    I will not take advantage, by causing any default or dismissal to be rendered, when I know the identity of an opposing counsel, without first inquiring about that counsel's intention to proceed.

12.    I will promptly submit orders to the Court. I will deliver copies to opposing counsel before or contemporaneously with submission to the Court. I will promptly approve the form of orders which accurately reflect the substance of the rulings of the Court.

13.    I will not attempt to gain an unfair advantage by sending the Court or its staff correspondence or copies of correspondence.

14.    I will not arbitrarily schedule a deposition, court appearance, or hearing until a good faith effort has been made to schedule it by agreement.

15.    I will readily stipulate to undisputed facts in order to avoid needless costs or inconvenience for any party.

16.    I will refrain from excessive and abusive discovery.

17.    I will comply with all reasonable discovery requests. I will not resist discovery requests which are not objectionable. I will not make objections nor give instructions to a witness for the purpose of delaying or obstructing the discovery process. I will encourage witnesses to respond to all deposition questions which are reasonably understandable. I will neither encourage nor permit my witness to quibble about words where their meaning is reasonably clear.

18.    I will not seek Court intervention to obtain discovery which is clearly improper and not discoverable.

19.    I will not seek sanctions or disqualification unless it is necessary for protection of my client's lawful objectives or is fully justified by the circumstances.

## IV. LAWYER AND JUDGE

Lawyers and judges owe each other respect, diligence, candor, punctuality, and protection against unjust and improper criticism and attack. Lawyers and judges are equally responsible to protect the dignity and independence of the Court and the profession.

1.    I will always recognize that the position of judge is the symbol of both the judicial system and administration of justice. I will refrain from conduct that degrades this symbol.

2.    I will conduct myself in Court in a professional manner and demonstrate my respect for the Court and the law.

3.    I will treat counsel, opposing parties, the Court, and members of the Court staff with courtesy and civility.

4.    I will be punctual.

5.    I will not engage in any conduct which offends the dignity and decorum of proceedings.

6.    I will not knowingly misrepresent, mischaracterize, misquote or miscite facts or authorities to gain an advantage.

7.    I will respect the rulings of the Court.

8.    I will give the issues in controversy deliberate, impartial and studied analysis and consideration.

9.    I will be considerate of the time constraints and pressures imposed upon the Court, Court staff and counsel in efforts to administer justice and resolve disputes.

## WIRE TRANSFER INSTRUCTIONS FOR
## SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
## SPECIAL ACCOUNT

Inwood National Bank ABA # 111001040 for credit to the account of
Shackelford Bowen McKinley & Norton, LLP
IOLTA Acct. # 31 4644 3

Attn: Wire Department

Inwood National Bank
7621 Inwood Rd
Dallas, Texas 75209