**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | Objection Deadline: June 3, 2022 |

**DECLARATION OF WILLIAM V. O'CONNOR, ESQ. IN SUPPORT OF**
**EMPLOYMENT OF COOLEY LLP AS PROFESSIONAL UTILIZED IN**
<u>**ORDINARY COURSE OF BUSINESS**</u>

I, William V. O'Connor, declare that the following is true to the best of my knowledge, information and belief:

1.     I am an attorney at law and a partner of the law firm of Cooley LLP, with my principal office at 4401 Eastgate Mall, San Diego, CA 92121 ("**Cooley**" or the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**") [Docket No. 181].

2.     Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as legal counsel with respect to a broad range of aspects

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

of the Debtors' businesses, including general aviation product liability and general litigation advice, since March 6, 2018.

3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: defense of aircraft accident litigation and product liability matters involving personal injury, death and property damage, in addition to general advice regarding product liability risk and mitigation, including aviation regulatory matters regarding safety and aircraft certification and continued airworthiness. Moreover, my firm is responsible for coordinating the defense and handling of these matters with the Debtors' aviation hull and liability insurers and the Debtors' predecessors, such as The Boeing Company, to the extent necessary in light of successor liability considerations and pursuant to certain contractual obligations to the Debtors' predecessors regarding product liability (the "**OCP Services**").

4.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified the following connections:

(a)      Cooley currently represents the following entities who may be parties in interest, or potential affiliates/subsidiaries of parties in interest, in matters wholly unrelated to these Chapter 11 Cases:

| MD Helicopters Interested Party |
|---|
| American Express Corporate |
| Arnold & Porter Kaye Scholer LLP |
| Ascot Insurance Company |
| AXA XL – Professional Insurance |
| Bank of the West Equipment Finance (BNP Paribas Group) |
| Blue Cross Blue Shield of Arizona |
| Cigna International |
| Cox Communications |
| Elbit Systems Ltd |
| Goodrich |
| Hiscox Insurance Company Inc. |
| Honeywell International Inc. |
| LinkedIn |
| Lloyd's |
| National Sheriffs Association |
| Pitney Bowes |
| Rohde & Schwarz |
| State Bar of California |
| Terra Verde |
| Troutman Pepper Hamilton Sanders LLP |
| Wells Fargo Bank, N.A |
| Willis Towers Watson |
| XL Specialty Insurance Company |

(b)      Further, for the following entities, which may be parties in interest or potential affiliates/subsidiaries of parties in interest, Cooley either previously represented the entity within the last three years or the entity was a former client of a new attorney hire within the last three years, in matters wholly unrelated to these Chapter 11 Cases:

| MD Helicopters Interested Party |
|---|
| ADT Commercial |
| AmeriGas |
| Ankura Trust Company, LLC |
| Bell Textron Inc. |
| Boeing Distribution Service |
| Cadwalader Wickersham & Taft LLP |
| City of Atlanta |
| City of Santa Monica |

| |
|---|
| County of Sonoma |
| Crowell & Moring LLP |
| Digi-Key Corporation |
| Donaldson Company Inc. |
| FedEx Express |
| FTI Consulting |
| Garmin Aviation |
| Garmin International |
| GE Yakima |
| Goodyear Rubber |
| Helicopter Association Inte |
| IRS |
| Liberty Mutual |
| MBIA Inc. |
| Milbank LLP |
| Moelis & Company |
| Mutual of Omaha Inc. |
| North American Elite Insurance Company |
| Ogletree Deakins |
| Patriarch Partners, LLC |
| Puerto Rico Electric Company |
| Quench USA Inc |
| Republic of Korea Army |
| Ricoh USA, Inc. |
| Rolls Royce Corporation |
| Safran Power UK Ltd |
| SRP |
| Standard Aero Ltd. |
| State of Connecticut |
| State of Hawaii |
| Steadfast Insurance Company |
| The United States of America |
| Timken US - New Philadelphia |
| Troutman Pepper Hamilton Sanders LLP |
| United Parcel Service Inc. |
| United States Department of the Treasury |
| Verizon |
| Wencor LLC |
| X.L. America, Inc. |
| Zurich NA |

5.      To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.      The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm will charge its customary hourly rates, subject to periodic adjustment. The principal professionals designated to represent the Debtors and their current standard rates[2] are:

---

[2] In the event that an applicable insurance company of the Debtors pays Cooley' s fees and costs for the OCP Services rendered on behalf of the Debtors' estates, Cooley's standard rates will be discounted.

| Professional | Status | Hourly Rate |
|---|---|---|
| William V. O'Connor | Partner | $1,275 |
| Andrew Barr | Associate | $1,155 |
| Jessica Wade | Paralegal | $445 |

9.     The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys, paralegals, and staff and to cover fixed and routine overhead expenses.

10.     It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, photocopying, facsimiles[3], travel, business meals, computerized research, postage, witness fees, and other fees related to trials and hearings and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  Internal costs or overhead cost and document production services (including regular secretarial and word processing time) will not be charged for separately. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11.     No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The

---

[3] Cooley charges 25¢ per page for outgoing facsimiles and will not charge for incoming facsimile. Given the prevalence of email, facsimiles are minimized.

Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

12.     The Debtors do not owe the Firm any pre-petition fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**").  As of the Petition Date, the Firm holds a prepetition retainer of $34,953.46.  In the event the Firm's employment is authorized, the Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to the OCP Procedures.

13.     The Firm keeps time records in one-tenth of an hour increments in the ordinary course of business.

14.     As of the Petition Date, the Firm was a party to several engagement agreements with the Debtors.  Those engagement agreements contain usual and standard provisions consistent with this Declaration, as well as confidential information of the Debtors.  The Debtors have copies of those engagement agreements.  The Firm will provide copies of those engagement agreements to the United States Trustee upon request.

15.     The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

16.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Date:  May 20, 2022                                    **COOLEY LLP**

William V. O'Connor, Esq.
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: woconnor@cooley.com

## Schedule 1

### Potential Parties in Interest[1]

**1.    Debtors**

MD Helicopters, Inc.                                            Monterrey Aerospace, LLC

**2.    Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                           MD Helicopters B.V.
Zohar II 2005-1, Limited                                MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.                     Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.    Current Lenders and Related Parties**

Zohar III, Limited                                          Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                            Patriarch Partners III, LLC
MBIA Inc.                                                      Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP                  Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.    Directors & Officers**

Alan Carr                                                       YR Hladkyj
Barry Sullivan                                                Chris Jaran

**5.    Former Directors & Officers**

Lynn Tilton

**6.    Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.    Professionals**

Latham & Watkins LLP                                   Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                          Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                                 Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

## 8.    Ordinary Course Professionals

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson,
   PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

## 9.    Current & Prior Significant Banking Relationships

Wells Fargo Bank, N.A.

BBVA USA

## 10.    Taxing Authorities

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and
   Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

2

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
   Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

## 11.    Litigation Parties

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
   Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12.    **Insurance Providers and Brokers**

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of
    Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West,
    Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13.    **Utilities**

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14.    **Customers, Licensors, and Other Key Contractual Counterparties**

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security
    Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera –
    Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP
    Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish &
    Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

US-DOCS\126810824.7

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

5

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.   Competitors

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.   Significant Vendors[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

7

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphi
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

## 17.    District of Delaware Bankruptcy Judges

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief
   Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

## 18.    Clerk of Court and Deputy for the District of Delaware

Stephen Grant

Una O'Boyle

## 19.    Office of the United States Trustee

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

8

US-DOCS\126810824.7

9

James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter

Edith A. Serrano
Rosa Sierra
Karen Starr
Dion Wynn

## 20. **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

US-DOCS\126810824.7