## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                                          :    Chapter 11
                                                                :
MD HELICOPTERS, INC., *et al.*,[1]                              :    Case No. 22-10263 (KBO)
                                                                :
                        Debtors.                                :    (Jointly Administered)
                                                                :    Objection Deadline: June 3, 2022

------------------------------------------------------------ x

### DECLARATION IN SUPPORT OF EMPLOYMENT OF
### BRADLEY ARANT BOULT CUMMINGS LLP AS
### PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS

I, J. Bradley Robertson, declare that the following is true to the best of my knowledge, information and belief:

1.      I am a partner at Bradley Arant Boult Cummings LLP ("Bradley"), located at 1819 5th Avenue N., Birmingham, AL 35203 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2.      Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as trial counsel with respect to the defense of a lawsuit, *United States of America ex rel., Philip Marsteller and Robert Swisher v. Lynn Tilton and MD*

---

[1]    The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

*Helicopters, Inc.*, United States District Court, Northern District of Alabama, Case Number 5:13-cv-00830-AKK, as well as insurance issues that arose out of a coverage dispute. We were retained in September, 2020, to defend this lawsuit through trial and any subsequent appeals.

3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters.

4.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties in interest from the Debtors (Schedule 1) for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified the following connections: parties with past or present connections listed in Exhibit A.

5.      Except as disclosed herein, to the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which the Firm is to be engaged. Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed herein.

6.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.      The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The Firm customarily bills hourly rates which are subject to change from time to time.  The current negotiated hourly rates that Bradley agreed to charge in the *Marsteller* matter, as well as the insurance advice arising out of the *Marsteller* matter were:

| | |
|---|---|
| Partners: | $515.00 to $835.00 per hour |
| Associates: | $425.00 to $495.00 per hour |
| Paralegal: | $305.00 to $320.00 per hour |

9.      The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature.  The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

10.     It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, computer research, meals, travel, Fedex, and copies and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11.    No representations or promises have been received by the Firm as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

12.    The Debtors owe the Firm $16,906.65 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**").

13.    Prior to the Petition Date, the Debtors agreed that the Firm could bill its time on the *Marsteller* matter and the related insurance advice in one-quarter of an hour increments. Going forward, the Firm shall  keep time records in one-tenth of an hour increments.

14.    As of the Petition Date, except as described herein, the Firm was not a party to a services agreement with the Debtors.

15.    The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

16.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2022

J. Bradley Robertson
Partner
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone:  (205) 521-8188
Facsimile:  (205) 488-6188
Email:  brobertson@bradley.com

# EXHIBIT A

- ABN AMRO Participaties B.V.
- Aerial Solution, Inc.
- American Express Corporate
- BBVA USA
- Boeing Company
- Crowe Dunlevy
- Dentons U.S. LLP
- Fedex Express and Fedex Freight West
- OCR Services
- Pitney Bowes
- Pratt & Whitney
- Redstone Government Consulting
- Ricoh USA
- Robert Swisher
- Rockwell Collins
- Snell & Wilmer, LLP
- Siemens PLM Software
- Swiss Re
- Tennessee Valley Authority (TVA)
- Thales Belgium
- Troutman Pepper Hamilton Sanders LLP
- Verizon Wireless - Broadband
- Wells Fargo Bank, N.A.
- Willis Towers Watson
- Willis Towers Watson Insurance Services West, Inc.
- WireMasters, Inc.

## Schedule 1

## Potential Parties in Interest[1]

**1.      Debtors**

MD Helicopters, Inc.                              Monterrey Aerospace, LLC


**2.      Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                    MD Helicopters B.V.
Zohar II 2005-1, Limited                          MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.             Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.


**3.      Current Lenders and Related Parties**

Zohar III, Limited                                     Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                    Patriarch Partners III, LLC
MBIA Inc.                                                Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP          Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited


**4.      Directors & Officers**

Alan Carr                                                 YR Hladkyj
Barry Sullivan                                          Chris Jaran


**5.      Former Directors & Officers**

Lynn Tilton


**6.      Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.


**7.      Professionals**

Latham & Watkins LLP                            Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                   Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                          Prime Clerk LLC)

---

[1]     The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]     This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Crowell & Moring LLP |
| White & Case LLP | Joele Frank, Wilkinson Brimmer Katcher |
| Milbank LLP | Halunen Law PLLC |
| Arnold & Porter Kaye Scholer LLP | Reese Marketos LLP |
| FTI Consulting | Warren Benson Law Group |
| Cadwalader Wickersham & Taft LLP | Mastando & Artrip LLC |
| Cole Schotz P.C. | |

## 8.  **Ordinary Course Professionals**

| | |
|---|---|
| Bradley Arant Boult Cummings LLP | Mark Barnes & Associates |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Maynard Cooper & Gale P.C. |
| | Moctezuma Castro Abogados |
| Cooley LLP | Moss Adams LLP |
| Crowe & Dunlevy | Ogletree Deakins |
| Dentons US LLP | Onsager Werner & Oberg PLC |
| Gibson, Dunn & Crutcher LLP | Shackelford, Bowen, McKinley & Norton, LLP |
| Hartzog Conger Cason LLP | Simpson Thacher & Bartlett LLP |
| Koeller, Nebeker, Carlson, Haluck, LLP | Snell & Wilmer LLP |
| Loyens & Loeff N.V. | William R. Black |

## 9.  **Current & Prior Significant Banking Relationships**

| | |
|---|---|
| Wells Fargo Bank, N.A. | BBVA USA |

## 10.  **Taxing Authorities**

| | |
|---|---|
| Arizona Corporation Commission | City of Westfield |
| Arizona Department of Revenue | CNLC Procurement Department |
| Arizona Department of Environmental Quality | Colorado State Treasurer |
| Arizona Department of Transportation | Commissioner of Patents & Trademarks |
| Arizona Escrow & Financial Corp. | Commissioner of Revenue Services (CT) |
| Arizona Secretary of State | Controller (Nebraska) |
| Assistant Commissioner for Patents | Commonwealth of Virginia |
| Bodycote-Haltom City | County of Lethbridge |
| Bureau of Alcohol, Tobacco, Firearms and Explosives | Defense Finance and Accounting Officer |
| | Defense Finance and Accounting Service |
| Bureau of Customs and Border Protection | Defense Procurement Agency |
| California Police Chiefs Association | Delaware Secretary of State |
| California State Disbursement Unit | Department of Labor & Industries - Washington |
| California State Sheriff's Association | Department of Revenue - Arizona |
| CFE – South Carolina | Department of Revenue - Connecticut |
| City and County of Honolulu | Department of Revenue - Georgia |
| City of Atlanta | Department of Toxic Substances Control |
| City of Columbus – Treasurer – Police | Department of Transportation |
| City of Glendale | DISAM / Treasurer of the United States |
| City of Indianapolis/Marion County | DTSC Accounting |
| City of Phoenix | European Aviation Safety Agency |
| City of San Diego/IACP 2000 | Federal Aviation Administration |
| City of San Diego-Treasurer's Office | Florida Department of Revenue |
| City of Santa Monica | Franchise Tax Board (Sacramento, CA) |

2

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
   Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

**11.**    **<u>Litigation Parties</u>**

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
   Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı

Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed

Zeynep Çalık

## 12. <u>Insurance Providers and Brokers</u>

Allianz Aviation Limited

AmTrust North America

Ascot Insurance Company

AXA XL – Professional Insurance

Blue Cross Blue Shield of Arizona

CAC Specialty

Cigna International

Fidelity Security Life Insurance

GeoBlue/Worldwide Health

Hiscox Insurance Company Inc.

Liberty Mutual

Lloyd's

Mutual of Omaha Inc.

National Union Fire Insurance Company of Pittsburgh (AIG)

North American Elite Insurance Company

Ohio Security Insurance Company

Old Republic Insurance Company

RSUI Indemnity Company

R-T Specialty – Chicago ProExec

Starr Indemnity & Liability Company

Steadfast Insurance Company

SwissRe

Wesco Insurance Company

Willis Limited

Willis Towers Watson

Willis Towers Watson Insurance Services West, Inc.

X.L. America, Inc.

XL Specialty Insurance Company

Zurich NA

## 13. <u>Utilities</u>

AirGas

AmeriGas

Avfuel Corporation

Cox Communications

Skyline Mechanical Services

SRP (Salt River Project)

Verizon

Waste Management

## 14. <u>Customers, Licensors, and Other Key Contractual Counterparties</u>

AAL USA, Incorporated

ACT Aerospace

Aerial Solutions

Aero Asahi Corporation

Aerocentro de Servicios C.A.

Aeromundo Ejecutivo S.A. de C.V.

Aero Partners, Inc.

AEW Company

Afghanistan Air Force

Agusta S.p.A.

A&H Aviation, S.A.

Aircraft Technical Publishers

America SWAT Store CIA LTDA

American Intelligence Group Security Management SA

Argentina Air Force

Army Contracting Command-Redstone

Ascent Helicopters

Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.

Asian Aerospace Corporation

Atlanta Police Department

Avion Pacific Ltd

Bank of the West Equipment Finance (BNP Paribas Group)

Belgium Federal Police

Black Hall Aerospace, Inc.

Blasé Aviation

Brim Aviation

State of California – Department of Fish & Wildlife

Cascade Airframe Repair, Inc.

Certerian EWS SAS

Chard Snyder & Associates LLC

Chatham County Mosquito Control

Chautauqua County Sheriff Department

Chilean Army

City of Huntington Beach

Cleveland Police Department

Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

5

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.   **Competitors**

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.   **Significant Vendors**[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

US-DOCS\126810824.7

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

## 17.   <u>District of Delaware Bankruptcy Judges</u>

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

## 18.   <u>Clerk of Court and Deputy for the District of Delaware</u>

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

## 19.   <u>Office of the United States Trustee</u>

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

8

| James R. O'Malley | Edith A. Serrano |
|---|---|
| Michael Panacio | Rosa Sierra |
| Linda Richenderfer | Karen Starr |
| Juliet Sarkessian | Dion Wynn |
| Richard Schepacarter | |

**20.     Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

## Schedule 1

### Potential Parties in Interest[1]

**1.      Debtors**

MD Helicopters, Inc.                                    Monterrey Aerospace, LLC


**2.      Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                    MD Helicopters B.V.
Zohar II 2005-1, Limited                         MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.            Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.      Current Lenders and Related Parties**

Zohar III, Limited                                    Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                   Patriarch Partners III, LLC
MBIA Inc.                                               Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP        Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.      Directors & Officers**

Alan Carr                                                 YR Hladkyj
Barry Sullivan                                         Chris Jaran

**5.      Former Directors & Officers**

Lynn Tilton

**6.      Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.      Professionals**

Latham & Watkins LLP                           Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                  Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                           Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Crowell & Moring LLP |
| White & Case LLP | Joele Frank, Wilkinson Brimmer Katcher |
| Milbank LLP | Halunen Law PLLC |
| Arnold & Porter Kaye Scholer LLP | Reese Marketos LLP |
| FTI Consulting | Warren Benson Law Group |
| Cadwalader Wickersham & Taft LLP | Mastando & Artrip LLC |
| Cole Schotz P.C. | |

## 8.    Ordinary Course Professionals

| | |
|---|---|
| Bradley Arant Boult Cummings LLP | Mark Barnes & Associates |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Maynard Cooper & Gale P.C. |
| | Moctezuma Castro Abogados |
| Cooley LLP | Moss Adams LLP |
| Crowe & Dunlevy | Ogletree Deakins |
| Dentons US LLP | Onsager Werner & Oberg PLC |
| Gibson, Dunn & Crutcher LLP | Shackelford, Bowen, McKinley & Norton, LLP |
| Hartzog Conger Cason LLP | Simpson Thacher & Bartlett LLP |
| Koeller, Nebeker, Carlson, Haluck, LLP | Snell & Wilmer LLP |
| Loyens & Loeff N.V. | William R. Black |

## 9.    Current & Prior Significant Banking Relationships

| | |
|---|---|
| Wells Fargo Bank, N.A. | BBVA USA |

## 10.    Taxing Authorities

| | |
|---|---|
| Arizona Corporation Commission | City of Westfield |
| Arizona Department of Revenue | CNLC Procurement Department |
| Arizona Department of Environmental Quality | Colorado State Treasurer |
| Arizona Department of Transportation | Commissioner of Patents & Trademarks |
| Arizona Escrow & Financial Corp. | Commissioner of Revenue Services (CT) |
| Arizona Secretary of State | Controller (Nebraska) |
| Assistant Commissioner for Patents | Commonwealth of Virginia |
| Bodycote-Haltom City | County of Lethbridge |
| Bureau of Alcohol, Tobacco, Firearms and Explosives | Defense Finance and Accounting Officer |
| | Defense Finance and Accounting Service |
| Bureau of Customs and Border Protection | Defense Procurement Agency |
| California Police Chiefs Association | Delaware Secretary of State |
| California State Disbursement Unit | Department of Labor & Industries - Washington |
| California State Sheriff's Association | Department of Revenue - Arizona |
| CFE – South Carolina | Department of Revenue - Connecticut |
| City and County of Honolulu | Department of Revenue - Georgia |
| City of Atlanta | Department of Toxic Substances Control |
| City of Columbus – Treasurer – Police | Department of Transportation |
| City of Glendale | DISAM / Treasurer of the United States |
| City of Indianapolis/Marion County | DTSC Accounting |
| City of Phoenix | European Aviation Safety Agency |
| City of San Diego/IACP 2000 | Federal Aviation Administration |
| City of San Diego-Treasurer's Office | Florida Department of Revenue |
| City of Santa Monica | Franchise Tax Board (Sacramento, CA) |

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
    Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

**11.    Litigation Parties**

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
    Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı

Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed

Zeynep Çalık

## 12.  Insurance Providers and Brokers

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of
   Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West,
   Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13.  Utilities

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14.  Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security
   Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera –
   Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP
   Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish &
   Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

US-DOCS\126810824.7

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.    Competitors

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.    Significant Vendors[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

7

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

## 17.   District of Delaware Bankruptcy Judges

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

## 18.   Clerk of Court and Deputy for the District of Delaware

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

## 19.   Office of the United States Trustee

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

8

James R. O'Malley                              Edith A. Serrano
Michael Panacio                                Rosa Sierra
Linda Richenderfer                             Karen Starr
Juliet Sarkessian                              Dion Wynn
Richard Schepacarter

**20.**    **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.