**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 28 and 206 |

**NOTICE OF (I) RECEIPT OF INTENTIONS TO SUBMIT QUALIFIED BID**
**AND (II) SCHEDULING OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on March 30, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [D.I. 28] (the "Sale Motion"), seeking to sell substantially all of their assets. Through the Sale Motion, the Debtors sought, among other things, Court approval of the Bid Procedures, authority to enter into the Stalking Horse Agreement[2] with MDH Holdco LLC as Stalking Horse Bidder, and the scheduling of an Auction in connection with the sale of substantially all of the Debtors' assets.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] A copy of the Stalking Horse Agreement was filed as Exhibit A to the Sale Motion.

#126578008 v2

**PLEASE TAKE FURTHER NOTICE** that, on April 26, 2022, the Court entered the *Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, And (VI) Granting Related Relief* [D.I. 206] (the "Bid Procedures Order")[3], which, among other things, approved the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on May 17, 2022, the Debtors filed a proposed form of order granting the Sale Motion and approving the sale of substantially all of the Debtors' assets to the Stalking Horse Bidder pursuant to the Stalking Horse Agreement. *See* D.I. 253.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order and the Bid Procedures, the deadline for parties to submit an Intention to Submit Qualified Bid was May 20, 2020 at 4:00 p.m. (ET). Further, pursuant to the Bid Procedures Order and the Bid Procedures, if the Debtors receive one or more Intentions to Submit Qualified Bid before the deadline, then the Sale Hearing will be scheduled for **June 17, 2022, at 9:00 a.m. (ET)** rather than May 26, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have received one or more Intentions to Submit Qualified Bid. Thus, pursuant to the Bid Procedures Order and the Bid Procedures, to the extent the Debtors receive one or more Qualified Bids on or before the Bid Deadline, the Auction is scheduled to be held on **June 9, 2022 at 10:00 a.m. (ET)**.

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

-3-

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on **June 17, 2022, at 9:00 a.m. (ET)**, before the Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street North, 3rd Floor, Wilmington, DE 19801 or conducted consistent with the procedures established pursuant to the Bankruptcy Court's standing orders regarding remote hearings in bankruptcy cases, all of which are facilitated via Zoom, which instructions will be included in the agenda of matters scheduled to be heard at the Sale Hearing.

*[Signature Page Follows]*

Dated: May 20, 2022
      Wilmington, Delaware

*/s/ Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.stratton@troutman.com
      david.fournier@troutman.com
      evelyn.meltzer@troutman.com
      kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
      adam.ravin@lw.com
      brett.neve@lw.com
      tj.li@lw.com
      alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*