## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
MD HELICOPTERS, INC., et al.,¹                          :   Case No. 22-10263 (KBO)
                                                        :
                    Debtors.                            :   (Jointly Administered)
                                                        :
------------------------------------------------------- x   Objection Deadline: June 3, 2022
```

### DECLARATION IN SUPPORT OF EMPLOYMENT OF
### SNELL & WILMER L.L.P. AS PROFESSIONAL UTILIZED IN
### ORDINARY COURSE OF BUSINESS

I, Steven D. Jerome, declare that the following is true to the best of my knowledge, information and belief:

1.     I am a partner of Snell & Wilmer L.L.P., located at One Arizona Center, 400 East Van Buren Street, Suite 1900, Phoenix, Arizona 85004 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* [ECF No. 181] (the "**OCP Order**").

2.     Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors with respect to a broad range of aspects of the Debtors'

---

¹    The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

businesses, including advice and assistance regarding international trade and government contract compliance, including protest against Department of Army contract award, and representing MD Helicopters, Inc as a judgment debtor in post-judgment enforcement proceedings since July of 2017.

      3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters.

      4.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified the following connections:

- AEW Company - Former Client Aew Capital Management, Inc. (2009); Former Client AEW Core Property Trust (U.S.) Inc. (2018)

- Airbus Helicopters SAS - Former Client (2021)

- AirGas - SW Client

- AlixPartners LLP - SW Client; Vendor: Active

- American Express Corporate - Former Client (2021); Vendor-Active

- AmeriGas - Former Client (2008)

- Ametek Ameron LLC dba Mass - According Website it is Mass Systems; Former Client (2022) In process of closing

- Arizona Corporation Commission - Vendor: Active

- Arizona Department of Revenue - SW Client; Vendor: Active

2

- Arizona Department of Environmental Quality - SW Client

- Arizona Department of Transportation - SW Client; Vendor: Active

- Arizona Escrow & Financial Corp. - Vendor: Active

- Arizona Secretary of State - SW Client; Vendor: Active

- Arnold & Porter Kaye Scholer LLP - ALAS Firm

- Bank of the West Equipment Finance (BNP Paribas Group) - SW Client

- BBVA USA - SW Client; Vendor-Active

- BE Aerospace New Berlin - SW Client

- Bell Textron Inc. - SW Client

- Blue Cross Blue Shield of Arizona - SW Client; Vendor: Active

- Bureau of Customs and Border Protection - Vendor-Active

- Boeing Company  - SW Client

- Bradley Arant Boult Cummings LLP - SW Client; ALAS Firm; Vendor: Active

- Cadwalader Wickersham & Taft LLP - SW Client; Vendor-Active

- Cigna International - Former Client (2019)

- City of Glendale - Vendor: Active

- City of Huntington Beach - Former Client (2006)

- City of Mesa - SW Client; Vendor-Active

- City of Phoenix - Vendor: Active

- City of San Diego/IACP 2000 - Vendor: Active

- Cole Schotz P.C.- ALAS Firm

- Colorado State Treasurer - Vendor: Active

- Commonwealth of Virginia - Vendor: Inactive

- Cooley LLP - Former Client (2020)

4888-1640-3744

- Cox Communications - SW Client; Vendor: Active

- Crowe & Dunlevy - Former Client (2011); ALAS Firm; Vendor: Active

- Crowell & Moring LLP - Vendor: Inactive

- CT Lien Solutions - Vendor: Active

- Data Sales - Former Client (2018)

- Dentons US LLP - Vendor: Active

- Delaware Secretary of State - Vendor-Active

- Department of Revenue – Connecticut - Vendor: Active

- Department of Transportation - NDOT Former Client (2018); UDOT Former Client (2018); ADOT SW Client

- DISAM / Treasurer of the United States - Vendor: Active US Treasurer/Treasury

- Driven Inc. - Vendor-Inactive

- Elbit Systems Ltd - Former Client (2018)

- Federal Aviation Administration - Vendor: Active

- Fedex Express - Former Client (2020); Vendor-Inactive

- Fedex Freight West - Former Client (2020); Vendor-Inactive

- FTI Consulting - Former Client (2010); Vendor: Active

- Gibson, Dunn & Crutcher LLP - Former Client (2017); Vendor: Active

- Goodyear Rubber - Former Client Goodyear Tire (2009)

- Hartzog Conger Cason LLP - Vendor: Active

- Hexcel-Salt Lake City - Former Client (2021); Vendor: Inactive

- Honeywell International Inc. - Former Client (2017); Vendor: Inactive

- Industrial Commission of AZ - Vendor-Active

4888-1640-3744

- Insight Inc. - According to Website it is connected to Insight Enterprises - SW Client Insight Enterprises Inc & Subs; Vendor-Inactive

- Intelligent Management Solutions - Vendor-Active

- Kawasaki Heavy Industries Ltd - SW Client

- Latham & Watkins LLP - Former Client (2016); Vendor: Inactive

- Las Vegas Police Department - Vendor LV Metro DP -Active

- Liberty Mutual - SW Client; Vendor-Active

- LinkedIn - Vendor:Active

- Lloyd's - Former Client Underwriters At Lloyd's London (2014); Lloyd's of London (2017); Lloyds Bank International (1985)

- Lynn Tilton - Former Client (2017)

- Maricopa County - Vendor: Active

- Maricopa County Treasurer - Vendor: Active

- Maynard Cooper & Gale P.C. - Former Client (1998); Vendor: Active

- MBIA Inc. - Former Client (2009)

- McDonnell Douglas Helicopter Company - Former Client (2008)

- MD Helicopters, Inc. – SW Client

- Mesa Police Department - Former Client (2019); Vendor- Active

- Midstate Mechanical, Inc. - Former Client (2004)

- Moss Adams LLP - Vendor: Active

- Mutual of Omaha Inc. - SW Client; Vendor-Active

- National Coatings & Supplies - SW Client

- National Union Fire Insurance Company of Pittsburgh (AIG) - Former Client (2017)

- NIAR - Wichita State University - Former Client WSU (2021)

- North Carolina Dept. of Revenue - Vendor: Active

- OCR Services Inc. - Vendor: Inactive

- Ogletree Deakins - Former Client (2008); Vendor: Inactive

- Ohio Security Insurance Company - SW Client

- Old Republic Insurance Company - Former Client (2017)

- Onsager Werner & Oberg PLC - Former Client (2004); Vendor: Active

- Oregon Department of Revenue - Vendor: Active

- Pacific Forge Inc. - SW Client

- Patriarch Partners, LLC - Former Client (2017)

- Patriarch Partners VIII, LLC - Former Client (2017)

- Patriarch Partners XIV, LLC - Former Client (2017)

- Pension Benefit Guaranty Corporation - Vendor: Active

- Pitney Bowes - Former Client (2006); Vendor: Inactive

- Polk County Sheriff's Office - Vendor: Active

- Pratt & Whitney - SW Client

- Prudential Overall Supply - SW Client

- Quench USA Inc - Vendor: Active

- Quicksilver Express Courier - Vendor: Inactive

- Regal Beloit America Inc. - Former Client Regal Beloit Corp. (2018)

- Ricoh USA, Inc. - Vendor-Active

- Rockwell Collins - SW Client

- Rolls-Royce Corporation - Former Client (2012)

4888-1640-3744

- Safran Power UK Ltd (FKA Goodrich) - Former Client  BF Goodrich (1988); Former Client Goodrich Co (2010); SW Client Goodrich Corp; SW Client  RTX Goodrich

- Scottsdale Chamber of Commerce - Vendor: Inactive

- Sikorsky Aircraft - Former Div./Aff.  Of Client (Sold)

- Simpson Thacher & Bartlett LLP - Former Client (2018)

- SRP (Salt River Project) - Former Client (2022); Vendor: Active

- Standard Aero Ltd. - Former Client (2012)

- Staples Advantage - Vendor: Active

- State Bar of California - Vendor: Active

- State of Arizona - SW Client; Vendor: Active

- State of California - Vendor-Active

- State of California – Department of Fish & Wildlife

- State of Connecticut - Vendor-Active

- State of Hawaii - Vendor-Active

- State of Idaho - Vendor-Active

- State Of New Hampshire - Vendor-Active

- State of Florida - Vendor-Inactive

- State of Texas - Vendor-Active

- Steadfast Insurance Company - Former Client (2006)

- SwissRe - Former Client (2015)

- Tennessee Valley Authority - Former Client (2017)

- Terra Verde - SW Client Terra Verde Services & Terra Verde Security

- The Arizona Republic - Former Client (2019); Vendor: Active

- The Honorable John T. Dorsey - Possible Former Client (2006)

- The United States of America - Former Client Chamber of Commerce US (2021)

- Triumph Gear Systems-Macomb Inc. - Former Client (2022)

- Troutman Pepper Hamilton Sanders LLP - Vendor-Active

- Truly Nolen - SW Client; Vendor: Inactive

- Tyler Technologies - Vendor-Active

- ULINE - Vendor: Active

- United Parcel Service Inc. - Former Client (1995); Vendor-Active

- United States Department of State  - Vendor: Active

- United States Department of the Treasury (IRS) - Vendor: IRS Active

- U.S. Border Patrol - Vendor- Active

- Verizon - SW Client; Vendor: Active

- Vortex Industries Inc. - SW Client

- Washington State Department of Revenue - Vendor-Active

- Washington State Treasurer  - Vendor: Active

- Waste Management - SW Client WM Arizona; WM Inc. Former Client; Oakleaf WM Former Client (2009); WM Nevada Former Client (2015); Vendor: WM NV Active  (2004)

- Waxie Sanitary Supply - Vendor: Active

- Wells Fargo Bank, N.A. – SW Client; Vendor-Active

- Wencor LLC (fka Dixie Aerospace) - Former Client (2004)

- White & Case LLP - Former Client (1987); Vendor: Inactive

- Willis Towers Watson - SW Client

- Willis Towers Watson Insurance Services West, Inc. - SW Client

- Winco - Vendor Winco Law Firm- Active

- Young Conaway Stargatt & Taylor, LLP - Former Client (2015); ALAS Firm; Vendor: Active

- Zurich NA - Former Client  (2017); Vendor :Inactive

5.      To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged.  Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6.      As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.      The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The Firm's current customary hourly rates, subject to change from time to time, range from $185 per hour to $1050

per hour.  The principal attorneys designated to represent the Debtors and their current standard rates are:

> Steven D. Jerome - $685/hour
>
> Brett W. Johnson - $660/hour
>
> James G. Florentine - $440/hour

9.      The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature.  The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals/other professionals/employees and to cover fixed and routine overhead expenses.

10.     It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, PACER fees, filing fees, mailing/delivery fees, printing/scanning expenses, postage and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11.     No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

12.     The Debtors owe the Firm $2,082.00 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**<u>Petition Date</u>**").   As of the

Petition Date, the Firm held a prepetition retainer of $25,000.00. In the event the Firm's employment is authorized, the Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to the OCP Procedures.

13. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

14. As of the Petition Date, the Firm was party to a services agreement with the Debtors. To the extent that such services agreement contains material terms which are not disclosed in the text of this Declaration, a copy of such agreement is attached as an exhibit to this Declaration.

15. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

16. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____May 20, 2022_____

                                        _____
                                        Steven D. Jerome
                                        Partner

                                        Snell & Wilmer L.L.P.
                                        One Arizona Center
                                        400 E. Van Buren Street, Suite 1900
                                        Phoenix, Arizona 85004
                                        Phone: (602) 382-6000
                                        Facsimile: (602) 382-6070
                                        Email: sjerome@swlaw.com

**Schedule 1**

**Potential Parties in Interest[1]**

**1.**    **Debtors**

MD Helicopters, Inc.                          Monterrey Aerospace, LLC

**2.**    **Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited              MD Helicopters B.V.
Zohar II 2005-1, Limited                   MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.       Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.**    **Current Lenders and Related Parties**

Zohar III, Limited                              Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC            Patriarch Partners III, LLC
MBIA Inc.                                          Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP    Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.**    **Directors & Officers**

Alan Carr                                           YR Hladkyj
Barry Sullivan                                    Chris Jaran

**5.**    **Former Directors & Officers**

Lynn Tilton

**6.**    **Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.**    **Professionals**

Latham & Watkins LLP                     Troutman Pepper Hamilton Sanders LLP
Moelis & Company                            Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                  Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP

White & Case LLP

Milbank LLP

Arnold & Porter Kaye Scholer LLP

FTI Consulting

Cadwalader Wickersham & Taft LLP

Cole Schotz P.C.

Crowell & Moring LLP

Joele Frank, Wilkinson Brimmer Katcher

Halunen Law PLLC

Reese Marketos LLP

Warren Benson Law Group

Mastando & Artrip LLC

8.      **Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP

Daugherty, Fowler, Peregrin, Haught & Jenson, PC

Cooley LLP

Crowe & Dunlevy

Dentons US LLP

Gibson, Dunn & Crutcher LLP

Hartzog Conger Cason LLP

Koeller, Nebeker, Carlson, Haluck, LLP

Loyens & Loeff N.V.

Mark Barnes & Associates

Maynard Cooper & Gale P.C.

Moctezuma Castro Abogados

Moss Adams LLP

Ogletree Deakins

Onsager Werner & Oberg PLC

Shackelford, Bowen, McKinley & Norton, LLP

Simpson Thacher & Bartlett LLP

Snell & Wilmer LLP

William R. Black

9.      **Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.

BBVA USA

10.     **Taxing Authorities**

Arizona Corporation Commission

Arizona Department of Revenue

Arizona Department of Environmental Quality

Arizona Department of Transportation

Arizona Escrow & Financial Corp.

Arizona Secretary of State

Assistant Commissioner for Patents

Bodycote-Haltom City

Bureau of Alcohol, Tobacco, Firearms and Explosives

Bureau of Customs and Border Protection

California Police Chiefs Association

California State Disbursement Unit

California State Sheriff's Association

CFE – South Carolina

City and County of Honolulu

City of Atlanta

City of Columbus – Treasurer – Police

City of Glendale

City of Indianapolis/Marion County

City of Phoenix

City of San Diego/IACP 2000

City of San Diego-Treasurer's Office

City of Santa Monica

City of Westfield

CNLC Procurement Department

Colorado State Treasurer

Commissioner of Patents & Trademarks

Commissioner of Revenue Services (CT)

Controller (Nebraska)

Commonwealth of Virginia

County of Lethbridge

Defense Finance and Accounting Officer

Defense Finance and Accounting Service

Defense Procurement Agency

Delaware Secretary of State

Department of Labor & Industries - Washington

Department of Revenue - Arizona

Department of Revenue - Connecticut

Department of Revenue - Georgia

Department of Toxic Substances Control

Department of Transportation

DISAM / Treasurer of the United States

DTSC Accounting

European Aviation Safety Agency

Federal Aviation Administration

Florida Department of Revenue

Franchise Tax Board (Sacramento, CA)

2

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
   Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

## 11.    **Litigation Parties**

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
   Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

**12.**    **Insurance Providers and Brokers**

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of
  Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West,
  Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

**13.**    **Utilities**

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

**14.**    **Customers, Licensors, and Other Key Contractual Counterparties**

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security
  Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera –
  Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP
  Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish &
  Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.    **Competitors**

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.    **Significant Vendors**[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphi
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

17.    **District of Delaware Bankruptcy Judges**

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief
  Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

18.    **Clerk of Court and Deputy for the District of Delaware**

Stephen Grant

Una O'Boyle

19.    **Office of the United States Trustee**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

8

James R. O'Malley                           Edith A. Serrano
Michael Panacio                             Rosa Sierra
Linda Richenderfer                          Karen Starr
Juliet Sarkessian                           Dion Wynn
Richard Schepacarter

**20.**     **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

9



## Snell & Wilmer
### L.L.P.
#### LAW OFFICES

One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Brett W. Johnson
(602) 382-6312
bwjohnson@swlaw.com

July 25, 2017

William R. Black
MD Helicopters Inc.
4555 E. McDowell Rd.
Mesa, AZ 85215

Re:    Agreement for Legal Services

Dear Bill:

We are pleased that you have asked Snell & Wilmer to serve as your counsel in connection with the matter described below. This letter will confirm our discussion with you regarding the terms of that engagement and describe the basis on which our firm will provide legal services to you. If you are in agreement with the provisions concerning our engagement set forth in the balance of this letter, please sign the enclosed copy in the space provided and return it to us. If you have questions concerning any of these provisions, please do not hesitate to call. Once again, we are pleased to have the opportunity to serve you.

1.    *Client; Scope of Engagement.* The scope of our engagement will be to advise and counsel MD Helicopters Inc. ("MDH") regarding international trade and government contracting compliance. For all other matters, MDH is represented, if at all, by separate counsel. In that regard, unless we expressly agree otherwise, our client in this matter will be only MDH, and not any of its parents, subsidiaries, affiliates or constituents.

2.    *Fees, Expenses and Staffing.* Since this will be our first engagement by Caruso, I want to encourage you to bring to my attention at any time any questions or concerns you may have concerning either our services or our fees. In order to assist you in understanding our billing practices, I enclose a copy of our current Policy on Professional Fees. While hourly rates for attorneys and paraprofessional staff are adjusted from time to time, my current hourly rate is $505. In addition to myself, Sarah Delaney will work with me in representing your interests in the most cost effective and efficient manner. The current hourly rate for Sarah is $300.00. Billings for professional services, however, will be based on all of the considerations discussed in the enclosed Policy on Professional Fees and not simply hours expended and hourly rates. We will send statements for professional fees and expenses to your attention on a monthly basis. Payment is due upon receipt.

Snell & Wilmer
———L.L.P.———

William Black
July 25, 2017
Page 2

Our firm normally requests a retainer before we begin working for new clients to secure the payment of our fees, costs and expenses, which are either billed and unpaid or incurred but as yet unbilled. However, we are waiving the retainer in this matter.

3.     *Cooperation and Communication; Termination; Withdrawal.*  We will provide legal counsel to you in accordance with this letter and in reliance upon information and guidance provided by you, will keep you reasonably informed of progress and developments, and will respond to your inquiries. To enable us to represent you effectively, you agree to cooperate fully with us in connection with this matter, and to fully and accurately disclose all facts and documents that may be relevant to the matter or that we may otherwise request. You also will make yourselves reasonably available to attend meetings, discovery proceedings and conferences, hearings, and other proceedings as may be necessary.

Because it is important that we be able to contact you at all times to consult with you regarding your representation, you agree to inform us, in writing, of any changes in the name, address, telephone number, contact person, e-mail address, state of incorporation, or other relevant changes regarding you or your business. Whenever we need your instructions or authorization in order to proceed with legal work on your behalf, we will contact you at the latest business address we have received from you.

Either at the commencement or during the course of our representation, we may express opinions or beliefs concerning various courses of action and the results that might be anticipated. Any such statement made by any partner or employee of our firm is intended to be an expression of opinion only, based on information available to us at the time, and should not be construed by you as a promise or guarantee.

You may terminate our representation at any time by notifying us. Subject to any applicable rules of professional conduct, we may withdraw from representation if you fail to fulfill your obligations under this agreement, including your obligation to timely pay our fees and expenses, or for any other reason permitted or required under those rules. In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in the above matter, and you agree to take all steps necessary to free us of any obligation to perform further, including the execution of any documents necessary to perfect our withdrawal. If permission for withdrawal is required by a court or arbitration panel, we will promptly request such permission, and you agree not to oppose our request. Termination of our representation will not affect your responsibility for payment of outstanding statements and accrued fees and expenses incurred before termination or in connection with an orderly transition of the matter.

Snell & Wilmer
——— L.L.P. ———

William Black
July 25, 2017
Page 3

Unless previously terminated, our representation will terminate upon our sending you our final statement for services in this matter. Upon the completion of our work on the last active matter we have for you, you will be considered a former client for all matters. Following termination of each matter, any otherwise nonpublic information you have supplied to us which is retained by us will be kept confidential in accordance with the applicable rules of professional conduct and we will close the file for that matter. During the course of our representation and as part of the file closing process, we will endeavor to keep relevant information in the file. Consistent with the firm's records retention and disposal policy, however, we may, in our discretion, discard various documents including but not limited to drafts, notes, research, memoranda, correspondence, and other documents. We will be pleased to furnish you with a copy of the policy upon request, and to answer any questions about it you may have. The contents of the closed file will be retained by the firm and stored for a reasonable period of time in accordance with the policy. Upon request, you may obtain at no cost to you a copy of any such materials that have not been previously furnished to you. In addition, please let us know if you would like us to return any original papers or other property that you have furnished to us. In the absence of contrary instructions, we will dispose of such items in accordance with the policy. The period for which particular client files will be retained may vary depending on the nature of the matter and the engagement. Following the prescribed retention period, those files may be destroyed or otherwise disposed of without further notice or attorney review.

4. *Conflicts of Interest.* In undertaking this representation, our objective is to represent you to the best of our ability without forfeiting the representation of other existing or potential clients. One purpose of this letter, therefore, is to avoid our disqualification from representing such existing or potential clients on matters unrelated to those for which you have engaged us. Given the limited nature of our representation, there are certain conditions to our engagement that we would like to explain to you and to which we would like to secure your approval and consent.

As we presume you are aware, Snell & Wilmer is a large law firm, which has represented, and continues to represent, many different corporate and individual clients with various business interests in numerous industries. It is possible that, during the time, we are representing your interests in the matter for which we have been engaged, we may be asked to represent interests, belonging to one of the firm's present or future clients in an unrelated matter, that are adverse to yours. If such a conflict were to arise between your interests and those of another present or future client of the firm, the firm reserves the right to represent the interests of the other client with respect to that particular matter, provided that such representation does not result in any prejudice to your interests, and that such representation is consistent with the requirements of the State Bar of Arizona Rules of Professional Conduct.

Snell & Wilmer
L.L.P.

William Black
July 25, 2017
Page 4


Therefore, as a specific condition to our undertaking your representation, you understand and agree that this firm may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to the matters we are handling on your behalf, even if the interests of such other clients in those other unrelated matters are directly adverse to yours, and even if those other matters may ripen into or involve litigation between such other clients and yourself, on the condition that such adverse interests constitute a consentable conflict of interest, and you have been afforded the opportunity to give informed consent, as required by the State Bar of Arizona Rules of Professional Conduct. In no event shall this firm represent any other client in litigation against you.

We agree, however, that your prospective agreement and consent to such conflicting representation shall not apply in any instance where, as a result of our representation of you, we have obtained sensitive, proprietary, strategic or other confidential or private information of a nonpublic nature that, if known to such other client, or known and considered by counsel representing such other client, could be used to the material disadvantage of your interests in the matter involved. Nor shall it apply to permit us to represent any client against you in any litigation or similar proceeding in which we represent you, or which arises out of or is substantially related to a matter in which we represented you.

We understand that you are familiar with the potential consequences of such a prospective conflict of interest waiver by virtue of your business sophistication and experience in one or more other matters. Nevertheless, you may want to consider consulting separate counsel regarding whether to grant such a waiver on the terms set forth herein. We encourage you to do so before agreeing to these terms of representation.

5.    *Tax Advice Policy.*  Whether or not you have requested the firm to provide federal tax advice in connection with this engagement, there is at least a possibility that federal tax issues requiring such advice may arise in the future. For this reason, I am also enclosing with this letter a copy of the firm's "Statement of Policy Regarding Tax Advice." I encourage you to review it and call me with any questions you might have.

Please review this letter carefully and, if the terms and conditions of our representation and the billing arrangements meet with your approval, please sign the enclosed copy of this letter and return it to me with retainer so that we may begin work. Please call if you have any questions.

## Snell & Wilmer
### L.L.P.

William Black
July 25, 2017
Page 5

We very much appreciate this opportunity to work with you.

Very truly yours,

Snell & Wilmer L.L.P.

*Brett Johnson /th*

Brett W. Johnson

BWJ:th
Enclosures

I have reviewed this letter and Snell & Wilmer's Policy on Professional Fees and I agree to the terms and conditions of representation and the billing arrangements.

_____

William R. Black
For MD Helicopters Inc.

Snell & Wilmer
——— L.L.P. ———

William Black
July 25, 2017
Page 6

## POLICY ON PROFESSIONAL FEES

TO OUR CLIENTS:

The attorney-client relationship works best when there is a mutual understanding about fees and payment terms. Accordingly, our Policy on Professional Fees is intended to explain briefly our current billing policies and procedures. These policies and procedures are subject to change. We encourage you to discuss with us at any time any questions you might have concerning these policies and procedures.

**How Fees Are Determined**. To help us determine the value of our services, we ask each of our attorneys, paralegals, legal assistants and certain clerical personnel providing specialized support to maintain time records for each client and matter. These individuals are assigned hourly rates, which are reflected on the billing statement sent to clients. These hourly rates are adjusted from time to time (generally once a year) and can change during the course of our engagement. Our rates are a benchmark, and not the sole determinant of the value of our services for billing purposes. The billing attorney assigned to your account reviews the time records before a billing statement is rendered. Pursuant to the applicable Rules of Professional Conduct, a reasonable fee takes into consideration, among other factors, the time and labor required, the novelty of the issues involved and the skill required to perform the legal services properly, the amount involved and the results obtained, any time limitations imposed by the client or by the circumstances, the nature and length of the professional relationship with the client, the experience, reputation and ability of the attorneys performing the services, and the degree of risk assumed by the attorney. In accounting for the hours attributable to an assignment, the billing attorney may take into consideration efficiencies and value resulting from the firm's technology and other resources that provide benefit to the client that is greater than would be reflected in the hourly rate of the individual lawyer involved.

**Billing for Disbursements and Expenses**. Snell & Wilmer L.L.P. obtains reimbursement for disbursements made on behalf of clients, such as filing fees, transcript and deposition fees, reasonable travel expenses and expert witness fees. We also charge for certain expenses incurred on behalf of clients, such as copies, scans, facsimiles, postage, messengers, long-distance telephone calls and computerized research. The charge for copies is $.20 per page, scans is $.10 per page, outgoing facsimiles is $1.50 per page and computerized research is $5.00 per minute. There is no charge for incoming facsimiles, normal deliveries to local courts, secretarial overtime or similar activity. We may forward to you large disbursement billings for direct payment to the vendor.

Snell & Wilmer
L.L.P.

William Black
July 25, 2017
Page 7

We make every effort to include disbursements and expenses in the statement for the month in which they are incurred. Some disbursements and expenses are not available to us until the following months, in which case a subsequent statement will be rendered to you for these additional charges.

**Retainer Policy**. It is also our policy to obtain a retainer from new clients, and from existing clients under certain circumstances to secure the payment of our fees and costs and expenses. The amount and terms of a retainer arrangement are generally determined after consultation with the billing attorney. It may be appropriate to require an additional retainer after the commencement of the engagement, or to require an increase in a prior retainer, depending on the scope of the work or payment history. For example, prior to a lengthy trial, we may require the posting of a retainer sufficient to cover expected fees. We may also request a retainer for the purpose of paying out-of-pocket costs we incur on your behalf.

**Fee Estimates**. Any estimates of anticipated fees that we provide are, due to the uncertainties involved, necessarily only an approximation of potential fees. Under no circumstances are such estimates a maximum fee quotation. Our actual fees will be determined in accordance with the policies described herein.

In some cases, we may provide specific fee arrangements on a project basis. A specific fee arrangement will always be confirmed in writing; otherwise, our normal billing policies will apply.

**Billing Statements**. In the absence of other arrangements or factors, our billing statements ordinarily will be rendered to you on a monthly basis. Any matter that is not billed monthly and which extends beyond three months ordinarily will be billed quarterly, unless otherwise agreed between us.

Our billing statements are due and payable upon receipt. We ask and expect payment of our statements on a current basis, as delayed payment adds to our overall costs of providing services. Interest at the rate of 12% per annum will be assessed on all amounts over 30 days past due.

**Dispute Resolution**. Although we look forward to a mutually rewarding relationship, in the unlikely event of a dispute, including a dispute regarding the amount or payment of fees and expenses, the following dispute resolution terms will apply.

In the event of a dispute concerning the amount or payment of fees and expenses, we mutually agree that any such dispute will be submitted to mandatory binding arbitration to be held in Maricopa County, Arizona and conducted in accordance with procedures established by

Snell & Wilmer
——— L.L.P. ———

William Black
July 25, 2017
Page 8

the State Bar of Arizona.  The decision of the arbitrator(s) will be final and binding on the parties.  Judgment on any arbitration award may be entered in accordance with the provisions of the Uniform Arbitration Act, as adopted in Arizona, A.R.S. §§ 12-1501 *et seq.*, and of the Arizona Rules of Civil Procedure.  This paragraph will not apply, however, if there is a separate legal procedure for determining the fee, such as the determination of the probate court in a matter involving the representation of an estate.  In the event that dispute resolution proceedings are instituted between us for any reason, the prevailing party shall be entitled to an allowance of reasonable attorneys' fees and other costs incurred as a result of the action or proceeding or other such procedure.

As to any claim or dispute arising out of or connected with our services, other than a fee dispute covered by the preceding paragraph, we mutually agree to attempt in good faith to settle the dispute by non-binding mediation in Phoenix, Arizona before commencing any legal action or other dispute resolution procedure.  Unless we otherwise agree, the mediation will be conducted pursuant to the then current Center for Public Resources (366 Madison Avenue, New York, N.Y.) Mediation Procedures.  Either of us may commence mediation by letter requesting mediation delivered to the other party and to the Center for Public Resources ("CPR").  In the event we fail to agree upon a neutral mediator within ten (10) working days after the mediation request is delivered, either of us can apply to CPR to appoint a neutral mediator who has experience in the subject matter of the claim or dispute.

**Lex Mundi**.  Snell & Wilmer is a member of Lex Mundi, a global association of independent law firms that can be called upon to provide clients worldwide access to legal services.  Although a member of Lex Mundi, Snell & Wilmer is completely independent and does not have common operations, share fees or collaborate on a pre-arranged basis with other member firms.  If collaboration with other independent members of Lex Mundi is appropriate to serve client needs, Snell & Wilmer will discuss the specific engagement with the client to assure understanding and agreement of the roles and duties assumed by each involved law firm.

**Errors and Omissions Coverage**.  Some states require that a law firm disclose the existence of errors and omissions insurance coverage applicable to the services to be rendered.  Snell & Wilmer hereby confirms the existence of such insurance coverage.

Finally, in closing, let us assure you that our goal has always been and will continue to be to provide legal services to you on the most cost-efficient basis possible.  If at any time you wish to discuss either our billing policies or procedures generally or a specific billing statement, we encourage you to contact us.

Snell & Wilmer
L.L.P.

William Black
July 25, 2017
Page 9

### STATEMENT OF POLICY REGARDING FEDERAL TAX ADVICE

Federal legislation and implementing regulations have established substantial penalties for taxpayers who fail to report on a special form tax return items arising from so-called "reportable transactions." "Reportable transactions" are transactions, events, plans, or other arrangements identified by Congress or the Treasury Department as including elements associated with potentially abusive tax shelters. However, it is well accepted that many legitimate transactions may also include such elements and, therefore, may also be classified as "reportable transactions."

The "reportable transaction" rules also impose duties upon law firms that provide tax advice or services relating to such "reportable transactions." Consequently, it is possible that Snell & Wilmer may become subject to these rules in connection with advice or services provided to you regarding a legitimate transaction or arrangement. If so, Snell & Wilmer will be obliged to notify the Internal Revenue Service that it has provided services in connection with what may be a "reportable transaction." Snell & Wilmer will also be required to maintain a file containing information and documents relating to the transaction or arrangement in question for production to the Internal Revenue Service upon written request. The existence of the attorney-client privilege is no excuse for non-compliance with these rules, although specific items of otherwise disclosable information may be privileged. Prior to taking any steps that may be required under the "reportable transaction" rules, Snell & Wilmer will consult with you concerning the possibility that a given transaction or arrangement may be a "reportable transaction" and, as appropriate, coordinate its disclosure and record-maintenance efforts with any taxpayer reporting obligations to which you may be subject. We will also discuss with you, as appropriate, the possible invocation of the attorney-client privilege.  Because these consultations and related reporting and record-maintenance activities can sometimes involve a substantial effort by our attorneys and paralegals and because, by law, they are a necessary consequence of assisting you in connection with a transaction or arrangement that includes one or more elements making it a "reportable transaction," absent special arrangements to the contrary, Snell & Wilmer will treat them as an additional component of its engagement by you, for which you agree to compensate Snell & Wilmer in accordance with the attached Policy unrelated to any special fee arrangements that may otherwise apply.

4842-7644-3468