**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
MD HELICOPTERS, INC., *et al.*,[1]                               :    Case No. 22-10263 (KBO)
                                                                 :
        Debtors.                                              :    (Jointly Administered)
                                                                 :    Objection Deadline: June 3, 2022
---------------------------------------------------------------- x

## DECLARATION IN SUPPORT OF EMPLOYMENT OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. AS PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS

I, Leah S. Freed, declare that the following is true to the best of my knowledge, information and belief:

1. I am a Shareholder of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., located at 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm. The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2. Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as outside counsel for MD Helicopter, Inc. in labor and

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

employment–related matters with respect to a broad range of aspects of the Debtors' businesses, including providing routine counseling and strategy advice on day-to-day issues, litigation, benefits, affirmative action compliance and occupational safety, since February 2006.

3. The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: Outside counsel for MD Helicopters, Inc. in the United States District Court of Arizona case *Dennis Welch v. MD Helicopters, Inc.*, no. 2:22-cv-00401-DMF, a failure to pay minimum wage in violation of the Fair Labor Standards Act action, filed March 15, 2022; and outside counsel for MD Helicopters, Inc. in responding to a demand letter sent by counsel for former employee Karen Quaintance alleging discrimination based on sex.

4. The Firm may have performed legal services in the past, may currently perform legal services, and may perform legal services in the future, in matters unrelated to the above-captioned chapter 11 cases for persons that are parties in interest in these chapter 11 cases. The Firm does not perform legal services for any such person in connection with these chapter 11 cases or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any

class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8. The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm's current customary hourly rates, subject to change from time to time, are $486 and $580.50 for attorneys, and $265 for paralegals. The principal attorneys and paralegals designated to represent the Debtors and their current standard rates are:

> Joseph T. Clees, Shareholder:  $580.50/hour
>
> Leah S. Freed, Shareholder:  $486/hour
>
> Robin L. McAdams, Paralegal:  $265/hour

9. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses.

10. It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, copies, faxes, FedEx, mileage, travel, computer research, courier/messenger, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11. No representations or promises have been received by the Firm as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

12. The Debtors owe the Firm no money for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**").

13. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

14. As of the Petition Date, the Firm was party to a services agreement with the Debtors.

15. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

16. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2022

                                    */s/ Leah S. Freed*
_____
Leah S. Freed
Shareholder
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Leah.Freed@OgletreeDeakins.com

5

## Schedule 1

## Potential Parties in Interest[1]

**1.     Debtors**

MD Helicopters, Inc.                                   Monterrey Aerospace, LLC

**2.     Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                    MD Helicopters B.V.
Zohar II 2005-1, Limited                          MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.              Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.     Current Lenders and Related Parties**

Zohar III, Limited                                       Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                    Patriarch Partners III, LLC
MBIA Inc.                                                   Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP          Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.     Directors & Officers**

Alan Carr                                                   YR Hladkyj
Barry Sullivan                                           Chris Jaran

**5.     Former Directors & Officers**

Lynn Tilton

**6.     Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.     Professionals**

Latham & Watkins LLP                             Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                   Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                              Prime Clerk LLC)

---

[1]  The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]  This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

**8.    Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson, PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

**9.    Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.

BBVA USA

**10.    Taxing Authorities**

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

2

| | |
|---|---|
| Georgia Department of Revenue | Polk County Sheriff's Office |
| Hawaii State Dept. of Taxation | Prince George's County, Maryland |
| Hexcel-Salt Lake City | Scottsdale Chamber of Commerce |
| Houston Police Foundation | Sonoma, County of |
| Idaho State Tax Commission | State Bar of California |
| Indiana Department of Revenue | State of Alabama |
| Indiana Department of Workforce Development | State of Arizona |
| Industrial Commission of AZ | State of California |
| International Association of Chiefs of Police | State of Connecticut |
| Leadville/Lake County Fire Department | State of Hawaii |
| Maricopa County | State of Idaho |
| Maricopa County Air Quality Department | State Of New Hampshire |
| Maricopa County Treasurer | State of Florida |
| Mesa Chamber of Commerce | State of Texas |
| Mesa Citizen Police Academy Alumni Association | State of Washington |
| | The Arizona Republic |
| Minnesota Department of Human Rights | The State Bar of California |
| Minnesota Department of Natural Resources | Treasurer, St. Louis County |
| National Sheriffs Association | Treasurer, City of Columbus |
| North Carolina Dept. of Revenue | United States Department of State |
| North Carolina Law Enforcement Association | United States Department of Transportation |
| Orange County Nameplate Co. | United States Department of the Treasury (IRS) |
| Oregon Department of Revenue | Virginia Department of Taxation |
| Oxford Police Department | Washington State Department of Revenue |
| PA Department of Revenue | Washington State Support Registry |
| Pasadena Police | Washington State Treasurer |

**11.    Litigation Parties**

| | |
|---|---|
| Aerometals, Inc. | Leanne Wilson |
| Aero Structural Services LLC | Maksym Czyżewski |
| Ahmet Yasin Vurucu | Mary Reed |
| Ali Cihan Vurucu | Mehmet Çalık |
| Ascent Helicopters Ltd. | Mehmet Kaya |
| Aysel Çalık | Michael Sandidge |
| Ayşe Çalık | Nihal Kaya |
| Boeing Company | Norbert Vergez |
| Cem Melekoğlu | Ocean View Helicopters Ltd. |
| Danica Redekopp | Philip Marsteller |
| Dean Gervais | Rex Kamphefner |
| Dennis Welsh | Robert Swisher |
| Dilay Şimşek | Rolls-Royce Canada Limited |
| Esra Can | Rolls-Royce Corporation |
| Fatma Vurucu | Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi |
| Galip Şimşek | |
| Helifly, nv. | Serpil Can |
| Honeywell International Inc. | Standard Aero Ltd. |
| Jason Knox | TAI – Turkish Aerospace Industries, Inc. |
| Kaman Aerospace Corp. | Temple Electronics Co., Inc. |
| Keira Knox | The State of the Netherlands |
| Korps landelijke politiediensten | The United States of America |

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

**12.   Insurance Providers and Brokers**

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West, Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

**13.   Utilities**

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

**14.   Customers, Licensors, and Other Key Contractual Counterparties**

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish & Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force
Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

| | |
|---|---|
| Rotorcraft Support, Inc. | Tassoco S.a.r.L. |
| Rotor Resources, LLC | Tennessee Valley Authority |
| Rotortech Services, Inc. | Thoroughbred Helicopters |
| Ro-Wing Aviation, Inc. | Three H Top (Thailand) Co., Ltd. |
| Royal Jordanian Air Force | Trinity Aviation |
| Royal Saudi Land Forces | UAV Leasing Company |
| San Diego Sheriff Department | Unionlet Limited |
| Science and Engineering Services, LLC | U.S. Army |
| Seneka SpA | U.S. Army Special Operations |
| Silver Cloud One, LLC | U.S. Border Patrol |
| SilverStone Heintzberger Group | U.S. Drug Enforcement Administration |
| Snowball Management, LLC | Virginia Beach Police Department |
| South African Police | Von Suckow Trading Group |
| South Carolina Law Enforcement Division | Whiskey 500, LLC |
| Specialist Aviation Services Limited | Wilson Construction |
| St. Louis Police Department | Winco |
| Summit Helicopters, Inc. | Yulista Integrated Solutions, LLC |

**15.   Competitors**

| | |
|---|---|
| Airbus Helicopters SAS | Leonardo US Inc. |
| Bell Textron Inc. | Sikorsky Aircraft |

**16.   Significant Vendors[3]**

| | |
|---|---|
| Access Electronics | ASD Experts LLC (f/k/a The IPL Group) |
| Ace Tube Bending | Atos IT Outsourcing Services, LLC |
| ADT Commercial | Avibank Mfg Inc |
| Advanced Structural Technology | Axxeum, Inc. |
| Aero Dynamix Inc | B & N Aerospace |
| Aero Performance (fka Varga | BE Aerospace New Berlin |
| Aero Products Company | Bell Aeronautical Accessori |
| AeroControlex Group | Bloom Strategic Consulting Inc. |
| Afrilog Consultancy Limited | Boeing Distribution Inc.(fka aviall) |
| Ahlers Aerospace | Boeing Distribution Service |
| Allen Aircraft Pdcts Inc | Brown Aviation Tool Supply |
| Allied Fire Protection, Inc. | Brunner Aerospace, LLC |
| Allied Universal Corporation | Cal Labs Inc |
| All Views Corporation | Cal-Draulics Inc. |
| Alziebler, Inc. fka Joseph Alziebler Co | Canyon Inspection-Chandler |
| American Aircraft Products | Carl A. Schopfer |
| American Express Corporate | Carolina Ground Service Equipment Inc |
| Ametek Ameron LLC dba Mass | Carolina GSE |
| Apache Equipment Corporation | CEF Industries LLC |
| APL Access & Security, Inc. | Chard Snyder & Associates |
| Arizona Custom Brokers | Chrome Construction AZ LLC |
| Arizona Sealing Devices Inc | Churchill Navigation |
| Arkwin Industries Inc. | City of Mesa |
| ARX Consulting Group | Colinear |

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

| | |
|---|---|
| Redstone Government Consulting | Terra Verde |
| Regal Beloit America Inc. | Thales Belgium |
| Ricoh USA, Inc. | Thomas G. Ashe |
| Robertson Fuel Systems | Timken US - New Philadelphi |
| Rockwell Collins | Tower Club of Dallas Inc. |
| Rohde & Schwarz | Triumph Actuation Systems (fka GE)Yakima |
| Rolls Royce Corporation | Triumph Controls Inc. PA. |
| Rubbercraft Corp | Triumph Gear Systems-Macomb Inc. |
| S&S Precision | Truly Nolen |
| Safran Power UK Ltd (FKA Goodrich) | Tyler Technologies |
| Schopfer Carl A. | ULINE |
| Scott Air LLC | Unitech Composites (f/k/a AGC) |
| Siemens PLM Software | United Parcel Service Inc. |
| Simpson Thacher & Barlett L | Unitek Technical Services Inc. |
| SKF Aeroengines, NA fka MRC Bearings | Verizon Wireless - Broadband |
| Skygeek | Chuck Viola |
| Skylock Industries Inc. | Virtual Software Equipment |
| Southeast Aerospace Inc. | Vortex Industries Inc. |
| Southwest Technical Solutions, Inc. | Washington Calibration |
| Spectrum Associates Inc. | Waxie Sanitary Supply |
| Staples Advantage | Wencor LLC (fka Dixie Aerospace) |
| STS Component Solutions | White Star Commercial Clean |
| T.D Promotions | Wire Masters |
| Talon Test Laboratories In | Worldwide Certification Services Inc. |
| Tech Tools | Yankee Casting |
| Tech-Tool Plastics Inc. | Yard Store |
| Tek Fusion Global Inc. | |

### 17. District of Delaware Bankruptcy Judges

| | |
|---|---|
| The Honorable Brendan L. Shannon | The Honorable Mary F. Walrath |
| The Honorable Christopher S. Sontchi | The Honorable Karen B. Owens |
| The Honorable Laurie Selber Silverstein, Chief Judge | The Honorable Craig T. Goldblatt |
| | The Honorable J. Kate Stickles |
| The Honorable John T. Dorsey | The Honorable Ashely M. Chan |

### 18. Clerk of Court and Deputy for the District of Delaware

| | |
|---|---|
| Stephen Grant | Una O'Boyle |

### 19. Office of the United States Trustee

| | |
|---|---|
| T. Patrick Tinker | Diane Giordano |
| Lauren Attix | Christine Green |
| David Buchbinder | Benjamin Hackman |
| Linda Casey | Ramona Harris |
| Denis Cooke | Nyanquoi Jones |
| Joseph Cudia | Jane Leamy |
| Holly Dice | Hannah M. McCollum |
| Shakima L. Dortch | Joseph McMahon |
| Timothy J. Fox, Jr. | Angelique Okita |

| | |
|---|---|
| James R. O'Malley | Edith A. Serrano |
| Michael Panacio | Rosa Sierra |
| Linda Richenderfer | Karen Starr |
| Juliet Sarkessian | Dion Wynn |
| Richard Schepacarter | |

**20.     Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

Esplanade Center III
2415 East Camelback Road
Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Facsimile: 602.778.3750
www.ogletreedeakins.com

Joseph T. Clees
Direct: (602) 778-3701
Joseph.Clees@ogletreedeakins.com

November 15, 2013

<u>Via U.S. Mail</u>

David Ruppert, General Counsel
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215-9734

Re:   **Engagement letter**

Dear David,

Thank you for retaining Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("ODNSS") to represent MD Helicopters, Inc. ("MDHI") in connection with its employment related matters, including various litigation matters that might arise. Consistent with our normal practice, this letter and the attached Statement of Engagement Terms and Billing Practices ("Statement of Terms") set forth the terms of the engagement.

We will charge a reasonable fee for our services based, in part, on the time we spend on the matter multiplied by hourly rates. In billing MDHI, we will, consistent with Arizona's (and any other applicable state's) ethical rules, in particular Arizona's ER 1.5, consider several factors, including:

1) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

2) the likelihood, if apparent to you, that the acceptance of the representation will preclude other representation by us;

3) the fee customarily charged in Phoenix, Arizona (or other applicable locale) for similar legal services;

4) the amount involved and the results obtained;

5) the time limitations imposed by you or by the circumstances;

6) the nature and length of our professional relationship with you; and

Atlanta ▪ Austin ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Greensboro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington



7) the experience, reputation, and ability of the lawyer or lawyers performing the services.

I will be primarily responsible for this representation. My current, standard hourly rate is $475.00. Depending upon the legal matter, other attorneys and paralegals may provide legal services at their hourly rates ranging from $190.00 to $475.00 per hour. Our ethical obligation, however, is to charge a reasonable fee. As such, while we will keep track of the amount of time each timekeeper spends on your matter, and while we will, in most cases, bill you for that time at the hourly rates listed in this letter or in our bills, we may adjust any bill, up or down, after considering the relevant ethical factors. If adjustments are made, we will explain why. If you, at any time, believe that factors suggest an adjustment, please bring that to my attention. We separately charge for expenses and other charges incurred in connection with rendering our services, all as described in the attached Statement of Terms.

Our billing statements are normally rendered on a monthly basis and are due and payable upon receipt. We endeavor to include expenses and other charges in the statement for the month in which they are incurred. However, on occasion, accounting for certain expenses and charges (i.e., late-posted items) may be delayed, in which case late-posted items will be billed on the next regular statement.

Our attorney-client relationship is one of mutual trust and confidence. We do our best to see that our clients are satisfied not only with our services but also with the fees charged for those services. Whenever you have any questions or comments regarding our services, or the status of a matter, or whenever any new facts or considerations come to your attention, you should contact me. We encourage you to inquire about any matter relating to our fee arrangements or monthly statements that are in any way unclear.

I appreciate the confidence you have placed in Ogletree Deakins and me and I look forward to working with you. If this letter and the attached Statement of Terms correctly set forth our mutual understanding, please sign and date the enclosed copy of this letter and return it to me with the attached Statement of Terms.

Sincerely,

*[signature]*

Joseph T. Clees

JTC/eap
Enclosure

**THIS CONTRACT CONTAINS A FINAL AND BINDING ARBITRATION PROVISION WHEREBY THE PARTIES AGREE TO RESOLVE FEE DISPUTES UNDER THE ARIZONA BAR'S RULES.**

**THESE TERMS, INCLUDING THE ATTACHED STATEMENT OF ENGAGEMENT TERMS AND BILLING PRACTICES, ARE APPROVED.**

Dated: _____

By: _____



## **STATEMENT OF ENGAGEMENT TERMS AND BILLING PRACTICES (PHOENIX)**

Fees. Our general policy is to calculate fees for legal services on the basis of a range of hourly billing rates for each lawyer and paralegal engaged in providing such services, multiplied by the number of hours (or fractions thereof, in increments of one tenth of one hour) devoted to the rendering of such services by each such lawyer or paralegal.

In serving the client we attempt to utilize those lawyers and paralegals having the lowest hourly billing rates commensurate with the legal knowledge and level of experience required in order to achieve the client's objective. The selection of those lawyers and paralegals who will render services will be made by the lawyer having overall supervisory responsibility for each engagement, taking into consideration the nature of the engagement, the office in which most of those services are likely to be rendered, the degree of legal experience and knowledge required in order to achieve the client's objective, the availability of lawyers and paralegals to work on the engagement, and their hourly billing rates.

A range of hourly billing rates is determined for each of our lawyers and paralegals on the basis of several factors including that person's seniority, experience, or area of practice, and the geographic location of the office in which that person works. The hourly billing rates may be adjusted periodically. The range of hourly billing rates for the professional likely to be involved in rendering services in connection with this matter is $475.00 to $190.00 per hour. Note, however, that, consistent with our retention agreement, the amount of any bill may be adjusted, up or down, depending on the factors set forth in ER 1.5.

Litigation and Dispute Resolution Matters. The outcome, cost and the course of most litigation matters cannot be predicted. Should you ever have questions or concerns, we encourage you to contact us. Your timely and full cooperation and assistance will play a critical role in our efforts. You always retain the right to determine whether a compromise should be pursued and accepted, or, alternatively, whether the matter should be pursued to an adjudication on the merits at trial and thereafter to an appeal. While we cannot assure you that there will not be an adverse outcome, our efforts always are directed toward obtaining the most satisfactory resolution of this matter for you that is possible.

Termination of Engagement. You may terminate our engagement with or without cause at any time on written notice to us. Termination of our services will not affect your responsibility to pay for legal services rendered and all expenses and other charges incurred up to the date when we receive notice of termination, and for any further work required of us in order to facilitate an orderly turnover of matters in process at the time of termination.

We may terminate our engagement for any of the reasons permitted or required by the applicable ethical rules, including Arizona ER 1.16. This letter constitutes reasonable warning that we will withdraw from representing you in this matter if you fail substantially to fulfill an obligation to us regarding our services. We may request a stipulation executed by you allowing us to withdraw as your attorney in any judicial, arbitration or similar proceedings, in which event you agree in advance to our withdrawal.



Our attorney-client relationship will also terminate when a matter for which our Firm was hired has been completed, whether or not our bill to you for services has been rendered or paid. Upon termination of our relationship, the Firm has no duty to accept new engagements or to continue representation in any matters unless mutually agreed in writing.

<u>Future Representation</u>. In the event our engagement necessitates that we prepare an agreement that provides for ongoing rights and obligations on your part, a dispute concerning the interpretation or enforceability of that agreement may subsequently arise after our engagement has been terminated. In the absence of our express written agreement, you may not assume that the Firm will continue to be free to represent you in a future dispute concerning such agreement.

<u>Retention of Files</u>. Generally, we keep each client's legal files for ten years after we close the file. After ten years, we destroy those files unless the client tells us otherwise. If you want us to keep your files for a longer period of time, please tell us.

<u>Arbitration of Dispute</u>. Should any dispute arise concerning the fees charged for services provided to you by us, the dispute will be settled by arbitration pursuant to the Arizona State Bar's Fee Arbitration Committee's Rules of Arbitration of Fee Disputes ("Rules"). You and we agree to sign any documents required by the Rules, including the Agreement to Arbitrate, to make the arbitration final and binding. The Rules can be found on the State Bar website (www.azbar.org). We will also provide you with a copy of the Rules upon request.

<u>Charges</u>. Our statements to our clients are normally rendered on a monthly basis, and ordinarily include certain charges other than fees for legal services. These charges may include third-party expenses (such as filing fees, court reporters and travel) and internal expenses. Clients may be asked to pay larger third-party invoices directly. Other third-party expenses will be added to our bills with no markup. The firm has elected to charge for certain support activities on the basis of each client's individual use instead of covering them in its hourly rates for fee earners. The internal charges will be billed in the following way:

**Facsimile:** Clients are charged $1.10 per page plus the telephone expense for outgoing faxes. There is no charge for incoming faxes.

**Mail:** There is no charge for regular mail. Clients are charged the actual cost of express mail and bulk mailings, as well as air express couriers.

**Messengers:** Clients are charged the actual costs of outside messenger services. In some instances, firm personnel may be used in lieu of an outside messenger service to reduce delivery time. In those cases, delivery charges are competitive with those of the outside messenger.

**Photocopying:** The firm charges $.10 per page. Copying by outside vendors when required by size or time constraints of the specific project is charged at actual cost.

**Computer Research:** The Firm uses Lexis/Nexis and Westlaw computer-assisted research. The Firm contracts for these services in bulk and for several years in advance. The Firm bills clients at the vendor's regular rates to third parties without discount.



**Long-Distance Telephone Calls:** To ensure availability and quality of transmission of voice and data, the Firm contracts with long distance carriers for these services in bulk and for several years in advance. Long distance calls are billed at the standard direct dial rates to third parties without discount.

**Applicable Law:** Even though our Firm has offices and transacts business in a number of locations, our attorney-client relationship will be governed by Arizona law, including the Arizona Rules of Professional Conduct.

16448638.1