**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission

pro hac vice of Jonathan W. Young of Locke Lord LLP to represent Xeriant, Inc. in the above-

captioned cases.

Dated: May 24, 2022           Respectfully submitted,
       Wilmington, Delaware

                                   */s/ Sameen Rizvi*
                                   Sameen Rizvi (No. 6902)
                                   **POTTER ANDERSON & CORROON LLP**
                                   1313 N. Market Street, 6th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 984-6000
                                   Facsimile:  (302) 658-1192
                                   Email:  srizvi@potteranderson.com

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 24, 2022

*/s/ Jonathan W. Young*
Jonathan W. Young, Esq.
**LOCKE LORD LLP**
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199-7613
Telephone: (617) 239-0100
Email: jonathan.young@lockelord.com

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.