# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David S. Kupetz of Locke Lord LLP to represent Xeriant, Inc. in the above-captioned cases.

Dated: May 24, 2022  
Wilmington, Delaware

Respectfully submitted,

*/s/ R. Stephen McNeill*  
R. Stephen McNeill (No. 5210)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: rmcneill@potteranderson.com

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 24, 2022

*/s/ David S. Kupetz*
David S. Kupetz, Esq.
**LOCKE LORD LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Email: david.kupetz@lockelord.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 24th, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC 10152400v.1