IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 18, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Patriarch Partners Agency Services, LLC, As Agent (MMLID#13169238), 71 Broadway, Lobby 2B #249, New York, NY, 10006:

- Motion of Debtors for Entry of an Order Authorizing Joint Administration of the Chapter 11 Cases [Docket No. 3]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix and Certain Pleadings Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief [Docket No. 4]

- Application of Debtors for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 5]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 6]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief [Docket No. 8]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 9]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 10]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 11]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief [Docket No. 12]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief [Docket No. 13]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 14]

- Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 16]

- Declaration of Barry Sullivan, Chief Financial Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 19]

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 20]

- Declaration of Adam B. Keil in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 21]

- Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 22]

- Notice of Filing of Redacted Debtor-in-Possession Financing Fee Letter [Docket No. 24]

- Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Portions of the Proposed Debtor-in-Possession Financing Fee Letter [Docket No. 25]

- Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 28]

- Declaration of Adam B. Keil in Support of Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 30]

- Motion of Debtors for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 31]

- Certification of Counsel Regarding Compliance with Local Rule 9013-1(m)(iii) [Docket No. 32]

- Order Authorizing Joint Administration of the Chapter 11 Cases [Docket No. 58]

- Supplemental Declaration of Benjamin J. Steele in Support of Application of Debtors for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 66]

- Supplemental Declaration of David Orlofsky in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 70]

- Interim Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix and Certain Pleadings Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief [Docket No. 97]

- Interim Order (I) Authorizing Payment of Prepetition Claims of Foreign Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 98]

- Interim Order (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 99]

- Interim Order (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief [Docket No. 100]

- Interim Order (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief [Docket No. 101]

- Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 103]

- Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 104]

- Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 105]

- Interim Order (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 106]

- Interim Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 107]

- Notice of Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 109]

- Certification of Counsel Regarding Interim Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 112]

- Notice of Motion of Debtors for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 113]

- Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V)

- Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 114]

- Notice of Unsealed Fee Letter [Docket No. 115]

- Notice of Chapter 11 Bankruptcy Case [Docket No. 116]

- Notice of Entry of Interim Orders and Second Day Hearing [Docket No. 117]

- Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 118]

- Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business [Docket No. 119]

- Supplemental Declaration of Adam B. Keil in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 192]

- Certification of Counsel regarding Final Order with respect to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Orders to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing and (III) Granting Related Relief [Docket No. 193]

- Certification of Counsel and of No Objection regarding Revised Bid Procedures Order with respect to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) and Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 194]

On May 18, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Taxing Authorities Parties Service List attached hereto as **Exhibit A**

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 154]

On May 18, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on JPMorgan Chase Bank, N.A. (MMLID#13169229), 10 S. Dearborn, Chicago, IL, 60603:

- Certification of Counsel Regarding Final Order with Respect to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 203]

- Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief [Docket No. 205]

- Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief [Docket No. 206]

On May 18, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on (1) Aircraft Technical Publishers (MMLID#13212671), 548 Market Street, Suite #42403, San Francisco, CA, 94104; (2) on Defense Systems and Solutions (MMLID#13212691), 8600 Advanced Gateway SW, Huntsville, AL, 35808 and (3) on Rotocraft Support, Inc. (MMLID#13212741), 67 D Street, Filmore, CA, 93015:

- Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially all of the Assets of the Debtors [Docket No. 210]

- Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 219]

*[Remainder of page left blank intentionally]*

Dated: May 26, 2022

/s/ *Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 26, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Taxing Authorities Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13172627 | ARIZONA ESCROW & FINANCIAL CORP | 3333 E. CAMELBACK RD. | SUITE 110 | PHOENIX | AZ | 85018 |
| 13172633 | BUREAU OF CUSTOMS AND BORDER PROTECTION | 1300 PENNSYLVANIA AVE. NW | | WASHINGTON | DC | 20229 |
| 13172688 | MARICOPA COUNTY AIR QUALITY DEPARTMENT | 301 WEST JEFFERSON STREET | | PHOENIX | AZ | 85003 |
| 13172690 | MARICOPA COUNTY ENVIRONMENTAL SERVICES | 301 WEST JEFFERSON STREET | | PHOENIX | AZ | 85003 |
| 13172711 | SCOTTSDALE CHAMBER OF COMMERCE | 7501 E MCCORMICK PKWY | #202N | SCOTTSDALE | AZ | 85258 |