IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*, | Case No. 22-10263 (KBO) |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the State of the Netherlands (the "Netherlands") hereby appeals to the United States District Court for the District of Delaware, pursuant to Rule 8003 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), from the May 26, 2022 decision announced from the bench by the United States Bankruptcy Court for the District of Delaware (Owen, J.) (the "Bench Ruling"), which denied relief sought by the Netherlands in *The Netherlands Phase One Statement under the Final DIP Order* and *The Netherlands Reply Brief in Support of Phase One Statement under the Final DIP Order* [D.I. 221 and 258].[1]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Bench Ruling is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] An Order denying the relief sought has not yet been entered by the United States Bankruptcy Court for the District of Delaware. Upon entry of an Order, the Appellant shall promptly file an amended Notice of Appeal attaching the Order and, pursuant to Federal Rule of Bankruptcy Procedure 8002(a)(2), this Notice of Appeal shall be deemed filed as of the date of such entry.

EAST\191786567.4

| **Appellant:** | **Appellees:** |
|---|---|
| The State of the Netherlands | MD Helicopters, Inc.<br>Monterrey Aerospace, LLC |
| **Attorneys:** | **Attorneys:** |
| DLA PIPER LLP (US)<br>R. Craig Martin (DE #5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br><br>Dennis O'Donnell (Admitted Pro Hac Vice)<br>James E. Berger (Admitted Pro Hac Vice)<br>Charlene C. Sun (Admitted Pro Hac Vice)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone:     (212) 335-4500<br>Facsimile:     (212) 335-4501<br>Email: dennis.odonnell@us.dlapiper.com<br>           james.berger@us.dlapiper.com<br>           charlene.sun@us.dlapiper.com | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: david.stratton@troutman.com<br>           david.fournier@troutman.com<br>           evelyn.meltzer@troutman.com<br>           kenneth.listwak@troutman.com<br><br>LATHAM & WATKINS LLP<br>Suzzanne Uhland (admitted Pro Hac Vice)<br>Adam S. Ravin (admitted Pro Hac Vice)<br>Brett M. Neve (admitted Pro Hac Vice)<br>Tianjiao (TJ) Li (admitted Pro Hac Vice)<br>Alexandra M. Zablocki (admitted Pro Hac Vice)<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: suzzanne.uhland@lw.com<br>           adam.ravin@lw.com<br>           brett.neve@lw.com<br>           tj.li@lw.com<br>           alexandra.zablocki@lw.com |

|  | |
|---|---|
| | Zohar III Limited, Zohar II 2005-I, Limited, and Zohar CDO 2003-1, Limited.<br><br>**Attorneys:**<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4421)<br>Ryan M. Bartley (No. 4985)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Elizabeth S. Justison (No. 5911)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      rpoppiti@ycst.com<br>      ejustison@ycst.com<br><br>Bardin Hill Investment Partners LP<br><br>**Attorneys:**<br><br>WOMBLE BOND DICKINSON (US) LLP<br>Matthew P. Ward (Del. Bar No. 4471)<br>Morgan L. Patterson (Del. Bar No. 5388)<br>1313 Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:matthew.ward@wbd-us.com<br>      morgan.patterson@wbd-us.com<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Brian J. Lohan<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4321<br>Telephone: (312) 583-2300<br>Facsimile: (312) 583-2360<br>Email: brian.lohan@arnoldporter.com |


|  | |
|---|---|
|  | Jeffrey A. Fuisz<br>Jonathan I. Levine<br>Robert T. Franciscovich<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>Email: jeffrey.fuisz@arnoldporter.com<br>      jonathan.levine@arnoldporter.com<br>      robert.franciscovich@arnoldporter.com<br><br>MB Special Opportunities Fund II, LP and Acquiom Agency Services LLC<br><br>**Attorneys:**<br><br>BAKER & MCKENZIE LLP<br>John R. Dodd<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131<br>Telephone: (305) 789-8900<br>Facsimile: (305) 789-8953<br>Email: john.dodd@bakermckenzie.com<br><br>Blaire A. Cahn<br>452 Fifth Avenue<br>New York, New York 10018<br>Telephone: (212) 626-4100<br>Facsimile: (212) 310-1600<br>Email: blaire.cahn@bakermckenzie.com |

| | |
|---|---|
| Dated: May 27, 2022<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>By: /s/ R. Craig Martin<br>R. Craig Martin (DE 5032)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, Delaware 19801-1147<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Dennis O'Donnell (Admitted *Pro Hac Vice*)<br>James E. Berger (Admitted *Pro Hac Vice*)<br>Charlene C. Sun (Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: dennis.odonnell@us.dlapiper.com<br>james.berger@us.dlapiper.com<br>charlene.sun@us.dlapiper.com<br><br>*Counsel for The State of the Netherlands* |

EAST\191786567.4