## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                 :   Chapter 11
                                                       :
MD HELICOPTERS, INC., et al.,¹                         :   Case No. 22-10263 (KBO)
                                                       :
            Debtors.                                   :   (Jointly Administered)
                                                       :   Objection Deadline: June 10, 2022
------------------------------------------------------- x
```

### DECLARATION IN SUPPORT OF EMPLOYMENT OF
### MARK BARNES & ASSOCIATES AS PROFESSIONAL UTILIZED IN
### ORDINARY COURSE OF BUSINESS

I, Mark Barnes, declare that the following is true to the best of my knowledge, information and belief:

1.      I am the Principal of Mark Barnes & Associates, located at 1775 I Street, N.W., Suite 1150, Washington, D.C. 20006 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm. The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2.      Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as legal advisors with respect to its firearms and explosives operations, export control programs, and the implication of federal, state, and local

---

¹   The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

firearms and explosives laws and regulations, since September 2015. This includes representing the Debtors in matters involving and/or arising out of the Gun Control Act of 1968 ("**GCA**"), the National Firearms Act of 1934 ("**NFA**"), the Arms Export Control Act ("**AECA**"), the federal explosives laws, and related laws and regulations, and before various federal agencies, including but not limited to the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("**ATF**"), Customs and Border Protection ("CBP"), and the United States Department of State ("**DOS**").

3.      The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters.  Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: conducting a due diligence audit of firearms and explosives operations; conducting a complete inventory of ATF-regulated materials; facilitating in-person and virtual training on related federal laws and regulations; and the ongoing representation of the Debtors regarding compliance with federal, state, and local firearms and explosives laws and regulations, including but not limited to the evaluation of federally-required recordkeeping and safe storage of regulated materials.

4.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks.  The Firm's database contains information regarding present and past engagements.  I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties.  The Firm's search of the database identified the following connections:

**Professionals**

Latham & Watkins – This Firm has worked with Latham & Watkins in a consultancy capacity on unrelated legal matters.

Kroll Restructuring Administration LLC – This Firm believes it has worked with Kroll Restructuring Administration LLC in a consultancy capacity on unrelated legal matters.

White & Case LLP – This Firm has worked with White & Case in a consultancy capacity on unrelated legal matters.

Milbank LLP – This Firm has worked with Milbank LLP in a consultancy capacity on unrelated legal matters.

Crowell & Moring LLP – This Firm has worked with Crowell & Moring LLP in a consultancy capacity on unrelated legal matters.

**Ordinary Course Professionals**

Gibson, Dunn, & Crutcher – This Firm has worked with Gibson, Dunn, & Crutcher in a consultancy capacity on unrelated legal matters.

Snell & Wilmer LLP – Snell & Wilmer LLP has represented this Firm on unrelated legal matters. Additionally, this Firm works with Snell & Wilmer on current unrelated legal matters.

William R. Black – This Firm consults, on occasion, with Mr. Black on unrelated legal matters.

**Current & Prior Significant Banking Relationships**

Wells Fargo – This Firm utilizes Wells Fargo for banking purposes in its ordinary course of business.

**Litigation Parties**

In its ordinary course of business, this Firm has regulatory and administrative matters before the United States of America federal government agencies, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives and Customs and Border Protection.

**Insurance Providers and Brokers**

Liberty Mutual – This Firm has received payment from Liberty Mutual, on behalf of an unrelated client. There is no representation or legal services relationship.

SwissRE – SwissRE is an underwriter for this Firm's professional liability policy.

Zurich NA – Zurich NA is an underwriter for this Firm's professional liability policy.

**Utilities**

Cox Communications – This Firm utilizes the services of Cox Communications in the ordinary course of business.

Salt River Project – This Firm utilizes the services of Salt River Project in the ordinary course of business.

Verizon – This Firm utilizes the services of Verizon in the ordinary course of business.

**Customers, Licensors, and Other Key Contractual Counterparties**

Dillon Aero, Inc. – This Firm represents Dillon Aero, Inc. in the ordinary course of business. Dillon Aero, Inc. has consented to this limited waiver of confidentiality to disclose the attorney-client relationship.

FN America, LLC – FN America, LLC is a former client of this Firm. FN America, LLC has consented to this limited waiver of confidentiality to disclose the past attorney-client relationship.

**Significant Vendors**

ADT Commercial – This Firm utilizes the services of ADT Commercial in the ordinary course of business.

FedEx – This Firm utilizes the services of FedEx in the ordinary course of business.

L3 Harris Technologies – This Firm represents, on occasion, L3 Harris Technologies in the ordinary course of business. L3 Harris Technologies has consented to this limited waiver of confidentiality to disclose the attorney-client relationship.

LinkedIn – This Firm utilizes the services of LinkedIn in the ordinary course of business.

Uline – This Firm utilizes the services of Uline in the ordinary course of business.

5.     To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged.  Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6.     As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7.     Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8.     The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The Firm's current customary hourly rates, subject to change from time to time, are $275.00 – $495.00.  The principal attorneys and legal professionals designated to represent the Debtors and their current standard rates are:

Mark Barnes, Attorney at Law, $495.00/hour

Regina Gonzalez, Attorney at Law, $405.00/hour

Alexis Foster, Attorney at Law, $275.00/hour

9.    The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature.  The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys, law clerks, and other legal professionals and to cover fixed and routine overhead expenses.

10.    It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, travel and lodging for necessary in-person site visits, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11.    No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

12.    The Debtors owe the Firm $3,294.50 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**").

13.    The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

14.    As of the Petition Date, the Firm was party to a services agreement with the Debtors.

15.    The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

16.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  5/27/2022

Mark Barnes
Principal

Mark Barnes & Associates
1775 I Street, N.W., Suite 1150
Washington, D.C. 20006
Tel. (202) 626-0089
Fax (202) 626-0088
mark.barnes@mbassociateslaw.com

## Schedule 1

## Potential Parties in Interest[1]

**1.     Debtors**

MD Helicopters, Inc.                        Monterrey Aerospace, LLC


**2.     Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                  MD Helicopters B.V.
Zohar II 2005-1, Limited                    MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.            Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.     Current Lenders and Related Parties**

Zohar III, Limited                          Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                   Patriarch Partners III, LLC
MBIA Inc.                                   Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP          Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.     Directors & Officers**

Alan Carr                                   YR Hladkyj
Barry Sullivan                              Chris Jaran

**5.     Former Directors & Officers**

Lynn Tilton

**6.     Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.     Professionals**

Latham & Watkins LLP                        Troutman Pepper Hamilton Sanders LLP
Moelis & Company                            Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                              Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Crowell & Moring LLP |
| White & Case LLP | Joele Frank, Wilkinson Brimmer Katcher |
| Milbank LLP | Halunen Law PLLC |
| Arnold & Porter Kaye Scholer LLP | Reese Marketos LLP |
| FTI Consulting | Warren Benson Law Group |
| Cadwalader Wickersham & Taft LLP | Mastando & Artrip LLC |
| Cole Schotz P.C. | |

## 8.    Ordinary Course Professionals

| | |
|---|---|
| Bradley Arant Boult Cummings LLP | Mark Barnes & Associates |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Maynard Cooper & Gale P.C. |
| | Moctezuma Castro Abogados |
| Cooley LLP | Moss Adams LLP |
| Crowe & Dunlevy | Ogletree Deakins |
| Dentons US LLP | Onsager Werner & Oberg PLC |
| Gibson, Dunn & Crutcher LLP | Shackelford, Bowen, McKinley & Norton, LLP |
| Hartzog Conger Cason LLP | Simpson Thacher & Bartlett LLP |
| Koeller, Nebeker, Carlson, Haluck, LLP | Snell & Wilmer LLP |
| Loyens & Loeff N.V. | William R. Black |

## 9.    Current & Prior Significant Banking Relationships

| | |
|---|---|
| Wells Fargo Bank, N.A. | BBVA USA |

## 10.    Taxing Authorities

| | |
|---|---|
| Arizona Corporation Commission | City of Westfield |
| Arizona Department of Revenue | CNLC Procurement Department |
| Arizona Department of Environmental Quality | Colorado State Treasurer |
| Arizona Department of Transportation | Commissioner of Patents & Trademarks |
| Arizona Escrow & Financial Corp. | Commissioner of Revenue Services (CT) |
| Arizona Secretary of State | Controller (Nebraska) |
| Assistant Commissioner for Patents | Commonwealth of Virginia |
| Bodycote-Haltom City | County of Lethbridge |
| Bureau of Alcohol, Tobacco, Firearms and Explosives | Defense Finance and Accounting Officer |
| | Defense Finance and Accounting Service |
| Bureau of Customs and Border Protection | Defense Procurement Agency |
| California Police Chiefs Association | Delaware Secretary of State |
| California State Disbursement Unit | Department of Labor & Industries - Washington |
| California State Sheriff's Association | Department of Revenue - Arizona |
| CFE – South Carolina | Department of Revenue - Connecticut |
| City and County of Honolulu | Department of Revenue - Georgia |
| City of Atlanta | Department of Toxic Substances Control |
| City of Columbus – Treasurer – Police | Department of Transportation |
| City of Glendale | DISAM / Treasurer of the United States |
| City of Indianapolis/Marion County | DTSC Accounting |
| City of Phoenix | European Aviation Safety Agency |
| City of San Diego/IACP 2000 | Federal Aviation Administration |
| City of San Diego-Treasurer's Office | Florida Department of Revenue |
| City of Santa Monica | Franchise Tax Board (Sacramento, CA) |

2

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
   Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

**11.**    **<u>Litigation Parties</u>**

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
   Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.

William Reed
Zeynep Çalık

## 12. Insurance Providers and Brokers

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of
    Pittsburgh (AIG)
North American Elite Insurance Company

Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West,
    Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

## 13. Utilities

AirGas
AmeriGas
Avfuel Corporation
Cox Communications

Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

## 14. Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security
    Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera –
    Aserpa S.A.S.

Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP
    Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish &
    Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15.    Competitors

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16.    Significant Vendors[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphi
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

17.    **District of Delaware Bankruptcy Judges**

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief
   Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

18.    **Clerk of Court and Deputy for the District of Delaware**

Stephen Grant

Una O'Boyle

19.    **Office of the United States Trustee**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

James R. O'Malley                          Edith A. Serrano
Michael Panacio                            Rosa Sierra
Linda Richenderfer                         Karen Starr
Juliet Sarkessian                          Dion Wynn
Richard Schepacarter

**20.      Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.



MARK BARNES*
CHRISTOPHER THOMAS*
TERRI BARSTIS**
REGINA GONZALEZ†
JOANNA C. LEWIS**
MICHAEL FAUCETTE††

\* Also Admitted in Arizona and Alaska
· Also Admitted in Arizona

HEATHER HAMILTON **
OF COUNSEL

\** Also Admitted in Virginia
† Only Admitted in Ohio
†† Only Admitted in Maryland

September 22, 2015

### PRIVILEGED ATTORNEY-CLIENT COMMUNICATION

William R. Black
Vice President and General Counsel
MD Helicopters, Inc.
4555 E. McDowell Road
Mesa, Arizona 85215

      RE:    Engagement letter for MD Helicopters, Inc.

Dear Mr. Black:

      This letter proposes a general arrangement for me to represent MD Helicopters, Inc. ("MDHI") in certain matters relating to your business interests as you may direct. Specifically, as your attorney or Counsel, I will perform the following legal services relative to your interests at your request:

1. Provide legal services and counsel in areas related to your past, present and future business, as you may direct.

2. Confer with top legal and policy personnel in the federal agencies as necessary to help resolve complex policy/legal questions and positions to be taken on firearms, ammunition or explosives control matters relating to your business affairs. This includes the Bureau of Alcohol, Tobacco and Firearms, as well as the Directorate of Defense Trade Controls.

3. Render legal and firearms policy advice on matters affecting your interests, policies, and procedures.

4. Comment on and provide advice on proposed legislation, Executive Orders, and legislative reports, both at the State and federal level that may affect your ability to conduct your business in the United States.

5. Prepare responses to requests for information on action from federal agencies, Congress, or other third parties.

I will not perform legal or other services without consultation with and authorization from you. Further, I agree to notify you promptly of all significant developments related to the scope of your representation, and to consult with you in advance as to wishes, desires, or decisions attendant to those developments. Finally, I will not incur any significant cost or expenses on your behalf without your consent.

This letter sets forth my standard and specific terms of engagement as your Counsel. Unless modified by mutual agreement with you, these terms will be an integral part of our agreement, should you approve it. Therefore, please review this statement carefully. You should retain these terms of engagement in your files. If you have any questions, I would be pleased to respond to them at your convenience. The standard and specific terms of engagement are:

I. Scope of Engagement

A clear understanding of the legal and other services I will provide will be discussed and established at the beginning of the representation on each matter undertaken for you. Any questions that you have will be dealt with promptly. I will, at all times, act in your best interests to the best of my ability. Any expression on my part concerning the outcome of your legal, legislative or administrative matters are expressions of my best professional judgment, but are not a guarantee. Such opinions are necessarily limited by my knowledge of the facts and are based on the state of the law at the time they are expressed.

II. Who Will Provide the Legal Services

Customarily, each client of my practice is served by me personally. Subject to your approval, your work or parts of it may be performed by other lawyers, paralegals, or professionals associated with my practice. You and I may agree that such delegation may be for the purpose of involving lawyers or paralegals with special expertise in a given area or for the purpose of providing services on the most efficient and timely basis. At all times, I will be the supervising attorney, and anyone I delegate work to should be someone in whom you have confidence, and with whom you enjoy working. If this should not be the case, you are free at any time to request that work be reassigned from any professional associated with me. Other attorneys are part of my legal staff, and they may be assisting me on future matters. Attorneys Phil Rhoads, Brady Toensing or Steve Leahy, are "Special Counsels" to my firm and may be assisting on matters you have assigned, if appropriate as stated above. Additionally, if desirable and appropriate, I may use contract paralegal or support services personnel on your matters as well.

III. How Fees Will be Set

You will be billed at an hourly rate. My hourly rate is $425.00 per hour. Associate attorney hourly rates range from $285.00 to $415.00 per hour. I anticipate that the rate of any paralegal or support services personnel I may use on your matters will not exceed $225.00 per hour, and may be lower depending on the individual used.

In determining the amount you are to be charged on an hourly basis for the legal services which I provide to you I will consider:

• The time and effort required, the novelty and complexity of the issues presented, the skill required to perform the legal services promptly;

• The fees customarily charged in the community for similar services and the value of the services to you;

• The amount of money or the value of the property involved and the results obtained;

• The time constraints imposed by you as my client and other circumstances, such as an emergency, the need for injunctive relief from a court, or the substantial disruption of other office business;

• The experience, reputation, and expertise of the lawyers or other law professionals performing the services; and

• The extent to which office procedures and systems have produced a high-quality product efficiently.

I will keep accurate records of the time I devote to your work, including conferences (both in person and over the telephone), negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters. I record my time in units of tenths of an hour. We charge our usual rate for travel time for myself, or any other professional in the firm, to arrive at a destination outside the Washington, D.C./Baltimore area to perform services for you.

You and I may agree to associate other legal professionals on your matters who have, in many cases, developed special expertise in a particular area of the law and are able to deliver services in their specialty area with greater efficiency. Their hourly rate may differ from mine, but

their rates will be disclosed in advance of their undertaking work on your behalf.

Clients will often request an estimate of fees and costs likely to be incurred in connection with a particular matter. Whenever possible, I will furnish such an estimate based upon my professional judgment, but always with a clear understanding that it is not a maximum or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated. For certain defined services, I will quote a flat fee. It is my policy not to accept representation on a flat-fee basis, except in a defined service area or pursuant to a special arrangement tailored to the needs of a particular client.

IV. Out-of-Pocket Expenses

I typically incur and pay, on behalf of my clients, a variety of out-of-pocket expenses arising in connection with the provision of legal or other services. These expenses include charges made by government agencies and the courts, service vendors and others. Whenever such costs are incurred, I will carefully itemize and bill them. Typical of such costs are long distance telephone charges; messenger, courier, and express delivery charges; telecopy and telex charges; printing and reproduction costs; filing fees; deposition and transcript costs; witness fees; travel expenses; on-line or CD-ROM legal and policy research fees, contract personnel costs and charges accrued by outside consulting experts. Coach airfares are utilized for trips under three (3) hours of total flight time; otherwise business class is utilized, including international flights.

V. Retainer, Trust Deposits, and Initial Payment for Services

New clients of my practice are asked to pay a fee advance with me. For your case, we require a $0.00 USD fee advance from you. You may send us funds by check or wire the same to our business account:

> Account Number 66708923
> ABA Routing Number 254070116
> Branch: Citibank, F.S.B., Branch #911
> Re: Wire Transfers
> 1400 G Street, N.W.
> Washington, D.C. 20005
> UNITED STATES OF AMERICA
> Branch contact at 202-857-6980

Rule 1.15 (e) of the D.C. Rules of Professional Conduct mandates that all prepaid fees or expenses made by clients to their lawyers remain the clients' property until they are actually earned by lawyers or expended

on the client's behalf by the lawyers, unless the client consents to a different arrangement.

This agreement establishes your consent to waive Rule 1.15 (e), and to agree to deposit all prepaid fees and expenses made by you into my firm's general operating account, including your first fee advance. Additionally, any future prepaid retainers or fee advances of up to $10,000.00 per occurrence will be deposited in my operating account in accord with this waiver. Any prepaid retainers or fee advances in excess of $10,000.00 will be deposited in my trust account and charged for fees and expenses, as my legal services are rendered, unless agreed to otherwise in wiring by you and me.

If you do not wish to consent to this arrangement, do not sign this agreement, and contact our office to discuss the alternative arrangement. I will bill against this first fee advance, and any others you may from time to time provide, as your fees and expenses for my services become due on a monthly basis. Depending on the volume of legal work you present we may elect to bill you on a weekly or bi-weekly basis. Costs will be itemized and billed as separate line items.

Thereafter, you may simply pay your invoices as they are presented to you. A monthly statement will be furnished to you at the address you specify for purposes of paying the sums due or restoring the retainer deposit. At the conclusion of our legal representation, or at such time as any deposit you may have given me is unnecessary, or is appropriately reduced, the remaining balance, or an appropriate part of it will be returned to you.

An attorney-client relationship will commence (or continue) for you when I receive a copy of this letter signed by you in the acknowledgment space provided below. Your signature signifies that you agree to the terms of representation detailed in this letter.

Should any trust deposits be subsequently received from you, or from another party for you for specific items, they will be placed in a trust account for your benefit, and disbursed in accord with my agreement with you. From time to time, you will be notified of the amounts applied or withdrawn. Any amount remaining after disbursement will be returned to you. By court rule in the District of Columbia, your deposit must be placed in a pooled account if it is not expected to earn a net return, taking into consideration the size and anticipated duration of the deposit and the transaction costs. Trust deposits will be placed in this pooled account unless you request a segregated account. By court rule in the District of Columbia, interest earned on the pooled account is payable to charitable

foundations established by the District of Columbia Court of Appeals. Interest on segregated trust accounts will be added to the deposit for your benefit and will be included in your taxable income.

VI. Termination

You may terminate my representation of you at any time, with or without cause, by notifying me in writing. If such termination occurs, your papers and property will be returned to you promptly, upon receipt of payment for outstanding fees and costs. Your termination of my services will not affect your responsibility for payment of legal and other services rendered and out-of-pocket costs incurred before termination, and in connection with an orderly transition of the matter. However, if your termination occurs when less than two hours of billable service have been performed, 20% of the retainer will be kept.

Once our engagement in this matter ends, we will return "original" file materials provided by you to us upon your request. You agree that we may retain, at your expense, copies of the file materials. You also agree that any such materials left with us after the engagement ends may be retained or destroyed, at our discretion. Copies of documents generated or received by us in the course of our representation, including copies of all work product delivered to you, will be made for our "own files" at your expense. When you request documents from us, copies that we generate will also be made at your expense, as well as reasonable research or attorney time to obtain them for you. You agree that "copies of documents" does not include electronic access to, or copies of these documents in electronic form, unless we consent to such access or copies. Otherwise paper form will be the medium used.

Our "own files" pertaining to the matter will be retained by the firm (as opposed to being sent to you) or destroyed. These firm files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, credit and account records, and internal lawyers' work product (such as drafts, notes, internal memoranda, legal research, and factual research, including investigative reports prepared by or for the internal use of lawyers), as well as the documents described above. Any documents that are retained by the firm will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any documents or other materials retained by us within a reasonable time after the termination of the engagement.

VII. Professional Responsibility

I am subject to the Code of Professional Responsibility for the District of Columbia ("Code") and the States of Alaska and Arizona. The Code lists several types of conduct or circumstances that require or allow me to withdraw from representing a client, including for example: nonpayment of fees or costs, misrepresentation or failure to disclose material facts, action contrary to my advice, and conflict of interest with another client. Additionally, because it is often a concern to clients who have particularly sensitive matters, I want to mention that lawyers have an ethical obligation not to disclose client confidences and secrets to any third party.

I will not accept, without prior approval from you, any engagement known by me to be in direct conflict with your interests. If, in the course of representing multiple clients, I determine in my sole discretion that a conflict of interest exists, I will notify all affected clients of such conflict, and may withdraw from representing any one or more of the multiple clients to the extent such withdrawal would be permitted or required by applicable provisions of the Code of Professional Responsibility.

Finally, because of my former employment with the United States Government and the federal ethics laws that impose restrictions on post-employment activities of former federal employees, there may be a few matters that I cannot undertake for a client. If appropriate, however, these restrictions can be clearly identified and discussed at the beginning of the representation.

I will try to identify in advance and discuss with you any situation which may lead to my withdrawal; and should a withdrawal ever becomes necessary, I will immediately give you written notice of the same.

VIII. Billing & Arbitration

I bill my clients on a regular basis, (normally monthly), for both fees and disbursements. You agree to make payment within ten (10) days of receiving my statement. Unpaid fees and disbursements past due from thirty (30) days of receipt of the statement accrue interest at the maximum rate permitted under District of Columbia law from the beginning of the month in which they become past due. Where fees and disbursements are regularly paid out of a retainer deposit, no interest will be charged.

If you disagree with the amount of the fee or costs charged, please feel free to bring the matter to my attention. Typically, such concerns are resolved to the satisfaction of both sides, with little inconvenience or

formality. In the event that a dispute should arise between you and our firm, all aspects of any such dispute shall be submitted to binding arbitration pursuant to the Attorney Client Arbitration Board ("ACAB") established by the District of Columbia Bar in Washington, D.C. The prevailing party in such arbitration shall be entitled to recover from the opposing party an amount equal to the reasonable value of attorney, paralegal, and firm's services and costs, and the arbitrators shall be authorized to enter such an award in favor of the prevailing party. The value of attorney's reasonable services for such arbitration procedure shall be calculated on the basis of the attorneys' prevailing hourly rates at the time of the arbitration. I encourage you to contact the ACAB for a copy of the ACAB rules at (202) 737-4700, ext. 238, and for counseling and other information pertaining to the process, prior to executing this agreement. A brief description of the program is attached for your review.

Assuming that the fee is not in dispute, I will give you prompt notice if your account becomes delinquent. If the delinquency continues and you do not arrange satisfactory payment terms, such as those stipulated in a promissory note, I will withdraw from the representation and pursue collection of your account.

IX. Confidentiality of Attorney Client Communications

The ease of communications in the ever-evolving area of high technology has changed how lawyers and clients have traditionally interacted. Fax machines, voice mail, e-mail, cellular phones, portable phones, and the Internet have all allowed instantaneous communication. However, this "instant access" has created new problems. There is a risk of interception of communications with portable and cellular phones (digital phones do provide greater protection), voice mail, e-mail and faxes.

**Electronic Communications and Data Retention.** The Firm may communicate with you by facsimile, mobile telephone, email and via online meetings. No form of communication is completely secure and these forms of communication have some risk of improper interception even though our Firm maintains reasonable security measures to assure the confidentiality of your information. Please provide us with only copies of documents, unless we expressly request an original. We will scan and return to you any original documents that you send to us or that we create throughout the representation that have some intrinsic value (such as original stock certificates, estate planning, incorporation documents, adoption certificates, trademark registrations, etc.). We retain many file documents and data in electronic format only. These documents and data may be stored on a remote secure third party server hosted through the

internet. Accordingly, unless you instruct us that you prefer to receive only a paper copy by regular mail and do not wish to communicate by email, we will send you each document that is relevant to your matter by email, either as a Microsoft Word document, or as a scanned document in "pdf" or "tif" format.

If you require any heightened security measures for the storage or transmission of electronic data, such as for government clearances, please notify the Firm. The email address that you provide to our Firm must be one for which only you are authorized to view the contents, to avoid waiving attorney/client privilege by having a third party, such as an employer or family member, view the contents. Please be certain that your email filters do not block emails from our office and that the allowable size of incoming emails is sufficient to accept emails from us with attachments. *It is important that you retain all communications from and to us, including emails and attachments to emails. These are being tendered to you as your copy of your file for this matter.* You are responsible for maintaining your copy of the file that we send to you, which you will receive during the representation. At the conclusion of the representation we will confer with you to see if you need anything further to complete your file. We will maintain our electronic copy of your file for three years, at which time it may be destroyed without further notice.

As a client, you may have concerns regarding the confidentiality of communications between our offices. While our office has never had an instance where third party has intercepted a transmission, we continue to strive to maintain the highest level of confidentiality within our office. Nevertheless, we cannot control the acts of third parties, such as Internet service providers, which could compromise confidential communication between our offices.

In spite of this, we feel that since the risk of interception of a confidential communication by a third party is small, and the benefits of instant communication far outweigh the risks in most cases, we will communicate with you using the above-listed means. But if, after careful consideration, and perhaps your consultation with technology experts, you feel that the risk of interception by third parties is unacceptable to you with some or all of the above technologies, then please notify us in writing of the methods you would prefer we utilize to contact you, transmit documentation to you, or what methods you would definitely not want us to utilize in our communications you.

Additionally, if I am required to register as your lobbyist under the Lobbying Registration Act or Foreign Agents Registration Act, or as your "broker" under the Arms Export Control Act because of my activities on

**Engagement letter for MD Helicopters, Inc.**                    **Page 10**

your behalf, you agree to pay for the lobbying and brokerage registration fees, and to supply information for compliance with these Acts.

Kindly execute this page of the engagement letter, and return it via email or fax to our office. Our fax number is (202) 626-0088.

Thank you for choosing our firm to represent your needs.

Cordially,

Mark Barnes

The above is agreed to and understood.

William R. Black

Dated: 22 SEPTEMBER 2015

# Information Sheet on the Arbitration Service

The Attorney/Client Arbitration Board of the District of Columbia Bar provides an informal arbitration service, for a nonrefundable filing fee, for resolution of fee disputes and lawyer malpractice claims between members of this Bar and their clients. Either the client or the lawyer may request arbitration. If a client requests arbitration, the lawyer must participate. If a lawyer requests arbitration, the client, under certain circumstances, may elect to participate.

This service is an informal, quick and efficient means of resolving fee disputes. Arbitration may be completed within 120 days of receipt of signed agreements to arbitrate from both parties, while litigation of the same dispute might take a year or longer. The Attorney/Client Arbitration Board (ACAB) has separate forms and rules of procedure for fee disputes and lawyer malpractice claims. This set of forms pertains to the fee dispute service only. If your claim about fees also includes a claim about legal malpractice, you will need to obtain the malpractice forms as well.

A copy of the rules of procedure will be sent to all parties who submit their disputes to the ACAB for resolution. The rules of procedure governing arbitration conform with the District of Columbia arbitration law. Signing an agreement to arbitrate limits the client to arbitration before the ACAB as the forum for resolving this dispute. Awards of the ACAB hearing panels are binding on both parties to a dispute. Settlements between the parties are encouraged and may be incorporated into the panel's award.

There is no appeal process before the ACAB and only a limited right of appeal is available to parties in the District of Columbia Superior Court under title 16, chapter 43, of the District of Columbia Code. Under sections 16-4311 and 16-4312 of the code, the court has the authority, on prompt application, to vacate or modify an award only in certain stated circumstances, such as obtaining the award by "corruption, fraud or other undue means."

An award may be enrolled as a judgment of a court that has authority over the parties. For purposes of enforcement and collection, it becomes like any other judgment of the court. If you wish to submit your dispute to arbitration, please fill in and sign the enclosed request and agreement to arbitrate forms. Return them, with a nonrefundable check or money order for the filing fee, payable to the D.C. Bar, to:

Attorney/Client Arbitration Board
District of Columbia Bar
1250 H Street NW, Sixth Floor
Washington, DC 20005-5937
202-737-4700, ext. 237

Any further questions about this service may be directed to the address and telephone number above.