# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
MD Helicopters, Inc.

**Case No.:** 22−10263−KBO

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_____  
Una O'Boyle, Clerk of Court

Date: 5/27/22  
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 22-10263-KBO
MD Helicopters, Inc.  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 4
Date Rcvd: May 27, 2022      Form ID: van440      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Adam S. Ravin, LATHAM & WATKINS LLP, 1272 Avenue of the Americas, New York, NY 10020 |
| aty | + Alexandra Marie Zablocki, Latham & Watkins, LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + Brett M. Neve, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + Charlene C. Sun, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 |
| aty | + Christopher R. Harris, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + David B. Stratton, Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, 1313 Market Street, Suite 5100, Wilmington, DE 19801-6111 |
| aty | + Dennis O'Donnell, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 27 2022 19:56:00 | Joseph James McMahon, Jr., United States Department of Justice, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801-3519 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Joseph Steele | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 4 |
| Date Rcvd: May 27, 2022 | Form ID: van440 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com |
| Brett Michael Haywood | on behalf of Interested Party Ankura Trust Company LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brian Lohan | on behalf of Interested Party Bardin Hill Investment Partners brian.lohan@arnoldporter.com |
| Brian Lohan | on behalf of Interested Party Acquiom Agency Services LLC brian.lohan@arnoldporter.com |
| Christopher M. Samis | on behalf of Interested Party Xeriant Inc. cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |
| David B. Stratton | on behalf of Debtor Monterrey Aerospace LLC david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com |
| David B. Stratton | on behalf of Debtor MD Helicopters Inc. david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com |
| David S Kupetz | on behalf of Interested Party Xeriant Inc. david.kupetz@lockelord.com, jvogel@sulmeyerlaw.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar CDO 2003-1 Limited bankfilings@ycst.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar II 2005-1 Limited bankfilings@ycst.com |
| Evelyn J. Meltzer | on behalf of Debtor MD Helicopters Inc. Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Evelyn J. Meltzer | on behalf of Debtor Monterrey Aerospace LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| G. David Dean | on behalf of Creditor Ark II CLO 2001-1 Ltd. and Ark Investment Partners II, L.P. ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| G. David Dean | on behalf of Creditor Ark II CLO 2001-1 LLC and Ark Investment Partners II, L.P. ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Jeffrey A. Fuisz | on behalf of Interested Party Acquiom Agency Services LLC jeffrey.fuisz@arnoldporter.com edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com |
| Jeffrey A. Fuisz | on behalf of Interested Party Bardin Hill Investment Partners jeffrey.fuisz@arnoldporter.com edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com |
| Jonathan I. Levine | on behalf of Interested Party Acquiom Agency Services LLC Jonathan.Levine@arnoldporter.com jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com |
| Jonathan I. Levine | on behalf of Interested Party Bardin Hill Investment Partners Jonathan.Levine@arnoldporter.com jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com |
| Jonathan W. Young | on behalf of Interested Party Xeriant Inc. jonathan.young@lockelord.com, trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com |
| Joseph James McMahon, Jr. | on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov |
| Joseph M. Barry | on behalf of Interested Party Zohar II 2005-1 Limited bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Zohar CDO 2003-1 Limited bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |

| | |
|---|---|
| Kenneth Listwak | on behalf of Claims Agent Kroll Restructuring Administration LLC Ken.Listwak@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Kenneth Listwak | on behalf of Debtor MD Helicopters Inc. Ken.Listwak@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Kimberly E. Neureiter | on behalf of Creditor Pension Benefit Guaranty Corporation neureiter.kimberly@pbgc.gov efile@pbgc.gov |
| Klaus Peter Muthig, I | on behalf of Attorney Maricopa County Treasurer muthigk@mcao.maricopa.gov geiserr@mcao.maricopa.gov |
| Kroll Restructuring Administration LLC | info@ra.kroll.com |
| Mark D. Collins | on behalf of Interested Party Ankura Trust Company LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Matthew P. Ward | on behalf of Interested Party Bardin Hill Investment Partners matthew.ward@wbd-us.com Heidi.sasso@wbd-us.com |
| Matthew P. Ward | on behalf of Interested Party Acquiom Agency Services LLC matthew.ward@wbd-us.com Heidi.sasso@wbd-us.com |
| Matthew P. Ward | on behalf of Interested Party MB Special Opportunities Fund II LP matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com |
| Michael R. Nestor | on behalf of Interested Party Zohar II 2005-1 Limited bankfilings@ycst.com |
| Michael R. Nestor | on behalf of Interested Party Zohar CDO 2003-1 Limited bankfilings@ycst.com |
| Michael R. Nestor | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Morgan L. Patterson | on behalf of Interested Party Acquiom Agency Services LLC morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com |
| Morgan L. Patterson | on behalf of Interested Party MB Special Opportunities Fund II LP morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com |
| Morgan L. Patterson | on behalf of Interested Party Bardin Hill Investment Partners morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com |
| Norman L. Pernick | on behalf of Creditor Ark II CLO 2001-1 Ltd. and Ark Investment Partners II, L.P. npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Norman L. Pernick | on behalf of Creditor Ark II CLO 2001-1 LLC and Ark Investment Partners II, L.P. npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| R. Craig Martin | on behalf of Creditor The State of the Netherlands craig.martin@dlapiper.com carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com |
| R. Stephen McNeill | on behalf of Interested Party Xeriant Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com |
| Rebecca L. Stark | on behalf of Creditor Pension Benefit Guaranty Corporation stark.rebecca@pbgc.gov |
| Reliable Companies | gmatthews@reliable-co.com |
| Ryan M. Bartley | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Ryan M. Bartley | on behalf of Interested Party Zohar II 2005-1 Limited bankfilings@ycst.com |
| Ryan M. Bartley | on behalf of Interested Party Zohar CDO 2003-1 Limited bankfilings@ycst.com |
| Sameen Rizvi | on behalf of Interested Party Xeriant Inc. srizvi@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 4 |
| Date Rcvd: May 27, 2022 | Form ID: van440 | Total Noticed: 8 |

Samuel C. Wisotzkey
    on behalf of Creditor Experis US Inc. swisotzkey@kmksc.com, kmksc@kmksc.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William E. Chipman, Jr.
    on behalf of Interested Party Robert M. Swisher chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.
    on behalf of Interested Party Phillip Marsteller chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com

William F. Taylor, Jr.
    on behalf of Creditor Salt River Project bankruptcydel@mccarter.com bankruptcydel@mccarter.com

TOTAL: 54