IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                           : Chapter 11
                                                 :
MD HELICOPTERS, INC., *et al.*,[1]               : Case No. 22-10263 (KBO)
                                                 :
          Debtors.                               : (Jointly Administered)
                                                 :
                                                 : **Objection Deadline: June 14, 2022**
------------------------------------------------------------- x

### DECLARATION IN SUPPORT OF EMPLOYMENT OF LOYENS & LOEFF N.V. AS <u>PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS</u>

I, Mijke Sinninghe Damsté, declare that the following is true to the best of my knowledge, information and belief:

1.  I am a lawyer at Loyens & Loeff N.V., located at Parnassusweg 300, 1081 LC Amsterdam, the Netherlands (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Declaration on behalf of the Firm. The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* (the "**OCP Order**").

2.  Prior to the Debtors' bankruptcy filings, the Firm, through me, and members of the Firm, represented and advised the Debtors as Dutch counsel to MD Helicopters, Inc. (**MD**) with respect to the follow up proceedings for the determination of damages allegedly suffered by the State of the Netherlands, since March 2016 and as Swiss counsel to MD with respect to arbitration

---

[1]  The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

proceedings commenced by TUSAŞ - Türk Havacılık ve Uzay Sanayii Anonim Şirketi (TAI - Turkish Aerospace Industries Inc.) since September 2019.

3. The Debtors have requested, and the Firm has agreed, to continue to provide services to the Debtors pursuant to Section 327 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with respect to such matters. Additionally, the Debtors have requested, and the Firm proposes to render, the following services to the Debtors: to act as MD's Dutch counsel and perform all acts necessary and/or appropriate in connection with the proceedings initiated by the State of the Netherlands in the follow-up proceedings for the determination of damages and to act as MD's Swiss counsel and perform all acts necessary and/or appropriate in connection with the arbitration proceedings commenced by TUSAŞ - Türk Havacılık ve Uzay Sanayii Anonim Şirketi (TAI - Turkish Aerospace Industries Inc.).

4. In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified multiple connections with key parties in interest from the Debtors. However, our services to these clients do not, and did not, relate in any way to the services we currently provide to MD (i.e., the litigation/arbitration proceedings against MD in which we act on behalf of MD).[2]

5. The Firm is bound by the Dutch and Swiss rules for the professional practice which provide for secrecy obligations which is why we are not allowed to disclose the names of our

---

[2] A different practice group within the Firm has previously assisted the State of the Netherlands on certain procurement law aspects in relation to the procurement of helicopters that were to manufactured by MD for the Dutch police. The State of the Netherlands agreed that the Firm could act on behalf of MD in the proceedings for the determination of damages initiated by the State of the Netherlands in relation to the aforementioned procurement, provided that 'Chinese walls' are maintained (which we do).

2

firm's clients. However, to the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof has any connection with the Debtors, save for the services of the Firm as described under paragraph 2 and 3 of this declaration or (ii) currently represents (or previously represented) the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, to the best of my knowledge, formed after due inquiry, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

6. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

8. The Firm intends to bill the Debtors for professional services rendered in connection with these Chapter 11 Cases, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm's current customary hourly rates, subject to change from time to time, are between EUR 275.00 - EUR 725.00 and CHF 250 – CHF 700, respectively. The principal attorneys and paralegals designated to represent the Debtors and their current standard rates are:

| **Attorneys and paralegals** | **Standard rates** |
| --- | --- |

3

| Mijke Sinninghe Damsté | EUR 725.00 |
| --- | --- |
| Abdel Attaïbi | EUR 575.00 |
| Floris In de Braekt | EUR 345.00 |
| Mehdi Holten | EUR 275.00 |
| Robin Moser | CHF 600.00 |
| Johanna Hädinger | CHF 375.00 |
| Sandro Frick | CHF 250.00 |

9. The firm does not represent the Debtors on a contingency fee basis.

10. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and the Firm requests that effective 1 January of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

11. It is the Firm's policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, all expenses related to the acts necessary and/or appropriate in connection with the appeal proceedings initiated by the State of the Netherlands in the follow-up proceedings for the determination of damages or the arbitration proceedings against TUSAŞ - Türk Havacılık ve Uzay Sanayii Anonim Şirketi (TAI - Turkish Aerospace Industries Inc.), in particular translator's fees and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

4

12. No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases.

13. The Debtors owe the Firm EUR 4,693.15 for fees and expenses incurred prior to and unpaid as of the date these Chapter 11 Cases were commenced (the "**Petition Date**"). As of the Petition Date, the Firm held a prepetition retainer of EUR 50,000. In the event the Firm's employment is authorized, the Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to the OCP Procedures.

14. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

15. As of the Petition Date, the Firm was party to a services agreement with the Debtors. To the extent that such services agreement contains material terms which are not disclosed in the text of this Declaration, a copy of such agreement is attached as an exhibit to this Declaration.

16. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

17. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors or other parties in interest in these Chapter 11 Cases, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 30 May 2022

Mijke Sinninghe Damsté
attorney-at-law

Loyens & Loeff N.V.
Address: Parnassusweg 300, 1081 LC Amsterdam, the Netherlands
Telephone: +31 20 578 56 66
Facsimile: +31 20 578 58 18
Email: mijke.sinninghe.damste@loyensloeff.com

## Schedule 1

### Potential Parties in Interest[1]

**1.  Debtors**

MD Helicopters, Inc.                                Monterrey Aerospace, LLC

**2.  Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                           MD Helicopters B.V.
Zohar II 2005-1, Limited                            MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.                    Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.  Current Lenders and Related Parties**

Zohar III, Limited                                  Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                           Patriarch Partners III, LLC
MBIA Inc.                                           Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP                  Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.  Directors & Officers**

Alan Carr                                           YR Hladkyj
Barry Sullivan                                      Chris Jaran

**5.  Former Directors & Officers**

Lynn Tilton

**6.  Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.  Professionals**

Latham & Watkins LLP                                Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                    Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                        Prime Clerk LLC)

---

[1]  The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]  This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

Young Conaway Stargatt & Taylor, LLP
White & Case LLP
Milbank LLP
Arnold & Porter Kaye Scholer LLP
FTI Consulting
Cadwalader Wickersham & Taft LLP
Cole Schotz P.C.

Crowell & Moring LLP
Joele Frank, Wilkinson Brimmer Katcher
Halunen Law PLLC
Reese Marketos LLP
Warren Benson Law Group
Mastando & Artrip LLC

**8.     Ordinary Course Professionals**

Bradley Arant Boult Cummings LLP
Daugherty, Fowler, Peregrin, Haught & Jenson, PC
Cooley LLP
Crowe & Dunlevy
Dentons US LLP
Gibson, Dunn & Crutcher LLP
Hartzog Conger Cason LLP
Koeller, Nebeker, Carlson, Haluck, LLP
Loyens & Loeff N.V.

Mark Barnes & Associates
Maynard Cooper & Gale P.C.
Moctezuma Castro Abogados
Moss Adams LLP
Ogletree Deakins
Onsager Werner & Oberg PLC
Shackelford, Bowen, McKinley & Norton, LLP
Simpson Thacher & Bartlett LLP
Snell & Wilmer LLP
William R. Black

**9.     Current & Prior Significant Banking Relationships**

Wells Fargo Bank, N.A.                              BBVA USA

**10.    Taxing Authorities**

Arizona Corporation Commission
Arizona Department of Revenue
Arizona Department of Environmental Quality
Arizona Department of Transportation
Arizona Escrow & Financial Corp.
Arizona Secretary of State
Assistant Commissioner for Patents
Bodycote-Haltom City
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Customs and Border Protection
California Police Chiefs Association
California State Disbursement Unit
California State Sheriff's Association
CFE – South Carolina
City and County of Honolulu
City of Atlanta
City of Columbus – Treasurer – Police
City of Glendale
City of Indianapolis/Marion County
City of Phoenix
City of San Diego/IACP 2000
City of San Diego-Treasurer's Office
City of Santa Monica

City of Westfield
CNLC Procurement Department
Colorado State Treasurer
Commissioner of Patents & Trademarks
Commissioner of Revenue Services (CT)
Controller (Nebraska)
Commonwealth of Virginia
County of Lethbridge
Defense Finance and Accounting Officer
Defense Finance and Accounting Service
Defense Procurement Agency
Delaware Secretary of State
Department of Labor & Industries - Washington
Department of Revenue - Arizona
Department of Revenue - Connecticut
Department of Revenue - Georgia
Department of Toxic Substances Control
Department of Transportation
DISAM / Treasurer of the United States
DTSC Accounting
European Aviation Safety Agency
Federal Aviation Administration
Florida Department of Revenue
Franchise Tax Board (Sacramento, CA)

2

| | |
|---|---|
| Georgia Department of Revenue | Polk County Sheriff's Office |
| Hawaii State Dept. of Taxation | Prince George's County, Maryland |
| Hexcel-Salt Lake City | Scottsdale Chamber of Commerce |
| Houston Police Foundation | Sonoma, County of |
| Idaho State Tax Commission | State Bar of California |
| Indiana Department of Revenue | State of Alabama |
| Indiana Department of Workforce Development | State of Arizona |
| Industrial Commission of AZ | State of California |
| International Association of Chiefs of Police | State of Connecticut |
| Leadville/Lake County Fire Department | State of Hawaii |
| Maricopa County | State of Idaho |
| Maricopa County Air Quality Department | State Of New Hampshire |
| Maricopa County Treasurer | State of Florida |
| Mesa Chamber of Commerce | State of Texas |
| Mesa Citizen Police Academy Alumni Association | State of Washington |
| Minnesota Department of Human Rights | The Arizona Republic |
| Minnesota Department of Natural Resources | The State Bar of California |
| National Sheriffs Association | Treasurer, St. Louis County |
| North Carolina Dept. of Revenue | Treasurer, City of Columbus |
| North Carolina Law Enforcement Association | United States Department of State |
| Orange County Nameplate Co. | United States Department of Transportation |
| Oregon Department of Revenue | United States Department of the Treasury (IRS) |
| Oxford Police Department | Virginia Department of Taxation |
| PA Department of Revenue | Washington State Department of Revenue |
| Pasadena Police | Washington State Support Registry |
| | Washington State Treasurer |

**11.    Litigation Parties**

| | |
|---|---|
| Aerometals, Inc. | Leanne Wilson |
| Aero Structural Services LLC | Maksym Czyżewski |
| Ahmet Yasin Vurucu | Mary Reed |
| Ali Cihan Vurucu | Mehmet Çalık |
| Ascent Helicopters Ltd. | Mehmet Kaya |
| Aysel Çalık | Michael Sandidge |
| Ayşe Çalık | Nihal Kaya |
| Boeing Company | Norbert Vergez |
| Cem Melekoğlu | Ocean View Helicopters Ltd. |
| Danica Redekopp | Philip Marsteller |
| Dean Gervais | Rex Kamphefner |
| Dennis Welsh | Robert Swisher |
| Dilay Şimşek | Rolls-Royce Canada Limited |
| Esra Can | Rolls-Royce Corporation |
| Fatma Vurucu | Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç Maddeleri Sanayi Ticaret Limited Şirketi |
| Galip Şimşek | |
| Helifly, nv. | Serpil Can |
| Honeywell International Inc. | Standard Aero Ltd. |
| Jason Knox | TAI – Turkish Aerospace Industries, Inc. |
| Kaman Aerospace Corp. | Temple Electronics Co., Inc. |
| Keira Knox | The State of the Netherlands |
| Korps landelijke politiediensten | The United States of America |

Türkiye Cumhuriyeti İçişleri Bakanlığı
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.
William Reed
Zeynep Çalık

**12.  Insurance Providers and Brokers**

Allianz Aviation Limited
AmTrust North America
Ascot Insurance Company
AXA XL – Professional Insurance
Blue Cross Blue Shield of Arizona
CAC Specialty
Cigna International
Fidelity Security Life Insurance
GeoBlue/Worldwide Health
Hiscox Insurance Company Inc.
Liberty Mutual
Lloyd's
Mutual of Omaha Inc.
National Union Fire Insurance Company of Pittsburgh (AIG)
North American Elite Insurance Company
Ohio Security Insurance Company
Old Republic Insurance Company
RSUI Indemnity Company
R-T Specialty – Chicago ProExec
Starr Indemnity & Liability Company
Steadfast Insurance Company
SwissRe
Wesco Insurance Company
Willis Limited
Willis Towers Watson
Willis Towers Watson Insurance Services West, Inc.
X.L. America, Inc.
XL Specialty Insurance Company
Zurich NA

**13.  Utilities**

AirGas
AmeriGas
Avfuel Corporation
Cox Communications
Skyline Mechanical Services
SRP (Salt River Project)
Verizon
Waste Management

**14.  Customers, Licensors, and Other Key Contractual Counterparties**

AAL USA, Incorporated
ACT Aerospace
Aerial Solutions
Aero Asahi Corporation
Aerocentro de Servicios C.A.
Aeromundo Ejecutivo S.A. de C.V.
Aero Partners, Inc.
AEW Company
Afghanistan Air Force
Agusta S.p.A.
A&H Aviation, S.A.
Aircraft Technical Publishers
America SWAT Store CIA LTDA
American Intelligence Group Security Management SA
Argentina Air Force
Army Contracting Command-Redstone
Ascent Helicopters
Asesorias y Representaciones para Ingeniera – Aserpa S.A.S.
Asian Aerospace Corporation
Atlanta Police Department
Avion Pacific Ltd
Bank of the West Equipment Finance (BNP Paribas Group)
Belgium Federal Police
Black Hall Aerospace, Inc.
Blasé Aviation
Brim Aviation
State of California – Department of Fish & Wildlife
Cascade Airframe Repair, Inc.
Certerian EWS SAS
Chard Snyder & Associates LLC
Chatham County Mosquito Control
Chautauqua County Sheriff Department
Chilean Army
City of Huntington Beach
Cleveland Police Department
Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force
Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

| | |
|---|---|
| Rotorcraft Support, Inc. | Tassoco S.a.r.L. |
| Rotor Resources, LLC | Tennessee Valley Authority |
| Rotortech Services, Inc. | Thoroughbred Helicopters |
| Ro-Wing Aviation, Inc. | Three H Top (Thailand) Co., Ltd. |
| Royal Jordanian Air Force | Trinity Aviation |
| Royal Saudi Land Forces | UAV Leasing Company |
| San Diego Sheriff Department | Unionlet Limited |
| Science and Engineering Services, LLC | U.S. Army |
| Seneka SpA | U.S. Army Special Operations |
| Silver Cloud One, LLC | U.S. Border Patrol |
| SilverStone Heintzberger Group | U.S. Drug Enforcement Administration |
| Snowball Management, LLC | Virginia Beach Police Department |
| South African Police | Von Suckow Trading Group |
| South Carolina Law Enforcement Division | Whiskey 500, LLC |
| Specialist Aviation Services Limited | Wilson Construction |
| St. Louis Police Department | Winco |
| Summit Helicopters, Inc. | Yulista Integrated Solutions, LLC |

**15.     Competitors**

| | |
|---|---|
| Airbus Helicopters SAS | Leonardo US Inc. |
| Bell Textron Inc. | Sikorsky Aircraft |

**16.     Significant Vendors[3]**

| | |
|---|---|
| Access Electronics | ASD Experts LLC (f/k/a The IPL Group) |
| Ace Tube Bending | Atos IT Outsourcing Services, LLC |
| ADT Commercial | Avibank Mfg Inc |
| Advanced Structural Technology | Axxeum, Inc. |
| Aero Dynamix Inc | B & N Aerospace |
| Aero Performance (fka Varga | BE Aerospace New Berlin |
| Aero Products Company | Bell Aeronautical Accessori |
| AeroControlex Group | Bloom Strategic Consulting Inc. |
| Afrilog Consultancy Limited | Boeing Distribution Inc.(fka aviall) |
| Ahlers Aerospace | Boeing Distribution Service |
| Allen Aircraft Pdcts Inc | Brown Aviation Tool Supply |
| Allied Fire Protection, Inc. | Brunner Aerospace, LLC |
| Allied Universal Corporation | Cal Labs Inc |
| All Views Corporation | Cal-Draulics Inc. |
| Alziebler, Inc. fka Joseph Alziebler Co | Canyon Inspection-Chandler |
| American Aircraft Products | Carl A. Schopfer |
| American Express Corporate | Carolina Ground Service Equipment Inc |
| Ametek Ameron LLC dba Mass | Carolina GSE |
| Apache Equipment Corporation | CEF Industries LLC |
| APL Access & Security, Inc. | Chard Snyder & Associates |
| Arizona Custom Brokers | Chrome Construction AZ LLC |
| Arizona Sealing Devices Inc | Churchill Navigation |
| Arkwin Industries Inc. | City of Mesa |
| ARX Consulting Group | Colinear |

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphi
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

### 17. District of Delaware Bankruptcy Judges

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

### 18. Clerk of Court and Deputy for the District of Delaware

Stephen Grant

Una O'Boyle

### 19. Office of the United States Trustee

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

| | |
|---|---|
| James R. O'Malley | Edith A. Serrano |
| Michael Panacio | Rosa Sierra |
| Linda Richenderfer | Karen Starr |
| Juliet Sarkessian | Dion Wynn |
| Richard Schepacarter | |

**20.   Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.



POSTAL ADDRESS   P.O. Box 71170
                 1008 BD AMSTERDAM
OFFICE ADDRESS   Fred. Roeskestraat 100
                 1076 ED AMSTERDAM
                 The Netherlands
TELEPHONE        +31 20 578 53 94
FAX              +31 20 578 58 58
INTERNET         loyensloeff.com

Per email: Jeffrey.adamcik@mdhelicopters.com
MD Helicopters, Inc.
Attn. Mr. J. Adamcik
4555 Est McDowell Road
MESA, ARIZONA 85215-9734
USA

FROM    Mijke Sinninghe Damsté, attorney at law
DATE    30 July 2020

RE      Engagement letter

Dear Mr. Adamcik,

Further to our telephone conversation of 2 July 2020 with Mr. William Black, Loyens & Loeff N.V. ("**we**" or "**our**") is pleased to reconfirm the terms and conditions of our engagement by MD Helicopters, Inc. (**MD**, "**you**" or "**your**") for the performance of the services described below.

*Services and Team*

1       We shall act as MD's counsel and perform all acts necessary and/or appropriate in connection with the appeal proceedings initiated by the State of the Netherlands in the follow-up proceedings for the determination of damages, in which MD has been summoned to appear on 15 December 2020 before the The Hague Court of Appeal.

2       You may treat Mijke Sinninghe Damsté as your primary contact for the services we perform for you. The services will be performed on behalf of Loyens & Loeff N.V. by partners, associates, paralegals and/or assistants in a cost-efficient manner at the level of experience and expertise we deem appropriate for the work and issues involved.

*Fees and Disbursements*

3       Our fees are calculated on the basis of time spent (i.e. hours times applicable rates for the members of the team working on the matter). The hourly rates for the year 2020 range from approximately EUR 220 for a paralegal to approximately EUR 680 for a senior partner. The rates are determined based on experience and expertise of the lawyers/advisors performing

The public limited liability company Loyens & Loeff N.V. is established in Rotterdam and is registered with the Trade Register of the Chamber of Commerce under number 24370566. Solely Loyens & Loeff N.V. shall operate as contracting agent. All its services shall be governed by its General Terms and Conditions, including, inter alia, a limitation of liability and a nomination of competent jurisdiction. These General Terms and Conditions may be consulted via loyensloeff.com. The conditions were deposited with the Registry of the Rotterdam District Court on 1 July 2009 under number 43/2009.

AMSTERDAM    •    BRUSSELS    •    HONG KONG    •    LONDON    •    LUXEMBOURG
NEW YORK     •    PARIS       •    ROTTERDAM   •    SINGAPORE •    TOKYO     •    ZURICH



the work. The rates may be adjusted from time to time throughout our engagement. In principle, they will be reviewed as per 1 January of each year. However, as the hourly rates of our associates depend on their seniority, they may also be subject to change throughout the year.

4  The aforementioned fees are exclusive of VAT and any expenses associated with our services. In this respect, we charge (indiscriminately) a fixed amount for office disbursements at a rate of 6% of the total amount of fees invoiced. Non-office expenses, such as travel, translation and courier expenses, are invoiced as they are incurred (with VAT if applicable).

*Invoices*

5  We shall issue our invoices for the services performed on a monthly basis, unless circumstances allow or demand a different billing frequency. The amount of the invoice is payable within 30 (thirty) days from the date of the invoice. The invoice will provide a breakdown of time spent by each lawyer/advisor and of costs and disbursements incurred.

6  We shall send our invoices to the following address, unless you instruct us otherwise:

[jeffrey.adamcik@mdhelicopters.com](mailto:jeffrey.adamcik@mdhelicopters.com)
MD Helicopters, Inc.
Attn. Mr. J. Adamcik
4555 Est McDowell Road
MESA, ARIZONA 85215-9734
USA

*General Terms and Conditions*

7  Our engagement is subject to our General Terms and Conditions, including a limitation of liability, which are set out in Annex A to this letter and are in full part of our agreement.

*Client Due Diligence*

On the basis of legal requirements applicable to our profession, with regard to Anti Money Laundering and Financing of Terrorism, all legal and financial services providers, including Loyens & Loeff N.V., are required to perform due diligence on all clients. This means, among others, that Loyens & Loeff N.V. has at her disposal certain information and/or documents regarding the identity of their clients. The information and documents that we are required to hold on file are stated in Annex B to this letter. Please note that we should have this information at our disposal no later than 1 October 2020. If this due diligence reveals an intended or actual



suspect or otherwise unusual transaction, Loyens & Loeff will be obliged to report this to local Financial Intelligence Unit without disclosing to the client that the report has been made.

*Risk control*

8    Partly in the context of the Prevention of Money Laundering and Terrorist (Financing) Directive and local laws, Loyens & Loeff has a policy on risk control. Our firm has a warning and monitoring register that is only used by us and our affiliated group companies and partners. We can, on grounds of our risk control, decide to include information about you in this register.

*Disclosure obligations*

9    On the basis of legal requirements applicable to our profession, we may be obliged to disclose certain information to authorities. These legal requirements include the Mandatory Disclosure Directive i.r.o. reportable cross-border arrangements. On our website https://www.loyensloeff.com/en/en/search/the-mandatory-disclosure-directive-article-n6260/ you will find more information on these disclosure obligations.

*Privacy*

10    In the context of our engagement, we will process certain personal data relating to (representatives, ultimate beneficial owners and contact persons of) our clients. Information on whose personal data and what personal data we collect, for what purposes we use personal data and to whom personal data is disclosed by us, is set out in our Privacy Statement that is available on our website www.loyensloeff.com,

*Other Engagements*

11    The terms and conditions set out in this letter shall apply to any services performed by us upon your request in addition to the services described above, whether as part of the same matter or separately, unless agreed otherwise.

*Conflict of interests*

12    In view of the nature and scope of the work to be carried out, you agree that partners and/or employees of Loyens & Loeff N.V. who have not carried out work for you may carry out work for a third party (including possibly a counter-party), even if this involves a conflict of interest between you and that third party, with the understanding that we will not act on behalf of a third party against you in any case in which we are currently carrying out work for you or have done so in the past.

# LOYENS & LOEFF

4/4

If you agree to the above, please sign and return the attached copy of this letter by reply email to confirm your agreement.

We look forward to a continuing pleasant co-operation. Should you have any questions or comments or wish to further discuss any of the above, please do not hesitate to contact us.

Yours sincerely,
Loyens & Loeff N.V.


Mijke Sinninghe Damsté



Agreed,

*Jeffrey S. Adamcik*

J. Adamcik

MD Helicopters, Inc.

42038063