# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 289, 290, 291, and 292** |

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 27th day of May, 2022, I caused the following documents to be served by email upon the party set forth on the attached service list:

- *Schedules for MD Helicopters, Inc., Case No. 22-10263* [Docket No. 289];
- *Statement of Financial Affairs for MD Helicopters, Inc., Case No. 22-10263* [Docket No. 290];
- *Schedules for Monterrey Aerospace, LLC, Case No. 22-10264* [Docket No. 291]; and
- *Statement of Financial Affairs for Monterrey Aerospace, LLC, Case No. 22-10264* [Docket No. 292].

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#126784509 v1

| | |
|---|---|
| Dated: May 31, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Evelyn J. Meltzer*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:   david.stratton@troutman.com<br>             david.fournier@troutman.com<br>             evelyn.meltzer@troutman.com<br>             kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:   suzzanne.uhland@lw.com<br>             adam.ravin@lw.com<br>             brett.neve@lw.com<br>             tj.li@lw.com<br>             alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

Joseph J. McMahon, Jr.
United States Department of Justice –
  Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
joseph.mcmahon@usdoj.gov

#126784509 v1