# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jose Zambrano, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served First Class Mail on the parties identified in the Supplemental Service List attached hereto as **Exhibit A:**

- Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially all of the Assets of the Debtors [Docket No. 210]

Dated: May 31, 2022

/s/ *Jose Zambrano*
Jose Zambrano

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 31, 2022, by Jose Zambrano, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

**Exhibit A**

SRF 61745

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 13169613 | BELTRAN, ANGEL A | ADDRESS ON FILE | | | |
| 13169636 | CARTER, JOHN J | ADDRESS ON FILE | | | |
| 13169760 | MATTILA, JULIA L | ADDRESS ON FILE | | | |
| 13169767 | MCLAUGHLIN, LOGAN W | ADDRESS ON FILE | | | |