**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

In re:                                                   :    Chapter 11
                                                         :
MD HELICOPTERS, INC., *et al.*,                          :    Case No. 22-10263 (KBO)
                                                         :
            Debtors.                                     :    (Jointly Administered)
                                                         :
---------------------------------------------------------------- x    **Objection Deadline: June 14, 2022**


**SUPPLEMENTAL DECLARATION IN SUPPORT OF EMPLOYMENT
OF SIMPSON THACHER & BARTLETT LLP AS PROFESSIONAL
UTILIZED IN ORDINARY COURSE OF BUSINESS**

I, Harrison J. Frahn IV, declare that the following is true to the best of my knowledge, information and belief:

1.      I am a partner at Simpson Thacher & Bartlett LLP, located at 2475 Hanover Street, Palo Alto, California 94304 (the "**Firm**"), which has been employed by the debtors and debtors in possession (collectively, the "**Debtors**"[1]) in the above-captioned cases (the "**Chapter 11 Cases**") in the ordinary course of the Debtors' business and am duly authorized to make this Supplemental Declaration on behalf of the Firm.  The Debtors wish to retain the Firm to continue providing ordinary course services during these Chapter 11 Cases, and the Firm has consented to provide such services.  This Supplemental Declaration is submitted in further compliance with the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* [Dkt. No. 181] (the "**OCP Order**"), and supplements the declaration filed in this action on May 20, 2022 [Dkt. No. 264].

---

[1]    The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

2.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks.  The Firm's database contains information regarding present and past engagements.  I obtained the attached list of key parties in interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties.  The Firm's search of the database identified the following client connections: ABN AMRO Participaties B.V.; Moelis & Company; FTI Consulting; Wells Fargo Bank, N.A.; BBVA USA; Boeing Company; Cigna International; Liberty Mutual; Lloyd's; National Union Fire Insurance Company of Pittsburgh (AIG); Willis Limited; Willis Towers Watson; Willis Towers Watson Insurance Services West, Inc.; Waste Management; Bank of the West Equipment Finance (BNP Paribas Group); FuturePlan by Ascensus (f/k/a Goldleaf Partners); L3 Aviation Products; L3Harris Technologies; L3Harris WESCAM / Wescam Inc.; Siemens PLM Software; The City of Columbus; The City of Santa Monica; Railroad Commission of Texas; Pacific Investment Management Company LLC, a subsidiary of Allianz SE; and the Board of Directors of The Goodyear Tire & Rubber Company.

3.      To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties in interest, the Office of the United States Trustee or any person employed by the Office of the United States Trustee with respect to the Debtors or the matters upon which it is to be engaged.  Additionally, the Firm, its attorneys and its employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 31, 2022

Harrison J. Frahn IV
Hfrahn@stblaw.com
Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (659) 251-5000
Facsimile: (650) 251-5002

**Schedule 1**

**Potential Parties in Interest[1]**

**1.      Debtors**

MD Helicopters, Inc.                                            Monterrey Aerospace, LLC

**2.      Significant Shareholders[2] and Related Entities**

Zohar CDO 2003-1, Limited                              MD Helicopters B.V.
Zohar II 2005-1, Limited                                    MD Helicopters Holding, Inc.
ARK Investment Partners II, L.P.                        Patriarch Partners, LLC
ARK II CLO 2001-1 Limited
ABN AMRO Participaties B.V.

**3.      Current Lenders and Related Parties**

Zohar III, Limited                                              Patriarch Partners Agency Services LLC
Ankura Trust Company, LLC                             Patriarch Partners III, LLC
MBIA Inc.                                                          Patriarch Partners VIII, LLC
Bardin Hill Investment Partners LP                    Patriarch Partners XIV, LLC
MB Global Partners
ARK II 2005-1, Limited

**4.      Directors & Officers**

Alan Carr                                                          YR Hladkyj
Barry Sullivan                                                   Chris Jaran

**5.      Former Directors & Officers**

Lynn Tilton

**6.      Current Affiliate**

Monterrey Aerospace Mexico S. de R.L. de C.V.

**7.      Professionals**

Latham & Watkins LLP                                     Troutman Pepper Hamilton Sanders LLP
Moelis & Company                                            Kroll Restructuring Administration LLC (f/k/a
AlixPartners LLP                                                    Prime Clerk LLC)

---

[1]    The parties included on this list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that would otherwise fall under multiple categories is likely to be listed under only one category.

[2]    This category includes shareholders that (directly or indirectly) hold 5% or more of the Debtors' equity.

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Crowell & Moring LLP |
| White & Case LLP | Joele Frank, Wilkinson Brimmer Katcher |
| Milbank LLP | Halunen Law PLLC |
| Arnold & Porter Kaye Scholer LLP | Reese Marketos LLP |
| FTI Consulting | Warren Benson Law Group |
| Cadwalader Wickersham & Taft LLP | Mastando & Artrip LLC |
| Cole Schotz P.C. | |

**8.     Ordinary Course Professionals**

| | |
|---|---|
| Bradley Arant Boult Cummings LLP | Mark Barnes & Associates |
| Daugherty, Fowler, Peregrin, Haught & Jenson, PC | Maynard Cooper & Gale P.C. |
| | Moctezuma Castro Abogados |
| Cooley LLP | Moss Adams LLP |
| Crowe & Dunlevy | Ogletree Deakins |
| Dentons US LLP | Onsager Werner & Oberg PLC |
| Gibson, Dunn & Crutcher LLP | Shackelford, Bowen, McKinley & Norton, LLP |
| Hartzog Conger Cason LLP | Simpson Thacher & Bartlett LLP |
| Koeller, Nebeker, Carlson, Haluck, LLP | Snell & Wilmer LLP |
| Loyens & Loeff N.V. | William R. Black |

**9.     Current & Prior Significant Banking Relationships**

| | |
|---|---|
| Wells Fargo Bank, N.A. | BBVA USA |

**10.     Taxing Authorities**

| | |
|---|---|
| Arizona Corporation Commission | City of Westfield |
| Arizona Department of Revenue | CNLC Procurement Department |
| Arizona Department of Environmental Quality | Colorado State Treasurer |
| Arizona Department of Transportation | Commissioner of Patents & Trademarks |
| Arizona Escrow & Financial Corp. | Commissioner of Revenue Services (CT) |
| Arizona Secretary of State | Controller (Nebraska) |
| Assistant Commissioner for Patents | Commonwealth of Virginia |
| Bodycote-Haltom City | County of Lethbridge |
| Bureau of Alcohol, Tobacco, Firearms and Explosives | Defense Finance and Accounting Officer |
| | Defense Finance and Accounting Service |
| Bureau of Customs and Border Protection | Defense Procurement Agency |
| California Police Chiefs Association | Delaware Secretary of State |
| California State Disbursement Unit | Department of Labor & Industries - Washington |
| California State Sheriff's Association | Department of Revenue - Arizona |
| CFE – South Carolina | Department of Revenue - Connecticut |
| City and County of Honolulu | Department of Revenue - Georgia |
| City of Atlanta | Department of Toxic Substances Control |
| City of Columbus – Treasurer – Police | Department of Transportation |
| City of Glendale | DISAM / Treasurer of the United States |
| City of Indianapolis/Marion County | DTSC Accounting |
| City of Phoenix | European Aviation Safety Agency |
| City of San Diego/IACP 2000 | Federal Aviation Administration |
| City of San Diego-Treasurer's Office | Florida Department of Revenue |
| City of Santa Monica | Franchise Tax Board (Sacramento, CA) |

2

Georgia Department of Revenue
Hawaii State Dept. of Taxation
Hexcel-Salt Lake City
Houston Police Foundation
Idaho State Tax Commission
Indiana Department of Revenue
Indiana Department of Workforce Development
Industrial Commission of AZ
International Association of Chiefs of Police
Leadville/Lake County Fire Department
Maricopa County
Maricopa County Air Quality Department
Maricopa County Treasurer
Mesa Chamber of Commerce
Mesa Citizen Police Academy Alumni
   Association
Minnesota Department of Human Rights
Minnesota Department of Natural Resources
National Sheriffs Association
North Carolina Dept. of Revenue
North Carolina Law Enforcement Association
Orange County Nameplate Co.
Oregon Department of Revenue
Oxford Police Department
PA Department of Revenue
Pasadena Police

Polk County Sheriff's Office
Prince George's County, Maryland
Scottsdale Chamber of Commerce
Sonoma, County of
State Bar of California
State of Alabama
State of Arizona
State of California
State of Connecticut
State of Hawaii
State of Idaho
State Of New Hampshire
State of Florida
State of Texas
State of Washington
The Arizona Republic
The State Bar of California
Treasurer, St. Louis County
Treasurer, City of Columbus
United States Department of State
United States Department of Transportation
United States Department of the Treasury (IRS)
Virginia Department of Taxation
Washington State Department of Revenue
Washington State Support Registry
Washington State Treasurer

## 11. Litigation Parties

Aerometals, Inc.
Aero Structural Services LLC
Ahmet Yasin Vurucu
Ali Cihan Vurucu
Ascent Helicopters Ltd.
Aysel Çalık
Ayşe Çalık
Boeing Company
Cem Melekoğlu
Danica Redekopp
Dean Gervais
Dennis Welsh
Dilay Şimşek
Esra Can
Fatma Vurucu
Galip Şimşek
Helifly, nv.
Honeywell International Inc.
Jason Knox
Kaman Aerospace Corp.
Keira Knox
Korps landelijke politiediensten

Leanne Wilson
Maksym Czyżewski
Mary Reed
Mehmet Çalık
Mehmet Kaya
Michael Sandidge
Nihal Kaya
Norbert Vergez
Ocean View Helicopters Ltd.
Philip Marsteller
Rex Kamphefner
Robert Swisher
Rolls-Royce Canada Limited
Rolls-Royce Corporation
Şahin Turizm Petrol Ürünleri Gıda ve İhtiyaç
   Maddeleri Sanayi Ticaret Limited Şirketi
Serpil Can
Standard Aero Ltd.
TAI – Turkish Aerospace Industries, Inc.
Temple Electronics Co., Inc.
The State of the Netherlands
The United States of America

3

Türkiye Cumhuriyeti İçişleri Bakanlığı    William Reed
Tusaş - Türk Havacılık ve Uzay Sanayii A.Ş.    Zeynep Çalık

## 12.    Insurance Providers and Brokers

Allianz Aviation Limited    Ohio Security Insurance Company
AmTrust North America    Old Republic Insurance Company
Ascot Insurance Company    RSUI Indemnity Company
AXA XL – Professional Insurance    R-T Specialty – Chicago ProExec
Blue Cross Blue Shield of Arizona    Starr Indemnity & Liability Company
CAC Specialty    Steadfast Insurance Company
Cigna International    SwissRe
Fidelity Security Life Insurance    Wesco Insurance Company
GeoBlue/Worldwide Health    Willis Limited
Hiscox Insurance Company Inc.    Willis Towers Watson
Liberty Mutual    Willis Towers Watson Insurance Services West,
Lloyd's       Inc.
Mutual of Omaha Inc.    X.L. America, Inc.
National Union Fire Insurance Company of    XL Specialty Insurance Company
   Pittsburgh (AIG)    Zurich NA
North American Elite Insurance Company

## 13.    Utilities

AirGas    Skyline Mechanical Services
AmeriGas    SRP (Salt River Project)
Avfuel Corporation    Verizon
Cox Communications    Waste Management

## 14.    Customers, Licensors, and Other Key Contractual Counterparties

AAL USA, Incorporated    Asian Aerospace Corporation
ACT Aerospace    Atlanta Police Department
Aerial Solutions    Avion Pacific Ltd
Aero Asahi Corporation    Bank of the West Equipment Finance (BNP
Aerocentro de Servicios C.A.       Paribas Group)
Aeromundo Ejecutivo S.A. de C.V.    Belgium Federal Police
Aero Partners, Inc.    Black Hall Aerospace, Inc.
AEW Company    Blasé Aviation
Afghanistan Air Force    Brim Aviation
Agusta S.p.A.    State of California – Department of Fish &
A&H Aviation, S.A.       Wildlife
Aircraft Technical Publishers    Cascade Airframe Repair, Inc.
America SWAT Store CIA LTDA    Certerian EWS SAS
American Intelligence Group Security    Chard Snyder & Associates LLC
   Management SA    Chatham County Mosquito Control
Argentina Air Force    Chautauqua County Sheriff Department
Army Contracting Command-Redstone    Chilean Army
Ascent Helicopters    City of Huntington Beach
Asesorias y Representaciones para Ingeniera –    Cleveland Police Department
   Aserpa S.A.S.    Collier Mosquito Control

4

Colombian National Police
Columbus Police Department
Costa Rica Police Department
Cox Air Care
Dale County Sheriff Department
DaVick Air Support Ltd.
DCMA Boeing Mesa
Defense Systems and Solutions
Defense Technology Equipment Inc.
Destini Prima SDN BHD
DFAS Columbus Center
Dillon Aero, Inc.
Dixie Jet & Rotor Services, LLC
East West Helicopter, Inc.
Ecolift Corporation
E.C. Source
Ecuador National Police
El Salvador Air Force
E.M. Heli-Logistics Ltd.
Essex Air Ambulance
European Support Center BVBA
Federal Bureau of Investigation
Finnish Army
First Call International Inc.
FN America, LLC
Fresno Police Department
Fuchs Helikopter
FuturePlan by Ascensus (f/k/a Goldleaf
    Partners)
Glendale/Burbank Police Department
Gunn Resources
Gwinnett County Police Department
Hamilton County Police Department
Hannover Police
Haverfield
Hawkeye Holding, LLC
Helena Aircraft, Inc.
Heli-Austria
Helicopter Minit-Men, Inc.
Heli-Fix South Africa
Heliservice LLC
Hertfordshire Air Ambulance
Hong Kong Heliservices
Honolulu Police Department
Houston Police Department
Hungarian National Police
Integrated Procurement Technologies
International Defense Aerospace Group LLC
InvaTion Aero Sdn Bhd
Isolved Benefit Services
Italian Air Force

Italian Forest Service
Japan Ground Self Defense Forces
Kent Surrey & Sussex Air Ambulance
Kenyan Air Force
Kern County Police Department
Korean Air (Aerospace Division)
Kurdistan Police Department
Las Vegas Police Department
Lebanese Armed Forces
Lincolnshire/Nottinghamshire Air Ambulance
Logic Aviation Services, LLC
London's Air Ambulance
Louisville Metro Police Department
Luxembourg Air Rescue
Luxembourg Air Ambulance S.A.
Luxembourg Police
Mace Aviation
May Flower Trading and Contracting Co.
McDonnell Douglas Helicopter Company
MD Helicopters Australia
Mecaer Aviation Group SpA
Mesa Police Department
Mexican Air Force
Mexican Navy
Mid Pacific Aero Service
Minnesota Department of Natural Resources
Nashville Police Department
National Park Service (Grand Canyon)
NHV Helicopters
Northwest Capital Management
Northwest Helicopters, Inc.
Oakland Police Department
Oceania Aviation Limited
P.J. Helicopters
Paradise Helicopters
Philippine Air Force
Pinal County Sheriff Department
Platinum Aviation Group
Polk County Sheriff
Pomona Police Department
Precision Aviation Services
Prince George's County Police Department
Proios S.A.
Puerto Rico Electric Company
Rainbow Air
Republic of China Army
Republic of China Navy (Taiwan)
Republic of Korea Army
Ricoh USA, Inc.
Riverside Police Department
Robert Keith Sulcer

US-DOCS\126810824.7

Rotorcraft Support, Inc.
Rotor Resources, LLC
Rotortech Services, Inc.
Ro-Wing Aviation, Inc.
Royal Jordanian Air Force
Royal Saudi Land Forces
San Diego Sheriff Department
Science and Engineering Services, LLC
Seneka SpA
Silver Cloud One, LLC
SilverStone Heintzberger Group
Snowball Management, LLC
South African Police
South Carolina Law Enforcement Division
Specialist Aviation Services Limited
St. Louis Police Department
Summit Helicopters, Inc.

Tassoco S.a.r.L.
Tennessee Valley Authority
Thoroughbred Helicopters
Three H Top (Thailand) Co., Ltd.
Trinity Aviation
UAV Leasing Company
Unionlet Limited
U.S. Army
U.S. Army Special Operations
U.S. Border Patrol
U.S. Drug Enforcement Administration
Virginia Beach Police Department
Von Suckow Trading Group
Whiskey 500, LLC
Wilson Construction
Winco
Yulista Integrated Solutions, LLC

## 15. Competitors

Airbus Helicopters SAS
Bell Textron Inc.

Leonardo US Inc.
Sikorsky Aircraft

## 16. Significant Vendors[3]

Access Electronics
Ace Tube Bending
ADT Commercial
Advanced Structural Technology
Aero Dynamix Inc
Aero Performance (fka Varga
Aero Products Company
AeroControlex Group
Afrilog Consultancy Limited
Ahlers Aerospace
Allen Aircraft Pdcts Inc
Allied Fire Protection, Inc.
Allied Universal Corporation
All Views Corporation
Alziebler, Inc. fka Joseph Alziebler Co
American Aircraft Products
American Express Corporate
Ametek Ameron LLC dba Mass
Apache Equipment Corporation
APL Access & Security, Inc.
Arizona Custom Brokers
Arizona Sealing Devices Inc
Arkwin Industries Inc.
ARX Consulting Group

ASD Experts LLC (f/k/a The IPL Group)
Atos IT Outsourcing Services, LLC
Avibank Mfg Inc
Axxeum, Inc.
B & N Aerospace
BE Aerospace New Berlin
Bell Aeronautical Accessori
Bloom Strategic Consulting Inc.
Boeing Distribution Inc.(fka aviall)
Boeing Distribution Service
Brown Aviation Tool Supply
Brunner Aerospace, LLC
Cal Labs Inc
Cal-Draulics Inc.
Canyon Inspection-Chandler
Carl A. Schopfer
Carolina Ground Service Equipment Inc
Carolina GSE
CEF Industries LLC
Chard Snyder & Associates
Chrome Construction AZ LLC
Churchill Navigation
City of Mesa
Colinear

---

[3] This category includes vendors representing the top 90% of the Debtors' spend over the past 24 months.

US-DOCS\126810824.7

Competitive Engineering Inc
Control Logistico Consulting Group, Inc.
Con-Way Freight Inc. aka Co
Crestview Aerospace LLC (Im
Crissair Inc.
CT Lien Solutions
Custom Aircraft Interiors I
Cutting Dynamics Inc. (CDI)
D&T Golf Carts
Dallas Airmotive Inc
Dallas Avionics
Data Sales
Davcon Aviation Management LLC
Diagnostic Solutions Intern
Digi-Key Corporation
Dillon Aero FN Herstal
Donaldson Company Inc. fka
Down Low LLC
Driven Inc.
DUS Operating Inc.
Dynamic Diesel Repair Inc
Dynamic Growth
Eaton Aerospace - Glenolden PA.
Eaton Aerospace JacksonMS
Edmo Distributors Inc.
Edwards Machine & Tool
EJ Air Certification Consul
Elbit Systems Ltd
Electro Enterprises Incorpo
ESA Engineering Science Analysis Corp.
European Aviation Safety AG
Experis US, Inc.
Extant Aerospace (fka Symetrics)
Falcon Hangar, LLC
Fastener Technology Corp
Fedex Express
Fedex Freight West
Freudenberg-Nok Inc. (Ashland)
G.S.N. Electronic Components
GAR Electroforming
Garmin Aviation
Garmin International
Martin Gasiorowski
Gasket Manufacturing
Gerald Geering Enterprises
Global Technical Services, Inc.
Goodyear Rubber
Harris Certification Services
Helicopter Association Inte
Helicopter Technology Corp.
HELIWAGON Inc

Heritage Aviation
Houston Precision Fasteners
Howell Instruments
IMS Expert
Indeed, Inc.
Insight Inc.
Intelligent Management Solutions
K2 Manufacturing
Kamatics Corp.
Kang Aerospace Solutions LLC
Kawasaki Heavy Industries Ltd
KSD Inc
L3 Aviation Products
L3Harris Technologies
L3Harris WESCAM / Wescam Inc.
Launch Technical Workforce Solutions, LLC
Lift Airworthiness Certification
Linde Gas & Equipment Inc.
LinkedIn
Liquid Measurement Systems Inc.
Meggitt (Rockmart),Inc.(fka eng fabrics)
Meggitt (Troy)Inc. (fka Stewart Warner)
Mesa Industrial Center Complex, LLC
Midstate Mechanical, Inc.
Mouser Electronics
Mr. Rooter Plumbing of Phoenix
Mutual of Omaha Inc.
National Calibration Inc.
National Coatings & Supplie
Nesco Resource LLC
NIAR - Wichita State University
Notthoff Engineering-L.A. Inc.
O'Brien Gentry & Scott LLC
OCR Services Inc.
OnBoard Systems
Pacific Forge Inc.
Pall Aeropower Corp.
Pan American Tool
Parker Aerospace Fluid Sys. (Naples)
PAS Technologies
PayScale, Inc.
Pension Benefit Guaranty Corporation
Phoenix Aircraft Certification Services, Inc.
Pitney Bowes
Power Group The
Pratt & Whitney
Prudential Overall Supply
Qualiseal - FKA QCC LLC
Quench USA Inc
Quicksilver Express Courier
RBC Aerostructures (fka A. I. D. Corp)

7

US-DOCS\126810824.7

Redstone Government Consulting
Regal Beloit America Inc.
Ricoh USA, Inc.
Robertson Fuel Systems
Rockwell Collins
Rohde & Schwarz
Rolls Royce Corporation
Rubbercraft Corp
S&S Precision
Safran Power UK Ltd (FKA Goodrich)
Schopfer Carl A.
Scott Air LLC
Siemens PLM Software
Simpson Thacher & Barlett L
SKF Aeroengines, NA fka MRC Bearings
Skygeek
Skylock Industries Inc.
Southeast Aerospace Inc.
Southwest Technical Solutions, Inc.
Spectrum Associates Inc.
Staples Advantage
STS Component Solutions
T.D Promotions
Talon Test Laboratories In
Tech Tools
Tech-Tool Plastics Inc.
Tek Fusion Global Inc.

Terra Verde
Thales Belgium
Thomas G. Ashe
Timken US - New Philadelphi
Tower Club of Dallas Inc.
Triumph Actuation Systems (fka GE)Yakima
Triumph Controls Inc. PA.
Triumph Gear Systems-Macomb Inc.
Truly Nolen
Tyler Technologies
ULINE
Unitech Composites (f/k/a AGC)
United Parcel Service Inc.
Unitek Technical Services Inc.
Verizon Wireless - Broadband
Chuck Viola
Virtual Software Equipment
Vortex Industries Inc.
Washington Calibration
Waxie Sanitary Supply
Wencor LLC (fka Dixie Aerospace)
White Star Commercial Clean
Wire Masters
Worldwide Certification Services Inc.
Yankee Casting
Yard Store

**17.    District of Delaware Bankruptcy Judges**

The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable Laurie Selber Silverstein, Chief
   Judge
The Honorable John T. Dorsey

The Honorable Mary F. Walrath
The Honorable Karen B. Owens
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable Ashely M. Chan

**18.    Clerk of Court and Deputy for the District of Delaware**

Stephen Grant

Una O'Boyle

**19.    Office of the United States Trustee**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.

Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
Joseph McMahon
Angelique Okita

8

US-DOCS\126810824.7

9

James R. O'Malley                    Edith A. Serrano
Michael Panacio                      Rosa Sierra
Linda Richenderfer                   Karen Starr
Juliet Sarkessian                    Dion Wynn
Richard Schepacarter

## 20.    **Other Parties**

Acqiom Agency Services LLC
Joseph J. Farnan, Jr.
Mark Kirschner
MB Special Opportunities Fund II, LP
Zohar CDO 2003-1, Corp.
Zohar II 2005-1, Corp.
Zohar III, Corp.

US-DOCS\126810824.7