IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                       :    Chapter 11
                                                             :
MD HELICOPTERS, INC., *et al.*,[1]                           :    Case No. 22-10263 (KBO)
                                                             :
              Debtors.                                       :    (Jointly Administered)
                                                             :
----------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served (1) on the date and by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**; and (2) on May 27, 2022 to Mark Barnes & Associates (MML ID: 13172457) via email to Mark Barnes, Regina Gonzales and Alexis Foster at the following email addresses mark.barnes@mbassociateslaw.com, regina.gonzalez@mbassociateslaw.com, and alexis.foster@mbassociateslaw.com:

- Declaration in Support of Employment of Mark Barnes & Associates as Professional Utilized in Ordinary Course of Business [Docket No. 287]

On May 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Fee Application Service List attached hereto as **Exhibit B**; and (2) via first class mail and email on AlixPartners, LLP (MML ID: 13267403), Attention to David Orlofsky, 909 Third Avenue, 28th Floor, New York, New York 10022, dorlofsky@alixpartners.com:

- First Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the period March 30, 2022 through April 30, 2022 [Docket No. 288]

On May 28, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit C**:

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Schedules for MD Helicopters, Inc. (Case No. 22-10263) [Docket No. 289]

- Statement of Financial Affairs for MD Helicopters, Inc. (Case No. 22-10263) [Docket No. 290]

- Schedules for Monterrey Aerospace, LLC (Case 22-10264) [Docket No. 291]

- Statement of Financial Affairs for Monterrey Aerospace, LLC (Case No. 22-10264) [Docket No. 292]

Dated: May 31, 2022

/s/ *Kenny Crespin*
Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 31, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 61801

**<u>Exhibit A</u>**

Exhibit A
Ordinary Course Professional Service List
Served on the date and by the method as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD AND DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH, JOSEPH BARRY | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | BRIAN.LOHAN@ARNOLDPORTER.COM; JONATHAN.LEVINE@ARNOLDPORTER.COM; JEFFREY.FUISZ@ARNOLDPORTER.COM; ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | INGRID.BAGBY@CWT.COM; WILLIAM.MILLS@CWT.COM; MICHELE.MAMAN@CWT.COM | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| COLE SCHOTZ P.C. | ATTN: DANIEL F.X. GEOGHAN | 1325 AVENUE OF THE AMERICAS, 19TH FLOOR | | NEW YORK | NY | 10019 | npernick@coleschotz.com | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK | 500 DELAWARE AVE, STE 1410 | | WILMINGTON | DE | 19801 | dgeoghan@coleschotz.com | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| CROWE & DUNLEVY, PC | ATTN: WILL E. VAN EGMOND | | | | | | WILL.VANEGMOND@CROWEDUNLEVY.COM | Email on May 27, 2022 |
| LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | | | | | | SUZZANNE.UHLAND@LW.COM; ADAM.RAVIN@LW.COM; BRETT.NEVE@LW.COM; TJ.LI@LW.COM | Email on May 27, 2022 |
| LAW OFFICES OF WILLIAM R. BLACK | ATTN: WILLIAM R. BLACK | | | | | | WILLIAM.BLACK@WBLACKLAW.COM | Email on May 27, 2022 |
| MD HELICOPTERS, INC. | ATTN: Y.R. HLADKYJ | 4555 E. MCDOWELL ROAD | | MESA | AZ | 85215 | YR.HLADKYJ@MDHELICOPTERS.COM | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | 28 LIBERTY STREET | | NEW YORK | NY | 10005 | DDUNNE@MILBANK.COM; ESTODOLA@MILBANK.COM; AHARMEYER@MILBANK.COM | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| MOCTEZUMA CASTRO, S.C. | ATTN: MANUEL A. MOCTEZUMA | | | | | | MMOCTEZUMA@MOCTEZUMACASTRO.COM | Email on May 27, 2022 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | JOSEPH.MCMAHON@USDOJ.GOV | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK | | | | | | DAVID.STRATTON@TROUTMAN.COM; DAVID.FOURNIER@TROUTMAN.COM; EVELYN.MELTZER@TROUTMAN.COM; KENNETH.LISTWAK@TROUTMAN.COM | Email on May 27, 2022 |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM | First Class Mail on May 31, 2022 and Email on May 27, 2022 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON | RODNEY SQUARE, 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MNESTOR@YCST.COM; RBARTLEY@YCST.COM; AKEPHART@YCST.COM; EJUSTISON@YCST.COM; BANKFILINGS@YCST.COM; JBARRY@YCST.COM | First Class Mail on May 31, 2022 and Email on May 27, 2022 |

**Exhibit B**

Exhibit B
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO STALKING HORSE BIDDER, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH 250 WEST 55TH STREET NEW YORK NY 10019-9710 | BRIAN.LOHAN@ARNOLDPORTER.COM JONATHAN.LEVINE@ARNOLDPORTER.COM JEFFREY.FUISZ@ARNOLDPORTER.COM ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM | First Class Mail and Email |
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN 200 LIBERTY STREET NEW YORK NY 10281 | INGRID.BAGBY@CWT.COM WILLIAM.MILLS@CWT.COM MICHELE.MAMAN@CWT.COM | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 | NPERNICK@COLESCHOTZ.COM DDEAN@COLESCHOTZ.COM PREILLEY@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | ATTN: DANIEL F.X. GEOGHAN 1325 AVENUE OF AMERICAS, 19TH FLOOR NEW YORK NY 10019 | DGEOGHAN@COLESCHOTZ.COM | First Class Mail and Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | SUZZANNE.UHLAND@LW.COM ADAM.RAVIN@LW.COM BRETT.NEVE@LW.COM TJ.LI@LW.COM | Email |
| DEBTORS | MD HELICOPTERS, INC. | ATTN: Y.R. HLADKYJ 4555 E. MCDOWELL ROAD MESA AZ 85215 | YR.HLADKYJ@MDHELICOPTERS.COM | Email |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER 55 HUDSON YARDS NEW YORK NY 10001-2163 | DDUNNE@MILBANK.COM ESTODOLA@MILBANK.COM AHARMEYER@MILBANK.COM | First Class Mail and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | JOSEPH.MCMAHON@USDOJ.GOV | First Class Mail and Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK 1313 N. MARKET STREET HERCULES PLAZA, SUITE 5100 WILMINGTON DE 19801 | DAVID.STRATTON@TROUTMAN.COM DAVID.FOURNIER@TROUTMAN.COM EVELYN.MELTZER@TROUTMAN.COM KENNETH.LISTWAK@TROUTMAN.COM | Email |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), MB SPECIAL OPPORTUNITIES FUND II, LP, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 | MATTHEW.WARD@WBD-US.COM MORGAN.PATTERSON@WBD-US.COM | First Class Mail and Email |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)

Exhibit B
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD., COUNSEL TO STALKING HORSE BIDDER | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 | MNESTOR@YCST.COM RBARTLEY@YCST.COM AKEPHART@YCST.COM EJUSTISON@YCST.COM BANKFILINGS@YCST.COM | First Class Mail and Email |

**Exhibit C**

Exhibit C
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | PNELSON@ACECLEARWATER.COM |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | STEPHANIE@ALZIEBLER.COM |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | BRIAN.LOHAN@ARNOLDPORTER.COM |
| COUNSEL TO STALKING HORSE BIDDER, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | BRIAN.LOHAN@ARNOLDPORTER.COM JONATHAN.LEVINE@ARNOLDPORTER.COM JEFFREY.FUISZ@ARNOLDPORTER.COM ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | SALES@AUTOVALVE.COM KINGM@AUTOVALVE.COM |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | BLAIRE.CAHN@BAKERMCKENZIE.COM |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | JOHN.DODD@BAKERMCKENZIE.COM |
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | INGRID.BAGBY@CWT.COM WILLIAM.MILLS@CWT.COM MICHELE.MAMAN@CWT.COM |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | CHIPMAN BROWN CICERO & COLE, LLP | CHIPMAN@CHIPMANBROWN.COM |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | FYUDKIN@COLESCHOTZ.COM |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | NPERNICK@COLESCHOTZ.COM DDEAN@COLESCHOTZ.COM PREILLEY@COLESCHOTZ.COM |
| TOP 30 UNSECURED CREDITORS | COLINEAR | INFO@COLINEARMACHINE.COM JAE@COLINEARMACHINE.COM |

Exhibit C
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | DONMARTIN@CEIGLOBAL.COM |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | SCHAPMAN@CRISSAIR.COM |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | KATHY.REVEL@DELAWARE.GOV |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | DENNIS.ODONNELL@US.DLAPIPER.COM JAMES.BERGER@US.DLAPIPER.COM CHARLENE.SUN@US.DLAPIPER.COM |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | NOAH.SCHOTTENSTEIN@US.DLAPIPER.COM |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | CRAIG.MARTIN@US.DLAPIPER.COM |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | R9.INFO@EPA.GOV |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | CUSTOMERSERVICE@FNAMERICA.COM |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | CHAD.MEADOWS@GARMIN.COM |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | FPALMINTERI@HELICOPTERTECH.COM |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | INFO@HERITAGEAVIATIONLTD.COM |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | INFO@HOWELLINST.COM REPAIRS@HOWELLINST.COM HR@HOWELLINST.COM |
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | RANDY@IAC-LTD.COM |
| COUNSEL TO EXPERIS US, INC. | KOHNER, MANN & KAILAS, S.C. | SWISOTZKEY@KMKSC.COM |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | SUZZANNE.UHLAND@LW.COM ADAM.RAVIN@LW.COM BRETT.NEVE@LW.COM TJ.LI@LW.COM |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | SALES@LIQUIDMEASUREMENT.COM |
| COUNSEL TO XERIANT, INC. | LOCKE LORD LLP | DAVID.KUPETZ@LOCKELORD.COM |
| COUNSEL TO XERIANT, INC. | LOCKE LORD LLP | JONATHAN.YOUNG@LOCKELORD.COM |

Exhibit C
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO MARICOPA COUNTY TREASURER | MARICOPA COUNTY TREASURER | MUTHIGK@MCAO.MARICOPA.GOV |
| COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF WESCO INSURANCE COMPANY | MAURICE WUTSCHER, LLP | AHOCHHEISER@MAURICEWUTSCHER.COM |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | DDUNNE@MILBANK.COM<br>ESTODOLA@MILBANK.COM<br>AHARMEYER@MILBANK.COM |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH.MCMAHON@USDOJ.GOV |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | QUESTIONS.DOR@OREGON.GOV |
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | NEUREITER.KIMBERLY@PBGC.GOV<br>EFILE@PBGC.GOV<br>STARK.REBECCA@PBGC.GOV |
| COUNSEL TO XERIANT, INC. | POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM<br>RMCNEILL@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | MICHAEL.DAILEY@PRESCOTTAEROSPACE.COM |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | REESE MARKETOS LLP | PETE.MARKETOS@RM-FIRM.COM<br>JOSH.RUSS@RM-FIRM.COM<br>BRETT.ROSENTHAL@RM-FIRM.COM |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, AS ADMINISTRATIVE AGENT | RICHARDS, LAYTON & FINGER, P.A. | COLLINS@RLF.COM<br>HAYWOOD@RLF.COM |
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | LRASMUSSEN@ROCHESTERSENSORS.COM |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | KRIS.HALL@ROLLS-ROYCE.COM |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | TTRZASKOMA@SHERTREMONTE.COM |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | INFO@SOLTECAZ.COM |

Exhibit C
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | INFO@SPECTRUMCT.COM<br>LCASA@SPECTRUMCT.COM |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@DELAWARE.GOV |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | KRISTINA.EDMUNSON@DOJ.STATE.OR.US |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | KATE.BENVENISTE@DLAPIPER.COM<br>DLAPHX@DLAPIPER.COM |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | SBLEEDA@TRIUMPHGROUP.COM |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | DAVID.STRATTON@TROUTMAN.COM<br>DAVID.FOURNIER@TROUTMAN.COM<br>EVELYN.MELTZER@TROUTMAN.COM<br>KENNETH.LISTWAK@TROUTMAN.COM |
| TOP 30 UNSECURED CREDITORS | TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII ANONIM ŞIRKETI | CAKAL@TAI.COM.TR |
| U.S. ATTORNEY FOR THE DISTRICT OF ARIZONA | U.S. ATTORNEY FOR ARIZONA | GLENN.P.HARRIS@USDOJ.GOV |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | USATXS.ATTY@USDOJ.GOV |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | GLENN.P.HARRIS@USDOJ.GOV |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), MB SPECIAL OPPORTUNITIES FUND II, LP, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | WOMBLE BOND DICKINSON (US) LLP | MATTHEW.WARD@WBD-US.COM<br>MORGAN.PATTERSON@WBD-US.COM |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)

Exhibit C
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD., COUNSEL TO STALKING HORSE BIDDER | YOUNG CONAWAY STARGATT & TAYLOR, LLP | MNESTOR@YCST.COM RBARTLEY@YCST.COM AKEPHART@YCST.COM EJUSTISON@YCST.COM BANKFILINGS@YCST.COM |