# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Re:  D.I. Nos. 305 & 306** |

## CERTIFICATE OF SERVICE

I, R. Craig Martin, Esq., hereby certify that on June 2, 2022, a true and correct copy of the *Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007* [D.I. 305] and the *Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal* [D.I. 306] was served via cm/ecf on all parties who are registered to receive efiling notifications in this case.

Dated: June 2, 2022  
　　　　Wilmington, Delaware

**DLA PIPER LLP (US)**

By:　/s/ *R. Craig Martin*　　　　　　  
R. Craig Martin (DE 5032)  
1201 North Market Street  
Suite 2100  
Wilmington, Delaware 19801-1147  
Telephone:　(302) 468-5700  
Facsimile:　(302) 394-2341  
Email:　　　craig.martin@us.dlapiper.com

---

[1] The two debtors in these chapter 11 cases (the "Chapter 11 Cases") are MD Helicopters, Inc. ("MDHI") and Monterrey Aerospace, LLC ("Monterrey," and together with MDHI, the "Debtors"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215.

EAST\192150648.2