# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Certificate of No Objection regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Dissolve Inactive Non-Debtor Subsidiary Monterrey Aerospace México [Docket No. 299] ("*Certificate regarding Monterrey Aerospace Dissolution Order*")

- Certification of Counsel with respect to Order Resolving Netherlands Dispute under the Final DIP Order [Docket No. 300] ("*Certification regarding the Netherlands Dispute Order*")

- Order Authorizing Debtors to Dissolve Inactive Non-Debtor Subsidiary, Monterrey Aerospace México, S. de R.L. de C.V. [Docket No. 302] ("*Order Authorizing Dissolving Monterrey Aerospace*")

- Order Resolving Netherlands Lien Dispute under the Final DIP Order [Docket No. 303] ("*Order Resolving the Netherlands Lien Dispute*")

- Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted under Section 503(b)(9) of the Bankruptcy Code [Docket No. 304]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused the Certification regarding the Netherlands Dispute Order and the Order Resolving the Netherlands Lien Dispute to be served by the method set forth on the Netherlands Notice Parties Service List attached hereto as **Exhibit B**.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused the Certificate regarding Monterrey Aerospace Dissolution Order and the Order Authorizing Dissolving Monterrey Aerospace to be served via first class mail on the Mexican Notice Parties Service List attached hereto as **Exhibit C**.

Dated: June 2, 2022

/s/ *Kenny Crespin*
Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 2, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: PAIGE NELSON, BUYER<br>19815 MAGELLAN DRIVE<br>TORRANCE CA 90502 | PNELSON@ACECLEARWATER.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT<br>12734 BRANFORD ST<br>UNIT 12<br>ARLETA          CA 91331-4230 | STEPHANIE@ALZIEBLER.COM | First Class Mail and Email |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>1600 W MONROE STREET<br>PHOENIX AZ 85007-2650 | | First Class Mail |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN<br>70 WEST MADISON STREET, SUITE 4200<br>CHICAGO IL 60602-4231 | BRIAN.LOHAN@ARNOLDPORTER.COM | First Class Mail and Email |
| COUNSEL TO STALKING HORSE BIDDER, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-9710 | BRIAN.LOHAN@ARNOLDPORTER.COM<br>JONATHAN.LEVINE@ARNOLDPORTER.COM<br>JEFFREY.FUISZ@ARNOLDPORTER.COM<br>ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER, MEGAN KING, HR<br>1707 GUENTHER RD.<br>DAYTON OH 45417 | SALES@AUTOVALVE.COM<br>KINGM@AUTOVALVE.COM | First Class Mail and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN<br>452 FIFTH AVENUE<br>NEW YORK NY 10018 | BLAIRE.CAHN@BAKERMCKENZIE.COM | First Class Mail and Email |
| COUNSEL TO MB SPECIAL OPPORTUNITIES FUND II, LP | BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD<br>1111 BRICKELL AVENUE<br>SUITE 1700<br>MIAMI FL 33131 | JOHN.DODD@BAKERMCKENZIE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | BE AEROSPACE WESTMINSTER | ATTN: TROY BRUNK, PRESIDENT<br>7155 FENWICK LN<br>WESTMINSTER CA 92683 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION INC.(FKA AVIALL) | ATTN: DAVID L. CALHOUN, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>2750 REGENT BLVD.<br>DFW AIRPORT<br>DALLAS TX 75261 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | BOEING DISTRIBUTION SERVICES INC. | ATTN: TRAVIS SULLIVAN, VICE PRESIDENT & GENERAL MANAGER<br><br>480 N. 54TH STREET<br>CHANDLER AZ 85226 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO STALKING HORSE BIDDER | CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | INGRID.BAGBY@CWT.COM<br>WILLIAM.MILLS@CWT.COM<br>MICHELE.MAMAN@CWT.COM | First Class Mail and Email |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR.<br>HERCULES PLAZA<br>1313 NORTH MARKET STREET, SUITE 5400<br>WILMINGTON DE 19801 | CHIPMAN@CHIPMANBROWN.COM | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN<br>25 MAIN STREET<br>P.O. BOX 800<br>HACKENSACK NJ 07602 | FYUDKIN@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P.; PATRIARCH PARTNERS AGENT SERVICES, LLC | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | NPERNICK@COLESCHOTZ.COM<br>DDEAN@COLESCHOTZ.COM<br>PREILLEY@COLESCHOTZ.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER, JAE CASTELLANA, VP<br>7 WILSON DRIVE<br>SPARTA       NJ 07871 | INFO@COLINEARMACHINE.COM<br>JAE@COLINEARMACHINE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER<br>3371 E. HEMISPHERE LOOP<br>TUCSON       AZ 85706-5011 | DONMARTIN@CEIGLOBAL.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | COMPUCRAFT INDUSTRIES | ATTN: JOHN LAWLESS, OWNER<br>8787 OLIVE LANE<br>SANTEE CA 92071 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT<br>28909 AVENUE WILLIAMS<br>VALENCIA CA 91355 | SCHAPMAN@CRISSAIR.COM | First Class Mail and Email |
| DELAWARE DEPARTMENT OF REVENUE | DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | KATHY.REVEL@DELAWARE.GOV | First Class Mail and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN<br>1251 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK NY 10020-1104 | DENNIS.ODONNELL@US.DLAPIPER.COM<br>JAMES.BERGER@US.DLAPIPER.COM<br>CHARLENE.SUN@US.DLAPIPER.COM | First Class Mail and Email |
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN<br>1900 NORTH PEARL STREET<br>SUITE 2200<br>DALLAS TX 75201 | NOAH.SCHOTTENSTEIN@US.DLAPIPER.COM | First Class Mail and Email |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 2 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE STATE OF THE NETHERLANDS | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801-1147 | CRAIG.MARTIN@US.DLAPIPER.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 10 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1200 SIXTH AVENUE, SUITE 155<br>SEATTLE WA 98101 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1201 ELM STREET, SUITE 500<br>DALLAS TX 75270 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | R9.INFO@EPA.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER<br>VOIE DE LIEGE 33<br>HERSTAL 4040 BELGIUM | CUSTOMERSERVICE@FNAMERICA.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1200 E. 151ST STREET<br>OLATHE         KS 66062 | CHAD.MEADOWS@GARMIN.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER<br>12902 SOUTH BROADWAY<br>LOS ANGELES         CA 90061 | FPALMINTERI@HELICOPTERTECH.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER<br>901 AVENUE T<br>SUITE 102<br>GRAND PRAIRIE         TX 75050 | INFO@HERITAGEAVIATIONLTD.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER<br>8945 SOUTH FREEWAY<br>FORTH WORTH TX 76140 | INFO@HOWELLINST.COM<br>REPAIRS@HOWELLINST.COM<br>HR@HOWELLINST.COM | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 3 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT<br>8715 HARMON RD.<br>FORT WORTH TX 76177 | RANDY@IAC-LTD.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | K2 MANUFACTURING | ATTN: THOMAS WRIGHT, PRESIDENT<br><br>1700 N. 22ND AVE<br>PHOENIX AZ 85009 | | First Class Mail |
| COUNSEL TO EXPERIS US, INC. | KOHNER, MANN & KAILAS, S.C. | ATTN: SAMUEL C. WISOTZKEY<br>WASHINGTON BUILDING, BARNABAS BUSINESS CENTER<br>4650 NORTH PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | SWISOTZKEY@KMKSC.COM | First Class Mail and Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | SUZZANNE.UHLAND@LW.COM<br>ADAM.RAVIN@LW.COM<br>BRETT.NEVE@LW.COM<br>TJ.LI@LW.COM | Email |
| TOP 30 UNSECURED CREDITORS | LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN<br>141 MORSE DRIVE<br>FAIRFAX VT 05454 | SALES@LIQUIDMEASUREMENT.COM | First Class Mail and Email |
| COUNSEL TO XERIANT, INC. | LOCKE LORD LLP | ATTN: DAVID S. KUPETZ<br>300 S. GRAND AVENUE, SUITE 2600<br>LOS ANGELES CA 90071 | DAVID.KUPETZ@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO XERIANT, INC. | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG<br>111 HUNTINGTON AVENUE, 9TH FLOOR<br>BOSTON MA 02199-7613 | JONATHAN.YOUNG@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO MARICOPA COUNTY TREASURER | MARICOPA COUNTY TREASURER | ATTN: PETER MUTHIG<br>225 W. MADISON STREET<br>PHOENIX AZ 85003 | MUTHIGK@MCAO.MARICOPA.GOV | First Class Mail and Email |
| COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF WESCO INSURANCE COMPANY | MAURICE WUTSCHER, LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHAGRIN BLVD. SUITE 207<br>BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM | First Class Mail and Email |
| COUNSEL TO DIP AGENT AND PREPETITION FACILITY AGENT; ANKURA TRUST COMPANY, LLC ("ANKURA") | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 | DDUNNE@MILBANK.COM<br>ESTODOLA@MILBANK.COM<br>AHARMEYER@MILBANK.COM | First Class Mail and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801 | JOSEPH.MCMAHON@USDOJ.GOV | First Class Mail and Email |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>955 CENTER STREET NE<br>SALEM OR 97301-2555 | QUESTIONS.DOR@OREGON.GOV | First Class Mail and Email |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 4 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PBGC | PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER & REBECCA L. STARK<br>1200 K ST, N.W.<br>WASHINGTON DC 20005-4026 | NEUREITER.KIMBERLY@PBGC.GOV<br>EFILE@PBGC.GOV<br>STARK.REBECCA@PBGC.GOV | Email |
| TOP 30 UNSECURED CREDITORS | PENSION BENEFIT GUARANTY CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1200 K ST NW<br>WASHINGTON DC 20005 | | First Class Mail |
| COUNSEL TO XERIANT, INC. | POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, R. STEPHEN MCNEILL & SAMEEN RIZVI<br>1313 N. MARKET STREET, 6TH FLOOR<br>WILMINGTON DE 19801 | CSAMIS@POTTERANDERSON.COM<br>RMCNEILL@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER<br>6600 E. 6TH STREET<br>PRESCOTT VALLEY     AZ 86314 | MICHAEL.DAILEY@PRESCOTTAEROSPACE.COM | First Class Mail and Email |
| COUNSEL TO PHILLIP MARSTELLER AND ROBERT M. SWISHER | REESE MARKETOS LLP | ATTN: PETER D. MARKETOS, JOSHUA M. RUSS, BRETT S. ROSENTHAL<br>750 NORTH SAINT PAUL STREET, SUITE 600<br>DALLAS TX 75201 | PETE.MARKETOS@RM-FIRM.COM<br>JOSH.RUSS@RM-FIRM.COM<br>BRETT.ROSENTHAL@RM-FIRM.COM | First Class Mail and Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC, AS ADMINISTRATIVE AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | COLLINS@RLF.COM<br>HAYWOOD@RLF.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT<br>11616 HARRY HINES BLVD.<br>DALLAS TX 75229 | LRASMUSSEN@ROCHESTERSENSORS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | ROGERSON AIRCRAFT EQUIPMENT GROUP | ATTN: MICHAEL ROGERSON, CHIEF EXECUTIVE OFFICER<br><br>16940 VON KARMAN<br>IRVINE CA 92606 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER, KRISTOFFER HALL<br>2355 S. TIBBS<br>P.O. BOX 420<br>INDIANAPOLIS IN 46241 | KRIS.HALL@ROLLS-ROYCE.COM | First Class Mail and Email |
| COUNSEL TO ARK II CLO 2001-1, LTD. AND ARK INVESTMENT PARTNERS II, L.P. (THE "PATRIARCH LENDERS") | SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA<br>90 BROAD STREET, 23RD FLOOR<br>NEW YORK NY 10004 | TTRZASKOMA@SHERTREMONTE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER<br>3631 E 44TH STREET<br>TUCSON AZ 85713 | INFO@SOLTECAZ.COM | First Class Mail and Email |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 5 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT, LYNN CASA, ACCOUNTING<br>183 PLAINS ROAD<br>P.O. BOX 470<br>MILFORD    CT 06460-3613 | INFO@SPECTRUMCT.COM<br>LCASA@SPECTRUMCT.COM | First Class Mail and Email |
| ARIZONA STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVENUE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| DELAWARE STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@DELAWARE.GOV | First Class Mail and Email |
| OREGON STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM<br>1162 COURT ST. NE<br>SALEM OR 97301-4096 | KRISTINA.EDMUNSON@DOJ.STATE.OR.US | First Class Mail and Email |
| TEXAS STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON<br>300 W. 15TH STREET<br>AUSTIN TX 78701 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | STATE OF THE NETHERLANDS | C/O DLA PIPER<br>ATTN: KATE L. BENVENISTE<br>2525 EAST CAMELBACK ROAD, SUITE 1000<br>PHOENIX AZ 85016-4232 | KATE.BENVENISTE@DLAPIPER.COM<br>DLAPHX@DLAPIPER.COM | First Class Mail and Email |
| TEXAS DEPARTMENT OF REVENUE | TEXAS DEPARTMENT OF REVENUE | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B. JOHNSON STATE OFFICE BUILDING<br>111 EAST 17TH STREET<br>AUSTIN TX 78774 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | ATTN: DANIEL J. CROWLEY, CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>899 CASSATT ROAD<br>#210<br>BERWYN PA 19312 | SBLEEDA@TRIUMPHGROUP.COM | First Class Mail and Email |
| PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK<br>1313 N. MARKET STREET<br>HERCULES PLAZA, SUITE 5100<br>WILMINGTON DE 19801 | DAVID.STRATTON@TROUTMAN.COM<br>DAVID.FOURNIER@TROUTMAN.COM<br>EVELYN.MELTZER@TROUTMAN.COM<br>KENNETH.LISTWAK@TROUTMAN.COM | Email |
| TOP 30 UNSECURED CREDITORS | TÜRKIYE CUMHURIYETI İÇIŞLERI BAKANLIĞI | ATTN: PRESIDENT OR GENERAL COUNSEL<br>DEVLET, T.C. İÇIŞLERI BAKANLIĞI<br>ÇANKAYA, ANKARA 06980 TURKEY | | First Class Mail |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 6 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII ANONIM ŞIRKETI | ATTN: CAHIT BILGE AKAL<br>FETHIYE MAHALLESI HAVACILIK BULVARI, NO. 17<br>KAHRAMANKAZAN, ANKARA 06980 TURKEY | CAKAL@TAI.COM.TR | First Class Mail and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF ARIZONA | U.S. ATTORNEY FOR ARIZONA | ATTN: ATTORNEY<br>TWO RENAISSANCE SQUARE<br>40 N. CENTRAL AVENUE, SUITE 1800<br>PHOENIX AZ 85004-4449 | GLENN.P.HARRIS@USDOJ.GOV | Email |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY<br>1007 ORANGE ST, SUITE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| U.S. ATTORNEY FOR THE DISTRICT OF OREGON | U.S. ATTORNEY FOR OREGON | ATTN: ATTORNEY<br>1000 SW THIRD AVENUE, SUITE 600<br>PORTLAND OR 97204 | | First Class Mail |
| U.S. ATTORNEY FOR THE DISTRICT OF TEXAS | U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY<br>1000 LOUISIANA STREET, #2300<br>HOUSTON TX 77002 | USATXS.ATTY@USDOJ.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION<br>ATTN: GLENN P. HARRIS<br>P.O. BOX 261 BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | GLENN.P.HARRIS@USDOJ.GOV | Email |
| COUNSEL TO THE ZOHAR III CONTROLLING CLASS (SENIOR NOTEHOLDERS OF THE ZOHARS), MB SPECIAL OPPORTUNITIES FUND II, LP, BARDIN HILL INVESTMENT PARTNERS AND ACQUIOM AGENCY SERVICES LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON<br>1313 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON DE 19801 | MATTHEW.WARD@WBD-US.COM<br>MORGAN.PATTERSON@WBD-US.COM | First Class Mail and Email |
| COUNSEL TO THE DIP LENDERS; ZOHAR CDO 2003-1, LTD., ZOHAR II 2005-1, LTD., AND ZOHAR III, LTD., COUNSEL TO STALKING HORSE BIDDER | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON DE 19801 | MNESTOR@YCST.COM<br>RBARTLEY@YCST.COM<br>AKEPHART@YCST.COM<br>EJUSTISON@YCST.COM<br>BANKFILINGS@YCST.COM | First Class Mail and Email |

In re: MD Helicopters, Inc., et al.
Case No. 22-10263 (KBO)

Page 7 of 7

**Exhibit B**

Exhibit B
Netherlands Notice Parties Service List
Served via first class mail and email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | BRIAN.LOHAN@ARNOLDPORTER.COM; JONATHAN.LEVINE@ARNOLDPORTER.COM; JEFFREY.FUISZ@ARNOLDPORTER.COM; ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM |
| BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN, JOHN R. DODD | 452 FIFTH AVENUE | | NEW YORK | NY | 10018 | BLAIRE.CAHN@BAKERMCKENZIE.COM; JOHN.DODD@BAKERMCKENZIE.COM |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | INGRID.BAGBY@CWT.COM; WILLIAM.MILLS@CWT.COM; MICHELE.MAMAN@CWT.COM |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | NPERNICK@COLESCHOTZ.COM; DDEAN@COLESCHOTZ.COM; PREILLEY@COLESCHOTZ.COM |
| COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN | 25 MAIN STREET | P.O. BOX 800 | HACKENSACK | NJ | 07602 | FYUDKIN@COLESCHOTZ.COM |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | 1201 NORTH MARKET STREET | SUITE 2100 | WILMINGTON | DE | 19801-1147 | CRAIG.MARTIN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN | 1251 AVENUE OF THE AMERICAS | 27TH FLOOR | NEW YORK | NY | 10020-1104 | DENNIS.ODONNELL@US.DLAPIPER.COM; JAMES.BERGER@US.DLAPIPER.COM; CHARLENE.SUN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN | 1900 NORTH PEARL STREET | SUITE 2200 | DALLAS | TX | 75201 | NOAH.SCHOTTENSTEIN@US.DLAPIPER.COM |
| MD Helicopters, Inc. | ATTN: Y.R. HLADKYJ | 4555 E. MCDOWELL ROAD | | MESA | AZ | 85215 | YR.HLADKYJ@MDHELICOPTERS.COM |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | 28 LIBERTY STREET | | NEW YORK | NY | 10005 | DDUNNE@MILBANK.COM; ESTODOLA@MILBANK.COM; AHARMEYER@MILBANK.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | JOSEPH.MCMAHON@USDOJ.GOV |
| STATE OF THE NETHERLANDS | C/O DLA PIPER | ATTN: KATE L. BENVENISTE | 2525 EAST CAMELBACK ROAD, SUITE 1000 | PHOENIX | AZ | 85016-4232 | KATE.BENVENISTE@DLAPIPER.COM; DLAPHX@DLAPIPER.COM |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON | RODNEY SQUARE, 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MNESTOR@YCST.COM; RBARTLEY@YCST.COM; AKEPHART@YCST.COM; EJUSTISON@YCST.COM; BANKFILINGS@YCST.COM |

**Exhibit C**

Case 22-10263-KBO    Doc 308    Filed 06/03/22    Page 13 of 14

Exhibit C
Mexican Notice Parties Service List
Served via first class mail

| MML ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 13229001 | MINISTRY OF ECONOMY (SECRETARIA DE ECONOMIA) | PACHUCA 189 COLONIA CONDESA | | | CUAUHTÉMOC | MEXICO CITY | C.P. 06140 | MEXICO |
| 13329002 | PUBLIC REGISTRY OF PROPERTY AND COMMERCE IN THE STATE OF NUEVO LEON (REGISTRO PUBLICO DE LA PROPIEDAD Y DEL COMERCIO) | WASHINGTON 2000 ORIENTE | EDIFICIO PABELLÓN CIUDADANO | COLONIA OBRERA | MONTERREY | NUEVO LEON | C.P. 64010 | MEXICO |
| 13129000 | TAX ADMINISTRATION SERVICE (SERVICIO DE ADMINISTRACION TRIBUTARIA) | AV. PASEO DE LA REFORMA NORTE, 10, SECOND FLOOR | EDIFICIO TORRE CABALLITO | COLONIA TABACALERA | CUAUHTEMOC | MEXICO CITY | C.P. 06030 | MEXICO |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)

Page 1 of 1