**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
MD HELICOPTERS, INC., *et al.*,[1]              :   Case No. 22-10263 (KBO)
                                                :
       Debtors.                                :   (Jointly Administered)
                                                :
                                                :   **Ref. Docket Nos. 305, 306 & 309**
---------------------------------------------------------------- x

### ZOHAR LENDERS' JOINDER TO DEBTORS' OPPOSITION TO MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION FOR STAY PENDING APPEAL FILED BY THE STATE OF THE NETHERLANDS

Zohar III Limited, Zohar II 2005-1, Limited, and Zohar CDO 2003-1, Limited (collectively, the "Zohar Lenders") hereby join (this "Joinder") in the opposition of the above-captioned debtors and debtors [Docket No. 309] to the *Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal* [Docket No. 306] (the "Motion to Shorten") filed by the State of the Netherlands, and request that the Court deny the Motion to Shorten. The Zohar Lenders reserve their rights to: (i) supplement this Joinder; and (ii) participate in any hearing on the Motion to Shorten, including to make argument.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

29424839.1

| Dated: June 3, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|

*/s/ Robert F. Poppiti, Jr.*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Robert F. Poppiti, Jr. (No. 5052)
Elizabeth S. Justison (No. 5911)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      rpoppiti@ycst.com
      ejustison@ycst.com

*Counsel to the Zohar Lenders*