IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
MD HELICOPTERS, INC., *et al.*,[1]                           :   Case No. 22-10263 (KBO)
                                                             :
        Debtors.                                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x   **Ref. D.I. 305, 306, 309 & 310**

### DIP SECURED PARTIES JOINDER TO THE
### DEBTORS' OBJECTION TO MOTION TO SHORTEN
### NOTICE WITH RESPECT TO MOTION FOR STAY PENDING APPEAL

Bardin Hill Investment Partners LP and MB Special Opportunities Fund II, LP, each in their capacity as a DIP Lender (the "**DIP Lenders**") and Acquiom Agency Services LLC, in its capacity as DIP Agent (the "**DIP Agent**" and, together with the DIP Lenders, the "**DIP Secured Parties**") hereby submit this joinder (the "**Joinder**") to the *Debtors' Objection to Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal* [D.I. 309] (the "**Debtors' Objection**"), filed on June 3, 2022.[2]  In support of this Joinder, the DIP Secured Parties respectfully state as follows:

1.      The DIP Secured Parties hereby join with the Debtors (and Zohar Lenders) in their opposition to the relief requested in the *Motion to Shorten Notice with Respect to Motion for Stay*

---

[1]     The two Debtors in these cases are MD Helicopters, Inc. ("**MDHI**") and Monterrey Aerospace, LLC ("**Monterrey**"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD HI's taxpayer identification number are 4088.  Monterrey has not been assigned a taxpayer identification number as of the date hereof.

[2]     Unless otherwise noted, capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Objection or in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [D.I. 205], as applicable.

*Pending Appeal* [D.I. 306] filed by the State of the Netherlands (the "**Motion to Shorten**"). Through this Joinder, the DIP Secured Parties request that the Court (i) deny the Motion to Shorten, (ii) set the Stay Hearing for June 17, 2022 or such other date that is in compliance with Local Rule 9006-1(c)(i), and (iii) grant such other and further relief as this Court may deem just and proper.

      2.      The DIP Secured Parties reserve the right to supplement and join in any other filings in connection with the Motion to Shorten.

*[Remainder of Page Intentionally Left Blank]*

Dated: June 3, 2022 /s/ Morgan L. Patterson
**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
          morgan.patterson@wbd-us.com

- and -

**ARNOLD & PORTER KAYE SCHOLER LLP**
Brian J. Lohan
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email: brian.lohan@arnoldporter.com

- and -

**ARNOLD & PORTER KAYE SCHOLER LLP**
Jeffrey A. Fuisz
Jonathan I. Levine
Robert T. Franciscovich
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: jeffrey.fuisz@arnoldporter.com
          jonathan.levine@arnoldporter.com
          robert.franciscovich@arnoldporter.com

*Counsel to Bardin Hill Investment Partners LP and the DIP Agent*


-and-

**BAKER & MCKENZIE LLP**
John R. Dodd
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953
Email: john.dodd@bakermckenzie.com

-and-

**BAKER & MCKENZIE LLP**
Blaire A. Cahn
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel to MB Special Opportunities Fund II, LP*