**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |
| | : | **Objection Deadline: June 24, 2022 at 4:00 p.m. (ET)** |
| | | **Hearing Date: Only if objection(s) filed** |

**COVER SHEET FOR FIRST MONTHLY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 30, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Name of applicant: | Latham & Watkins LLP |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of retention: | April 20, 2022, effective as of March 30, 2022 |
| Period for which compensation and reimbursement are sought: | March 30, 2022 through April 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,744,456.50 (80% = $1,395,565.20) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $9,323.74 |

This is a(n): _X_ monthly ___ interim ___ final application

This monthly application includes 10 hours with a value of $9,100.00 incurred in connection with the preparation of fee applications.

Prior Applications Filed: None

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

## COMPENSATION BY PROFESSIONAL

| Name of Professional | Position; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gorton, James | Partner. Joined firm in 2003. Member of New York Bar since 1987. | $2,075.00 | 18.7 | $38,802.50 |
| Safran, Lawrence | Partner. Joined firm in 2002. Member of District of Columbia Bar since 2004. Member of New Jersey Bar since 1986. Member of New York Bar since 1986. | $1,895.00 | 1.00 | $1,895.00 |
| Uhland, Suzzanne | Partner. Joined firm in 2020. Member of California Bar since 1988. Member of District of Columbia Bar since 2014. Member of New York Bar since 2015. | $1,895.00 | 92.1 | $174,529.50 |
| Kronsnoble, Joseph | Partner. Joined firm in 1991. Member of Illinois Bar since 1991. | $1,855.00 | 3.6 | $6,678.00 |
| Harris, Christopher | Partner. Joined firm in 1996. Member of California Bar since 1997. Member of New York since 1998. | $1,540.00 | 43.5 | $66,990.00 |
| Pepin, Jennifer | Partner. Joined firm in 2020. Member of New York Bar since 2009. | $1,505.00 | 13.8 | $20,769.00 |
| Hotz Jr., Robert | Partner. Joined firm in 2020. Member of New York Bar since 1993. | $1,465.00 | 0.4 | $586.00 |
| Wolsk, Jeremiah | Partner. Joined firm in 2003. Member of District of Columbia Bar since 1998. Member of Maryland Bar since 1996. Member of New York Bar since 2020. | $1,335.00 | 0.3 | $400.50 |
| Jefcoat, Kyle | Partner. Joined firm in 2004. Member of District of Columbia Bar since 2005. Member of New York Bar since 2000. | $1,295.00 | 5.2 | $6,734.00 |
| Jones, Erin | Partner. Joined firm in 2010. Member of California Bar since 2010. Member of District of Columbia Bar since 2011. | $1,265.00 | 0.3 | $379.50 |
| Robinson, Anne | Partner. Joined firmed in 2005. Member of California Bar since 2005. Member of District of Columbia Bar since 2007. | $1,265.00 | 18.7 | $23,655.50 |
| Ravin, Adam | Counsel. Joined firm in 2010. Member of New Jersey Bar since 1995. Member of New York Bar since 2002. | $1,465.00 | 242.1 | $354,676.50 |
| Parhami, Edmond | Counsel. Joined firm in 2012. Member of New York Bar since 2013. | $1,335.00 | 16.0 | $21,360.00 |
| English, Patrick | Counsel. Joined firm in 2009. Member of California Bar since 2009. Member of District of Columbia Bar since 2010. | $1,210.00 | 5.6 | $6,776.00 |
| McMahon, Sean | Associate. Joined firmed in 2016. Member of New York Bar since 2014. | $1,165.00 | 0.5 | $582.50 |

| Name of Professional | Position; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Morris, Elizabeth | Associate. Joined firmed in 2013. Member of New York Bar since 2013. Member of Pennsylvania Bar since 2013. | $1,165.00 | 96.1 | $111,956.50 |
| Neve, Brett | Associate. Joined firm in 2019. Member of California since 2015. Member of New York Bar since 2018. | $1,165.00 | 215.8 | $251,407.00 |
| Oller, Brianna | Associate. Joined firm in 2014. Member of New Jersey Bar since 2013. Member of New York Bar since 2014. | $1,165.00 | 10.8 | $12,582.00 |
| Williams, Daniel | Associate. Joined firm in 2015. Member of New York Bar since 2016. | $1,165.00 | 7.9 | $9,203.50 |
| Hand, Alisa | Associate. Joined firm in 2017. Member of New York Bar since 2018. | $1,120.00 | 4.7 | $5,264.00 |
| Mancini, Michela | Associate. Joined firm in 2016. Member of New York Bar since 2017. | $1,100.00 | 0.9 | $990.00 |
| Parsons-Reponte, Kathryn | Associate. Joined firm in 2021. Member of California Bar since 2016. | $1,060.00 | 0.1 | $106.00 |
| Kutilek, Lukas | Associate. Joined firm in 2021. Member of New York Bar since 2019. | $1,050.00 | 4.2 | $4,410.00 |
| Craddock, Joshua | Associate. Joined firm in 2019. Member of Colorado Bar since 2019. Member of District of Columbia Bar since 2020. | $990.00 | 0.5 | $495.00 |
| Li, Tianjiao | Associate. Joined firm in 2020. Member of New York Bar since 2019. | $990.00 | 106.6 | $105,534.00 |
| Ollmann, Christine | Associate. Joined firm in 2021. Member of New York Bar since 2019. | $990.00 | 4.9 | $4,851.00 |
| Swaminathan, Abhinaya | Associate. Joined firm in 2018. Member of New York Bar since 2019. | $990.00 | 44.0 | $43,560.00 |
| Weber-Levine, Randall | Associate. Joined firmed in 2020. Member of New York Bar since 2019. | $990.00 | 79.4 | $78,606.00 |
| Davis, Alicia | Restructuring Attorney. Joined firm in 2019. Member of California Bar since 2019. Member of Illinois Bar since 2009. | $910.00 | 43.8 | $39,858.00 |
| Giannetti, Ryan | Associate. Joined firm in 2021. Member of District of Columbia Bar since 2021. Member of Maryland Bar since 2019. | $895.00 | 9.0 | $8,055.00 |
| Hazen, Nicholas | Associate. Joined firm in 2019. Member of New York Bar since 2020. | $895.00 | 3.0 | $2,685.00 |
| Zablocki, Alexandra | Associate. Joined firm in 2019. Member of New York Bar since 2021. | $895.00 | 107.8 | $96,481.00 |
| Morley, John Whitney | Associate. Joined firm in 2019. Member of Illinois Bar since 2019. | $878.47 | 124.5 | $109,369.00 |
| Begany, Brent | Associate. Joined firm in 2020. Member of New York Bar since 2021. | $770.00 | 6.4 | $4,928.00 |
| Casey, Nicole | Associate. Joined firm in 2021. Member of New York Bar since 2022. | $655.00 | 3.9 | $2,554.50 |

| Name of Professional | Position; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gu, Wenyi | Associate. Joined firm in 2021. Member of New York Bar since 2022. | $655.00 | 57.2 | $37,466.00 |
| Vunnamadala, Meghana | Associate. Joined firm in 2021. | $655.00 | 103.8 | $67,989.00 |
| Yeliseyev, Dana | Associate. Joined firm in 2021. Member of Massachusetts Bar since 2021. | $655.00 | 5.9 | $3,864.50 |
| Arnold, Elizabeth | Senior Paralegal. Joined firm in 2003. | $530.00 | 9.2 | $4,876.00 |
| Thompson, Helen | Senior Paralegal. Joined firm in 2001. | $485.00 | 8.8 | $4,268.00 |
| Kohn, Rachel | Litigation Services Managing Attorney. Joined firm in 2008. | $470.00 | 1.3 | $611.00 |
| Meyer, Jennifer | Litigation Services Managing Attorney. Joined firm in 2018. | $470.00 | 1.7 | $799.00 |
| Tarrant, Christopher | Senior Paralegal. Joined firm in 2022. | $455.00 | 3.3 | $1,501.50 |
| Hickey, Brendan | Court Generalist – Managing Attorney's Office. Joined firm in 2005. | $410.00 | 2.4 | $984.00 |
| Reiser, Gail | Trial Technology Consultant. Joined firm in 2016. | $375.00 | 11.7 | $4,387.50 |

| | |
|---|---|
| **Grand Total** | **$1,744,456.50** |
| **Total Hours** | **1,541.4** |
| **Blended Rate** | **$1,131.74** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition and Bidding Procedures | 169.0 | $197,754.00 |
| Assumption and Rejection of Leases and Contracts | 25.5 | $26,313.50 |
| Business Operations | 93.6 | $101,241.00 |
| Case Administration | 151.2 | $160,277.50 |
| Chapter 11 Reporting | 12.2 | $14,212.00 |
| Claims Administration and Objections | 111.3 | $118,050.00 |
| Corporate Governance and Board Matters | 0.3 | $622.50 |
| Employee Benefits and Pensions | 28.8 | $37,195.50 |
| Employment and Fee Applications | 93.0 | $92,564.50 |
| Financing and Cash Collateral | 224.4 | $276,602.50 |
| Government Contract Issues/Novation | 20.2 | $23,977.00 |
| Hearings | 280.4 | $323,239.00 |
| Litigation | 170.9 | $179,970.50 |
| Meetings and Communications with Creditors | 47.7 | $57,095.00 |
| Non-Debtor Subsidiaries | 12.3 | $11,443.50 |
| Non-Working Travel[2] | 4.6 | $2,058.50 |
| Plan and Disclosure Statement | 8.4 | $8,883.50 |
| Qui Tam Settlement | 79.8 | $101,868.50 |
| Tax | 7.8 | $11,088.00 |
| **Total** | **1,541.4** | **$1,744,456.50** |

2 All non-working travel time has been billed at 50% of the normal hourly rate.

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Court Research | $90.00 |
| Docket | $108.60 |
| Global Document Services | $440.00 |
| Ground Transportation - Local | $296.87 |
| Ground Transportation - Out-Of-Town | $406.93 |
| Laser Print | $503.70 |
| Lexis Nexis | $12.60 |
| Meal Services | $561.82 |
| Meals - Local | $80.00 |
| Other Database Research | $604.55 |
| Practice Support | $187.50 |
| Trip Expenses - Out-of-Town | $800.37 |
| Westlaw | $5,230.80 |
| **Total** | **$9,323.74** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |
| | : | **Objection Deadline: June 24, 2022 at 4:00 p.m. (ET)** **Hearing Date: Only if objection(s) filed** |

**FIRST MONTHLY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 30, 2022 THROUGH APRIL 30, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 173] (the "**Interim Compensation Order**"), Latham & Watkins LLP ("**L&W**") hereby files this application (the "**Application**") seeking a monthly allowance with respect to the sum of $1,744,456.50 (80% of which equals $1,395,565.20) as compensation[2] and $9,323.74 as reimbursement of actual and necessary expenses, for a total of $1,753,780.24 for the period from

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] At this time, L&W is not seeking allowance of compensation for fees incurred by certain timekeepers, as the services those timekeepers provided are confidential. L&W will seek allowance of compensation for such fees in its final fee application.

March 30, 2022 through and including April 30, 2022 (the "**Compensation Period**"). In support of this Application, L&W respectfully represents as follows:

## Background

1. On March 30, 2022 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2. L&W was retained effective as of the Petition Date by this Court's Order, dated April 20, 2022 [Docket No. 167] (the "**Retention Order**"). The Retention Order authorized L&W to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3. All services for which L&W is requesting compensation were performed for or on behalf of the Debtors.

4. L&W has received no payment and no promises for payment from any source for services rendered or to be rendered in connection with the matters covered by this Application.

5. Pursuant to Bankruptcy Rule 2016(b), L&W has not shared, nor has L&W agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of L&W, or (b) any compensation another party or person has received or may receive.

## Fee Statement

6. The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each professional and

paraprofessional for this period. To the best of L&W's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, Local Rule 2016-2, all other applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, and the Interim Compensation Order.

**Actual and Necessary Expenses**

7. A summary of actual and necessary expenses and daily logs of expenses incurred by L&W during the Compensation Period is attached hereto as Exhibit B. Pursuant to Local Rule 2016-2, L&W represents that it will charge for copying at a rate of $0.10 per page. There is no charge for incoming or outgoing telecopier transmissions.

8. L&W believes the foregoing rates are the market rates that law firms charge clients for such expenses. In addition, L&W believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services by Project**

9. The actual, reasonable, and necessary services rendered by L&W during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed description of the services provided set forth on the attached Exhibit A. The professionals and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

**A. Asset Disposition and Bidding Procedures**

**Fees: $197,754.00 Total Hours: 169.0**

This category includes time spent by L&W attorneys and paraprofessionals in connection with the Debtors' sale process. Specifically, L&W attorneys spent time (a) drafting and negotiating sale-related documents and pleadings, including an asset purchase agreement, bidding procedures, a proposed bidding procedures order, a proposed sale order, and related notices, (b) communicating and negotiating with various stakeholders with respect to the sale process, (c) researching, analyzing, and providing advice regarding various issues related to the sale process, including regulatory and tax issues, and (d) coordinating with the Debtors' other professionals with respect to the sale process.

**B. Assumption and Rejection of Leases and Contracts**

**Fees: $26,313.50 Total Hours: 25.5**

This category includes all time spent on matters relating to the assumption and rejection of the Debtors' leases and contracts, including (a) reviewing and analyzing various leases and contracts, and (b) preparing assumption and cure schedules.

**C. Business Operations**

**Fees: $101,241.00 Total Hours: 93.6**

This category includes time spent by L&W attorneys to maintain the Debtors' business operations with minimal disruptions during the Chapter 11 Cases. Specifically, L&W attorneys spent time responding to various operational issues, including (a) analyzing and providing advice regarding the Debtors' vendors and utilities, (b) negotiating and drafting a settlement agreement with a subcontractor of the Debtors and preparing a related motion, and (c) addressing certain cash management matters.

**D. Case Administration**

**Fees: $160,277.50 Total Hours: 151.2**

This category includes services rendered in connection with, among other things, (a) various logistical matters relating to these Chapter 11 Cases, (b) monitoring the Debtors' docket, (c) coordination of the administration of these Chapter 11 Cases by developing timelines, task lists, and work-in-progress reports, (d) scheduled work-in-progress meetings among L&W professionals, the Debtors' management, and/or the Debtors' other advisors, and (e) analyzing, drafting, and revising various first and second day motions and proposed orders.

**E. Chapter 11 Reporting**

**Fees: $14,212.00 Total Hours: 12.2**

This category includes all time spent on matters relating to the preparation of the Debtors' schedules of assets and liabilities and statement of financial affairs, operating reports, and other reports required by the Court or the Bankruptcy Rules, as well as preparation for and participation in the initial debtor interview.

**F. Claims Administration and Objections**

**Fees: $118,050.00 Total Hours: 111.3**

This category includes all time spent on matters relating to the claims administration process, including preparing a bar date motion, analyzing creditor claims, and conversing with parties in interest regarding the claims process. In particular, this category includes time spent analyzing and researching issues related to the Netherlands' claim against the Debtors.

**G. Corporate Governance and Board Matters**

**Fees: $622.50 Total Hours: 0.3**

This category includes all time spent on corporate governance and disclosure matters.

**H. Employee Benefits and Pensions**

**Fees: $37,195.50 Total Hours: 28.8**

This category includes all time spent on matters relating to the Debtors' employees' compensation and benefits and other issues relating to employee relations, including (a) analyzing and providing advice regarding employee compensation matters, (b) drafting and revising the Debtors' wages motion and proposed order, and (c) responding to requests from the Pension Benefit Guaranty Corporation.

**I. Employment and Fee Applications**

**Fees: $92,564.50 Total Hours: 93.0**

This category includes all time spent on matters relating to the retention and compensation of professionals, including time spent (a) preparing L&W's application to be retained as co-counsel to the Debtors, as well as related declarations, (b) preparing Latham's first monthly fee application and reviewing time records for privilege and confidentiality considerations, (c) preparing and providing advice regarding the Debtors' other professionals' retention applications, (d) preparing an interim compensation motion, (e) preparing a motion to retain ordinary course professionals and communicating with such professionals regarding the same, and (f) preparing and updating a list of parties in interest in the Chapter 11 Cases.

**J. Financing and Cash Collateral**

**Fees: $276,602.50 Total Hours: 224.4**

This category includes all time spent on matters relating to the Debtors' financing needs, including (a) negotiating the terms of a debtor-in-possession financing facility and drafting and revising the credit agreement and related documents, (b) preparing proposed DIP financing orders and related declarations, (c) researching and analyzing various issues related to the DIP financing

facility, and (d) preparing for a contested hearing on the Debtors' DIP financing motion, including preparing witnesses to provide testimony regarding the same.

**K. Government Contract Issues/Novation**

**Fees: $23,977.00 Total Hours: 20.2**

This category includes all time spent on matters relating to the Debtors' contracts with various government entities, including analyzing and providing advice regarding compliance, novation, and setoff issues.

**L. Hearings**

**Fees: $323,239.00 Total Hours: 280.4**

This category includes all time spent on matters relating to the preparation for and participation in the Debtors' first and second day hearings, including (a) preparing materials, witness outlines, and demonstratives for the hearings, (b) preparing witnesses to give testimony at the hearings, and (c) coordinating with the Debtors and their other advisors to prepare for the hearings.

**M. Litigation**

**Fees: $179,970.50 Total Hours: 170.9**

This category includes all time spent on matters relating to litigation involving the Debtors, including (a) preparing suggestions of bankruptcy, (b) researching issues related to the application of the automatic stay on pending litigation, and (c) reviewing, analyzing, and responding to discovery requests issued by the Netherlands.

**N. Meetings and Communications with Creditors**

**Fees: $57,095.00 Total Hours: 47.7**

This category includes all time spent (a) responding to miscellaneous inquiries from the Debtors' creditors, (b) preparing for and participating in calls with the Debtors' lenders and their professionals, and (c) preparing for the Debtors' 341 meeting of creditors.

**O. Non-Debtor Subsidiaries**

**Fees: $11,443.50 Total Hours: 12.3**

This category includes all time spent on matters relating to the Debtors' non-debtor subsidiaries, including preparing a motion to dissolve the Debtors' Mexican subsidiary and related analysis and communications.

**P. Non-Working Travel Time[3]**

**Fees: $2,058.50 Total Hours: 4.6**

This category includes all travel time not otherwise chargeable.

**Q. Plan and Disclosure Statement**

**Fees: $8,883.50 Total Hours: 8.4**

This category includes all time spent on preliminary work related to the formation of the Debtors' plan of liquidation and disclosure statement.

**R. Qui Tam Settlement**

**Fees: $101,868.50 Total Hours: 79.8**

This category includes all time spent on matters relating to the Debtors' qui tam settlement agreement and related stipulation with the Department of Justice, including (a) negotiating and drafting the settlement agreement and stipulation, (b) communicating with the Debtors, their

[3] All non-working travel time has been billed at 50% of the normal hourly rate.

professionals, and parties in interest regarding the same, and (c) preparing a 9019 motion seeking approval of the same.

**S. Tax**

**Fees: $11,088.00 Total Hours: 7.8**

This category includes all time spent on tax issues, including (a) the tax analysis of various sale proposals and documents, (b) the tax analysis of various financing matters, and (c) discussions regarding tax issues and tax filings.

**Valuation of Services**

10. Attorneys and paraprofessionals of L&W have expended a total of 1,541.4 hours in connection with this matter during the Compensation Period. The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. The hourly rates set forth in Exhibit A are L&W's normal hourly rates for work of this character. The reasonable value of the services rendered by L&W to the Debtors during the Compensation Period is $1,744,456.50.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by L&W is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases under this title. Moreover, L&W has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, L&W respectfully requests that the Court authorize that, for the Compensation Period, an allowance be made to L&W pursuant to the terms of the Interim Compensation Order with respect to the sum of $1,744,456.50 as compensation for necessary professional services rendered (80% of which equals $1,395,565.20), and the sum of $9,323.74 as reimbursement of actual necessary costs and expenses, for a total of $1,753,780.24, and that the sum of $1,404,888.94 (80% of fees and 100% of expenses) be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: June 3, 2022
New York, New York

*/s/ Suzzanne Uhland*

**LATHAM & WATKINS LLP**

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*))
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra Marie Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
adam.ravin@lw.com
brett.neve@lw.com
tj.li@lw.com
alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |

## DECLARATION OF SUZZANNE UHLAND

1. I am a partner with the applicant firm, Latham & Watkins LLP (the "**Firm**"), and have been admitted to the bar of the States of California, New York, and the District of Columbia since 1988, 2015, and 2014, respectively. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

2. I am familiar with the work performed on behalf of the Debtors[2] by the Firm's professionals. I have reviewed the *First Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from March 30, 2022 Through April 30, 2022* (the "**Application**"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

3. Moreover, I have reviewed Local Rule 2016-2 and, to the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application (as defined herein).

reasonable inquiry, the facts set forth in the Application materially comply with the provisions of the Local Rules, the Bankruptcy Code, and this Court's orders.

Date: June 3, 2022
New York, New York

*/s/ Suzzanne Uhland*
Suzzanne Uhland