**Exhibit B**

Expenses

US-DOCS\131579945

# LATHAM & WATKINS LLP

1271 Avenue of the Americas  
New York, New York 10020-1303  
Tel: +1.212.906.1200  Fax: +1.212.751.4864  
www.lw.com

## INVOICE

May 31, 2022

MD Helicopters, Inc.  
410 Park Avenue, Suite 900  
New York, NY 10022  
Attn: Alan J. Carr

Please identify your payment with the following:

Invoice No. 2200606217  
Matter Number 067074-1020

Tax Identification No.: 95-2018373

**Remittance Instructions**

**WIRE TRANSFERS IN USD:**     **CHECKS:**

REDACTED

For professional services rendered through April 30, 2022

**Re:      Expenses**

| | |
|---|---:|
| Costs and Disbursements | 9,323.74 |

| | |
|---|---:|
| **Total Due** | **$ 9,323.74** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.  
PLEASE REFERENCE INVOICE #2200606217 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200606217
May 31, 2022

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 04/30/22 | Docket - NY Account: 2591476 | C M Tarrant | 90.00 |
| | **Total Court Research** | | **90.00** |
| 04/01/22 | Docket - Courtalert.Com - Monitor of state court databases and deadlines | R L Kohn | 53.35 |
| 04/19/22 | Docket - Courtalert.Com - Monitor of state court databases and deadlines | R L Kohn | 55.25 |
| | **Total Docket** | | **108.60** |
| 03/31/22 | Document support for M. Vunnamadala; GD0365808; Blackline | B E Rowe | 80.00 |
| 04/01/22 | Document support for M. Vunnamadala; GD0365808; Set Up | F Diaz | 10.00 |
| 04/07/22 | Document support for M. Vunnamadala; GD0366519; Create/Convert | M Flood | 190.00 |
| 04/08/22 | Document support for M. Vunnamadala; GD0366519; Proofread - Slug | H Dempsey | 60.00 |
| 04/08/22 | Document support for M. Vunnamadala; GD0366519; Set Up | M S Gaertner | 20.00 |
| 04/13/22 | Document support for H. Thompson; GD0367008; QJ Edit-Format | A Hackney | 10.00 |
| 04/13/22 | Document support for H. Thompson; GD0367015; QJ Edit-Format | H E Williams | 10.00 |
| 04/15/22 | Document support for M. Vunnamadala; GD0367294; Revise | M E Sullivan | 40.00 |
| 04/15/22 | Document support for M. Vunnamadala; GD0367294; Set Up | M S Gaertner | 20.00 |
| | **Total Document Processing** | | **440.00** |
| 03/31/22 | Ground Transportation - Adam S Ravin - Taxi/Car Service - working late - 03/30/22 - Latham to home | A S Ravin | 12.30 |
| 04/01/22 | Ground Transportation - Randall Carl Weber-Levine - Taxi/Car Service - Uber for rush work project - 04/01/22 - home/office | R C Weber-Levine | 38.33 |
| 04/04/22 | Ground Transportation - Adam S Ravin - Taxi/Car Service - worked late - 04/01/22 - Latham to Home | A S Ravin | 11.30 |
| 04/05/22 | Ground Transportation - Brett M Neve - Taxi/Car Service - worked late - 03/30/22 - Latham to Home | B M Neve | 43.87 |
| 04/05/22 | Ground Transportation - Brett M Neve - Taxi/Car Service - worked late - 04/01/22 - Latham to Home | B M Neve | 46.84 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200606217 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200606217
May 31, 2022

---

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 04/05/22 | Ground Transportation - Wenyi Gu - Taxi/Car Service - Taxi fare while working late - 03/31/22 - Office/Home | W Gu | 22.53 |
| 04/13/22 | Ground Transportation - John Whitney McVay Morley - Taxi/Car Service - Travel to Mesa, Arizona for client meetings - 04/01/22 - From airport to home | J W Morley | 56.40 |
| 04/13/22 | Ground Transportation - Randall Carl Weber-Levine - Taxi/Car Service - Worked late - 04/12/22 - Office/home | R C Weber-Levine | 65.30 |
| | **Total Ground Transportation** | | **296.87** |
| | | | |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 10.20 |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 53.40 |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 11.40 |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 18.80 |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 26.70 |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 53.40 |
| 03/31/22 | Laser Copy 067074-0005 | B N Y William Lea - Ny | 16.80 |
| 04/25/22 | Laser Copy 067074-1020 | B N Y William Lea - Ny | 26.70 |
| 04/25/22 | Laser Copy 067074-1020 | B N Y William Lea - Ny | 21.70 |
| 04/25/22 | Laser Copy 067074-1020 | B N Y William Lea - Ny | 17.00 |
| 04/25/22 | Laser Copy 067074-0031 | B N Y William Lea - Ny | 28.20 |
| 04/25/22 | Laser Copy 067074-0031 | B N Y William Lea - Ny | 89.00 |
| 04/25/22 | Laser Copy 067074-0031 | B N Y William Lea - Ny | 34.00 |
| 04/25/22 | Laser Copy 067074-0031 | B N Y William Lea - Ny | 53.40 |
| 04/25/22 | Laser Copy 067074-0031 | B N Y William Lea - Ny | 43.00 |
| | **Total Laser Copy** | | **503.70** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200606217 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2200606217
May 31, 2022

---

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 03/30/22 | Westlaw - Search on: 30-Mar-2022 - Westlaw ID: - Request by: Gu, Wenyi 82953 - Grp: 1000427646 | W Gu | 464.40 |
| 04/01/22 | Lexis Nexis - Search Date: 01-Apr-2022 - Timekeeper ID: 83291 - WEBER-LEVINE, RANDALL | R C Weber-Levine | 6.30 |
| 04/11/22 | Other Database Research - Corporation Service Company - AZ and DE document retrieval work | JG Cooper | 604.55 |
| 04/11/22 | Lexis Nexis - Search Date: 11-Apr-2022 - Timekeeper ID: 08250 - HICKEY, BRENDAN | B Hickey | 6.30 |
| 04/12/22 | Westlaw - Search on: 12-Apr-2022 - Westlaw ID: - Request by: Gu, Wenyi 82953 - Grp: 1000427646 | W Gu | 193.50 |
| 04/14/22 | Westlaw - Search on: 14-Apr-2022 - Westlaw ID: - Request by: Vunnamadala, Meghana 82936 - Grp: 1000427646 | M Vunnamadala | 409.50 |
| 04/14/22 | Westlaw - Search on: 14-Apr-2022 - Westlaw ID: - Request by: Weber-Levine, Randall Carl 83291 - Grp: 1000427646 | R C Weber-Levine | 1,444.50 |
| 04/15/22 | Westlaw - Search on: 15-Apr-2022 - Westlaw ID: - Request by: Weber-Levine, Randall Carl 83291 - Grp: 1000427646 | R C Weber-Levine | 216.00 |
| 04/16/22 | Westlaw - Search on: 16-Apr-2022 - Westlaw ID: - Request by: Weber-Levine, Randall Carl 83291 - Grp: 1000427646 | R C Weber-Levine | 1,689.30 |
| 04/28/22 | Westlaw - Search on: 28-Apr-2022 - Westlaw ID: - Request by: Tarrant, Christopher Michael 85664 - Grp: 1000427646 | C M Tarrant | 813.60 |
| | **Total Legal Research** | | **5,847.95** |
| 04/29/22 | Meal Services - Flik International Corporation - W. Gu - Breakfast on 04-01-22 for 12 people | W Gu | 235.18 |
| 04/29/22 | Meal Services - Flik International Corporation - W. Gu - Lunch on 04-01-22 for 12 people | W Gu | 326.64 |
| | **Total Meal Services** | | **561.82** |
| 04/05/22 | Meals - Wenyi Gu - Dinner - Dinner while working late - 03/31/22 - Shake Shack - Internal Guests: Wenyi Gu, Meghana Vunnamadala | W Gu | 40.00 |
| 04/15/22 | Meals - Randall Carl Weber-Levine - Dinner - worked late - 04/12/22 - fresh&co - Internal Guests: Randall Carl Weber-Levine | R C Weber-Levine | 20.00 |
| 04/21/22 | Meals - Randall Carl Weber-Levine - Dinner - Worked late - 04/20/22 - Fresh & Co - Internal Guests: Randall Carl Weber-Levine | R C Weber-Levine | 20.00 |
| | **Total Meals** | | **80.00** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200606217 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2200606217
May 31, 2022

---

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 04/04/22 | Review revised vendor contract for eDiscovery services and confer with case team and vendor regarding same; complete discovery source regarding finalization and revise same | JD Ruggless | 187.50 |
| | **Total Practice Support** | | **187.50** |
| 04/13/22 | Ground Transportation - Out-Of-Town - John Whitney McVay Morley - Car Rental/Fuel - Travel to Mesa, Arizona for client meetings - 04/01/22 | J W Morley | 359.82 |
| 04/13/22 | Trip Expenses - Out-of-Town - John Whitney McVay Morley - Lodging for 3 nights - Travel to Mesa, Arizona for client meetings - 04/01/22 - DoubleTree by Hilton | J W Morley | 800.37 |
| 04/21/22 | Ground Transportation - Out-Of-Town - Randall Carl Weber-Levine - Taxi/Car Service - worked late - 04/20/22 - work to home | R C Weber-Levine | 47.11 |
| | **Total Travel Expenses** | | **1,207.30** |
| | **Total Costs and Disbursements:** | | **$ 9,323.74** |

**Costs and Disbursements:**

| | |
|---|---|
| Court Research | 90.00 |
| Docket | 108.60 |
| Document Processing | 440.00 |
| Ground Transportation | 296.87 |
| Laser Copy | 503.70 |
| Legal Research | 5,847.95 |
| Meal Services | 561.82 |
| Meals | 80.00 |
| Practice Support | 187.50 |
| Travel Expenses | 1,207.30 |
| **Total Costs and Disbursements:** | **$ 9,323.74** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200606217 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5