## Exhibit A

**Approved DIP Budget**

#126034944 v1

**MDHI**
**13-Week Case Forecast**
*$'s in 000's*

| Forecast Period<br>Month or Week Ended: | Forecast<br>2022<br>Week 9<br>6/3/22 | Forecast<br>2022<br>Week 10<br>6/10/22 | Forecast<br>2022<br>Week 11<br>6/17/22 | Forecast<br>2022<br>Week 12<br>6/24/22 | Forecast<br>2022<br>Week 13<br>7/1/22 | Forecast<br>2022<br>Week 14<br>7/8/22 | Forecast<br>2022<br>Week 15<br>7/15/22 | Forecast<br>2022<br>Week 16<br>7/22/22 | Forecast<br>2022<br>Week 17<br>7/29/22 | Forecast<br>2022<br>Week 18<br>8/5/22 | Forecast<br>2022<br>Week 19<br>8/12/22 | Forecast<br>2022<br>Week 20<br>8/19/22 | Forecast<br>2022<br>Week 21<br>8/26/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | |
| Aircraft (under contract) | - | - | - | 725 | - | - | - | - | - | - | - | - | - |
| Aircraft (expected contracts) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Spares and Aftermarket | 400 | 867 | 400 | 400 | 450 | 13,041 | 2,233 | 496 | 2,241 | 550 | 625 | 596 | 550 |
| **Total Operating Receipts** | **400** | **867** | **400** | **1,125** | **450** | **13,041** | **2,233** | **496** | **2,241** | **550** | **625** | **596** | **550** |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Vendor Disbursements | (2,000) | (1,056) | (1,000) | (2,047) | (1,000) | (9,578) | (1,000) | (2,043) | (1,000) | (2,006) | (1,000) | (2,000) | (1,000) |
| Payroll & Benefits | (1,255) | - | (1,000) | - | (1,255) | - | (1,000) | - | (1,255) | - | (1,000) | - | (1,000) |
| Retention Plan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| G&A and Other Expenses | (416) | - | - | (547) | (385) | - | - | - | (385) | - | - | - | - |
| **Total Operating Disbursements** | **(3,671)** | **(1,056)** | **(2,000)** | **(2,594)** | **(2,640)** | **(9,578)** | **(2,000)** | **(2,043)** | **(2,640)** | **(2,006)** | **(2,000)** | **(2,000)** | **(2,000)** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Professional Fees[1] | - | - | - | - | (2,939) | - | - | - | (4,216) | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Fees and Interest | (89) | - | - | - | (89) | - | - | - | - | (159) | - | - | - |
| **Total Non-Operating Disbursements** | **(89)** | **-** | **-** | **-** | **(3,028)** | **-** | **-** | **-** | **(4,216)** | **(159)** | **-** | **-** | **-** |
| **Total Disbursements (After Interest & Financing Fees)** | **(3,760)** | **(1,056)** | **(2,000)** | **(2,594)** | **(5,668)** | **(9,578)** | **(2,000)** | **(2,043)** | **(6,856)** | **(2,166)** | **(2,000)** | **(2,000)** | **(2,000)** |
| **Net Cash Flow (After Interest & Financing Fees)** | **(3,360)** | **(189)** | **(1,600)** | **(1,469)** | **(5,218)** | **3,463** | **233** | **(1,547)** | **(4,614)** | **(1,616)** | **(1,375)** | **(1,404)** | **(1,450)** |
| Beginning Cash Balance | $ 20,115 | $ 16,755 | $ 16,566 | $ 14,966 | $ 13,497 | $ 17,580 | $ 21,043 | $ 21,276 | $ 19,729 | $ 15,114 | $ 13,499 | $ 12,124 | $ 10,720 |
| Net Cash Flow | (3,360) | (189) | (1,600) | (1,469) | (5,218) | 3,463 | 233 | (1,547) | (4,614) | (1,616) | (1,375) | (1,404) | (1,450) |
| Drawdown/Paydown (+/-) | - | - | - | - | 10,000 | - | - | - | - | - | - | - | - |
| Priming Adequate Protection Carve-Out | - | - | - | - | (700) | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance (After Interest & Financing Fees)** | **16,755** | **16,566** | **14,966** | **13,497** | **17,580** | **21,043** | **21,276** | **19,729** | **15,114** | **13,499** | **12,124** | **10,720** | **9,270** |

**Notes:**
1) By approving this budget, the DIP Lenders and Prepetition First Lien Lenders agree that the Debtors may amend the Professional Fee line item with the consent of the Required DIP Lenders and the Required Prepetition First Lien Lenders such consent not to be unreasonably withheld