# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## AFFIDAVIT OF SERVICE

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 31, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**:

- Declaration in Support of Employment of Loyens & Loeff N.V. As Professional Utilized in Ordinary Course of Business [Docket No. 295] (the "***Declaration in Support of Loyens & Loeff***")

- Supplemental Declaration in Support of Employment of Simpson Thacher & Bartlett LLP as Professional Utilized in Ordinary Course of Business [Docket No. 298] (the "***Declaration in Support of STB***")

On May 31, 2022, at my direction and under my supervision, employees of Kroll caused the Declaration in Support of Loyens & Loeff to be served via email on the Loyens Service List attached hereto as **Exhibit B**.

On May 31, 2022, at my direction and under my supervision, employees of Kroll caused the Declaration in Support of STB to be served via email on the STB Service List attached hereto as **Exhibit C**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: June 2, 2022

/s/ *Kenny Crespin*
Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 2, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

Exhibit A
Ordinary Course Professional Service List
Served by the method set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD AND DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH, JOSEPH BARRY | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | BRIAN.LOHAN@ARNOLDPORTER.COM; JONATHAN.LEVINE@ARNOLDPORTER.COM; JEFFREY.FUISZ@ARNOLDPORTER.COM; ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM | Frist Class Mail and Email |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | INGRID.BAGBY@CWT.COM; WILLIAM.MILLS@CWT.COM; MICHELE.MAMAN@CWT.COM | Frist Class Mail and Email |
| COLE SCHOTZ P.C. | ATTN: DANIEL F.X. GEOGHAN | 1325 AVENUE OF THE AMERICAS, 19TH FLOOR | | NEW YORK | NY | 10019 | npernick@coleschotz.com | Frist Class Mail and Email |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK | 500 DELAWARE AVE, STE 1410 | | WILMINGTON | DE | 19801 | dgeoghan@coleschotz.com | Frist Class Mail and Email |
| LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | | | | | | SUZZANNE.UHLAND@LW.COM; ADAM.RAVIN@LW.COM; BRETT.NEVE@LW.COM; TJ.LI@LW.COM | Email |
| MD HELICOPTERS, INC. | ATTN: Y.R. HLADKYJ | 4555 E. MCDOWELL ROAD | | MESA | AZ | 85215 | YR.HLADKYJ@MDHELICOPTERS.COM | Frist Class Mail and Email |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | 28 LIBERTY STREET | | NEW YORK | NY | 10005 | DDUNNE@MILBANK.COM; ESTODOLA@MILBANK.COM; AHARMEYER@MILBANK.COM | Frist Class Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | JOSEPH.MCMAHON@USDOJ.GOV | Frist Class Mail and Email |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK | | | | | | DAVID.STRATTON@TROUTMAN.COM; DAVID.FOURNIER@TROUTMAN.COM; EVELYN.MELTZER@TROUTMAN.COM; KENNETH.LISTWAK@TROUTMAN.COM | Email |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM | Frist Class Mail and Email |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON | RODNEY SQUARE, 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MNESTOR@YCST.COM; RBARTLEY@YCST.COM; AKEPHART@YCST.COM; EJUSTISON@YCST.COM; BANKFILINGS@YCST.COM; JBARRY@YCST.COM | Frist Class Mail and Email |

**Exhibit B**

Case 22-10263-KBO    Doc 314    Filed 06/04/22    Page 5 of 8

Exhibit B
Loyens Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Loyens & Loeff N.V. | Attn: Abdel Attaibi, Floris in de Braekt, Robin Moser, Johanna Haediner, Mijke Sinninghe | Abdel.Attaibi@loyensloeff.com; Floris.in.de.Braekt@loyensloeff.com; Robin.Moser@loyensloeff.com; Johanna.Haedinger@loyensloeff.com; mijke.sinninghe.damste@loyensloeff.com |

In re: MD Helicopters, Inc., *et al.*
Case No. 22-10263 (KBO)

Page 1 of 1

**Exhibit C**

Exhibit C
STB Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SIMPSON THACHER & BARTLETT LLP | Attn: Hilary Soloff, Michael Torkin, Rachel June-Graber, H Frahn, Jamie Fell | Hilary.Soloff@stblaw.com; Michael.Torkin@stblaw.com; Rachel.June-Graber@stblaw.com; hfrahn@stblaw.com; Jamie.Fell@stblaw.com |