IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MD HELICOPTERS, INC., *et al.*,[1] | ) | Case No. 22-10263 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 306** |

### ORDER DENYING MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION FOR STAY PENDING APPEAL

Upon consideration and due deliberation of the *Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal* [D.I. 306] (the "Motion") filed by the State of the Netherlands (the "Netherlands") for entry of an order setting an expedited hearing and shortening the notice period on the *Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007* (the "Motion for Stay") [D.I. 305], all objections and joinders in opposition thereto [D.I. 309, 310, 311], and the Netherlands's *Reply in Support of Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal* [D.I. 315]; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby **ORDERED** that:

---

[1] The two debtors in these chapter 11 cases (the "Chapter 11 Cases") are MD Helicopters, Inc. ("MDHI") and Monterrey Aerospace, LLC ("Monterrey," and together with MDHI, the "Debtors"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215.

1. The Motion is **DENIED** as cause does not exist for granting expedited consideration of the Motion for Stay.

2. The Motion for Stay will be heard at the hearing scheduled before the Court on **June 17, 2022 at 9:00 a.m. (prevailing Eastern Time)**.

3. Objections to the Motion for Stay shall be filed no later than **June 10, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

4. Replies in support of the Motion for Stay shall be filed no later than **June 14, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: June 6, 2022  
Wilmington, Delaware

_____  
Karen B. Owens  
United States Bankruptcy Judge