**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                             : Chapter 11
                                                   :
MD HELICOPTERS, INC., *et al.*,[1]                 : Case No. 22-10263 (KBO)
                                                   :
          Debtors.            : (Jointly Administered)
                                                   :
---------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 2, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Patriarch Agency Services, LLC, As Agent (MMLID#13169237) & Patriarch Partners Agency Services, LLC (MMLID#13169235), 71 Broadway Lobby 2B #249, New York, NY, 10006:

- Certification of Counsel regarding Order with respect to Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business [Docket No. 149]

- Certificate of No Objection (CNO) regarding Order with respect to Motion of Debtors for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 150]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; (II) Granting Related Relief [Docket No. 152]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 153]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 154]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 155]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief [Docket No. 156]

- Certification of Counsel with respect to Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 157]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 158]

- Certification of Counsel and of No Objection regarding Final Order with respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 160]

- Order Setting Omnibus Hearing Dates [Docket No. 165]

- Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 166]

- Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel to the Debtors Effective as of the Petition Date [Docket No. 167]

- Final Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief [Docket No. 168]

- Final Order (I) Authorizing Payment of Prepetition Claims of Foreign Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 169]

- Final Order (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 170]

- Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 171]

- Final Order (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief [Docket No. 172]

- Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 173]

- Final Order (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 174]

- Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Restructuring Co-counsel to the Debtors, effective as of the Petition Date [Docket No. 175]

- Final Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 176]

- Final Order (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition basis, (II) Authorizing Payment of Payroll-related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief [Docket No. 177]

- Final Order (I) Authorizing Payment of Prepetition Claims of Critical Vendors, (II) Authorizing the Payment of Certain Prepetition Claims of 503(b)(9) Claimants, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief [Docket No. 178]

- Final Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 179]

- Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business [Docket No. 181]

- Certification of Counsel Regarding Order with Respect to Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 182]

- Notice of Filing of Proposed Bid Procedures Order with Respect to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 186]

- Notice of Proposed Final Order with respect to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 187]

Dated: June 6, 2022

                                                                         /s/ *Nuno Cardoso*
                                                                         Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 6, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022