**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

In re:                                              :     Chapter 11
                                                    :
MD HELICOPTERS, INC., *et al.*,                     :     Case No. 22-10263 (KBO)
                                                    :
              Debtors.                              :     (Jointly Administered)
                                                    :
---------------------------------------------------------- x

## ORDER SETTING AN OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following hearing date has been scheduled in the above-captioned matter:

  a.      July 14, 2022 at 9:30 a.m. (ET)

**Dated: June 9th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

#127030589 v1