IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD Helicopters, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 23, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date:  July 14, 2022 at 9:30 a.m. (ET)** |

**NOTICE OF MOTION OF DEBTORS FOR ENTRY OF ORDER UNDER 11 U.S.C. §§ 105(a), 363(b), 1107(a) AND 1108, AND FED. R. BANKR. P. 6004 AND 9019 (I) AUTHORIZING THE DEBTORS TO PAY GOVERNMENT SUBCONTRACTOR, (II) APPROVING RELATED SETTLEMENT AND RELEASE AGREEMENT, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on June 9, 2022, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion of Debtors for Entry of Order Under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 23 2022 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").  You must also serve a copy of your response or objection upon the undersigned counsel for Debtors so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a status conference hearing with respect to the Motion will be held on **July 14, 2022 at 9:30 a.m. (ET)** before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#127063178 v1

Dated: June 9, 2022
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Evelyn J. Meltzer*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email:  david.stratton@troutman.com
           david.fournier@troutman.com
           evelyn.meltzer@troutman.com
           kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  suzzanne.uhland@lw.com
           adam.ravin@lw.com
           brett.neve@lw.com
           tj.li@lw.com
           alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*