IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
MD HELICOPTERS, INC., *et al.*,[1]                           :   Case No. 22-10263 (KBO)
                                                             :
       Debtors.                                             :   (Jointly Administered)
                                                             :
                                                             :   Ref. Docket Nos. 305 & 333
------------------------------------------------------------ x

**ZOHAR LENDERS' JOINDER TO DEBTORS' OBJECTION TO
EMERGENCY MOTION FOR STAY PENDING APPEAL PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007**

Zohar III Limited, Zohar II 2005-1, Limited, and Zohar CDO 2003-1, Limited (collectively, the "Zohar Lenders") hereby join (this "Joinder") in the opposition of the above-captioned debtors and debtors [Docket No. 333] to the *Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007* [Docket No. 305] (the "Motion") filed by the State of the Netherlands, and request that the Court deny the relief requested in the Motion. The Zohar Lenders reserve their rights to: (i) supplement this Joinder; and (ii) participate in any hearing on the Motion, including to make argument.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

29443702.1

| | |
|---|---|
| Dated: June 10, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4421)<br>Ryan M. Bartley (No. 4985)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Elizabeth S. Justison (No. 5911)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>      jbarry@ycst.com<br>      rbartley@ycst.com<br>      rpoppiti@ycst.com<br>      ejustison@ycst.com<br><br>*Counsel to the Zohar Lenders* |