# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Related to Docket No. 333** |

## CERTIFICATE OF SERVICE

I, Kenneth A. Listwak, hereby certify that on the 10th day of June, 2022, copies of the *Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007* were served by email and first class mail upon the following parties:

*(Counsel to The State of the Netherlands)*
R. Craig Martin
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801-1147
craig.martin@us.dlapiper.com

*(Counsel to The State of the Netherlands)*
Noah M. Schottenstein
**DLA PIPER LLP (US)**
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
noah.schottenstein@us.dlapiper.com

*(Counsel to The State of the Netherlands)*
Dennis O'Donnell
James E. Berger
Charlene C. Sun
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
dennis.odonnell@us.dlapiper.com
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

| | |
|---|---|
| Dated: June 10, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Kenneth A. Listwak*<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:   david.stratton@troutman.com<br>            david.fournier@troutman.com<br>            evelyn.meltzer@troutman.com<br>            kenneth.listwak@troutman.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:   suzzanne.uhland@lw.com<br>            adam.ravin@lw.com<br>            brett.neve@lw.com<br>            tj.li@lw.com<br>            alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#127094167 v1