IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | | Ref. D.I. 305 & 333 |

**DIP SECURED PARTIES JOINDER TO THE DEBTORS'
OBJECTION TO EMERGENCY MOTION FOR STAY PENDING
APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007**

Bardin Hill Investment Partners LP and MB Special Opportunities Fund II, LP, each in their capacity as a DIP Lender (the "**DIP Lenders**") and Acquiom Agency Services LLC, in its capacity as DIP Agent (the "**DIP Agent**" and, together with the DIP Lenders, the "**DIP Secured Parties**") hereby submit this joinder (the "**Joinder**") to the *Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007* [D.I. 333] (the "**Debtors' Objection**"), filed on June 10, 2022.[2] In support of this Joinder, the DIP Secured Parties respectfully state as follows:

1. The DIP Secured Parties hereby join with the Debtors (and the Zohar Lenders) in their opposition to the relief requested in the *Emergency Motion for Stay Pending Appeal Pursuant*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. ("**MDHI**") and Monterrey Aerospace, LLC ("**Monterrey**"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD HI's taxpayer identification number are 4088. Monterrey has not been assigned a taxpayer identification number as of the date hereof.

[2] Unless otherwise noted, capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Objection or the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [D.I. 205], as applicable.

to *Federal Rule of Bankruptcy Procedure 8007* [D.I. 305] filed by the State of the Netherlands (the "**Stay Motion**"). Through this Joinder, and for the reasons set forth in the Debtors' Objection, the DIP Secured Parties request that the Court enter an order (a) (i) denying the Stay Motion, or (ii) if this Court grants the Stay Motion, in whole or in part, conditioning any stay on the requirement that the State of the Netherlands first posts a bond in an amount sufficient to protect the Debtors and their estates as determined by further order of the Court, and (b) providing such further relief as is just and proper.

      2. The DIP Secured Parties reserve the right to supplement and join in any other filings, participate in any discovery and presentation of evidence at any hearing on the Stay Motion, as well as to present supplemental and further arguments at such hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 10, 2022          */s/ Morgan L. Patterson*
**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: matthew.ward@wbd-us.com
       morgan.patterson@wbd-us.com

- and -

**ARNOLD & PORTER KAYE SCHOLER LLP**
Brian J. Lohan
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email: brian.lohan@arnoldporter.com

- and -

**ARNOLD & PORTER KAYE SCHOLER LLP**
Jeffrey A. Fuisz
Jonathan I. Levine
Robert T. Franciscovich
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: jeffrey.fuisz@arnoldporter.com
       jonathan.levine@arnoldporter.com
       robert.franciscovich@arnoldporter.com

*Counsel to Bardin Hill Investment Partners LP and the DIP Agent*

-and-

**BAKER & MCKENZIE LLP**
John R. Dodd
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile: (305) 789-8953
Email: john.dodd@bakermckenzie.com

-and-

**BAKER & MCKENZIE LLP**
Blaire A. Cahn
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 626-4100
Facsimile: (212) 310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel to MB Special Opportunities Fund II, LP*