# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Joseph Ledwin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 7, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Sale Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors [Docket No. 210]

Dated: June 10, 2022

/s/ *Joseph Ledwin*
Joseph Ledwin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 10, 2022, by Joseph Ledwin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

SRF 61967

**Exhibit A**

Case 22-10263-KBO    Doc 337    Filed 06/11/22    Page 2 of 3

Exhibit A
Sale Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| CATLIN INSURANCE COMPANY INC. | C/O AXA XL | O'HARA HOUSE, P.O. BOX HM 2245 | ONE BERMUDIANA ROAD | | HAMILTON | | HM 08 | BERMUDA |
| CATLIN INSURANCE COMPANY INC. | 3340 PEACHTREE ROAD N.E, TOWER PLACE 100 | SUITE 2800 AND 2950 | | | ATLANTA | GA | 30326 | |
| OLYMPIC AIR INC. | 11771 HIGHWAY 101 | | | | SHELTON | WA | 98584 | |
| REED, MARY | C/O KRUTCH LINDELL BINGHAM JONES, PS | ATTN: JAMES T. ANDERSON | 3316 FUHRMAN AVENUE, E | SUITE 250 | SEATTLE | WA | 98101 | |
| REED, WILLIAM | C/O KRUTCH LINDELL BINGHAM JONES, PS | ATTN: JAMES T. ANDERSON | 3316 FUHRMAN AVENUE, E | SUITE 250 | SEATTLE | WA | 98101 | |