# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MD HELICOPTERS, INC., *et al.*,[1] | ) | Case No. 22-10263 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on June 10, 2022, I caused a copy of the foregoing document, *Zohar Lenders' Joinder to Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007* [Docket No. 334], to be served via email upon the parties attached hereto as Exhibit A and via first class mail upon the parties attached hereto as Exhibit B.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number is 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

29452965.1

# **EXHIBIT A**

In re: MD Helicopters, Inc., *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| ACE CLEARWATER ENTERPRISES-TORRANCE | ATTN: PAIGE NELSON, BUYER | 19815 MAGELLAN DRIVE | | TORRANCE | CA | 90502 | | 310-538-5380 | 310-323-2137 | PNELSON@ACECLEARWATER.COM |
| ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO | ATTN: STEPHANIE ALLEN, PRESIDENT | 12734 BRANFORD ST | UNIT 12 | ARLETA | CA | 91331-4230 | | 818-896-9833 | 818-899-1754 | STEPHANIE@ALZIEBLER.COM |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602-4231 | | 312-583-2403 | 312-583-2360 | BRIAN.LOHAN@ARNOLDPORTER.COM |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | | 312-583-2403; 212-836-7010; 212-863-8000 | 312-583-2360; 212-836-8689; 212-863-8689 | BRIAN.LOHAN@ARNOLDPORTER.COM JONATHAN.LEVINE@ARNOLDPORTER.COM JEFFREY.FUISZ@ARNOLDPORTER.COM ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM |
| AUTO-VALVE INC. | ATTN: RAYMOND CLARK, PRESIDENT & CHIEF EXECUTIVE OFFICER, MEGAN KING, HR | 1707 GUENTHER RD. | | DAYTON | OH | 45417 | | 937-854-3037 | 937-854-3039 | SALES@AUTOVALVE.COM KINGM@AUTOVALVE.COM |
| BAKER & MCKENZIE LLP | ATTN: BLAIRE A. CAHN | 452 FIFTH AVENUE | | NEW YORK | NY | 10018 | | 212-626-4695 | 212-310-1695 | BLAIRE.CAHN@BAKERMCKENZIE.COM |
| BAKER & MCKENZIE LLP | ATTN: JOHN R. DODD | 1111 BRICKELL AVENUE | SUITE 1700 | MIAMI | FL | 33131 | | 305-789-8960 | 305-789-8953 | JOHN.DODD@BAKERMCKENZIE.COM |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | | 212-504-6000 | 212-504-6666 | INGRID.BAGBY@CWT.COM WILLIAM.MILLS@CWT.COM MICHELE.MAMAN@CWT.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: WILLIAM E. CHIPMAN, JR. | HERCULES PLAZA | 1313 NORTH MARKET STREET, SUITE 5400 | WILMINGTON | DE | 19801 | | 302-295-0191 | 302-295-0199 | CHIPMAN@CHIPMANBROWN.COM |
| COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN | 25 MAIN STREET | P.O. BOX 800 | HACKENSACK | NJ | 07602 | | 201-489-3000 | 201-489-1536 | FYUDKIN@COLESCHOTZ.COM |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | | 302-652-3131 | 302-652-3117 | NPERNICK@COLESCHOTZ.COM DDEAN@COLESCHOTZ.COM PREILLEY@COLESCHOTZ.COM |
| COLINEAR | ATTN: MICHELLE SAN GIACOMO, CHIEF RELATIONSHIP OFFICER, JAE CASTELLANA, VP | 7 WILSON DRIVE | | SPARTA | NJ | 07871 | | 973-300-1681 | 973-300-1683 | INFO@COLINEARMACHINE.COM JAE@COLINEARMACHINE.COM |
| COMPETITIVE ENGINEERING INC | ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER | 3371 E. HEMISPHERE LOOP | | TUCSON | AZ | 85706-5011 | | 520-746-0270 | 520-746-0481 | DONMARTIN@CEIGLOBAL.COM |
| CRISSAIR INC. | ATTN: MICHAEL ALFRED, PRESIDENT | 28909 AVENUE WILLIAMS | | VALENCIA | CA | 91355 | | 661-367-3300 | 661-294-1025 | SCHAPMAN@CRISSAIR.COM |
| DELAWARE DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | 820 N. FRENCH STREET | | WILMINGTON | DE | 19801 | | 302-577-8200 | | KATHY.REVEL@DELAWARE.GOV |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL, JAMES E. BERGER, CHARLENE C. SUN | 1251 AVENUE OF THE AMERICAS | 27TH FLOOR | NEW YORK | NY | 10020-1104 | | 212-335-4500 | 212-335-4501 | DENNIS.ODONNELL@US.DLAPIPER.COM JAMES.BERGER@US.DLAPIPER.COM CHARLENE.SUN@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: NOAH M. SCHOTTENSTEIN | 1900 NORTH PEARL STREET | SUITE 2200 | DALLAS | TX | 75201 | | 214-743-4500 | 214-743-4545 | NOAH.SCHOTTENSTEIN@US.DLAPIPER.COM |

In re: MD Helicopters, Inc., *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | 1201 NORTH MARKET STREET | SUITE 2100 | WILMINGTON | DE | 19801-1147 | | 302-468-5700 | 302-394-2341 | CRAIG.MARTIN@US.DLAPIPER.COM |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 75 HAWTHORNE STREET | | SAN FRANCISCO | CA | 94105 | | 415-947-8000 | 415-947-3553 | R9.INFO@EPA.GOV |
| FN HERSTAL | ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE OFFICER | VOIE DE LIEGE 33 | | HERSTAL | | 4040 | BELGIUM | 32-4-240-81-11 | 011-32-4-240-88-99 | CUSTOMERSERVICE@FNAMERICA.COM |
| GARMIN INTERNATIONAL | ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1200 E. 151ST STREET | | OLATHE | KS | 66062 | | 913-397-8200 | 913-397-8282 | CHAD.MEADOWS@GARMIN.COM |
| HELICOPTER TECHNOLOGY CORP. | ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE OFFICER | 12902 SOUTH BROADWAY | | LOS ANGELES | CA | 90061 | | 310-523-2750 | 310-523-2745 | FPALMINTERI@HELICOPTERTECH.COM |
| HERITAGE AVIATION LTD. | ATTN: EVERETT HORST, PARTNER | 901 AVENUE T | SUITE 102 | GRAND PRAIRIE | TX | 75050 | | 972-988-8000 | 972-660-2670 | INFO@HERITAGEAVIATIONLTD.COM |
| HOWELL INSTRUMENTS INC. | ATTN: ROBERT (BO) UNDERWOOD, CHIEF EXECUTIVE OFFICER | 8945 SOUTH FREEWAY | | FORTH WORTH | TX | 76140 | | 817-336-7411 | 817-336-7874 | INFO@HOWELLINST.COM REPAIRS@HOWELLINST.COM HR@HOWELLINST.COM |
| INTERNATIONAL AVIATION COMPOSITES | ATTN: RANDY STEVENS, PRESIDENT | 8715 HARMON RD. | | FORT WORTH | TX | 76177 | | 817-491-6755 | 817-491-6759 | RANDY@IAC-LTD.COM |
| KOHNER, MANN & KAILAS, S.C. | ATTN: SAMUEL C. WISOTZKEY | WASHINGTON BUILDING, BARNABAS BUSINESS CENTER | 4650 NORTH PORT WASHINGTON ROAD | MILWAUKEE | WI | 53212-1059 | | 414-962-5110 | 414-962-8725 | SWISOTZKEY@KMKSC.COM |
| KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JORDAN D. SEARLES | 55 EAST 52ND STREET | 17TH FLOOR | NEW YORK | NY | 10055 | | 212-257-5450 | 646-328-2851 | MDHELICOPTERSTEAM@PRIMECLERK.COM SERVICEQA@PRIMECLERK.COM |
| LATHAM & WATKINS LLP | ATTN: SUZZANNE UHLAND, ADAM S. RAVIN, BRETT M. NEVE, TIANJIAO (TJ) LI | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-906-1200 | 212-751-4864 | SUZZANNE.UHLAND@LW.COM ADAM.RAVIN@LW.COM BRETT.NEVE@LW.COM TJ.LI@LW.COM |
| LIQUID MEASUREMENT SYSTEMS INC. | ATTN: GEORGE LAMPHERE, CHAIRMAN | 141 MORSE DRIVE | | FAIRFAX | VT | 05454 | | 802-466-5118 | 802-528-8131 | SALES@LIQUIDMEASUREMENT.COM |
| LOCKE LORD LLP | ATTN: DAVID S. KUPETZ | 300 S. GRAND AVENUE, SUITE 2600 | | LOS ANGELES | CA | 90071 | | 213-485-1500 | | DAVID.KUPETZ@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG | 111 HUNTINGTON AVENUE, 9TH FLOOR | | BOSTON | MA | 02199-7613 | | 617-239-0100 | | JONATHAN.YOUNG@LOCKELORD.COM |
| MARICOPA COUNTY TREASURER | ATTN: PETER MUTHIG | 225 W. MADISON STREET | | PHOENIX | AZ | 85003 | | 602-506-1923 | | MUTHIGK@MCAO.MARICOPA.GOV |
| MAURICE WUTSCHER, LLP | ATTN: ALAN C. HOCHHEISER | 23611 CHAGRIN BLVD. SUITE 207 | | BEACHWOOD | OH | 44122 | | 216-220-1129 | 216-472-8510 | AHOCHHEISER@MAURICEWUTSCHER.COM |
| MD HELICOPTERS, INC. | ATTN: Y.R. HLADKYJ | 4555 E. MCDOWELL ROAD | | MESA | AZ | 85215 | | | | YR.HLADKYJ@MDHELICOPTERS.COM |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | DDUNNE@MILBANK.COM ESTODOLA@MILBANK.COM AHARMEYER@MILBANK.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | | 302-573-6491 | 302-573-6497 | JOSEPH.MCMAHON@USDOJ.GOV |
| OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT | 955 CENTER STREET NE | | SALEM | OR | 97301-2555 | | 503-378-4988 | | QUESTIONS.DOR@OREGON.GOV |

In re: MD Helicopters, Inc., *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: KIMBERLY E. NEUREITER & REBECCA L. STARK | 1200 K ST, N.W. | | WASHINGTON | DC | 20005-4026 | | 202-229-3581; 202-229-6569 | 202-326-4138; 202-326-4138 | NEUREITER.KIMBERLY@PBGC.GOV EFILE@PBGC.GOV STARK.REBECCA@PBGC.GOV |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, R. STEPHEN MCNEILL & SAMEEN RIZVI | 1313 N. MARKET STREET, 6TH FLOOR | | WILMINGTON | DE | 19801 | | 302-984-6000 | 302-658-1192 | CSAMIS@POTTERANDERSON.COM RMCNEILL@POTTERANDERSON.COM SRIZVI@POTTERANDERSON.COM |
| PRESCOTT AEROSPACE INC | ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL MANAGER | 6600 E. 6TH STREET | | PRESCOTT VALLEY | AZ | 86314 | | 928-772-7605 | 928-772-7280 | MICHAEL.DAILEY@PRESCOTTAEROSPACE.COM |
| REESE MARKETOS LLP | ATTN: PETER D. MARKETOS, JOSHUA M. RUSS, BRETT S. ROSENTHAL | 750 NORTH SAINT PAUL STREET, SUITE 600 | | DALLAS | TX | 75201 | | 214-382-9810 | 214-501-0731 | PETE.MARKETOS@RM-FIRM.COM JOSH.RUSS@RM-FIRM.COM BRETT.ROSENTHAL@RM-FIRM.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & BRETT M. HAYWOOD | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | | 302-651-7700 | 302-651-7701 | COLLINS@RLF.COM HAYWOOD@RLF.COM |
| ROCHESTER GAUGES LLC | ATTN: BEN LEASE, PRESIDENT | 11616 HARRY HINES BLVD. | | DALLAS | TX | 75229 | | 972-241-2161 | 972-845-7857 | LRASMUSSEN@ROCHESTERSENSORS.COM |
| ROLLS-ROYCE ALLISON | ATTN: WARREN EAST CBE, CHIEF EXECUTIVE OFFICER, KRISTOFFER HALL | 2355 S. TIBBS | P.O. BOX 420 | INDIANAPOLIS | IN | 46241 | | 317-230-2000 | 317-230-3381 | KRIS.HALL@ROLLS-ROYCE.COM |
| SHER TREMONTE LLP | ATTN: THERESA TRZASKOMA | 90 BROAD STREET, 23RD FLOOR | | NEW YORK | NY | 10004 | | 212-202-2600 | 212-202-4156 | TTRZASKOMA@SHERTREMONTE.COM |
| SOLTEC HOLDINGS LLC (FKA TECSHAPES) | ATTN: JENS ROSSFELDT, OWNER | 3631 E 44TH STREET | | TUCSON | AZ | 85713 | | 520-775-2211 | 520-300-7030 | INFO@SOLTECAZ.COM |
| SPECTRUM ASSOCIATES INC | ATTN: RICHARD MEISENHEIMER, PRESIDENT, LYNN CASA, ACCOUNTING | 183 PLAINS ROAD | P.O. BOX 470 | MILFORD | CT | 06460-3613 | | 203-878-4618 | 203-877-6927 | INFO@SPECTRUMCT.COM LCASA@SPECTRUMCT.COM |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVENUE | | PHOENIX | AZ | 85004-2926 | | 602 542-5025 | 602- 542-4085 | AGINFO@AZAG.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | CARVEL STATE BUILDING | 820 N. FRENCH STREET | WILMINGTON | DE | 19801 | | 302-577-8400 | 302-577-6630 | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | 1162 COURT ST. NE | | SALEM | OR | 97301-4096 | | 503-378-4400 | | KRISTINA.EDMUNSON@DOJ.STATE.OR.US |
| STATE OF THE NETHERLANDS | C/O DLA PIPER | ATTN: KATE L. BENVENISTE | 2525 EAST CAMELBACK ROAD, SUITE 1000 | PHOENIX | AZ | 85016-4232 | | 480-606-5100 | 480 606 5101 | KATE.BENVENISTE@DLAPIPER.COM DLAPHX@DLAPIPER.COM |
| TRIUMPH GEAR SYSTEMS-MACOMB (ACR) | ATTN: DANIEL J. CROWLEY, CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 899 CASSATT ROAD | #210 | BERWYN | PA | 19312 | | 610-251-1000 | 610-251-1555 | SBLEEDA@TRIUMPHGROUP.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID B. STRATTON, DAVID M. FOURNIER, EVELYN J. MELTZER, KENNETH A. LISTWAK | 1313 N. MARKET STREET | HERCULES PLAZA, SUITE 5100 | WILMINGTON | DE | 19801 | | 302-777-6500 | 302-421-8390 | DAVID.STRATTON@TROUTMAN.COM DAVID.FOURNIER@TROUTMAN.COM EVELYN.MELTZER@TROUTMAN.COM KENNETH.LISTWAK@TROUTMAN.COM |
| TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII ANONIM ŞIRKETI | ATTN: CAHIT BILGE AKAL | FETHIYE MAHALLESI HAVACILIK BULVARI, NO. 17 | | KAHRAMANKAZAN, ANKARA | | 06980 | TURKEY | + 90 312 811 18 00 | | CAKAL@TAI.COM.TR |
| U.S. ATTORNEY FOR ARIZONA | ATTN: ATTORNEY | TWO RENAISSANCE SQUARE | 40 N. CENTRAL AVENUE, SUITE 1800 | PHOENIX | AZ | 85004-4449 | | 602-514-7500 | | GLENN.P.HARRIS@USDOJ.GOV |

**In re: MD Helicopters, Inc.,** *et al.*
Core/2002 Service List
Case No. 22-10263 (KBO)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY FOR DELAWARE | ATTN: ATTORNEY | 1007 ORANGE ST, SUITE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| U.S. ATTORNEY'S OFFICE | ATTN: ATTORNEY | 1000 LOUISIANA STREET, #2300 | | HOUSTON | TX | 77002 | | 713-567-9000 | 713-718-3300 | USATXS.ATTY@USDOJ.GOV |
| UNITED STATES EX REL. PHILLIP MARSTELLER, ET AL | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION, FRAUD SECTION | ATTN: GLENN P. HARRIS | P.O. BOX 261 BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | 202-305-4207 | 202-481-2122 | GLENN.P.HARRIS@USDOJ.GOV |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | | 302-252-4320 | 302-252-4330 | MATTHEW.WARD@WBD-US.COM MORGAN.PATTERSON@WBD-US.COM |

# **EXHIBIT B**

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

ARIZONA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DEPARTMENT
1600 W MONROE STREET
PHOENIX, AZ 85007-2650

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

BE AEROSPACE WESTMINSTER
ATTN: TROY BRUNK, PRESIDENT
7155 FENWICK LN
WESTMINSTER, CA 92683

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

BOEING DISTRIBUTION INC.(FKA AVIALL)
ATTN: DAVID L. CALHOUN, PRESIDENT AND
CHIEF EXECUTIVE OFFICER
2750 REGENT BLVD.
DFW AIRPORT
DALLAS, TX 75261

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

BOEING DISTRIBUTION SERVICES INC.
ATTN: TRAVIS SULLIVAN, VICE PRESIDENT &
GENERAL MANAGER
480 N. 54TH STREET
CHANDLER, AZ 85226

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

COMPUCRAFT INDUSTRIES
ATTN: JOHN LAWLESS, OWNER
8787 OLIVE LANE
SANTEE, CA 92071

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
1200 SIXTH AVENUE, SUITE 155
SEATTLE, WA 98101

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
1201 ELM STREET, SUITE 500
DALLAS, TX 75270

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
1650 ARCH STREET
PHILADELPHIA, PA 19103-2029

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5 Q30 133
PHILADELPHIA, PA 19104-5016

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

K2 MANUFACTURING
ATTN: THOMAS WRIGHT, PRESIDENT
1700 N. 22ND AVE
PHOENIX, AZ 85009

---

CCORA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

ROGERSON AIRCRAFT EQUIPMENT GROUP
ATTN: MICHAEL ROGERSON, CHIEF EXECUTIVE OFFICER
16940 VON KARMAN
IRVINE, CA 92606

CCORA
Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
R<small>ODNEY</small> S<small>QUARE</small>
1000 N<small>ORTH</small> K<small>ING</small> S<small>TREET</small>
W<small>ILMINGTON</small>, D<small>ELAWARE</small> 19801

TEXAS STATE ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W. 15<small>TH</small> STREET
AUSTIN, TX 78701

CCORA
Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
R<small>ODNEY</small> S<small>QUARE</small>
1000 N<small>ORTH</small> K<small>ING</small> S<small>TREET</small>
W<small>ILMINGTON</small>, D<small>ELAWARE</small> 19801

TEXAS DEPARTMENT OF REVENUE
TEXAX COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17<small>TH</small> STREET
AUSTIN, TX 78774

CCORA
Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
R<small>ODNEY</small> S<small>QUARE</small>
1000 N<small>ORTH</small> K<small>ING</small> S<small>TREET</small>
W<small>ILMINGTON</small>, D<small>ELAWARE</small> 19801

U.S. ATTORNEY FOR OREGON
ATTN: ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OR 97204

CCORA
Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
R<small>ODNEY</small> S<small>QUARE</small>
1000 N<small>ORTH</small> K<small>ING</small> S<small>TREET</small>
W<small>ILMINGTON</small>, D<small>ELAWARE</small> 19801

TÜRKIYE CUMHURIYETI İÇIŞLERI BAKANLIĞI
ATTN: PRESIDENT OR GENERAL COUNSEL
DEVLET, T.C. İÇIŞLERI BAKANLIĞI
ÇANKAYA, ANKARA  06980
TURKEY