IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM
HEARING ON JUNE 17, 2022 AT 9:00 A.M. (EASTERN TIME)**

This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than June 17, 2022 at 7:00 a.m. (ET).

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please Note: All individuals participating by video must register
at least 2 hours prior to the hearing at the provided link.

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJItf-GuqT4rH7S_L_TyIcun9UnXyavRnFI

After registering your appearance by Zoom, you will receive a
confirmation email containing information about joining the video hearing.

**UNCONTESTED MATTER WITH ORDER ENTERED:**

1. Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code, Authorizing Debtors to Dissolve Inactive Non-Debtor Subsidiary Monterrey Aerospace México, S. DE R.L. DE C.V. (Filed 5/13/22; Docket No. 241).

   Objection Deadline:    May 27, 2022 at 4:00 p.m. (ET).

   Response(s):    None.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#126975458 v4

Related Document(s):

A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) of the Bankruptcy Code, Authorizing Debtors to Dissolve Inactive Non-Debtor Subsidiary Monterrey Aerospace México, S. DE R.L. DE C.V. (Filed 5/31/22; Docket No. 299).

B. Order Authorizing Debtors to Dissolve Inactive Non-Debtor Subsidiary Monterrey Aerospace México, S. DE R.L. DE C.V. (Entered 6/1/22; Docket No 302).

Status: The order with respect to this matter has been entered by the Court.

**MATTERS GOING FORWARD**

2. Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 3/30/22; Docket No. 28).

Response Deadline: May 18, 2022 at 4:00 p.m. (ET). Extended to (i) May 31, 2022 at 5:00 p.m. for the Office of the United States Trustee ("UST") and (ii) June 2, 2022 at 4:00 p.m. for the United States Department of Justice (the "DOJ").

Response(s): Informal comments received from the UST, DOJ, the Stalking Horse Bidder, the prepetition lenders, and Ankura, as agent to the Zohar Lenders.

A. Maricopa County Treasurer's Objection to (A) Motion of Debtors for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases (Filed 5/18/22; Docket No. 252).

B. Limited Objection and Reservation of Rights of the Netherlands to the Sale (Filed 5/18/22; Docket No. 256).

C. Limited Objection and Reservation of Rights of the City of Huntington Beach to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 219] (Filed 6/13/22; Docket No. 341).

D.     Declaration of Dahle Bulosan in Support of Limited Objection and Reservation of Rights of the City of Huntington Beach to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction (Filed 6/13/22; Docket No. 342).

E.     Supplement to Limited Objection and Reservation of Rights of the Netherlands to Entry of Sale Order (Filed 6/13/22; Docket No. 343).

Reply:

A.     Debtors' Reply in Support of the Sale Motion (Filed 6/15/22; Docket No. 349).

Related Document(s):

A.     Declaration of Adam B. Keil in Support of Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 3/30/22; Docket No. 30).

B.     Notice of Motion Regarding Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/4/22; Docket No. 109).

C.     Notice of Filing of Proposed Bid Procedures Order with Respect to the Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and

#126975458 v4

|     |     |
| --- | --- |
|     | Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/21/22; Docket No. 186). |
| D.  | Certification of Counsel and of No Objection Regarding Revised Bid Procedures Order with Respect to the Motion of Debtors for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Filed 4/22/22; Docket No. 194). |
| E.  | Order (I) Approving Bid Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter Into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief (Entered 4/26/22; Docket No. 206). |
| F.  | Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors (Filed 4/27/22; Docket No. 210). |
| G.  | Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction (Filed 4/28/22; Docket No. 219). |
| H.  | Certificate of Publication (Filed 5/9/22; Docket No. 234). |
| I.  | Notice of Filing of Proposed Order (I) Authorizing and Approving (A) The Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, and Encumbrances and (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (II) Granting Related Relief (Filed 5/17/22; Docket No. 253). |
| J.  | The Netherlands Notice of Intention to Submit Qualified Bid (Filed 5/20/22; Docket No. 262). |
| K.  | Notice of (I) Receipt of Intentions to Submit Qualified Bid and (II) Scheduling of Auction and Sale Hearing (Filed 5/20/22; Docket No. 263). |
| L.  | Notice of Successful Bidder and Canceling of Auction (Filed 6/7/22; Docket No. 319). |

M.  [City of Huntington Beach] Motion for Leave to File Objection to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction (re: D.I. 219) (Filed 6/13/22; Docket No. 340).

N.  Supplemental Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder (Filed 6/15/22; Docket No. 346).

O.  Notice of Filing of Revised Proposed Order (I) Authorizing and Approving (A) The Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances and (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (II) Granting Related Relief (Filed 6/15/22; Docket No. 348).

P.  The Debtors' Motion for Leave to File Late Reply in Support of Entry of the Sale Order (Filed 6/15/22; Docket No. 350).

Q.  Supplemental Declaration of Adam B. Keil in Support of Debtors' (I) Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedures 8001 and (II) Sale of Substantially All of Debtors' Assets to the Stalking Horse Bidder Free and Clear of Liens, Claims, Encumbrances, and Interests (Filed 6/15/22; Docket No. 351).

R.  Notice of Amendment No. 1 to Asset Purchase Agreement (To be filed 6/15/22; Docket No. TBD).

S.  [SEALED] Notice of Schedules to Amended Asset Purchase Agreement (To be filed 6/15/22; Docket No. TBD).

T.  Notice of Filing of Proposed Redacted Schedules to Amended Asset Purchase Agreement (To be filed 6/15/22; Docket No. TBD).

U.  Declaration of David Orlofsky in Support of Debtors' (I) Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 and (II) Sale of Substantially All of Debtors' Assets to the Stalking Horse Bidder Free and Clear of Liens, Claims, Encumbrances, and Interests (To be filed 6/15/22; Docket No. TBD).

Status: Language has been added to the sale order which resolves the objection and reservation of rights filed by the City of Huntington Beach and the objection filed by the Maricopa County Treasurer. The objections filed by the Netherlands remain outstanding. The Debtors intend to file this afternoon Amendment No. 1 to the Asset Purchase Agreement, the schedules to the Asset Purchase Agreement, and the Orlofsky Declaration and will then file an amended agenda. This matter is going forward with respect to entry of a sale order.

-5-

#126975458 v4

3.  [The State of the Netherlands] Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Filed 5/27/22; Docket No. 305).

    Response Deadline:    June 10, 2022 at 4:00 p.m. (ET).

    Reply Deadline:    June 14, 2022 at 4:00 p.m. (ET).

    Response(s):

    A.  Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Filed 6/10/22; Docket No. 333).

    B.  Zohar Lenders' Joinder to Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Filed 6/10/22; Docket No. 334).

    C.  DIP Secured Parties' Joinder to the Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Filed 6/10/22; Docket No. 336).

    D.  Supplemental Declaration of Adam B. Keil in Support of Debtors' (I) Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedures 8001 and (II) Sale of Substantially All of Debtors' Assets to the Stalking Horse Bidder Free and Clear of Liens, Claims, Encumbrances, and Interests (Filed 6/15/22; Docket No. 351).

    E.  Declaration of David Orlofsky in Support of Debtors' (I) Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 and (II) Sale of Substantially All of Debtors' Assets to the Stalking Horse Bidder Free and Clear of Liens, Claims, Encumbrances, and Interests (To be filed 6/15/22; Docket No. TBD).

    Reply:

    A.  Reply in Support of Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Filed 6/15/22; Docket No. 347).

    Related Document(s):

    A.  Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief (Entered 4/26/22; Docket No. 205).

    B.  Notice of Appeal (Filed 5/27/22; Docket No. 283).

    C.  Order Resolving Netherlands Lien Dispute Under the Final DIP Order (Entered

      6/1/22; Docket No. 303).

- D. Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal (Filed 6/2/22; Docket No. 306).

- E. Debtors' Objection to Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal (Filed 6/3/22; Docket No. 309).

- F. Zohar Lenders' Joinder to Debtors' Opposition to Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal Filed by the State of the Netherlands (Filed 6/3/22; Docket No. 310).

- G. DIP Secured Parties' Joinder to the Debtors' Objection to Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal (Filed 6/3/22; Docket No. 311).

- H. Order Denying Motion to Shorten Notice with Respect to Motion for Stay Pending Appeal (Entered 6/6/22; Docket No. 316).

- I. Notice of Motion and Hearing (Filed 6/6/22; Docket No. 318).

Status: The Debtors intend to file this afternoon the Orlofsky Declaration and will then file an amended agenda. This matter is going forward.

4. [City of Huntington Beach] Motion for Leave to File Objection to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction (re: D.I. 219) (Filed 6/13/22; Docket No. 340).

Objection Deadline: At the hearing.

Response(s): None, as of the filing of this agenda.

Related Document(s):

- A. Limited Objection and Reservation of Rights of the City of Huntington Beach to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 219] (Filed 6/13/22; Docket No. 341).

- B. Declaration of Dahle Bulosan in Support of Limited Objection and Reservation of Rights of the City of Huntington Beach to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction (Filed 6/13/22; Docket No. 342).

Status: This matter is going forward.

5.  The Debtors' Motion for Leave to File a Late Reply in Support of Entry of the Sale Order (Filed 6/15/22; Docket No. 350).

    <u>Objection Deadline</u>:   At the hearing.

    <u>Response(s)</u>:   None, as of the filing of this agenda.

    <u>Related Document(s)</u>:

    A.  Debtors' Reply in Support of the Sale Motion (Filed 6/15/22; Docket No. 349).

    <u>Status</u>: This matter is going forward.

#126975458 v4

| | |
|---|---|
| Dated: June 15, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ Evelyn J. Meltzer<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: david.stratton@troutman.com<br>         david.fournier@troutman.com<br>         evelyn.meltzer@troutman.com<br>         kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: suzzanne.uhland@lw.com<br>         adam.ravin@lw.com<br>         brett.neve@lw.com<br>         tj.li@lw.com<br>         alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#126975458 v4

# Exhibit A

# Witness Information

1. <u>Debtors' Witness Information</u>: The Debtors intend to offer testimony by declaration.

    The following witnesses will be available by Zoom, and will have their respective declarations, together with the sale motion, *Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007*, all exhibits to each pleading, and all exhibits listed on **Exhibit B** to this Agenda:

    - Adam B. Keil, Managing Director at Moelis, testifying remotely from his office in New York, New York

    - David Orlofsky, Managing Director of AlixPartners, LLP, testifying remotely from his home in Hoboken, New Jersey

    None of the witnesses will have any other individuals present with them in the rooms from which they are testifying. The Debtors do not expect that any parties will seek to cross examine any of the witnesses.

# Exhibit B

**EXHIBIT LIST FOR DEBTORS' OBJECTION TO EMERGENCY MOTION FOR STAY PENDING APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007**

1. Restructuring Support Agreement [Docket No. 19, at 39-77]

2. Stalking Horse Agreement [Docket No. 28-1]

3. Certain lease and rental agreements [Docket Nos. 246-1, 246-2, 246-3 246-6, 246-7, 246-8, 246-9, 246-10, 246-11, 246-12, and 246-13]

4. Approved DIP Budget [Docket No. 313-1]

5. Phase One Hearing Transcript [Docket No. 333-1]