IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MD HELICOPTERS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-10263 (KBO) <br><br> (Jointly Administered) <br><br> **Re: D.I. 28, 206, 253** |

## NOTICE OF AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on March 30, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [D.I. 28] (the "Sale Motion"), seeking to sell substantially all of their assets. Through the Sale Motion, the Debtors sought, among other things, Court approval of the Bid Procedures and authority to enter into the Asset Purchase Agreement[2] with MDH Holdco LLC as Stalking Horse Bidder, in connection with the sale of substantially all of the Debtors' assets.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] A copy of the Asset Purchase Agreement by and among MD Helicopters, Inc., Monterrey Aerospace, LLC, and the Stalking Horse Bidder, dated March 30, 2022, was filed as Exhibit A to the Sale Motion.

-2-

**PLEASE TAKE FURTHER NOTICE** that, on April 26, 2022, the Court entered the *Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, And (VI) Granting Related Relief* [D.I. 206] (the "<u>Bid Procedures Order</u>")[3], which, among other things, approved the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on May 17, 2022, the Debtors filed a proposed form of order granting the Sale Motion and approving the sale of substantially all of the Debtors' assets to the Stalking Horse Bidder pursuant to the Asset Purchase Agreement. *See* D.I. 253.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto, as **Exhibit 1** is Amendment No. 1 to the Asset Purchase Agreement.

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

#127130455 v2

Dated: June 15, 2022
Wilmington, Delaware

*/s/ Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.stratton@troutman.com
   david.fournier@troutman.com
   evelyn.meltzer@troutman.com
   kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
   adam.ravin@lw.com
   brett.neve@lw.com
   tj.li@lw.com
   alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

#127130455 v2