**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>MD Helicopters, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**[Relates to Docket No. 252]** |

**NOTICE OF WITHDRAWAL OF MARICOPA COUNTY TREASURER'S OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Maricopa County Treasurer, a secured tax lien creditor, by and through its undersigned counsel, hereby withdraws its *Objection to Motion of Debtors for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* (DE 252) filed on May 17, 2022 as the objection has been resolved.

DATED: June 15, 2022.

                                            RACHEL H. MITCHELL
                                            MARICOPA COUNTY ATTORNEY

                                            /s/ Peter Muthig
                                            PETER MUTHIG (AZ State Bar #018526)
                                            Deputy County Attorney
                                            CIVIL SERVICES DIVISION
                                            225 W. Madison Street
                                            Phoenix, Arizona  85003
                                            Telephone (602) 506-1923
                                            *Attorney for Maricopa County Treasurer*

## **CERTIFICATE OF SERVICE**

I, Peter Muthig, hereby certify that, on June 15, 2022, I caused a copy of the foregoing Notice of Withdrawal of Maricopa County Treasurer's Objection to Motion of Debtors for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases (DE 252) to be served electronically upon all counsel of record via CM/ECF.  In addition, on June 15, 2022, copies of the foregoing Objection were served upon the following parties in the manner indicated.

COPY of the foregoing e-mailed,
this 15th day of June, 2022, to:

Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov

Suzzanne Uhland
Adam S. Ravin
Brett M. Neve
Alexandra Azblocki
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Email: suzzanne.uhland@lw.com
Email: adam.ravin@lw.com
Email: brett.neve@lw.com
Email: Alexandra.zablocki@lw.com
*Counsel for the Debtors*

| | |
|---|---|
| 1 | David B. Stratton |
|  | David M. Fournier |
| 2 | Evelyn J. Meltzer |
|  | Troutman Pepper Hamilton Sanders LLP |
| 3 | 1313 Market Street |
|  | Hercules Plaza, Suite 5100 |
|  | Wilmington, Delaware 19801 |
| 4 | Email: david.stratton@troutman.com |
|  | Email: david.fournier@troutman.com |
| 5 | Email: evelyn.meltzer@troutman.com |
|  | *Counsel for the Debtors* |

/s/ Peter Muthig
Peter Muthig (AZ Bar No. 018526)