# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 28, 206, 253, 355 and 358** |

## NOTICE OF FILING OF PROPOSED REDACTED SCHEDULES TO ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on March 30, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [D.I. 28] (the "Sale Motion"). Through the Sale Motion, the Debtors sought, among other things, Court approval of the Bid Procedures and authority to enter into the Asset Purchase Agreement[2] with MDH Holdco LLC as Stalking Horse Bidder, in connection with the sale of substantially all of the Debtors' assets.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] A copy of the Asset Purchase Agreement by and among MD Helicopters, Inc., Monterrey Aerospace, LLC, and the Stalking Horse Bidder, dated March 30, 2022, was filed as Exhibit A to the Sale Motion.

#127170550 v2

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2022, the Court entered the *Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, And (VI) Granting Related Relief* [D.I. 206] (the "<u>Bid Procedures Order</u>") [3], which, among other things, approved the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that on May 17, 2022, the Debtors filed a proposed form of order granting the Sale Motion and approving the sale of substantially all of the Debtors' assets to the Stalking Horse Bidder pursuant to the Asset Purchase Agreement. *See* D.I. 253.

**PLEASE TAKE FURTHER NOTICE** that on June 15, 2022, the Debtors filed an Amendment No. 1 to the Asset Purchase Agreement. *See* D.I. 355.

**PLEASE TAKE FURTHER NOTICE** that on June 15, 2022, the Debtors filed the unredacted *Notice of Schedules to Asset Purchase Agreement* (the "<u>APA Schedules</u>") under seal. *See* D.I. 358.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit 1</u>** are the redacted APA Schedules.

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

#127170550 v2

Dated: June 15, 2022
    Wilmington, Delaware
*/s/ Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*