## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.* | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 10, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 06/10/2022 | 336 | Joinder of DIP Secured Parties to the Debtors' Objection to Emergency Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (related document(s)305, 333) Filed by Acquiom Agency Services LLC, Bardin Hill Investment Partners, MB Special Opportunities Fund II, LP. (Patterson, Morgan) (Entered: 06/10/2022) |

X _____
Laurie Heggan

Dated: June 15, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 15th day of June 2022, by Laurie Heggan proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

<u>**VIA EMAIL**</u>
ACE CLEARWATER ENTERPRISES-TORRANCE
ATTN: PAIGE NELSON, BUYER
19815 MAGELLAN DRIVE
TORRANCE, CA 90502
PNELSON@ACECLEARWATER.COM

<u>**VIA EMAIL**</u>
ALZIEBLER INC. FKA JOSEPH ALZIEBLER CO
ATTN: STEPHANIE ALLEN, PRESIDENT
12734 BRANFORD ST
UNIT 12
ARLETA, CA 91331-4230
STEPHANIE@ALZIEBLER.COM

<u>**VIA EMAIL**</u>
ARNOLD & PORTER KAYE SCHOLER LLP
ATTN: BRIAN J. LOHAN
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602-4231
BRIAN.LOHAN@ARNOLDPORTER.COM

<u>**VIA EMAIL**</u>
ARNOLD & PORTER KAYE SCHOLER LLP
ATTN: BRIAN LOHAN, JONATHAN I. LEVINE,
JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH
250 WEST 55TH STREET
NEW YORK, NY 10019-9710
BRIAN.LOHAN@ARNOLDPORTER.COM
JONATHAN.LEVINE@ARNOLDPORTER.COM
JEFFREY.FUISZ@ARNOLDPORTER.COM
ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM

<u>**VIA EMAIL**</u>
AUTO-VALVE INC.
ATTN: RAYMOND CLARK, PRESIDENT & CHIEF
EXECUTIVE OFFICER, MEGAN KING, HR
1707 GUENTHER RD.
DAYTON, OH 45417
SALES@AUTOVALVE.COM
KINGM@AUTOVALVE.COM

<u>**VIA EMAIL**</u>
BAKER & MCKENZIE LLP
ATTN: BLAIRE A. CAHN
452 FIFTH AVENUE
NEW YORK, NY 10018
BLAIRE.CAHN@BAKERMCKENZIE.COM

<u>**VIA EMAIL**</u>
BAKER & MCKENZIE LLP
ATTN: JOHN R. DODD
1111 BRICKELL AVENUE
SUITE 1700
MIAMI, FL 33131
JOHN.DODD@BAKERMCKENZIE.COM

<u>**VIA EMAIL**</u>
CADWALADER WICKERSHAM & TAFT LLP
ATTN: INGRID BAGBY, WILLIAM MILLS, AND
MICHELE C. MAMAN
200 LIBERTY STREET
NEW YORK, NY 10281
INGRID.BAGBY@CWT.COM
WILLIAM.MILLS@CWT.COM
MICHELE.MAMAN@CWT.COM

<u>**VIA EMAIL**</u>
CHIPMAN BROWN CICERO & COLE, LLP
ATTN: WILLIAM E. CHIPMAN, JR.
HERCULES PLAZA
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DE 19801
CHIPMAN@CHIPMANBROWN.COM

<u>**VIA EMAIL**</u>
COLE SCHOTZ P.C.
ATTN: FELICE R. YUDKIN
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602
FYUDKIN@COLESCHOTZ.COM

<u>**VIA EMAIL**</u>
COLE SCHOTZ P.C.
ATTN: NORMAN L. PERNICK, G. DAVID DEAN,
PATRICK J. REILLEY
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801
NPERNICK@COLESCHOTZ.COM
DDEAN@COLESCHOTZ.COM
PREILLEY@COLESCHOTZ.COM

<u>**VIA EMAIL**</u>
COLINEAR
ATTN: MICHELLE SAN GIACOMO, CHIEF
RELATIONSHIP OFFICER, JAE CASTELLANA, VP
7 WILSON DRIVE
SPARTA, NJ 07871
INFO@COLINEARMACHINE.COM
JAE@COLINEARMACHINE.COM

<u>**VIA EMAIL**</u>
COMPETITIVE ENGINEERING INC
ATTN: DON MARTIN, CHIEF EXECUTIVE OFFICER
3371 E. HEMISPHERE LOOP
TUCSON, AZ 85706-5011
DONMARTIN@CEIGLOBAL.COM

<u>**VIA EMAIL**</u>
CRISSAIR INC.
ATTN: MICHAEL ALFRED, PRESIDENT
28909 AVENUE WILLIAMS
VALENCIA, CA 91355
SCHAPMAN@CRISSAIR.COM

<u>**VIA EMAIL**</u>
DELAWARE DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DEPARTMENT
820 N. FRENCH STREET
WILMINGTON, DE 19801
KATHY.REVEL@DELAWARE.GOV

<u>**VIA EMAIL**</u>
DLA PIPER LLP (US)
ATTN: DENNIS O'DONNELL, JAMES E. BERGER,
CHARLENE C. SUN
1251 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10020-1104
DENNIS.ODONNELL@US.DLAPIPER.COM
JAMES.BERGER@US.DLAPIPER.COM
CHARLENE.SUN@US.DLAPIPER.COM

<u>**VIA EMAIL**</u>
DLA PIPER LLP (US)
ATTN: NOAH M. SCHOTTENSTEIN
1900 NORTH PEARL STREET
SUITE 2200
DALLAS, TX 75201
NOAH.SCHOTTENSTEIN@US.DLAPIPER.COM

<u>**VIA EMAIL**</u>
DLA PIPER LLP (US)
ATTN: R. CRAIG MARTIN
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON, DE 19801-1147
CRAIG.MARTIN@US.DLAPIPER.COM

<u>**VIA EMAIL**</u>
ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
75 HAWTHORNE STREET
SAN FRANCISCO, CA 94105
R9.INFO@EPA.GOV

<u>**VIA EMAIL**</u>
FN HERSTAL
ATTN: JULIEN COMPÈRE, CHIEF EXECUTIVE
OFFICER
VOIE DE LIEGE 33
HERSTAL,  4040
BELGIUM
CUSTOMERSERVICE@FNAMERICA.COM

**VIA EMAIL**
GARMIN INTERNATIONAL
ATTN: CLIFTON PEMBLE, PRESIDENT AND CHIEF
EXECUTIVE OFFICER
1200 E. 151ST STREET
OLATHE, KS 66062
CHAD.MEADOWS@GARMIN.COM

**VIA EMAIL**
HELICOPTER TECHNOLOGY CORP.
ATTN: FRANK PALMINTERI, CHIEF EXECUTIVE
OFFICER
12902 SOUTH BROADWAY
LOS ANGELES, CA 90061
FPALMINTERI@HELICOPTERTECH.COM

**VIA EMAIL**
HERITAGE AVIATION LTD.
ATTN: EVERETT HORST, PARTNER
901 AVENUE T
SUITE 102
GRAND PRAIRIE, TX 75050
INFO@HERITAGEAVIATIONLTD.COM

**VIA EMAIL**
HOWELL INSTRUMENTS INC.
ATTN: ROBERT (BO) UNDERWOOD, CHIEF
EXECUTIVE OFFICER
8945 SOUTH FREEWAY
FORTH WORTH, TX 76140
INFO@HOWELLINST.COM
REPAIRS@HOWELLINST.COM
HR@HOWELLINST.COM

**VIA EMAIL**
INTERNATIONAL AVIATION COMPOSITES
ATTN: RANDY STEVENS, PRESIDENT
8715 HARMON RD.
FORT WORTH, TX 76177
RANDY@IAC-LTD.COM

**VIA EMAIL**
KOHNER, MANN & KAILAS, S.C.
ATTN: SAMUEL C. WISOTZKEY
WASHINGTON BUILDING, BARNABAS BUSINESS
CENTER
4650 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059
SWISOTZKEY@KMKSC.COM

**VIA EMAIL**
KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: JORDAN D. SEARLES
55 EAST 52ND STREET
17TH FLOOR
NEW YORK, NY 10055
MDHELICOPTERSTEAM@PRIMECLERK.COM
SERVICEQA@PRIMECLERK.COM

**VIA EMAIL**
LATHAM & WATKINS LLP
ATTN: SUZZANNE UHLAND, ADAM S. RAVIN,
BRETT M. NEVE, TIANJIAO (TJ) LI
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
SUZZANNE.UHLAND@LW.COM
ADAM.RAVIN@LW.COM
BRETT.NEVE@LW.COM
TJ.LI@LW.COM

**VIA EMAIL**
LIQUID MEASUREMENT SYSTEMS INC.
ATTN: GEORGE LAMPHERE, CHAIRMAN
141 MORSE DRIVE
FAIRFAX, VT 05454
SALES@LIQUIDMEASUREMENT.COM

**VIA EMAIL**
LOCKE LORD LLP
ATTN: DAVID S. KUPETZ
300 S. GRAND AVENUE, SUITE 2600
LOS ANGELES, CA 90071
DAVID.KUPETZ@LOCKELORD.COM

**VIA EMAIL**
LOCKE LORD LLP
ATTN: JONATHAN W. YOUNG
111 HUNTINGTON AVENUE, 9TH FLOOR
BOSTON, MA 02199-7613
JONATHAN.YOUNG@LOCKELORD.COM

**VIA EMAIL**
MARICOPA COUNTY TREASURER
ATTN: PETER MUTHIG
225 W. MADISON STREET
PHOENIX, AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

**VIA EMAIL**
MAURICE WUTSCHER, LLP
ATTN: ALAN C. HOCHHEISER
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122
AHOCHHEISER@MAURICEWUTSCHER.COM

**VIA EMAIL**
MD HELICOPTERS, INC.
ATTN: Y.R. HLADKYJ
4555 E. MCDOWELL ROAD
MESA, AZ 85215
YR.HLADKYJ@MDHELICOPTERS.COM

**VIA EMAIL**
MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, ERIC K. STODOLA,
ANDREW HARMEYER
55 HUDSON YARDS
NEW YORK, NY 10001-2163
DDUNNE@MILBANK.COM
ESTODOLA@MILBANK.COM
AHARMEYER@MILBANK.COM

**VIA EMAIL**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH J. MCMAHON, JR.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801
JOSEPH.MCMAHON@USDOJ.GOV

**VIA EMAIL**
OREGON DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DEPARTMENT
955 CENTER STREET NE
SALEM, OR 97301-2555
QUESTIONS.DOR@OREGON.GOV

**VIA EMAIL**
PENSION BENEFIT GUARANTY CORPORATION
ATTN: KIMBERLY E. NEUREITER & REBECCA L.
STARK
1200 K ST, N.W.
WASHINGTON, DC 20005-4026
NEUREITER.KIMBERLY@PBGC.GOV
EFILE@PBGC.GOV
STARK.REBECCA@PBGC.GOV

**VIA EMAIL**
POTTER ANDERSON & CORROON LLP
ATTN: CHRISTOPHER M. SAMIS, R. STEPHEN
MCNEILL & SAMEEN RIZVI
1313 N. MARKET STREET, 6TH FLOOR
WILMINGTON, DE 19801
CSAMIS@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**VIA EMAIL**
PRESCOTT AEROSPACE INC
ATTN: MICHAEL K. DAILEY, PRESIDENT/GENERAL
MANAGER
6600 E. 6TH STREET
PRESCOTT VALLEY, AZ 86314
MICHAEL.DAILEY@PRESCOTTAEROSPACE.COM

**VIA EMAIL**
REESE MARKETOS LLP
ATTN: PETER D. MARKETOS, JOSHUA M. RUSS,
BRETT S. ROSENTHAL
750 NORTH SAINT PAUL STREET, SUITE 600
DALLAS, TX 75201
PETE.MARKETOS@RM-FIRM.COM
JOSH.RUSS@RM-FIRM.COM
BRETT.ROSENTHAL@RM-FIRM.COM

**VIA EMAIL**
RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS & BRETT M. HAYWOOD
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
COLLINS@RLF.COM
HAYWOOD@RLF.COM

**VIA EMAIL**
ROCHESTER GAUGES LLC
ATTN: BEN LEASE, PRESIDENT
11616 HARRY HINES BLVD.
DALLAS, TX 75229
LRASMUSSEN@ROCHESTERSENSORS.COM

**VIA EMAIL**
ROLLS-ROYCE ALLISON
ATTN: WARREN EAST CBE, CHIEF EXECUTIVE
OFFICER, KRISTOFFER HALL
2355 S. TIBBS
P.O. BOX 420
INDIANAPOLIS, IN 46241
KRIS.HALL@ROLLS-ROYCE.COM

**VIA EMAIL**
SHER TREMONTE LLP
ATTN: THERESA TRZASKOMA
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
TTRZASKOMA@SHERTREMONTE.COM

**VIA EMAIL**
SOLTEC HOLDINGS LLC (FKA TECSHAPES)
ATTN: JENS ROSSFELDT, OWNER
3631 E 44TH STREET
TUCSON, AZ 85713
INFO@SOLTECAZ.COM

**VIA EMAIL**
SPECTRUM ASSOCIATES INC
ATTN: RICHARD MEISENHEIMER, PRESIDENT,
LYNN CASA, ACCOUNTING
183 PLAINS ROAD
P.O. BOX 470
MILFORD, CT 06460-3613
INFO@SPECTRUMCT.COM
LCASA@SPECTRUMCT.COM

**VIA EMAIL**
STATE OF ARIZONA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
2005 N CENTRAL AVENUE
PHOENIX, AZ 85004-2926
AGINFO@AZAG.GOV

**VIA EMAIL**
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N. FRENCH STREET
WILMINGTON, DE 19801
ATTORNEY.GENERAL@DELAWARE.GOV

**VIA EMAIL**
STATE OF OREGON ATTORNEY GENERAL
ATTN: ELLEN F. ROSENBLUM
1162 COURT ST. NE
SALEM, OR 97301-4096
KRISTINA.EDMUNSON@DOJ.STATE.OR.US

**VIA EMAIL**
STATE OF THE NETHERLANDS
C/O DLA PIPER
ATTN: KATE L. BENVENISTE
2525 EAST CAMELBACK ROAD, SUITE 1000
PHOENIX, AZ 85016-4232
KATE.BENVENISTE@DLAPIPER.COM
DLAPHX@DLAPIPER.COM

**VIA EMAIL**
TRIUMPH GEAR SYSTEMS-MACOMB (ACR)
ATTN: DANIEL J. CROWLEY, CHAIRMAN,
PRESIDENT AND CHIEF EXECUTIVE OFFICER
899 CASSATT ROAD
#210
BERWYN, PA 19312
SBLEEDA@TRIUMPHGROUP.COM

**VIA EMAIL**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: DAVID B. STRATTON, DAVID M. FOURNIER,
EVELYN J. MELTZER, KENNETH A. LISTWAK
1313 N. MARKET STREET
HERCULES PLAZA, SUITE 5100
WILMINGTON, DE 19801
DAVID.STRATTON@TROUTMAN.COM
DAVID.FOURNIER@TROUTMAN.COM
EVELYN.MELTZER@TROUTMAN.COM
KENNETH.LISTWAK@TROUTMAN.COM

**VIA EMAIL**
TUSAŞ - TÜRK HAVACILIK VE UZAY SANAYII
ANONIM ŞIRKETI
ATTN: CAHIT BILGE AKAL
FETHIYE MAHALLESI HAVACILIK BULVARI, NO. 17
KAHRAMANKAZAN, ANKARA, 06980
TURKEY
CAKAL@TAI.COM.TR

**VIA EMAIL**
U.S. ATTORNEY FOR ARIZONA
ATTN: ATTORNEY
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVENUE, SUITE 1800
PHOENIX, AZ 85004-4449
GLENN.P.HARRIS@USDOJ.GOV

**VIA EMAIL**
U.S. ATTORNEY FOR DELAWARE
ATTN: ATTORNEY
1007 ORANGE ST, SUITE 700
P.O. BOX 2046
WILMINGTON, DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**VIA EMAIL**
U.S. ATTORNEY'S OFFICE
ATTN: ATTORNEY
1000 LOUISIANA STREET, #2300
HOUSTON, TX 77002
USATXS.ATTY@USDOJ.GOV

**VIA EMAIL**
UNITED STATES EX REL. PHILLIP MARSTELLER, ET
AL
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION,
FRAUD SECTION
ATTN: GLENN P. HARRIS
P.O. BOX 261 BEN FRANKLIN STATION
WASHINGTON, DC 20044
GLENN.P.HARRIS@USDOJ.GOV

**VIA EMAIL**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MICHAEL NESTOR, RYAN BARTLEY,
ALLURIE KEPHART, ELIZABETH S. JUSTISON
RODNEY SQUARE, 1000 NORTH KING STREET
WILMINGTON, DE 19801
MNESTOR@YCST.COM
RBARTLEY@YCST.COM
AKEPHART@YCST.COM
EJUSTISON@YCST.COM
BANKFILINGS@YCST.COM

**VIA FIRST CLASS MAIL**
ARIZONA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DEPARTMENT
1600 W MONROE STREET
PHOENIX, AZ 85007-2650

**VIA FIRST CLASS MAIL**
BE AEROSPACE WESTMINSTER
ATTN: TROY BRUNK, PRESIDENT
7155 FENWICK LN
WESTMINSTER, CA 92683

**VIA FIRST CLASS MAIL**
BOEING DISTRIBUTION INC.(FKA AVIALL)
ATTN: DAVID L. CALHOUN, PRESIDENT AND CHIEF
EXECUTIVE OFFICER
2750 REGENT BLVD.
DFW AIRPORT
DALLAS, TX 75261

**VIA FIRST CLASS MAIL**
BOEING DISTRIBUTION SERVICES INC.
ATTN: TRAVIS SULLIVAN, VICE PRESIDENT &
GENERAL MANAGER

480 N. 54TH STREET
CHANDLER, AZ 85226

**VIA FIRST CLASS MAIL**
COMPUCRAFT INDUSTRIES
ATTN: JOHN LAWLESS, OWNER
8787 OLIVE LANE
SANTEE, CA 92071

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
1200 SIXTH AVENUE, SUITE 155
SEATTLE, WA 98101

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
1201 ELM STREET, SUITE 500
DALLAS, TX 75270

**VIA FIRST CLASS MAIL**
ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
1650 ARCH STREET
PHILADELPHIA, PA 19103-2029

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5 Q30 133
PHILADELPHIA, PA 19104-5016

**VIA FIRST CLASS MAIL**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**VIA FIRST CLASS MAIL**
K2 MANUFACTURING
ATTN: THOMAS WRIGHT, PRESIDENT

1700 N. 22ND AVE
PHOENIX, AZ 85009

**VIA FIRST CLASS MAIL**
PENSION BENEFIT GUARANTY CORPORATION
ATTN: PRESIDENT OR GENERAL COUNSEL
1200 K ST NW
WASHINGTON, DC 20005

**VIA FIRST CLASS MAIL**
ROGERSON AIRCRAFT EQUIPMENT GROUP
ATTN: MICHAEL ROGERSON, CHIEF EXECUTIVE
OFFICER

16940 VON KARMAN
IRVINE, CA 92606

**VIA FIRST CLASS MAIL**
STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W. 15TH STREET
AUSTIN, TX 78701

**VIA FIRST CLASS MAIL**
TEXAS DEPARTMENT OF REVENUE
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX 78774

**VIA FIRST CLASS MAIL**
TÜRKIYE CUMHURIYETI İÇIŞLERI BAKANLIĞI
ATTN: PRESIDENT OR GENERAL COUNSEL
DEVLET, T.C. İÇIŞLERI BAKANLIĞI
ÇANKAYA, ANKARA, 06980
TURKEY

**VIA FIRST CLASS MAIL**
U.S. ATTORNEY FOR OREGON
ATTN: ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OR 97204