## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Kimberly A. Walsh
Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
Texas State Bar No. 24039230
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
tel: (512) 475-4562
fax: (512) 936-1409

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on 6/16/2022, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

MD Helicopters, Inc.,
4555 E. McDowell Road
Mesa, AZ 85215

By Electronic Means as listed on the Court's ECF Noticing System:

- **Joseph M. Barry** bankfilings@ycst.com
- **Ryan M. Bartley** bankfilings@ycst.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **William E. Chipman** chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
- **Mark D. Collins** rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **G. David Dean** ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Jeffrey A. Fuisz** jeffrey.fuisz@arnoldporter.com, edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com
- **Brett Michael Haywood** haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
- **Elizabeth Soper Justison** bankfilings@ycst.com
- **Kroll Restructuring Administration LLC** info@ra.kroll.com
- **David S Kupetz** david.kupetz@lockelord.com, jvogel@sulmeyerlaw.com
- **Jonathan I. Levine** Jonathan.Levine@arnoldporter.com, jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com
- **Kenneth Listwak** Ken.Listwak@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Brian Lohan** brian.lohan@arnoldporter.com
- **R. Craig Martin** craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
- **Joseph James McMahon** joseph.mcmahon@usdoj.gov
- **R. Stephen McNeill** bankruptcy@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com
- **Evelyn J. Meltzer** Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com
- **Klaus Peter Muthig** muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **Michael R. Nestor** bankfilings@ycst.com
- **Kimberly E. Neureiter** neureiter.kimberly@pbgc.gov, efile@pbgc.gov
- **Morgan L. Patterson** morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

- **Norman L. Pernick** npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Sameen Rizvi** srizvi@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Christopher M. Samis** cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Juliet M. Sarkessian** juliet.m.sarkessian@usdoj.gov
- **Rebecca L. Stark** stark.rebecca@pbgc.gov
- **Benjamin Joseph Steele** ecf@primeclerk.com
- **David B. Stratton** david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com
- **William F. Taylor** bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Matthew P. Ward** matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com
- **Corey R Weber** cweber@bg.law, ecf@bg.law
- **Samuel C. Wisotzkey** swisotzkey@kmksc.com, kmksc@kmksc.com
- **Jonathan W. Young** jonathan.young@lockelord.com, trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com

/s/ Sherri K. Simpson
Sherri K. Simpson