# **EXHIBIT 1**

**AMENDED AND RESTATED**

**DISCLOSURE SCHEDULES**

to

**ASSET PURCHASE AGREEMENT**

by and among

MD HELICOPTERS, INC.,

and

MONTERREY AEROSPACE, LLC,
as Sellers,

and

MDH HOLDCO, LLC,
as Buyer

Dated as of June [●], 2022

## DISCLOSURE SCHEDULES

Reference is hereby made to that certain Asset Purchase Agreement (as amended, supplemented or modified from time to time, the "Agreement"), dated as of March 30, 2022, by and among MD Helicopters, Inc., an Arizona corporation ("MDH"), and Monterrey Aerospace, LLC, a Delaware limited liability company ("Monterrey Sub" and, together with MDH, "Sellers" and, each, a "Seller"), on the one hand, and MDH Holdco, LLC, a Delaware limited liability company ("Buyer"), on the other hand. Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Agreement; Sections 1.2, 11.13 and 11.14 of the Agreement shall apply to the interpretation of these Disclosure Schedules, *mutatis mutandis*. Section references herein are to sections of the Agreement. These Disclosure Schedules are provided in confidence on the terms and subject to the conditions of the Confidentiality Agreement.

The representations and warranties of Sellers set forth in the Agreement are made and given subject to these Disclosure Schedules. Inclusion of information in these Disclosure Schedules will not be construed as an admission that such information is material to the business, operations of condition (financial or otherwise) of Sellers or their respective businesses, in whole or in part, or as an admission of Liability or obligation of Sellers to any Person. The sections of these Disclosure Schedules have been organized for purposes of convenience in numbered sections corresponding to the sections in the Agreement; provided, however, that any disclosure in any section of the Disclosure Schedules will apply to and will be deemed to be disclosed with respect to any other representation and warranty, so long as the applicability of such disclosure is readily apparent on its face.

It is understood and agreed that the specification of any dollar amount in the representations and warranties or covenants contained in the Agreement or the inclusion of any specific item in these Disclosure Schedules is not intended to imply that such amounts or higher or lower amounts, or the items so included or other items, are or are not material, and no Party or other Person shall use the fact of the setting of such amounts or the fact of the inclusion of any such item in these Disclosure Schedules in any dispute or controversy as to whether any obligation, item or matter not described in the Agreement or included in these Disclosure Schedules is or is not material for purposes of the Agreement.

Nothing in the Agreement (including these Disclosure Schedules) shall be deemed an admission by either Party or any of its Affiliates, in any Proceedings, that such Party or any such Affiliate, or any third party, is or is not in breach or violation of, or in default in, the performance or observance of any term or provisions of any Contract or Law. These Disclosure Schedules and the information and disclosures contained herein are intended only to modify the representations or warranties of Seller contained in the Agreement. Where the terms of a contract or document have been summarized or described in these Disclosure Schedules, such summary or description does not purport to be a complete statement of the material terms of such contract or document, and all such summaries and descriptions are qualified in their entirety by reference to the contract or document being summarized or described to the extent such contract or other document has been made available to Buyer prior to the date hereof.

i

**SCHEDULE 1.1(a)**

Permitted Liens

1. Commercial Lease Agreement No. 300-1587197-001 (forklift lease), dated as of June 11, 2021, between Bank of the West and MD Helicopters Inc.

2. Product Schedule with Purchase Option, dated as of March 1, 2021, between Ricoh US, Inc. and MD Helicopters, Inc.

**SCHEDULE 1.1(b)**

<u>Excluded Permits</u>

1. FAA Repair Station Air Agency Certificate No. M82R545Y, issued by the Federal Aviation Administration to MD Helicopters, Inc. on April 24, 2020 (to continue into effect indefinitely).

2. FAA Production Certificate No. 715NM, issued by the Federal Aviation Administration to MD Helicopters, Inc. on November 5, 1999 (to continue into effect indefinitely).

3. Bureau of Alcohol, Tobacco, Firearms and Explosives - Federal Explosive License/Permit No. 9-AZ-013-23-2L-00566 (expires 11/1/22).

4. Bureau of Alcohol, Tobacco, Firearms and Explosives - Federal Firearms License No. 9-86-013-11-3L-07744 (expires 11/1/23).

5. Bureau of Alcohol, Tobacco, Firearms and Explosives - Application to Register as an Importer of U.S. Munitions Import List Articles No. A-05-259-0909 (expires 9/9/25).

6. US Department of State, Bureau of Political-Military Affairs, Directorate of Defense Trade Controls, Registration Statement, Code M13757 (expires 3/31/2023).

## SCHEDULE 1.1(c)

<u>Type Certificates</u>

1. FAA Type Certificate No. H19NM, issued by the Federal Aviation Administration to MD Helicopters, Inc. on December 2, 1994 (to continue into effect indefinitely).

2. FAA Type Certificate No. H3WE, issued by the Federal Aviation Administration to MD Helicopters, Inc. on November 13, 1961 (to continue into effect indefinitely).

3. FAA Supplemental Type Certificate No. SH1837NM issued by the Federal Aviation Administration to MD Helicopters, Inc.

4. FAA Supplemental Type Certificate No. SH2262NM issued by the Federal Aviation Administration to MD Helicopters, Inc.

5. FAA Supplemental Type Certificate No. SH2263NM issued by the Federal Aviation Administration to MD Helicopters, Inc.

6. FAA Supplemental Type Certificate No. SR00134LA issued by the Federal Aviation Administration to MD Helicopters, Inc.

7. FAA Supplemental Type Certificate No. SR00436WI-D issued by the Federal Aviation Administration to MD Helicopters, Inc.

8. FAA Supplemental Type Certificate No. SR00902DE issued by the Federal Aviation Administration to MD Helicopters, Inc.

9. FAA Supplemental Type Certificate No. SR00923DE issued by the Federal Aviation Administration to MD Helicopters, Inc.

10. FAA Supplemental Type Certificate No. SR09019RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

11. FAA Supplemental Type Certificate No. SR09020RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

12. FAA Supplemental Type Certificate No. SR09021RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

13. FAA Supplemental Type Certificate No. SR09022RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

14. FAA Supplemental Type Certificate No. SR09023RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

15. FAA Supplemental Type Certificate No. SR09025RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

16. FAA Supplemental Type Certificate No. SR09026RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

17. FAA Supplemental Type Certificate No. SR09027RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

18. FAA Supplemental Type Certificate No. SR09028RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

19. FAA Supplemental Type Certificate No. SR0929RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

20. FAA Supplemental Type Certificate No. SR09031RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

21. FAA Supplemental Type Certificate No. SR09040RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

22. FAA Supplemental Type Certificate No. SR09073RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

23. FAA Supplemental Type Certificate No. SR09151RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

24. FAA Supplemental Type Certificate No. SR09169RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

25. FAA Supplemental Type Certificate No. SR09170RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

26. FAA Supplemental Type Certificate No. SR09178RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

27. FAA Supplemental Type Certificate No. SR09212RC issued by the Federal Aviation Administration to MD Helicopters, Inc.

## SCHEDULE 2.1(a)

### Leased Real Property

| | Location | Address |
|---|---|---|
| 1. | Main Site | 4555 E McDowell Rd, Mesa AZ 85215 |
| 2. | Madison Hangar | 4555 E McDowell Rd, Mesa AZ 85215 |
| 3. | Turf Area | 4555 E McDowell Rd, Mesa AZ 85215 |
| 4. | AMO Main | 5456 E. McDowell Road, Suite 101 |
| 5. | AMO unit 125 | 5456 E. McDowell Road, Suite 125 |
| 6. | AMO unit 109 | 5456 E. McDowell Road, Suite 109 |
| 7. | Falcon Hangar 101 | 4562 E. Mallory #101, Mesa AZ 85215 |
| 8. | Falcon Hangar 102 | 4562 E. Mallory #102, Mesa AZ 85215 |
| 9. | Falcon Hangar 103 | 4562 E. Mallory #103, Mesa AZ 85215 |
| 10. | Falcon Hanger 105 | 4562 E. Mallory #105, Mesa AZ 85215 |
| 11. | Falcon Hanger 106 | 4562 E. Mallory #106, Mesa AZ 85215 |

**SCHEDULE 2.1(d)**

Purchased Intellectual Property

1.  *Schedule 4.12* is hereby incorporated by reference as if fully set forth herein.

2.  For the avoidance of doubt, following the Closing Buyer will have all right, title and interest in and to the name "MD Helicopters," together with any associated goodwill.

**SCHEDULE 2.1(e)**

Assumed Plans

None.

## SCHEDULE 2.1(f)

### Permits

1. *Schedule 1.1(c)* is hereby incorporated by reference as if fully set forth herein.

2. PRI Registrar Performance Review Institute - Certificate of Registration as a Single Site Quality Management System (expires 12/19/23).

3. DNV GL - Management System Certificate (expires 12/18/24).

4. US Dept. of Transportation Federal Aviation Administration - Production Certificate.

5. European Union Aviation Safety Agency - U.S. Approval Certificate (expires 10/1/22).

6. Defense Contract Management Agency - Purchasing System Approval dated as of 12/1/20.

7. Defense Contract Management Agency - Contractors Flight and Ground Operations Procedures Approval dated as of April 4, 2019.

8. City of Mesa - Class II Zero Process Wastewater Discharge Permit No. M-6557-1013, for MD Helicopters Incorporated, Aftermarket Operations, 5456 East McDowell Road, Effective 10/2/08, expires 10/1/13.

9. Fire Safety Operation Permit dated June 11, 2020.

10. Maricopa County Air Quality Department - Air Quality Permit to Operate and/or Construct, Issued to MD Helicopters Inc. After Market Operation, 4555 East McDowell Rd, Permit No. 070106, revised 6/18/18, expires 6/30/23.

11. Maricopa County Air Quality Department - Air Quality Permit to Operate and/or Construct, Issued to MD Helicopters Inc., 4555 East McDowell Rd, Permit No. 090005, revised 6/5/19, expires 6/30/24

12. Arizona Department of Environmental Quality (AZDEQ), Stormwater Multi-Sector General Permit, No Exposure Certification, LTF# 69485, ID# AZNC69485, for MD Helicopters Inc. Aftermarket Operation, 5456 E. McDowell Rd, issued January 4, 2018, expires January 4, 2023.

13. Arizona Department of Environmental Quality (AZDEQ), Stormwater Multi-Sector General Permit, No Exposure Certification, for MD Helicopters Inc. Aftermarket Operation, 4555 East McDowell Rd.

14. Hazardous Materials Certificate of Registration for Registration Years 2019-2022 (expires 6/30/22).

15. Notification of Compliance Status - Paint Stripping and Miscellaneous Surface Coating Area Sources dated January 13, 2011.

16. RCRA Facility ID Registration, 5456 E. McDowell Rd., EPA ID# AZR000505578.

17. RCRA Facility ID Registration, 4555 E. McDowell Rd, EPA ID# AZR000034447.

18. Department of the Army - Approval of CDRL A001, A002, and A003 for program Management Review (PMR) One, Contract W58RGZ-15-C-0002 for Afghanistan Air Force Mission Equipment Package for MD 530F, dated December 11, 2014.

19. Supplier Export Compliance Certification - Science and Engineering Services, LLC, dated May 4, 2021.

20. FAR 15.406-2 Certificate of Current Cost or Pricing Data, dated July 23, 2021.

21. EASA.145.5475 Certificate, issued by the European Union Aviation Safety Agency to MD Helicopters, Inc. on August 31, 2020 and set to expire on October 1, 2022.

22. DNV GL AS9100D Management System Certificate No. 127549-2012-AQ-USA-ANAB, issued by DNV GL Business Assurance USA, Inc. to MD Helicopters, Inc. on February 28, 2020 and valid until December 18, 2021.

23. PRI Registrar AS9110 Certificate of Registration No. 14716, issued by PRI Registrar Performance Review Institute to MD Helicopters, Inc. on December 20, 2020 and set to expire on December 19, 2023.

**SCHEDULE 2.5(g)**

<u>Specified Contracts</u>

1. Agreement for Helicopter Repair and Maintenance Services, dated as of December 21, 2021, between MD Helicopters, Inc. and the City of Houston, Texas.

2. Supply Agreement, dated February 10, 2017, between MD Helicopters, Inc. and Destini Prima Sdn Bhd.

3. Licensing Agreement, dated January 24, 2017, between MD Helicopters, Inc. and Destini Prima Sdn Bhd.

4. Defense Systems and Solutions (a joint venture of Science and Engineering Services, LLC)

   a. Subcontract Terms and Conditions, dated as of May 10, 2021, between MD Helicopters, Inc. and Defense Systems and Solutions.

   b. Defense Systems and Solutions Representations, Certifications and Other Statements of Offerors, dated as of May 4, 2021, between MD Helicopters, Inc. and Defense Systems and Solutions.

   c. Purchase Order D21SP00003, dated as of October 14, 2021, between MD Helicopters, Inc. and of Science and Engineering Services, LLC.

   d. Purchase Order D21SP00003, dated as of July 29, 2021, between MD Helicopters, Inc. and of Science and Engineering Services, LLC.

5. Purchase Agreement, dated as of June 10, 2019, between MD Helicopters, Inc. and Tennessee Valley Authority, as amended by that certain Amendment No. 1, dated August 22, 2019 and that certain Amendment No. 2, dated April 29, 2020.

6. Purchase Order, dated as of September 21, 2020, between California Department of Fish and Wildlife and MD Helicopters, Inc., as amended by that certain Purchase Order Change #1, dated September 21, 2020.

7. Purchase Agreement, dated as of September 28, 2020, between MD Helicopters, Inc. and Virginia Beach Department of Public Works (Police Department), as amended by that certain Addendum No. 1, dated October 28, 2020 and that certain Addendum No. 2, dated March 12, 2021.

8. Purchase Order, dated as of June 18, 2021, between MD Helicopters, Inc. and City of Huntington Beach - Police Department, as amended by that certain Amendment No. 1, dated August 10, 2021.

9. Contract for New Single Engine Light Duty Helicopter, Parts, and Services (Contract No. 15987), dated as of April 28, 2021, between Tennessee Valley Authority and MD Helicopters, Inc., as amended by that certain Amendment No. 1, dated June 7, 2021.

10. Contract W58RGZ-17-C-0038, dated as of May 23, 2017, between Department of the Army / DCMA Boeing Mesa and MD Helicopters, Inc.

11. Contract No. W58RGZ-17-D-0089 dated as of September 5, 2017 between MD Helicopters, Inc. and Army Contracting Command-Redstone.

12. Contract No. W58RGZ-19-C-0036, dated as of June 1, 2019, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

13. Contract No. W58RGZ-20-C-0013, dated as of December 26, 2019, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

14. Contract No. W58RGZ-20-C-0045, dated as of September 29, 2020, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

15. Contract No. W58RGZ-15-C-0056, dated as of July 13, 2015, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

16. Contract No. W58RGZ-15-C-0002, dated as of October 1, 2014, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

17. Firm Fixed Price Subcontract Agreement No. W58RGZ-17-C-0038-AAL-SC-001 for Afghanistan On-Site Contractor Logistics Support in Support of Prime Contract No. W58RGZ-10-C-0038, dated as of July 28, 2018, between MD Helicopters, Inc. and AAL USA, Inc.

18. Subcontract, dated as of October 15, 2021, between MD Helicopters, Inc. and Black Hall Aerospace, Inc.

19. Long Term Requirements Contract, Agreement #MDHI11LTRC1005, between MD Helicopters, Inc. and The Boeing Company.

## SCHEDULE 4.4

<u>Noncontravention; Consents and Approvals</u>

(a)(iii)

1. Items 1 through 21 on *Schedule 4.4(b)(iii)* require notice to, and the consent of, the counterparty.

(b)(iii)

1. *Schedule 4.8(a)(iv)* is hereby incorporated by reference as if fully set forth herein.

2. Falcon Hangar Rental Agreement Hangar No. 101, dated as of November 3, 2016, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease dated May 9, 2017 and that certain Second Amendment to Lease, dated February 19, 2021.

3. Falcon Hangar Rental Agreement Hangar No. 102, dated as of November 3, 2016, between Falcon Hangar, LLC and MD Helicopters, Inc, as amended by that certain First Amendment to Lease dated May 9, 2017 and that certain Second Amendment to Lease, dated February 19, 2021.

4. Falcon Hangar Rental Agreement Hangar No. 103, dated as of August 9, 2017, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated February 19, 2021.

5. Falcon Hangar Rental Agreement Hangar No. 105, dated as of May 22, 2017, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated February 19, 2021.

6. Falcon Hangar Rental Agreement Hangar No. 106, dated as of May 22, 2017, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated February 19, 2021.

7. Lease Agreement dated as of September 1, 2007, between Mesa Industrial Center Complex, LLC and MD Helicopters, Inc.

8. Lease Agreement dated as of May 1, 2017, between Mesa Industrial Center Complex, LLC and MD Helicopters, Inc.

9. Lease Agreement dated as of October 1, 2014, between Mesa Industrial Center Complex, LLC and MD Helicopters, Inc.

10. Commercial Lease Agreement No. 300-1587197-001 (forklift lease), dated as of June 11, 2021, between Bank of the West and MD Helicopters Inc.

11. Commercial Lease, dated as of March 28, 1983, between City of Mesa and MD Helicopters, Inc., as amended by that certain Amended Commercial Lease, dated March 22, 1985, that certain First Amendment, dated June 26, 1992, that certain Second Amendment, dated June 25, 1996, and that certain Third Amendment, dated May 9, 2008.

12. Commercial - Fixed Base Operator Lease, dated as of June 1, 1983, between City of Mesa and MD Helicopters, Inc. (as sublessee), as amended by that certain First Amendment, dated July 7, 1986, that certain Second Amendment, dated June 3, 1993, that certain Third Amendment, dated June 1, 1995, that certain Fourth Amendment, dated May 9, 2008, that certain Fifth Amendment, dated May 9, 2008 and that certain Sixth Amendment, dated August 31, 2009.

13. Commercial Lease, dated as of October 1, 1986, between City of Mesa and MD Helicopters, Inc. (as sublessee), as amended by that certain First Amendment, dated June 26, 1992 and that Second Amendment, dated May 9, 2008.

14. Cross License for Mission Enhanced Little Bird Product Line Assets, dated as of February 4, 2005, between McDonnell Douglass Helicopter Company and MD Helicopters, Inc.

15. Firm Fixed Price Subcontract Agreement No. W58RGZ-17-C-0038-AAL-SC-001 for Afghanistan On-Site Contractor Logistics Support in Support of Prime Contract No. W58RGZ-10-C-0038, dated as of July 28, 2018, between MD Helicopters, Inc. and AAL USA, Inc.

16. Subcontract, dated as of October 15, 2021, between MD Helicopters, Inc. and Black Hall Aerospace, Inc.

17. Long Term Requirements Contract, Agreement #MDHI11LTRC1005, between MD Helicopters, Inc. and The Boeing Company.

18. Bailment Agreement, dated as of June 28, 2021, between MD Helicopters, Inc. and FN America, LLC.

19. Bailment Agreement, dated as of June 28, 2021, between MD Helicopters, Inc. and Silver Cloud One, LLC.

20. Mutual Nondisclosure Agreement No. MD-NDA-2021-0107-01 dated as of January 7, 2021, between MD Helicopters, Inc. and ACT Composite Technology.

21. Subcontract Terms and Conditions, dated as of May 10, 2021, between MD Helicopters, Inc. and Defense Systems and Solutions.

22. Master Equipment Lease No. 52-10529, dated as of November 15, 2016, between MD Helicopters, Inc. and Data Sales Co., Inc.

23. Workforce Central - Software as a Service Terms and Conditions, dated as of December 30, 2015, between MD Helicopters, Inc. and Kronos.

24. Master Service Agreement, dated as of January 31, 2007, between MD Helicopters, Inc. and Ricoh USA, Inc. (f/k/a IKON Office Solutions, Inc.), as amended January 1, 2022

25. End User License Agreement, between MD Helicopters, Inc. and Siemens Industry Software Inc.

26. Professional Services Agreement No. 60073026, dated as of February 19, 2020, between MD Helicopters, Inc. and Siemens Industry Software Inc.

27. _Schedule 1.1(c)_ is hereby incorporated by reference as if fully set forth herein.

**SCHEDULE 4.5**

<u>Litigation</u>

1. United States ex rel. Philip Marsteller, et al. v. Lynn Tilton, MD Helicopters, Inc., et al. Case No. 5:13-cv-00830-AKK (the "<u>Qui Tam Action</u>").

2. Litigation arising out of a contract dispute between the Dutch National Police Services Agency and Helifly, nv.:

    a. Judgment against MDH issued by the Hague Court of Appeal in May 2012.

    b. State of the Netherlands v. MD Helicopters, Inc., No. CV2015-095127 (AZ Maricopa Super. Ct. Nov. 13, 2018).

    c. State of the Netherlands v. MD Helicopters, Inc., 250 Ariz. 235 (2020).

    d. State of Netherlands v. MD Helicopters, Inc., Index No. 157756/2020, ECF No. 6 (N.Y. Sup. Ct. Sept. 23. 2020).

    e. Claim filed by the Netherlands in the Hague District Court seeking additional contractual damages against the Company based on the 2001 Contract following the affirmation of the Foreign Judgment by the Netherlands Court of Appeals, on December 2, 2015.

3. Arbitration with the International Chamber of Commerce, between TAI and MD Helicopters Inc., filed on March 20, 2015 and decision issued on July 20, 2021. New request for arbitration initiated 4 February 2022, ICC Arbitration No. 26802/FS.

4. MD Helicopters, Inc. v. Aerometals, Inc. and Rex Kamphefner pending in the United States District Court for the Eastern District of California; Case No. 2:16-cv-02249-TLN-AC (the "<u>Aerometals, Inc. Matter</u>").

5. Michael Sandidge vs. MD Helicopters, Inc., dated January 14, 2022, CRD No. CRD-2022-0048, EEOC No. 35A-2022-00135.

6. Dennis Welsh, Plaintiff, vs. MD Helicopters, Inc., an Arizona corporation, Southwest Technical Solutions, Inc., an Arizona corporation, Alan Carr and Jane Doe Carr, a married couple, Yaropolk Hladkyj and Jane Doe Hladkyj, a married couple, Barry Sullivan and Jane Doe Sullivan, a married couple, Timothy Mahowald and Jane Doe Mahowald, a married couple, and Joetta Midkiff and John Doe Midkiff, a married couple, Defendants. UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, Case 2:22-cv-00401-DMF, Filed 03/15/22.

7. Thomas McNeil v. MD Helicopters Inc. No.: CRD-2022-0282 EEOC No.: 35A-2022-00265.

8.  Leanne Wilson v. MD Helicopters, Inc., et al., which relates to a helicopter crash occurring on or about October 22, 2015.

9.  Can, et. Al. v. MD Helicopter, which relates to a helicopter crash occurring on or about July 19, 2006.

10. Civil claim in The Supreme Court of British Columbia, No. S-198967 by Ascent Helicopters Ltd.

11. William Reed, et al. v. MD Helicopters, Inc., Case No. 21-35897 (9th Circuit Court of Appeals) (in regards to appeal of 2019 dismissal of MD Helicopters, Inc. from civil litigation)

**SCHEDULE 4.6**

<u>Compliance with Laws</u>

1. *Schedule 4.5* is hereby incorporated by reference as if fully set forth herein.

2. *Schedule 4.14* is hereby incorporated by reference as if fully set forth herein.

3. *Schedule 4.22* is hereby incorporated by reference as if fully set forth herein.

**SCHEDULE 4.7**

<u>Permits</u>

(i)

    1.  *Schedule 1.1(b)* and *Schedule 2.1(f)* are hereby incorporated by reference as if fully set forth herein.

(ii)

    1.  *Schedule 4.14* *is* hereby incorporated by reference as if fully set forth herein.

    2.  *Schedule 4.22* is hereby incorporated by reference as if fully set forth herein.

# SCHEDULE 4.8

## Material Contracts

(a)

(i)

1. Commercial Lease, dated as of March 28, 1983, between City of Mesa and MD Helicopters, Inc., as amended by that certain Amended Commercial Lease, dated March 22, 1985, that certain First Amendment dated June 26, 1992, that certain Second Amendment dated June 25, 1996, and that certain Third Amendment dated May 9, 2008.

2. Commercial - Fixed Base Operator Lease between City of Mesa and MD Helicopters, Inc. (as sublessee), dated as of June 1, 1983, as amended by that certain First Amendment, dated July 7, 1986, that certain Second Amendment, dated June 3, 1993, that certain Third Amendment, dated June 1, 1995, that certain Fourth Amendment, dated May 9, 2008, that certain, Fifth Amendment dated May 9, 2008, and that certain Sixth Amendment dated, August 31, 2009.

3. Commercial Lease, dated as of October 1, 1986, between City of Mesa and MD Helicopters, Inc., (as sublessee), as amended by that certain First Amendment, dated June 26, 1992, and that Second Amendment, dated May 9, 2008.

4. Falcon Hangar Rental Agreement ("Lease") Hangar No. 101, dated as of November 3, 2016, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated May 9, 2017, and that certain Second Amendment to Lease, dated February 19, 2021.

5. Falcon Hangar Rental Agreement ("Lease") Hangar No. 102, dated as of November 3, 2016, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated May 9, 2017, and that certain Second Amendment to Lease, dated February 19, 2021.

6. Falcon Hangar Rental Agreement ("Lease") Hangar No. 103, dated as of August 9, 2017, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated February 19, 2021.

7. Falcon Hangar Rental Agreement ("Lease") Hangar No. 105, dated as of May 22, 2017, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated February 19, 2021.

8. Falcon Hangar Rental Agreement ("Lease") Hangar No. 106, dated as of May 22, 2017, between Falcon Hangar, LLC and MD Helicopters, Inc., as amended by that certain First Amendment to Lease, dated February 19, 2021.

9. Lease Agreement, dated as of September 1, 2007, between Mesa Industrial Center Complex, LLC and MD Helicopters, Inc.

10. Lease Agreement, dated as of May 1, 2017, between Mesa Industrial Center Complex, LLC and MD Helicopters, Inc.

11. Lease Agreement, dated as of October 1, 2014, between Mesa Industrial Center Complex, LLC and MD Helicopters, Inc.

12. Commercial Lease, dated as of March 28, 1983, between Hughes Helicopters, Inc. and City of Mesa.


(ii)

1. Commercial Lease Agreement No. 300-1587197-001 (forklift lease), dated as of June 11, 2021, between Bank of the West and MD Helicopters Inc.

2. Product Schedule with Purchase Option dated as of March 1, 2021 between Ricoh US, Inc. and MD Helicopters, Inc.

3. Master Equipment Lease No. 52-10529, dated as of November 15, 2016, between MD Helicopters, Inc. and Data Sales Co., Inc.


(iii)

1. *Schedule 4.9(a)* is hereby incorporated by reference as if fully set forth herein.

2. *Schedule 4.9(b)* is hereby incorporated by reference as if fully set forth herein.


(iv)

1. Purchase Agreement, dated as of June 10, 2019, between MD Helicopters, Inc. and Tennessee Valley Authority, as amended by that certain Amendment No. 1, dated August 22, 2019 and that certain Amendment No. 2, dated April 29, 2020.

2. Purchase Order, dated as of September 21, 2020, between California Department of Fish and Wildlife and MD Helicopters, Inc., as amended by that certain Purchase Order Change #1, dated September 21, 2020.

3. Contract for New Single Engine Light Duty Helicopter, Parts, and Services (Contract No. 15987), dated as of April 28, 2021, between Tennessee Valley Authority and MD Helicopters, Inc., as amended by that certain Amendment No. 1, dated June 7, 2021.

4. Purchase Agreement, dated as of September 28, 2020, between MD Helicopters, Inc. and Virginia Beach Department of Public Works (Police Department), as amended by that certain Addendum No. 1, dated October 28, 2020 and that certain Addendum No. 2, dated March 12, 2021.

5. Purchase Order, dated as of June 18, 2021, between MD Helicopters, Inc. and City of Huntington Beach - Police Department, as amended by that certain Amendment No. 1, dated August 10, 2021.

6. Contract No. W58RGZ-20-C-0013, dated as of December 26, 2019, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

7. Contract No. W58RGZ-19-C-0036, dated as of June 1, 2019, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

8. Contract No. W58RGZ-17-C-0038, dated as of May 23, 2017, between MD Helicopters, Inc. and the Department of the Army.

9. Contract No. W58RGZ-20-C-0045, dated as of September 29, 2020, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

10. Contract No. W58RGZ-17-C-0089, dated as of September 5, 2017, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

11. Contract No. W58RGZ-15-C-0056, dated as of July 13, 2015, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

12. Contract No. W58RGZ-15-C-0002, dated as of October 1, 2014, between MD Helicopters, Inc. and Army Contracting Command-Redstone.

(v)

1. Cross License for Mission Enhanced Little Bird Product Line Assets, dated as of February 4, 2005, between McDonnell Douglass Helicopter Company and MD Helicopters, Inc.

(vi)

None.

(vii)

1. Cross License for Mission enhanced Little Bird Product Line Assets, dated as of February 4, 2005, between McDonnell Douglass Helicopter Company and MD Helicopters, Inc.

2. Sales Representative Agreement No. MD-REP-2020-1209-01, dated as of January 19, 2021, between MD Helicopters, Inc. and May Flower Trading and Contracting Co.

3. Sales Representative Agreement No. MD-REP-2021-0126-01r2, dated as of January 26, 2021, between MD Helicopters, Inc. and MD Helicopters Australia.

4. M250 Engine Original Equipment Manufacturer Sales Agreement, dated as of April 15, 2016, between MD Helicopters, Inc. and Rolls-Royce Corporation.

(viii)

None.

(ix)

None.

(x)

None.

(xi)

1. Credit Agreement, dated as of July 8, 2005, among MD Helicopters, Inc. as Borrower, the Lenders signatory thereto, and Patriarch Partners Agency Services, LLC, as agent (as amended by those certain Amendments No. 1 through 55) (the "Patriarch Credit Agreement").

2. Term A Note issued pursuant to the Patriarch Credit Agreement, dated as of July 8, 2005.

3. Term B Note issued pursuant to the Patriarch Credit Agreement, dated as of July 8, 2005.

4. Term C Note issued pursuant to the Patriarch Credit Agreement, dated as of July 8, 2005.

5. Security Agreement, dated as of July 8, 2005, among the grantor signatory thereto and Patriarch Partners Agency Services, LLC, as agent.

6. Note Purchase Agreement, dated April 17 2007, among MD Helicopters, Inc., Ark II CLO 2001-1, Limited, Ark Investment Partners II, L.P., Zohar CDO 2003-1, Limited, and Zohar II 2005-1, Limited (as amended by that certain Amendment No. 4 to Note Purchase Agreement dated January 17, 2016).

7.  Subordinated Note Due May 15, 2019, dated as of January 17, 2016, between MD Helicopters, Inc. and Zohar CDO 2003-1 Limited.

8.  Subordinated Note Due May 15, 2019, dated as of January 17, 2016, between MD Helicopters, Inc. and Ark II CLO 2001-1 Limited.

9.  Subordinated Note Due May 15, 2019, dated as of January 17, 2016, between MD Helicopters, Inc. and Ark Investment Partners II, L.P.

10. Subordinated Note Due May 15, 2019, dated as of January 17, 2016, between MD Helicopters, Inc. and Zohar II 2005-1, Limited.

11. Amended and Restated Subordinated Security Agreement, dated as of May 31, 2011, by and among MD Helicopters, Inc. and Ark Investment Partners II, L.P.

12. Amended and Restated Subordinated Security Agreement, dated as of May 31 2011, by and among MD Helicopters, Inc. and Zohar CDO 2003-1, Limited.

13. Amended and Restated Subordinated Security Agreement, dated as of May 31 2011, by and among MD Helicopters, Inc. and Zohar II 2005-1, Limited.

14. Cash Balance Pension Plan.

(xii)

None.

(xiii)

1.  *Schedule 4.8(a)(xi)* is hereby incorporated by reference as if fully set forth herein.

2.  Amended and Restated Loan and Security Agreement, dated October 18, 2006, by and among the Company, Patriarch Partners Agency Services, LLC and the other parties thereto, as amended.

3.  Trademark Security Agreement, dated as of September 2010, by MD Helicopters, Inc. in favor of Patriarch Partners Agency Services, LLC.

(b)

1.  Item 1 set forth on *Schedule 4.22* is hereby incorporated by reference as if fully set forth herein.

24

**SCHEDULE 4.9**

<u>Material Customers; Material Suppliers</u>

(a)



(b)



3.  Latham & Watkins LLP

    a.  Approximate 2021 total spend: $4,397,850

4.  Bradley Arant Boult Cummings LLP

    a.  Approximate 2021 total spend: $3,702,595



6.  Blue Cross Blue Shield of Arizona, Inc.

    a.  Approximate 2021 total spend: $2,515,242



## SCHEDULE 4.11

### Title and Sufficiency of Assets; Tangible Property

(b)

   1. *Schedule 1.1(b)* is hereby incorporated by reference as if fully set forth herein.

(c)

### Aircraft, Airframe and Engines

| Airframe MSN | Airframe Type | FAA Registration Number | Mfg. Year | Engine MSN | Engine Type |
|---|---|---|---|---|---|
| 0553E | MD Helicopters, Inc. model 369E | N7032V | 2000 | CAE-295813, no lien filed on engine | Rolls Royce 250-C20B |
| 900-00095 | MD Helicopters, Inc. model MD 900 | N912LH (Previously N70040) | 2001 | PCE-BG0035 & PCE-BG0036 | Pratt & Whitney model PW207E |
| LN092 | MD Helicopters, Inc. model 500N | N70512 | 2000 | CAE-295810, no lien filed on engine | Rolls Royce |
| 900-00008 | McDonnell Douglas Helicopter model MD 900 | N900MH | 1993 | PCE-BG0078 & PCE-BG0077 | Pratt & Whitney |
| 0004F | Hughes model 369F | N630N | 1984 | CAE-847847 | Rolls Royce |
| 900-00138 | MD Helicopters, Inc. model MD 900 | N4087X | 2009 | PCE-BG0145 & PCE-BG0141 | Pratt & Whitney |
| 0709FF | MD Helicopters, Inc. model 369FF | N369FF | 2009 | CAE 900195 No Lien on Engine | Rolls Royce |
| 0186FF | MD Helicopters, Inc. model 369FF | N540HH (Previously N4361S) | 2012 | CAE-900281; no lien filed on engine | Rolls Royce |
| 900-00141 | MD Helicopters, Inc. model MD 900 | N42483 | 2014 | PCE-BG0142 & PCE-BG0146 | Pratt & Whitney |
| 0625E | MD Helicopters, Inc. model 369E | N40125 (Pending Change to N500AZ) | 2020 | CAE-837142 | Rolls Royce M250-C20B |
| *0334FF | MD Helicopters, Inc. | N40048 | 2021 | CAE-900391 | Rolls Royce M250-C20R |
| N/A | N/A | N/A | N/A | CAE-296174 | Rolls Royce M250-C20R |
| N/A | N/A | N/A | N/A | CAE-296175 | Rolls Royce M250-C20R |
| N/A | N/A | N/A | N/A | CAE-296176 | Rolls Royce M250-C20R |
| N/A | N/A | N/A | N/A | CAE-900393 | Rolls Royce M250-C30 |
| N/A | N/A | N/A | N/A | CAE-900395 | Rolls Royce M250-C30 |
| N/A | N/A | N/A | N/A | CAE-900373 | Rolls Royce |

| Airframe MSN | Airframe Type | FAA Registration Number | Mfg. Year | Engine MSN | Engine Type |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | CAE-900389 | Rolls Royce |
| N/A | N/A | N/A | N/A | CAE-900344 | Rolls Royce |
| N/A | N/A | N/A | N/A | CAE-847909 | Rolls Royce |
| N/A | N/A | N/A | N/A | CAE-847911 | Rolls Royce |
| N/A | N/A | N/A | N/A | BG0147 | Pratt & Whitney 207E |
| N/A | N/A | N/A | N/A | BG0155 | Pratt & Whitney 207E |
| N/A | N/A | N/A | N/A | BG0180 | Pratt & Whitney 207E |
| N/A | N/A | N/A | N/A | BG0181 | Pratt & Whitney 207E |
| N/A | N/A | N/A | N/A | BG0186 | Pratt & Whitney 207E |
| N/A | N/A | N/A | N/A | BG0187 | Pratt & Whitney 207E |

# SCHEDULE 4.12

## Intellectual Property

(a)

(i)

None.

(ii)

## U.S. Trademarks

| | Trademark/Image if any | Application Number Application Date | Registration Number Registration Date | Status | Owner |
|---|---|---|---|---|---|
| 1. | MD EXPLORER | 78348717 January 7, 2004 | 2932985 March 15, 2005 | Renewed March 15, 2015 | MD Helicopters, Inc. |
| 2. | MD HELICOPTERS and Design  | 75867618 December 9, 1999 | 2475222 August 7, 2001 | Renewed August 7, 2011 | MD Helicopters, Inc. |
| 3. | MD900 | 75896020 January 13, 2000 | 2781004 November 11, 2003 | Renewed November 27, 2013 | MD Helicopters, Inc. |

## Foreign Trademarks

| | Trademark/Image if any | Application Number Application Date | Registration Number Registration Date | Status | Brief Goods/Services Class | Owner |
|---|---|---|---|---|---|---|
| | ROMANIAN TRADEMARKS | | | | | |
| 1. | MD 540 F | M 2012 07819 12/04/2012 | 124679 07/04/2013 | Registered | Int'l class 12 | MD Helicopters, Inc. |
| | JORDAN TRADEMARKS | | | | | |
| 1. | MD 540 F | JO/T/1/103027 12/04/2012 | 126582 07/02/2013 | Registered | Int'l class 12 | MD Helicopters, Inc. |
| | SAUDI ARABIAN TRADEMARKS | | | | | |

| | Trademark/Image if any | Application Number Application Date | Registration Number Registration Date | Status | Brief Goods/Services Class | Owner |
|---|---|---|---|---|---|---|
| 1. | MD 540F | 143400799 12/03/2012 | -- | Registered | Int'l class 12 | MD Helicopters, Inc. |
| **UNITED ARAB EMIRATES TRADEMARKS** | | | | | | |
| 1. | MD 540F | 182939 12/04/2012 | -- | Published | Int'l class 12 | MD Helicopters, Inc. |
| **INDIAN TRADEMARKS** | | | | | | |
| 1. | MD POWER | 1712353 07/21/2008 | 906185 01/14/2011 | Renewed | Int'l class 37 | MD Helicopters, Inc. |

(iii)

| | COPYRIGHT TITLE | REGISTRATION NUMBER | REGISTRATION DATE | CLAIMANT |
|---|---|---|---|---|
| 1. | Basic Handbook of Maintenance Instruction (CSP-HMI-2) Servicing and Maintenance. | TX0008323 450 | 09/15/2016 | MD Helicopters, Inc. |
| 2. | CSP-H-2 Basic Handbook of Maintenance Instructions for MDHI 369 H Helicopters. | TX0008280 426 | 08/25/2016 | MD Helicopters, Inc. |
| 3. | CSP-H-5, Component Overhaul Manual. | TX0008280 431 | 08/25/2016 | MD Helicopters, Inc. |
| 4. | CSP-IPC-4 Illustrated Parts Catalog For MD500/600 Series Helicopters Models 369D/E/FF-500/600N Reissue No. 1 | TX0008749 494 | 04/09/2019 | MD Helicopters, Inc. |
| 5. | CSP-IPC-4 Illustrated Parts Catalog For MD500/600 Series Helicopters Models 369D/E/FF-500N 600N Rev. 1 | TX0008749 481 | 04/09/2019 | MD Helicopters, Inc. |
| 6. | CSP-SRM-6 Structural Repair Manual | TX0008280 467 | 08/25/2016 | MD Helicopters, Inc. |
| 7. | Maintenance Manual CSP-H-4 Appendix B for MDHI 369H Helicopters. | TX0008280 464 | 08/25/2016 | MD Helicopters, Inc. |

| | COPYRIGHT TITLE | REGISTRATION NUMBER | REGISTRATION DATE | CLAIMANT |
|---|---|---|---|---|
| 8. | McDonnell Douglas Helicopter Systems 11 November 19934 Illustrated Parts Catalog MDHS 500H Series Helicopter. | TX0008280 460 | 08/25/2016 | MD Helicopters, Inc. |
| 9. | MD Helicopters Inc. CSP-HMI-2 Handbook of Maintenance Instructions for MDHI 369D/E/FF - 500/600N Helicopters | TX0008280 403 | 08/25/2016 | MD Helicopters, Inc. |
| 10. | MD Helicopters Inc. CSP-HMI-2 Handbook of Maintenance Instructions for MDHI 369D/E/FF - 500/600N Helicopters | TX0008280 422 | 08/25/2016 | MD Helicopters, Inc. |
| 11. | MD Helicopters Inc. CSP-HMI-3 Handbook of Maintenance Instructions Instruments-Electrical-Avionics for MDHI 369D/E/FF - 500/600N Helicopters. | TX0008280 465 | 08/25/2016 | MD Helicopters, Inc. |
| 12. | MD500 OEM Drawings for Spare Parts | VAu001259 339 | 08/25/2016 | MD Helicopters, Inc. |
| 13. | MD500 OEM Drawings for Spare Parts, Volume Two | VAu001334 344 | 12/20/2017 | MD Helicopters, Inc. |
| 14. | MDHC 500 Model 369H Series Helicopter Appendix A Optional Equipment Manual Handbook of Maintenance Instructions | TX0008245 842 | 08/25/2016 | MD Helicopters, Inc. |
| 15. | MDHC 500D (369D) 500E (369E) 530FF (369FF) Series Helicopter Illustrated Parts Catalog (CSP-IPC-4) | TX0008749 492 | 04/09/2019 | MD Helicopters, Inc. |
| 16. | MDHC 500D (369D) 500E (369E) 530FF (369FF) Series Helicopter Illustrated Parts Catalog (CSP-IPC-4) Change 1-4. | TX0008751 228 | 04/09/2019 | MD Helicopters, Inc. |
| 17. | MDHC 500D (369D) 500E (369E) 530FF (369FF) Series Helicopter Illustrated Parts Catalog (CSP-IPC-4) Change 4. | TX0008749 478 | 04/09/2019 | MD Helicopters, Inc. |
| 18. | MDHI Model Helicopters Model 369D/E/FF-500/600N Basic Handbook | TX0008731 068 | 04/09/2019 | MD Helicopters, Inc. |

| COPYRIGHT TITLE | REGISTRATION NUMBER | REGISTRATION DATE | CLAIMANT |
|---|---|---|---|
| | of Maintenance Instructions (CSP-HMI-2) Rev 29. | | | |
| 19. | MDHI Model Helicopters Model 369D/E/FF 500/600N Illustrated Parts Catalog (CSP-IPC-4) Rev 15. | TX0008731 084 | 04/09/2019 | MD Helicopters, Inc. |
| 20. | MDHI Model Helicopters Model 369D/E/FF 500/600N Illustrated Parts Catalog (CSP-IPC-4) Rev 6. | TX0008731 134 | 04/09/2019 | MD Helicopters, Inc. |
| 21. | MDHI Model Helicopters Model 369H Basic Handbook of Maintenance Instructions (CSP-H-2) Rev 17. | TX0008731 082 | 04/09/2019 | MD Helicopters, Inc. |
| 22. | MDHI Model Helicopters Model 369H Basic Handbook of Maintenance Instructions (CSP-H-2) Rev 18. | TX0008731 141 | 04/09/2019 | MD Helicopters, Inc. |
| 23. | MDHI Model Helicopters Models 369D/E/FF-500/600N Basic Handbook of Maintenance Instructions (CSP-HIM-2) Rev 47. | TX0008731 075 | 04/09/2019 | MD Helicopters, Inc. |
| 24. | MDHI Model Helicopters Models 369D/E/FF-500/600N Basic Handbook of Maintenance Instructions (CSP-HMI-2) Rev 23. | TX0008731 060 | 04/09/2019 | MD Helicopters, Inc. |
| 25. | MDHI Model Helicopters Models 369D/E/FF - 500/600N CSP-COM-5 Component Overhaul Manual. | TX0008280 456 | 08/25/2016 | MD Helicopters, Inc. |
| 26. | MDHI Model Helicopters Models 369D/E/FF - 500/600N CSP-COM-5 Component Overhaul Manual. | TX0008280 433 | 08/25/2016 | MD Helicopters, Inc. |
| 27. | MDHI Model Helicopters Models 369D/E/FF - 500N/600N Illustrated Parts Catalog (CSP-IPC-4) | TX0008280 409 | 08/25/2016 | MD Helicopters, Inc. |
| 28. | MDHI Specifications. | TXu002157 440 | 12/20/2017 | MD Helicopters, Inc. |

| | COPYRIGHT TITLE | REGISTRATION NUMBER | REGISTRATION DATE | CLAIMANT |
|---|---|---|---|---|
| 29. | MDHS Model Helicopters Model 369D/E/FF-500/600N Illustrated Parts Catalog (CSP-IPC-4) Rev 2 | TX0008749 475 | 04/09/2019 | MD Helicopters, Inc. |
| 30. | MDHS Model Helicopters Model 369D/E/FF Illustrated Parts Catalog (CSP-IPC-4) Change 5 | TX0008731 103 | 04/09/2019 | MD Helicopters, Inc. |
| 31. | MDHS Model Helicopters Model 369D/E/FF Illustrated Parts Catalog (CSP-IPC-4) Change 6. | TX0008749 483 | 04/09/2019 | MD Helicopters, Inc. |
| 32. | MDHS Model Helicopters Model 369D/E/FF Illustrated Parts Catalog (CSP-IPC-4) Change 7 | TX0008745 515 | 04/09/2019 | MD Helicopters, Inc. |
| 33. | MDHS Model Helicopters Model 369D/E/FF-Model 500N Component Overhaul Manual (CSP-COM-5) | TX0008749 467 | 04/09/2019 | MD Helicopters, Inc. |
| 34. | MDHS Model Helicopters Model 369D/E/FF Model 500N Illustrated Structures Catalog (CSP-ISC-7) | TX0008265 523 | 08/25/2016 | MD Helicopters, Inc. |
| 35. | MDHS Model Helicopters Models 369D/E/FF-500/600N Basic Handbook of Maintenance Instructions (CSP-HMI-2) | TX0008731 058 | 04/09/2019 | MD Helicopters, Inc. |

(iv)

    www.mdhelicopters.com
    mymd.aero

(b)

None.

(c)

    1.   Aerometals, Inc. Matter.

(h)

None.

## SCHEDULE 4.13

### Real Property

(a)

(ii)

1. The buildings situated at 4555 E McDowell Rd, Mesa, AZ 85215 commonly known as Building 610, Building 612, Building 615, Building 620 and Building 630/Madison Hangar.[1]

(b)

1. *Schedule 2.1(a)* is hereby incorporated by reference as if fully set forth herein.[2]

---

[1]  Pursuant to the findings of fact and conclusions of law issued orally by the Bankruptcy Court on the record at a hearing held on May 26, 2022 (the "Netherlands Ruling"), the Bankruptcy Court determined that the Sellers do not own the buildings identified on this Schedule 4.13(a)(ii) or, alternatively, to the extent owned by the Debtors, the buildings are personal property of the Sellers. Notwithstanding anything in the Agreement to the contrary, Sellers shall sell, and the Buyer shall purchase and acquire, each of Seller's right, title and interest in and to all of the property identified in this Schedule 4.13(a)(ii) and Seller makes no representation or warranty that Seller has good and valid title to the property identified in this Schedule 4.13(a)(ii).

[2]  Pursuant to the Netherlands Ruling, the Bankruptcy Court determined that the Leased Real Property are personal property under Arizona law. Nothing in the Agreement nor this Schedule 4.13 shall be deemed an admission by Buyer or Seller that the Leased Real Property are real property under Arizona law or otherwise.

**SCHEDULE 4.14**

<u>Environmental, Health and Safety</u>

1. The representations and warranties set forth in Section 4.14 of the Agreement are hereby qualified by the matters described in the following reports, each of which is incorporated by reference herein:

   a. Aeterra, Phase I Environmental Site Assessment, MD Helicopters, Inc. – Production Campus, 4555 East McDowell Road, Mesa, Arizona, DRAFT Dated: March 2022.

   b. Aeterra, Phase I Environmental Site Assessment, MD Helicopters, Inc. – Aftermarket Operations, 5456 East McDowell Road, Suites 101, 109, and 125, Mesa, Arizona, DRAFT Dated: March 2022.

   c. Aeterra, Limited Environmental Compliance Review and Limited Health & Safety Review, MD Helicopters, Inc. – Production Campus, 4555 East McDowell Road, Mesa, Arizona, DRAFT Dated: March 2022.

   d. Aeterra, Limited Environmental Compliance Review and Limited Health & Safety Review, MD Helicopters, Inc. – Aftermarket Operations, 5456 East McDowell Road, Suites 101, 109, and 125, Mesa, Arizona, DRAFT Dated: March 2022.

**SCHEDULE 4.15**

<u>Taxes</u>

(f)

1.  MDH has been notified by a letter from the IRS Taxpayer Advocate Service, dated February 5, 2022, that the IRS has selected MDH's tax modules for taxable years 2019 and 2020 for examination.

**SCHEDULE 4.16**

<u>Employee Benefits</u>

(a)

1. MD Helicopters, Inc. Cash Balance Pension Plan

2. MD Helicopters, Inc. Voluntary Investment Plan

3. BluePreferred Alliance and Broad PPO Health Plans

4. Blue Cross Blue Shield Global Expat Insurance

5. Cigna Medical Benefit Abroad

6. BluePreferred Saver Alliance - Health Savings Account

7. BCBSAZ PPO and DMO Dental Plans

8. EyeMed Vision Plan

9. Flexible Spending Accounts

10. Short-Term & Long-term Disability (Mutual of Omaha)

11. Basic Life and AD&D (Mutual of Omaha)

12. Accident & Critical Illness

13. MDHI Employee Handbook

14. MD Helicopters, Inc. 2015 Sales Commission Plan

15. Employee Assistance Program

16. International Assignment Agreement, dated January 4, 2022, with Andrew Anderson.

17. International Assignment Agreement, dated January 4, 2022, with Michael Johnson.

18. International Assignment Agreement, dated October 5, 2021, with Jeremy Ryner.

19. International Assignment Agreement, dated October 20, 2021, with Randy Burtch.

20. The following retention bonuses:[3]

| Name | Job Title | Hire Date | Retention Bonus Amount |
|------|-----------|-----------|------------------------|
| ███████ | ████████████████ | ████ | ███ |
| ████ | ████████████ | ████ | ██ |
| █████ | ██████████████ | ████ | ███ |
| ██████ | ██████████ | ████ | ████ |
| █████ | ████████ | ████ | ████ |
| ████ | ████████████████ | ████ | ████ |
| ██████ | ████████ | ████ | ████ |
| ██████ | ████████████ | ████ | ████ |
| ██████ | █████████████ | ████ | ████ |
| ██████ | ████████████ | ████ | ████ |
| ██████ | ██████████████ | ████ | ████ |
| Hladkyj, Yaropolk R | General Counsel | 7/19/2021 | $75,000.00 |
| Jaran, Chris | Chief Operating Officer | 7/9/2019 | $175,000.00 |
| █████ | ████████████ | ███ | ████ |
| ██████ | ██████████████ | ███ | ████ |
| ██████ | ████████████████ | ███ | ████ |
| █████ | █████████ | ███ | ████ |
| ██████ | █████████████ | ███ | ████ |
| ██████ | ██████████ | ███ | ███ |
| ██████ | ████████ | ███ | ████ |
| ██████ | █████████ | ███ | ████ |
| █████ | ██████████████ | ███ | ████ |
| Sullivan, Barry | Chief Financial Officer | 8/1/2020 | $400,000.00 |

---

[3]  Such bonuses are subject to forfeiture upon a termination of the holder prior to the earlier of the occurrence of a change of control or September 30, 2022.

(d)

1.    MD Helicopters, Inc. Cash Balance Pension Plan.

**SCHEDULE 4.17**

Labor Matters

(b)

None.

(c)

1.  Michael Sandidge vs. MD Helicopters, Inc., dated January 14, 2022, CRD No. CRD-2022-0048, EEOC No. 35A-2022-00135.

2.  Thomas McNeil v. MD Helicopters Inc. No.: CRD-2022-0282 EEOC No.: 35A-2022-00265.

3.  Dennis Welsh, Plaintiff, vs. MD Helicopters, Inc., an Arizona corporation, Southwest Technical Solutions, Inc., an Arizona corporation, Alan Carr and Jane Doe Carr, a married couple, Yaropolk Hladkyj and Jane Doe Hladkyj, a married couple, Barry Sullivan and Jane Doe Sullivan, a married couple, Timothy Mahowald and Jane Doe Mahowald, a married couple, and Joetta Midkiff and John Doe Midkiff, a married couple, Defendants. UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, Case 2:22-cv-00401-DMF, Filed 03/15/22.

**SCHEDULE 4.18**

<u>Insurance Policies</u>

| | Type | Policy Number | Period |
|---|---|---|---|
| 1. | (Willis Limited) Aviation Manufacturers Hull and Liability | B080116326A20 | 12/25/2021-12/25/2022 |
| 2. | (Liberty Mutual) Business Auto | BAS (22) 60 97 26 99 | 5/1/2021-5/12022 |
| 3. | (Steadfast Insurance Company) Zurich Cyber Insurance Policy | SPR 8663007 - 00 | 5/10/2021-5/10/2022 |
| 4. | (North American Elite Insurance Company) One Form - Property Policy for North America | NAP 2001646 04 | 5/1/2021-5/1/2022 |
| 5. | (Starr Indemnity & Liability Co.) Workers Compensation and Employers Liability Policy | 100 0001691 | 5/1/2021-5/1/2022 |
| 6. | (RSUI Indemnity Company) Excess Liability Policy | NHS694647 | 7/11/2021-7/11/2022 |
| 7. | (Ascot Insurance Company) Excess Follow Form Insurance Policy | MLXS2110000655-01 | 7/11/2021-7/11/2022 |
| 8. | (AXA XL Professional Insurance) Excess Policy | ELU176565-21 | 7/11/2021-7/11/2022 |
| 9. | (Wesco Insurance Company) Private Company Liability, Employment Practices Liability, Fiduciary Liability, Excess Private Management Liability | EUW1909932 00 | 7/11/2021-7/11/2022 |
| 10. | (RSUI Indemnity Company) Excess Private Management Liability | NHS694647 | 7/11/2021-7/11/2022 |
| 11. | (Old Republic Insurance Company) Primary, Personal Injury, Aircraft Physical Damage | MP 00025204 | 12/25/2021-12/25/2022 |
| 12. | (Ascot Insurance Company) Excess Management Liability | MLXS2110000655-01 | 7/11/2021-7/11/2022 |
| 13. | (Willis Limited/Willis Towers Watson) Hull War Risks | B080116424A21 | 12/25/2021-12/25/2022 |

| | **Type** | **Policy Number** | **Period** |
|---|---|---|---|
| 14. | (Willis Limited/Willis Towers Watson) Aviation Manufacturers Hull and Liability | B080116326A21 | 12/25/2021-12/25/2022 |
| 15. | (Starr Indemnity & Liability Co.) Aviation Manufacturers Hull and Liability | 1000189383-01 | 12/25/2021-12/25/2022 |
| 16. | (Allianz) Aviation Manufacturers Hull and Liability | A1PR000207521AM | 12/25/2021-12/25/2022 |

**SCHEDULE 4.19**

<u>Brokers</u>

1.  Moelis & Company.

**SCHEDULE 4.20**

Absence of Changes

(b)

1.  Renewal of US Department of State, Bureau of Political-Military Affairs, Directorate of Defense Trade Controls, Registration Statement, Code M13757 (expires 3/31/2023).

2.  Sellers have granted salary changes and increases, paid bonuses and hired employees, in each case in the ordinary course of business.

**SCHEDULE 4.22**

<u>Absence of Unlawful Payments; Anticorruption; Anti-Money Laundering; Sanctions</u>

1.  The Qui Tam Action.



**SCHEDULE 4.23**

<u>Government Contracts</u>

1.  The Qui Tam Action.

(a)

(i)

1.  *Schedule 4.8(a)(iv)* is hereby incorporated by reference as if fully set forth herein.

(ii)

None.

(iii)

1.  Teaming Agreement, effective July 19, 2021, by and between Black Hall Aerospace, Inc. and MD Helicopters, Inc.

2.  Teaming Agreement, dated as of July 27, 2018, between Science and Engineering Services, LLC and MD Helicopters, Inc.

(c)

1.  ███████████████████████████████████

(o)

1.  ███████████████████████████████████

(v)

1.  Sixteen Inert 2.75" M229 (motors).

## SCHEDULE 6.1

Conduct of Business

None.

**SCHEDULE 8.2(h)**

Third Party Approvals and Consents

1. █████████████████████████████████████████████████