IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 362** |

# CERTIFICATION OF COUNSEL REGARDING
# MOTION TO SEAL SCHEDULES TO ASSET PURCHASE AGREEMENT

I, Evelyn J. Meltzer, counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certify as follows:

1. On June 15, 2022, the Debtors filed the (i) unredacted *Notice of Schedules to Asset Purchase Agreement* [D.I. 358] (the "APA Schedules") under seal; (ii) proposed redacted version of the APA Schedules [D.I. 360] (the "Proposed Redacted APA Schedules") and (iii) a motion for entry of an order authorizing the Debtors to file the APA Schedules under seal [D.I. 362] (the "Motion to Seal").

2. Attached as Exhibit A to the Motion to Seal was a proposed form of order granting the Motion to Seal (the "Proposed Order").

3. The Debtors received informal comments from the Office of the United States Trustee (the "UST") regarding the Proposed Order and the redactions in the Proposed Redacted APA Schedules.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#127224368 v2

2

4.      To resolve the UST's comments, on June 16, 2022, the Debtors filed the *Notice of Filing of Revised Proposed Redacted Schedules to Asset Purchase Agreement* [D.I. 370] and agreed to certain revisions to the Proposed Order.  A revised version of the Proposed Order is attached hereto as **Exhibit 1** (the "Revised Order") and attached hereto as **Exhibit 2** is a blackline reflecting the changes between the Revised Order and the Proposed Order.  The UST has reviewed the Revised Order and has no objections to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order at the hearing scheduled for June 17, 2022 at 9:00 a.m. (ET).

*[Signature Page Follows]*

| | |
|---|---|
| Dated: June 16, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ *Evelyn J. Meltzer*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: david.stratton@troutman.com<br>david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: suzzanne.uhland@lw.com<br>adam.ravin@lw.com<br>brett.neve@lw.com<br>tj.li@lw.com<br>alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#127224368 v2