## EXHIBIT 2

**Blackline**

#127224368 v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. ——362 |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF SCHEDULES TO THE ASSET PURCHASE AGREEMENT**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Debtors to file portions of the APA Schedules under seal, all as more fully set forth in the Motion; and a publicly viewable redacted version of the APA Schedules having been filed in these cases at D.I. 370; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

#127180394 v3#127226279 v2

no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file those portions of the APA Schedules that were redacted in D.I. ~~360~~370 (the "Sealed Material") under seal.

3. The Sealed Material is confidential and shall remain under seal, and shall not be made available to anyone, except that unredacted copies of the APA Schedules shall be provided to the Court, the Clerk of the Court, and the U.S. Trustee, and as further directed by order of this Court. ~~The~~All parties receiving the Sealed Material, including but not limited to the U.S. Trustee, shall keep the Sealed Material strictly confidential~~.~~, and ~~4.~~ ~~Any party who receives an unredacted copy of the APA Schedules in accordance with this Order~~ shall not disclose or otherwise disseminate the Sealed Material to any other person or entity, except that such information may be filed with the Court under seal in future Court filings.

~~5~~4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

~~6~~5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

~~#127180394 v3~~#127226279 v2