UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
MD HELICOPTERS, INC., *et al.*,[1]                         :  Case No. 22-10263 (KBO)
                                                           :
                        Debtors.                           :  (Jointly Administered)
                                                           :
---------------------------------------------------------- x

## SUPPLEMENTAL CERTIFICATE OF PUBLICATION

I, Nathan Chien, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 9, 2022, Kroll filed the Certificate of Publication of Nathan Chien Regarding Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors [Docket Number 234] (the "***Notice of Bid Procedures***").

In addition to the certifications attached thereto/referenced therein, this Certificate of Publication includes a sworn statement verifying that the *Notice of Bid Procedures,* as conformed for publication via digital banner advertisement, was published from May 1, 2022 through May 21, 2022, on *VerticalMag.com*, as described in the sworn statement attached hereto as **Exhibit A**.

Dated: June 17, 2022

*/s/ Nathan Chien*
Nathan Chien

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

SRF 61178

**Exhibit A**

## VERIFICATION OF PUBLICATION

Being duly sworn, Derek Kast is the Associate Publisher of MHM Publishing and is duly authorized by MHM Publishing to make this affidavit, and is fully acquainted with the facts herein: From May 1 thru May 21, 202, the enclosed banner ads ran on position B within Verticalmag.com website and mobile applications announcing the – MD Helicopter Notice of Bid Procedures – Statistics as noted below.

**LEGAL NOTICE**
**MD Helicopters Notice of Bid Procedures**

MD Helicopters will be selling substantially all of its assets as part of its bankruptcy. Interested bidders should visit the website for details on the bidding procedure.

The deadline to submit an Intention to Submit a Qualified Bid is
**May 20, 2022 at 4:00 p.m. ET.**

**GET MORE INFORMATION** 

## VERIFICATION OF PUBLICATION

Being duly sworn, Derek Kast is the Associate Publisher of MHM Publishing and is duly authorized by MHM Publishing to make this affidavit, and is fully acquainted with the facts herein: From May 1 thru May 21, 202, the enclosed banner ads ran on position C within Verticalmag.com website and mobile applications announcing the – MD Helicopter Notice of Bid Procedures – Statistics as noted below.

**LEGAL NOTICE**
**MD Helicopters Notice of Bid Procedures**

MD Helicopters will be selling substantially all of its assets as part of its bankruptcy. Interested bidders should visit the website for details on the bidding procedure.

The deadline to submit an Intention to Submit a Qualified Bid is
**May 20, 2022 at 4:00 p.m. ET.**

**GET MORE INFORMATION**



**LATEST ISSUES**





**LEGAL NOTICE**
**MD Helicopters Notice of Bid Procedures**

MD Helicopters will be selling substantially all of its assets as part of its bankruptcy. Interested bidders should visit the website for details on the bidding procedure.

The deadline to submit an Intention to Submit a Qualified Bid is
**May 20, 2022 at 4:00 p.m. ET.**

**GET MORE INFORMATION** →