# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                    :   Chapter 11
                                          :
MD HELICOPTERS, INC., et al.,[1]          :   Case No. 22-10263 (KBO)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
------------------------------------------------------------ x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 24, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Ankura Trust Company (MMLID: 13169216), 140 Sherman Street, 4th Floor, Fairfield, CT 06824:

- Certification of Counsel Regarding Order with Respect to Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business [Docket No. 149]

- Certificate of No Objection Regarding Order with Respect to Motion of Debtors for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 150]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors and (B) Redact from the Creditor Matrix Certain Personally Identifiable Information for Employees; and (II) Granting Related Relief [Docket No. 152]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Foreign Vendors, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [Docket No. 153]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 154]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 155]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Prepetition Insurance and (B) Maintain Their Postpetition Insurance Coverage, and (II) Granting Related Relief [Docket No. 156]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Existing Customer Programs in the Ordinary Course of Business and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 158]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 160]

- Certification of Counsel and of No Objection Regarding Final Order with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Workforce Obligations and (B) Continuation of Workforce Programs on Postpetition Basis, (II) Authorizing Payment of Payroll-Related Taxes, (III) Confirming the Debtors' Authority to Transmit Payroll Deductions, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Granting Related Relief [Docket No. 161]

*[Remainder of page left blank intentionally]*

Dated: June 28, 2022

                                                                                     /s/ *Nuno Cardoso*
                                                                                     Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 28, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024