IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 328** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF ORDER UNDER 11 U.S.C. §§ 105(a), 363(b), 1107(a) AND 1108, AND FED. R. BANKR. P. 6004 AND 9019 (I) AUTHORIZING THE DEBTORS TO PAY GOVERNMENT SUBCONTRACTOR, (II) APPROVING RELATED SETTLEMENT AND RELEASE AGREEMENT, AND (III) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that he did not receive any formal or informal response to the *Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related Relief* [D.I. 328] (the "Motion") filed on June 9, 2022. The undersigned further certifies that he has reviewed the docket in this case and that no response to the Motion appears thereon.

The notice filed with the Motion established a deadline of June 23, 2022 at 4:00 p.m. (ET) for filing and service of responses to the Motion. A hearing on the Motion is scheduled for July 14, 2022 at 9:30 a.m. (ET).[2]

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] The response deadline was extended to June 29, 2022 at 4:00 p.m. (ET) for the Office of the United States Trustee, which has confirmed that it has no response the Motion.

#127621755 v1

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached as Exhibit A to the Motion at the Court's earliest convenience.

| | |
|---|---|
| Dated: June 29, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Kenneth A. Listwak*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:  david.stratton@troutman.com<br>         david.fournier@troutman.com<br>         evelyn.meltzer@troutman.com<br>         kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  suzzanne.uhland@lw.com<br>         adam.ravin@lw.com<br>         brett.neve@lw.com<br>         tj.li@lw.com<br>         alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

-2-

#127621755 v1