**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
In re:                                      :   Chapter 11
                                            :
MD HELICOPTERS, INC., et al.,               :   Case No. 22-10263 (KBO)
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
------------------------------------------------------------- x
```

## ORDER SETTING AN OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following hearing date has been scheduled in the above-captioned matter:

a.      August 11, 2022 at 1:00 p.m. (ET)

**Dated: July 1st, 2022
Wilmington, Delaware**

Ka B. Ow.

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

#127678580 v1