IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 326** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 30, 2022 THROUGH AND INCLUDING APRIL 30, 2022**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that she did not receive any formal or informal response to the *First Monthly Application of Troutman Pepper Hamilton Sanders LLP as Co-Counsel to The Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for The Period March 30, 2022 Through and Including April 30, 2022* (the "Application") [Docket No. 326], filed on June 9, 2022. The undersigned further certifies that she has reviewed the docket in this case and that no response to the Motion appears thereon. The notice filed with the Motion established a deadline of June 30, 2022 at 4:00 p.m. (ET) for filing and service of responses to the Application.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#127657764 v1

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 173] (the "Compensation Procedures Order"), the above-captioned debtor and debtor in possession is authorized to pay Troutman Pepper Hamilton Sanders LLP the sum of $230,303.20, which represents 80% of the total fees requested ($287,879.00) and 100% of the expenses requested ($4,916.80) in the Application upon the filing of this certificate and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: July 1, 2022<br>   Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ *Evelyn J. Meltzer*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:   david.stratton@troutman.com<br>   david.fournier@troutman.com<br>   evelyn.meltzer@troutman.com<br>   kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:   suzzanne.uhland@lw.com<br>   adam.ravin@lw.com<br>   brett.neve@lw.com<br>   tj.li@lw.com<br>   alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |