# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD HELICOPTERS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 391 and 392** |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 105 AND FED. R. BANKR. P. 4001 AND 9019 AUTHORIZING AND APPROVING STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that she did not receive any formal or informal response to the *Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay* (the "Motion") [Docket No. 391], filed on June 22, 2022. The undersigned further certifies that she has reviewed the docket in this case and that no response to the Motion appears thereon.

The *Notice of Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay* [Docket No. 392], established a deadline of July 6, 2022 at 4:00 p.m. (ET) for filing and service of responses to the Motion. A hearing on the Motion is scheduled for July 14, 2022 at 9:30 a.m. (ET).

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached as Exhibit A to the Motion at the Court's earliest convenience.

| | |
|---|---|
| Dated: July 7, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Evelyn J. Meltzer*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>Email: david.stratton@troutman.com<br>        david.fournier@troutman.com<br>        evelyn.meltzer@troutman.com<br>        kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: suzzanne.uhland@lw.com<br>        adam.ravin@lw.com<br>        brett.neve@lw.com<br>        tj.li@lw.com<br>        alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

#127785786 v1