IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD Helicopters, Inc., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.: 119, 181, 295, 419, and 421** |

### NOTICE OF *RESCHEDULED* HEARING REGARDING LOYENS & LOEFF N.V. OCP DECLARATION

**PLEASE TAKE NOTICE** that on April 4, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in Ordinary Course of Business* [D.I. 119], seeking entry of an order allowing them to retain and compensate ordinary course professionals ("OCPs").

**PLEASE TAKE FURTHER NOTICE** that on April 20, 2022, the Court entered the *Order Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business* [D.I. 181] (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that on May 31, 2022, the Debtors filed the *Declaration in Support of Employment of Loyens & Loeff N.V. as Professionals Utilized in the Ordinary Course of Business* [D.I. 295] (the "Loyens Declaration") to retain Loyens & Loeff N.V. ("Loyens") as an OCP pursuant to the OCP Order.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#127840480 v2

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2022, the Office of the United States Trustee filed the *Objection of the U.S. Trustee to Debtors' Request to Retain Loyens & Loeff N.V. as Professionals Utilized in the Ordinary Course Of Business* [D.I. 419] (the "Objection").[2]

**PLEASE TAKE FURTHER NOTICE** that on July 7, 2022, the Debtors filed the *Notice of Hearing Regarding Loyens & Loeff N.V. OCP Declaration* [D.I. 421], which provided that a hearing with respect to the retention of Loyens as an OCP would be held on July 14, 2022 at 9:30 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to the retention of Loyens as an OCP has been rescheduled to **August 11, 2022 at 1:00 p.m. (ET)** before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

*[Signature Page Follows]*

---

[2] Pursuant to the OCP Order, the deadline to file objections to the Loyens Declaration was June 14, 2022. The Debtors extended this deadline for the Office of the United States Trustee until July 6, 2022.

#127840480 v2

Dated: July 8, 2022
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*