IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 401** |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that she did not receive any formal or informal response to the *Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions* (the "Motion") [Docket No. 401], filed on June 27, 2022. The undersigned further certifies that she has reviewed the docket in this case and that no response to the Motion appears thereon.

The notice filed with the Motion established a deadline of July 7, 2022 at 4:00 p.m. (ET) for filing and service of responses to the Motion. A hearing on the Motion is scheduled for July 14, 2022 at 9:30 a.m. (ET).

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order attached as Exhibit A to the Motion at the Court's earliest convenience.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#127812626 v1

Dated: July 8, 2022
      Wilmington, Delaware

Respectfully Submitted,

/s/ Evelyn J. Meltzer
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email:  david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*