# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
MD HELICOPTERS, INC., *et al.,*[1] : Case No. 22-10263 (KBO)
: 
Debtors. : (Jointly Administered)
: 
: **Objection Deadline: July 29, 2022 at 4:00 p.m. (ET)**
------------------------------------------------------- x

**COVER SHEET FOR SECOND MONTHLY APPLICATION OF
LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| | |
|---|---|
| Name of applicant: | Latham & Watkins LLP |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of retention: | April 20, 2022, effective as of March 30, 2022 |
| Period for which compensation and reimbursement are sought: | May 1, 2022 through May 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,619,098.00 (80% = $1,295,278.40) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $12,362.38 |

This is a(n):  X  monthly  ___ interim  ___ final application

This monthly application includes 31.3 hours with a value of $30,179.50 incurred in connection with the preparation of fee applications.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

Prior Applications Filed:

| Docket No. | Date Filed | Period Covered | Fees | Expenses | CNO Filed |
|---|---|---|---|---|---|
| 312 | 6/3/22 | 3/30/22 – 4/30/22 | $1,744,456.50 | $9,323.74 | 6/27/22 |

## COMPENSATION BY PROFESSIONAL

| Name of Professional | Position; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gorton, James | Partner. Joined firm in 2003. Member of New York Bar since 1987. | $2,075.00 | 20.7 | $42,952.50 |
| Uhland, Suzzanne | Partner. Joined firm in 2020. Member of California Bar since 1988. Member of District of Columbia Bar since 2014. Member of New York Bar since 2015. | $1,895.00 | 120.5 | $228,347.50 |
| Kronsnoble, Joseph | Partner. Joined firm in 1991. Member of Illinois Bar since 1991. | $1,855.00 | 1.1 | $2,040.50 |
| Harris, Christopher | Partner. Joined firm in 1996. Member of California Bar since 1997. Member of New York since 1998. | $1,540.00 | 27.5 | $42,350.00 |
| Pepin, Jennifer | Partner. Joined firm in 2020. Member of New York Bar since 2009. | $1,505.00 | 3.6 | $5,418.00 |
| Jefcoat, Kyle | Partner. Joined firm in 2004. Member of District of Columbia Bar since 2005. Member of New York Bar since 2000. | $1,295.00 | 4.2 | $5,439.00 |
| Jones, Erin | Partner. Joined firm in 2010. Member of California Bar since 2010. Member of District of Columbia Bar since 2011. | $1,265.00 | 3.0 | $3,795.00 |
| Robinson, Anne | Partner. Joined firmed in 2005. Member of California Bar since 2005. Member of District of Columbia Bar since 2007. | $1,265.00 | 16.3 | $20,619.50 |
| Ravin, Adam | Counsel. Joined firm in 2010. Member of New Jersey Bar since 1995. Member of New York Bar since 2002. | $1,465.00 | 184.7 | $270,585.50 |
| Parhami, Edmond | Counsel. Joined firm in 2012. Member of New York Bar since 2013. | $1,335.00 | 12.6 | $16,821.00 |
| Morris, Elizabeth | Associate. Joined firmed in 2013. Member of New York Bar since 2013. Member of Pennsylvania Bar since 2013. | $1,165.00 | 67.7 | $78,870.50 |
| Neve, Brett | Associate. Joined firm in 2019. Member of California since 2015. Member of New York Bar since 2018. | $1,165.00 | 176.5 | $205,622.50 |
| Williams, Daniel | Associate. Joined firm in 2015. Member of New York Bar since 2016. | $1,165.00 | 11.0 | $12,815.00 |
| Hand, Alisa | Associate. Joined firm in 2017. Member of New York Bar since 2018. | $1,120.00 | 4.2 | $4,704.00 |
| Kutilek, Lukas | Associate. Joined firm in 2021. Member of New York Bar since 2019. | $1,050.00 | 2.6 | $2,730.00 |
| Li, Tianjiao | Associate. Joined firm in 2020. Member of New York Bar since 2019. | $990.00 | 133.0 | $131,670.00 |
| Ollmann, Christine | Associate. Joined firm in 2021. Member of New York Bar since 2019. | $990.00 | 5.9 | $5,841.00 |
| Swaminathan, Abhinaya | Associate. Joined firm in 2018. Member of New York Bar since 2019. | $990.00 | 26.7 | $26,433.00 |

US-DOCS\132657427.2

| Name of Professional | Position; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomberlin, James | Associate. Joined firmed in 2020. Member of New York Bar since 2019. | $990.00 | 4.3 | $4,257.00 |
| Weber-Levine, Randall | Associate. Joined firmed in 2019. Member of New York Bar since 2020. Member of District of Columbia Bar since 2020. | $990.00 | 93.7 | $92,763.00 |
| Davis, Alicia | Restructuring Attorney. Joined firm in 2019. Member of California Bar since 2019. Member of Illinois Bar since 2009. | $910.00 | 39.0 | $35,490.00 |
| Giannetti, Ryan | Associate. Joined firm in 2021. Member of District of Columbia Bar since 2021. Member of Maryland Bar since 2019. | $895.00 | 4.1 | $3,669.50 |
| Zablocki, Alexandra | Associate. Joined firm in 2019. Member of New York Bar since 2021. | $895.00 | 88.3 | $79,028.50 |
| Morley, John Whitney | Associate. Joined firm in 2019. Member of Illinois Bar since 2019. | $895.00 | 188.8 | $168,976.00 |
| Gu, Wenyi | Associate. Joined firm in 2021. Member of New York Bar since 2022. | $655.00 | 20.4 | $13,362.00 |
| Vunnamadala, Meghana | Associate. Joined firm in 2021. | $655.00 | 134.3 | $87,966.50 |
| Yeliseyev, Dana | Secondee. Joined firm in 2021. Member of Massachusetts Bar since 2021. | $655.00 | 8.0 | $5,240.00 |
| Tarrant, Christopher | Senior Paralegal. Joined firm in 2022. | $455.00 | 40.2 | $18,291.00 |
| Walton, Jon | Senior Trial Technology Consultant. Joined the firm in 2011. | $375.00 | 8.0 | $3,000.00 |

|  |  |
|---|---|
| **Grand Total** | **$1,619,098.00** |
| **Total Hours** | **1,450.9** |
| **Blended Rate** | **$1,115.93** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition and Bidding Procedures | 135.3 | $175,859.50 |
| Assumption and Rejection of Leases and Contracts | 5.8 | $8,732.00 |
| Business Operations | 53.4 | $62,886.50 |
| Case Administration | 57.4 | $59,399.00 |
| Chapter 11 Reporting | 95.3 | $99,942.50 |
| Claims Administration and Objections | 8.7 | $10,918.50 |
| Employee Benefits and Pensions | 16.2 | $21,965.00 |
| Employment and Fee Applications | 124.2 | $110,385.50 |
| Financing and Cash Collateral | 2.9 | $3,045.50 |
| Government Contract Issues/Novation | 36.6 | $48,864.00 |
| Hearings | 150.5 | $161,805.50 |
| Litigation | 484.6 | $538,609.00 |
| Meetings and Communications with Creditors | 61.5 | $72,602.50 |
| Non-Debtor Subsidiaries | 16.9 | $15,609.00 |
| Plan and Disclosure Statement | 60.3 | $59,671.00 |
| Qui Tam Settlement | 137.6 | $164,032.50 |
| Tax | 3.7 | $4,770.50 |
| **Total** | **1,450.9** | **$1,619,098.00** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Court Research | $153.40 |
| Docket | $40.01 |
| Global Document Services | $280.00 |
| Ground Transportation | $522.16 |
| Laser Print | $99.50 |
| Lexis Nexis | $369.00 |
| Meal Services | $254.78 |
| Meals | $120.00 |
| Messenger/Courier | $59.13 |
| Practice Support | $1,800.00 |
| Trip Expenses | $872.20 |
| Westlaw | $7,792.20 |
| **Total** | **$12,362.38** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |
| | : | **Objection Deadline: July 29, 2022 at 4:00 p.m. (ET)** |

**SECOND MONTHLY APPLICATION OF LATHAM & WATKINS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 173] (the "**Interim Compensation Order**"), Latham & Watkins LLP ("**L&W**") hereby files this application (the "**Application**") seeking a monthly allowance with respect to the sum of $1,619,098.00 (80% of which equals $1,295,278.40) as compensation[2] and $12,362.38 as reimbursement of actual and necessary expenses, for a total of $1,631,460.38 for the period from

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] At this time, L&W is not seeking allowance of compensation for fees incurred by certain timekeepers, as the services those timekeepers provided are confidential. L&W will seek allowance of compensation for such fees in its final fee application.

US-DOCS\132657427.2

May 1, 2022 through and including May 31, 2022 (the "**Compensation Period**"). In support of this Application, L&W respectfully represents as follows:

## Background

1.  On March 30, 2022 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2.  L&W was retained effective as of the Petition Date by this Court's Order, dated April 20, 2022 [Docket No. 167] (the "**Retention Order**"). The Retention Order authorized L&W to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.  All services for which L&W is requesting compensation were performed for or on behalf of the Debtors.

4.  L&W has received no payment and no promises for payment from any source for services rendered or to be rendered in connection with the matters covered by this Application.

5.  Pursuant to Bankruptcy Rule 2016(b), L&W has not shared, nor has L&W agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of L&W, or (b) any compensation another party or person has received or may receive.

## Fee Statement

6.  The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each professional and

paraprofessional for this period. To the best of L&W's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, Local Rule 2016-2, all other applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, and the Interim Compensation Order.

## Actual and Necessary Expenses

7. A summary of actual and necessary expenses and daily logs of expenses incurred by L&W during the Compensation Period is attached hereto as Exhibit B. Pursuant to Local Rule 2016-2, L&W represents that it will charge for copying at a rate of $0.10 per page. There is no charge for incoming or outgoing telecopier transmissions.

8. L&W believes the foregoing rates are the market rates that law firms charge clients for such expenses. In addition, L&W believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services by Project

9. The actual, reasonable, and necessary services rendered by L&W during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed description of the services provided set forth on the attached Exhibit A. The professionals and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A. **Asset Disposition and Bidding Procedures**

Fees: **$175,859.50**    Total Hours: **135.3**

This category includes time spent by L&W attorneys and paraprofessionals in connection with the Debtors' sale process. Specifically, L&W attorneys spent time (a) drafting, analyzing, and negotiating sale-related documents and pleadings, including an asset purchase agreement, amendments thereto, a proposed sale order, an escrow agreement, and a transition services agreement, (b) communicating and negotiating with various stakeholders with respect to the sale process, (c) researching and providing advice regarding various issues related to the sale process, including regulatory and tax issues, (d) responding to diligence requests from potential bidders, (e) analyzing indications of interest from potential bidders, (f) preparing for an auction, (g) researching, analyzing and responding to various informal and formal objections to the Debtors' proposed sale, and (h) coordinating with the Debtors' other professionals with respect to the sale process.

B. **Assumption and Rejection of Leases and Contracts**

Fees: **$8,732.00**    Total Hours: **5.8**

This category includes all time spent on matters relating to the assumption and rejection of the Debtors' leases and contracts, including (a) communicating with contract counterparties regarding assumption and assignment, and (b) researching, analyzing and responding to informal and formal objections to assumption.

C. **Business Operations**

Fees: **$62,886.50**    Total Hours: **53.4**

This category includes time spent by L&W attorneys to maintain the Debtors' business operations with minimal disruptions during the Chapter 11 Cases. Specifically, L&W attorneys

spent time responding to various operational issues, including (a) analyzing and providing advice regarding matters related to the Debtors' vendors and customers, (b) negotiating and drafting a settlement agreement with a subcontractor of the Debtors and preparing a related motion, (c)-addressing certain cash management matters, and (d) drafting and revising certain compliance policies.

### D. Case Administration

**Fees: $59,399.00    Total Hours: 57.4**

This category includes services rendered in connection with, among other things, (a) various logistical matters relating to these Chapter 11 Cases, (b) monitoring the Debtors' docket, (c) coordination of the administration of these Chapter 11 Cases by developing timelines, task lists, and work-in-progress reports, and (d) scheduled work-in-progress meetings among L&W professionals, the Debtors' management, and/or the Debtors' other advisors.

### E. Chapter 11 Reporting

**Fees: $99,942.50    Total Hours: 95.3**

This category includes all time spent on matters relating to the preparation of the Debtors' schedules of assets and liabilities and statement of financial affairs, operating reports, and other reports required by the Court or the Bankruptcy Rules.

### F. Claims Administration and Objections

**Fees: $10,918.50    Total Hours: 8.7**

This category includes all time spent on matters relating to the claims administration process, including preparing a bar date order and related notice, analyzing creditor claims, and conversing with parties in interest regarding the claims process. In particular, this category

includes time spent analyzing and researching issues related to the Netherlands' claim against the Debtors.

### G. Employee Benefits and Pensions

**Fees: $21,965.00     Total Hours: 16.2**

This category includes all time spent on matters relating to the Debtors' employees' compensation and benefits and other issues relating to employee relations, including (a) analyzing and providing advice regarding employee compensation matters, (b) analyzing and providing advice regarding benefits plan issues related to the sale, and (c) responding to requests from the Pension Benefit Guaranty Corporation.

### H. Employment and Fee Applications

**Fees: $110,385.50     Total Hours: 124.2**

This category includes all time spent on matters relating to the retention and compensation of professionals, including time spent (a) preparing an application to retain Moss Adams LLP as the Debtors' tax advisor and auditor, as well as related declarations, (b) preparing Latham's monthly fee application and reviewing time records for privilege and confidentiality considerations, (c) providing advice regarding the Debtors' other professionals' retention and fee applications, (d) reviewing, editing, and providing advice regarding ordinary course professionals' declarations of disinterestedness and communicating with such ordinary course professionals regarding the same, and (e) maintaining a list of parties in interest in the Chapter 11 Cases.

### I. Financing and Cash Collateral

**Fees: $3,045.50     Total Hours: 2.9**

This category includes all time spent on matters relating to the Debtors' financing needs, including preparing reports and certificates related to the Debtors' DIP financing facility.

**J. Government Contract Issues/Novation**

**Fees: $48,864.00    Total Hours: 36.6**

This category includes all time spent on matters relating to the Debtors' contracts with various government entities, including (a) analyzing and providing advice regarding compliance, novation, and setoff issues, and (b) preparing a government contract set-off stipulation.

**K. Hearings**

**Fees: $161,805.50    Total Hours: 150.5**

This category includes all time spent on matters relating to court hearings, including (a) preparing for and participating in the Netherlands Phase One hearing on May 26, 2022, (b) preparing hearing agendas, and (c) coordinating with the Debtors and their other advisors to prepare for hearings.

**L. Litigation**

**Fees: $538,609.00    Total Hours: 484.6**

This category includes all time spent on matters relating to litigation involving the Debtors, including (a) researching issues related to the application of the automatic stay on pending litigation, (b) propounding discovery requests on the Netherlands and reviewing the Netherlands' document production, (c) researching, analyzing, and preparing a response to the Netherlands Phase One brief, and (d) preparing an order to resolve the Netherlands lien dispute.

US-DOCS\132657427.2

### M. Meetings and Communications with Creditors

**Fees: $72,602.50    Total Hours: 61.5**

This category includes all time spent (a) responding to miscellaneous inquiries from the Debtors' creditors, (b) preparing for and participating in calls with the Debtors' lenders and their professionals, and (c) preparing for the Debtors' continued 341 meeting of creditors.

### N. Non-Debtor Subsidiaries

**Fees: $15,609.00    Total Hours: 16.9**

This category includes all time spent on matters relating to the Debtors' non-debtor subsidiaries, including preparing a motion to dissolve the Debtors' Mexican subsidiary and related corporate documentation.

### O. Plan and Disclosure Statement

**Fees: $59,671.00    Total Hours: 60.3**

This category includes all time spent on preliminary work related to the formulation of the Debtors' plan of liquidation and disclosure statement, including drafting and analyzing a plan term sheet, disclosure statement, and solicitation procedures motion.

### P. Qui Tam Settlement

**Fees: $164,032.50    Total Hours: 137.6**

This category includes all time spent on matters relating to the Debtors' qui tam settlement agreement and related stipulation with the Department of Justice, including (a) negotiating and drafting the settlement agreement and stipulation, (b) communicating with the Debtors, their professionals, and parties in interest regarding the same, (c) preparing a 9019 motion seeking approval of the same, and (d) responding to the Department of Justice's requests for financial information related to the same.

**Q. Tax**

**Fees: $4,770.50        Total Hours: 3.7**

This category includes all time spent on tax issues, including the tax analysis of various sale proposals and documents.

**Valuation of Services**

10.   Attorneys and paraprofessionals of L&W have expended a total of 1,450.9 hours in connection with this matter during the Compensation Period. The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. The hourly rates set forth in <u>Exhibit A</u> are L&W's normal hourly rates for work of this character. The reasonable value of the services rendered by L&W to the Debtors during the Compensation Period is $1,619,098.00.

11.   In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by L&W is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases under this title. Moreover, L&W has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, L&W respectfully requests that the Court authorize that, for the Compensation Period, an allowance be made to L&W pursuant to the terms of the Interim Compensation Order with respect to the sum of $1,619,098.00 as compensation for necessary professional services rendered (80% of which equals $1,295,278.40), and the sum of $12,362.38 as reimbursement of actual necessary costs and expenses, for a total of $1,631,460.38, and that the sum of $1,307,640.78 (80% of fees and 100% of expenses) be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: July 8, 2022
New York, New York

/s/ Suzzanne Uhland

**LATHAM & WATKINS LLP**

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*))
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra Marie Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  suzzanne.uhland@lw.com
        adam.ravin@lw.com
        brett.neve@lw.com
        tj.li@lw.com
        alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MD HELICOPTERS, INC., *et al.,*[1] | : | Case No. 22-10263 (KBO) |
| Debtors. | : | (Jointly Administered) |

### DECLARATION OF SUZZANNE UHLAND

1.  I am a partner with the applicant firm, Latham & Watkins LLP (the "**Firm**"), and have been admitted to the bar of the States of California, New York, and the District of Columbia since 1988, 2015, and 2014, respectively. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

2.  I am familiar with the work performed on behalf of the Debtors[2] by the Firm's professionals. I have reviewed the *Second Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2022 through May 31, 2022* (the "**Application**"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

3.  Moreover, I have reviewed Local Rule 2016-2 and, to the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application (as defined herein).

reasonable inquiry, the facts set forth in the Application materially comply with the provisions of the Local Rules, the Bankruptcy Code, and this Court's orders.

Date: July 8, 2022
New York, New York

*/s/ Suzzanne Uhland*
Suzzanne Uhland

2