**Exhibit B**

Expenses

1271 Avenue of the Americas
New York, New York  10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

June 30, 2022

MD Helicopters, Inc.
410 Park Avenue, Suite 900
New York, NY 10022
Attn: Alan J. Carr

Please identify your payment with the following:

Invoice No. 2200607621
Matter Number 067074-1020

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

**WIRE TRANSFERS IN USD:**          **CHECKS:**
                    REDACTED

For professional services rendered through May 31, 2022

**Re:**        **Expenses**

Costs and Disbursements                                                     12,362.38

**Total Due**                                                              **$ 12,362.38**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200607621 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200607621
June 30, 2022

---

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|-------:|
| 05/31/22 | Docket – NY Account: 2591476 | C M Tarrant | 153.40 |
| | **Total Court Research** | | **153.40** |
| | | | |
| 05/25/22 | Docket – Courtalert.Com – Monitor of state court databases for tracking of filings and deadlines | R L Kohn | 40.01 |
| | **Total Docket** | | **40.01** |
| | | | |
| 04/29/22 | Document support for T. Li; GD0368638; Set Up | M S Gaertner | 20.00 |
| 05/07/22 | Document support for W. Morley; GD0369304; TOA and TOC | J L Reese | 130.00 |
| 05/07/22 | Document support for W. Morley; GD0369304; Set Up | C Lech | 10.00 |
| 05/15/22 | Document support for M. Vunnamadala; GD0370115; Blackline | R H Sedliacik | 20.00 |
| 05/15/22 | Document support for M. Vunnamadala; GD0370115; Set Up | R H Sedliacik | 10.00 |
| 05/20/22 | Document support for R. Weber-Levine; GD0370732; Revise | J B Chaplin | 70.00 |
| 05/20/22 | Document support for R. Weber-Levine; GD0370732; Set Up | H E Williams | 10.00 |
| 05/26/22 | Document support for M. Vunnamadala; GD0371300; Set Up | H Dempsey | 10.00 |
| | **Total Document Processing** | | **280.00** |
| | | | |
| 05/27/22 | Messenger/Courier – NPD Logistics Invoice #1549-3138 – 5/20/22 | S Uhland | 59.13 |
| | **Total Federal Express & Messenger** | | **59.13** |
| | | | |
| 05/04/22 | Ground Transportation – Elizabeth A Morris – Taxi/Car Service – Worked late – 04/01/22 – 540 9th Avenue, NYC / home | E A Morris | 127.22 |
| 05/04/22 | Ground Transportation – Elizabeth A Morris – Taxi/Car Service – Weekend work – 04/24/22 – home / Sheraton Hotel, NYC | E A Morris | 123.61 |
| 05/04/22 | Ground Transportation Ground Transportation – Randall Carl Weber-Levine – Taxi/Car Service – Worked late – 05/03/22 – office/home | R C Weber-Levine | 46.74 |
| 05/12/22 | Ground Transportation – Randall Carl Weber-Levine – Taxi/Car Service – Worked late – 05/11/22 – Office to Home | R C Weber-Levine | 75.66 |
| 05/13/22 | Ground Transportation Ground Transportation – Randall Carl Weber-Levine – Taxi/Car Service – Worked late – 04/27/22 – Office to Home | R C Weber-Levine | 41.62 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200607621 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200607621
June 30, 2022

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 05/17/22 | Ground Transportation – Randall Carl Weber-Levine – Taxi/Car Service – Working late transportation – 05/10/22 – NY office to home | R C Weber-Levine | 34.55 |
| 05/18/22 | Ground Transportation – Randall Carl Weber-Levine – Taxi/Car Service – Worked late – 05/17/22 – office/home | R C Weber-Levine | 72.76 |
| | **Total Ground Transportation** | | **522.16** |
| 05/20/22 | Laser Copy 067074-1020 | B N Y William Lea – Ny | 10.00 |
| 05/20/22 | Laser Copy 067074-1020 | B N Y William Lea – Ny | 49.90 |
| 05/20/22 | Laser Copy 067074-1020 | B N Y William Lea – Ny | 27.80 |
| 05/20/22 | Laser Copy 067074-1020 | B N Y William Lea – Ny | 11.80 |
| | **Total Laser Copy** | | **99.50** |
| 05/02/22 | Westlaw – Search on: 02-May-2022 – Westlaw ID: – Request by: Weber-Levine, Randall Carl 83291 – Grp: 1000427646 | R C Weber-Levine | 580.50 |
| 05/03/22 | Westlaw – Search on: 03-May-2022 – Westlaw ID: – Request by: Weber-Levine, Randall Carl 83291 – Grp: 1000427646 | R C Weber-Levine | 387.00 |
| 05/03/22 | Westlaw – Search on: 03-May-2022 – Westlaw ID: – Request by: Tarrant, Christopher Michael 85664 – Grp: 1000427646 | C M Tarrant | 387.00 |
| 05/04/22 | Westlaw – Search on: 04-May-2022 – Westlaw ID: – Request by: Weber-Levine, Randall Carl 83291 – Grp: 1000427646 | R C Weber-Levine | 580.50 |
| 05/04/22 | Westlaw – Search on: 04-May-2022 – Westlaw ID: – Request by: Gu, Wenyi 82953 – Grp: 1000427646 | W Gu | 1,548.00 |
| 05/05/22 | Westlaw – Search on: 05-May-2022 – Westlaw ID: – Request by: Weber-Levine, Randall Carl 83291 – Grp: 1000427646 | R C Weber-Levine | 836.10 |
| 05/05/22 | Lexis Nexis – Search Date: 05-May-2022 – SWAMINATHAN, ABHINAYA | RE McKeen | 95.40 |
| 05/09/22 | Lexis Nexis – Search Date: 09-May-2022 – Timekeeper ID: 80321 – ZABLOCKI, ALEXANDRA | A M Zablocki | 136.80 |
| 05/11/22 | Westlaw – Search on: 11-May-2022 – Westlaw ID: – Request by: Weber-Levine, Randall Carl 83291 – Grp: 1000427646 | R C Weber-Levine | 2,367.00 |
| 05/11/22 | Lexis Nexis – Search Date: 11-May-2022 – Timekeeper ID: 85664 – TARRANT, CHRISTOPHER | C M Tarrant | 136.80 |
| 05/20/22 | Westlaw – Search on: 20-May-2022 – Westlaw ID: – Request by: Tarrant, Christopher Michael 85664 – Grp: 1000427646 | C M Tarrant | 22.50 |
| 05/25/22 | Westlaw – Search on: 25-May-2022 – Westlaw ID: – Request by: Vunnamadala, Meghana 82936 – Grp: 1000427646 | M Vunnamadala | 928.80 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200607621 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2200607621
June 30, 2022

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 05/26/22 | Westlaw - Search on: 26-May-2022 - Westlaw ID: 10294952 - Request by: Hirsch, Adria J 08763 - Grp: 1000427646 | A J Hirsch | 154.80 |
| | **Total Legal Research** | | **8,161.20** |
| 05/26/22 | Meal Services - Flik International Corporation - W. Gu - Breakfast for 13 people on 04-25-22 | W Gu | 254.78 |
| | **Total Meal Services** | | **254.78** |
| 05/04/22 | Meals - Randall Carl Weber-Levine - Dinner - Worked late - 05/03/22 - Fresh & Co - Internal Guests: Randall Carl Weber-Levine | R C Weber-Levine | 20.00 |
| 05/05/22 | Meals - Adam S Ravin - Dinner - Working Dinner - 03/31/22 - Hama - Internal Guests: Adam S Ravin, Suzzanne Uhland, Brett M Neve | A S Ravin | 60.00 |
| 05/12/22 | Meals - Randall Carl Weber-Levine - Dinner - Working late - 05/11/22 - MakiMaki - Internal Guests: Randall Carl Weber-Levine | R C Weber-Levine | 20.00 |
| 05/20/22 | Meals - Randall Carl Weber-Levine - Dinner - Working late - 05/17/22 - Fresh & Co - Internal Guests: Randall Carl Weber-Levine | R C Weber-Levine | 20.00 |
| | **Total Meals** | | **120.00** |
| 05/13/22 | Stage and process received native productions through Nuix Workstation; Load third party productions into Nuix Discover review platform; Load received native productions into Nuix Discover review platform; Perform indexing and quality checks on all newly loaded data | S A Moradian | 937.50 |
| 05/14/22 | Perform e-discovery processing with text and metadata extraction on native documents | O Quervalu | 675.00 |
| 05/17/22 | Prepare revisions to hosted database coding palette and confer with case team regarding review of documents in hosted database | JD Ruggless | 112.50 |
| 05/18/22 | Confer with case team regarding review of production records in hosted database | JD Ruggless | 75.00 |
| | **Total Practice Support** | | **1,800.00** |
| 05/04/22 | Trip Expenses - Elizabeth A Morris - Lodging - Hotel stay after working very late in office - 04/24/22 - Sheraton New York Times Square Hotel | E A Morris | 340.86 |
| 05/26/22 | Trip Expenses Trip Expenses - Elizabeth A Morris - Lodging - Netherlands Lien Dispute hearing - 05/26/22 - Sheraton New York Times Square Hotel | E A Morris | 531.34 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200607621 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2200607621
June 30, 2022

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| | **Total Trip Expenses** | | **872.20** |
| | **Total Costs and Disbursements:** | | **$ 12,362.38** |

**Costs and Disbursements:**

| | |
|---|---|
| Court Research | 153.40 |
| Docket | 40.01 |
| Document Processing | 280.00 |
| Federal Express & Messenger | 59.13 |
| Ground Transportation | 522.16 |
| Laser Copy | 99.50 |
| Legal Research | 8,161.20 |
| Meal Services | 254.78 |
| Meals | 120.00 |
| Practice Support | 1,800.00 |
| Trip Expenses | 872.20 |
| **Total Costs and Disbursements:** | **$ 12,362.38** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200607621 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5