IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                        :
In re:                                  :       Chapter 11
                                        :
   MD HELICOPTERS, INC., et al.[1]     :       Case No. 22-10263 (KBO)
                                        :
                                        :       Jointly Administered
              Debtors.            :
_____  :

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES AND PLEADINGS**

Please enter my appearance as attorney for Kaman Aerospace Corporation, creditor and party-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

      Eric S. Goldstein, Esq.
      Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT 06103-1919
      Telephone: (860) 251-5000
      Facsimile:  (860) 251-5218
      egoldstein@goodwin.com
      bankruptcy@goodwin.com
      bankruptcyparalegal@goodwin.com

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof

11287109

2

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 11th day of July 2022.

By: /s/ Eric S. Goldstein
Eric S. Goldstein (ct 27195)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
(860) 251-5000

*Counsel Kaman Aerospace Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric S. Goldstein
Eric S. Goldstein

11287109