# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re: : Chapter 11
:
MD HELICOPTERS, INC., *et al.*,[1] : Case No. 22-10263 (KBO)
:
          Debtors. : (Jointly Administered)
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 30, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the OCP Service List attached hereto as **Exhibit A**:

- Notice of Amendment to List of Ordinary Course Professionals [Docket No. 411]

Dated: July 11, 2022

                                                                         /s/ *Kenny Crespin*
                                                                            Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 11, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

SRF 62493

**Exhibit A**

# Exhibit A

OCP Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN J. LOHAN | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602-4231 | BRIAN.LOHAN@ARNOLDPORTER.COM | First Class Mail and Email |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BRIAN LOHAN, JONATHAN I. LEVINE, JEFFERY A. FUISZ, ROBERT T. FRANCISCOVICH | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9710 | BRIAN.LOHAN@ARNOLDPORTER.COM; JONATHAN.LEVINE@ARNOLDPORTER.COM; JEFFREY.FUISZ@ARNOLDPORTER.COM; ROBERT.FRANCISCOVICH@ARNOLDPORTER.COM | First Class Mail and Email |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, WILLIAM MILLS, AND MICHELE C. MAMAN | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | INGRID.BAGBY@CWT.COM; WILLIAM.MILLS@CWT.COM; MICHELE.MAMAN@CWT.COM | First Class Mail and Email |
| COLE SCHOTZ P.C. | ATTN: DANIEL F.X. GEOGHAN | 1325 AVENUE OF THE AMERICAS, 19TH FLOOR | | NEW YORK | NY | 10019 | NPERNICK@COLESCHOTZ.COM; DDEAN@COLESCHOTZ.COM; PREILLEY@COLESCHOTZ.COM; DGEOGHAN@COLESCHOTZ.COM | First Class Mail and Email |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, G. DAVID DEAN, PATRICK J. REILLEY | 500 DELAWARE AVENUE, SUITE 1410 | | WILMINGTON | DE | 19801 | DDUNNE@MILBANK.COM; ESTODOLA@MILBANK.COM; AHARMEYER@MILBANK.COM | First Class Mail and Email |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, ERIC K. STODOLA, ANDREW HARMEYER | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 | JOSEPH.MCMAHON@USDOJ.GOV | First Class Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON | 844 KING STREET | SUITE 2207 | WILMINGTON | DE | 19801 | JULIET.M.SARKESSIAN@USDOJ.GOV | Overnight Mail and Email |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM | First Class Mail and Email |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL NESTOR, RYAN BARTLEY, ALLURIE KEPHART, ELIZABETH S. JUSTISON | RODNEY SQUARE, 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MNESTOR@YCST.COM; RBARTLEY@YCST.COM; AKEPHART@YCST.COM; EJUSTISON@YCST.COM; BANKFILINGS@YCST.COM | First Class Mail and Email |