**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 405** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF CERTAIN PORTIONS OF SUPPLEMENT TO DEBTOR MD HELICOPTERS, INC.'S STATEMENT OF FINANCIAL AFFAIRS**

I, Evelyn J. Meltzer, counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certify as follows:

1. On June 27, 2022, the Debtors filed *The Notice of Filing of Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263)* [D.I. 403] (the "SOFA Supplement") under seal.

2. On June 27, 2022, the Debtors filed the *Notice of Filing of Proposed Redacted Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263)* [D.I. 404] (the "Proposed Redacted Document").

3. On June 27, 2022, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Filing under Seal of Certain Portions of Supplement to Debtor MD Helicopters, Inc.'s Statement of Financial Affairs* [D.I. 405] (the "Motion to Seal").[2] Through the Motion to Seal, the Debtors sought Court authority to file the portions of the SOFA Supplement redacted in

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

the Proposed Redacted Document under seal. A proposed form of order granting the Motion to Seal was attached thereto as Exhibit A (the "Proposed Order").

4. Pursuant to the notice served with the Motion to Seal, the deadline by which objections or pleadings in response to the Motion to Seal were due to be filed and served was July 7, 2022 at 4:00 p.m. (ET). No parties have filed any objections or other responsive pleadings to the Motion on the docket in these cases, nor has the undersigned counsel received any such objections or responsive pleadings.

5. The Debtors received informal comments to the Motion to Seal from the Office of the United States Trustee for the District of Delaware (the "UST"), regarding certain information redacted in the Proposed Redacted Document. Through discussions between the parties, the Debtors and the UST were able to resolve the UST's comments to the Motion to Seal.

6. Accordingly, on July 11, 2022, the Debtors filed *The Notice of Filing of Revised Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263)* [D.I. 436] under seal as well as the *Notice of Filing of Proposed Redacted Revised Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263)* [D.I. 437].

7. Additionally, the Debtors have made certain revisions to the Proposed Order. A revised form of order is attached hereto as **Exhibit 1** (the "Revised Order"). Attached hereto as **Exhibit 2** is a blackline showing only the changes between the Revised Order and the Proposed Order. The UST has reviewed the revised order and has no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated:  July 11, 2022
       Wilmington, Delaware

Respectfully Submitted,

/s/ *Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  david.stratton@troutman.com
      david.fournier@troutman.com
      evelyn.meltzer@troutman.com
      kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  suzzanne.uhland@lw.com
      adam.ravin@lw.com
      brett.neve@lw.com
      tj.li@lw.com
      alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*