IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM
HEARING ON JULY 14, 2022 AT 9:30 A.M. (EASTERN TIME)**

This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register no later than July 14, 2022 at 7:30 a.m. (ET).

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please Note:  All individuals participating by video must register
at least 2 hours prior to the hearing at the provided link.

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJItdu2hqjktGE_UG8CeC40s1hHKAWdxfE0

After registering your appearance by Zoom, you will receive a
confirmation email containing information about joining the video hearing.

**UNCONTESTED MATTERS WITH ORDERS ENTERED:**

1. Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related (Filed 6/9/22; Docket No. 328).

    Objection Deadline:   June 23, 2022 at 4:00 p.m. (ET).  Extended to June 29, 2022 with respect to the United States Trustee (the "UST").

    Response(s):  None.

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#127735269 v1

Related Document(s):

A. Certificate of No Objection Regarding Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related (Filed 6/29/22; Docket No. 409).

B. Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related Relief (Entered 7/1/22; Docket No. 413).

Status: The order with respect to this matter has been entered by the Court.

2. Debtors' Motion for Entry of Order under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 (I) Approving Settlement Related to *Qui Tam* Litigation; (II) Approving Sale of Certain Insurance Policies Free and Clear of Liens, Claims, Encumbrances, and Other Interest and (III) Granting Related (Filed 6/14/22; Docket No. 345).

Objection Deadline: June 29, 2022 at 4:00 p.m. (ET).

Response(s): None.

Related Document(s):

A. Certificate of No Objection Regarding Debtors' Motion for Entry of Order Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 (I) Approving Settlement Related to *Qui Tam* Litigation; (II) Approving Sale of Certain Insurance Policies Free and Clear of Liens, Claims, Encumbrances, and Other Interest and (III) Granting Related (Filed 6/30/22; Docket No. 412).

B. Order Under 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019: (A) Approving (I) Settlements Related to *Qui Tam* Litigation and (II) Sale of Certain Insurance Policies Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief (Entered 7/5/22; Docket No. 416).

Status: The order with respect to this matter has been entered by the Court.

3. Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Filed 6/22/22; Docket No. 391).

Objection Deadline: July 6, 2022 at 4:00 p.m. (ET).

Response(s): None.

      Related Document(s):

      A.    Notice of Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Filed 6/22/22; Docket No. 392).

      B.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Filed 7/7/22; Docket No. 423).

      C.    Order Under 11 U.S.C. § 105 and Fed R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Entered 7/8/22; Docket No. 427).

      Status: The order with respect to this matter has been entered by the Court.

4.    Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions (Filed 6/27/22; Docket No. 401).

      Objection Deadline:    July 7, 2022 at 4:00 p.m. (ET).

      Response(s):   None.

      Related Document(s):

      A.    Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions (Filed 7/8/22; Docket No. 431).

      B.    Order Extending the Time Period Within Which the Debtors May Remove Actions (Entered 7/12/22; Docket No. 438).

      Status: The order with respect to this matter has been entered by the Court.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

5.    Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Portions of Supplement to Debtors MD Helicopters, Inc.'s Statement of Financial Affairs (Filed 6/27/22; Docket No. 405).

      Objection Deadline:    July 7, 2022 at 4:00 p.m. (ET).  Extended to July 8, 2022 at 4:00 p.m. with respect to the UST.

      Response(s):   Informal comments received from the UST.

#127735269 v1

Related Document(s):

A. [SEALED] Notice of Filing of Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263) (Filed 6/27/22; Docket No. 403).

B. Notice of Filing of Proposed Redacted Supplement to Statement of Financial Affairs of Debtors MD Helicopters, Inc. (Case No. 22-10263) (Filed 6/27/22; Docket No. 404).

C. [SEALED] Notice of Filing of Revised Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263) (Filed 7/11/22; Docket No. 436).

D. Notice of Filing of Proposed Redacted Revised Supplement to Statement of Financial Affairs of Debtors MD Helicopters, Inc. (Case No. 22-10263) (Filed 7/11/22; Docket No. 437).

E. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Portions of Supplement to Debtors MD Helicopters, Inc.'s Statement of Financial Affairs (Filed 7/12/22; Docket No. 440).

Status: A revised form of order incorporating the UST's revisions has been submitted under certification of counsel at Docket No. 440. A hearing is only necessary if the Court has any questions or concerns.

| | |
|---|---|
| Dated: July 12, 2022<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ *Evelyn J. Meltzer*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>Kenneth A. Listwak (DE No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br>Email:  david.stratton@troutman.com<br>　　　　david.fournier@troutman.com<br>　　　　evelyn.meltzer@troutman.com<br>　　　　kenneth.listwak@troutman.com<br><br>- and -<br><br>LATHAM & WATKINS LLP<br><br>Suzzanne Uhland (admitted *pro hac vice*)<br>Adam S. Ravin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Tianjiao (TJ) Li (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  suzzanne.uhland@lw.com<br>　　　　adam.ravin@lw.com<br>　　　　brett.neve@lw.com<br>　　　　tj.li@lw.com<br>　　　　alexandra.zablocki@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |