**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 405, 440** |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF CERTAIN PORTIONS OF SUPPLEMENT TO DEBTOR MD HELICOPTERS, INC.'S STATEMENT OF FINANCIAL AFFAIRS**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Debtors to file portions of the SOFA Supplement under seal, all as more fully set forth in the Motion; and the Debtors having filed a Revised SOFA Supplement under seal at D.I. 436; and the Debtors having filed a publicly viewable redacted version of the Revised SOFA Supplement at D.I. 437; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

#127845737 v3

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to file those portions of the Revised SOFA Supplement that were redacted in D.I. 437 (the "Sealed Material") under seal.[3]

3. The Sealed Material is confidential and shall remain under seal, and shall not be made available to anyone, except that unredacted copies of the Revised SOFA Supplement shall be provided to the Court, the Clerk of the Court, and the U.S. Trustee, and as further directed by order of this Court. The U.S. Trustee and all other recipients of the Sealed Material shall keep the Sealed Material strictly confidential.

4. Any party who receives an unredacted copy of the Revised SOFA Supplement in accordance with this Order shall not disclose or otherwise disseminate the Sealed Material to any other person or entity, absent express order of this Court approving such dissemination.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

---

[3] To the extent that information equivalent to the Sealed Material is contained in the SOFA Supplement filed at D.I. 404, such information shall also remain under seal.

#127845737 v3

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 12th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

3

#127845737 v3