# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 441** |

AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM
HEARING ON JULY 14, 2022 AT 9:30 A.M. (EASTERN TIME)

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING
IS CANCELED WITH PERMISSION FROM THE COURT**

UNCONTESTED MATTERS WITH ORDERS ENTERED:

1. Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related (Filed 6/9/22; Docket No. 328).

   Objection Deadline: June 23, 2022 at 4:00 p.m. (ET). Extended to June 29, 2022 with respect to the United States Trustee (the "UST").

   Response(s): None.

   Related Document(s):

   A. Certificate of No Objection Regarding Motion of Debtors for Entry of Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related (Filed 6/29/22; Docket No. 409).

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] **Amended information is reflected in bold.**

B. Order under 11 U.S.C. §§ 105(a), 363(b), 1107(a) and 1108, and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Pay Government Subcontractor, (II) Approving Related Settlement and Release Agreement, and (III) Granting Related Relief (Entered 7/1/22; Docket No. 413).

Status: The order with respect to this matter has been entered by the Court.

2. Debtors' Motion for Entry of Order under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 (I) Approving Settlement Related to *Qui Tam* Litigation; (II) Approving Sale of Certain Insurance Policies Free and Clear of Liens, Claims, Encumbrances, and Other Interest and (III) Granting Related (Filed 6/14/22; Docket No. 345).

Objection Deadline: June 29, 2022 at 4:00 p.m. (ET).

Response(s): None.

Related Document(s):

A. Certificate of No Objection Regarding Debtors' Motion for Entry of Order Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 (I) Approving Settlement Related to *Qui Tam* Litigation; (II) Approving Sale of Certain Insurance Policies Free and Clear of Liens, Claims, Encumbrances, and Other Interest and (III) Granting Related (Filed 6/30/22; Docket No. 412).

B. Order Under 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019: (A) Approving (I) Settlements Related to *Qui Tam* Litigation and (II) Sale of Certain Insurance Policies Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief (Entered 7/5/22; Docket No. 416).

Status: The order with respect to this matter has been entered by the Court.

3. Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Filed 6/22/22; Docket No. 391).

Objection Deadline: July 6, 2022 at 4:00 p.m. (ET).

Response(s): None.

Related Document(s):

A. Notice of Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Filed 6/22/22; Docket No. 392).

B. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Filed 7/7/22; Docket No. 423).

C. Order Under 11 U.S.C. § 105 and Fed R. Bankr. P. 4001 and 9019 Authorizing and Approving Stipulation Granting Relief from Automatic Stay (Entered 7/8/22; Docket No. 427).

Status: The order with respect to this matter has been entered by the Court.

4. Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions (Filed 6/27/22; Docket No. 401).

Objection Deadline: July 7, 2022 at 4:00 p.m. (ET).

Response(s): None.

Related Document(s):

A. Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions (Filed 7/8/22; Docket No. 431).

B. Order Extending the Time Period Within Which the Debtors May Remove Actions (Entered 7/12/22; Docket No. 438).

Status: The order with respect to this matter has been entered by the Court.

UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:

5. Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Portions of Supplement to Debtors MD Helicopters, Inc.'s Statement of Financial Affairs (Filed 6/27/22; Docket No. 405).

Objection Deadline: July 7, 2022 at 4:00 p.m. (ET). Extended to July 8, 2022 at 4:00 p.m. with respect to the UST.

Response(s): Informal comments received from the UST.

Related Document(s):

A. [SEALED] Notice of Filing of Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263) (Filed 6/27/22; Docket No. 403).

B. Notice of Filing of Proposed Redacted Supplement to Statement of Financial Affairs of Debtors MD Helicopters, Inc. (Case No. 22-10263) (Filed 6/27/22; Docket No. 404).

3

#127911903 v1

C.     [SEALED] Notice of Filing of Revised Supplement to Statement of Financial Affairs of Debtor MD Helicopters, Inc. (Case No. 22-10263) (Filed 7/11/22; Docket No. 436).

D.     Notice of Filing of Proposed Redacted Revised Supplement to Statement of Financial Affairs of Debtors MD Helicopters, Inc. (Case No. 22-10263) (Filed 7/11/22; Docket No. 437).

E.     Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Portions of Supplement to Debtors MD Helicopters, Inc.'s Statement of Financial Affairs (Filed 7/12/22; Docket No. 440).

F.     **Order Authorizing the Filing Under Seal of Certain Portions of Supplement to Debtor MD Helicopters, Inc.'s Statement of Financial Affairs (Entered 7/12/22; Docket No. 442).**

**Status**: **The order with respect to this matter has been entered by the Court.**

Dated: July 13, 2022  
      Wilmington, Delaware

Respectfully Submitted,

/s/ Evelyn J. Meltzer
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.stratton@troutman.com
      david.fournier@troutman.com
      evelyn.meltzer@troutman.com
      kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
      adam.ravin@lw.com
      brett.neve@lw.com
      tj.li@lw.com
      alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*