# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MD HELICOPTERS, INC., *et al.*,[1] | : | Case No. 22-10263 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------- x

## AFFIDAVIT OF PUBLICATION

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes sworn statements verifying that the Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code, as conformed for publication, was published: (I) on June 10, 2022, in the USA Today as described on **Exhibit A**, attached hereto; (II) on June 13, 2022, in (a) the Arizona Republic as described on **Exhibit B**; attached hereto; and (b) the Verticalmag as described on **Exhibit C**; attached hereto:

Dated: July 13, 2022

/s/ *Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 13, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, June 10, 2022**, the following legal advertisement – **MD HELICOPTERS, INC.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
June 10, 2022

# Fencer makes US team despite misconduct case

**Josh Peter** USA TODAY

Alen Hadzic, a fencer under investigation for sexual misconduct, has made USA Fencing's 2022 senior world team, according to the organization.

In a recent news release announcing members, USA Fencing said, "We understand that many in the USA Fencing community will question Alen Hadzic's inclusion on our 2022 Senior World Team, given that he is still under investigation by the U.S. Center for SafeSport – an independent body separate from USA Fencing."

Hadzic's presence as an alternate on the U.S. men's epee team last summer at the Olympics in Tokyo prompted a backlash from several of his teammates and others in the fencing community.

The three other members of the men's epee team wore pink masks for their opening match in Tokyo as a show of support for sexual assault victims. At least three women, all fencers, have said Hadzic committed sexual misconduct against them during incidents between 2013 and 2015.

Hazdic, 30, was prohibited from staying with his teammates at the Olympic Village.

In October, Hadzic learned he was being blocked from entering events by USA Fencing "for the foreseeable future," according to USA Fencing. That kept Hadzic from competing at an event in France.

But on Thursday, a USA Fencing spokesman said an arbitrator for the United States Olympic & Paralympic Committee (USOPC) ruled Hadzic could compete in "protected" events.

A protected event is one in which athletes can earn points toward a championship. By contrast, the event in France was "unprotected."

The arbitrator's ruling, which cleared the way for Hadzic to make the team, was based on the USOPC bylaws, said Bryan Wendell, director of communications for USA Fencing.

"SafeSport is the authority that gets to decide, not just in fencing but in any sport, who has the right to compete in this case at those protected event which are essentially the place where he can earn points for the world championships," Wendell said.

SafeSport spokesman Dan Hill said the organization, to protect the integrity of the investigative process, does not comment on ongoing matters.

"We had hoped for a swifter resolution to this investigation, which has now stretched on for more than a year," USA Fencing said in its news release. "We share in the frustration of fencers and fencing fans. The U.S. Center for SafeSport has the exclusive authority to adjudicate reports of alleged sexual abuse and sexual misconduct. As long as the outcome of this investigation remains unresolved, USA Fencing is obligated to allow Hadzic to compete internationally. But we have taken decisive action where we can."

For the past year, according to USA Fencing, the organization has implemented a safety plan "designed to protect athletes, coaches and staff at all tournaments at which Hadzic has been a participant.

"While we await the conclusion of this protracted investigation, we will continue to put the safety of our athletes, coaches and staff above all else."

As part of that plan, Hadzic will participate only in the individual competition. The world championships will be held next month in Egypt.

Wendell said the safety plan also will include a chaperone and separate accommodations for Hazdic.

"We did all this in consultation with our athletes," Wendell said. "We had a long Zoom meeting with them where they could express their concerns and we could tell them our plan and get feedback on that plan. ... We're making sure we listen to them and make them as safe and secure as possible given the circumstances."

The world championships will be held next month in Egypt.

The 25 fencers who made the team qualified by accruing points at domestic and international events, according to USA Fencing.

A team member who spoke on the condition of anonymity because they said they could not speak publicly until the SafeSport investigation is complete expressed frustration that the matter is unresolved.

"It's just very reminiscent of what happened in Tokyo where people are frustrated with the duration of the SafeSport investigation, the fact that it's been now over a year and there's no conclusion to it," the team member said. "It just feels like the same thing happening all over again, so I think there's a lot of frustration and people just kind of feel like it's an unnecessary distraction."

## Kupp, Rams agree to $110M extension

**Mike Jones** USA TODAY

Two days after awarding defensive lineman Aaron Donald a lucrative extension, the Los Angeles Rams handed out another long-term deal.

Wide receiver Cooper Kupp and the Rams agreed to an extension that will pay him $110 million over the next five years, two people with knowledge of the situation confirmed.

The deal places Kupp, 28, among the highest-paid receivers in the league, just 48 hours after Donald became the highest-paid defensive lineman in the game.

Last season, Kupp racked up 1,947 yards and 16 touchdowns receiving and took home offensive player of the year honors and was then named Super Bowl MVP. He had two years left on his deal, but the Rams tacked on another three years and $80 million, including $75 million guaranteed.

Kupp becomes the eighth receiver this offseason to land extensions that will pay them on average $20 million a season.



# NAACP calls for Del Rio's ouster for his remarks about Jan. 6

**Mike Jones** USA TODAY

The day after Jack Del Rio referred to the Jan. 6, 2021, attack on the Capitol building as a "dust-up," the president of the NAACP is calling for the Washington Commanders defensive coordinator to step down or be dismissed.

In a statement released to media outlets, Derrick Johnson said, "It is time for Jack Del Rio to resign or be terminated. His comments could not have been more offensive and ignorant. The January 6th insurrection – an attempted coup – was far from a 'dust-up.' Each day we learn more and more on just how close our democracy came to autocracy. Downplaying the insurrection by comparing it to nationwide protests, which were in response to a public lynching, is twisted. You can't coach a majority Black team while turning your back on the Black community. It's time for you to pack up and step off the field."

Del Rio had asked on Twitter why protests following the killing of George Floyd were not investigated as the attack on the Capitol was.

Asked by reporters about his tweet, Del Rio on Wednesday doubled down, saying, "Let's get right down to it, what did I ask? A simple question: Why are we not looking into those things? Because it's kind of hard for me to say I can realistically look at it, I see the images on TV, people's livelihoods are being destroyed, businesses are being burned down – no problem. And then we have a dust-up at the Capitol, nothing burned down and we're gonna make that a major deal. I just think it's kind of two standards."

Del Rio later issued an apology. "I made comments earlier today in referencing the attack that took place on the United States Capitol on January 6, 2021," Del Rio said in a statement. "Referencing that situation as a dustup was irresponsible and negligent and I am sorry. I stand by my comments condemning violence in communities across the country. I say that while also expressing my support as an American citizen for peaceful protest in our country. I have fully supported all peaceful protests in America. I love, respect, and support all my fellow coaches, players, and staff that I work with and respect their views and opinions."

The Commanders didn't immediately offer a response when asked by USA TODAY about the NAACP statement.



Commanders defensive coordinator Jack Del Rio apologized for his 'dust-up' comment. LUIS M. ALVAREZ/AP

# LeBron wants to own an NBA team

**Chris Bumbaca** USA TODAY

LeBron James is on the record now: He wants to own an NBA team, and he wants that team to be located in Las Vegas.

Las Vegas and Seattle have been reported as two possible expansion sites, which would bring the number of franchises in the league to 32.

"I wanna own a team. Yeah, I want to buy a team, for sure," the Los Angeles Lakers star said in an episode of "The Shop" that will be released Friday.

A preview clip of James making the declaration was released on the social media accounts of Uninterrupted, the athlete-focused production company co-owned by James and business partner Maverick Carter, on Thursday afternoon.

James appears to be responding to a question about his future in a conversation with news anchor Don Lemon, rapper Fat Joe and comedian Amy Schumer.

"I would much rather own a team before I talk (about the game)," James said in the 19-second snippet. "I wanna own a team in Vegas. Yeah, I want the team in Vegas."

James quote-tweeted the clip: "Speaking It Into Existence!"

The full episode will air at noon ET Friday on the Uninterrupted YouTube channel.

James already has invested in notable sports franchises. He and Carter are partners with Fenway Sports Group, meaning they own a stake in the Boston Red Sox and Liverpool FC of the English Premier League.

## SHOP FOR GIFTS TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

**GOLF PRODUCTS**

**GOLF'S ABOUT HAVING FUN!**

Replace your hard-to-hit irons

Innovative Hybrids for Every Shot!

Try One! SPECIAL OFFER 7 iron Only $49.99

More forgiving • Higher flight • Shank-free

**WEDGEWOOD GOLF** — LEADER IN HYBRID TECHNOLOGY

ORDER ONLINE OR CALL
wedgewoodgolf.com
888.833.7371

Send your sales through the roof with an ad in **Marketplace Today**.
For advertising information, call: **1-800-397-0070**

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11, Case No. 22-10263 (KBO)
MD HELICOPTERS, INC., et al.,[1] ) (Jointly Administered)
Debtors. ) Re: D.I. 235

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE (GENERAL BAR DATE IS JULY 11, 2022 AT 5:00 P.M. (PREVAILING EASTERN TIME))**

PLEASE TAKE NOTICE OF THE FOLLOWING:

On March 30, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On May 10, 2022, the Court entered an order [Docket No. 235] (the "**Bar Date Order**")[2] establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Cases of the following debtors and debtors in possession (together, the "**Debtors**"):

| Debtor | Case No. | EID# (Last 4 Digits) |
|---|---|---|
| MD Helicopters, Inc. | 22-10263 (KBO) | 4088 |
| Monterrey Aerospace, LLC | 22-10264 (KBO) | No EID# assigned as of the date hereof |

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in Section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, claims entitled to administrative priority status under Section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before 5:00 p.m. (prevailing Eastern Time), on July 11, 2022 (the "**General Bar Date**"), by sending an original proof of claim form to Kroll Restructuring Administration LLC ("**Kroll**"), or by completing the online proof of claim form available at https://cases.ra.kroll.com/MDHelicopters/, so that it is **actually received** on or before the General Bar Date; provided, that, solely with respect to governmental units (as defined in Section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a proof of claim against the Debtors is September 26, 2022 at 5:00 p.m. (prevailing Eastern Time) (the "**Governmental Bar Date**").

All entities holding claims against the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors are required to file proofs of claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m., prevailing Eastern Time, on the date that is twenty-one (21) days following entry of an order approving the rejection of any executory contract or unexpired lease of the Debtors (the "**Rejection Damages Bar Date**").

All entities asserting claims against the Debtors that are affected by an amendment or supplement to the Schedules are required to file a proof of claim on or before the later of (a) the General Bar Date in respect of the amended scheduled claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m., prevailing Eastern Time, on the date that is twenty-one (21) days from the date on which the Debtors mail notice of the amendment to the Schedules (or another time period as may be fixed by the Court) (the "**Amended Schedules Bar Date**").

Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Kroll's website. Proofs of claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING AND DISTRIBUTION.

A copy of the Bar Date Order and proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at MD Helicopters, Inc. Claims Processing Center c/o Kroll Restructuring Administration LLC 850 3rd Avenue, Suite 412, Brooklyn, NY 11232, or online at https://cases.ra.kroll.com/MDHelicopters/. The Bar Date Order can also be viewed on the Court's website at www.deb.uscourts.gov. If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims agent, Kroll, toll-free at (844) 205-4334 (US/Canada) or +1 (646) 442-5834 (international), or by email to mdhelicoptersinfo@ra.kroll.com. Please note that Kroll's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.

Wilmington, Delaware
BY ORDER OF THE COURT

| TROUTMAN PEPPER HAMILTON SANDERS LLP | LATHAM & WATKINS LLP |
|---|---|
| David B. Stratton (DE No. 960) | Suzzanne Uhland (admitted pro hac vice) |
| David M. Fournier (DE No. 2812) | Adam S. Ravin (admitted pro hac vice) |
| Evelyn J. Meltzer (DE No. 4581) | Brett M. Neve (admitted pro hac vice) |
| Kenneth A. Listwak (DE No. 6300) | Tianjiao (TJ) Li (admitted pro hac vice) |
| Hercules Plaza, Suite 5100 | Alexandra M. Zablocki (admitted pro hac vice) |
| 1313 N. Market Street | 1271 Avenue of the Americas |
| Wilmington, DE 19801 -and- | New York, NY 10020 |
| Telephone: (302) 777-6500 | Telephone: (212) 906-1200 |
| Facsimile: (302) 421-8390 | Facsimile: (212) 751-4864 |
| Email: david.stratton@troutman.com | Email: suzzanne.uhland@lw.com |
| david.fournier@troutman.com | adam.ravin@lw.com |
| evelyn.meltzer@troutman.com | brett.neve@lw.com |
| kenneth.listwak@troutman.com | tj.li@lw.com |
| | alexandra.zablocki@lw.com |
| | Counsel for Debtors and Debtors-in-Possession |

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.



**ONE CALL DOES IT ALL!**
Advertise in USA TODAY's Marketplace!
Call: 1-800-397-0070

# **Exhibit B**

# THE ARIZONA REPUBLIC

PO Box 194, Phoenix, Arizona 85001-0194

Phone 1-602-444-7315  Fax 1-877-943-0443

---

STATE OF WISCONSIN  } SS.

COUNTY OF BROWN

AFFIDAVIT OF PUBLICATION

**PRIME CLERK**
**60 E 42ND ST # 1440**
**NEW YORK, NY 10165--1446**

I, being first duly sworn, upon oath deposes and says: That I am the legal clerk of the Arizona Republic, a newspaper of general circulation in the counties of Maricopa, Coconino, Pima and Pinal, in the State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper on the dates indicated.

Publication: Arizona Republic

Ad number: GCI0897759

PO Field: MD Helicopters

Published Date(s):

06/13/2022

*[signature]*

Sworn to before me this

13th day of June, 2022

*[signature]*
Notary Public
My Commission Expires on 9\19\25

VICKY FELTY
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE:<br>MD HELICOPTERS, INC., et al.,[1]<br>Debtors. | )<br>)<br>) | Chapter 11, Case No. 22-10263 (KBO)<br>(Jointly Administered)<br>**Re: D.I. 235** |

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING <u>FOR CLAIMS ASSERTED UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE</u> (GENERAL BAR DATE IS JULY 11, 2022 AT 5:00 P.M. (PREVAILING EASTERN TIME))**
**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 30, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On May 10, 2022, the Court entered an order [Docket No. 235] (the "**Bar Date Order**") establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Cases of the following debtors and debtors in possession (together, the "**Debtors**"):

| Debtor | Case No. | EID# (Last 4 Digits) |
|---|---|---|
| MD Helicopters, Inc. | 22-10263 (KBO) | 4088 |
| Monterrey Aerospace, LLC | 22-10264 (KBO) | No EID# assigned as of the date hereof |

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in Section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, claims entitled to administrative priority status under Section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before 5:00 p.m. (prevailing Eastern Time), on July 11, 2022 (the "**General Bar Date**"), by sending an original proof of claim form to Kroll Restructuring Administration LLC ("**Kroll**"), or by completing the online proof of claim form available at https://cases.ra.kroll.com/MDHelicopters/, so that it is **actually received** on or before the General Bar Date; provided, that, solely with respect to governmental units (as defined in Section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a proof of claim against the Debtors is September 26, 2022 at 5:00 p.m. (prevailing Eastern Time) (the "**Governmental Bar Date**").

All entities holding claims against the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors are required to file proofs of claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m., prevailing Eastern Time, on the date that is twenty-one (21) days following entry of an order approving the rejection of any executory contract or unexpired lease of the Debtors (the "**Rejection Damages Bar Date**").

All entities asserting claims against the Debtors that are affected by an amendment or supplement to the Schedules are required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m., prevailing Eastern Time, on the date that is twenty-one (21) days from the date on which the Debtors mail notice of the amendment to the Schedules (or another time period as may be fixed by the Court) (the "**Amended Schedules Bar Date**").

Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Kroll's website. Proofs of claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING AND DISTRIBUTION.

A copy of the Bar Date Order and proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at MD Helicopters, Inc. Claims Processing Center c/o Kroll Restructuring Administration LLC 850 3rd Avenue, Suite 412, Brooklyn, NY 11232, or online at https://cases.ra.kroll.com/MDHelicopters/. The Bar Date Order can also be viewed on the Court's website at www.deb.uscourts.gov. If you have questions concerning the filing or processing of claims, you may contact the Debtors' claims agent, Kroll, toll-free at (844) 205-4334 (US/Canada) or +1 (646) 442-5834 (international), or by email to mdhelicoptersinfo@ra.kroll.com. Please note that Kroll's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.

Wilmington, Delaware　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY ORDER OF THE COURT

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David B. Stratton (DE No. 960), David M. Fournier (DE No. 2812), Evelyn J. Meltzer (DE No. 4581), Kenneth A. Listwak (DE No. 6300), Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, Telephone: (302) 777-6500, Facsimile: (302) 421-8390, Email: david.stratton@troutman.com, david.fournier@troutman.com, evelyn.meltzer@troutman.com, kenneth.listwak@troutman.com

-and-

**LATHAM & WATKINS LLP**
Suzzanne Uhland (admitted *pro hac vice*), Adam S. Ravin (admitted *pro hac vice*), Brett M. Neve (admitted *pro hac vice*), Tianjiao (TJ) Li (admitted *pro hac vice*), Alexandra M. Zablocki (admitted *pro hac vice*), 1271 Avenue of the Americas, New York, NY 10020, Telephone: (212) 906-1200, Facsimile: (212) 751-4864, Email: suzzanne.uhland@lw.com, adam.ravin@lw.com, brett.neve@lw.com, tj.li@lw.com, alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

# Classifieds

To advertise, visit:
**classified.azcentral.com**

- Classifieds Phone: **602.444.7355**
- Classifieds Email: **classified@arizonarepublic.com**
- Public Notices/Legals Email: **legal.advertising@pni.com**



All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. The Arizona Republic reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. The Arizona Republic shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

## Announcements

*Happy ads*



### Announcements

**JL LANDSCAPES**
All Your Landscaping Needs & Water Features. Shoutout Diagnosis
602-596-9728 - 480-786-8801

**LEGAL** - Lawsuit Held Up.
Defense Atty Quit. 135K Lawsuit. Could increase with bank statements. Good Case For Young Atty. Big Bank has all bank statements that are needed.
**480-467-9079**

### Novena

Thank You St. Jude for answering my prayers. ~ Delia

Thank You St. Jude for answering my prayers. JBM

## Assorted

*Stuff*
all kinds of things...



### Furniture Household

Alexandria Lozboy Premier Sofa, dark blue, asking $850. Call 520-280-3343

**Armoire** - Day of the Dead Custom Design. Day of the Dead custom designed armoire. Perfect for DVD/CD or other storage. One of a kind unique piece.
29 inches wide
26 inches deep
75 inches high
$300 OBO $300 602-999-5280

SCOTTSDALE - FINE QUALITY FURNITURE! VERY REASONABLY PRICED. GORGEOUS! 602-321-1950

### General Merchandise

GO-GO SCOOTER
$1200.
Call: 602-588-1140

### Guns-Bows-Knives

**WE BUY & SELL GUNS!**
Individual to Entire Collections.
**ALLEGIANT ARMS**
1445 E. University Dr., MESA
* * * 480-649-4141 * * *

### Lawn and Garden

**Landscaping** Service . One time clean ups or bi-weekly service, mowing grass. trimming bushes, spray weeds, hauling trash away etc, Paver stone and gravel installation. Sprinkler system repairs and installation. Licensed, Bonded and Insured.
Free estimates.
Travis
480-201-4755

### Wanted to Buy

**COLLECTIBLE**
BUYING COMIC BOOKS!!. Will pay CASH!! Buying comic collections!! Please leave a voicemail or text & we will get right back to you! $$$$ 480-251-3358

**COLLECTOR**: Buying Old U.S. Coins/Paper Money, Any Size!
**Harold 480-254-6111**

**FREON** WANTED, Certified buyer looking to buy R11, R12, R500 and more. Call Val at 312-677-1976

**WE BUY SILVER, GOLD & Antiques 602-989-1223**

## Real Estate

*Homes*
starting fresh...



### Homes For Sale - In State



**Equal Housing Opportunity**
All real estate advertising in this newspaper is subject to the Federal Fair Housing Act of 1968 which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, national origin, handicap or familial status or an intention to make any such preference, limitation or discrimination.

This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. Our readers are hereby informed that all dwellings advertised in this newspaper are available on an equal opportunity basis.

**ZipRecruiter** The smartest way to hire.

## Income Property



**KINGMAN, AZ**
Looking to Protect Capital Gains?
Older low maintenance triplex income property offered by 30+ year absentee owner. Managed by C-21. One blde with one 3-bdrm unit and two 2-rm units with kitchens.
$395K firm 928-565-5093

## Real Estate

*Rentals*
great places to live...

### Apartments - Furnished

**Casa Grande:**
EARN FREE RENT! Furnished Studio Apts w/ FREE utilities & FREE cable. Stay Where You're Appreciated!
Call: 520-276-3954

**Phoenix:**
NEW FURNISHED PHOENIX APTS.
Studio/1bdr, weekly or monthly, FREE utilities, Stay where You're Appreciated. Call now 480-447-8013

**Tucson:**
EARN FREE RENT or FREE STUFF!
Fully Furnished Apts. ALL UTILITIES INCLUDED, PLUS WI-FI, NO LEASE REQ'D NO CREDIT CHECK. Stay Where You're Appreciated 520-352-7387

### Homes For Rent

TEMPE- Single Fam. 3 BR/2 BA, 1578 s.f. Newer paint, RV gate. 101 & Southern $2450 +1.5 mo sec. 480-215-5349

### Vacation Rentals



PRESCOTT, Downtown Charming 2BR, 1BA Furnished Cottage. Wifi, W/D. Avi 6/8. 1 wk min 928.273.1702

## Automotive

*Wheels*
best deal for you...



### Autos Wanted

A Big cash amount for motor homes, RVs, popup, campers, utility, tow dollys, any condition, cash on the spot, we come to you 7 days 602-617-2645

### Cars

BMW X5 2014- Loaded, accident free. All orig. loaded. exc. cond. twin turbos. sunroof/moonroof. 93k mi. $30,995.
Bruce Meyers 928-632-4678

**I BUY JUNK CARS**
Disabled-Wrecked I pick up
$150 - $2500    480-822-9672

2004 Nissan Maxima SL 61,462 miles Panoramic Roof, Bose, All Luxury Power Options, Carfax, Beautifully Maintained $12,900 Firm 480-937-8391

**CLASSIFIED ADS** change every day. If it's not here today, be sure and look tomorrow!

Republic Classified reaches Arizona's largest newspaper audience – over one million readers per day!

Call Republic Classified locally at (602) 444-4444 or dial 1-800-352-5095 for non-local areas in Arizona.

## Cars



**Other Peoples Stuff**
**Sell UR Stuff Today!**

We Do All The Work
**EVERYTHING FOR SALE BY OWNER**
**602-909-9000**

Google
★★★★★
110 5-Star Reviews

Toyota Camry XLE, 82k mi., Car Fax, immaculate, 1999, AT all pwr, cold AC, current maint. rec., perfect mechanical, new tires, $6,900. 602-741-1004

### Heavy Truck Tractor

**NEW LIST- GMC 95' RYDER TOPKICK** LoPro 24' BOX TRUCK, EXCEL COND, 154K, 6.6 CAT DIE, 12' P/O RAMP, TOW PKG AUTO TRAILER, NEW TIRES/BATT, SVC RECORDS, CLEAR DMV/ACCID RPT, call4pics $4,500 firm, WORK READY 805-647-1777 (Private party)

### Trucks

2007 Ford Ranger, Extended Cab- new spray in bed liner, new tires, cold air, 80K mi. $14,000 obo 602-290-6783.

## Vehicles

*Recreation*
RVs, motorcycles, etc.



### Recreational Vehicle

**2007** Mirada by Coachman 35 foot Double Slide out. 35 foot Class A motor home with 2 slide outs. Interior is in very good condition, Ford V-10 engine in excellent condition with only 35,000 miles. Motor home is located in Phoenix, if call and no answer please leave a message $25,000 or best offer 575-973-7208 575-336-1085

**2018** Thor Compass 23TB, Class C Length 23 3.2L 15 F DOHC 20V Diesel 22K Miles Runs drives and rides wonderful Sleeping 4 Clean title Reduced price for a fast sale $30,000 Text me at - 605-277-8204 $30,000 605-277-8204

**WE NEED YOUR RV AND WE PAY CASH!**
Used RV Motorhomes, Mini Motorhomes, Travel Trailers, Fifth Wheels and Toy Haulers
**Call me Today!**
Rob Crist Sr.
**480-980-5404**






## Your Source

*Public Notices*
for the latest...

### Legal Notices

**Case No. PB2022-002583**
**NOTICE OF INITIAL HEARING REGARDING: PETITION FOR PERMANENT APPOINTMENT OF GUARDIAN FOR AN ADULT**
**SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY PROBATE COURT ADMINISTRATION**
In the Matter of
ALEXIS OROZCO
**WARNING**
This is a legal notice; your rights may be affected.
You are not required to attend this hearing. However, if you oppose any of the relief requested in the petition that accompanies this notice, you must file with the court a written response at least 7 calendar days before the hearing date OR you or your attorney must attend the hearing by following the instructions provided in this notice.
Any written response must comply with Rule 15(e) of the Arizona Rules of Probate Procedure. If you do not file a timely response or attend the hearing:
(1) the court may grant the relief requested in the petition without further proceedings, and
(2) you will not receive additional notices of court proceedings relating to the petition unless you file a Demand for Notice pursuant to Title 14, Arizona Re-
vised Statutes.
1. Notice is given that JOHN R WORTH has filed the following: PETITION FOR PERMANENT APPOINTMENT OF GUARDIAN FOR AN ADULT
2. COURT HEARING. An initial hearing has been scheduled to consider the Petition as follows:
DATE and TIME: Monday, August 8, 2022 at 9:45 AM
JUDICIAL OFFICER: JUDGE DEAN FINK
PLACE: 101 W. JEFFERSON STREET, PHOENIX, AZ 85003 – COURTROOM 611
TELEPHONE NO: 602-506-3776
If you have copies of filed documents or proposed form(s) of order, they should be provided to Judge Fink's division at the location listed above.
Any interested person, including the Petitioner and the Petitioner's attorney, may attend the Initial Hearing virtually unless the Court has specifically ordered that person to attend the hearing in person. To attend the hearing virtually, use Court Connect as described in Section 3 below. If the Court has specifically ordered you to attend the Initial Hearing in person, you must do so by appearing at the location stated above at the time of the Initial hearing.
3. COURT CONNECT / MICROSOFT TEAMS
If you have a camera-enabled computer, smartphone, or tablet device, you should go to tinyurl.com/ibazmc-pbi01 a few minutes before the Initial Hearing is scheduled to begin. For the best experience, download and install the Microsoft Teams application on a camera-enabled computer, smartphone, or tablet device using either of the following methods prior to the time set for the Initial Hearing:
• Go to the following link: https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app
• Or scan the following QR code on your smartphone or tablet:



If you have a camera-enabled device, but do not want to install the Microsoft Teams application, you may use a web browser simply by typing tinyurl.com/ibazmc-pbi01 into your browser a few minutes before the Initial Hearing is scheduled to begin. Please note, however, that you will not have access to all the features if you use a web browser rather than the Microsoft Teams application.
If you do not have a camera-enabled device, you can still attend the Initial Hearing by phone by calling:
   • Courtroom Phone Number: 1-917-781-4590
   • Courtroom Conference ID#: 818 562 099#
For more information about Court Connect, please see https://superiorcourt.maricopa.gov/court-connect
Pub: June 6, 13, 20, 2022

**ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY REGIONAL HAZE SIP REVISION PUBLIC COMMENT PERIOD AND HEARING**
The Air Quality Division of the Arizona Department of Environmental Quality (ADEQ) welcomes comments on the proposed State Implementation Plan Revision: Regional Haze Program (2018-2028). On January 10, 2017, the U.S. Environmental Protection Agency (EPA) finalized changes to the Regional Haze Rule, which requires each state
to submit periodic state implementation plan (SIP) revisions addressing regional haze visibility impairment. ADEQ is required under Arizona Revised Statutes § 49-458.01(A) to submit to the EPA Administrator SIP revisions to address regional haze requirements. The proposed SIP revision demonstrates that the State of Arizona has met the requirements of the regional haze program for the second implementation period. ADEQ is requesting the U.S. Environmental Protection Agency approve the proposed plan as a revision to the Arizona SIP.
Comments will be accepted between June 13, 2022, and July 14, 2022. Comments may be mailed, faxed, or emailed to Elias Toon, Air Quality Division, Air Quality Improvement Planning Section, Arizona Department of Environmental Quality, 1110 W. Washington St., Phoenix, AZ 85007; fax (602) 771-2299; email toon.elias@azdeq.gov. ADEQ will address comments applicable to the proposed SIP revision. Comments on the proposed SIP revision are also welcome at the virtual public hearing held on July 14, 2022, at 9:30 AM. Comments must be received or postmarked no later than 5:00 pm on July 14, 2022.
Review the proposed SIP revision online by accessing the public notice at https://azdeq.gov/notices or at the following locations:
1. ADEQ Records Center, 1110 W. Washington St., Phoenix, AZ 85007.
2. Flagstaff City-Coconino County Public Library, 300 W Aspen Ave, Flagstaff, AZ 86001.
3. Kearny Public Library, 912-A Tilbury Rd., Kearny, AZ 85137.
4. Joel D Valdez Main Library, 101 N. Stone Ave. Tucson, AZ 85701
5. Sierra Vista Public Library, 2600 E. Tacoma Street, Sierra Vista, AZ 85635
6. Yuma Library, 2951 S. 21st Dr., Yuma, AZ 85364
Information to Access the Virtual Public Hearing
Please register for the public hearing for the proposed State Implementation Plan Revision: Regional Haze Program (2018-2028) on Jul 14, 2022, 9:30 AM MST at: https://attendee.gotowebinar.com/register/6179492166601501966
After registering, you will receive a confirmation email containing information about how to join the webinar. Additional information, including how to access the virtual public hearing, can be found by viewing the public notice at https://azdeq.gov/notices or by contacting Elias Toon using the information above.
ADEQ will take reasonable measures to provide access to department services to individuals with limited ability to speak, write or understand English and/or to those with disabilities. Requests for language translation, ASL interpretation, CART captioning services or disability accommodations must be made at least 48 hours in advance by contacting the Title VI Nondiscrimination Coordinator, Leonard Drago, at 602-771-2288 or Drago.Leonard@adeq.gov. Face a TTY or other device, Telecommunications Relay Services are available by calling 711.
ADEQ tomará las medidas razonables para proveer acceso a los servicios del departamento a personas con capacidad limitada para hablar, escribir o entender inglés y/o para personas con discapacidades. Las solicitudes de servicios de traducción de idiomas, interpretación ASL (lengua de signos americano), subtitulado de CART, o adaptaciones por discapacidad deben realizarse con al menos 48 horas de anticipación comunicándose con el
Coordinador de Anti-Discriminación del Título VI al 602-771-2288 o Drago.Leonard@adeq.gov. Para un TTY u otro dispositivo, los servicios de retransmisión de telecomunicaciones están disponible llamando al 711.
Pub: June 13, 14, 2022

**NOTICE OF PUBLIC HEARING**
PURSUANT TO ARS Sections 39-204 & 9-462.04, NOTICE IS HEREBY GIVEN OF PUBLIC HEARING in the Town of Gilbert, Arizona, relating to the following requests for changes in land use regulations:
**GP21-11 THE ORCHARD**: Request for Minor General Plan Amendment to change the land use classification of approx. 14.07 acres generally located east of the southeast corner of Greenfield Rd. and Superstition Dr. (Germann Rd.) from Residential > 0-1 DU/Acre to Residential 1-2 DU/Acre. The effect of this amendment will be to increase the residential density and to create a new residential community.
**Z21-17 THE ORCHARD**: Request to rezone approx. 14.07 acres generally located east of the southeast corner of Greenfield Rd. and Superstition Dr. (Germann Rd) from Single Family-43 (SF-43) and Single Family-35 (SF-35) to Single Family-15 (SF-15) with a Planned Area Development modifying side building setbacks. The effect will be to increase residential density and to decrease the side setback on the other side of each lot.
**Z21-14 PUBLIC STORAGE ADDITION**: Request to rezone approximately 5.8 acres located at the northeast corner of Val Vista Dr. and the Union Pacific Railroad from Community Commercial (CC) Zoning District with a Planned Area Development (PAD) overlay to General Commercial (GC) Zoning District with a Planned Area Development (PAD) overlay. The effect of this rezone will be to reconfigure and enhance the existing storage facility and add an additional storage unit building with modified development standards including: reduction of perimeter building and landscape setback requirements.
The applications and project files may be viewed by the public Monday through Thursday, 7:00 am to 6:00 am at the Town of Gilbert, Planning and Development Services office located at 90 East Civic Center Drive, Gilbert, AZ. Written comments may be sent to Town of Gilbert, Planning and Development Services, 90 East Civic Center Drive, Gilbert, AZ 85296. Written comments may also be submitted at the public hearing. Any interested person may appear and be heard at the following public hearing:
The Town Council will hold a public hearing and discussion on Zoning matters set forth above, and may vote to approve, approve with conditions, or deny the requests set forth above at its meeting on:
Town Council: Tuesday, June 28, 2022 at 6:30 p.m.
Gilbert Public Safety Training Facility, 6860 S. Power Road, Gilbert, AZ
Chaveli Herrera, Town Clerk
Pub: June 13, 2022

## Homes



### Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11, Case No. 22-10263 (KBO) |
| MD HELICOPTERS, INC., *et al.*,[1] | ) | (Jointly Administered) |
| Debtors. | ) | Re: D.I. 235 |

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE (GENERAL BAR DATE IS JULY 11, 2022 AT 5:00 P.M. (PREVAILING EASTERN TIME))**
**PLEASE TAKE NOTICE OF THE FOLLOWING:**
On March 30, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On May 10, 2022, the Court entered an order (Docket No. 235) (the "**Bar Date Order**") establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Cases of the following debtors and debtors in possession (together, the "**Debtors**"):

| Debtor | Case No. | EID# (Last 4 Digits) |
|---|---|---|
| MD Helicopters, Inc. | 22-10263 (KBO) | 4088 |
| Monterrey Aerospace, LLC | 22-10264 (KBO) | No EID# assigned as of the date hereof |

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in Section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, claims entitled to administrative priority status under Section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before 5:00 p.m. (prevailing Eastern Time), on July 11, 2022 (the "**General Bar Date**"), by sending an original proof of claim form to Kroll Restructuring Administration LLC ("**Kroll**"), or by completing the online proof of claim form available at https://cases.ra.kroll.com/MDHelicopters/, so that it is **actually received** on or before the General Bar Date; provided, that, solely with respect to governmental units (as defined in Section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a proof of claim against the Debtors is September 26, 2022 at 5:00 p.m. (prevailing Eastern Time) (the "**Governmental Bar Date**").
All entities holding claims against the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors are required to file proofs of claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m., prevailing Eastern Time, on the date that is twenty-one (21) days following entry of an order approving the rejection of any executory contract or unexpired lease of the Debtors (the "**Rejection Damages Bar Date**").
All entities asserting claims against the Debtors that are affected by an amendment or supplement to the Schedules are required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m., prevailing Eastern Time, on the date that is twenty-one (21) days from the date on which the Debtors mail notice of the amendment to the Schedules (or another time period as may be fixed by the Court) (the "**Amended Schedules Bar Date**").
Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Kroll's website. Proofs of claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.
ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING AND DISTRIBUTION.
A copy of the Bar Date Order and proof of claim form may be obtained by contacting the Debtors' Claims Agent, in writing, at MD Helicopters, Inc. Claims Processing Center c/o Kroll Restructuring Administration LLC 850 3rd Avenue, Suite 412, Brooklyn, NY 11232, or online at https://cases.ra.kroll.com/MDHelicopters/. The Bar Date Order can also be viewed on the Court's website at www.deb.uscourts.gov. If you have questions concerning the filing or processing of claims, you may contact the Debtors' claims agent, Kroll, toll-free at (844) 205-4334 (US/Canada) or +1 (646) 442-5834 (international), or by email to mdhelicoptersinfo@ra.kroll.com. Please note that Kroll's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.
Wilmington, Delaware
BY ORDER OF THE COURT

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David B. Stratton (DE No. 960), David M. Fournier (DE No. 2812), Evelyn J. Meltzer (DE No. 4581), Kenneth A. Listwak (DE No. 6300), Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, Telephone: (302) 777-6500, Facsimile: (302) 421-8390, Email: david.stratton@troutman.com, david.fournier@troutman.com, evelyn.meltzer@troutman.com, kenneth.listwak@troutman.com

-and-

**LATHAM & WATKINS LLP**
Suzzanne Uhland (admitted *pro hac vice*), Adam S. Ravin (admitted *pro hac vice*), Brett M. Neve (admitted *pro hac vice*), Tianjiao (TJ) Li (admitted *pro hac vice*), Alexandra M. Zablocki (admitted *pro hac vice*), 1271 Avenue of the Americas, New York, NY 10020, Telephone: (212) 906-1200, Facsimile: (212) 751-4864, Email: suzzanne.uhland@lw.com, adam.ravin@lw.com, brett.neve@lw.com, tj.li@lw.com, alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.



THE #1 LOCAL SITE BRINGS YOU **BREAKING NEWS FIRST.**

**azcentral.**
Only azcentral.com delivers breaking news you need from a top source you trust. As headlines are happening, it's where you find details, accuracy and updates nobody else can offer.

**FIND OUT WHAT ELSE #1 CAN DO FOR YOU**

**Exhibit C**



**MD Helicopters, Inc.**

Campaign: June 2022
Position: B
Dates: Jun 13, 2022 — Jul 11, 2022
Clicks: 19    Impressions: 55333

# VERIFICATION OF PUBLICATION

Being duly sworn, Derek Kast is the Associate Publisher of MHM Publishing and is duly authorized by MHM Publishing to make this affidavit, and is fully acquainted with the facts herein: From June 13 thru July 11, 2022, the enclosed banner ads ran on position B within Verticalmag.com website and mobile applications announcing the – MD Helicopter Notice of Bid Procedures – Statistics as noted below.



## Click Summary

Total Clicks: 19

| Date | Clicks |
|---|---|
| Jun 18, 2022 | 1 |
| Jun 19, 2022 | 1 |
| Jun 20, 2022 | 1 |
| Jun 21, 2022 | 1 |
| Jun 23, 2022 | 2 |
| Jun 28, 2022 | 1 |
| Jun 30, 2022 | 5 |
| Jul 5, 2022 | 2 |
| Jul 6, 2022 | 2 |
| Jul 7, 2022 | 1 |
| Jul 8, 2022 | 1 |
| Jul 11, 2022 | 1 |

Country Click Summary: United States(10), Norway(1), United Kingdom(1), Canada(2), Japan(4), United Arab Emirates(1)

## Views by Day

Total Views: 55333



| Date | Total |
|---|---|
| Jun 13, 2022 | 1481 |
| Jun 14, 2022 | 3395 |
| Jun 15, 2022 | 3116 |
| Jun 16, 2022 | 3315 |
| Jun 17, 2022 | 3094 |
| Jun 18, 2022 | 1404 |
| Jun 19, 2022 | 1618 |
| Jun 20, 2022 | 2311 |
| Jun 21, 2022 | 2962 |
| Jun 22, 2022 | 2676 |
| Jun 23, 2022 | 2663 |
| Jun 24, 2022 | 2094 |
| Jun 25, 2022 | 945 |
| Jun 26, 2022 | 1171 |
| Jun 27, 2022 | 2649 |
| Jun 28, 2022 | 2766 |
| Jun 29, 2022 | 2771 |
| Jun 30, 2022 | 3595 |
| Jul 1, 2022 | 544 |
| Jul 4, 2022 | 726 |
| Jul 5, 2022 | 2051 |
| Jul 6, 2022 | 2096 |
| Jul 7, 2022 | 2520 |
| Jul 8, 2022 | 1869 |
| Jul 9, 2022 | 693 |
| Jul 10, 2022 | 808 |



**MD Helicopters, Inc.**

Campaign: June 2022
Position: C
Dates: Jun 13, 2022 — Jul 11, 2022
Clicks: 16   Impressions: 43155

VERIFICATION OF PUBLICATION
Being duly sworn, Derek Kast is the Associate Publisher of MHM Publishing and is duly authorized by MHM Publishing to make this affidavit, and is fully acquainted with the facts herein: From June 13 thru July 11, 2022, the enclosed banner ads ran on position C within Verticalmag.com website and mobile applications announcing the – MD Helicopter Notice of Bid Procedures – Statistics as noted below.



Click Summary — Total Clicks: 16

| Date | Clicks |
|---|---|
| Jun 13, 2022 | 2 |
| Jun 23, 2022 | 1 |
| Jun 26, 2022 | 1 |
| Jun 27, 2022 | 1 |
| Jun 28, 2022 | 2 |
| Jun 29, 2022 | 2 |
| Jul 2, 2022 | 1 |
| Jul 5, 2022 | 1 |
| Jul 6, 2022 | 3 |
| Jul 8, 2022 | 1 |
| Jul 10, 2022 | 1 |

Country Click Summary: Canada(5), United States(7), Germany(1), Japan(1), Poland(1), Norway(1)



Views by Day — Total Views: 43155

| Date | Views |
|---|---|
| Jun 13, 2022 | 1952 |
| Jun 14, 2022 | 1925 |
| Jun 15, 2022 | 1689 |
| Jun 16, 2022 | 1730 |
| Jun 17, 2022 | 1591 |
| Jun 18, 2022 | 744 |
| Jun 19, 2022 | 858 |
| Jun 20, 2022 | 1251 |
| Jun 21, 2022 | 1658 |
| Jun 22, 2022 | 1569 |
| Jun 23, 2022 | 1476 |
| Jun 24, 2022 | 1136 |
| Jun 25, 2022 | 544 |
| Jun 26, 2022 | 657 |
| Jun 27, 2022 | 1391 |
| Jun 28, 2022 | 1353 |
| Jun 29, 2022 | 1385 |
| Jun 30, 2022 | 1766 |
| Jul 1, 2022 | 1648 |
| Jul 2, 2022 | 1005 |
| Jul 3, 2022 | 908 |
| Jul 4, 2022 | 1991 |
| Jul 5, 2022 | 2650 |
| Jul 6, 2022 | 2668 |
| Jul 7, 2022 | 3196 |
| Jul 8, 2022 | 2373 |
| Jul 9, 2022 | 968 |
| Jul 10, 2022 | 1073 |





**LATEST ISSUES**





Read now



FEATURES    JUNE 13, 2022



