# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
MD Helicopters, Inc.

Case No.: 22−10263−KBO

Chapter: 11

Notice of Filing Fee(s) Due  
Re: Docket # 445

Dear Mr. Listwak:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 32.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 7/14/22, you filed a document in the above−captioned case that requires a filing fee of $ 32.00 be paid to the Court.

Notes: Amended Schedules filed without required filing fee.

**Please remit funds to the Court at the following address by no later than 7/26/22.**

United States Bankruptcy Court  
District of Delaware  
824 Market Street, 3rd Floor  
Wilmington, DE 19801

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 7/15/22          By: Leslie Murin, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 22-10263-KBO
MD Helicopters, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 4
Date Rcvd: Jul 15, 2022      Form ID: van441      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MD Helicopters, Inc., 4555 E. McDowell Road, Mesa, AZ 85215, UNITED STATES 85215-9734 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Joseph Steele | on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com |
| Brett Michael Haywood | on behalf of Interested Party Ankura Trust Company LLC haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com |
| Brian Lohan | on behalf of Interested Party Bardin Hill Investment Partners brian.lohan@arnoldporter.com |
| Brian Lohan | on behalf of Interested Party Acquiom Agency Services LLC brian.lohan@arnoldporter.com |
| Christopher M. Samis | on behalf of Interested Party Xeriant Inc. cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com |
| Corey R Weber | |

District/off: 0311-1 User: admin Page 2 of 4
Date Rcvd: Jul 15, 2022 Form ID: van441 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor City of Huntington Beach cweber@bg.law  ecf@bg.law |
| David B. Stratton | on behalf of Debtor MD Helicopters  Inc. david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com |
| David B. Stratton | on behalf of Debtor Monterrey Aerospace  LLC david.stratton@troutman.com, wlbank@troutman.com,monica.molitor@troutman.com,peggianne.hardin@troutman.com |
| David S Kupetz | on behalf of Interested Party Xeriant  Inc. david.kupetz@lockelord.com, jvogel@sulmeyerlaw.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar CDO 2003-1  Limited bankfilings@ycst.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Elizabeth Soper Justison | on behalf of Interested Party Zohar II 2005-1  Limited bankfilings@ycst.com |
| Eric S. Goldstein | on behalf of Creditor Kaman Aerospace Corporation egoldstein@goodwin.com bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Evelyn J. Meltzer | on behalf of Attorney Latham & Watkins LLP Evelyn.Meltzer@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Evelyn J. Meltzer | on behalf of Debtor MD Helicopters  Inc. Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| Evelyn J. Meltzer | on behalf of Debtor Monterrey Aerospace  LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| G. David Dean | on behalf of Creditor Ark II CLO 2001-1  LLC and Ark Investment Partners II, L.P. ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| G. David Dean | on behalf of Creditor Ark II CLO 2001-1  Ltd. and Ark Investment Partners II, L.P. ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com |
| Jeffrey A. Fuisz | on behalf of Interested Party Acquiom Agency Services LLC jeffrey.fuisz@arnoldporter.com edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com |
| Jeffrey A. Fuisz | on behalf of Interested Party Bardin Hill Investment Partners jeffrey.fuisz@arnoldporter.com edocketscalendaring@arnoldporter.com,jeffrey-fuisz-2261@ecf.pacerpro.com |
| Jonathan I. Levine | on behalf of Interested Party Acquiom Agency Services LLC Jonathan.Levine@arnoldporter.com jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com |
| Jonathan I. Levine | on behalf of Interested Party Bardin Hill Investment Partners Jonathan.Levine@arnoldporter.com jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com |
| Jonathan W. Young | on behalf of Interested Party Xeriant  Inc. jonathan.young@lockelord.com, trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com |
| Joseph James McMahon, Jr. | on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov |
| Joseph M. Barry | on behalf of Interested Party Zohar II 2005-1  Limited bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Zohar CDO 2003-1  Limited bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Interested Party Zohar III Limited bankfilings@ycst.com |
| Juliet M. Sarkessian | on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov |
| Kenneth Listwak | on behalf of Debtor MD Helicopters  Inc. Ken.Listwak@troutman.com, |

District/off: 0311-1                    User: admin                              Page 3 of 4
Date Rcvd: Jul 15, 2022                 Form ID: van441                          Total Noticed: 1

        wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Kenneth Listwak
        on behalf of Debtor Monterrey Aerospace LLC Ken.Listwak@troutman.com,
        wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Kenneth Listwak
        on behalf of Claims Agent Kroll Restructuring Administration LLC Ken.Listwak@troutman.com
        wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Kimberly A. Walsh
        on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov,
        sherri.simpson@oag.texas.gov

Kimberly E. Neureiter
        on behalf of Creditor Pension Benefit Guaranty Corporation neureiter.kimberly@pbgc.gov efile@pbgc.gov

Klaus Peter Muthig, I
        on behalf of Attorney Maricopa County Treasurer muthigk@mcao.maricopa.gov geiserr@mcao.maricopa.gov

Kroll Restructuring Administration LLC
        info@ra.kroll.com

Mark D. Collins
        on behalf of Interested Party Ankura Trust Company LLC rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Matthew P. Ward
        on behalf of Interested Party MB Special Opportunities Fund II LP matthew.ward@wbd-us.com,
        Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

Matthew P. Ward
        on behalf of Interested Party Bardin Hill Investment Partners matthew.ward@wbd-us.com
        Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

Matthew P. Ward
        on behalf of Interested Party Acquiom Agency Services LLC matthew.ward@wbd-us.com
        Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

Michael G. Busenkell
        on behalf of Creditor City of Huntington Beach mbusenkell@gsbblaw.com

Michael R. Nestor
        on behalf of Interested Party Zohar CDO 2003-1 Limited bankfilings@ycst.com

Michael R. Nestor
        on behalf of Interested Party Zohar III Limited bankfilings@ycst.com

Michael R. Nestor
        on behalf of Interested Party Zohar II 2005-1 Limited bankfilings@ycst.com

Morgan L. Patterson
        on behalf of Interested Party MB Special Opportunities Fund II LP morgan.patterson@wbd-us.com,
        Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

Morgan L. Patterson
        on behalf of Interested Party Bardin Hill Investment Partners morgan.patterson@wbd-us.com
        Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

Morgan L. Patterson
        on behalf of Interested Party Acquiom Agency Services LLC morgan.patterson@wbd-us.com
        Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com

Norman L. Pernick
        on behalf of Creditor Ark II CLO 2001-1 Ltd. and Ark Investment Partners II, L.P. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick
        on behalf of Creditor Ark II CLO 2001-1 LLC and Ark Investment Partners II, L.P. npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

R. Craig Martin
        on behalf of Creditor The State of the Netherlands craig.martin@dlapiper.com
        carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Stephen McNeill
        on behalf of Interested Party Xeriant Inc. bankruptcy@potteranderson.com,
        bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Rebecca L. Stark
        on behalf of Creditor Pension Benefit Guaranty Corporation stark.rebecca@pbgc.gov

| District/off: 0311-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: van441 | Total Noticed: 1 |

Reliable Companies
    gmatthews@reliable-co.com

Ryan M. Bartley
    on behalf of Interested Party Zohar III Limited bankfilings@ycst.com

Ryan M. Bartley
    on behalf of Interested Party Zohar II 2005-1  Limited bankfilings@ycst.com

Ryan M. Bartley
    on behalf of Interested Party Zohar CDO 2003-1  Limited bankfilings@ycst.com

Sameen Rizvi
    on behalf of Interested Party Xeriant  Inc. srizvi@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

Samuel C. Wisotzkey
    on behalf of Creditor Experis US  Inc. swisotzkey@kmksc.com, kmksc@kmksc.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William E. Chipman, Jr.
    on behalf of Interested Party Phillip Marsteller chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr.
    on behalf of Interested Party Robert M. Swisher chipman@chipmanbrown.com dero@chipmanbrown.com;fusco@chipmanbrown.com

William F. Taylor, Jr.
    on behalf of Creditor Salt River Project bankruptcydel@mccarter.com  bankruptcydel@mccarter.com

TOTAL: 61