IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MD HELICOPTERS, INC., *et al.*,[1] | Case No. 22-10263 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 295, 419, 430** |

**NOTICE OF WITHDRAWAL OF DECLARATION IN SUPPORT OF
EMPLOYMENT OF LOYENS & LOEFF N.V. AS PROFESSIONAL
<u>UTILIZED IN ORDINARY COURT OF BUSINESS</u>**

**PLEASE TAKE NOTICE** that on May 31, 2022, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") in these cases, filed the *Declaration in Support of Employment of Loyens & Loeff N.V. as Professional Utilized in Ordinary Court of Business* [Docket No. 295] (the "<u>OCP Declaration</u>") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2022, the Office of the United States Trustee filed the *Objection of the U.S. Trustee to Debtors' Request to Retain Loyens & Loeff N.V. as Professionals Utilized in the Ordinary Course of Business* [Docket No. 419] (the "<u>Objection</u>, and, together with the OCP Declaration, the "<u>OCP Matter</u>").

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2022, the Debtors filed the *Notice of Rescheduled Hearing Regarding Loyens & Loeff N.V. OCP Declaration* [Docket No. 430], scheduling the OCP Matter for the omnibus hearing on August 11, 2022 at 1:00 p.m. (Eastern Time) (the "<u>August Omnibus Hearing</u>").

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088. Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#128137313 v2

**PLEASE TAKE FURTHER NOTICE** that pursuant to this notice, the Debtors hereby withdraw the OCP Declaration (the "<u>Withdrawal</u>").

**PLEASE TAKE FURTHER NOTICE** that, in light of the Withdrawal, the OCP Matter will not go forward at the August Omnibus Hearing.

[*Remainder of page intentionally blank*]

Dated: July 19, 2022
       Wilmington, Delaware

Respectfully Submitted,

*/s/ Evelyn J. Meltzer*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*

#128137313 v2