IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
                                                             :   Case No. 22-10263 (KBO)
MD HELICOPTERS, INC., *et al.*,[1]                           :
                                                             :   (Jointly Administered)
          Debtors.                                           :
                                                             :   **Re D.I. 484**
                                                             :
------------------------------------------------------------ x

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
SHORTENING NOTICE PERIODS WITH RESPECT TO DEBTORS' MOTION
SEEKING APPROVAL OF TRANSITION SERVICES AGREEMENT
<u>IN FURTHERANCE OF SALE</u>**

Upon consideration of the Debtors' motion (the "**Motion to Shorten**")[2] for entry of an order providing that the applicable notice period for the relief requested in the TSA Motion be shortened pursuant to section 105(a) of the Bankruptcy Code and Local Rule 9006-1(e); and the Court having reviewed the Motion to Shorten; and the Court having jurisdiction over the matters raised in the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order*; and the Motion to Shorten being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefor, it is

---

[1] The two Debtors in these cases are MD Helicopters, Inc. ("**MDHI**") and Monterrey Aerospace, LLC ("**Monterrey**"), and their address is 4555 E. McDowell Road, Mesa, AZ 85215. The last four digits of MDHI's taxpayer identification number are 4088. Monterrey has not been assigned a taxpayer identification number as of the date hereof.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion to Shorten.

#128301032 v6

**HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The TSA Motion shall be heard on August 11, 2022 at 1:00 p.m. (ET).

3. The deadline to object to the relief sought in the TSA Motion is August 10, 2022 at 4:00 p.m. (ET).

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains jurisdiction with respect to all matters arising from, or related to, the implementation, interpretation, and enforcement of this Order.

Dated: August 3rd, 2022
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

#128301032 v6