# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MD Helicopters, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10263 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 11, 2022 at 1:00 p.m. (ET)**<br>**Objection Deadline:  August 10, 2022 at 4:00 p.m. (ET)**<br><br>**Related to Docket Nos. 483, 484, and 485** |

## NOTICE OF DEBTORS' MOTION SEEKING APPROVAL OF
## TRANSITION SERVICES AGREEMENT IN FURTHERANCE OF SALE

**PLEASE TAKE NOTICE** that, on August 2, 2022, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion Seeking Approval of Transition Services Agreement in Furtherance of Sale* [Docket No. 483] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 3, 2022, the Debtors filed the *Debtors' Motion for Entry of an Order Shortening Notice Periods with Respect to Debtors' Motion Seeking Approval of Transition Services Agreement in Furtherance of Sale* [Docket No. 484] (the "**Motion to Shorten**").  Copies of the Motion and Motion to Shorten are being served concurrently herewith.

**PLEASE TAKE FURTHER NOTICE**, on August 3, 2022, the Bankruptcy Court entered the *Order Granting Debtors' Motion for Entry of an Order Shortening Notice Periods with Respect to Debtors' Motion Seeking Approval of Transition Services Agreement in Furtherance of Sale* [Docket No. 485] (the "**Order Shortening Notice**"), a copy of which is being served concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Notice, any objections or other responses to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 10, 2022 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").  You must also serve a copy of your response or objection upon the undersigned counsel for Debtors so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **August 11, 2022 at 1:00 p.m. (ET)** before The Honorable Karen B. Owens, United

---

[1] The two Debtors in these cases are MD Helicopters, Inc. and Monterrey Aerospace, LLC, and their address is 4555 E. McDowell Road, Mesa, AZ 85215.  The last four digits of MD Helicopters, Inc.'s taxpayer identification number are 4088.  Monterrey Aerospace, LLC has not been assigned a taxpayer identification number as of the date hereof.

#128267212 v1

States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

#128267212 v1

Dated: August 3, 2022
       Wilmington, Delaware

Respectfully Submitted,

/s/ *Evelyn J. Meltzer*
TROUTMAN PEPPER HAMILTON SANDERS LLP

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email:  david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       kenneth.listwak@troutman.com

- and -

LATHAM & WATKINS LLP

Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Tianjiao (TJ) Li (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  suzzanne.uhland@lw.com
       adam.ravin@lw.com
       brett.neve@lw.com
       tj.li@lw.com
       alexandra.zablocki@lw.com

*Counsel for Debtors and Debtors-in-Possession*